# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ERICSSON INC. et al.** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 6:10-CV-473** |
| **D-LINK CORPORATION, et al.** | § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § § § | |

**PLAINTIFFS' PATENT RULE 3-1 DISCLOSURES**

In accordance with the Court's Order and Patent Rules 3-1 and 3-2, Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Ericsson" or "Plaintiffs") hereby make the following Patent Rule 3-1 Disclosures against Defendant Gateway, Inc. ("Gateway" or "Defendant"). Concurrent with the service of Ericsson's Patent Rule 3-1 Disclosures, Ericsson is producing documents in accordance with Patent Rule 3-2.

**I. Patent Rule 3-1(a), (b), (c): Asserted Claims, Accused Instrumentalities, and Claim Charts**

Based upon the information currently available, Ericsson contends that the following claims of the patents-in-suit are infringed by the Defendant's Accused Instrumentalities in accordance with the theories of infringement described in the identified charts:

United States Patent No. 5,790,516: Claims 1 and 6 are infringed by all Gateway 802.11(a), (g), and (n)-compliant products. Pursuant to P.R. 3-1(c), Ericsson provides the following infringement claim chart, attached as Exhibit 1, which explains how Gateway's 802.11(a), (g), and (n)-compliant products infringe the '516 Patent.

United States Patent No. 5,987,019: Claims 19 and 22-24 are infringed by all Gateway 802.11(n)-compliant products. Pursuant to P.R. 3-1(c), Ericsson provides the following infringement claim chart, attached as Exhibit 2, which explains how Gateway's 802.11(n)-compliant products infringe the '019 Patent.

United States Patent No. 6,466,568: Claims 1-5 are infringed by all Gateway 802.11(n)-compliant products. Pursuant to P.R. 3-1(c), Ericsson provides the following infringement claim chart, attached as Exhibit 3, which explains how Gateway's 802.11(n)-compliant products infringe the '568 Patent.

United States Patent No. 6,424,625: Claim 1 is infringed by all Gateway 802.11(n)-compliant products. Pursuant to P.R. 3-1(c), Ericsson provides the following infringement claim chart, attached as Exhibit 4, which explains how Gateway's 802.11(n)-compliant products infringe the '625 Patent.

United States Patent No. 6,519,223: Claims 1-3, 11-14, 19, 21, 22, 30, 31, and 32 are infringed by all Gateway 802.11(n)-compliant products. Pursuant to P.R. 3-1(c), Ericsson provides the following infringement claim chart, attached as Exhibit 5, which explains how Gateway's 802.11(n)-compliant products infringe the '223 Patent.

United States Patent No. 6,330,435: Claims 1 and 2 are infringed by all Gateway 802.11(n)-compliant products. Pursuant to P.R. 3-1(c), Ericsson provides the following infringement claim chart, attached as Exhibit 6, which explains how Gateway's 802.11(n)-compliant products infringe the '435 Patent.

United States Patent No. 6,772,215: Claims 1, 2, 4, 6, 8, 15, 22, 25, 26, 29, 32, 34, 45, 46, 49, 52, and 54 are infringed by all Gateway 802.11(n)-compliant products. Pursuant to P.R. 3-

1(c), Ericsson provides the following infringement claim chart, attached as Exhibit 7, which explains how Gateway's 802.11(n)-compliant products infringe the '215 Patent.

United States Patent No. 6,173,352: Claims 1 and 6 are infringed by all Gateway products with physical wireless on/off switch functionality.  Pursuant to P.R. 3-1(c), Ericsson provides the following infringement claim chart, attached as Exhibit 8, which explains how Gateway's products with physical wireless on/off switch functionality infringe the '352 Patent.

In accordance with the practice and rules of this District, it should be understood that although Ericsson's claim charts cite supporting evidence, such as published standards, the included evidence supporting Ericsson's contentions is not meant to be exhaustive.  Ericsson reserves the right to support its contentions with additional evidence, such as evidence to be produced by the Defendants or third parties regarding the implementation of the technologies Ericsson contends to be infringing.

Ericsson reserves the right to seek leave of the Court to add, delete, supplement, or modify these contentions should further discovery, the Court's Claim Construction, or other circumstances so merit.

## II.  Patent Rule 3-1(d): Literal Infringement and Doctrine of Equivalents

Ericsson asserts that, under the proper construction of the Asserted Claims and their claim terms, every limitation of each Asserted Claim of the patents-in-suit is literally present in Gateway's methods and apparatuses accused of infringement.  To the extent that any limitation is found to be not literally present, Ericsson asserts that such limitation is present under the Doctrine of Equivalents.

## III.  Patent Rule 3-1(e): Priority Dates

Each and every claim of the patents-in-suit is entitled to at least the priority dates listed below.

Dallas 324675v1

United States Patent No. 5,790,516: July 14, 1995;

United States Patent No. 5,987,019: October 15, 1996;

United States Patent No. 6,466,568: October 15, 1996;

United States Patent No. 6,424,625: October 28, 1998;

United States Patent No. 6,519,223: April 6, 1999;

United States Patent No. 6,330,435: March 18, 1999;

United States Patent No. 6,772,215: April 9, 1999;

United States Patent No. 6,173,352: August 21, 1997; and

United States Patent No. 5,771,468: January 17, 1996.

## IV.  Patent Rule 3-1(f): Identification of Products That Practice the Patents-In-Suit

Various products designed and developed by Ericsson practice the Asserted Claims of the patents-in-suit:

United States Patent No. 5,790,516: The following Ericsson broadband routers practice the '516 Patent: W20, W21, W25, W30, W35, W40, and W45.

United States Patent No. 5,987,019: The following Ericsson broadband routers practice the '019 Patent: W40 and W45.

United States Patent No. 6,466,568: The following Ericsson broadband routers practice the '568 Patent: W40 and W45.

United States Patent No. 6,424,625: The following Ericsson broadband routers practice the '625 Patent: W40 and W45.

United States Patent No. 6,519,223: The following Ericsson broadband routers practice the '223 Patent: W40 and W45.

United States Patent No. 6,330,435: The following Ericsson broadband routers practice the '435 Patent: W40 and W45.

<u>United States Patent No. 6,772,215:</u> The following Ericsson broadband routers practice the '215 Patent: W40 and W45.

## V.   Patent Rule 3-2: Production of Documents

### A.   <u>3-2(a) Documents</u>

Ericsson does not have in its possession, custody, or control any documents that are called for under P.R. 3-2(a).

### B.   <u>3-2(b) Documents</u>

Responsive documents are included within the following bates ranges:

| Beginning  Bates Number | Ending Bates Number |
|---|---|
| ERCDLINK00007612 | ERCDLINK00007631 |
| ERCDLINK00007632 | ERCDLINK00007632 |
| ERCDLINK00007638 | ERCDLINK00007638 |
| ERCDLINK00007639 | ERCDLINK00007654 |
| ERCDLINK00007655 | ERCDLINK00007659 |
| ERCDLINK00007660 | ERCDLINK00007683 |
| ERCDLINK00007684 | ERCDLINK00007684 |
| ERCDLINK00007685 | ERCDLINK00007703 |
| ERCDLINK00007704 | ERCDLINK00007704 |
| ERCDLINK00007705 | ERCDLINK00007721 |
| ERCDLINK00007723 | ERCDLINK00007724 |
| ERCDLINK00007725 | ERCDLINK00007725 |
| ERCDLINK00007726 | ERCDLINK00007726 |
| ERCDLINK00007727 | ERCDLINK00007727 |
| ERCDLINK00007728 | ERCDLINK00007728 |
| ERCDLINK00007729 | ERCDLINK00007748 |
| ERCDLINK00007749 | ERCDLINK00007749 |
| ERCDLINK00007750 | ERCDLINK00007750 |

C.  3-2(c) Documents

Responsive documents are included within the following bates ranges:

| Beginning Bates Number | Ending Bates Number | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|
| ERCDLINK00000001 | ERCDLINK00000033 | ERCDLINK00001504 | ERCDLINK00001525 |
| ERCDLINK00000034 | ERCDLINK00000304 | ERCDLINK00001526 | ERCDLINK00001536 |
| ERCDLINK00000305 | ERCDLINK00000549 | ERCDLINK00001537 | ERCDLINK00001570 |
| ERCDLINK00000550 | ERCDLINK00000878 | ERCDLINK00001571 | ERCDLINK00001590 |
| ERCDLINK00000879 | ERCDLINK00000884 | ERCDLINK00001591 | ERCDLINK00001604 |
| ERCDLINK00000885 | ERCDLINK00000924 | ERCDLINK00001605 | ERCDLINK00001615 |
| ERCDLINK00000925 | ERCDLINK00000925 | ERCDLINK00001616 | ERCDLINK00001633 |
| ERCDLINK00000926 | ERCDLINK00000952 | ERCDLINK00001634 | ERCDLINK00001640 |
| ERCDLINK00000953 | ERCDLINK00000976 | ERCDLINK00001641 | ERCDLINK00001668 |
| ERCDLINK00000977 | ERCDLINK00000994 | ERCDLINK00001669 | ERCDLINK00001699 |
| ERCDLINK00000995 | ERCDLINK00001032 | ERCDLINK00001700 | ERCDLINK00001713 |
| ERCDLINK00001033 | ERCDLINK00001039 | ERCDLINK00001714 | ERCDLINK00001747 |
| ERCDLINK00001040 | ERCDLINK00001050 | ERCDLINK00001748 | ERCDLINK00001833 |
| ERCDLINK00001051 | ERCDLINK00001059 | ERCDLINK00001834 | ERCDLINK00001834 |
| ERCDLINK00001060 | ERCDLINK00001060 | ERCDLINK00001835 | ERCDLINK00001852 |
| ERCDLINK00001061 | ERCDLINK00001083 | ERCDLINK00001853 | ERCDLINK00001870 |
| ERCDLINK00001084 | ERCDLINK00001098 | ERCDLINK00001871 | ERCDLINK00001892 |
| ERCDLINK00001099 | ERCDLINK00001099 | ERCDLINK00001893 | ERCDLINK00002202 |
| ERCDLINK00001100 | ERCDLINK00001122 | ERCDLINK00002203 | ERCDLINK00002494 |
| ERCDLINK00001123 | ERCDLINK00001149 | ERCDLINK00002495 | ERCDLINK00002504 |
| ERCDLINK00001150 | ERCDLINK00001154 | ERCDLINK00002505 | ERCDLINK00002530 |
| ERCDLINK00001155 | ERCDLINK00001167 | ERCDLINK00002531 | ERCDLINK00002560 |
| ERCDLINK00001168 | ERCDLINK00001173 | ERCDLINK00002561 | ERCDLINK00002570 |
| ERCDLINK00001174 | ERCDLINK00001185 | ERCDLINK00002571 | ERCDLINK00002576 |
| ERCDLINK00001186 | ERCDLINK00001259 | ERCDLINK00002577 | ERCDLINK00002594 |
| ERCDLINK00001260 | ERCDLINK00001268 | ERCDLINK00002595 | ERCDLINK00002880 |
| ERCDLINK00001269 | ERCDLINK00001311 | ERCDLINK00002881 | ERCDLINK00003385 |
| ERCDLINK00001312 | ERCDLINK00001338 | ERCDLINK00003386 | ERCDLINK00003386 |
| ERCDLINK00001339 | ERCDLINK00001349 | ERCDLINK00003387 | ERCDLINK00003415 |
| ERCDLINK00001350 | ERCDLINK00001350 | ERCDLINK00003416 | ERCDLINK00003428 |
| ERCDLINK00001351 | ERCDLINK00001384 | ERCDLINK00003429 | ERCDLINK00003446 |
| ERCDLINK00001385 | ERCDLINK00001398 | ERCDLINK00003447 | ERCDLINK00003512 |
| ERCDLINK00001399 | ERCDLINK00001401 | ERCDLINK00003513 | ERCDLINK00003523 |
| ERCDLINK00001402 | ERCDLINK00001484 | ERCDLINK00003524 | ERCDLINK00003546 |
| ERCDLINK00001485 | ERCDLINK00001503 | ERCDLINK00003547 | ERCDLINK00003880 |

| | | | |
|---|---|---|---|
| ERCDLINK00003881 | ERCDLINK00004153 | ERCDLINK00006292 | ERCDLINK00006301 |
| ERCDLINK00004154 | ERCDLINK00004439 | ERCDLINK00006302 | ERCDLINK00006328 |
| ERCDLINK00004440 | ERCDLINK00004455 | ERCDLINK00006329 | ERCDLINK00006343 |
| ERCDLINK00004456 | ERCDLINK00004476 | ERCDLINK00006344 | ERCDLINK00006354 |
| ERCDLINK00004477 | ERCDLINK00004490 | ERCDLINK00006355 | ERCDLINK00006364 |
| ERCDLINK00004491 | ERCDLINK00004518 | ERCDLINK00006365 | ERCDLINK00006376 |
| ERCDLINK00004519 | ERCDLINK00004543 | ERCDLINK00006377 | ERCDLINK00006386 |
| ERCDLINK00004544 | ERCDLINK00004544 | ERCDLINK00006387 | ERCDLINK00006396 |
| ERCDLINK00004545 | ERCDLINK00004561 | ERCDLINK00006397 | ERCDLINK00006407 |
| ERCDLINK00004562 | ERCDLINK00004575 | ERCDLINK00006408 | ERCDLINK00006423 |
| ERCDLINK00004576 | ERCDLINK00004597 | ERCDLINK00006424 | ERCDLINK00006440 |
| ERCDLINK00004598 | ERCDLINK00004625 | ERCDLINK00006441 | ERCDLINK00006514 |
| ERCDLINK00004626 | ERCDLINK00004659 | ERCDLINK00006515 | ERCDLINK00006862 |
| ERCDLINK00004660 | ERCDLINK00004667 | ERCDLINK00006863 | ERCDLINK00007207 |
| ERCDLINK00004668 | ERCDLINK00004689 | ERCDLINK00007208 | ERCDLINK00007215 |
| ERCDLINK00004690 | ERCDLINK00004690 | ERCDLINK00007216 | ERCDLINK00007234 |
| ERCDLINK00004691 | ERCDLINK00004718 | ERCDLINK00007235 | ERCDLINK00007242 |
| ERCDLINK00004719 | ERCDLINK00004763 | ERCDLINK00007243 | ERCDLINK00007248 |
| ERCDLINK00004764 | ERCDLINK00004793 | ERCDLINK00007249 | ERCDLINK00007263 |
| ERCDLINK00004794 | ERCDLINK00005237 | ERCDLINK00007264 | ERCDLINK00007301 |
| ERCDLINK00005238 | ERCDLINK00005537 | ERCDLINK00007302 | ERCDLINK00007307 |
| ERCDLINK00005538 | ERCDLINK00005577 | ERCDLINK00007308 | ERCDLINK00007315 |
| ERCDLINK00005578 | ERCDLINK00005604 | ERCDLINK00007316 | ERCDLINK00007324 |
| ERCDLINK00005605 | ERCDLINK00005625 | ERCDLINK00007325 | ERCDLINK00007336 |
| ERCDLINK00005626 | ERCDLINK00005633 | ERCDLINK00007337 | ERCDLINK00007337 |
| ERCDLINK00005634 | ERCDLINK00005641 | ERCDLINK00007338 | ERCDLINK00007349 |
| ERCDLINK00005642 | ERCDLINK00005651 | ERCDLINK00007350 | ERCDLINK00007362 |
| ERCDLINK00005652 | ERCDLINK00005652 | ERCDLINK00007363 | ERCDLINK00007372 |
| ERCDLINK00005653 | ERCDLINK00005664 | ERCDLINK00007373 | ERCDLINK00007380 |
| ERCDLINK00005665 | ERCDLINK00005677 | ERCDLINK00007381 | ERCDLINK00007390 |
| ERCDLINK00005678 | ERCDLINK00005678 | ERCDLINK00007391 | ERCDLINK00007412 |
| ERCDLINK00005679 | ERCDLINK00005690 | ERCDLINK00007413 | ERCDLINK00007413 |
| ERCDLINK00005691 | ERCDLINK00005699 | ERCDLINK00007414 | ERCDLINK00007449 |
| ERCDLINK00005700 | ERCDLINK00005709 | ERCDLINK00007450 | ERCDLINK00007456 |
| ERCDLINK00005710 | ERCDLINK00005718 | ERCDLINK00007457 | ERCDLINK00007467 |
| ERCDLINK00005719 | ERCDLINK00005845 | ERCDLINK00007468 | ERCDLINK00007497 |
| ERCDLINK00005846 | ERCDLINK00006276 | ERCDLINK00007498 | ERCDLINK00007513 |
| ERCDLINK00006277 | ERCDLINK00006283 | ERCDLINK00007514 | ERCDLINK00007524 |
| ERCDLINK00006284 | ERCDLINK00006291 | ERCDLINK00007525 | ERCDLINK00007545 |

| | | | |
|---|---|---|---|
| ERCDLINK00007546 | ERCDLINK00007552 | ERCDLINK00007599 | ERCDLINK00007611 |
| ERCDLINK00007553 | ERCDLINK00007586 | | |
| ERCDLINK00007587 | ERCDLINK00007598 | | |

Ericsson's investigation is ongoing. Ericsson reserves the right to supplement these disclosures if additional pertinent information becomes available.

Dallas 324675v1

DATED:  June 14, 2011

Respectfully submitted,

**McKool Smith P.C.**

By: */s/Theodore Stevenson III*
Theodore Stevenson III, Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978- 4044

Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS
ERICSSON INC. and
TELEFONAKTIEBOLAGET LM
ERICSSON**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on counsel for all Defendants who have answered in this case on this 14th day of June, 2011.

/s/ Bradley W. Caldwell

Dallas 324675v1

| USP 5,790,516 | Gateway EC5801u Series[1] |
|---|---|
| 1. In a telecommunications system in which communications between a transmitter and a receiver are carried on a plurality of subcarriers over a communications channel on a system carrier, a method of transmitting data over said communications channel, said method comprising the steps of: | Gateway's 802.11(a), (g), and/or (n)-compliant products transmit data over a communications channel. Gateway's 802.11(a), (g), and/or (n)-compliant products operate in a telecommunications system in which communications between a transmitter and a receiver are carried on a plurality of subcarriers over a communications channel on a system carrier.<br><br>For example, Gateway's EC5801u Series products transmit data over a communications channel. Gateway's EC5801u Series products operate in a telecommunications system in which communications between a transmitter and a receiver are carried on a plurality of subcarriers over a communications channel on a system carrier.<br><br><br><br>Gateway EC5801u webpage at http://www.gateway.com/systems/product/529668514.php. |

---

[1] The "Accused Products" are all 802.11(a), (g), and/or (n)-compliant Gateway products. The Accused Products include, but are not limited to, at least the EC Series, LT Series, ID Series, and NV Series. As examples, the Accused Products would include the products listed in Exhibit A.

Dallas 320870v1

### 19.1.1 Introduction

The ERP builds on the payload data rates of 1 and 2 Mb/s, as described in Clause 15, that use DSSS modulation and builds on the payload data rates of 1, 2, 5.5, and 11 Mb/s, as described in Clause 18, that use DSSS, CCK, and optional PBCC modulations. The ERP draws from Clause 17 to provide additional payload data rates of 6, 9, 12, 18, 24, 36, 48, and 54 Mb/s. Of these rates, transmission and reception capability for 1, 2, 5.5, 6, 11, 12, and 24 Mb/s data rates is mandatory.

IEEE Std 802.11-2007 at 689.

b) ERP-OFDM

1) The PHY uses the capabilities of Clause 17 with the following exceptions:

    i)   The frequency plan is in accordance with 18.4.6.1 and 18.4.6.2 instead of 17.3.8.3.

    ii)  CCA has a mechanism that will detect all mandatory Clause 19 sync symbols.

    iii)  The frequency accuracy (see 17.3.9.4 and 17.3.9.5) is ±25 PPM.

    iv)  The maximum input signal level (see 17.3.10.4) is −20 dBm.

    v)   The slot time is 20 μs in accordance with 18.3.3, except that an optional 9 μs slot time may be used when the BSS consists of only ERP STAs.

    vi)  SIFS time is 10 μs in accordance with 18.3.3. See 19.3.2.3 for more detail.

IEEE Std 802.11-2007 at 689-99.

### 17.1 Introduction

This clause specifies the PHY entity for an orthogonal frequency division multiplexing (OFDM) system. The OFDM system provides a WLAN with data payload communication capabilities of 6, 9, 12, 18, 24, 36, 48, and 54 Mb/s. The support of transmitting and receiving at data rates of 6, 12, and 24 Mb/s is mandatory. The system uses 52 subcarriers that are modulated using binary or quadrature phase shift keying (BPSK or QPSK) or using 16- or 64-quadrature amplitude modulation (16-QAM or 64-QAM). Forward error correction coding (convolutional coding) is used with a coding rate of 1/2, 2/3, or 3/4.

IEEE Std 802.11-2007 at 591.

### 17.1.1 Scope

This subclause describes the PHY services provided to the IEEE 802.11 WLAN MAC by the 5 GHz (bands) OFDM system. The OFDM PHY consists of two protocol functions, as follows:

a) A PHY convergence function, which adapts the capabilities of the PMD system to the PHY service. This function is supported by the PLCP, which defines a method of mapping the IEEE 802.11 PSDUs into a framing format suitable for sending and receiving user data and management information between two or more STAs using the associated PMD system.

b) A PMD system whose function defines the characteristics and method of transmitting and receiving data through a WM between two or more STAs, each using the OFDM system.

IEEE Std 802.11-2007 at 591.

### 17.3.8.1 Outline description

The general block diagram of the transmitter and receiver for the OFDM PHY is shown in Figure 17-12. Major specifications for the OFDM PHY are listed in Table 17-11.



IEEE Std 802.11-2007 at 612.

### 19.7.2.1.2 Symbol shaping unique to the DSSS-OFDM segment

OFDM spectral shaping may be achieved using two mechanisms: (1) Time-domain convolution filtering may be used to shape the spectrum. (2) Time-domain window tapering of OFDM symbol onset and termination may be used to shape the spectrum. This second mechanism can be viewed as frequency domain convolution. The first mechanism shall be common to both the OFDM and single carrier if it is a dominant distortion mechanism. The second mechanism may be unique to the OFDM segment, because it does not affect the frequency response of the 52 subcarriers.

IEEE Std 802.11-2007 at 707.

| modulating each of a plurality of data symbols onto one of a plurality of subcarriers to generate a plurality of modulated subcarriers, said modulated subcarriers comprising a first data signal; | Gateway's 802.11(a), (g), and/or (n)-compliant products modulate each of a plurality of data symbols onto one of a plurality of subcarriers to generate a plurality of modulated subcarriers, the modulated subcarriers comprising a first data signal.<br><br>For example, Gateway's EC5801u Series products modulate, by using BPSK, QPSK, 16-QAM, or 64-QAM, each of a plurality of data symbols onto one of a plurality of subcarriers to generate a plurality of modulated subcarriers. The modulated subcarriers comprise a first data signal.<br><br>**17.3.5.7 Subcarrier modulation mapping**<br><br>The OFDM subcarriers shall be modulated by using BPSK, QPSK, 16-QAM, or 64-QAM, depending on the RATE requested. The encoded and interleaved binary serial input data shall be divided into groups of $N_{BPSC}$ (1, 2, 4, or 6) bits and converted into complex numbers representing BPSK, QPSK, 16-QAM, or 64-QAM constellation points. The conversion shall be performed according to Gray-coded constellation mappings, illustrated in Figure 17-10, with the input bit, $b_0$, being the earliest in the stream. The output values, d, are formed by multiplying the resulting (I+jQ) value by a normalization factor $K_{MOD}$, as described in Equation (17-20).<br> IEEE Std 802.11-2007 at 607. <br>**17.3.8.1 Outline description**<br><br>The general block diagram of the transmitter and receiver for the OFDM PHY is shown in Figure 17-12. Major specifications for the OFDM PHY are listed in Table 17-11.<br><br><br> IEEE Std 802.11-2007 at 612. <br>**19.7.2.1.2 Symbol shaping unique to the DSSS-OFDM segment**<br><br>OFDM spectral shaping may be achieved using two mechanisms: (1) Time-domain convolution filtering may be used to shape the spectrum. (2) Time-domain window tapering of OFDM symbol onset and termination may be used to shape the spectrum. This second mechanism can be viewed as frequency domain convolution. The first mechanism shall be common to both the OFDM and single carrier if it is a dominant distortion mechanism. The second mechanism may be unique to the OFDM segment, because it does not affect the frequency response of the 52 subcarriers. |

| | |
|---|---|
| | IEEE Std 802.11-2007 at 707.<br><br>The second shaping mechanism, which uses frequency-domain convolution through time-domain subcarrier onset-and-termination shaping, may be unique to the OFDM segment. This unique technique is acceptable because it does not modify the required frequency response of the 52 subcarriers.<br><br>Spectral shaping by tapering the OFDM symbol onset-and-termination using a time-domain window is described in Clause 17 and is equally germane to Clause 19 systems. For convenience, one of the relevant figures from Clause 17 is repeated here as Figure 19-9. Clause 17 suggested that the tapering transition duration is 0.1 µs.<br><br>IEEE Std 802.11-2007 at 707-08. |
| multiplying said first data signal by a pulseshaping waveform to generate a second data signal, said pulseshaping waveform comprising a function having at least one first and second amplitude wherein said first amplitude is greater than said second amplitude; and | Gateway's 802.11(a), (g), and/or (n)-compliant products multiply the first data signal by a pulseshaping waveform to generate a second data signal. The pulseshaping waveform comprises a function having at least one first and second amplitude wherein the first amplitude is greater than the second amplitude.<br><br>For example, Gateway's EC5801u Series products multiply the first data signal by $w_T(t)$ to generate a second data signal. $w_T(t)$ comprises a function having at least one first and second amplitude wherein the first amplitude is greater than the second amplitude. |

$$w_T(t) = \begin{cases} \sin^2\left(\frac{\pi}{2}(0.5 + t/T_{TR})\right) & (-T_{TR}/2 < t < T_{TR}/2) \\ 1 & (T_{TR}/2 \le t < T - T_{TR}/2) \\ \sin^2\left(\frac{\pi}{2}(0.5 - (t-T)/T_{TR})\right) & (T - T_{TR}/2 \le t < T + T_{TR}/2) \end{cases} \tag{17-4}$$

In the case of vanishing $T_{TR}$, the windowing function degenerates into a rectangular pulse of duration $T$. The normative specifications of generating the transmitted waveforms shall utilize the rectangular pulse shape. In implementation, higher $T_{TR}$ is typically implemented in order to smooth the transitions between the consecutive subsections. This creates a small overlap between them, of duration $T_{TR}$, as shown in Figure 17-2. The transition time, $T_{TR}$, is about 100 ns. Smoothing the transition is required in order to reduce the spectral sidelobes of the transmitted waveform. However, the binding requirements are the spectral mask and modulation accuracy requirements, as detailed in 17.3.9.2 and 17.3.9.6. Time domain windowing, as described here, is just one way to achieve those objectives. The implementer may use other methods to achieve the same goal, such as frequency domain filtering. Therefore, the transition shape and duration of the transition are informative parameters.



IEEE Std 802.11-2007 at 599.

**17.3.8.1 Outline description**

The general block diagram of the transmitter and receiver for the OFDM PHY is shown in Figure 17-12. Major specifications for the OFDM PHY are listed in Table 17-11.



IEEE Std 802.11-2007 at 612.

**19.7.2.1.2 Symbol shaping unique to the DSSS-OFDM segment**

OFDM spectral shaping may be achieved using two mechanisms: (1) Time-domain convolution filtering may be used to shape the spectrum. (2) Time-domain window tapering of OFDM symbol onset and termination may be used to shape the spectrum. This second mechanism can be viewed as frequency domain convolution. The first mechanism shall be common to both the OFDM and single carrier if it is a dominant distortion mechanism. The second mechanism may be unique to the OFDM segment, because it does not affect the frequency response of the 52 subcarriers.

IEEE Std 802.11-2007 at 707.

The second shaping mechanism, which uses frequency-domain convolution through time-domain subcarrier onset-and-termination shaping, may be unique to the OFDM segment. This unique technique is acceptable because it does not modify the required frequency response of the 52 subcarriers.

Spectral shaping by tapering the OFDM symbol onset-and-termination using a time-domain window is described in Clause 17 and is equally germane to Clause 19 systems. For convenience, one of the relevant figures from Clause 17 is repeated here as Figure 19-9. Clause 17 suggested that the tapering transition duration is 0.1 µs.

IEEE Std 802.11-2007 at 707-08.



Figure 19-9—Spectral shaping achieved by OFDM symbol onset and termination shaping

The effect of time-domain windowing on a single subcarrier's power spectrum is shown in Figure 19-10 for two cases. The first case is rectangular time-domain windowing of an OFDM symbol. The second case is for the Clause 17 suggested time-domain windowing of an OFDM symbol with a 0.1 µs transition. Note the difference in frequency-dependent amplitude roll-off. Adding the 52 frequency-bin-centered individual subcarrier power spectral densities generates the composite 52 subcarrier power spectrum.

IEEE Std 802.11-2007 at 708.

Dallas 320870v1

| | |
|---|---|
| transmitting said second data signal on said system carrier. | Gateway's 802.11(a), (g), and/or (n)-compliant products transmit the second data signal on the system carrier.<br><br>For example, Gateway's EC5801u Series products transmit the second data signal on the system carrier.<br><br>**17.3.8.1 Outline description**<br><br>The general block diagram of the transmitter and receiver for the OFDM PHY is shown in Figure 17-12. Major specifications for the OFDM PHY are listed in Table 17-11.<br><br><br><br>IEEE Std 802.11-2007 at 612.<br><br>**19.7.2.1.2 Symbol shaping unique to the DSSS-OFDM segment**<br><br>OFDM spectral shaping may be achieved using two mechanisms: (1) Time-domain convolution filtering may be used to shape the spectrum. (2) Time-domain window tapering of OFDM symbol onset and termination may be used to shape the spectrum. This second mechanism can be viewed as frequency domain convolution. The first mechanism shall be common to both the OFDM and single carrier if it is a dominant distortion mechanism. The second mechanism may be unique to the OFDM segment, because it does not affect the frequency response of the 52 subcarriers.<br><br>IEEE Std 802.11-2007 at 707.<br><br>The second shaping mechanism, which uses frequency-domain convolution through time-domain subcarrier onset-and-termination shaping, may be unique to the OFDM segment. This unique technique is acceptable because it does not modify the required frequency response of the 52 subcarriers.<br><br>Spectral shaping by tapering the OFDM symbol onset-and-termination using a time-domain window is described in Clause 17 and is equally germane to Clause 19 systems. For convenience, one of the relevant figures from Clause 17 is repeated here as Figure 19-9. Clause 17 suggested that the tapering transition duration is 0.1 µs.<br><br>IEEE Std 802.11-2007 at 707-08.<br><br>To achieve the design goal, the implementer may budget spectral shaping in the transmit radio. Some of the spectral shaping may be achieved using time-domain convolution filtering, and some may be achieved through time-domain windowing of the OFDM. In any case, the transmit implementation shall provide frequency response coherency.<br><br>IEEE Std 802.11-2007 at 709. |

| | |
|---|---|
| 6. The method of claim 1 in which said step of modulating comprises: | See claim 1. |
| performing an N'-point inverse fast fourier transform (IFFT) on a plurality of data symbols to generate said first data signal. | Gateway's 802.11(a), (g), and/or (n)-compliant products perform an N'-point inverse fast fourier transform (IFFT) on a plurality of data symbols to generate the first data signal.<br><br>For example, Gateway's EC5801u Series products perform an N'-point inverse fast fourier transform (IFFT) on a plurality of data symbols to generate the first data signal.<br><br>**17.3.8.1 Outline description**<br><br>The general block diagram of the transmitter and receiver for the OFDM PHY is shown in Figure 17-12. Major specifications for the OFDM PHY are listed in Table 17-11.<br><br>IEEE Std 802.11-2007 at 612.<br><br>The transmitted baseband signal is composed of contributions from several OFDM symbols.<br><br>$$r_{PACKET}(t) = r_{PREAMBLE}(t) + r_{SIGNAL}(t - t_{SIGNAL}) + r_{DATA}(t - t_{DATA}) \qquad (17\text{-}2)$$<br><br>The subframes of which Equation (17-2) are composed are described in 17.3.3, 17.3.4, and 17.3.5.9. The time offsets $t_{SUBFRAME}$ determine the starting time of the corresponding subframe; $t_{SIGNAL}$ is equal to 16 μs for 20 MHz channel spacing, 32 μs for 10 MHz channel spacing, and 64 μs for 5 MHz channel spacing, and $t_{DATA}$ is equal to 20 μs for 20 MHz channel spacing, 40 μs for 10 MHz channel spacing, and 80 μs for 5 MHz channel spacing.<br><br>All the subframes of the signal are constructed as an inverse Fourier transform of a set of coefficients, $C_k$, with $C_k$ defined later as data, pilots, or training symbols in 17.3.3 through 17.3.5.<br><br>IEEE Std 802.11-2007 at 598. |

**19.7.2.1.2 Symbol shaping unique to the DSSS-OFDM segment**

OFDM spectral shaping may be achieved using two mechanisms: (1) Time-domain convolution filtering may be used to shape the spectrum. (2) Time-domain window tapering of OFDM symbol onset and termination may be used to shape the spectrum. This second mechanism can be viewed as frequency domain convolution. The first mechanism shall be common to both the OFDM and single carrier if it is a dominant distortion mechanism. The second mechanism may be unique to the OFDM segment, because it does not affect the frequency response of the 52 subcarriers.

IEEE Std 802.11-2007 at 707.

The second shaping mechanism, which uses frequency-domain convolution through time-domain subcarrier onset-and-termination shaping, may be unique to the OFDM segment. This unique technique is acceptable because it does not modify the required frequency response of the 52 subcarriers.

Spectral shaping by tapering the OFDM symbol onset-and-termination using a time-domain window is described in Clause 17 and is equally germane to Clause 19 systems. For convenience, one of the relevant figures from Clause 17 is repeated here as Figure 19-9. Clause 17 suggested that the tapering transition duration is 0.1 µs.

IEEE Std 802.11-2007 at 707-08.

Dallas 320870v1