# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

ERICSSON INC., et al.,

      Plaintiffs,

      vs.

D-LINK CORPORATION, et al.,

      Defendants.

Civil Action No. 6:10-cv-473

**JURY TRIAL DEMANDED**

## JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT
## PURSUANT TO PATENT RULE 4-3

Pursuant to Patent Rule 4-3 and the Court's Docket Control Order, the Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Ericsson") and Defendants D-Link Systems, Inc., NETGEAR, Inc., Acer, Inc., Acer America Corporation, Gateway, Inc., Dell, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Belkin International, Inc. (collectively "Defendants") hereby submit this Joint Claim Construction Statement.

A.    **CONSTRUCTION OF THOSE CLAIM TERMS, PHRASES, OR CLAUSES ON WHICH THE PARTIES AGREE**

At this time, the parties have not reached agreement on any of the proposed claim terms.

B.    **EACH PARTY'S PROPOSED CONSTRUCTION OF EACH DISPUTED CLAIM TERM, PHRASE, OR CLAUSE, TOGETHER WITH AN IDENTIFICATION OF INTRINSIC AND OTHER EVIDENCE**

A side-by-side comparison of the parties' respective proposed constructions, an identification of the party/parties proposing the construction, and an identification of the intrinsic and extrinsic evidence that they intend to rely upon, either to support their proposed construction of the claim terms or to oppose another party's proposed construction, are provided in Exhibit A.  Ericsson and the Defendants reserve the right to rely on any intrinsic or extrinsic evidence identified by the other party in support of their proposed constructions.  Ericsson and the Defendants may also rely upon intrinsic or extrinsic evidence, including the prosecution history, to rebut the constructions proposed by the other party.

C.    **THE ANTICIPATED LENGTH OF TIME NECESSARY FOR THE CLAIM CONSTRUCTION HEARING**

The Parties anticipate that the Claim Construction Hearing will take no longer than four hours, two hours per side.

D.    **POSSIBLE WITNESSES AT THE CLAIM CONSTRUCTION HEARING**

The Parties do not intend to call any witnesses at the Claim Construction Hearing.

E.    **OTHER ISSUES TO BE RAISED AT THE CLAIM CONSTRUCTION HEARING**

The Parties are not aware of any other issues that should be taken up at a pre-hearing conference before the Claim Construction Hearing.

Dated: April 16, 2012

Respectfully submitted,

**MCKOOL SMITH P.C.**

By: ___ /s/ Sam Baxter _____
Theodore Stevenson III,
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Justin Nemunaitis
Texas State Bar No. 24065815
jnemunaitis@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS
ERICSSON INC. and
TELEFONAKTIEBOLAGET LM
ERICSSON**

*/s/ John P. Bovich*

Scott D. Baker, *Pro Hac Vice* (Cal. SBN 84923)
John P. Bovich, *Pro Hac Vice* (Cal. SBN 150688)
Adaline J. Hilgard, *Pro Hac Vice* (Cal. SBN 173213)
William R. Overend, *Pro Hac Vice* (Cal. SBN 180209)
Jonah D. Mitchell, *Pro Hac Vice* (Cal. SBN 203511)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA  941015
Telephone: +1 415 543 8700
Facsimile:  +1 415 391 8269
Email:       sbaker@reedsmith.com
Email:       jbovich@reedsmith.com
Email:       ahilgard@reedsmith.com
Email:       woverend@reedsmith.com
Email:       jmitchell@reedsmith.com

Trey Yarbrough (Bar No. 22133500)
Debby E. Gunter(Bar No. 24012752)
**YARBROUGH & WILCOX, PLLC**
100 E. Ferguson, Ste. 1015
Tyler, Texas 75702
Telephone:  +1 903 595 3111
Facsimile:  +1 903 595 0191
Email:       trey@yw-lawfirm.com
Email:       debby@yw-lawfirm.com

Counsel for Defendants, D-LINK SYSTEMS, INC., NETGEAR, INC., ACER, INC., ACER AMERICA CORPORATION, and GATEWAY, INC.

S.J. Christine Yang (admitted *pro hac vice*)
Duncan Palmatier (admitted *pro hac vice*)
Victoria Hao (admitted *pro hac vice*)
**THE LAW OFFICES OF S.J. CHRISTINE YANG**
17220 Newhope Street, Suite 101
Fountain Valley, California 92708
Tel: (714) 641-4022; Fax: (714) 641-2082
E-Mail:      cyang@sjclawpc.com
E-Mail:      dpalm@dpalmlaw.com
E-Mail:      vhao@sjclawpc.com

Counsel for Defendant D-LINK SYSTEMS, INC.

*/s/ Dwayne C. Norton (by permission)*

Michael J. Newton (Texas Bar No. 24003844)
Jason W. Cook (Texas Bar No. 24028537)
Stacey G. White (Texas Bar No. 24053220)
Dwayne C. Norton (Texas Bar No. 24076139)
Shaun W. Hassett (Texas Bar No. 24074372)
Brady Cox (Texas Bar No. 24074084)
**ALSTON & BIRD LLP**
2828 North Harwood St, Suite 1800
Dallas, TX 75201
Phone:        (214) 922-3400
Fax:          (214) 922-3899
Email:        mike.newton@alston.com
Email:        jason.cook@alston.com
Email:        stacey.white@alston.com
Email:        dwayne.norton@alston.com
Email:        shaun.hassett@alston.com
Email:        brady.cox@alston.com

Marsha E. Mullin (California Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Phone:        (213) 576-1000
Fax:          (213) 576-1100
Email:        marsha.mullin@alston.com

Frank G. Smith (Georgia Bar No. 657550)
Kamran Jivani (Georgia Bar No. 510908)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Phone:        (404) 881-7000
Fax:          (404) 881-7777
Email:        frank.smith@alston.com
Email:        kamran.jivani@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX  75701
903/705-1117
Phone (903) 705-1117
Fax (903) 581-2543
Email: ddacus@dacusfirm.com

Counsel for Defendant DELL INC.

*/s/ John Feldhaus (by permission)*

John Feldhaus
Pavan Agarwal
**FOLEY & LARDNER LLP**
3000 K. Street, NW, Suite 500
Washington, DC 20007
PH:          (202) 672-5300
Fax:          (202) 672-5399
Email:        jfeldhaus@foley.com
Email:        pagarwal@foley.com

Guy N. Harrison
Attorney at Law
217 N. Center
Longview, TX 75606
PH:          (903) 758-7361
Fax:          (903) 753-9557
Email:        guy@gnhlaw.com

Counsel for TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

*/s/ Kristopher M. Dawes (by permission)*

Ryan K. Yagura (Bar No. 24075933)
Vision Winter (*Pro Hac Vice*)
Eric Chan (*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile:  (213) 430-6407

Kristopher M. Dawes (*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
610 Newport Center Drive
Newport Beach, California 92660-6429
Tel:          (949) 760-9600
Fax:          (949) 823-6994

Attorneys for BELKIN INTERNATIONAL, INC.

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**                    7
McKool 440814v4

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on this day, April 16, 2012.

/s/ *Justin Nemunaitis*

Justin Nemunaitis