# EXHIBIT A

A.     UNITED STATES PATENT NO. 6,772,215 ("THE '215 PATENT")

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| responsive to the receiving step, constructing a message field . . . including a type identifier field | 1, 15, 25 | responsive to the receiving step, generating a message field including a field that identifies the message type of the feedback response message from a number of different message types<br><br>Intrinsic Support:<br>7:52-57; 7:66-8:14. | responsive to the receiving step, generating a message field including a field identifying the type of feedback response that is selected from multiple available feedback responses in order to minimize the size or number of feedback responses<br><br>Intrinsic Support:<br>**Specification**<br>Abstract; Figs. 4-13; cols. 1:20-48; 2:56-3:13; 3:17-42; 3:46-50; 4:1-62 (incl. Table 1) 5:51-7:65; 8:15-37; 8:41-48; 9:1-14 (incl. Table 2); 9:18-21; 9:27-50 (incl. Table 3); 9:67-10:5.<br><br>**File History**<br>10/07/2003 Office Action pp. 3-6; 01/07/2004 Reply by Patentee to 10/07/2003 Office Action at 11; Provisional Application No. 60/128,417. |
| means for sending a plurality of first data units over said communication link to said second peer entity | 45 | The claim term is a means-plus-function limitation under 35 U.S.C. § 112, ¶ 6.<br><br>**Recited Function:**<br>sending a plurality of first data units over said communication link to said second peer entity.<br><br>**Corresponding Structure:** | The claim term is a means-plus-function limitation under 35 U.S.C. § 112, ¶ 6.<br><br>**Recited function:** the transmission of first data units by a first peer unit to a second peer unit<br><br>**Corresponding Structure:** Invalid under § 112, ¶¶ 2, 6.<br><br>This term is also indefinite under 112 ¶ 1 |

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| | | the sender of a peer entity or equivalents thereof. | as it lacks support in the specification as drafted |
| means for receiving said plurality of first data units, and constructing one to several message fields for a second data unit, said one to several message fields including a type identifier field and at least one of a sequence number field, a length field, a content field, a plurality of erroneous sequence number fields, and a plurality of erroneous sequence number length fields, each of said plurality of erroneous sequence number fields associated with a respective one of said plurality of erroneous sequence number length fields | 45 | The claim term is a means-plus-function limitation under 35 U.S.C. § 112, ¶ 6.

**Recited Function:**
receiving said plurality of first data units, and constructing one to several message fields for a second data unit, said one to several message fields including a type identifier field and at least one of a sequence number field, a length field, a content field, a plurality of erroneous sequence number fields, and a plurality of erroneous sequence number length fields, each of said plurality of erroneous sequence number fields associated with a respective one of said plurality of erroneous sequence number length fields

**Corresponding Structure:**
the receiver of a peer entity, see '215::29-30, whereby different mechanisms can be used to indicate erroneous data units so as to optimize performance, see '215::5:53-56, and the mechanisms refer to any of the methods described for constructing a bitmap feedback response message disclosed at '215::3:17-28 and '215::6:8-48, any of the methods for constructing a | The claim term is a means-plus-function limitation under 35 U.S.C. § 112, ¶ 6.

**Recited function:** receiving the plurality of first data units and generating a message field including a field identifying the type of feedback response that is selected from multiple available feedback responses in order to minimize the size or number of feedback responses.

**Corresponding Structure:**

(a) FIG. 4, FIG. 5, FIG. 6, Table 1, 3:6-13, 36-42, 4:1-54, 5:50-6:49, 6:55-64, 7:28-51

(b) Invalid under 35 U.S.C. § 112, ¶¶ 2, 6

Intrinsic Support:
**Specification**
Abstract; Figs. 4-13; cols. 1:20-48; 2:56-3:13; 3:17-42; 3:46-50; 4:1-62 (incl. Table 1); 4:44-53, 5:51-7:65; 8:15-37; 8:41-48; 9:1-14 (incl. Table 2); 9:18-21; 9:27-50 (incl. Table 3); 9:67-10:5.

**File History**
10/07/2003 Office Action pp. 3-6; 01/07/2004 Reply by Patentee to 10/07/2003 Office Action at 11; Provisional Application No. 60/128,417. |

2

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| | | compressed bitmap feedback response message disclosed at '215::6:49-54, any of the methods for constructing a list feedback response message disclosed at '215::2:-63-3:16 and '215::7:2-28-51, and/or the method for constructing a feedback response message combining the list and bitmap methods, and any equivalents thereof. | |

3

**B.     UNITED STATES PATENT NO. 6,519,223 ("THE '223 PATENT")**

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| means for transmitting a 'move receiving window' request when said discard timer expires and said acknowledgement message for each said at least one protocol data unit has not been received | 14 | The claim term is a means-plus-function limitation under 35 U.S.C. § 112, ¶ 6.<br><br>**Recited Function:**<br>transmitting a 'move receiving window' request when said discard timer expires and said acknowledgement message for each said at least one protocol data unit has not been received<br><br>**Corresponding Structure:**<br>the transmitter, as described in 3:65-67 and illustrated in Fig. 2 and equivalents thereof | The claim term is a means-plus-function limitation under 35 U.S.C. § 112, ¶ 6.<br><br>**Recited function:** transmitting a 'move receiving window' request when said discard timer expires and said acknowledgment message for each said at least one protocol data unit has not been received<br><br>**Corresponding Structure:** Transmitter 200 |

4

## C.    UNITED STATES PATENT NO. 5,987,019 ("THE '019 PATENT")

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| separate from said first field | 19 | *No construction is necessary.*<br><br>Intrinsic Support:<br>Abstract; Figs. 1-11; 1:51-2:63; 2:66-4:10; 4:46-5:51; 9:5-10:20; 11:48-13:8; claims 1-33;<br><br>'019 prosecution history, October 15, 1996 Amendment and accompanying remarks;<br><br>'568 prosecution history, September 21, 1999 Amendment and accompanying remarks. | in a different portion of a radio channel from said first field<br><br>Intrinsic Support:<br>**Specification**<br><br>Claims 1, 19, 20, 21; Figs. 2, 3, 6-8, 11; cols. 1:16-25; 1:43-60; 2:4-15; 2:65-3:8; 3:11-22; 3:29-42; 3:51-53; 3:59-67; 4:6-8; 4:33-63; 5:9-50; 5:64-6:1; 6:36-61; 7:7-16; 7:28-34; 7:40-44; 8:27-53; 9:5-10:46; 11:43-12:2; 12:48-67.<br><br>**File Histories**<br>**'019 File History**<br>4/28/99 Request for Reconsideration, pp. 1-5; Office Action Rejection, Aug. 05, 1998 at p. 7 (102 rejection); Amendment in Response to Office Action, 11/04/1998 p. 2; Office Action Rejection, Jan. 26, 1999 at p. 4 (102 rejection); Request for Reconsideration, Apr. 26, 1999 pp. 1-2.<br>**'568 File History**<br>Office Action Rejection, Jul. 23, 2001 p. 3 (112 rejection); Amendment In Response to Office Action, Nov. 21, 2001, p. 4; Office Action Rejection, Feb. 11, 2002 at p. 3; Office Action Rejection, Feb. 11, 2002 at pp. 5-6; Response to Office Action May 10, 2002 pp. 3-7. |

5

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| | | | **Other Evidence**<br><br>Illustrated Dictionary of Electronics, 1994; Dictionary of Telecommunications, 1991; Information Age Dictionary, 1992; Webster's New World Dictionary of Computer Terms, 1994; Oxford Reference Dictionary of Computing, 1991; IS-54B, "Dual Mode Mobile Station-Base Station Compatibility Standard," Electronic Industries Association and Telecommunications Industry Association (EIA/TIA); IS-136, Electronic Industries Association and Telecommunications Industry Association (EIA/TIA); U.S. patent No. 5,175,867; U.S. patent No. 5,230,003.  [See Exhibit A-2] |
| a service type identifier which identifies a type of payload information | 19, 22 | an identifier which identifies transmission characteristics of payload information<br><br>Intrinsic Support:<br>Abstract; Figs. 1-11; 1:51-2:63; 2:66-3:42; 4:46-5:51; 9:5-10:20; 11:48-13:8; claims 19-25;<br><br>'019 prosecution history, October 15, 1996 Amendment and accompanying remarks; | an identifier that identifies the type of information (e.g., video, voice or data) conveyed in the payload<br><br>Intrinsic Support:<br><br>**Specification**<br>Claim 23; '568 patent, claim 3; abstract; cols. 1:11-16; 2:16-26; 2:40-53; 2:56-64; 3:8-22; 3:29-39; 4:10-19; 5:37-40; 6:37-48; 7:28-34; 9:5-11; 9:24-38; 9:50-62; 10:4-14; 10:20-26; 10:26-31; 12:24-26.<br>**File Histories** |

6

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| | | '568 prosecution history, September 21, 1999 Amendment and accompanying remarks. | '019 File History Office Action Rejection, Aug. 05, 1998 at pp. 2, 7; Amendment in Response to Office Action, 11/04/1998 pp. 2-6; Office Action Rejection, Jan. 26, 1999 at p. 4; 4/28/99 Request for Reconsideration, pp. 1-2; '568 File History Office Action Rejection, Jul. 23, 2001 p. 3; Amendment In Response to Office Action, Nov. 21, 2001, pp. 4-5; Office Action Rejection, Feb. 11, 2002 at pp. 3, 5-6; Interview, May 7, 2002; Response to Office Action May 10, 2002 pp. 3-8-5/16/02 Amendment, pp. 3-6. |

## D.    UNITED STATES PATENT NO. 6,466,568 ("THE '568 PATENT")

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| separate from said first field | 19 | *No construction is necessary.*<br><br>Intrinsic Support:<br>Abstract; Figs. 1-11; 1:51-2:63; 2:66-4:10; 4:46-5:51; 9:5-10:20; 11:48-13:8; claims 1-33;<br><br>'019 prosecution history, October 15, 1996 Amendment and accompanying remarks;<br><br>'568 prosecution history, September 21, | in a different portion of a radio channel from said first field<br><br>Intrinsic Support:<br>**Specification**<br><br>Claim 1; '019 patent, claims 1, 19, 20, 21; Figs. 2, 3, 6-8, 11; cols. 1:16-25; 1:43-60; 2:4-15; 2:65-3:8; 3:11-22; 3:29-42; 3:51-53; 3:59-67; 4:6-8; 4:33-63; 5:9-50; 5:64-6:1; 6:36-61; 7:7-16; 7:28-34; 7:40-44; |

McKool 440814v4

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| | | 1999 Amendment and accompanying remarks. | 8:27-53; 9:5-10:46; 11:43-12:2; 12:48-67.<br><br>**File Histories**<br><br>'019 File History<br>4/28/99 Request for Reconsideration, pp. 1-5; Office Action Rejection, Aug. 05, 1998 at p. 7 (102 rejection); Amendment in Response to Office Action, 11/04/1998 p. 2; Office Action Rejection, Jan. 26, 1999 at p. 4 (102 rejection); Request for Reconsideration, Apr. 26, 1999 pp. 1-2.<br><br>'568 File History<br>Office Action Rejection, Jul. 23, 2001 p. 3 (112 rejection); Amendment In Response to Office Action, Nov. 21, 2001, p. 4; Office Action Rejection, Feb. 11, 2002 at p. 3; Office Action Rejection, Feb. 11, 2002 at pp. 5-6; Response to Office Action May 10, 2002 pp. 3-7.<br><br>**Other Evidence**<br><br>Illustrated Dictionary of Electronics, 1994; Dictionary of Telecommunications, 1991; Information Age Dictionary, 1992; Webster's New World Dictionary of Computer Terms, 1994; Oxford Reference Dictionary of Computing, 1991; IS-54B, "Dual Mode Mobile Station-Base Station Compatibility |

8

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| | | | Standard," Electronic Industries Association and Telecommunications Industry Association (EIA/TIA); IS-136, Electronic Industries Association and Telecommunications Industry Association (EIA/TIA); U.S. patent No. 5,175,867; U.S. patent No. 5,230,003.   [See Exhibit A-2] |
| a service type identifier which identifies a type of payload information | 19, 22 | an identifier which identifies transmission characteristics of payload information<br><br>Intrinsic Support:<br>Abstract; Figs. 1-11; 1:51-2:63; 2:66-3:42; 4:46-5:51; 9:5-10:20; 11:48-13:8; claims 19-25;<br><br>'019 prosecution history, October 15, 1996 Amendment and accompanying remarks;<br><br>'568 prosecution history, September 21, 1999 Amendment and accompanying remarks. | an identifier that identifies the type of information (e.g., video, voice or data) conveyed in the payload<br><br>Intrinsic Support:<br>an identifier that identifies the type of information (e.g., video, voice or data) conveyed in the payload<br><br>Intrinsic Support:<br><br>**Specification**<br>Claim 23; '568 patent, claim 3; abstract; cols. 1:11-16; 2:16-26; 2:40-53; 2:56-64; 3:8-22; 3:29-39; 4:10-19; 5:37-40; 6:37-48; 7:28-34; 9:5-11; 9:24-38; 9:50-62; 10:4-14; 10:20-26; 10:26-31; 12:24-26.<br><br>**File Histories**<br>'019 File History<br>Office Action Rejection, Aug. 05, 1998 at pp. 2, 7; Amendment in Response to Office Action, 11/04/1998 pp. 2-6; Office Action Rejection, Jan. 26, 1999 at p. 4; |

9

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| | | | 4/28/99 Request for Reconsideration, pp. 1-2;<br>'568 File History<br>Office Action Rejection, Jul. 23, 2001 p. 3; Amendment In Response to Office Action, Nov. 21, 2001, pp. 4-5; Office Action Rejection, Feb. 11, 2002 at pp. 3, 5-6; Interview, May 7, 2002; Response to Office Action May 10, 2002 pp. 3-8- 5/16/02 Amendment, pp. 3-6. |

10

**E.    UNITED STATES PATENT NO. 6,424,625 ("THE '625 PATENT")**

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| *No terms.* | | | |

11

**F.     UNITED STATES PATENT NO. 6,330,435 ("THE '435 PATENT")**

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| data packet discard notification message from the transmitter to the receiver indicating data packets the transmitter has discarded | 1 | a control message in an Automatic Repeat Request protocol that indicates data packets that the transmitter has discarded<br><br>Intrinsic Support:<br>Figs. 3-6; 2:21-26; 2:45-57; 3:4-16; 3:45-48; 4:61-65; 5:1-5;<br><br>'435 prosecution history, January 17, 2001 Amendment and accompanying remarks. | message containing the identity of unacknowledged data packets the transmitter has discarded<br><br>Intrinsic Support:<br>**Specification**<br><br>Claims 1-13, Abstract, Figs. 2 – 8; 1:4-7; 1:14-22;  1:30-35;  1:38-50;  1:61-2:14; 2:20-25;  2:26-42;  2:45-3:30;  3:35-4:8; 4:36-40; 4:53-67; 5:1-25; 5:36-53.<br><br>**File History**<br>January 13, 2001 Office Action; May 17, 2001 Response to Office Action. |

## G.   UNITED STATES PATENT NO. 5,790,516 ("THE '516 PATENT")

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| pulseshaping waveform | 1 | a waveform that lessens the effects of both time dispersion and intersymbol interference of an OFDM signal<br><br>Intrinsic Support:<br>3:65-4:2. | A waveform that changes the shape of said first data signal<br><br>Intrinsic Support:<br><br>**Specification**<br><br>Claims 1, 4, 7, 9, 10, 12, 14-15, 17 and 20-24; Figs 3A, 3B, 3C, 4A, and 5; abstract; cols. 4:15-24; 4:44-46; 4:53-55; 4:63-5:11; 5:19-41; 5:42-46; 5:51-61; 6:1-20; 7:11-31; 7:50-8:11; 8:52-9:4; 9:5-9; 9:15-21.<br><br>**File History**<br><br>June 12, 1997 Office Action; Nov. 20, 1997 Amendment and Response to Office Action; January 12, 1998 Notice of Allowability.<br><br>**Other Evidence**<br><br>The New IEEE Standard Dictionary of Electrical and Electronics Terms, 1993, IEEE, 1033; The IEEE Standard Dictionary of Electrical and Electronics Terms, 1996; Sclater, Neil and John Markus, McGraw-Hill Electronics Dictionary (Sixth ed. 1997); Graf, Rudolf F., Modern Dictionary of Electronics (Sixth ed. 1997). [See Exhibit A-1] |

McKool 440814v4

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| performing an N'-point inverse fast Fourier transform (IFFT) | 6 | performing an N'-point IFFT such that N' refers to the number of IFFT points that are required as a result of the pulseshaping waveform used<br><br>Intrinsic Support:<br>1:36-40. | performing an N'–point IFFT such that N' refers to an adjusted number of subcarriers depending on the pulseshaping waveform used<br><br>Intrinsic Support:<br><br>**Specification**<br><br>Claims 1, 2; Figs 3A, 3B, 3C, 4A, 5, and 6; cols. 4:63-5:11; 5:62-6:13; 6:26-36; 6:49-60; 7:2-8:10; 8:34-51; 8:66-9:4. |

McKool 440814v4

## H.   UNITED STATES PATENT NO. 5,771,468 ("THE '468 PATENT")

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| an interface for allowing electrical communication between said at least one means for removably mounting said line interface | 1 | an interface for allowing electrical communication between the PCMCIA card slot and the line interface<br><br>Intrinsic Support:<br>2:65-3:5;<br><br>'468 prosecution history, October 27, 1997 Amendment and accompanying remarks. | (a) indefinite under 112 ¶ 2 as lacking antecedent basis for "said at least one means for removably mounting said line interface"<br><br>(b) indefinite under 112 ¶ 2 as nonsensical<br><br>(c) indefinite under 112 ¶ 2 since "at least one means for removably mounting said line interface" is a 112 ¶ 6 limitation with no disclosed corresponding structure in the specification<br><br>(d) indefinite under 112 ¶ 1—lacks support in the specification as drafted<br><br>Intrinsic Support:<br>Abstract; Figs. 3A, 3B, 4A, 4B, 5, 6, 7A & 7B Col. 1:5-3:28; 3:65-7:9; and claims 2-10.<br><br><br>File history: original application; October 27, 1997 Office Action; December 23, 1997 Response to Office Action and Amendment; January 15, 1998 Examiner's Amendment; and February 13, 1998 Examiner's Amendment. |
| telecommunications system | 1 | *No construction is necessary.*<br><br>Intrinsic Support: | wireless communication system that operates according to a single system standard |

15

McKool 440814v4

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| | | Figs. 1A, 1B, 3A, 3B, 4A, 4B, 5, 6; 1:40-53; 2:6-15; 4:8-12. | Intrinsic Support: Abstract; Figs. 3A, 3B, 5, 6, 7A & 7B Col. 1:5-3:28; 3:65-7:9; and claims 2-10. File history: original application; October 27, 1997 Office Action; December 23, 1997 Response to Office Action and Amendment; January 15, 1998 Examiner's Amendment; and February 13, 1998 Examiner's Amendment. |
| system component | 1 | *No construction is necessary.* Intrinsic Support: claims 2-3 | a removably mountable component required for the base station to connect a wireless device to another wireless device within the same telecommunications system Intrinsic Support: Abstract; Figs. 3A, 3B, 5, 6, 7A & 7B Col. 1:5-3:28; 3:65-7:9; and claims 2-10. File history: original application; October 27, 1997 Office Action; December 23, 1997 Response to Office Action and Amendment; January 15, 1998 Examiner's Amendment; and February 13, 1998 Examiner's Amendment. |

16

### H.    UNITED STATES PATENT NO. 6,173,352 ("THE '352 PATENT")

| Claim Term | Asserted Claims | Ericsson's Construction | Defendants' Construction |
|---|---|---|---|
| *No terms.* | | | |

17