# EXHIBIT A-2

**Will be filed separately with the Court due to volume**

McKool 440814v4