# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **ERICSSON INC., et al.,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | §   **CIVIL ACTION NO. 6:10-CV-473-LED** |
| | § |
| **D-LINK SYSTEMS, INC., et al.,** | § |
| | §   **JURY TRIAL DEMANDED** |
| **Defendants.** | § |
| | § |

## ORDER

The Court, having considered Intel Corporation's Partially Opposed Motion to Intervene, which motion is partially opposed by Ericsson, finds the Motion should be GRANTED except as to any products sold to any non-Defendant.

IT IS THEREFORE ORDERED that Intel's Motion is hereby GRANTED in part.

**So ORDERED and SIGNED this 4th day of May, 2012.**

_____

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**