## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

ERICSSON INC., et al.,

      Plaintiffs,

      vs.

D-LINK CORPORATION, et al.,

      Defendants.

Civil Action No. 6:10-cv-473

JURY TRIAL DEMANDED

### DECLARATION OF JUSTIN NEMUNAITIS IN SUPPORT OF
### PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

I, Justin Nemunaitis, declare:

1.    I am a lawyer with the firm of McKool Smith, P.C.  I represent Plaintiffs Ericsson Inc. ("Ericsson US") and Telefonaktiebolaget LM Ericsson ("LM Ericsson") (collectively, "Ericsson") in the above-captioned matter.  I am admitted to practice law in the State of Texas and in this judicial district.  I am familiar with and have personal knowledge of the procedures and practices of the United States District Court for the Eastern District of Texas.

2.    Attached hereto as Exhibits 1 through 9 are true and correct copies of U.S. Patent Nos. 6,772,215 ("the '215 Patent"), 6,519,223 ("the '223 Patent"), 6,424,625 ("the '625 Patent"), 6,330,435 ("the '435 Patent"), 5,790,516 ("the '516 Patent"), 5,987,019 ("the '019 Patent"), 6,466,568 ("the '568 Patent"), 5,771,468 ("the '468 Patent"), and 6,173,352 ("the '352 Patent").

3.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the prosecution history of the '435 Patent.

Page 1 of 2

McKool 444931v1

4.      Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the prosecution history of the '568 Patent.

5.      Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the prosecution history of the '468 Patent.

I declare the foregoing to be true under the penalty of perjury on this 8th day of May, 2012.

/s/ Justin Nemunaitis_____
Justin Nemunaitis

McKool 444931v1