# EXHIBIT 10

Patent
Attorney's Docket No. 040000-507

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED

MAY 2 3 2001

Technology Center 2600

e Patent Application of     )

)

Tawfik LAZRAQ, *et al.*    )   Group Art Unit:  2683

)

Application No.:  09/271,319    )   Examiner:  C. Tran

)

Filed:  18 March 1999    )

)

For:   DATA PACKET DISCARD    )
       NOTIFICATION

## AMENDMENT

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

     In response to the Office Action mailed 18 January 2001, please amend the above-

identified application as follows:

**IN THE ABSTRACT**:

     Please substitute the Abstract filed herewith.

**IN THE TITLE**:

     Please substitute the following title:

     --DATA PACKET DISCARD NOTIFICATION--.

Application No. 09/271,319
Attorney's Docket No. 040000-507
Page 2

**IN THE CLAIMS**:

Please replace amended claims 1-8 and 10-13 as follow:

1. A method for discarding data packets in a system having a transmitter and a receiver, wherein the method is complementary to the Selective Repeat Automatic Repeat Request protocol and comprises the steps of:

transmitting a data packet discard notification message from the transmitter to the receiver indicating data packets the transmitter has discarded;

receiving the data packet discard notification message;

computing which data packets have been discarded by the transmitter based on the data packet discard notification message;



removing entries from a first list indicating data packets expected to be received from the transmitter, wherein the entries correspond to data packets identified in the computing step.

2. The method of claim 1, wherein the data packet discard notification message contains a field indicating a format of the message.

3. The method of claim 1, wherein:

the data packet discard notification message includes at least one pair of a data packet sequence number field and a length field; and

14

Application No. 09/271,319
Attorney's Docket No. 040000-507
Page 3

for each at least one pair, the data packet sequence number field indicates a first data packet to be discarded by the receiver and the length field indicates a number of data packets immediately preceding the first data packet, that are to be discarded by the receiver.

4. The method of claim 1, wherein:

the data packet discard notification message includes at least one pair of a data packet sequence number field and a length field; and

for each at least one pair, the data packet sequence number field indicates a first data packet to be discarded by the receiver and the length field indicates a number of data packets nearest the first data packet, that are to be discarded by the receiver.

5. The method of claim 1, wherein:

the data packet discard notification message includes at least one pair of a data packet sequence number field and a length field; and

for each at least one pair, the data packet sequence number field indicates a first data packet to be discarded by the receiver and the length field indicates a number of data packets immediately following the first data packet, that are to be discarded by the receiver.

6. The method of claim 1, wherein the data packet discard notification message includes a sequence number field for each data packet to be discarded by the receiver.

Application No. 09/271,319
Attorney's Docket No. 040000-507
Page 4

7. The method of claim 1, wherein the data packet discard notification message includes a bitmap and at least one pair of a data packet sequence number field and a length field, for each pair the length field designates a portion of the bitmap, the pair designates a group of data packets, and the portion of the bitmap indicates which of the group of data packets are to be discarded by the receiver.

8. The method of claim 7, wherein the data packets in the group are sequentially adjacent and the data packet sequence number field identifies a data packet at one end of the group.

10. The method of claim 1, wherein the data packet discard notification message includes at least one pair of a data packet sequence number field and a bitmap, the data packet sequence number field and the bitmap together designate a group of data packets, and the bitmap indicates which of the group of data packets are to be discarded by the receiver.

11. The method of claim 1, further comprising the steps of:

when the data packet discard notification message is not received by the receiver, updating the data packet discard notification message to include any data packets discarded by the transmitter after the data packet discard notification message was sent; and

sending the updated data packet discard notification message to the receiver.

Application No. 09/271,319
Attorney's Docket No. 040000-507
Page 5

12. The method of claim 1, further comprising the steps of:

transmitting a retransmission request from the receiver to the transmitter;

receiving the retransmission request at the transmitter;

determining whether any data packets indicated in the retransmission request have been discarded by the transmitter; and

when data packets indicated in the retransmission request are determined to have been discarded by the transmitter, sending a data packet discard notification message from the transmitter to the receiver indicating that the data packets have been discarded by the transmitter.

13. The method of claim 1, further comprising the steps of:

identifying any data packets indicated in the data packet discard notification message that do not have corresponding entries in the first list;

adding entries to a second list indicating data packets expected not to be received from the transmitter, wherein the entries correspond to the data packets identified in the identifying step;

periodically comparing the first and second lists to identify matching entries; and

removing the identified matching entries from the first and second lists.

Application No. 09/271,319
Attorney's Docket No. 040000-507
Page 6

## REMARKS

Claims 1-13 are pending in the application. By this Amendment, claims 1-8 and 10-13 are amended, a substitute Title and Abstract are provided, and the specification is amended as indicated in the Substitute Specification filed herewith. The Substitute Specification is provided in both clean and redlined formats. A Request for Approval of Drawing Corrections is also filed herewith, to conform the drawings to the newly amended specification.

Applicants respectfully submit that the amendments to the application are fully supported by the application as originally filed, and do not add new matter. See, for example, the originally filed application at page 2, lines 9 and 15; and at page 3, line 15. See also the Abstract.

### Claim Rejection - 35 U.S.C. § 102(b)

In the Office Action, the Examiner rejects claims 1-2, 6 and 11-13 under 35 U.S.C. § 102(b) over U.S. Patent No. 5,655,219 to Jusa, *et al.* (Jusa). This rejection is respectfully traversed.

Application No. 09/271.319
Attorney's Docket No. 040000-507
Page 7

### Summary of Applicants' Invention

In accordance with Applicants' invention, an algorithm complementary to the Selective Repeat ARQ technique is provided, that allows obsolete or otherwise superfluous message cells or packets to be safely discarded at the transmitter when using the Selective Repeat ARQ technique. Thus, clogging of ARQ buffers and deadlocking of the system can be avoided, and data transfer in mobile wireless environments using Selective Repeat ARQ can be made more efficient.

In accordance with various embodiments of the algorithm, a data packet discard notification (DPDN) message is sent by the transmitter to the receiver to indicate to the receiver which packets the transmitter has discarded, so that the receiver need no longer expect to receive them. The DPDN message can be sent when the transmitter discards packets. The DPDN message can also be sent in response to a communication such as a request or negative acknowledgment that is sent by the receiver to the transmitter.

In an exemplary embodiment of the invention, the DPDN message contains one or more field pairs. Each field pair includes a sequence number identifying a packet to be discarded, and also a length which indicates how many packets immediately subsequent to the identified packet should also be discarded. See, for example, FIGS. 2-3.

In another exemplary embodiment of the invention, the DPDN message contains a sequence number of a packet, and a bitmap. See, for example, FIG. 6. The bitmap contains entries for the packet identified by the sequence number and packets immediately subsequent to the identified packet. In particular, bit values in the bitmap indicate whether the packets corresponding to the bits are to be discarded. For example, if the value of a bit

Application No. 09/271.319
Attorney's Docket No. 040000-507
Page 8

in the bitmap is 0, then the packet corresponding to that bit has been discarded by the transmitter. If the value of the bit is 1, then the packet has not been discarded by the transmitter. The DPDN message can also contain a length field to indicate how many bits are in the bitmap, or in other words how many packets are represented in the bitmap.

The DPDN message can also include multiple pairs of sequence numbers and lengths for a bitmap, as shown for example in FIGS. 4-5. In this case, each pair refers to a portion of the bitmap. For example, a first pair would identify the sequence number of a first packet, and also a number of packets immediately following the first packet. If the number of packets were 8, for example, then the first 8 entries in the bitmap would refer to a sequence of 8 packets beginning with the first packet. The next pair would identify packets corresponding to a next portion of the bitmap, and so forth.

## U.S. Patent No. 5,655,219 to Jusa

Jusa is directed to a wireless LAN (Local Area Network) system, wherein base stations in the LAN communication via wireless links with mobile stations within the LAN. Jusa further discloses that a base station in the system will only converse with a mobile station that is registered with the base station, and base stations will only register mobile stations that are listed in a "mobile terminal confirming database". See, for example, the Abstract and C8/L13-33 (column 8, lines 13-33).

In other words, when a mobile station desires to establish a link with a base station in the system, it sends a registration request to the base station. The base station then consults a mobile terminal confirming database. If the mobile station that sent the

Application No. 09/271,319
Attorney's Docket No. 040000-507
Page 9

registration request is listed in the confirming database, then the base station registers the mobile station in the base station's "mobile terminal managing" database, and informs the mobile station that its request has been accepted. If the mobile station is not listed in the confirming database, then the base station informs the mobile station that its request has been refused.

When a mobile station moves from one geographic cell to a new geographic cell, it registers with the base station in the new cell, and sends a message through the base station in the new cell to other base stations in the system, indicating the mobile station is in the new cell. This notifies that base station of the old cell that the mobile station is no longer in the old cell, so that the base station in the old cell can then delete the mobile station from its mobile terminal managing database. See Jusa at C12/L20-62.

Jusa further discloses that this cell-shift notification mechanism can be implemented using a multi-cast address provided for the system. When a mobile terminal moves from one geographic cell to another, which has moved, can transmit a packet to the multi-cast address. A base station that receives the packet with the multi-cast address, extracts necessary information from the packet and then discards the packet. See Jusa at C12/L64-C13/L2. Since the base station discards the packet after extracting information and does not rebroadcast the packet in a wireless communication, efficiency of wireless communications in the system is preserved. See Jusa at C13/L58-64, and also at C12/L57-63.

Jusa also discloses that when flawed packets are received, the receiver can discard the flawed packets. See, for example, claim 3 of Jusa.

Application No. 09/271,319
Attorney's Docket No. 040000-507
Page 10

**Jusa Fails to Disclose or Suggest all Claimed Features**

Applicants respectfully note that the "cells" formerly recited in the claims refer to data packets or messages, and *do not* refer to geographical areas serviced by base stations in a wireless communication system. See, for example, the present application at P2/L15 (page 2, line 15) and P3/L15. With this in mind, Applicants make the following observations.

Jusa fails to disclose or suggest transmitting a data packet discard notification message from a transmitter to a receiver indicating packets the transmitter has discarded, as recited in claim 1.

Jusa further fails to disclose or suggest that the data packet discard notification message includes a sequence number field for each packet to be discarded by the receiver, as recited in claim 6. Jusa further fails to disclose or suggest, when the data packet discard notification message is not received by the receiver, updating the data packet discard notification message to include any packets discarded by the transmitter after the data packet discard notification message was sent, and sending the updated data packet discard notification message to the receiver, as recited in claim 11. Jusa further fails to disclose or suggest sending a data packet discard notification message in response to a retransmission request, as encompassed by claim 12. Jusa further fails to disclose or suggest identifying any packets indicated in the data packet discard notification message that do not have corresponding entries in a first list, adding entries to a second list indicating packets expected not to be received from the transmitter, wherein the entries correspond to the packets identified in the identifying step, periodically comparing the first and second lists

Application No. 09/271,319
Attorney's Docket No. 040000-507
Page 11

to identify matching entries, and removing the identified matching entries from the first and second lists, as recited in claim 13.

In summary, Jusa fails to disclose or suggest Applicants' claimed invention because the "cells" disclosed in Jusa are geographical areas serviced by base stations in a wireless communication network, and are not data packets or messages.

Furthermore, even if the geographical cells disclosed in Jusa are hypothetically considered to be equivalent to the data packets recited in Applicants' claims, Jusa still fails to disclose or suggest all claimed features. For example, Jusa fails to disclose or suggest removing entries from a first list indicating *data packets expected to be received from the transmitter*, wherein the entries correspond to data packets identified in the computing step, as recited in claim 1.

For at least the above reasons, Applicants respectfully submit that Jusa fails to disclose or suggest all of the features recited in the claims. Withdrawal of the rejection of claims 1-2, 6 and 11-13 under 35 U.S.C. § 102(b) over Jusa is respectfully requested.

### Claim Rejection - 35 U.S.C. § 103(a)

In the Office Action, the Examiner rejects claims 3-5 and 7-10 under 35 U.S.C. § 103(a) over Jusa in view of U.S. Patent No. 5,999,528 to Chow, *et al.* (Chow). This rejection is respectfully traversed.

Application No. 09/271,319
Attorney's Docket No. 040000-507
Page 12

**U.S. Patent No. 5,999,528 to Chow**

Chow discloses a communications hub with cards inserted in slots, and various buses and circuitry interconnecting the cards. Chow further discloses appending information to ATM (Asynchronous Transfer Mode) cells or packets being routed through the hub, so that the packets can be more easily routed. See, for example, Chow at C8/L51-58. Additional details regarding this appended information or "header" are discussed in Chow at C9-C11 (columns 9-11).

**Combination Fails to Disclose or Suggest Claimed Invention**

Applicants respectfully submit that Chow fails to overcome the deficiencies of Jusa described above. Further, the portions of Chow cited by the Examiner (FIG. 9, Tables A-C, C14/L4-16) do not appear to specifically disclose or suggest the various features recited in claims 3-5 and 7-10.

For at least these reasons, Applicants respectfully submit that the asserted combination of Jusa and Chow fails to disclose or suggest the claimed invention. Withdrawal of the rejection of claims 3-5 and 7-10 under 35 U.S.C. § 103(a) over Jusa in view Chow is respectfully requested.

Application No. <u>09/271.319</u>
Attorney's Docket No. <u>040000-507</u>
Page 13

### Conclusion

Applicants respectfully submit that the application is in condition for allowance.

Favorable consideration on the merits and prompt allowance are respectfully requested. In

the event any questions arise regarding this communication or the application in general,

the Examiner is invited to contact Applicants' undersigned representative at the telephone

number listed below.

Respectfully submitted,

BURNS, DOANE, SWECKER & MATHIS, L.L.P.

By: _____

M. David Ream
Registration No. 35,333

P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

Date: _17 May 2001_

Application No. 09/271,319
Attorney's Docket No. 040000-507
Page 1

## Attachment to Amendment dated 17 May 2001

### Marked-up Claims 1-8 and 10-13

1. A method for discarding [cells] data packets in a system having a transmitter and a receiver, wherein the method is complementary to the Selective Repeat Automatic Repeat Request protocol and comprises the steps of:

transmitting a [cell] data packet discard notification message from the transmitter to the receiver indicating [cells] data packets the transmitter has discarded;

receiving the [cell] data packet discard notification message;

computing which [cells] data packets have been discarded by the transmitter based on the [cell] data packet discard notification message;

removing entries from a first list indicating [cells] data packets expected to be received from the transmitter, wherein the entries correspond to [cells] data packets identified in the computing step.

2. The method of claim 1, wherein the [cell] data packet discard notification message contains a field indicating a format of the message.

3. The method of claim 1, wherein:

the [cell] data packet discard notification message includes at least one pair of a [cell] data packet sequence number field and a length field; and

for each at least one pair, the [cell] data packet sequence number field indicates a first [cell] data packet to be discarded by the receiver and the length field indicates a

Application No. 09/271,319
Attorney's Docket No. 040000-507
Page 2

**Attachment to Amendment dated 17 May 2001**

**Marked-up Claims 1-8 and 10-13**

number of [cells] data packets immediately preceding the first [cell] data packet, that are to

be discarded by the receiver.

4. The method of claim 1, wherein:

the [cell] data packet discard notification message includes at least one pair of a

[cell] data packet sequence number field and a length field; and

for each at least one pair, the [cell] data packet sequence number field indicates a

first [cell] data packet to be discarded by the receiver and the length field indicates a

number of [cells] data packets nearest the first [cell] data packet, that are to be discarded by

the receiver.

5. The method of claim 1, wherein:

the [cell] data packet discard notification message includes at least one pair of a

[cell] data packet sequence number field and a length field; and

for each at least one pair, the [cell] data packet sequence number field indicates a

first [cell] data packet to be discarded by the receiver and the length field indicates a

number of [cells] data packets immediately following the first [cell] data packet, that are to

be discarded by the receiver.

Application No. 09/271,319
Attorney's Docket No. 040000-507
Page 3

## Attachment to Amendment dated 17 May 2001

### Marked-up Claims 1-8 and 10-13

6. The method of claim 1, wherein the [cell] data packet discard notification message includes a sequence number field for each [cell] data packet to be discarded by the receiver.

7. The method of claim 1, wherein the [cell] data packet discard notification message includes a bitmap and at least one pair of a [cell] data packet sequence number field and a length field, for each pair the length field designates a portion of the bitmap, the pair designates a group of [cells] data packets, and the portion of the bitmap indicates which of the group of [cells] data packets are to be discarded by the receiver.

8. The method of claim 7, wherein the [cells] data packets in the group are sequentially adjacent and the [cell] data packet sequence number field identifies a [cell] data packet at one end of the group.

10. The method of claim 1, wherein the [cell] data packet discard notification message includes at least one pair of a [cell] data packet sequence number field and a bitmap, the [cell] data packet sequence number field and the bitmap together designate a group of [cells] data packets, and the bitmap indicates which of the group of [cells] data packets are to be discarded by the receiver.

Application No. 09/271.319
Attorney's Docket No. 040000-507
Page 4

**Attachment to Amendment dated 17 May 2001**

**Marked-up Claims 1-8 and 10-13**

11. The method of claim 1, further comprising the steps of:

when the [cell] data packet discard notification message is not received by the receiver, updating the [cell] data packet discard notification message to include any [cells] data packets discarded by the transmitter after the [cell] data packet discard notification message was sent; and

sending the updated [cell] data packet discard notification message to the receiver.

12. The method of claim 1, further comprising the steps of:

transmitting a retransmission request from the receiver to the transmitter;

receiving the retransmission request at the transmitter;

determining whether any [cells] data packets indicated in the retransmission request have been discarded by the transmitter; and

when [cells] data packets indicated in the retransmission request are determined to have been discarded by the transmitter, sending a [cell] data packet discard notification message from the transmitter to the receiver indicating that the [cells] data packets have been discarded by the transmitter.

13. The method of claim 1, further comprising the steps of:

identifying any [cells] data packets indicated in the [cell] data packet discard notification message that do not have corresponding entries in the first list;

Application No. 09/271,319
Attorney's Docket No. 040000-507
Page 5

**Attachment to Amendment dated 17 May 2001**

**Marked-up Claims 1-8 and 10-13**

adding entries to a second list indicating [cells] data packets expected not to be

received from the transmitter, wherein the entries correspond to the [cells] data packets

identified in the identifying step;

periodically comparing the first and second lists to identify matching entries; and

removing the identified matching entries from the first and second lists.