## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ERICSSON INC., et al.,** | |
| **Plaintiffs,** | **Civil Action No. 6:10-cv-473** |
| **vs.** | **JURY TRIAL DEMANDED** |
| **D-LINK CORPORATION, et al.,** | |
| **Defendants.** | |

## NOTICE OF COMPLIANCE WITH COURT'S
## MOTION PRACTICE ORDER

In compliance with the Court's Order regarding motions to be submitted in this case (Dkt. No. 102), plaintiffs Plaintiffs Ericsson Inc. ("Ericsson US") and Telefonaktiebolaget LM Ericsson ("LM Ericsson") (collectively, "Ericsson") hereby file this notice of their answering letter brief in response to Defendants' letter brief requesting leave to file a Motion for Summary Judgment of Indefiniteness (Dkt. 208-1).  A copy of Ericsson's answering letter brief is attached as Exhibit 1.

DATED:  May 22, 2012

Respectfully submitted,

**MCKOOL SMITH P.C.**

By: ___/s/ Theodore Stevenson III
Theodore Stevenson III,
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Justin Nemunaitis
Texas State Bar No. 24065815
jnemunaitis@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS
ERICSSON INC. and
TELEFONAKTIEBOLAGET LM
ERICSSON**

McKool 446259v1

## CERTIFICATE OF SERVICE

The undersigned certifies that, on May 22, 2012, the foregoing document was served via

the Court's ECF system on all counsel who has filed notices of appearance in this case.


/s/ Theodore Stevenson III
Theodore Stevenson III