## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|                                   |     |                       |
|-----------------------------------|-----|-----------------------|
| **ERICSSON INC., et al.,**        | §   |                       |
|                                   | §   |                       |
| **Plaintiffs,**                   | §   |                       |
|                                   | §   |                       |
| **vs.**                           | §   | **CASE NO. 6:10-CV-473** |
|                                   | §   |                       |
| **D-LINK CORPORATION, et al.,**   | §   |                       |
|                                   | §   |                       |
| **Defendants.**                   | §   |                       |

## ORDER

Before the Court is Defendants' Letter Brief requesting permission to file a motion for summary judgment of indefiniteness (Docket No. 208). The Court **ORDERS** that Defendants' request is **GRANTED**.

So ORDERED and SIGNED this 30th day of May, 2012.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**