**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ERICSSON INC., et al., | ) | Case No. 6:10-CV-473-LED |
| | ) | |
| Plaintiffs, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| D-LINK SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF ADALINE J. HILGARD IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIM 1 OF THE '468
PATENT AND CLAIM 45 OF THE '215 PATENT**

I, Adaline J. Hilgard, hereby declare:

1.      I am an attorney at Reed Smith, LLP, counsel for Defendants D-Link Systems, Inc., NETGEAR, Inc., Acer, Inc., Acer America Corporation, and Gateway, Inc. in the above-captioned action.  I have personal knowledge of the matters stated in this Declaration and would competently testify to them if called as a witness.

2.      Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,771,468 (hereafter "the '468 patent").

3.      Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 6,772,215.

4.      Attached hereto as Exhibit C is a true and correct copy of relevant excerpts from the file history of the '468 patent that constitute the originally-filed Application and Claims filed with the Patent and Trademark Office on January 17, 1996.

5.      Attached hereto as Exhibit D is a true and correct copy of relevant excerpts from the file history of the '468 patent that constitute the Patent Examiner's rejection of the originally-filed claims, dated October 20, 1997.

6.      Attached hereto as Exhibit E is a true and correct copy of relevant excerpts from the file history of the '468 patent that constitute the applicants' Amendment dated December 23, 1997, which was filed in response to the Examiner's rejection.

7.      On or about June 14, 2011, Plaintiffs served Patent Rule 3-1 Disclosures, including Infringement Contentions, in this case.  Attached hereto as Exhibit F is a true and

- 2 -

correct copy of the relevant portion of Plaintiffs' Infringement Contentions to Defendant

NETGEAR relating to the '468 patent.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.


Dated: June 1, 2012.


                                        /s/ Adaline J. Hilgard
                                        Adaline J. Hilgard

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2012, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.


_/s/ Adaline J. Hilgard_
Adaline J. Hilgard