# EXHIBIT D



## UNITED STATES DEPARTMENT OF COMMERCE
## Patent and Trademark Office

Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/587,493 | 01/17/96 | STEIN | P | 2794600080 |

26M1/1020

STANLEY R MOORE
JENKENS & GILCHRIST
3200 FOUNTAIN PLACE
1445 ROSS AVENUE
DALLAS TX 75202-2799

| EXAMINER |
|---|
| ARISTILDE, J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2608 | 6 |

**DATE MAILED:**   10/20/97

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)

1- File Copy

| **Office Action Summary** | Application No. 08/587,493 | Applicant(s) Per Stein | |
|---|---|---|---|
| | Examiner Jean D. Aristilde | Group Art Unit 2608 | |

☐ Responsive to communication(s) filed on _____

☐ This action is **FINAL.**

☐ Since this application is in condition for allowance except for formal matters,    **prosecution as to the merits is closed** in accordance with the practice under  *Ex parte Quayle*35 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____**3**__ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claim**

☒ Claim(s) *1-13* _____ is/are pending in the applicat

Of the above, claim(s) _____ is/are withdrawn from consideration

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) *1, 3, 5, and 7-13* _____ is/are rejected.

☒ Claim(s) *2, 4, and 6* _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved   ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All  ☐Some*   ☒None  of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____ .

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____2___

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

U.S Patent and Trademark Office
PTO-326 (Rev. 9-95)                    **Office Action Summary**                    Part of Paper No. ___6____

Serial Number: 08/587,493:                                                          Page 2

Art Unit:2608

## DETAILED ACTION

### *Drawings*

1.      This application has been filed with informal drawings which are acceptable for examination

purposes only.  Formal drawings will be required when the application is allowed.

### *Specification*

2.      The disclosure is objected to because of the following informalities:

 Page 17, line 15, the RF card should be  "502" according to fig.5, not --500--.

Page 17, line 18, PCMCIA bus should be "510" according to fig. 5, not --508--

Page 18, line 7, Unit 11 602 should be "Unit II 602" according to fig.6

Page 18, line 11, Unit I 602 should be "Unit II 602" according to fig. 6

Page 9, line 19, the words "be had" are unclear.

Appropriate correction is required.

Serial Number: 08/587,493:                                              Page 3

Art Unit:2608


### *Information Disclosure Statement*

3.      The information disclosure statement filed  05/28/96 complies with the provisions of MPEP § 609.  It has been placed in the application file, the information referred to therein has  been considered as to the merits.


### *Claim Rejections - 35 USC § 112*

4.      Claim 12 recites the limitation "said first RF circuitry " on page 27, lines 5-6 .  There is insufficient antecedent basis for this limitation in the claim.


5.      Dependent claim 13 is rejected for inheriting the problem of its base claim 12.


### *Claim Rejections - 35 USC § 103*

6.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the manner in which the invention was made.

7.      Claims 1, 3, 5, 7-11 are rejected under 35 U.S.C. 103(a) as being unpatentable over Bolliger US Patent no. 5,278,892 in view of Fisher et al. Article entitled "Advanced Mobile Phone Service".

Serial Number: 08/587,493:                                          Page 4

Art Unit:2608

**As to claim 1:**

Bolliger disclosed a base station for use in a plurality of telecommunications systems (digital radio (243), analog FM or TDMA digital radio (143)) operating according to different system standards (fig.3) comprises a line interface (TDM BUS, item 140 of fig.3) connected to plurality of communications systems. However, Bolliger did not explicitly disclose at least one means for removably mounting at least one system component of a system of said plurality of telecommunications systems and an interface for allowing electrical communication between said at least one means for removably mounting said line interface.

On the other hand, Fisher et al. disclosed at least one means for removably mounting (page 191, paragraph 3 ) at least one system component of a system of said plurality of telecommunications systems and an interface (fig.13) for allowing electrical communication between said at least one means for removably mounting said line interface. It should be noted that the backplane of fig. 13 can be used as an interface. It would have been obvious to one having ordinary skill in the art at the time of the invention to have combined the teachings of the cited references because the channel transmitter module unit disclosed by Fisher et al. (Fig.13) contains a plurality of bays and consequently one would have been able to mount and remove different transceivers without changing the base station (fig. 3) disclosed by Bolliger.

Serial Number: 08/587,493:                                                      Page 5

Art Unit:2608

As to claim 3:

The limitations of claim 3 have been noted in the rejection of claim 1 above. In addition, Fisher et al. disclosed a single system (paragraph 5 of page 176); a radio frame (fig. 12 of page 174) which is used as a bus for providing electrical communication between the first and second means. Both RF and logic circuitry are well known in the art. It is therefore obvious for someone with ordinary skill in the art to incorporate cards that are of RF and logic circuitry.

As to claim 5:

The limitations of claim 5 have been mentioned in the rejection of claim 1 above. In addition, Fisher et al. disclosed a plurality of pairs (first paragraph of page 175). It should be noted also that RF and logic circuitry are primarily incorporated in the system disclosed by Bolliger and Fisher.

As to claim 7:

The limitations of claim 7 have been noted in the rejection of claim 1 above. In addition, Fisher et al. disclosed a plurality of means for removably mounting (paragraph 1 of page 175), a radio frame (fig. 12 of page 174) which is used as a bus structure for providing electrical communication between said means for removably mounting; Bolliger disclosed at least one system component (digital radio (143), fig. 3) comprising a plurality of system components which are inherent in said at least one system component. Therefore, it would have been obvious to one with ordinary skill in the art at the time

Serial Number: 08/587,493:

Page 6

Art Unit:2608

of the invention to have combined the teaching of the cited references due to fact that one would have been able to use a plurality of telecommunications system using one base station.

As to claim 8:

The limitations of claim 8 have been noted in the rejection of claim 1, and 7 above. In addition, Fisher et al. disclosed that it possible to have two pairs of removable modules (paragraph 5 of page 76). The two pairs of removable modules, can be used with the teaching of Bolliger (fig. 3). One pair of modules can be used for a first system, and the other pair can be used for a second system. RF circuitry and logic circuitry are well known in the art. Therefore, it would have been obvious to one with ordinary skill in the art to use RF circuitry for receiving an RF signal transmit at a frequency of said first or second system, and to use logic circuitry for receiving an RF signal from said first or second RF circuitry and determining if said RF signal received from said first or second RF circuitry is a control signal of said first or second system due to the fact that both RF and logic circuitry are considered as standard circuitry for receiving and controlling signals in the market.

As to claim 9:

The limitations of claim 9 have been mentioned in the rejection of claim 1, 7-8 above. In addition, Bolliger disclosed a line interface (fig.3, no.108) connected to controller (241). The controller (241) is a connected to a TDM bus (140) which is connected to the two communication systems (Analog

Serial Number: 08/587,493:                                          Page 7

Art Unit:2608

FM or TDMA Digital Radio).  Therefore, it would have been obvious to one with ordinary skill in

the art at the time of the invention to use the line interface noted by Bolliger (fig.3, no.108) for

transmitting logic signal to a first or second logic circuitry.

As to claims 10-11:

The limitations of claim 10-11 have been noted in the rejection of claim 1 above.  In addition, Bolliger

disclosed PCS, AMPS (fig. 3, item 143).  He did not explicitly disclose GSM, D-AMPS, NMT,

TACS, and Mobitex systems.  However, those systems are well known in the cellular art.  Therefore,

it would have been obvious to one with ordinary skill in the art at the time of the invention to include

the systems noted above in Bolliger's disclosure in order to make the base station accessible to more

systems.

10.     Claims 12-13 as best understood by examiner are rejected under 35 U.S.C. 103(a) as being

unpatentable over Bolliger U.S. Patent no. 5,278,892.

As to claim 12:

Bolliger disclosed two different systems (digital radio (243), analog FM or TDMA digital radio

(143)) such that the base station (fig. 3) can be operational under both Analog and digital systems.

A first circuitry and a second circuitry for receiving an RF signal transmitted at a frequency are

embedded in system I and II respectively; that is well known to those skilled in the art of

Serial Number: 08/587,493:                                                        Page 8

Art Unit:2608

communication.   Bolliger also disclosed a controller (fig. 3, no.393) for handling cell-site signalling(col. 11, lines 55-65). Bolliger does not explicitly show a first and second logic circuitry for receiving an RF signal from said first and second RF circuitry respectively.  However, it is evident that the controller (fig. 3, no.393) is present to determine if RF signal received from first or second RF circuitry is control signal.  Therefore, it would have been obvious to one skill in the art at the time of the invention to explicitly detailed the functions of the components in fig. 3.

As to claim 13:

The limitations of claim 13 have been noted in the rejection of claim 12.  In addition, Bolliger disclosed a line interface (fig.3, no.108) connected to controller (241). The controller (241) is connected to a TDM bus (140) which is connected to the two communication systems (Analog FM or TDMA Digital Radio).  Therefore, it would have been obvious to one with ordinary skill in the art at the time of the invention to use the line interface noted by Bolliger (fig.3, no.108) for transmitting logic signal to a first or second logic circuitry.

Serial Number: 08/587,493:                                                          Page 9

Art Unit:2608

## *Allowable Subject Matter*

8.      Claims 2, 4, and 6 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

## *Conclusion*

9.      **Any response to this action should be mailed to:**

Commissioner of Patents and Trademarks

Washington, D.C. 20231

**or faxed to:**

(703) 308-9051, (for formal communications intended for entry)

**Or:**

Serial Number: 08/587,493:                                                    Page 10

Art Unit:2608

(703) 305-9508 (for informal or draft communications, please label

"PROPOSED" or "DRAFT")

Hand-delivered responses should be brought to Crystal Park II,  2121 Crystal Drive,

Arlington. VA., Sixth Floor  (Receptionist).

10.     Any inquiry concerning this communication or earlier communications from the examiner

should be directed to J. Aristilde whose telephone number is (703) 308-9299.

Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the Group receptionist whose telephone number is (703) 305-3900.

J. Aristilde
Patent Examiner

**DWAYNE BOST
SUPERVISORY PATENT EXAMINER
GROUP 2600**