# EXHIBIT E

#7 Amdt A
R. Morgan
PATENT
Attorney Docket No. 27946-80



# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:

Per Stein

Serial No.      08/587,493

Filed:          January 17, 1996

For:            Multi-Purpose Base Station

Group:      .   2608

Assistant Commissioner
of Patents
Washington, D.C.  20231

> I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner of Patents Washington, D.C. 20231
>
> on December 23, 1997 .....................................
>
> .................................................
> Signature

Sir:

## AMENDMENT

In response to the Office Action dated October 20, 1997, the Applicant amends the above-identified application for patent as follows:

IN THE SPECIFICATION:

Page 9, line 19, delete "had" and insert --made--

Page 17, line 15, delete "500" and insert --502--

Page 17, line 18, delete "508" and insert --510--

Page 18, line 7, delete "Unit 11 602" and insert --Unit II 602--

Page 18, line 14, delete "Unit I 602" and insert --Unit II 602--

IN THE CLAIMS:

Please cancel Claims 2,4 and 6 without prejudice.

Please amend the Claims as follows:

1.    (Amended)  A base station for use in a plurality of telecommunications systems operating according to different system standards, said base station comprising:

at least one [means] PCMCIA card slot for removably mounting at least one system component of a system of said plurality of telecommunications systems;

a line interface connected to at least one of said plurality of telecommunications systems; and

an interface for allowing electrical communication between said at least one means for removably mounting said line interface.

2.    (Amended)  The base station of claim 1 in which said plurality of telecommunications systems comprises a single system and at least one [means] PCMCIA card slot for removably mounting comprises a first [means] PCMCIA card slot for removable mounting logic circuitry of said system and, a second [means] PCMCIA card slot for removably mounting RF circuitry of said system and further, said base station further comprises a bus structure for providing electrical communication between said first and second means.

AMENDMENT - Page 2

IPDAL:141926.1  27946-00080



A3

38. (Amended) The base station of claim 1 in which said at least one [means] PCMCIA card slot for removably mounting comprises a plurality of pairs of PCMCIA card slots, each pair of PCMCIA card slots comprising a first means and a corresponding second means, said first means of each pair of PCMCIA card slots for mounting logic circuitry of a selected system of said plurality of systems and said second means of each pair of PCMCIA card slots for mounting RF circuitry of said selected system.

A4

47. (Amended) The base station of claim 1 in which said at least one [means] PCMCIA card slot for removably mounting comprises a plurality of means for removably mounting said at least one system component comprising a plurality of system components, said base station further comprising a bus structure providing electrical communication between said means for removably mounting.

A5 cont.

912. (Amended) A base station for use in a plurality of telecommunications systems operating according to different system standards, said base station comprising:

a line interface connected to said plurality of communications systems;

first circuitry removably interfaced to the line interface through a PCMCIA card slot for a first system of said plurality of telecommunications systems, said first [RF] circuitry for receiving an RF signal transmit at a frequency of said first system;

second RF circuitry removable interfaced to the line interface through a PCMCIA card slot for a second system of said plurality of telecommunications systems,

AMENDMENT - Page 3

IPDAL:141926.1  27946-00080

said second [RF] circuitry for receiving an RF signal transmit at a frequency of said second system;

first logic circuitry removable interfaced to the line interface through a PCMCIA card slot for receiving an RF signal from said first RF circuitry and determining if said RF signal received from said first RF circuitry is a control signal of said first system; and

second logic circuitry removable interfaced to the line interface through a PCMCIA card slot for receiving an RF signal from said second RF circuitry and determining if said RF signal received from said second RF circuitry is a control signal of said second system.

13. (Amended) The base station of claim 12 [further comprising], wherein said line interface further comprises:

a first line interface portion for receiving a first logic signal from said first logic circuitry and switching a connection from said first logic circuitry to said first system; and

a second line interface portion for receiving a second logic signal from said second logic circuitry and switching a connection from said second logic circuitry to said second system.

AMENDMENT - Page 4

IPDAL:141926.1 27946-00080



Please add the following new Claim:

--14.    A base station for use in a plurality of telecommunication systems operating according to different system standards, said base station comprising:

at least one card slot for removably mounting at least one system component of a system of said plurality of telecommunication systems;

a line interface connected to at least one of said plurality of telecommunication system; and

an interface for enabling electrical communication between said at least one card slot for removably mounting said line interface.--

## REMARKS

In response to the Office Action dated October 20, 1997, the Applicant has amended Claims 1, 3, 5, 7, 12, and 13; canceled Claims 2, 4, and 6; and prepared new claim 14.    Thus, Claims 1, 3, 5, and 7-14 are now pending in the application. Reconsideration of the claims, as amended, is respectfully requested.

The Examiner objected to the Specification for various informalities.    The Applicant thanks the Examiner for his comments and has amended the specification as suggested by the Examiner.    Withdrawal of the objection is respectfully requested.

The Examiner rejected Claim 12 due to the language "said first RF circuitry" on lines 5 and 6. The Applicant has amended this language to provide sufficient antecedent basis.    Withdrawal of the objection is respectfully requested.

AMENDMENT - Page 5

IPDAL:141926.1  27946-00080

Claims 1, 3, 5, 7-11 were rejected under 35 U.S.C. §103(a) as being unpatentable over Bolliger in view of Fisher et al.. The Applicant has amended independent Claim 1 to include the limitation of previous Claim 2. In view of the Examiner's comments relating to the allowable subject matter of Claim 2, the Applicant respectfully submits that Claim 1, and all claims dependent therefrom, are allowable over the art of record.

The Examiner further objected to Claims 12 and 13 as being unpatentable under 35 U.S.C. § 103(a) in view of Bolliger. The Applicant has amended Claim 12 to include the limitation of the circuitry being removably interfaced with a line interface through a PCMCIA card slot. In view of the Examiner's comments relating to the allowability of the PCMCIA card slot language of Claims 2, 4, and 6, the Applicant respectfully submits that Claims 12 and 13 are allowable over the cited references.

The Applicant has prepared new Claim 14 directed toward at least one card slot enabling removable mounting of a system component of a system of said plurality of telecommunication system. The Applicant respectfully submits that this claim is distinguishable over the cited reference and a Notice of Allowance is respectfully requested.

AMENDMENT - Page 6

IPDAL:141926.1  27946-00080

In view of the above described amendments, Applicant respectfully submits that all claims, as amended, are allowable over the art of record, and respectfully requests a Notice of Allowance.

Respectfully submitted,

By: _____

Brian D. Walker
Reg. No. 37,751

Dated: December 23, 1997

JENKENS & GILCHRIST, P.C.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799
(214) 855-4706
(214) 855-4300 (fax)

AMENDMENT - Page 7

IPDAL:141926.1 27946-00080

GP's
27. 44

PATENT APPLICATION
DOCKET NO.: 27946-80

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:     §
                                 §
    Per Stein                    §
                                 §
Serial No.: 08/587,493           §     Group No.: 2608
                                 §
Filed: January 17, 1996          §     Examiner: Jean Aristilde

For: Multi-Purpose Base Station

To the Honorable Assistant
Commissioner for Patents
Washington, D.C. 20231

| CERTIFICATE OF MAILING |
|---|
| I hereby certify that this paper or fee is being deposited with the U.S. Postal Service as first class mail on the date indicated below and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231 |
| Dated: December 23, 1997 ............................................... |
| Signature |

AMENDMENT TRANSMITTAL LETTER

Dear Sir:

    This is an amendment to the office action mailed <u>October 20, 1997</u>, in the above-identified application and includes the transmitted herewith attachment(s) of the same date and subject which are incorporated hereunto by reference. The signature below is to be treated as the signature to the attachment(s) in absence of a signature thereto.

    Transmitted herewith in the above-identified application are:

1)    Amendment; and
2)    Postcard Acknowledgement.

____    Small entity status of this application under 37 CFR 1.9 and 1.27 has been established by a verified statement previously submitted.

____    A verified statement claiming small entity status under 37 CFR 1.9 and 1.27 is enclosed.

IPDAL:141941.1 27946-00080

PATENT APPLICATION
DOCKET NO.: 27946-80

__X__   No additional fee is required.

_____   The Fee for entering the attached Amendment is calculated below:

| | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST # PREVIOUSLY PAID FOR | | PRESENT EXTRA | SMALL ENTITY RATE | | | LARGE ENTITY RATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL CLAIMS | _____ | - | _____ (at least 20) | = | _____ (at least 0) | x11 | = | OR | x22 | = | $_____ |
| INDEP. CLAIMS | _____ | - | _____ (at least 3) | = | _____ (at least 0) | x41 | = | OR | x78 | = | $_____ |
| FIRST PRESENTATION OF PROPER MULTIPLE DEPENDENT CLAIMS (leave blank if this is a reissue appln) | | | | | | +135 | = | OR | +270 | = | $_____ |

|  | | |
|---|---|---|
| FEE FOR CLAIM AMENDMENTS | | $_____ |
| _____ IDS ATTACHED REQUIRES OFFICIAL FEE - ADD $210 (RULE 1.97(c)) OR $130 (RULE 1.97(d) PETITION) | | $_____ |
| _____ Assignment Recordation Fee ($40) | | $_____ |
| _____ IF TERMINAL DISCLAIMER attached add Rule 20(d) Official Fee | $55 (Small Entity) $110 (Large Entity) | $_____ |

_____   Petition is hereby made under 37 CFR 1.136(a) to extend the original due date to cover the date this response is filed for which the requisite fee is attached:

| | Small Entity | Large Entity |
|---|---|---|
| One Month | _____ $ 55 | _____ $110 |
| Two Months | _____ $185 | _____ $370 |
| Three Months | _____ $435 | _____ $870 |
| Four Months | _____ $680 | _____ $1360 |
| ADDITIONAL FEE FOR EXTENDED RESPONSE | | $_____ |

Applicant has not been notified that the requested extension will not be permitted. The present application is not involved in an interference declared pursuant to 37 CFR 1.611.

TOTAL FEES                                                                 $_____

_____   A check in the amount of $____ to cover the TOTAL FEE is attached. Please charge any deficiency or credit any overpayment to Deposit Account No. 10-0447.

_____   Please charge my Deposit Account No. 10-0447 in the amount of $____ to cover the TOTAL FEE.

CHARGE STATEMENT: The Commissioner is hereby authorized to charge any fee specifically authorized hereafter, or any missing or insufficient fee(s) filed, or asserted to be filed, or which

IPDAL:141941.1 27946-00080                     2

should have been filed herewith or concerning any paper filed hereafter, and may be required under 37 CFR 1.16-1.18 (missing or insufficiencies only) now or hereafter relative to this application and for the resulting Official Document under 37 CFR 1.20, OR credit any overpayment to our Deposit Account No. 10-0447.

**This CHARGE STATEMENT does not authorize charge of the issue fee until/unless an issue fee transmittal form is filed.**

Respectfully submitted,

JENKENS & GILCHRIST, P.C.

By: _____

Brian D. Walker
Registration No. 37,751

Dated: December 23, 1997

JENKENS & GILCHRIST, P.C.
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
(214) 855-4706
(214) 855-4300 (Fax)

IPDAL:141941.1 27946-00080                    3