Case 6:10-cv-00473-RWS    Document 224-7    Filed 06/01/12    Page 1 of 5 PageID #: 5413

# EXHIBIT F

| USP 5,771,468 | Netgear MBR814XUC Series[1] |
|---|---|
| 1. A base station for use in a plurality of telecommunications systems operating according to different system standards, said base station comprising: | Netgear's PCMCIA router products include a base station for use in a plurality of telecommunications systems operating according to different system standards.<br><br>For example, Netgear's MBR814XUC Series products include a router for use in a plurality of telecommunications systems, including a wired Internet network, an 802.11 wireless network, and a wireless broadband network, operating according to different system standards.<br><br>Netgear MBR814XUC UMTS TD-CDMA Mobile Broadband Router web page at www.generalmanual.com/Network/Netgear-MBR814XUC-UMTS-TD-CDMA-Mobile-Broadband-Router.htm.<br><br>High-Level Capability<br>NETGEAR's Wireless Mobile Broadband Router has a PC Card slot containing a UMTS TD-CDMA PC Card as the reliable broadband connection to the Internet. This single wireless connection can then be shared among several devices on a local area network to provide immediate, high-speed connectivity. Four 10/100 Ethernet LAN ports support up to 253 networked computers and a built-in 802.11g wireless access point extends the network to support up to 54 Mbps throughput.<br>Netgear MBR814XUC UMTS TD-CDMA Mobile Broadband Router web page at www.generalmanual.com/Network/Netgear-MBR814XUC-UMTS-TD-CDMA-Mobile-Broadband-Router.htm. |

---

[1] The "Accused Products" are all Netgear PCMCIA or PC card wireless router products.  The Accused Products include, but are not limited to, at least the MBR814XUC Series.  As examples, the Accused Products would include the products listed in Exhibit A that include PCMCIA or PC card functionality.

Dallas 324409v1

| | |
|---|---|
| at least one PCMCIA card slot for removably mounting at least one system component of a system of said plurality of telecommunications systems; | Netgear's PCMCIA router products include at least one PCMCIA card slot for removably mounting at least one system component of a system of said plurality of telecommunications systems.<br><br>For example, Netgear's MBR814XUC Series products include at least one PCMCIA card slot for removably mounting a PC card of the wireless broadband network of the plurality of telecommunications systems.<br><br><br><br>Netgear MBR814XUC UMTS TD-CDMA Mobile Broadband Router web page at www.generalmanual.com/Network/Netgear-MBR814XUC-UMTS-TD-CDMA-Mobile-Broadband-Router.htm.<br><br>High-Level Capability<br>NETGEAR's Wireless Mobile Broadband Router has a PC Card slot containing a UMTS TD-CDMA PC Card as the reliable broadband connection to the Internet. This single wireless connection can then be shared among several devices on a local area network to provide immediate, high-speed connectivity. Four 10/100 Ethernet LAN ports support up to 253 networked computers and a built-in 802.11g wireless access point extends the network to support up to 54 Mbps throughput.<br>Netgear MBR814XUC UMTS TD-CDMA Mobile Broadband Router web page at www.generalmanual.com/Network/Netgear-MBR814XUC-UMTS-TD-CDMA-Mobile-Broadband-Router.htm. |

| | |
|---|---|
| a line interface connected to at least one of said plurality of telecommunications systems; and | Netgear's PCMCIA router products include a line interface connected to at least one of said plurality of telecommunications systems.<br><br>For example, Netgear's MBR814XUC Series products include a line interface connected to the PC card slot, the wired 10/100 ethernet ports, and the 802.11 circuitry.<br><br><br><br>Netgear MBR814XUC UMTS TD-CDMA Mobile Broadband Router web page at www.generalmanual.com/Network/Netgear-MBR814XUC-UMTS-TD-CDMA-Mobile-Broadband-Router.htm.<br><br>High-Level Capability<br>NETGEAR's Wireless Mobile Broadband Router has a PC Card slot containing a UMTS TD-CDMA PC Card as the reliable broadband connection to the Internet. This single wireless connection can then be shared among several devices on a local area network to provide immediate, high-speed connectivity. Four 10/100 Ethernet LAN ports support up to 253 networked computers and a built-in 802.11g wireless access point extends the network to support up to 54 Mbps throughput.<br>Netgear MBR814XUC UMTS TD-CDMA Mobile Broadband Router web page at www.generalmanual.com/Network/Netgear-MBR814XUC-UMTS-TD-CDMA-Mobile-Broadband-Router.htm. |

Dallas 324409v1

| | |
|---|---|
| an interface for allowing electrical communication between said at least one means for removably mounting said line interface. | Netgear's PCMCIA router products include an interface for allowing electrical communication between said at least one means for removably mounting said line interface. <br><br> For example, Netgear's MBR814XUC Series products include an interface for allowing electrical communication between the PC card slot. <br><br>  <br><br> Netgear MBR814XUC UMTS TD-CDMA Mobile Broadband Router web page at www.generalmanual.com/Network/Netgear-MBR814XUC-UMTS-TD-CDMA-Mobile-Broadband-Router.htm. <br><br> High-Level Capability <br> NETGEAR's Wireless Mobile Broadband Router has a PC Card slot containing a UMTS TD-CDMA PC Card as the reliable broadband connection to the Internet. This single wireless connection can then be shared among several devices on a local area network to provide immediate, high-speed connectivity. Four 10/100 Ethernet LAN ports support up to 253 networked computers and a built-in 802.11g wireless access point extends the network to support up to 54 Mbps throughput. <br><br> Netgear MBR814XUC UMTS TD-CDMA Mobile Broadband Router web page at www.generalmanual.com/Network/Netgear-MBR814XUC-UMTS-TD-CDMA-Mobile-Broadband-Router.htm. |