## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ERICSSON INC., et al., | ) | Case No. 6:10-CV-473-LED |
| | ) | |
| Plaintiffs, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| D-LINK SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIM 1 OF THE '468 PATENT AND CLAIM 45 OF THE '215 PATENT**

Before the Court is Defendants' Motion for Summary Judgment of Invalidity of Claim 1 of the '468 Patent and Claim 45 of the '215 Patent. Having considered the Motion, papers, evidence and argument presented, and good cause appearing, Defendants' Motion is hereby GRANTED.

- 1 -