**EXHIBIT A**

## A.  UNITED STATES PATENT NO. 6,330,435 ("THE '435 PATENT")

| Claim Term | Claims | Ericsson's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| data packet discard notification message from the transmitter to the receiver indicating data packets the transmitter has discarded | 1 | a control message in an Automatic Repeat Request protocol that indicates data packets that the transmitter has discarded | message containing the identity of unacknowledged data packets the transmitter has discarded |

## B.  UNITED STATES PATENT NO. 6,772,215 ("THE '215 PATENT")

| Claim Term | Claims | Ericsson's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| responsive to the receiving step, constructing a message field . . . including a type identifier field | 1, 15, 25 | responsive to the receiving step, generating a message field including a field that identifies the message type of the feedback response message from a number of different message types | responsive to the receiving step, generating a message field including a field identifying the type of feedback response that is selected from multiple available feedback responses in order to minimize the size or number of feedback responses |

**EXHIBIT A**

| Claim Term | Claims | Ericsson's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| means for receiving said plurality of first data units, and constructing one to several message fields for a second data unit, said one to several message fields including a type identifier field and at least one of a sequence number field, a length field, a content field, a plurality of erroneous sequence number fields, and a plurality of erroneous sequence number length fields, each of said plurality of erroneous sequence number fields associated with a respective one of said plurality of erroneous sequence number length fields. | 45 | The claim term is a means-plus-function limitation under 35 U.S.C. § 112, ¶ 6.<br><br>**Recited Function:**<br><br>receiving said plurality of first data units, and constructing one to several message fields for a second data unit, said one to several message fields including a type identifier field and at least one of a sequence number field, a length field, a content field, a plurality of erroneous sequence number fields, and a plurality of erroneous sequence number length fields, each of said plurality of erroneous sequence number fields associated with a respective one of said plurality of erroneous sequence number length fields<br><br>**Corresponding Structure:**<br><br>the receiver of a peer entity, see '215::29-30, whereby different mechanisms can be used to indicate erroneous data units so as to optimize performance, see '215::5:53-56, and the mechanisms refer to any of the methods described for constructing a bitmap feedback response message disclosed at '215::3:17-28 and '215::6:8-48, any of the methods for constructing a compressed bitmap feedback response message | The claim term is a means-plus-function limitation under 35 U.S.C. § 112, ¶ 6.<br><br>**Recited Function:**<br><br>receiving the plurality of first data units and generating a message field including a field identifying the type of feedback response that is selected from multiple available feedback responses in order to minimize the size or number of feedback responses and at least one of a sequence number field, a length field, a content field, a plurality of erroneous sequence number fields, and a plurality of erroneous sequence number length fields, each of said plurality of erroneous sequence number fields associated with a respective one of said plurality of erroneous sequence number length fields<br><br>**Corresponding Structure:**<br><br>(a) FIG. 4, FIG. 5, FIG. 6, Table 1, 3:6-13, 36-42, 4:1-54, 5:50-6:49, 6:55-64, 7:28-51<br><br>(b) Invalid under 35 U.S.C. § 112, ¶¶ 2, 6 |

EXHIBIT A

### C.  UNITED STATES PATENT NO. 5,987,019 ("THE '019 PATENT")

| Claim Term | Claims | Ericsson's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| separate from said first field | 19 | No construction necessary | In a different portion of a radio channel from said first field |
| a service type identifier which identifies a type of payload information | 19 | an identifier which identifies transmission characteristics of payload information | an identifier that identifies the type of information (e.g., video, voice or data) conveyed in the payload |

### D.  UNITED STATES PATENT NO. 6,466,568 ("THE '568 PATENT")

| Claim Term | Claims | Ericsson's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| separate from said first field | 1 | No construction necessary | In a different portion of a radio channel from said first field |
| a service type identifier which identifies a type of payload information | 1 | an identifier which identifies transmission characteristics of payload information | an identifier that identifies the type of information (e.g., video, voice or data) conveyed in the payload |

### E.  UNITED STATES PATENT NO. 5,790,516 ("THE '516 PATENT")

| Claim Term | Claims | Ericsson's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| pulseshaping waveform | 1 | a waveform that lessens the effects of both time dispersion and intersymbol interference in an OFDM signal | a waveform that changes the shape of said first data signal |

3

**EXHIBIT A**

| Claim Term | Claims | Ericsson's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| performing an N'-Point Inverse Fast Fourier Transform (IFFT) | 6 | performing an N'-point IFFT such that N' refers to the number of IFFT points that are required as a result of the pulseshaping waveform | performing an N'-point IFFT such that N' refers to an adjusted number of subcarriers depending on the pulseshaping waveform used |

**F.  UNITED STATES PATENT NO. 5,771,468 ("THE '468 PATENT")**

| Claim Term | Claims | Ericsson's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| telecommunications system | 1 | no construction necessary | communication system that operates according to a single system standard |
| system component | 1 | no construction necessary | a removably mountable component required for the base station to connect a device to another device within the same telecommunications system |

4

**EXHIBIT A**

| Claim Term | Claims | Ericsson's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| an interface for allowing electrical communication between at least one means for removably mounting said line interface | | an interface for allowing electrical communication between the PCMCIA card slot and the line interface | (a) indefinite under 112 ¶ 2 as lacking antecedent basis for "said at least one means for removably mounting said line interface"<br><br>(b) indefinite under 112 ¶ 2 as nonsensical<br><br>(c) indefinite under 112 ¶ 2 since "at least one means for removably mounting said line interface" is a 112 ¶ 6 limitation with no disclosed corresponding structure in the specification<br><br>(d) indefinite under 112 ¶ 1—lacks support in the specification as drafted |

5