Provisional Patent Application
Docket No. 34646-00432USPL

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

Bela Rathonyi, Joachim Sachs, Michael Meyer, Per Beming, Mathias Johansson, Chris Roobol, Erik Schön and Kazuhiko Inoue

For: METHOD FOR MINIMISING FEEDBACK RESPONSES IN
     SELECTIVE-REPEAT ARQ PROTOCOLS

To:

Box Provisional Patent
     Application
Assistant Commissioner for
     Patents
Washington, D.C.   20231

<table>
<tr><td><strong>CERTIFICATE OF MAILING BY EXPRESS MAIL</strong><br><br>"EXPRESS MAIL" Mailing Label No.: EL269321169US<br><br>Date of Deposit:  April 9, 1999<br><br>I hereby certify that this paper or fee is being deposited with sufficient postage with the U.S. Postal Service "Express Mail Post Office to Addressee" service as suggested by 37 C.F.R. § 1.10 on the date indicated above in an envelope addressed to the Commissioner for Patents and Trademarks, Washington, D.C. 20231.<br><br>Name: _____ <strong>Carol Mitchell</strong> _____<br><br><em>Carol Mitchell</em> . . . . . . . . . . . . . .<br>Signature</td></tr>
</table>

Dear Sir:

### TRANSMITTAL LETTER FOR A PROVISIONAL PATENT APPLICATION
### UNDER 37 C.F.R. § 1.53(b)(2)

☒    Transmitted herewith is a Provisional Patent Application under
     37 C.F.R. § 1.53(b)(2) as identified above.

☐    Transmitted herewith is an Assignment to:


     along with the required cover sheet.  **Please return the
     recorded assignment to the undersigned.**

IPDAL:210326.1   34646-00432USPL

- 1 -

Provisional Patent Application
Docket No. 34646-00432USPL

☐ The assignment recording fee under 37 C.F.R. § 1.21(h) of $40.00 is herewith enclosed.

☒ The filing fee for a Provisional Patent Application under 37 C.F.R. § 1.16(k) in the amount of $150.00 is herewith enclosed.

☒ **TOTAL FEE REQUIRED**                                           $ 150.00

☐ Please charge our Deposit Account No. 10-0447 in the amount of $_____. **This document is attached in duplicate.**

☒ A check in the amount of $150.00 is attached. Please charge any deficiency or credit any overpayment to Deposit Account No. 10-0447.

☒ The Commissioner is hereby authorized to charge any underpayment or credit any overpayment of the following fees which may be associated with this communication to Deposit Account No. 10-0447.

    ☒ Any additional provisional patent application processing fees or surcharges under 37 C.F.R. §§ 1.16 or 1.17.

☒ The Commissioner is hereby authorized to charge any underpayment or credit any overpayment of the following fees due during the entire pendency of this application to Deposit Account No. 10-0447.

    ☒ Any provisional patent application processing fees under 37 C.F.R. §§ 1.16-1.20.

Respectfully submitted,

Date: April 9, 1999

Richard J. Moura
Registration No. 34,883

**JENKENS & GILCHRIST, P.C.**
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202-2799
(214) 855-4709
(214) 855-4300 (Fax)

IPDAL:210326.1  34646-00432USPL                    - 2 -

PTO/SB/16 (6-95)
Approved for use through 04/11/98. OMB 0651-0037
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# *SUPPLEMENTAL PROVISIONAL APPLICATION COVER SHEET*

This is a request for filing a PROVISIONAL APPLICATION under 37 C.F.R. § 1.53(b)(2)

| Docket Number 34646-00432USPL | | Type a plus sign (+) inside this box → | + |
|---|---|---|---|

### INVENTOR(S)/APPLICANT(S)

| LAST NAME | FIRST NAME | MIDDLE INITIAL | RESIDENCE (CITY AND EITHER STATE OR FOREIGN COUNTRY) |
|---|---|---|---|
| Rathonyi | Bela | | |
| Sachs | Joachim | | |
| Meyer | Michael | | |
| Beming | Per | | |
| Johansson | Mathias | | |
| Roobol | Chris | | |
| Schön | Erik | | |
| Inoue | Kazuhiko | | |

TITLE OF THE INVENTION: Method for Minimising Feedback Responses in Selective-Repeat ARQ Protocols

CORRESPONDENCE ADDRESS:  **Richard J. Moura**
**Jenkens & Gilchrist, P.C.**
**1445 Ross Avenue, Suite 3200**
**Dallas**

| (STATE)  **TEXAS** | (ZIP CODE)  **75202-2799** | (COUNTRY)  **USA** |
|---|---|---|

ENCLOSED APPLICATION PARTS (check all that apply):

☒ **Specification**    *Number of Pages*    17          ☐ **Small Entity Statement**

☒ **Drawing(s)**    *Number of Figures*    0          ☐ **Other (specify)**

---

☒ A check in the amount of  **$ 150**  is enclosed to cover the provisional application filing fees

☒ The Commissioner is hereby authorized to charge or credit any over or under payments of filing fees to Deposit Account Number  **10-0447**

Filing Fees Due for Provisional Application
☒  $ 150 00
☐  $75 00

---

Was the invention made by an agency of the United States Government or under a contract with an agency of the United States government?

☒ No.

☐ Yes, and the name of the U.S. Government agency and the government contract number(s) are: _____

Respectfully submitted,

SIGNATURE _____    DATE | April 9, 1999 |

NAME    Richard J. Moura

REGISTRATION NO. (if appropriate) | 34,883 |

## Invention Disclosure:

Method for minimising feedback responses in selective-repeat ARQ protocols

**1**       ## NAME OF INVENTION
Method for minimising feedback responses in selective-repeat ARQ protocols.

**2**       ## INVENTOR(S)
ECS/UW/TL Bela Rathonyi (contact person)
EED/R/N Joachim Sachs
EED/L/R Michael Meyer
ERA/T/BU Per Beming
ERA/T/BU Mathias Johansson
ERA/T/BU Chris Roobol
NRJ Erik Schön
NRJ Kazuhiko Inoue

**3**       ## BACKGROUND

When sending data between nodes in a communication system there is very often a need to have algorithms that efficiently can recover from erroneous and lost data on the transmission links. An algorithm commonly used to recover from errors is referred to as an Automatic Repeat Request (ARQ) protocol. These algorithms include two peer entities that communicate between each other on transmission links. Each entity includes one receiver and one sender. The data units transmitted between the peers are referred to as a Protocol Data Unit (PDU). The algorithm, hereafter called the ARQ protocol, includes rules for sending and receiving such PDUs as well as the rules for the structure of the PDUs themselves. The name "Automatic Repeat Request" indicates the basic functionality of the protocol: the receiver is requesting the sender to retransmit those PDUs that were lost or had errors. The receiver informs the sender what PDUs have been received correctly, i.e. the receiver acknowledges correctly received PDUs, and/or informs the sender what PDUs that were not received correctly. When the sender gets this information it will re-transmit the lost PDUs. The ARQ protocol is simply a set of rules that allow efficient re-transmission mechanisms between a sending and a receiving end in a communication system. The rules specifies for example how and in what form the PDUs must be prepared such that the receiving end may interpret them correctly and react in accordance to them.

There exist three different main types of information elements that need to be transferred between two peer ARQ entities namely user data, error recovery control data and common control data. These three types of PDUs can be found in all existing ARQ protocols. The first type is holding least user data and a sequence number, the second type is holding various control information needed for the error control/recovery functions such as positive and negative acknowledgements and the third type consists of common control data. In the HDLC protocol [1] which forms a base for many ARQ protocols, these three types of PDUs are denoted "information frames (I-frames)", "supervisory frames (S-frames)" and "unnumbered frames U-frames" respectively. Examples of HDLC-derived ARQ protocols are the RLP [2]



used in GSM, the RLC [3] and LLC [4] used in GPRS, IrLAP [5] used in IrDA and LAP-B used in X.25 [6].

The rest of this invention disclosure will only discuss PDUs including user data and (at least) a sequence number denoted D-PDU (Data **PDU**) and PDUs including control data needed for error control/recovery S-PDU (Status **PDU**).

In most communication systems user data information is transmitted in both directions between the peer entities. A very common thing to have in an ARQ protocol is the possibility to include error control information into the user data PDUs. This mechanism is commonly known as "piggybacking". For example, in HDLC-derived protocols an acknowledgement is included in all I-frames (i.e. D-PDUs) which then informs the peer entity about the sequence number of the last (in-sequence) correctly received PDU.

The most common ARQ protocols used today implements one or several of the following ARQ mechanisms to recover from errors on the transmission link:
- Stop-and-wait ARQ
- Go-back-N ARQ
- Selective-repeat ARQ

Most textbooks on data and computer communication networks include detailed descriptions on how an ARQ protocol is built in general and the difference between the three methods described above. Refer to [7] and [8] for a detailed description of the different ARQ concepts. For the rest of this invention disclosure it is assumed that the concepts of selective-repeat ARQ are known.

A picture describing the basic notation used in this invention disclosure is shown in Figure 1 below. The figure shows two peer ARQ entities communicating with each other. The arrows indicate the PDUs that are transmitted between them and the text on each arrow describes the content of that particular PDU. The abbreviations used in the figure and the meaning of them are found in Table 1.

3



**Figure 1. The basic notation used in the this invention disclosure**

| Abbreviation | Explanation |
|---|---|
| D-PDU | A PDU type that includes user data, a sequence number and potentially piggybacked error control information. |
| S-PDU | A PDU type that includes status information without any user data. |
| SN=$x$ | Sequence Number $x$ of a D-PDU. This is used in ARQ protocols to identify a specific D-PDU. |
| ACK=$x$ | Acknowledges all PDUs with an SN<$x$. |
| NAK=$x$ | A negative acknowledgement of the PDU with SN=$x$, i.e. that PDU has not been correctly received. |

**Table 1. Abbreviations used in Figure 1**

More abbreviations will be used in the next sections and will be explained where they are introduced.

4

Two different types of error control feedback responses are shown in Figure 1. In the first response, i.e. "S-PDU, ACK=2", entity-2 is acknowledging that it has received the PDUs with SN=0 and SN=1. In the second response, i.e. "S-PDU, NAK=3", entity-2 is indicating that the PDU with SN=3 was corrupted and thus needs to be re-transmitted by entity-1.

There are more sophisticated methods for how the feedback responses look like and these will be explained in the next section. In most communication systems the amount of data units, i.e. bits, which is used to represent these messages are kept as low as possible to be able to put in as much information as possible on the available bandwidth for the links. The bandwidth is always limited due to limitations of the current technology applied to the media used for transmitting the information, e.g. a radio frequency spectrum or a copper wire.

## 4 STATE-OF-THE-ART

As described above a special type of PDU (the S-PDU) is transmitted between the entities in which the sequence numbers (SNs) of the corrupted PDUs are included. There exist two main methods today for how the SNs are coded within an S-PDU. These are:

- using a list of SNs that must be re-transmitted or
- using a bitmap that represents the SNs to be re-transmitted

Apart from the sequence number representation the S-PDU must also include a type identifier, which is used by the receiver to be able to distinguish between the different possible PDU types.

## 4.1 LIST

When the list method is used the SNs of the erroneous D-PDUs are included in the S-PDU. If the length of the list is not pre-defined and thereby known this must be indicated somehow in the S-PDU, which may be done by including a length field to the S-PDU. Figure 2 below shows how the S-PDU is built by the receiver when the sender has sent D-PDUs with SN=0-15 and the following PDUs failed SN=3,5,6,7,8.

| type=LIST |
|---|
| Length=5 |
| SN=3 |
| SN=4 |
| SN=5 |
| SN=9 |
| SN=16 |

**Figure 2. The contents of an S-PDU using a list.**



The first two list elements indicate that the D-PDU with SN=3 was erroneous. The third and fourth list elements indicate that SNs 5-8 was erroneous and finally the last list element is included to acknowledge all the rest PDUs up to 15.

The size of the S-PDU depends on the number of bits used to represent the type identifier field, the length field and the SN field and will be calculated by:

**Equation 1:**

$$PDU\_SIZE_{LIST} = sizeof(type) + sizeof(length) + nbr\_of\_lists\_elements*sizeof(SN)$$

This method is used in for example the SSCOP protocol [9] where the S-PDUs are denoted "STAT" for a variable list length and "USTAT" for a list with limited number of list elements (=2).

## 4.2    BITMAP

When a bitmap is used to indicate the sequence numbers the S-PDU is built of the SN of the last in-sequence correctly received D-PDU, hereafter denoted SSN (start sequence number), and a bitmap. Thus, the S-PDU is implicitly also acknowledging all D-PDUs received up to the value of SSN. Each position in the bitmap is used to address a specific D-PDU relative to the SSN. The size of the bitmap is usually fixed to the window size and does not need to be indicated explicitly. Figure 3 below shows how the S-PDU is built when the example from section 4.1 is used with a window size of 16. Each position in the bitmap can have two different values and the meaning of them is:

- 1 : SN=(SSN+bit_position) has been correctly received
- 0 : SN=(SSN+bit_position) has not been correctly received

| type=**BITMAP** |
| --- |
| SSN=2 |
| BITMAP=0100001111111000 |

**Figure 3. The contents of an S-PDU when a bitmap is used**

The size of the S-PDU when using a bitmap can be obtained from the following equation:

**Equation 2:**

$$PDU\_SIZE_{BITMAP} = sizeof(type) + sizeof(SSN) + sizeof(bitmap)$$

Both the RLC and LLC protocols in the GPRS system have this mechanism and sends bitmaps between the entities for error control.

# 5      PROBLEM

The state-of-the-art solutions have a very static construction (e.g. messages used are of fixed length). This can in some situations lead to waste of bandwidth resources because a lot of overhead information is unnecessarily transmitted. These situations can for example occur in systems having a large amount of D-PDUs transmitted between two ARQ entities that needs to be acknowledged and selectively requested for re-transmission. For some error cases the state-of-the-art solutions will introduce a lot of unnecessary overhead. This will be illustrated by example 1 below taken from the W-CDMA system currently being standardised for the third generation cellular system.

The general problem is to find an efficient method for representing (encode) the status (in a message) of an arbitrary amount and distribution of $n$ numbers from a set of $m$ numbers.

## Example 1

The ARQ protocol used in this example is denoted RLC and is taken from [10]. The parameters given here are not completely settled in the standardisation but all have realistic values and therefore serve the purpose to highlight the problem of the state-of-the-art solutions. The sequence number set will include the values between 0-4095, which means that each SN is coded with 12 bits. It is assumed that for high data rates there will be a need to address a large set of sequence numbers in some S-PDUs. Assume that the status of 100 D-PDUs (SN=1-100) needs to be communicated in an S-PDU between the RLC entities. Table 2 shows the amount of bits needed to code the S-PDU according to the two prior-art methods explained in the previous section. Some different error cases are given to highlight the large difference in the number of bits needed for the two methods. Assume that the following sizes are used:

- bitmap 128 bits
- length 5 bits
- type 1 bit (to be able to distinguish between a D-PDU and an S-PDU)

The different S-PDU sizes in the table are calculated according to Equation 1 and Equation 2 respectively:

| | Erroneous D-PDUs (SN) | #SN | Size of S-PDU (bits) | |
|---|---|---|---|---|
| | | | LIST | BITMAP |
| 1 | 51-77 | 27 | 42 | 141 |
| 2 | 1, 25, 50, 95 | 4 | 114 | 141 |
| 3 | 27-30, 35, 39, 41, 91-93 | 10 | 138 | 141 |
| 4 | 3, 7 11,16, 33, 45, 55, 66, 78, 82,91 | 11 | 282 | 141 |
| 5 | 10-29, 31, 33, 36 | 23 | 114 | 141 |

**Table 2. The size of the S-PDU in the "list" and "bitmap" solutions**

As can be seen in row 2-5 both state-of-the-art solutions have problems to efficiently build a small S-PDU for these error cases. The length of the LIST does not depend so much on the number of erroneous D-PDUs, but rather on the distribution of the errors

7

within the window. This becomes evident when comparing rows 1 and 2. The next section will introduce a new solution that can be used to minimise the size of the S-PDU in an ARQ protocol.

## 6    SOLUTION

The solution to the problem is to have a set of different types of mechanisms to indicate the erroneous D-PDUs and build up the S-PDU by using one or combining several of these mechanisms. The different methods chosen when building an S-PDU may then be selected in such a way that it optimises the performance according to some criteria. One such criterion would be to minimise the size of the S-PDU. Another could be to maximise the number of sequence numbers included in an S-PDU with limited size if it is impossible to fit all potential SNs into a single S-PDU. The state-of-the art solutions LIST and BITMAP from section 4 are included in a modified and improved way as basic components when the combination solution is explained below.

The basic components will hereafter be called messages. A message will be described by using a so-called TLV (Type, Length, Value) syntax. Every message carries these three fields that include type information, length information and a value. Similar approaches for how messages are encoding can for example be found in [11]. Figure 4 shows the structure of a generic TLV message. The size of the type field is non-zero but the other fields may be zero.

| Type |
|---|
| Length |
| Value |

**Figure 4. The structure for a generic message using the TLV syntax.**

Both Figure 2 and Figure 3 are examples of messages described in the TLV syntax. In the combination mechanism one or several basic messages will be combined to minimise the size of the S-PDU.

The basic messages will be explained in section 6.1. Then the combination mechanism will be explained in section 6.2, which is then applied to example 1 from section 5 to show the benefits of this invention.
Finally, in section 6.3 it is showed how the combination mechanism efficiently can be done together with piggybacking on D-PDUs.

## 6.1    THE BASIC MESSAGES

The basic messages to be used in the combination mechanism described in the next section will be explained here. It should be understood that the combination mechanism is not restricted to using only these two messages. There are a lot of other prior-art messages that could be used and one more example is the approach from section 10.5.2.1b and 10.5.2.13 in [11].

**BITMAP'**

In all prior-art solutions using a bitmap the sequence number of the last in-sequence received D-PDU is included in the S-PDU, i.e. the SSN. It is always indicating that no errors exist prior to this sequence number. This is the same as saying that the SSN is used to acknowledge all D-PDUs with sequence numbers up to SSN.

In the BITMAP' mechanism introduced here the sequence number included in the S-PDU is indicating the SN of any - not necessarily the first - erroneous PDU from the SN set. The status of the subsequent SNs are then indicated in the bitmap in the same way as explained in section 4.2. The BITMAP' message is built by a type identifier field, a first sequence number (FSN) field, a bitmap length field and a bitmap field, which is also shown in Figure 5.

| Type=**BITMAP'** |
| --- |
| FSN |
| LENGTH |
| Bitmap |

**Figure 5. The contents of the BITMAP' message fields in an S-PDU**

Different methods can be used to represent the length of the bitmap, i.e. the LENGTH field in Figure 5:

1. A predefined number of bits represent the size of the bitmap in some data unit. This data unit may have any granularity and could for example be bits, bytes, words etc. For example if the data unit is bytes a value $x$ in the LENGTH field means that $8*x$ sequence numbers are covered by the bitmap, which is also the size of the bitmap counted in bits.
2. Another sequence number that indicates the last SN covered by the bitmap. The size of the LENGTH field would then be the same as the size of the FSN field. The calculation of the bitmap size would then simply be done by subtracting the FSN value from the LENGTH value.
3. The size of the bitmap is always fixed so no LENGTH field is needed or equivalently the size of the LENGTH field is zero as in the state-of-the-art solution.

The size of the FSN field can be zero if the SN that the bitmap covers is signalled elsewhere. This will be utilised in the combination mechanism introduced below.

It is also possible to use different compression techniques on the bitmap field. It could be useful to have both ordinary bitmaps and compressed bitmaps in one S-PDU. In that case the value of the type field of the compressed bitmap and the ordinary bitmap has to be different.

**LIST'**

In the LIST' component some new rules will be included which is not part of the original LIST solution. One drawback with the original LIST solution is that two sequence numbers is needed for each single error. A mechanism that only lists the erroneous SN would significantly reduce the size of the S-PDU for error cases similar to that in row 2 in Table 2. This mechanism could for example be introduced by defining a new LIST type where only single errors would be listed. Another way

9

would be to modify the original LIST solution to combine both list possibilities into the same list type message. This could be done by slightly modifying the original LIST from section 4.1 by introducing the following rules for the LENGTH field value:

- A zero means that a new length field is included directly after the original field. All list elements represent single erroneous sequence numbers and no acknowledgement will be included when using this list method.
- An odd value implies that the last list element is an acknowledgement
- An even value (except zero) implies that no acknowledgement is included.

The S-PDU for row 2 from example 1 would then include the fields according to Figure 6 below. If the same field sizes as in example 1 were used then the total size of the S-PDU would be 59 bits. Thus, the number of bits needed is significantly reduced compared to the state-of-the-art solution.

| type=LIST |
| --- |
| LENGTH=0 |
| LENGTH=4 |
| $SN_1=1$ |
| $SN_2=25$ |
| $SN_3=50$ |
| $SN_4=95$ |

**Figure 6. The contents of the S-PDU for row 2 from example 1.**

Another improvement compared to the state-of-the-art LIST solution is to have a field after each list element that determines the length of the error instead of indicating that with an "ending" SN. The size of the length field will in most systems be substantially smaller than the size of the SN field. Further, there is often no need to represent very large consecutive erroneous D-PDUs. Figure 7 below shows the fields of this new message, which will be denoted LIST'. The new length field introduced after each $SNi$ is denoted $L_i$ for $1 \le i \le LENGTH$.

| Type=LIST' |
| --- |
| LENGTH |
| $SN_1$ |
| $L_1$ |
| $SN_2$ |
| $L_2$ |
| ... |
| $SN_{LENGTH}$ |
| $L_{LENGTH}$ |

**Figure 7. The fields of the LIST' message in an S-PDU.**

The value zero of a $L_i$ may be used to further improve the functionality of the LIST' message. Two different alternatives will be given below:

*10*

(a) A zero value of $L_i$ means that $SNi$ is an acknowledgement, i.e. it is not pointing out an error.

(b) A zero value represents the end of the LIST' message. The first LENGTH field can be omitted if the interpretation of the last SN is pre-defined. The last SN could for example be restricted to always be an acknowledgement (as in (a) above) or the length could be pre-defined (e.g. pointing out a single error).

## 6.2    THE COMBINATION MECHANISM

The key functionality in the combination mechanism is to combine several different message types in any suitable way to build an S-PDU. All messages will have a type identifier and the length will either be fixed or indicated with a length field for each specific message. The first type identifier must have a pre-defined position in the S-PDU but the rest can be at arbitrary positions depending on the sizes of the included messages. The possible messages that could be included would for example be:

- LIST'
- BITMAP'
- ACK

The amount of possible messages will decide the size (in bits) of the type identifier field used in the S-PDU. The following equation can be used to determine this size:

$$\text{Sizeof(type\_field)} = \lfloor \log_2(\text{number of possible messages} + 1) \rfloor$$

Where the operator $\lfloor \quad \rfloor$ rounds the argument to the nearest higher integer value.

The "+1" is needed to be able have a type identifier to indicate that no more messages are included into the S-PDU. This special identifier will be denoted NO_MORE in the rest of this invention disclosure. The size of the type field will be 2 bits in the case above with three different messages since $\lfloor \log_2(4) \rfloor = 2$.

The contents of the ACK message introduced above are a type identifier field and a sequence number, which is also shown in Figure 8 below. The ACK message will mark the end of an S-PDU and all prior D-PDUs not indicated to be erroneous within the S-PDU would be acknowledged by the SN. Thus, when an ACK message is included there is no need to include a NO_MORE message to terminate the combined S-PDU.



**Figure 8. The contents of an ACK message.**

It is assumed that the LIST' message with the acknowledgement feature explained in (a) in section 6.1 will be used (with a LENGTH field). Then, when a BITMAP' message is included right after a LIST' message the size of the FSN field will be zero. The first SN that is represented in the bitmap will then be $SN_{LENGTH} + L_{LENGTH}$. Further, a zero in the LENGTH field of the LIST' message will mean that an additional LENGTH field is included and the message will be built as in Figure 6

with no $L_{SNi}$ fields. Another way of obtaining this list feature is of course to define a new type, which could be called LIST''. The size of the type field would then be affected which could result in a larger S-PDU size in general. It is always a trade-off (which is system dependent) to choose the exact rules for the components in the combination mechanism and this will not be further discussed here.

One example of how an S-PDU can look like according to the combination mechanism is seen in Figure 9 below. The S-PDU includes two BITMAP' messages and one LIST' message. The second BITMAP' message does not include an FSN field (or equivalently the field size is zero) and consequently the first element in the bitmap will represent the sequence number holding the value $SN_{LENGTH}+L_{LENGTH}$.

| Type=BITMAP' |
| --- |
| FSN |
| LENGTH |
| Bitmap |
| Type=LIST' |
| LENGTH |
| $SN_1$ |
| $L_1$ |
| ... |
| $SN_{LENGTH}$ |
| $L_{LENGTH}$ |
| Type=BITMAP' |
| LENGTH |
| bitmap |
| NO_MORE |

**Figure 9. The contents of an S-PDU using the combination mechanism**

To show the benefit of the combination mechanism it will now be applied to example 1 from section 5. In order to do this some new definitions will first be made. Table 3 shows the different messages and their corresponding bit values that can be combined in an S-PDU. Each S-PDU will always start with one of these type identifier values.

| Type Identifier | Value |
| --- | --- |
| NO_MORE | 00 |
| LIST' | 01 |
| BITMAP' | 10 |
| ACK | 11 |

**Table 3. The different messages used in the example**

The size of the LENGTH and the $L_{SNi}$ fields will always be fixed. The sizes in this example will be fixed to 5 bits for all these different fields, which means that they can hold a value between 0-32 ($2^5$). It should be understood that the sizes must be fixed but not necessarily same for each of these fields, i.e. the size of the LENGTH field in the BITMAP' message may differ from the size of the LENGTH field in the LIST' message. In the BITMAP' message the value of the LENGTH field will correspond to



the size in bytes of the bitmap, i.e. maximum 8*32=256 sequence numbers can be addressed in a single S-PDU. Finally, all the fields holding a sequence number value will have a size of 12 bits, i.e. the FSN, SN and SSN fields.

Figure 10-Figure 14 below shows the contents of the S-PDU for each row in Table 2 from example 1. The combination chosen in this example is the one that minimises the total size of the S-PDU:

/3

| Field | Field Value | | Field size |
| --- | --- | --- | --- |
| | Decimal | Bits | |
| LIST' | N/A[1] | 01 | 2 |
| LENGTH | 1 | 00001 | 5 |
| SN₁ | 51 | 000000110011 | 12 |
| L₁ | 27 | 11011 | 5 |
| ACK | N/A | 11 | 2 |
| SN | 101 | 000001100101 | 12 |

**Figure 10. The contents of the S-PDU for row 1.**

| Field | Field Value | | Field size |
| --- | --- | --- | --- |
| | Decimal | Bits | |
| LIST' | N/A | 01 | 2 |
| LENGTH | 0 | 00000 | 5 |
| LENGTH | 4 | 00100 | 5 |
| SN₁ | 1 | 000000000001 | 12 |
| SN₂ | 25 | 000000011001 | 12 |
| SN₃ | 50 | 000001100100 | 12 |
| SN₄ | 95 | 000001011111 | 12 |
| ACK | N/A | 11 | 2 |
| SN | 101 | 000001100101 | 12 |

**Figure 11. The contents of the S-PDU for row 2.**

| Field | Field Value | | Field size |
| --- | --- | --- | --- |
| | decimal | Bits | |
| BITMAP' | N/A | 10 | 2 |
| LENGTH | 2 | 00010 | 5 |
| FSN | 27 | 000000011011 | 12 |
| Bitmap | 28-43 | 0001111011101011 | 16 |
| LIST' | N/A | 01 | 2 |
| LENGTH | 2 | 00010 | 5 |
| SN₁ | 91 | 000001011011 | 12 |
| L₁ | 3 | 00011 | 5 |
| SN₁[2] | 101 | 000001100101 | 12 |
| L₂ | 0 | 00000 | 5 |
| NO_MORE | N/A | 00 | 2 |

**Figure 12. The contents of the S-PDU for row 3.**

| Field | Field Value | | Field size |
| --- | --- | --- | --- |
| | decimal | Bits | |
| BITMAP' | N/A | 10 | 2 |

---

[1] The meaning of N/A is Not Applicable. The decimal values for these fields are not interesting.
[2] Having an ACK type instead of this last list element would save additionally 5 bits for the total S-PDU size.

14

| LENGTH | 11 | 01011 | 5 |
|---|---|---|---|
| FSN | 3 | 000000000011 | 12 |
| Bitmap | 4-10 | 1110111 | 88 |
|  | 11-20 | 0111101111 |  |
|  | 21-30 | 1111111111 |  |
|  | 31-40 | 1101111111 |  |
|  | 41-50 | 1111011111 |  |
|  | 51-60 | 1111011111 |  |
|  | 61-70 | 1111101111 |  |
|  | 71-80 | 1111111011 |  |
|  | 81-90 | 1011111111 |  |
|  | 91 | 0 |  |
| ACK | N/A | 11 | 2 |
| SN | 101 | 000001100101 | 12 |

Figure 13. The contents of the S-PDU for row 4.

| Field | Field Value | | Field size |
|---|---|---|---|
|  | decimal | Bits |  |
| LIST' | N/A | 01 | 2 |
| LENGTH | 1 | 00001 | 5 |
| SN$_1$ | 10 | 000000001010 | 12 |
| L$_1$ | 20 | 10100 | 5 |
| BITMAP' | N/A | 10 | 2 |
| LENGTH | 1 | 00001 | 5 |
| Bitmap | 31-38 | 01011011 | 8 |
| ACK | N/A | 11 | 2 |
| SN | 101 | 000001100101 | 12 |

Figure 14. The contents of the S-PDU for row 5.

The content of the coded S-PDU may be obtained by concatenating all values from the "bits"column. For example, the S-PDU from Figure 10 would look like: 0100011000000110011110110000011001010000000

The result of the S-PDU sizes for the different cases are shown in Table 4 below. It can be seen that the combined mechanism is a significant improvement compared to the state-of-the-art solutions in row 2-5. For row 1 the size is almost the same as the best state-of-the-art solution. This is natural because an improved version of the prior-art solution LIST is included as a building block in the combined mechanism invention.

| Size of S-PDU (bits) | | |
|---|---|---|
| State-of-the-art solutions | | Combination solution |
| LIST | BITMAP |  |
| 1 | 42 | 141 | 38 |
| 2 | 114 | 141 | 74 |
| 3 | 138 | 141 | 78 |
| 4 | 282 | 141 | 121 |

/5

| 5 | 114 | 141 | 53 |
|---|-----|-----|----|

**Table 4. Size comparison between the state-of-the-art and the invention**

### 6.3        PIGGYBACKING AND COMBINATION MECHANISM

In many ARQ protocols the size of the D-PDUs is predefined and may only have a limited set of different values. Padding will then be used if the amount of user data provided to the sending ARQ entity is smaller than the size of the D-PDU. Padding means that extra nonsense data is filled at the remaining positions in the D-PDU. For example, if a D-PDU can be filled with 20 bytes of user data and the sending ARQ entity only has 14 bytes of user data the rest of the PDU will be filled or padded with 6 bytes of padding data. The length of the user data part will be indicated in the D-PDU. Examples of ARQ protocols that are using this kind of padding functionality are the RLC protocol [3] in GPRS and the RLC [10] protocol in W-CDMA.

The combination mechanism presented in section 6.2 can be used in an efficient way together with piggybacking. An ARQ entity will piggyback status information after the end of the last user data byte if there is enough space to fill the padding fields with a status message. A NO_MORE type identifier will be used whenever there is no status information to be included in a D-PDU that holds padding bytes. This piggybacking scheme is a good way of reducing the number of packets exchanged between two ARQ entities and thus is saving system capacity. The cost for it is very small since no field is reserved for it in the D-PDU as the case is in prior-art ARQ protocols that uses piggybacking.

(An ACK could always be included instead of padding for example...)

### 7        MERITS OF INVENTION

Saves resources, more flexible, TBD
The combination mechanism minimizes the number of feedback responses in selective-repeat ARQ protocols by providing a flexible, generic method for how to build a S-PDU by combining several different information encoding mechanisms and optimise the S-PDU structure according to different criteria such as minimal size. The mechanism facilitates dynamical adjustment of the S-PDU structure based on the retransmission/radio situation. All this reduces protocol overhead implying savings in radio interface bandwidth and thus also increased system capacity.

### 8        ENCLOSURES

[1] ISO, xxx – "HDLC",
[2] GSM, 04.22 - "Radio Link Protocol (RLP) for data and telematic services ..."
[3] GSM, 04.60 - "Radio Link Control / Medium Access Control Protocol"
[4] GSM, 04.64 - "Logical Link Control (LLC) Layer Specification"
[5] IrDA, xxx – "IrLAP",
[6] X.25, xxx
[7] W. Stallings -"Data and Computer Communications", MacMillan Publishing
[8] D. Bertsekas & R. Gallager - "Data Networks", Prentice Hall International

[9] ITU-T, Q.2110 – "SSCOP specification"
[10] 3GPP, S2.22 – "Description of the RLC Protocol"
[11] GSM 04.08, ver. 6.2.0 – "Mobile radio interface layer 3 specification"

# 9     CLAIMS PROPOSAL

Combination mechanism etc...

The combination mechanism minimizes the number of feedback responses in selective-repeat ARQ protocols by providing a generic method for how to build a S-PDU in a retransmission feedback scheme by combining several information encoding mechanisms and optimise the S-PDU structure according to different criteria.

The combination mechanism subsumes the current state-of-the-art techniques for exchanging status information in a retransmission protocol (list and bitmap) as special cases.

The combination mechanism minimizes the protocol overhead by adapting the size and structure of each S-PDU to the retransmission scheme status and thus, indirectly, to the characteristics of the radio environment.

Piggybacking data produced by the combination mechanism in the padding part of a data PDU reduces the number of packets exchanged between two ARQ entities. This reduces protocol overhead and thus saves radio interface bandwidth and increases the system capacity.