# EXHIBIT J



| | | ISSUE CLASSIFICATION | | | |
|---|---|---|---|---|---|
| Subclass | 547 | | | | |
| Class | 370 | | | | |

**5987019**

| UTILITY SERIAL NUMBER | 0772561-13 | PATENT DATE | NOV 16 1999 | PATENT NUMBER | |||||

5987019

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| | | | | | |

**APPLICANTS**

FD        NONE

FD        None

| Foreign priority claimed ☐ yes ☑ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☑ no | | | | | | | |
| Verified and Acknowledged   Examiner's initials | | | | | | | |

**ADDRESS**

**TITLE**

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94

---

| PARTS OF APPLICATION FILED SEPARATELY | | | Applications Examiner | |
|---|---|---|---|---|
| NOTICE OF ALLOWANCE MAILED | | FRANK DUONG | CLAIMS ALLOWED | |
| 76 79 | | Assistant Examiner | Total Claims | Print Claim |
| | | | 23 | 1 |
| ISSUE FEE | | CHIH PHAM | DRAWING | |
| Amount Due | Date Paid | SUPERVISORY PATENT EXAMINER | Sheets Drwg. | Figs. Drwg | Print Fig. |
| 1310.00 | | GROUP 2700 | 9 | 15 | 6 |
| | | Primary Examiner | ISSUE BATCH NUMBER | V35 | |
| Label Area | PREPARED FOR ISSUE | | | |

WARNING: The information disclosed herein may be restricted Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368  Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only

Form PTO-436A (Rev 8/92)

Formal Drawings

ISSUE FEE IN FILE

(FACE)



# UNITED STATES DEPARTMENT OF COMMERCE
## Patent and Trademark Office
Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/725,643 | 10/15/96 | RAITH              Λ | 1627695.801 |

```
                              LM02/0805

RONALD L. GRUDZIECKI
BURNS DOANE SWECKER & MATHIS
P O BOX 1404
ALEXANDRIA VA 22313-1404
```

| EXAMINER |
|---|
| TUONG, T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2701 | 7 |

**DATE MAILED:**   08/05/98

**Please find below and/or attached an Office communication concerning this application or proceeding.**

**Commissioner of Patents and Trademarks**

PTO-90C (Rev. 2/95)

*U S GPO 1998-437-638/80022

1- File Copy

| **Office Action Summary** | Application No 08/725,643 | Applicant(s) Ralth et al. |
| --- | --- | --- |
| | Examiner Frank Duong | Group Art Unit 2731 |

☐ Responsive to communication(s) filed on _____

☐ This action is **FINAL.**

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213

A shortened statutory period for response to this action is set to expire _____*three*_ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U S C § 133) Extensions of time may be obtained under the provisions of 37 CFR 1 136(a).

**Disposition of Claim**

☒ Claim(s) *1-66* _____ is/are pending in the applicat

Of the above, claim(s) *26-36 and 45-66* _____ is/are withdrawn from consideration

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) *1-25 and 37-44* _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☒ The drawing(s) filed on _____*Oct 15, 1996*_____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U S C § 119(a)-(d).

☐ All ☐ Some* ☒ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____ .

☐ received in this national stage application from the International Bureau (PCT Rule 17 2(a))

*Certified copies not received _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S C § 119(e)

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s) _____*4*_____

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

U S Patent and Trademark Office
PTO-326 (Rev 9-95)                 **Office Action Summary**                 Part of Paper No ___7___

Serial Number: 08/725,643                                                                 Page 2

Art Unit: 2731

## DETAILED ACTION

### *Election/Restriction*

1.      Restriction to one of the following inventions is required under 35 U.S.C. 121:

   I.      Claims 1-25 and 37-44 are, drawn to a method of multiple access, classified in class 370, subclass 347.

   II.     Claims 26-36 and 45-51 are, drawn to communication techniques for assemble or disassemble of messages having address headers, classified in class 370, subclass 474.

   III.    Claims 52-55 and 59-62 are, drawn to base station detail, classified in class 455, subclass 561.

   IV.     Claims 56-58 and 63-66 are, drawn to portable or mobile station detail, classified in class 455, subclass 575.

2.      The inventions are distinct, each from the other because of the following reasons: Inventions [I] and [II] are related as subcombinations disclosed as usable together in a single combination. The subcombinations are distinct from each other if they are shown to be separately usable. In the instant case, invention has separate utility such as a system having service type identifier information onto each payload during transmission . See MPEP § 806.05(d).

3.      Inventions [I] and [III] are related as combination and subcombination. Inventions in this relationship are distinct if it can be shown that (1) the combination as claimed does not require the particulars of the subcombination as claimed for patentability, and (2) that the subcombination has

Serial Number: 08/725,643                                          Page 3

Art Unit: 2731

utility by itself or in other combinations (MPEP § 806.05(c)).  In the instant case, the combination

as claimed does not require the particulars of the subcombination as claimed because detail circuitry

of a processor or receiver.  The subcombination has separate utility such as voice communication.

4.      Inventions [I] and [IV] are related as combination and subcombination.  Inventions in this

relationship are distinct if it can be shown that (1) the combination as claimed does not require the

particulars of the subcombination as claimed for patentability, and (2) that the subcombination has

utility by itself or in other combinations (MPEP § 806.05(c)).  In the instant case, the combination

as claimed does not require the particulars of the subcombination as claimed because detail circuitry

of a processor or transmitter.  The subcombination has separate utility such as voice communication.

5.      During a telephone conversation with Mr. Steven DuBois on July 23, 1998 a

provisional election was made without traverse to prosecute the invention of group [I], claims 1-25

and 37-44.  Affirmation of this election must be made by applicant in replying to this Office action.

Claims 26-36, 45-51, 52-55, 59-62, 56-58, and 63-66 are withdrawn from further consideration by

the examiner, 37 CFR 1.142(b), as being drawn to a non-elected invention.

6.      Applicant is reminded that upon the cancellation of claims to a non-elected invention, the

inventorship must be amended in compliance with 37 CFR 1.48(b) if one or more of the currently

named inventors is no longer an inventor of at least one claim remaining in the application.  Any

amendment of inventorship must be accompanied by a petition under 37 CFR 1.48(b) and by the fee

required under 37 CFR 1.17(I).

Serial Number: 08/725,643                                               Page 4

Art Unit: 2731

### Drawings

7.      The drawings are objected to because FIGS 1-3 and 10 should be labeled as prior art. Correction is required.

8.      Applicant is required to submit a proposed drawing correction in response to this office action. However; correction of the noted defected can be deferred until the application is allowed by the examiner.

### Specification

9.      The disclosure is objected to because of the following informalities:

Page 3, line 28, "might be rate" should read --might be rated--.

Appropriate correction is required.


### Claim Rejections - 35 USC § 112

10.     Claims 1-13, 19-25, and 37-41 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Claim 1, line 14, "said. mobile station" lacks of antecedent basis. Correction is required.

Claims 2-13 variously depend from indefinite antecedent claim.

Claim 19, page 26, line 3, "the type of payload information" lacks of antecedent basis.

Claims 20-25 variously depend from indefinite antecedent claim.

Serial Number: 08/725,643                                                Page 5

Art Unit: 2731

Claim 37, it is unclear whether "information" on line 1 is the same "information" as recited

on line 7.

Claims 38-41 variously depend from indefinite antecedent claim.


### Claim Rejections - 35 USC § 102

11.     The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless --

(e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371© of this title before the invention thereof by the applicant for patent.


12.     Claims 1-21, 24 and 25 are rejected under 35 U.S.C. 102(e) as being anticipated by Sawyer

(U. S. Patent No. 5,570,467).

Regarding claims 1-13, in according to FIGURES 2(a)-2(d), 5, col. 3, line 61 to col. 5, line

49, Sawyer discloses a method for transmitting information on a traffic channel to a first remote

station comprising the steps of: grouping the information into a plurality of successive time slots on

a radio carrier signal; grouping a plurality of said successive time slots into a frame; providing a first

field starting at a predetermined bit position (12) in at least one of said successive time slots within

said frame, said first field containing a first type of control channel information (SACCH); providing

a second field starting at said same predetermined bit position (12) in at least another one of said

Serial Number: 08/725,643                                                    Page 6

Art Unit: 2731

successive time slots within said frame, said second field containing a different type of information (CDVCC) than first type of information (SACCH); and transmitting said frame to a mobile station (120) and all the features set forth as claimed.

13.    Claims 14-21, 24 and 25 are rejected under 35 U.S.C. 102(e) as being anticipated by Raith et al. (U. S. Patent No. 5,603,081).

    Regarding claims 14-18, in according to FIGURES 1-20, col. 17, line 16 to col. 19, line 65, Raith et al. (hereinafter "Raith") teaches a  method for transmitting information between a first communication terminal (M1-M9) and a radiocommunication system (M1-M9, B1-B10) and a second communication terminal (M1-M9) and said radiocommunication system (M1-M9, B1-B10) comprising the steps of: providing an uplink connection for transmitting uplink information from said first (M1-M9) and second (M1-M9) communication terminals to said radiocommunication system (M1-M9, B1-B10), wherein said uplink information is disposed in at least one predetermined, uplink information field (RACH); providing a downlink connection, associated with said uplink connection, for transmitting downlink information from said radio communication system to said first communication terminal, wherein said downlink information is disposed in at least one predetermined downlink information field (SPACH, BCCH) and wherein said uplink and downlink connections together comprise a duplex radio channel; transmitting information asymmetrically on said duplex radio channel wherein a bandwidth associated with said first communication terminal's usage of said uplink connection differs from a bandwidth associated with said first communication terminal's usage of said downlink; and transmitting another field on said downlink connection that provides

Serial Number: 08/725,643                                                    Page 7

Art Unit: 2731

information to said second terminal relating to its uplink connection and the features set forth as claimed.

Regarding claims 19 and 24, Raith also teaches a method for transmitting information on a radio channel between a first communication terminal (M1-M9) and a radiocommunication system (M1-M9, B1-B9) comprising the steps of: providing at least one first field in which payload information (Voice, Data, Multimedia) is disposed; providing at least one second field, separate from said first field, which includes a service type identifier (FACCH) which identifies the type of payload information (Voice, Data, Multimedia) provided in said at least one first field; and transmitting said at least one first field and said at least one second field on said radio channel as claimed.

Regarding claim 20, in addition to features recited in claim 1, Raith (see Fig. 8) also teaches wherein said radio channel comprises a plurality of times slots on a pair of radio frequencies as claimed.

Regarding claim 21, in addition to features recited in claim 1, Raith (see Fig. 4) discloses wherein said radio channel comprises at least one spreading code used to spread said uplink and downlink information as claimed.

Regarding claim 25, in addition to features recited in claim 1 (see Figs. 11, col. 45, lines 1-23, col. 18, line 1 to col. 19, line 66) Raith further discloses the steps of mapping said service type identifier onto said at least one first field as claimed.

Serial Number: 08/725,643                                                    Page 8

Art Unit: 2731

## *Claim Rejections - 35 USC § 103*

14.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

15.    Claims 37-44 are rejected under 35 U.S.C. 103(a) as being unpatentable over Dahlin et al. (U. S. Patent No. 5,182,753) in view of Dent et al. (U. S. Patent No. 5,230,003).

Regarding claims 37-44, in according to Figs. 1-3, Dahlin et al. discloses a method for transmitting and receiving information in a communication station (12) comprising the steps of: establishing a connection between base station (10) and said communication station (12), wherein said step of establishing occurs at call-setup, and wherein said step of establishing occurs at call handoff (col. 2, lines 15-38), including informing the communication station (12) numerous parameters (col. 2, lines 39-68). Dahlin et al., however, fails to disclose the step of establishing a connection between a base station and a mobile station, including informing the mobile station what type of traffic signals to be expected. Dent et al. teaches (col. 1, lines 35-54) in a communication system, user may desire to mix alternately data and speech and to accomplish this information mixer, a control signal is sent to indicate the type of traffic signals to be expected. It would have been obvious to those skilled in the art to implement the Dent's teaching into Dahlin's system to insure the voice/data signal is accurately receive.

Serial Number: 08/725,643                                                    Page 9

Art Unit: 2731

### *Allowable Subject Matter*

16.     Claims 22 and 23 would be allowable if rewritten or amended to overcome the rejection(s) under 35 U.S.C. 112, 2nd paragraph, set forth in this Office action.

The prior art of record fails to show or suggest a method of transmitting information with all the steps recited in the independent claim and further comprising the steps of changing the type of information (video, voice and data) and adjusting a value of the service type identifier to correspond to the type of information as recited in the claims.

17.     Any inquiry concerning this communication or earlier communications from the examiner should be directed to Frank Duong whose telephone number is (703)308-5428. The examiner can normally be reached on Monday-Friday from 7:00 AM to 3:30 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Chi Pham, can be reached on (703) 305-4378. The appropriate fax phone number for the organization where this application or proceeding is assigned is (703) 305-9508.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the receptionist whose telephone number is (703) 305-3900.

CHI H. PHAM
SUPERVISORY PATENT EXAMINER
GROUP 2700
8/3/98

Frank Duong

August 2, 1998

| *Notice of References Cited* | Application No. 08/725,643 | Applicant(s) Raith et al. | | |
|---|---|---|---|---|
| | Examiner Frank Duong | Group Art Unit 2731 | | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 5,757,813 | 05/26/98 | Raith | 375 | 225 |
| B | 5,770,927 | 06/23/98 | Abe | 375 | 340 |
| C | 5,177,740 | 01/05/93 | Toy et al. | 370 | 350 |
| D | 5,299,235 | 03/29/94 | Larsson et al. | 370 | 350 |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

### NON-PATENT DOCUMENTS

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |