# EXHIBIT K

Jc518 U.S. PTO
09/399771
09/21/99

| Subclass | 347 |
| Class | 370 |
| ISSUE CLASSIFICATION | |

**PATENT NUMBER**

**6466568**

6466568

# U.S. UTILITY PATENT APPLICATION

| | O.I.P.E. | | PATENT DATE |
|---|---|---|---|
| SCANNED | | Q.A. | OCT 1 5 2002 |

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|
| | 370 | 847 | | Duong |

FILED WITH: ☐ DISK (CRF)   ☐ FICHE
(Attached in pocket on right inside flap)

## PREPARED AND APPROVED FOR ISSUE

## ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | | | | | |
| 370 | 347 | 370 | 328 | 471 | | | | |
| **INTERNATIONAL CLASSIFICATION** | | 455 | 422 | | | | | |
| G 0 6 F | 11/00 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | ☐ Continued on Issue Slip Inside File Jacket | |

| ☐ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 8 | 15 | 1 | 7 | 1 |

| ☐ a) The term of this patent subsequent to _____ (date) has been disclaimed. | FRANK DUONG (Assistant Examiner)   05/4/02 (Date) | **NOTICE OF ALLOWANCE MAILED** |
|---|---|---|
| ☐ b) The term of this patent shall not extend beyond the expiration date of U.S Patent. No. _____ | WELLINGTON CHIN SUPERVISORY PATENT EXAMINER TECHNOLOGY CENTER 2600 (Primary Examiner)   6/3/02 (Date) | 6-5-02 |
| | | **ISSUE FEE** |
| | | Amount Due   $1,?0 |  Date Paid   9-4-02 |
| ☐ c) The terminal _____ months of this patent have been disclaimed. | M. Bowdon (Legal Instruments Examiner)   6/6/02 (Date) | **ISSUE BATCH NUMBER** |

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 6/98)

Formal Drawings ( ____ shts) set _____

MG

(LABEL AREA)

(FACE)



Patent

Attorney's Docket No. 040010490

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of                    )
                                               )
Alex Krister RAITH et al.                      )    Group Art Unit:  2664
                                               )
Application No.:  09/399,771                    )    Examiner:  F. Duong
                                               )
Filed:  September 21, 1999                      )
                                               )
For:    MULTI-RATE                             )
        RADIOCOMMUNICATION                     )
        SYSTEMS AND TERMINALS                  )

RECEIVED
NOV 2 8 2001
Technology Center 2600

### AMENDMENT

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

Prior to examination of the above-captioned patent application, kindly enter the following amendment.

### IN THE DRAWINGS:

Attached is a Request for Approval of Drawing Changes proposing changes to Figures 3 and 10.

### IN THE SPECIFICATION:

Kindly replace the paragraph beginning at page 1, line 3, with the following:

-- ← This application is related to U.S. Patent No. 6,028,854, entitled "Radiocommunication Systems and Terminals with Increased Payload Bandwidth".--

## IN THE CLAIMS:

Kindly replace claims 45 and 46 as follows.

45. (Amended) A communication station comprising:

a processor for arranging information for transmission including providing at least one first field in which payload information is disposed and providing at lest one second field, separate from said first field, which includes a service type identifier which identifies a type of payload information provided in said at least one first field; and

a transmitter for transmitting information received from said processor including said at least one first field and said at least one second field.

46. (Amended) The communication station of claim 45, wherein said processor is also for changing said type of payload information from a first type to a second type during a connection involving said communication station and adjusting a value of said service type identifier to correspond to the second type of information.

Application No. 09/399,771
Attorney's Docket No. 040010-490
Page 3

## REMARKS

Reconsideration and allowance of the above-identified application are respectfully requested. Claims 45-51 remain pending, wherein claims 45 and 46 have been amended.

Initially, Applicants appreciate the Examiner's consideration of the documents cited in the Information Disclosure Statement filed on April 26, 2001.

In the third paragraph of the Office Action, Figures 3 and 10 have been objected to as allegedly not including the legend prior art. Accordingly, submitted herewith is a Request for Approval of Drawing Changes including the legend prior art on Figures 3 and 10. Approval of these drawing changes and withdrawal of this objection are respectfully requested.

Attached to the Office Action was a form PTO-948 objecting to the drawings. Submitted herewith under a separate transmittal, addressed to the Draftsperson, is a submission of formal drawings addressing the objection. Since it is believed that the drawing changes attached herewith will be approved by the Examiner, the formal drawing reflect these changes.

In the fourth paragraph of the Official Action, the disclosures objected to for minor informalities. The specification has been amended to address the Examiner's concerns. Accordingly, withdrawal of this ground of objection is respectfully requested.

In the fifth paragraph of the Office Action, claims 45-51 are rejected under 35 U.S.C. § 112, second paragraph, as allegedly being indefinite for failing to particularly point out and distinctly claim the subject matter which Applicants regard as the invention. Specifically, the Office Action asserts that elements recited in claims 45 and 46 lack

Application No. 09/399,771
Attorney's Docket No. 040010-490
Page 4

antecedent basis. Claims 45 and 46 have been amended, accordingly, withdrawal of this ground of rejection is respectfully requested.

In the sixth paragraph of the Office Action, claims 45-51 are rejected under 35 U.S.C. § 102(e) as allegedly being anticipated by U.S. Patent No. 5,757,813 to *Raith* ("*Raith*"). This ground of rejection is respectfully traversed.

*Raith* does not anticipate Applicants' claim 45 because *Raith* does not disclose all of the elements of Applicants' claim 45. For example, *Raith* does not disclose a processor providing at least one second field, separate from said first field, which includes a service type identifier which identifies a type of payload information provided in said at least one first field.

*Raith* discloses a method for achieving optimal channel coding in a communication system. Specifically, *Raith* discloses a method in which the reserved field or the CSFP/PCF field can be provided with an indication bit for indicating the type of channel coding being used in the data field. However, *Raith* does not disclose a service type identifier which *identifies a type of payload information*. Accordingly, *Raith* cannot disclose a processor providing at least one second field, separate from said first field, which includes a service type identifier which identifies a type of payload information provided in said at least one first field as recited in Applicants' claim 45.

Nevertheless, the Office Action asserts that the indication of coding provided in the PCF or the CSFP/PCF field anticipates the service type identifier of Applicants' claim 45. However, the indication which *Raith* discloses is placed in the PCF field or the CSFP/PCF field is *an indication of the type of channel coding*. However, *Raith* does not disclose that

Application No. 09/399,771
Attorney's Docket No. 040010-490
Page 5

this indication *identifies a type of payload information* as recited in Applicants' claim 45. Since *Raith* does not disclose a service type identifier which identifies a type of payload information provided in said at least one field, *Raith* does not anticipate Applicants' claim 45.

Claims 46-51 depend from claim 45, and hence, these claims are patentably distinguishable over *Raith* for at least those reasons stated above with regards to Applicants' claim 45. For at least those reasons stated above, it is respectfully requested that the rejection of claims 45-51 as allegedly being anticipated by *Raith* be withdrawn.

All outstanding objections and rejections having been addressed is respectfully submitted that the present application is in condition for allowance. Notice to this affect is respectfully requested. If there are any questions regarding this response or the application in general, the Examiner's is encouraged to contact the undersigned at 703-838-6578.

Respectfully submitted,

BURNS, DOANE, SWECKER & MATHIS, L.L.P.

By: _____
Stephen W. Patan
Registration No. 43,420

P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

Date: November 21, 2001

Application No. 09/399,771
Attorney's Docket No. 040010-490
Page 1

<u>Attachment to Amendment dated November ?, 2001</u>

RECEIVED
NOV 2 8 2001
Technology Center 2600

**Marked-up Copy**

Page 1, Paragraph Beginning at Line 3

This application is related to U.S. Patent [Application Serial] No. [_____]

6,028,854, entitled "Radiocommunication Systems and Terminals with Increased Payload

Bandwidth"[, which application was filed on the same date as this application].

Application No. <u>09/399,771</u>
Attorney's Docket No. <u>040010-490</u>
Page 1

## <u>Attachment to Amendment dated November ?, 2001</u>

### Marked-up Claims 45 and 46

45.    (Amended)  A communication station comprising:

a processor for arranging information for transmission including providing at least one first field in which payload information is disposed and providing at lest one second field, separate from said first field, which includes a service type identifier which identifies [the] a type of payload information provided in said at least one first field; and

a transmitter for transmitting information received from said processor including said at least one first field and said at lease one second field.

46.    (Amended)  The communication station of claim 45, wherein said processor is also for changing said type of payload information from a first type to a second type during a connection involving said communication station and adjusting a value of said service type identifier to correspond to the second type of information.



Patent
Attorney's Docket No. 040010-490

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of | ) |
| | ) |
| Alex Krister RAITH et al. | ) Group Art Unit: 2664 |
| | ) |
| Application No.: 09/399,771 | ) Examiner: F. Duong |
| | ) |
| Filed: September 21, 1999 | ) |
| | ) |
| For: MULTI-RATE | ) |
| RADIOCOMMUNICATION SYSTEMS | ) |
| AND TERMINALS | ) |

RECEIVED

NOV 2 8 2001

Technology Center 2600

## REQUEST FOR APPROVAL OF DRAWING CHANGES

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

The Examiner's approval is respectfully requested for the proposed changes to Figures 3 and 10 shown in red ink on the accompanying copies, wherein to add the label "Prior Art" to Figures 3 and 10.

Upon receipt of the Examiner's approval and a Notice of Allowance, these changes will be implemented through newly submitted drawings.

Respectfully submitted,

BURNS, DOANE, SWECKER & MATHIS, L.L.P.

By:_____
Stephen W. Palan
Registration No. 43,420

P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

Date: November 21, 2001