# EXHIBIT O

ᵗon

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

**Standards Coordinating Committee 10, Terms and Definitions**
**Jane Radatz, Chair**

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.

# LIBRARY
**KIRKLAND & ELLIS LLP**

MAY 0 4 2009

**SAN FRANCISCO**

ISBN 1-55937-833-6



9 781559 378338

**pulse permeability**                    840                    **pulse shaper**

the preferred unit of time to express the duration of the pulse period.                                   (COM) 753-1983w

**pulse permeability (magnetic core testing)** The value of amplitude permeability when the rate of change of induction (that is, the exciting voltage) is held substantially constant over a period of time during each cycle. The frequency, amplitude, duration of the exciting voltage, and the time interval for which the permeability is measured must be stated

$$\mu_\pi = \frac{1}{\mu_0} \frac{\Delta B}{\Delta H}$$

where

$\mu_\pi$ = pulse permeability, relative
$\Delta B$ = change in induction during the stated time interval
$\Delta H$ = associated change in magnetic field strength.

*Note:* When pulse permeability is to be related to a specific circuit condition, a second subscript may be used; for example, $\mu_{\pi a}$ would represent the relative amplitude permeability determined under pulsed excitation.
                                   (MAG) 393-1977s

**pulse pileup** Occurrence of two successive pulses closely associated in time but from separate decays such that they contribute to each other's pulse height and shape. Usually, the system processes the two inputs as a composite single pulse, which is stored in a spectral channel different from that at which either of the component pulses would have been stored. Pulse pileup is a function of the square of the counting rate and of the amplifier pulse width. *Synonym:* random summing.
                                   (NI) N42.14-1991

**pulse position modulation (PPM) (1) (data transmission) (pulse-phase modulation)** Pulse-time modulation in which the value of each instantaneous sample of a modulating wave is caused to modulate the position in time of a pulse.
                                   (AP/PE) 145-1983s, 599-1985w

**(2)** A form of pulse modulation in which the position in time of a pulse is varied, without modifying the pulse duration, to convey information.                    (C) 610.7-1995

**pulse power (pulse terminology)** The power transferred or transformed by a pulse(s). Unless otherwise specified by a mathematical adjective average power over a specified interval is assumed. *See also:* mathematical adjectives.
                                   (IM) 194-1977w

**pulse power, carrier-frequency peak** *See:* peak pulse power, carrier-frequency.

**pulse quadrant (pulse waveform feature)** One of the four continuous and contiguous waveform features of specified extent that include a region of maximum curvature or a point of discontinuity in the waveform slope.         (PE) [6]

**pulse, radio-frequency** *See:* radio-frequency pulse.

**pulse rate (watthour meter)** The number of pulses per demand interval at which a pulse device is nominally rated. *See also:* auxiliary device to an instrument; pulse-repetition frequency.
                                   (ELM) C12.1-1982s

**pulse rate—maximum** The number of pulses per second at which a pulse device is nominally rated.
                                   (ELM) C12.1-1988

**pulse rate telemetering (electric power system)** A type of telemetering in which the number of unidirectional pulses per unit time is varied as a function of the magnitude of the measured quantity. *See also:* telemetering.    (PE) 94-1970w

**pulse ratio (dial-pulse address signaling systems) (telephony)** The percentage of the total dial-pulse period during which the circuit is in each of the two interval states. This ratio is customarily expressed as % break (preferred) of % make.
                                   (COM) 753-1983w

**pulse rebalance** *See:* pulse capture.

**pulse receiver (metering)** The unit that receives and registers the pulses. It may include a periodic resetting mechanism, so that a reading proportional to demand may be obtained.
                                   (ELM) C12.1-1988

**pulse recorder (metering)** A device that receives and records pulses over a given demand interval. *Note:* It may record pulses in a machine-translatable form on magnetic tape, paper tape, or other suitable media.         (ELM) C12.1-1988

**pulse-recorder channel (metering)** A means of conveying information. It consists of an individual input, output, and intervening circuitry required to record pulse data on the recording media.                    (ELM) C12.1-1988

**pulse regeneration (data transmission)** The process of restoring a series of pulses to their original timing, form, and relative magnitude.                    (PE) 599-1985w

**pulse relay—totalizing** A device used to receive and totalize pulses from two or more sources for proportional transmission to another totalizing relay or to a receiver.
                                   (ELM) C12.1-1988

**pulse repeater (transponder)** A device used for receiving pulses from one circuit and transmitting corresponding pulses into another circuit. It may also change the frequency and waveforms of the pulses and perform other functions. *See also:* pulse; repeater.                    (AP) 145-1983s

**pulse-repetition frequency (1)** High prf = more than 1 Hz.
                                   (LEO) 586-1980w

**(2)** The number of pulses per unit of time, usually per second.
                                   (AE) 686-1990w

**pulse-repetition interval** The time duration between successive pulses. The reciprocal of the pulse-repetition frequency (PRF).                    (AE) 686-1990w

**pulse-repetition period** *See:* pulse-repetition interval.

**pulse-repetition rate** *See:* pulse-repetition frequency.

**pulse reply** The transmission of a pulse or pulse mode by a transponder as the result of an interrogation.
                                   (IM) 194-1977w

**pulse response characteristics (pulse response curve)** The relationship between the indication of a quasi-peak voltmeter and the repetition rate of regularly repeated pulses of constant amplitude. *See also:* electromagnetic compatibility.
                                   (EMC) [53], [70]

**pulse rise time (1) (charged-particle detectors) (germanium gamma-ray detectors) (x-ray energy spectrometers)** The interval between the instants at which the instantaneous value first reaches specified lower and upper limits, namely, 10% and 90% of the peak pulse value unless otherwise specified. (In the case of a step function applied to an RC (resistance-capacitance) low-pass filter, the rise time is given by $t_r = 2.2$ RC. In the case of a step function applied to an amplifier that has simple CR-RC (capacitance-resistance to resistance-capacitance) shaping, that is, one high-pass and one low-pass RC filter of equal time constants, the rise time is given by $t_r = 0.57$ RC).
                                   (NPS) 300-1982s, 301-1976s, 325-1986s, 759-1984r

**(2) (data transmission)** The interval between the instants at which the instantaneous amplitude first reaches specified lower and upper limits, namely 10% and 90% of the peak-pulse amplitude unless otherwise stated. (PE) 599-1985w

**pulse separation (pulse terminology)** The interval between the trailing-edge pulse time of one pulse and the leading-edge pulse time of the succeeding pulse. *See also:* leading-edge pulse time; pulse; trailing-edge pulse time.
                                   (IM) 194-1977w

**pulses, equalizing** *See:* equalizing pulses.

**pulse shape (A) (pulse terminology)** For descriptive purposes a pulse waveform may be imprecisely described by any of the adjectives, or combinations thereof, in descriptive adjectives, major (minor); polarity related adjectives; geometrical adjectives; and functional adjectives, exponential. **(B) (pulse terminology)** For tutorial purposes a hypothetical pulse waveform may be precisely defined by the further addition of the adjective ideal. *See also:* descriptive adjectives. **(C) (pulse terminology)** For measurement or comparison purposes a pulse waveform may be precisely defined by the further addition of the adjective reference. *See also:* descriptive adjectives.                    (IM) 194-1977w

**pulse shaper (pulse techniques)** Any transducer used for changing one or more characteristics of a pulse. *Note:* This

**pulse shaping**

term includes pulse regenerato

**pulse shaping** Intentionally char

**pulse spacing (pulse interval)**
responding pulse times of two
term pulse interval is deprecat
mean the duration of the pulse
from one pulse to the next. I
between pulses.

**pulse spacing distribution (elec**
fraction of pulse spacing time
*See also:* average crossing rat

**pulse spectrum (signal-transm**
distribution of the sinusoidal c
ative amplitude and in relative

**pulse speed (dial-pulse addres**
**ony)** The number of dial pulse
unit of time. Pulses per second
express pulse speed.

**pulse spike (automatic control**
tively short duration, superim
*also:* spike.

**pulse start time (pulse termino**
a magnitude referenced point c
waveform. Unless otherwise s
at the mesial point on the first
time; waveform epoch.

**pulse stop time (pulse terminol**
magnitude referenced point or
waveform. Unless otherwise s
at the mesial point on the last
time; waveform epoch.

**pulse storage time (light-emitt**
tween the instants at which th
the input and output pulses la
their peak pulse amplitudes, n

**pulse stretcher (spectrum anal**
duces an output whose durati
input pulse and whose amplitu
peak amplitude of that input p
                                   (IM/

**pulse string** *See:* pulse train.

**pulse stuffing** A method in wh
stream of pulses to achieve sy
ital communications systems.

**pulse techniques** *See:* burst.

**pulse tilt** A distortion in an oth
rectangular pulse characterize
of the pulse top. *See also:* tele

**pulse time, leading edge** *See:* le
**pulse time, mean** *See:* mean pul
**pulse-time modulation (PTM) (**
**minology)** Modulation in wh
samples of the modulating wa
time of occurrence of some cl
*Note:* Pulse-duration modulati
and pulse-interval modulation
time modulation.
                                   (AP/IM/PE) 145-1

**pulse-time reference points (A)**
ter point). A specified time r
referenced point on a pulse wa
ified, the top center point is t
intersection of a pulse wavefo
*also:* waveform epoch. **(B) (p**
base point]. Unless otherwise
point in a pulse epoch. *See als*
initions; waveform epoch.

le form on magnetic tape, paper
(ELM) C12.1-1988

ing) A means of conveying in-
idividual input, output, and in-
o record pulse data on the re-
(ELM) C12.1-1988

mission) The process of restor-
original timing, form, and rel-
(PE) 599-1985w

ce used to receive and totalize
rces for proportional transmis-
y or to a receiver.
(ELM) C12.1-1988

A device used for receiving
nsmitting corresponding pulses
also change the frequency and
l perform other functions. *See*
(AP) 145-1983s

High prf = more than 1 Hz.
(LEO) 586-1980w

init of time, usually per second.
(AE) 686-1990w

ne duration between successive
he pulse-repetition frequency
(AE) 686-1990w

lse-repetition interval.

-repetition frequency.

of a pulse or pulse mode by a
1 interrogation.
(IM) 194-1977w

(pulse response curve) The re-
ition of a quasi-peak voltmeter
arly repeated pulses of constant
agnetic compatibility.
(EMC) [53], [70]

article detectors) (germanium
iy energy spectrometers) The
it which the instantaneous value
and upper limits, namely, 10%
ilue unless otherwise specified.
1 applied to an RC (resistance-
ie rise time is given by $t_r = 2.2$
tion applied to an amplifier that
tance-resistance to resistance-
one high-pass and one low-pass
ants, the rise time is given by

1-1976s, 325-1986s, 759-1984r
interval between the instants at
plitude first reaches specified
ely 10% and 90% of the peak-
vise stated. (PE) 599-1985w

ology) The interval between the
ne pulse and the leading-edge
: pulse. *See also:* leading-edge
ge pulse time.
(IM) 194-1977w

ng pulses.

ilogy) For descriptive purposes
precisely described by any of
is thereof, in descriptive adjec-
related adjectives; geometrical
ectives, exponential. (B) (pulse
urposes a hypothetical pulse
defined by the further addition
*also:* descriptive adjectives.
r measurement or comparison
nay be precisely defined by the
ve reference. (IM) 194-1977w

ies) Any transducer used for
:teristics of a pulse. *Note:* This

---

term includes pulse regenerators. *See also:* pulse.
(IM) 194-1977w

**pulse shaping** Intentionally changing the shape of a pulse.
(IM) 194-1977w

**pulse spacing (pulse interval)** The interval between the corresponding pulse times of two consecutive pulses. *Note:* The term pulse interval is deprecated because it may be taken to mean the duration of the pulse instead of the space or interval from one pulse to the next. Neither term means the space between pulses. (IM) 194-1977w

**pulse spacing distribution (electromagnetic site survey)** The fraction of pulse spacing time at level $v_t$ that exceeds time $T$. *See also:* average crossing rate. (EMC) 473-1985r

**pulse spectrum (signal-transmission system)** The frequency distribution of the sinusoidal components of the pulse in relative amplitude and in relative phase. *See also:* signal.
(IM) 194-1977w

**pulse speed (dial-pulse address signaling systems) (telephony)** The number of dial pulses occurring per unit of time per unit of time. Pulses per second (pls/s) is the preferred unit to express pulse speed. (COM) 753-1983w

**pulse spike (automatic control)** An unwanted pulse of relatively short duration, superimposed on the main pulse. *See also:* spike. (PE) [3]

**pulse start time (pulse terminology)** The instant specified by a magnitude referenced point on the first transition of a pulse waveform. Unless otherwise specified, the pulse start time is at the mesial point on the first transition. *See also:* pulse stop time; waveform epoch. (IM) 194-1977w

**pulse stop time (pulse terminology)** The instant specified by a magnitude referenced point on the last transition of a pulse waveform. Unless otherwise specified, the pulse stop time is at the mesial point on the last transition. *See also:* pulse start time; waveform epoch. (IM) 194-1977w

**pulse storage time (light-emitting diodes)** The interval between the instants at which the instantaneous amplitudes of the input and output pulses last reach a specified fraction of their peak pulse amplitudes, namely, 90 percent.
(ED) [127]

**pulse stretcher (spectrum analyzer)** A pulse shaper that produces an output whose duration is greater than that of the input pulse and whose amplitude is proportional to that of the peak amplitude of that input pulse.
(IM/NPS) 398-1972r, 748-1979w

**pulse string** *See:* pulse train.

**pulse stuffing** A method in which pulses are inserted into a stream of pulses to achieve synchronization between two digital communications systems. (C) 610.7-1995

**pulse techniques** *See:* burst.

**pulse tilt** A distortion in an otherwise essentially flat-topped rectangular pulse characterized by either a decline or a rise of the pulse top. *See also:* television.
(BT/IM) [34], 194-1977w

**pulse time, leading edge** *See:* leading-edge pulse time.

**pulse time, mean** *See:* mean pulse time.

**pulse-time modulation (PTM) (data transmission) (pulse terminology)** Modulation in which the value of instantaneous samples of the modulating wave are caused to modulate the time of occurrence of some characteristic of a pulse carrier. *Note:* Pulse-duration modulation, pulse-position modulation, and pulse-interval modulation, are particular forms of pulse-time modulation.
(AP/IM/PE) 145-1983s, 194-1977w, 599-1985w

**pulse-time reference points (A) (pulse terminology)** (top center point). A specified time referenced point or magnitude referenced point on a pulse waveform top. If no point is specified, the top center point is the time referenced point at the intersection of a pulse waveform and the top center line. *See also:* waveform epoch. (B) (pulse terminology) [first (last) base point]. Unless otherwise specified, the first (last) datum point in a pulse epoch. *See also:* pulse train time-related definitions; waveform epoch. (IM) 194-1977w

---

**pulse time symbology** See figure below.



**pulse-time symbology**
(Std100)

**pulse-time, trailing-edge** *See:* trailing-edge pulse time.

**pulse timing of video pulses (television)** The determination of an occurrence of a pulse or a specified portion thereof at a particular time. *See also:* pulse width of video pulses; television; time of rise of video pulses. (BT) 207-1950w

**pulse top (1) (pulse transformers)** That portion of the pulse occurring between the time of intersection of straight-line segments used to determine $A_T$ and $A_T$. (PEL) 390-1987r
**(2)** That major segment of a pulse waveform having the greater displacement in amplitude from the baseline. *See also:* pulse. (IM) [40]

**pulse train (1) (dial-pulse address signaling systems) (telephony)** In dial-pulse signaling, a series of contiguous pulses of undetermined length. (COM) 753-1983w
**(2) (pulse terminology)** A continuous repetitive sequence of pulse waveforms. (IM) 194-1977w
**(3) (thyristor)** A gate signal applied during the desired conducting interval, or parts thereof, made up of a train of pulses of predetermined duration, amplitude, and frequency.
(IA) 428-1981w
**(4) (signal-transmission system)** A sequence of pulses. *See also:* pulse; signal.
(BT/IE/IA/PE) [3], [34], [43], [60], 270-1966w
**(5)** A series of pulses with similar characteristics. *Synonym:* pulse string. (C) 610.7-1995
**(6)** A sequence of pulses used to accomplish a function such as MTI or increased effective signal-to-noise ratio. A pulse train of duration less than the radar echo delay time is usually referred to as a pulse burst. (AE) 686-1990w

**pulse train, periodic** *See:* periodic pulse train.

**pulse-train spectrum (pulse-train frequency-spectrum)** The frequency distribution of the sinusoidal components of the pulse train in amplitude and in phase angle.
(IM) 194-1977w

**pulse train time-related definitions (A) (pulse terminology)** (pulse repetition period) The interval between the pulse start time of a first pulse waveform and the pulse start time of the immediately following pulse waveform in a periodic pulse train. **(B) (pulse terminology)** (pulse repetition frequency) The reciprocal of pulse repetition period. **(C) (pulse terminology)** (pulse separation) The interval between the pulse stop time of a first pulse waveform and the pulse start time of the immediately following pulse waveform in a pulse train. **(D) (pulse terminology)** (duty factor) Unless otherwise specified, the ratio of the pulse waveform duration to the pulse repetition period of a periodic pulse train. **(E) (pulse terminology)** (on-off ratio) Unless otherwise specified, the ratio of the pulse waveform duration to the pulse separation of a periodic pulse train. **(F) (pulse terminology)** (base center line) The time reference line at the average of the pulse stop time of a first pulse waveform and the pulse start time of the immediately following pulse waveform in a pulse train. **(G) (pulse terminology)** (base center point) A specified time referenced point or magnitude referenced point on a pulse