# EXHIBIT P

# The McGraw-Hill Illustrated Dictionary of Personal Computers

Fourth Edition

*Michael F. Hordeski*

**McGraw-Hill, Inc.**

New York  San Francisco  Washington, D.C.  Auckland  Bogotá
Caracas  Lisbon  London  Madrid  Mexico City  Milan
Montreal  New Delhi  San Juan  Singapore
Sydney  Tokyo  Toronto

© 1995 by **McGraw-Hill, Inc.**

Printed in the United States of America. All rights reserved. The publisher takes no responsibility for the use of any of the materials or methods described in this book, nor for the products thereof.

pbk  1 2 3 4 5 6 7 8 9  FGR  9 9 8 7 6 5
hc    1 2 3 4 5 6 7 8 9  FGR  9 9 8 7 6 5

**Library of Congress Cataloging-in-Publication Data**

ISBN  0-07-0304092
ISBN  0-07-0304106 pbk.


Acquisitions Editor: Roland Phelps
Editorial Team: Joanne M. Slike, Executive Editor
               Margaret Myers, Book Editor
Production Team: Katherine G. Brown, Director
                Brenda S. Wilhide, Computer Artist
                Janice Stottlemyer, Computer Artist
                Jeffrey M. Hall, Computer Artist
                Wanda S. Ditch, Desktop Operator
                Nancy K. Mickley, Proofreading
                Linda L. King, Proofreading
                Lorie L. White, Proofreading
Designer: Jaclyn J. Boone                              DICT
          Katherine Stefanski, Associate Book Designer  0304106

Each user has a different decryption key that is kept private to ensure that only the intended recipient can decrypt the message.

**Publisher's PaintBrush** A package from Z-Soft that provides curvilinear font technology to create characters in sizes up to 350 points without jaggedness. There are pull-down menus for colors, line widths, shapes, and patterns. Hollow or filled boxes, rounded boxes, and circles are some of the tools provided.

**Publisher's Type Foundry** A package from Z-Soft that integrates several modules, including Bitmap Editor and PaintBrush, into a complete system. You can build fonts from scratch; customize existing fonts, logos and special symbols; modify fonts to one-pixel resolution; and then download them to a laser printer. A Windows screen-font translator allows you to translate a font for display in a Windows application.

**Publish-It!** An integrated word-processing, page layout, and graphics software package. It includes typefaces with more than 1,200 type style combinations, sizes from 9 to 72 points, and automatic text flow and wordwrap. Typesetting functions include kerning and leading adjustment, international character sets, and WYSIWYG.

**pull-down menu** A menu that, when pointed to by keyboard or mouse, drops down to show the available options.

**pulling by crystal** Refers to the growing of both metal and nonmetal crystals by slowly withdrawing a seed crystal from a molten surface.

**pull operation** An operation in which operands are taken from the top of a pushdown stack in memory and placed in general registers. The operand remains in the stack unchanged; a pointer value is changed to indicate the current top of the stack.

**pulse** A variation in a quantity, such as a voltage, characterized by a rise and decay of finite duration.

**pulse accumulator module** A module with counters for accumulating pulses from several sources for frequency measurements. Input pulses can be accumulated and then held for interrogation by the CPU on the basis of jumpered or preselected intervals ranging from 100 microseconds to ten seconds.

**pulse amplifier** An amplifier with a wide bandwidth that can amplify pulses without excessive distortion.

**pulse amplitude** The level of a pulse or waveform of pulses.

**pulse-amplitude modulation** See PAM.

**pulse bandwidth** The frequency band occupied by the components of the pulse that have appreciable amplitude and that make an appreciable contribution to the actual pulse shape.

**pulse carrier 1.** A carrier consisting of a series of pulses, usually employed as subcarriers. **2.** A carrier wave comprised of a series of equally spaced pulses.

**pulse code** A code in which sets of pulses have been assigned particular meanings, such as in the Morse, Baudot, or binary codes.

**pulse code modulation** A form of pulsed modulation in which the signal is sampled periodically, and each sample is quantized and transmitted as a digital binary code.

**pulse counter** A device that gives an indication of or actually records the total number of pulses that has been received during a given time interval.

**pulse-counting module** A device to count and store pulse information and transmit this information to a computer upon command.

**pulse decay time** The amount of time required for the trailing edge of a pulse to decay from 90 percent to 10 percent of the peak pulse amplitude.

**pulse delay time** The time interval between the leading edges of the input and output pulses, measured at 10 percent of their maximum amplitude.

**pulse detector** A circuit designed for use with modulated pulse signals.

**pulse digit** A drive pulse corresponding to a logical one-digit position in some or all of the words in a storage unit. The pulse digit may be an inhibit pulse or an enable pulse in specific applications.

**pulse discriminator** A device that responds only to a pulse having some particular characteristic, such as a duration or period. The latter is also called a *time discriminator*.

**pulse drive 1.** A pulsed magnetomotive force applied to a magnetic core. **2.** A particular pulse of current in a winding inductively coupled to one or more magnetic cells, which produces a pulse of magnetomotive force.

**pulse droop** The exponential decay of amplitude often experienced with rectangular pulses of appreciable duration.

**pulse duration** The time interval between the leading and trailing edge of a pulse. Also called *pulse length.*

**pulse duration modulation** See PDM.

**pulse equalizer** A circuit that produces output pulses of uniform size and shape when driven by input pulses that may vary in size and shape.

**pulse flatness deviation** For a rectangular pulse that exhibits pulse droop, the difference between maximum and minimum amplitudes of the top of the pulse divided by the maximum amplitude.

**pulse frequency modulation** See PFM.

**pulse, gating** A pulse that permits the operation of a particular circuit.

**pulse generator** A device for generating a series of pulses of specific form, duration, and repetition rate for the purpose of special timing or gating. Also known as a *time-pulse generator.*

**pulse interleaving** A process in which pulses from two or more time-division multiplexers are sys-

tematically and alternately combined for transmission over a common path. *Also see* TDM.

**pulse jitter** A slight variation of the pulse spacing in a pulse train. It may be random or systematic depending on its origin, and it is generally not coherent with any regular pulse modulation characteristics.

**pulse mode** A coded group of pulses used to select a particular communication channel from a common carrier.

**pulse modulation** The modulation of pulses by a carrier. Pulse modulation includes pulse amplitude modulation (PAM), pulse position modulation (PPM), and pulse duration modulation (PDM).

**pulse origin time** The start of a pulse, defined as the time at which it first reaches some given fraction, such as 10 percent of full amplitude; this time is called the *time origin*.

**pulse position modulation** *See* PPM.

**pulse ratio** The ratio of the length of a pulse to its total period.

**pulse regeneration** The process of restoring a series of pulses to their original timing, form, and magnitude.

**pulse repeater** A device that receives pulses from one circuit and transmits corresponding pulses at another frequency or wavelength into another circuit. Also called a *transponder*.

**pulse repetition frequency** The rate at which pulses occur in a given unit of time. More correctly termed *pulse repetition rate*, since pulses are digital in character and "frequency" is generally applied to analog (ac) signals.

**pulse repetition rate** *See* PRR.

**pulse resolution** The minimum time separation, usually in microseconds or milliseconds, between input pulses that allows proper circuit or component response.

**pulse shaping** Intentionally changing the shape of a pulse.

**pulse string** A sequential group of pulses with similar characteristics, also called a *pulse train*.

**pulse, strobe** A pulse used to gate the output of a memory sense amplifier or similar circuit.

**pulse stuffing** A process for changing the rate of a digital signal in a controlled manner to a rate different from its own inherent rate, usually without loss of information. Also called *bit stuffing* or *justification*.

**pulse-stuffing jitter** The jitter caused by the removal of stuffed bits at the demultiplexer and the inability of a clock recovery circuit to eliminate completely the resulting gaps in the information signal.

**pulse, sync** *See* SYNC PULSE.

**pulse time modulation** Modulation in which the modulating wave is used to vary a time characteristic of the pulse carrier, such as in pulse duration modulation and pulse position modulation. *Also see* PDM and PPM.

**pulse train generator** A circuit or device that produces a fixed number of usually equally spaced pulses.

**pulse transformer** A transformer designed for pulses using square hysteresis loop material for the core or other techniques to maintain the output currents or voltages at the proper pulse levels.

**pulse, width modulation** *See* PDM.

**pulse-width recording** A method of recording in which each storage cell is made up of two regions magnetized in opposite senses with unmagnetized regions on each side. A zero bit is represented by a cell containing a negative region followed by a positive region.

**pulse, write** *See* WRITE PULSE.

**pumping** The use of electromagnetic radiation to raise the energy levels of electrons in devices such as lasers.

**punch** (*o.t.*) Refers to a perforation in a punched card or tape.

**punchdown blocks** A connection system that allows you to interconnect twisted-pair devices to existing in-house wire. Wires for up to 12 devices can be punched down to each of the two 50-pin Telco connectors wired on the sides of the block.

**punched card** (*o.t.*) A heavy paper material on which information was coded in the form of holes. The holes could be of many shapes and were punched either by machine or by hand.

**PUP** Acronym for *peripheral unit processor*.

**PUR** Abbreviation for *polyurethane*, a material used to manufacture a type of cable jacketing material.

**pure generator** A routine that is capable of writing another routine. The pure generator may be a section of a program in an assembler. It can then be called by the assembler to perform.

**purge** To erase a file.

**purity** Complete color saturation; freedom from white in CRTs.

**push** To add an item to the top of the stack memory.

**pushdown list** A list that uses the LIFO (last-in-first-out) system. The item to be retrieved is the most recently stored item in the list, and the last item entered becomes the first item retrieved from the list. Also called *pushdown queue*.

**pushdown stack** A segment of memory used to receive information from the program counter and store address locations of the instructions which have been pushed down during an interrupt. The pushdown stack can be used for subroutines; its size determines the level of subroutine nesting. When instructions are returned, they are "popped back" on a LIFO (last-in-first-out) basis, as shown in the figure. The stack tends to minimize register transfers, facilitate counter and sorting, and limit transfers to and from main memory.

**push operation** The operation in which operands from a general register are stored in the top location of a pushdown stack in memory.