# EXHIBIT Q

# MODERN
# DICTIONARY
## of
# ELECTRONICS

### SIXTH EDITION

### REVISED AND UPDATED

## Rudolf F. Graf



af is an author whose name is familiar to engiins, do-it-yourselfers, and hobbyists. His many
cles on mechanics, electricity, electronics and
ve a well-deserved reputation for making com
: easily understandable and enjoyable. Mr. Graf
:ctronics engineer and received his MBA at New
y. He is a Senior Member of the IEEE, a licensed
operator, and holder of a first-class radiotele
's license. He has been in the electronics industry
5 years.

## Newnes
Boston  Oxford  Johannesburg  Melbourne  New Delhi  Singapore .

Newnes is an imprint of Butterworth-Heinemann

Copyright © 1997 by Butterworth–Heinemann

A member of the Reed Elsevier group

All rights reserved.
No part of this publication may be reproduced, stored in a retrieval system,
or transmitted in any form or by any means, electronic, mechanical, photocopying,
recording, or otherwise, without the prior written permission of the publisher.

Recognizing the importance of preserving what has been written,
Butterworth–Heinemann prints its books on acid-free paper whenever possible.

**Library of Congress Cataloging-in-Publication Data**
Graf, Rudolf F.
   Modern dictionary of electronics / by Rudolf F. Graf. — 6th ed.
      p.   cm.
   Reprint. Originally published: Indianapolis, Ind. : H.W. Sams,
© 1984.
   ISBN 0-7506-9870-5
   1. Electronics—Dictionaries.
TK7804.G67   1996                      96-25894
621.381'03—dc 20                       CIP

**British Library Cataloguing-in-Publication Data**
A catalogue record for this book is available from the British Library.

The publisher offers special discounts on bulk orders of this book.
For information, please contact:
Manager of Special Sales
Butterworth–Heinemann
313 Washington Street
Newton, MA 02158–1626
Tel: 617-928-2500
Fax: 617-928-2620

For information on all Newnes electronics publications available, contact
our World Wide Web home page at: http://www.bh.com/bh

Edited by: *Charlie Buffington* and *Jack Davis*
Illustrated by: *T.R. Emrick*

Printed in the United States of America
10 9 8 7 6 5 4 3 2 1

# Prefa

We are in the midst of a high-techr
advances in electronics and closely relate
To keep up with this exciting industry, a
reflect the ever-expanding vocabulary ger
ics. It must not only record additions to
explain terms with authority in that for
quely suited to its time and place.

Those who work in new areas frequ
effectively communicate thoughts and id
tion. Originators of newly coined terms
definitions frequently change with tecl
actual use by others.

Every new edition of this dictionary c
of the electronics industry. It is a boc
electronics dedicated to the task of im
munication, deriving its authority fron
which its content were collected and int
a clear and simple style that is understa
level of complexity of the term being c
prise that this sixth edition of the *N*
probably the most up-to-date electr
contains definitions of approximately
and related fields. This includes 5000
fifth edition published in 1977, as ma
*filled* the first edition published only
were reviewed and revised or expar
enhance the intelligibility of each entr
definitions requiring no further inte:
updated, modified and augmented to I

While this work is as up-to-date as
the field of electronics is expanding so
evolve and established terms take on
ings. The publisher intends to issue
periodically; thus suggestions for ne
welcomed.

**pulse separation—pulse transformer**    796

**pulse separation**—The interval between the trailing-edge pulse time of a pulse and the leading-edge pulse time of the succeeding pulse.

**pulse shaper**—Any transducer (including pulse regenerators) used for changing one or more characteristics of a pulse.

**pulse shaping** — Intentionally changing the shape of a pulse.

**pulse soldering**—Soldering a connection by melting the solder in the joint area by pulsing current through a high-resistance point applied to the joint area and the solder.

**pulse spacing**—The time interval from one pulse to the next—i.e., between the corresponding times of two consecutive pulses. (The term "pulse interval" is ambiguous—it may be taken to mean the duration of a pulse instead of the space or interval between pulses.)

**pulse-spacing modulation** — Formerly called pulse-interval modulation. A form of pulse-time modulation in which the pulse spacing is varied.

**pulse spectrum** — Also called pulse-frequency spectrum. The frequency distribution, in relative amplitude and phase, of the sinusoidal components of a pulse.

**pulse spike**—A relatively short duration pulse superimposed on the main pulse.

**pulse-spike amplitude** — The peak amplitude of a pulse spike.

**pulse spreading** — 1. The cumulative effect of material and modal dispersions in an optical fiber. 2. *See* Dispersion, 7.

**pulse stepper** — A stepper motor that responds directly to a pulse of specified length and amplitude. The positioning of the motor shaft is directly proportionate to the number of pulses applied. Rotational direction is controlled by electrical shading.

**pulse-storage time** — The time interval from a point at 90 percent of the maximum amplitude on the trailing edge of the input pulse to the same 90-percent point on the trailing edge of the output pulse.

**pulse stretcher**—1. A circuit designed to extend the duration of a pulse—primarily so that its pulse modulation will be more readily discernible in an audio presentation. 2. In a computer, a circuit which generates a long pulse when triggered by a short pulse. The width of the output pulse is determined by the value of the coupling capacitor. The maximum width of the output pulse cannot exceed 50 percent of the clock rate.

**pulse tilt**—A distortion characterized in an otherwise essentially flat-topped rectangular pulse by either a decline or a rise of the pulse top.

**pulse time** — The time interval from a point at 90 percent of the maximum amplitude on the leading edge of a pulse,

to the 90-percent point on the trailing edge.

**pulse-time-modulated radiosonde** — Also called time-interval radiosonde. A radiosonde which transmits the indications of the meteorological sensing elements in the form of pulses spaced in time. The meteorological data is evaluated from the intervals between the pulses.

**pulse-time modulation** — Abbreviated ptm. Modulation (e.g., pulse-duration and pulse-position) in which the values of instantaneous samples of the modulating wave are made to modulate the occurrence time of some characteristic of a pulse carrier.

**pulse timer** — A timer the time cycle of which is started with a continuous input voltage and application or removal of an additional positive input voltage pulse. At the end of the time-delay period, the contacts transfer.

**pulse train**—Also called pulse group or impulse train. 1. A group or sequence of pulses of similar characteristics. 2. A succession of pulses, usually at equal intervals.

**pulse-train frequency spectrum** — *See* Pulse-Train Spectrum.

**pulse-train spectrum** — Also called pulse-train frequency spectrum. The frequency distribution, in amplitude and in phase angle, of the sinusoidal components of the pulse train.

**pulse transformer**—1. A special type of transformer designed to pass pulse waveforms as distinguished from sine waves. The major features of a pulse transformer are high-voltage insulation between windings and to ground, low capacitance between windings, and low reactance in the windings. 2. A transformer capable of passing a wide band of frequencies; thus it can pass a pulse with minimal distortion.



*Pulse transformer.*

797

**pulse transmitter**—1. A pulse-modulated transmitter in which the peak power-output capabilities are usually larger than the average power-output rating. 2. A transmitter used to generate and transmit pulses over a telemetering or pilot-wire circuit to the remote indicating or receiving device.

**pulse-triggered binary** — A flip-flop in which a change of state results from application of a pulse or waveform of short duration to the input.

**pulse valley**—*See* Pulse Duration.

**pulse width**—In a pulse, the portion between two specified maxima.

**pulse width discriminator** — A device that measures the pulse length of video signals and passes only those the time duration of which falls into some predetermined design tolerance.

**pulse-width modulation** — *See* Pulse-Duration Modulation.

**pulse-width modulation/frequency modulation**—*See* Pulse-Duration Modulation/Frequency Modulation.

**pulse-width modulator amplifier**—*See* Class-D Amplifier.

**pulsing key**—1. A method of transmitting voice-frequency pulses over a line under control of a key at the original office. It is used with E-and-M supervision in intertoll dialing. 2. A system of signaling in which numbered keys are used instead of a dial.

**pulsing transformer**—A transformer designed to supply pulses of voltage or current.

**pump**—1. An external source used to increase the electron population of excited energy states. 2. Of a parametric device, the source of alternating-current power which causes the nonlinear reactor to behave as a time-varying reactance. 3. To supply high-frequency energy to a maser, laser, parametric amplifier, etc.

**pumped tube**—An electron tube (chiefly a pool-cathode) which is continuously connected to evacuating equipment during operation.

**pumping** — Of a laser, the application of radiation of appropriate frequency to invert the distribution of systems of electrons of the laser media so that the levels of higher energy states are more populated.

**pumping band**—A group of energy states to which ions in the ground state are excited at first when pumping radiation is applied to a laser medium. The pumping band usually is higher in energy than the levels that are to be inverted.

**pumping frequency**—The frequency at which pumping is provided in a maser, quadrupole amplifier, or other amplifier requiring high-frequency excitation.

**pumping radiation** — Light applied to