**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ERICSSON INC., et al., | ) | Case No. 6:10-CV-473-LED |
| | ) | |
| Plaintiffs, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| D-LINK SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**STIPULATION AND JOINT MOTION**
**TO DISMISS AND GRANT PARTIAL JUDGMENT**

Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Plaintiffs") and Defendant D-Link Systems, Inc. ("D-Link") by and through their counsel of record, hereby stipulate and request that the Court order the following dismissal and partial judgment:

1. Plaintiffs' claims against D-Link for infringement of U.S. Patent No. 5,771,468 (the "'468 Patent") are dismissed WITH PREJUDICE.

2. Plaintiffs covenant not to sue D-Link, or any of its parents, subsidiaries, divisions, affiliates, distributors, suppliers, partners, customers, end users, or successors, based on any claim that any products that D-Link has been manufacturing, using, selling, or offering for sale in the marketplace, on or before the date of this motion, infringe the '468 patent, whether directly, indirectly, contributorily, or otherwise.

3. D-Link's counterclaim for a declaratory judgment of non-infringement is dismissed WITH PREJUDICE.  D-Link's counterclaim for a declaratory judgment of invalidity is dismissed WITHOUT PREJUDICE.

4. This Stipulation and Joint Motion has no effect on Plaintiffs' and D-Link's respective claims and counterclaim relating to any other patent-in-suit.

US_ACTIVE-109724977.1-JADAIRE 6/21/12 1:42 PM

Dated:  June 21, 2012

Respectfully submitted,

*/s/ John P. Bovich*

Scott D. Baker, *Pro Hac Vice* (Cal. SBN 84923)
John P. Bovich, *Pro Hac Vice* (Cal. SBN 150688)
Christine M. Morgan, *Pro Hac Vice* (Cal. SBN 169350)
Adaline J. Hilgard, *Pro Hac Vice* (Cal. SBN 173213)
William R. Overend, *Pro Hac Vice* (Cal. SBN 180209)
Jonah D. Mitchell, *Pro Hac Vice* (Cal. SBN 203511)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA  941015
Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269
Email:  sbaker@reedsmith.com
Email:  jbovich@reedsmith.com
Email:  ahilgard@reedsmith.com
Email:  woverend@reedsmith.com
Email:  jmitchell@reedsmith.com

Trey Yarbrough (Bar No. 22133500)
Debby E. Gunter (Bar No. 24012752)
**YARBROUGH & WILCOX, PLLC**
100 E. Ferguson, Ste. 1015
Tyler, Texas 75702
Telephone:  +1 903 595 3111
Facsimile:  +1 903 595 0191
Email:  trey@yw-lawfirm.com
Email:  debby@yw-lawfirm.com

**Counsel for Defendants, D-LINK SYSTEMS, INC., NETGEAR, INC., ACER, INC., ACER AMERICA CORPORATION, and GATEWAY, INC.**

- 2 -

S.J. Christine Yang (admitted *pro hac vice*)
Duncan Palmatier (admitted *pro hac vice*)
Victoria Hao (admitted *pro hac vice*)
**THE LAW OFFICES OF S.J. CHRISTINE YANG**
17220 Newhope Street, Suite 101
Fountain Valley, California 92708
Tel: (714) 641-4022; Fax: (714) 641-2082
E-Mail:  cyang@sjclawpc.com
E-Mail:  dpalm@dpalmlaw.com
E-Mail:  vhao@sjclawpc.com

**Counsel for Defendant D-LINK SYSTEMS, INC.**

*/s/_Justin Nemunaitis (with permission*)
Theodore Stevenson III (Texas Bar No. 19196650)
Lead Attorney
Douglas A. Cawley (Texas Bar No. 04035500)
Bradley W. Caldwell (Texas Bar No. 24040630)
Ashley N. Moore (Texas Bar No. 24074748)
Justin Nemunaitis (Texas Bar No. 24065815)
**MCKOOL SMITH, P.C**.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
Email:  tstevenson@mckoolsmith.com
Email:  dcawley@mckoolsmith.com
Email:  bcaldwell@mckoolsmith.com
Email:  amoore@mckoolsmith.com
Email:  jnemunaitis@mckoolsmith.com

Sam Baxter (Texas Bar No. 01938000)
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
Email:  sbaxter@mckoolsmith.com

**Attorneys For Plaintiffs
ERICSSON INC. and
TELEFONAKTIEBOLAGET LM
  ERICSSON**

- 3 -

## Certificate of Service

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECD system per Local Rule CV-5(a)(3) on June 21, 2012.  Any other counsel will be served via U.S. mail.


*/s/ John P. Bovich*
John P. Bovich

- 4 -