## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ERICSSON INC., et al., | ) | Case No. 6:10-CV-473-LED |
| | ) | |
| Plaintiffs, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| D-LINK SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## ORDER AND PARTIAL JUDGMENT OF DISMISSAL

Before the Court is Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Plaintiffs") and Defendant D-Link Systems, Inc.'s ("D-Link") Stipulation and Joint Motion to Dismiss and Grant Partial Judgment.

Such Motion is GRANTED.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED, ADJUGED AND DECREED that:

1. Plaintiffs' claims against D-Link for infringement of U.S. Patent No. 5,771,468 (the "'468 Patent") are dismissed WITH PREJUDICE.

2. Plaintiffs covenant not to sue D-Link, or any of its parents, subsidiaries, divisions, affiliates, distributors, suppliers, partners, customers, end users, or successors, based on any claim that any products that D-Link has been manufacturing, using, selling, or offering for sale in the marketplace, on or before the date of this motion, or hereafter, infringe the '468 patent, whether directly, indirectly, contributorily, or otherwise.

- 1 -                    US_ACTIVE-109728284.1-JADAIRE 6/21/12 1:43 PM

- 2 -

3.  D-Link's counterclaim for a declaratory judgment of non-infringement is dismissed WITH PREJUDICE.   D-Link's counterclaim for a declaratory judgment of invalidity is dismissed WITHOUT PREJUDICE.