**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

ERICSSON INC., et al.
                Plaintiffs

v.

D-LINK CORPORATION, et al.
                Defendants.

Civil Action No. 6:10-cv-473

JURY TRIAL DEMANDED

## NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER

In compliance with the Court's Order regarding motions to be submitted in this case (Dkt. No. 102), Defendants Acer, Inc.; Acer America Corporation; Gateway, Inc.; Dell Inc.; Toshiba America Information Systems, Inc.; and Toshiba Corporation file this notice of their letter to the Court requesting permission to file a motion for summary judgment of invalidity of Claims 1 and 6 of U.S. Patent No. 6,173,352. A copy of the letter is attached as Exhibit 1.

1

Dated:  June  29, 2012

Respectfully  submitted,

*/s/ John P. Bovich* (with permission)

Scott D. Baker, *Pro Hac Vice* (Cal. SBN 84923)
John P. Bovich, *Pro Hac Vice* (Cal. SBN 150688)
Christine  M. Morgan, *Pro Hac Vice* (Cal. SBN 169350)
Adaline  J. Hilgard,  *Pro Hac Vice*  (Cal. SBN  173213)
William  R. Overend, *Pro Hac Vice* (Cal. SBN 180209)
Jonah D. Mitchell, *Pro Hac Vice* (Cal. SBN 203511)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 941015
Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269
Email:  sbaker@reedsmith.com
Email:  jbovich@reedsmith.com
Email:  ahilgard@reedsmith.com
Email:  woverend@reedsmith.com
Email:  jmitchell@reedsmith.com

Trey Yarbrough  (Bar No. 22133500)
Debby E. Gunter  (Bar No. 24012752)
**YARBROUGH  &  WILCOX,  PLLC**
100 E. Ferguson, Ste. 1015
Tyler, Texas 75702
Telephone:  +1 903 595 3111
Facsimile:  +1 903 595 0191
Email:  trey@yw-lawfirm.com
Email:  debby@yw-lawfirm.com

**Counsel for ACER, INC., ACER  AMERICA
CORPORATION, and GATEWAY,  INC.**

2

*/s/ Michael J. Newton*

Michael J. Newton (Texas Bar No. 24003844)
Jason W. Cook (Texas Bar No. 24028537)
Stacey G. White (Texas Bar No. 24053220)
Dwayne C. Norton (Texas Bar No. 24076139)
Shaun W. Hassett (Texas Bar No. 24074372)
Brady Cox (Texas Bar No. 24074084)
**ALSTON & BIRD LLP**
2828 North Harwood St, Suite 1800
Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
Email: mike.newton@alston.com
Email: jason.cook@alston.com
Email: stacey.white@alston.com
Email: dwayne.norton@alston.com
Email: shaun.hassett@alston.com
Email: brady.cox@alston.com

Marsha E. Mullin (California Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Phone: (213) 576-1000
Fax: (213) 576-1100
Email: marsha.mullin@alston.com

Frank G. Smith (Georgia Bar No. 657550)
Kamran Jivani (Georgia Bar No. 510908)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
Email: frank.smith@alston.com
Email: kamran.jivani@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

**Counsel for DELL INC.**

3

*/s/ John Feldhaus* (with permission)

John Feldhaus
Pavan Agarwal
**FOLEY & LARDNER LLP**
3000 K. Street, NW, Suite 500
Washington, DC 20007
PH: (202) 672-5300
Fax: (202) 672-5399
Email:  jfeldhaus@foley.com
Email:  pagarwal@foley.com

Guy N. Harrison
Attorney at Law
217 N. Center
Longview, TX 75606
PH: (903) 758-7361
Fax: (903) 753-9557
Email:  guy@gnhlaw.com

**Counsel for TOSHIBA CORPORATION AND
TOSHIBA AMERICA INFORMATION SYSTEMS,
INC.**

4

## Certificate of Service

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 29, 2012. Any other counsel will be served via first class mail.

*/s/ Michael J. Newton*
Michael J. Newton

5