## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | § § § § § **CIVIL ACTION NO. 6:10-cv-473** |
| Plaintiffs, | § § § |
| v. | § § |
| D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ACER, INC., ACER AMERICA CORPORATION, and GATEWAY, INC., | § § **JURY TRIAL DEMANDED** § § § |
| Defendants. | § § § |

## NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER

In compliance with the Court's Order regarding motions to be submitted in this case

(Dkt. No. 102), Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Ericsson") file

this notice of their letter to the Court in response to Defendants' letter brief requesting

permission to file a motion for summary judgment of invalidity of Claims 1 and 6 of U.S. Patent

No. 6,173,352 (Dkt. No. 247. A copy of the letter is attached as Exhibit 1.

**PAGE** 1

McKool 453343v1

DATED:  July 11, 2012

**MCKOOL SMITH, P.C.**

By:  /s/ Theodore Stevenson III_____

Theodore Stevenson III,
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Justin Nemunaitis
Texas State Bar No. 24065815
jnemunaitis@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile:  (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS
ERICSSON INC. and
TELEFONAKTIEBOLAGET LM ERICSSON**

**PAGE** 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via facsimile and/or U.S. First Class Mail this 11th day of July, 2012.

/s/ Justin Nemunaitis

**PAGE** 3

McKool 453343v1