# Exhibit

# 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| ERICSSON INC. et al. | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. 6:10-CV-473 |
| D-LINK CORPORATION, et al. | § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

**PLAINTIFFS' PATENT RULE 3-1 DISCLOSURES**

In accordance with the Court's Order and Patent Rules 3-1 and 3-2, Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Ericsson" or "Plaintiffs") hereby make the following Patent Rule 3-1 Disclosures against Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Consumer Products, LLC (collectively "Toshiba" or "Defendants"). Concurrent with the service of Ericsson's Patent Rule 3-1 Disclosures, Ericsson is producing documents in accordance with Patent Rule 3-2.

**I.  Patent Rule 3-1(a), (b), (c): Asserted Claims, Accused Instrumentalities, and Claim Charts**

Based upon the information currently available, Ericsson contends that the following claims of the patents-in-suit are infringed by the Defendants' Accused Instrumentalities in accordance with the theories of infringement described in the identified charts:

United States Patent No. 5,790,516: Claims 1 and 6 are infringed by all Toshiba 802.11(a), (g), and (n)-compliant products. Pursuant to P.R. 3-1(c), Ericsson provides the

following infringement claim chart, attached as Exhibit 1, which explains how Toshiba's 802.11(a), (g), and (n)-compliant products infringe the '516 Patent.

United States Patent No. 5,987,019: Claims 19 and 22-24 are infringed by all Toshiba 802.11(n)-compliant products.   Pursuant to P.R. 3-1(c), Ericsson provides the following infringement claim chart, attached as Exhibit 2, which explains how Toshiba's 802.11(n)-compliant products infringe the '019 Patent.

United States Patent No. 6,466,568: Claims 1-5 are infringed by all Toshiba 802.11(n)-compliant products.  Pursuant to P.R. 3-1(c), Ericsson provides the following infringement claim chart, attached as Exhibit 3, which explains how Toshiba's 802.11(n)-compliant products infringe the '568 Patent.

United States Patent No. 6,424,625: Claim 1 is infringed by all Toshiba 802.11(n)-compliant products.  Pursuant to P.R. 3-1(c), Ericsson provides the following infringement claim chart, attached as Exhibit 4, which explains how Toshiba's 802.11(n)-compliant products infringe the '625 Patent.

United States Patent No. 6,519,223: Claims 1-3, 11-14, 19, 21, 22, 30, 31, and 32 are infringed by all Toshiba 802.11(n)-compliant products.   Pursuant to P.R. 3-1(c), Ericsson provides the following infringement claim chart, attached as Exhibit 5, which explains how Toshiba's 802.11(n)-compliant products infringe the '223 Patent.

United States Patent No. 6,330,435: Claims 1 and 2 are infringed by all Toshiba 802.11(n)-compliant products.   Pursuant to P.R. 3-1(c), Ericsson provides the following infringement claim chart, attached as Exhibit 6, which explains how Toshiba's 802.11(n)-compliant products infringe the '435 Patent.

United States Patent No. 6,772,215: Claims 1, 2, 4, 6, 8, 15, 22, 25, 26, 29, 32, 34, 45, 46, 49, 52, and 54 are infringed by all Toshiba 802.11(n)-compliant products.  Pursuant to P.R. 3-1(c), Ericsson provides the following infringement claim chart, attached as Exhibit 7, which explains how Toshiba's 802.11(n)-compliant products infringe the '215 Patent.

United States Patent No. 6,173,352: Claims 1 and 6 are infringed by all Toshiba products with physical wireless on/off switch functionality.  Pursuant to P.R. 3-1(c), Ericsson provides the following infringement claim chart, attached as Exhibit 8, which explains how Toshiba's products with physical wireless on/off switch functionality infringe the '352 Patent.

In accordance with the practice and rules of this District, it should be understood that although Ericsson's claim charts cite supporting evidence, such as published standards, the included evidence supporting Ericsson's contentions is not meant to be exhaustive.  Ericsson reserves the right to support its contentions with additional evidence, such as evidence to be produced by the Defendants or third parties regarding the implementation of the technologies Ericsson contends to be infringing.

Ericsson reserves the right to seek leave of the Court to add, delete, supplement, or modify these contentions should further discovery, the Court's Claim Construction, or other circumstances so merit.

## II.  Patent Rule 3-1(d): Literal Infringement and Doctrine of Equivalents

Ericsson asserts that, under the proper construction of the Asserted Claims and their claim terms, every limitation of each Asserted Claim of the patents-in-suit is literally present in Toshiba's methods and apparatuses accused of infringement.  To the extent that any limitation is found to be not literally present, Ericsson asserts that such limitation is present under the Doctrine of Equivalents.

Dallas 324677v1

### III.  Patent Rule 3-1(e): Priority Dates

Each and every claim of the patents-in-suit is entitled to at least the priority dates listed below.

United States Patent No. 5,790,516: July 14, 1995;

United States Patent No. 5,987,019: October 15, 1996;

United States Patent No. 6,466,568: October 15, 1996;

United States Patent No. 6,424,625: October 28, 1998;

United States Patent No. 6,519,223: April 6, 1999;

United States Patent No. 6,330,435: March 18, 1999;

United States Patent No. 6,772,215: April 9, 1999;

United States Patent No. 6,173,352: August 21, 1997; and

United States Patent No. 5,771,468: January 17, 1996.

### IV.  Patent Rule 3-1(f): Identification of Products That Practice the Patents-In-Suit

Various products designed and developed by Ericsson practice the Asserted Claims of the patents-in-suit:

United States Patent No. 5,790,516: The following Ericsson broadband routers practice the '516 Patent: W20, W21, W25, W30, W35, W40, and W45.

United States Patent No. 5,987,019: The following Ericsson broadband routers practice the '019 Patent: W40 and W45.

United States Patent No. 6,466,568: The following Ericsson broadband routers practice the '568 Patent: W40 and W45.

United States Patent No. 6,424,625: The following Ericsson broadband routers practice the '625 Patent: W40 and W45.

Dallas 324677v1

United States Patent No. 6,519,223: The following Ericsson broadband routers practice the '223 Patent: W40 and W45.

United States Patent No. 6,330,435: The following Ericsson broadband routers practice the '435 Patent: W40 and W45.

United States Patent No. 6,772,215: The following Ericsson broadband routers practice the '215 Patent: W40 and W45.

## V. Patent Rule 3-2: Production of Documents

### A. 3-2(a) Documents

Ericsson does not have in its possession, custody, or control any documents that are called for under P.R. 3-2(a).

### B. 3-2(b) Documents

Responsive documents are included within the following bates ranges:

| Beginning Bates Number | Ending Bates Number |
| --- | --- |
| ERCDLINK00007612 | ERCDLINK00007631 |
| ERCDLINK00007632 | ERCDLINK00007632 |
| ERCDLINK00007638 | ERCDLINK00007638 |
| ERCDLINK00007639 | ERCDLINK00007654 |
| ERCDLINK00007655 | ERCDLINK00007659 |
| ERCDLINK00007660 | ERCDLINK00007683 |
| ERCDLINK00007684 | ERCDLINK00007684 |
| ERCDLINK00007685 | ERCDLINK00007703 |
| ERCDLINK00007704 | ERCDLINK00007704 |
| ERCDLINK00007705 | ERCDLINK00007721 |
| ERCDLINK00007723 | ERCDLINK00007724 |
| ERCDLINK00007725 | ERCDLINK00007725 |
| ERCDLINK00007726 | ERCDLINK00007726 |
| ERCDLINK00007727 | ERCDLINK00007727 |
| ERCDLINK00007728 | ERCDLINK00007728 |
| ERCDLINK00007729 | ERCDLINK00007748 |
| ERCDLINK00007749 | ERCDLINK00007749 |
| ERCDLINK00007750 | ERCDLINK00007750 |

C.  3-2(c) Documents

Responsive documents are included within the following bates ranges:

| Beginning Bates Number | Ending Bates Number | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|
| ERCDLINK00000001 | ERCDLINK00000033 | ERCDLINK00001504 | ERCDLINK00001525 |
| ERCDLINK00000034 | ERCDLINK00000304 | ERCDLINK00001526 | ERCDLINK00001536 |
| ERCDLINK00000305 | ERCDLINK00000549 | ERCDLINK00001537 | ERCDLINK00001570 |
| ERCDLINK00000550 | ERCDLINK00000878 | ERCDLINK00001571 | ERCDLINK00001590 |
| ERCDLINK00000879 | ERCDLINK00000884 | ERCDLINK00001591 | ERCDLINK00001604 |
| ERCDLINK00000885 | ERCDLINK00000924 | ERCDLINK00001605 | ERCDLINK00001615 |
| ERCDLINK00000925 | ERCDLINK00000925 | ERCDLINK00001616 | ERCDLINK00001633 |
| ERCDLINK00000926 | ERCDLINK00000952 | ERCDLINK00001634 | ERCDLINK00001640 |
| ERCDLINK00000953 | ERCDLINK00000976 | ERCDLINK00001641 | ERCDLINK00001668 |
| ERCDLINK00000977 | ERCDLINK00000994 | ERCDLINK00001669 | ERCDLINK00001699 |
| ERCDLINK00000995 | ERCDLINK00001032 | ERCDLINK00001700 | ERCDLINK00001713 |
| ERCDLINK00001033 | ERCDLINK00001039 | ERCDLINK00001714 | ERCDLINK00001747 |
| ERCDLINK00001040 | ERCDLINK00001050 | ERCDLINK00001748 | ERCDLINK00001833 |
| ERCDLINK00001051 | ERCDLINK00001059 | ERCDLINK00001834 | ERCDLINK00001834 |
| ERCDLINK00001060 | ERCDLINK00001060 | ERCDLINK00001835 | ERCDLINK00001852 |
| ERCDLINK00001061 | ERCDLINK00001083 | ERCDLINK00001853 | ERCDLINK00001870 |
| ERCDLINK00001084 | ERCDLINK00001098 | ERCDLINK00001871 | ERCDLINK00001892 |
| ERCDLINK00001099 | ERCDLINK00001099 | ERCDLINK00001893 | ERCDLINK00002202 |
| ERCDLINK00001100 | ERCDLINK00001122 | ERCDLINK00002203 | ERCDLINK00002494 |
| ERCDLINK00001123 | ERCDLINK00001149 | ERCDLINK00002495 | ERCDLINK00002504 |
| ERCDLINK00001150 | ERCDLINK00001154 | ERCDLINK00002505 | ERCDLINK00002530 |
| ERCDLINK00001155 | ERCDLINK00001167 | ERCDLINK00002531 | ERCDLINK00002560 |
| ERCDLINK00001168 | ERCDLINK00001173 | ERCDLINK00002561 | ERCDLINK00002570 |
| ERCDLINK00001174 | ERCDLINK00001185 | ERCDLINK00002571 | ERCDLINK00002576 |
| ERCDLINK00001186 | ERCDLINK00001259 | ERCDLINK00002577 | ERCDLINK00002594 |
| ERCDLINK00001260 | ERCDLINK00001268 | ERCDLINK00002595 | ERCDLINK00002880 |
| ERCDLINK00001269 | ERCDLINK00001311 | ERCDLINK00002881 | ERCDLINK00003385 |
| ERCDLINK00001312 | ERCDLINK00001338 | ERCDLINK00003386 | ERCDLINK00003386 |
| ERCDLINK00001339 | ERCDLINK00001349 | ERCDLINK00003387 | ERCDLINK00003415 |
| ERCDLINK00001350 | ERCDLINK00001350 | ERCDLINK00003416 | ERCDLINK00003428 |
| ERCDLINK00001351 | ERCDLINK00001384 | ERCDLINK00003429 | ERCDLINK00003446 |
| ERCDLINK00001385 | ERCDLINK00001398 | ERCDLINK00003447 | ERCDLINK00003512 |
| ERCDLINK00001399 | ERCDLINK00001401 | ERCDLINK00003513 | ERCDLINK00003523 |
| ERCDLINK00001402 | ERCDLINK00001484 | ERCDLINK00003524 | ERCDLINK00003546 |
| ERCDLINK00001485 | ERCDLINK00001503 | ERCDLINK00003547 | ERCDLINK00003880 |

| | | | |
|---|---|---|---|
| ERCDLINK00003881 | ERCDLINK00004153 | ERCDLINK00006292 | ERCDLINK00006301 |
| ERCDLINK00004154 | ERCDLINK00004439 | ERCDLINK00006302 | ERCDLINK00006328 |
| ERCDLINK00004440 | ERCDLINK00004455 | ERCDLINK00006329 | ERCDLINK00006343 |
| ERCDLINK00004456 | ERCDLINK00004476 | ERCDLINK00006344 | ERCDLINK00006354 |
| ERCDLINK00004477 | ERCDLINK00004490 | ERCDLINK00006355 | ERCDLINK00006364 |
| ERCDLINK00004491 | ERCDLINK00004518 | ERCDLINK00006365 | ERCDLINK00006376 |
| ERCDLINK00004519 | ERCDLINK00004543 | ERCDLINK00006377 | ERCDLINK00006386 |
| ERCDLINK00004544 | ERCDLINK00004544 | ERCDLINK00006387 | ERCDLINK00006396 |
| ERCDLINK00004545 | ERCDLINK00004561 | ERCDLINK00006397 | ERCDLINK00006407 |
| ERCDLINK00004562 | ERCDLINK00004575 | ERCDLINK00006408 | ERCDLINK00006423 |
| ERCDLINK00004576 | ERCDLINK00004597 | ERCDLINK00006424 | ERCDLINK00006440 |
| ERCDLINK00004598 | ERCDLINK00004625 | ERCDLINK00006441 | ERCDLINK00006514 |
| ERCDLINK00004626 | ERCDLINK00004659 | ERCDLINK00006515 | ERCDLINK00006862 |
| ERCDLINK00004660 | ERCDLINK00004667 | ERCDLINK00006863 | ERCDLINK00007207 |
| ERCDLINK00004668 | ERCDLINK00004689 | ERCDLINK00007208 | ERCDLINK00007215 |
| ERCDLINK00004690 | ERCDLINK00004690 | ERCDLINK00007216 | ERCDLINK00007234 |
| ERCDLINK00004691 | ERCDLINK00004718 | ERCDLINK00007235 | ERCDLINK00007242 |
| ERCDLINK00004719 | ERCDLINK00004763 | ERCDLINK00007243 | ERCDLINK00007248 |
| ERCDLINK00004764 | ERCDLINK00004793 | ERCDLINK00007249 | ERCDLINK00007263 |
| ERCDLINK00004794 | ERCDLINK00005237 | ERCDLINK00007264 | ERCDLINK00007301 |
| ERCDLINK00005238 | ERCDLINK00005537 | ERCDLINK00007302 | ERCDLINK00007307 |
| ERCDLINK00005538 | ERCDLINK00005577 | ERCDLINK00007308 | ERCDLINK00007315 |
| ERCDLINK00005578 | ERCDLINK00005604 | ERCDLINK00007316 | ERCDLINK00007324 |
| ERCDLINK00005605 | ERCDLINK00005625 | ERCDLINK00007325 | ERCDLINK00007336 |
| ERCDLINK00005626 | ERCDLINK00005633 | ERCDLINK00007337 | ERCDLINK00007337 |
| ERCDLINK00005634 | ERCDLINK00005641 | ERCDLINK00007338 | ERCDLINK00007349 |
| ERCDLINK00005642 | ERCDLINK00005651 | ERCDLINK00007350 | ERCDLINK00007362 |
| ERCDLINK00005652 | ERCDLINK00005652 | ERCDLINK00007363 | ERCDLINK00007372 |
| ERCDLINK00005653 | ERCDLINK00005664 | ERCDLINK00007373 | ERCDLINK00007380 |
| ERCDLINK00005665 | ERCDLINK00005677 | ERCDLINK00007381 | ERCDLINK00007390 |
| ERCDLINK00005678 | ERCDLINK00005678 | ERCDLINK00007391 | ERCDLINK00007412 |
| ERCDLINK00005679 | ERCDLINK00005690 | ERCDLINK00007413 | ERCDLINK00007413 |
| ERCDLINK00005691 | ERCDLINK00005699 | ERCDLINK00007414 | ERCDLINK00007449 |
| ERCDLINK00005700 | ERCDLINK00005709 | ERCDLINK00007450 | ERCDLINK00007456 |
| ERCDLINK00005710 | ERCDLINK00005718 | ERCDLINK00007457 | ERCDLINK00007467 |
| ERCDLINK00005719 | ERCDLINK00005845 | ERCDLINK00007468 | ERCDLINK00007497 |
| ERCDLINK00005846 | ERCDLINK00006276 | ERCDLINK00007498 | ERCDLINK00007513 |
| ERCDLINK00006277 | ERCDLINK00006283 | ERCDLINK00007514 | ERCDLINK00007524 |
| ERCDLINK00006284 | ERCDLINK00006291 | ERCDLINK00007525 | ERCDLINK00007545 |

| | | | |
|---|---|---|---|
| ERCDLINK00007546 | ERCDLINK00007552 | ERCDLINK00007599 | ERCDLINK00007611 |
| ERCDLINK00007553 | ERCDLINK00007586 | | |
| ERCDLINK00007587 | ERCDLINK00007598 | | |

Ericsson's investigation is ongoing. Ericsson reserves the right to supplement these disclosures if additional pertinent information becomes available.

Dallas 324677v1

DATED:  June 20, 2011

Respectfully submitted,

**McKool Smith P.C.**

By: */s/Theodore Stevenson III*
Theodore Stevenson III, Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978- 4044

Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS
ERICSSON INC. and
TELEFONAKTIEBOLAGET LM
ERICSSON**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on counsel for Toshiba on this 20th day of June, 2011.

/s/ Bradley W. Caldwell

Dallas 324677v1

## EXHIBIT A

**Exemplary Toshiba 802.11 a, g, or n-Compliant Products[6]:**
For each claim chart that identifies the Accused Products as 802.11(n)-compliant, the exemplary Accused Products are only those listed below which make reference to the 802.11(n) standard (whether alone or in combination with other 802.11 standards).

| MODEL | 802.11 STANDARDS |
|---|---|
| 32TL515U TV | a, g, n |
| 42TL515U TV | a, g, n |
| 46SL417U TV | a, g, n |
| 46UL610U TV | a, g, n |
| 47TL515U TV | a, g, n |
| 55SL417U TV | a, g, n |
| 55TL515U TV | a, g, n |
| e-STUDIO500P Printer | g |
| BDX2700 Blu-ray Player | n |
| BDX5200 Blu-ray Player | a, g, n |
| Libretto W100 | g, n |
| Libretto W105 | g, n |
| Libretto U100 series | g |
| Libretto U105 series | g |
| NB105 series | g |
| NB300 | g, n |
| NB305 - mini notebook | g, n |
| NB500 | g, n |
| NB505 | g, n |
| Portege R400 series | a, g |
| Portege A600 series | a, g, n |
| Portege A605 series | a, g, n |
| Portege M780 | a, g, n |
| Portege R500 series | a, g, n |
| Portege R600 series | a, g, n |
| Portege R700 | a, g, n |
| Portege R705 | a, g, n |
| Portege R830 | a, g, n |
| Portege R835 | g, n |
| Qosmio G25 series | a, g |
| Qosmio F25 series | g |
| Qosmio G15 series | g |
| Qosmio F55 series | g, n |

---

[6] To the extent Toshiba organizes its products into product lines, product series, or the like, Ericsson has attempted to identify the appropriate line, series, or grouping, or has attempted to identify a representative product for that line, series, or grouping.  This list is not exhaustive or limiting.

| MODEL | 802.11 STANDARDS |
|---|---|
| Qosmio G55 series | g, n |
| Qosmio X500 | g, n |
| Qosmio X505 Series | g, n |
| Satellite A25 series | g |
| Satellite A40 series | g |
| Satellite A55 series | g |
| Satellite A60 series | g |
| Satellite A65 series | g |
| Satellite A70 series | g |
| Satellite A75 series | g |
| Satellite A80 series | g |
| Satellite A85 series | g |
| Satellite A100 series | g |
| Satellite A105 series | a, g |
| Satellite A130 Series | g |
| Satellite A135 series | g |
| Satellite A200 series | a, g, n |
| Satellite A205 series | a, g |
| Satellite A210 series | g |
| Satellite A215 series | g |
| Satellite A300 series | a, g |
| Satellite A305 series | a, g |
| Satellite A305D series | g, n |
| Satellite A355 series | a, g, n |
| Satellite A355D series | a, g, n |
| Satellite A500 Series | a, g, n |
| Satellite A500-ST56X1 | a, g, n |
| Satellite A660 Series | g, n |
| Satellite C645D-S4024 | g, n |
| Satellite C650 Series | g, n |
| Satellite E105 series | a, g, n |
| Satellite L15 series | g |
| Satellite L20 series | g |
| Satellite L25 series | g |
| Satellite L35 series | g |
| Satellite L45 series | g |
| Satellite E205 | a, g, n |
| Satellite L300 series | a, g, n |
| Satellite L300D series | g |
| Satellite L305 series | g |
| Satellite L305D series | g |
| Satellite L350 series | a, g |
| Satellite L355 series | a, g |
| Satellite L355D series | g |

Dallas 324738v1

| MODEL | 802.11 STANDARDS |
|---|---|
| Satellite L450 Series | g, n |
| Satellite L500 Series | a, g, n |
| Satellite L510 Series | g |
| Satellite L550 Series | a, g, n |
| Satellite L630-ST2G01 | g, n |
| Satellite L630-ST2N01 | g, n |
| Satellite L635-S3010 | g, n |
| Satellite L635-S3010BN | g, n |
| Satellite L635-S3010RD | g, n |
| Satellite L635-S3010WH | g, n |
| Satellite L635-S3015 | g, n |
| Satellite L635-S3020 | g, n |
| Satellite L635-S3020BN | g, n |
| Satellite L635-S3020BN | g, n |
| Satellite L635-S3020RD | g, n |
| Satellite L635-S3020WH | g, n |
| Satellite L635-S3025 | g, n |
| Satellite L640D-ST2N01 | g, n |
| Satellite L640D-ST2N02 | g, n |
| Satellite L645D-S4025 | g, n |
| Satellite L645D-S4029 | g, n |
| Satellite L645D-S4030 | g, n |
| Satellite L645D-S4036 | g, n |
| Satellite L645D-S4037 | g, n |
| Satellite L645D-S4037BN | g, n |
| Satellite L645D-S4037RD | g, n |
| Satellite L645D-S4037WH | g, n |
| Satellite L645-S4026 | g, n |
| Satellite L645-S4026BN | g, n |
| Satellite L645-S4026GY | g, n |
| Satellite L645-S4026RD | g, n |
| Satellite L645-S4026WH | g, n |
| Satellite L645-S4038 | g, n |
| Satellite L650 Series | g, n |
| Satellite L670 Series | g, n |
| Satellite M30X  Series | g |
| Satellite M35 series | g |
| Satellite M35X series | g |
| Satellite M40 series | a, g |
| Satellite M45 series | g |
| Satellite M50 series | a, g |
| Satellite M55 series | g |
| Satellite M60 series | a, g |
| Satellite M65 series | g |

| MODEL | 802.11 STANDARDS |
|---|---|
| Satellite M100 series | a, g |
| Satellite M105 series | g |
| Satellite M110 series | a, g |
| Satellite M115 series | a, g |
| Satellite M200 series | a, g |
| Satellite M200 series | a, g, n |
| Satellite M205 series | a, g |
| Satellite M205 series | g |
| Satellite M300 series | a, g, n |
| Satellite M305 series | a, g |
| Satellite M305D series | g |
| Satellite M400 series | a, g |
| Satellite M405 series | a, g |
| Satellite M500-ST6422 | a, g, n |
| Satellite M640-ST2N01 | g, n |
| Satellite M645-S4045 | g, n |
| Satellite M645-S4047 | g, n |
| Satellite M645-S4048 | g, n |
| Satellite M645-S4049 | g, n |
| Satellite M645-S4050 | g, n |
| Satellite M645-S4055 | g, n |
| Satellite M700 series | a, g, n |
| Satellite M750 series | a, g, n |
| Satellite P15 series | g |
| Satellite P25 series | g |
| Satellite P30 series | g |
| Satellite P35 series | g |
| Satellite P100 series | a, g |
| Satellite P105 series | a, g |
| Satellite P200 series | a, g, n |
| Satellite P205 series | a, g, n |
| Satellite P205D series | g |
| Satellite P300 series | a, g |
| Satellite P305 series | a, g |
| Satellite P305D series | g |
| Satellite P500-ST6822 | a, g, n |
| Satellite R15 series | g |
| Satellite R20 series | a, g |
| Satellite R25 series | a, g |
| Satellite T115 Series | g |

Dallas 324738v1

| MODEL | 802.11 STANDARDS |
| --- | --- |
| Satellite T135-S1300 | n |
| Satellite T215D-S1140 | g, n |
| Satellite T215D-S1140RD | g, n |
| Satellite T215D-S1150 | g, n |
| Satellite T215D-S1150RD | g, n |
| Satellite T215D-S1150WH | g, n |
| Satellite T235D-S1340 | g, n |
| Satellite T235D-S1340RD | g, n |
| Satellite T235D-S1345 | g, n |
| Satellite T235D-S1345RD | g, n |
| Satellite T235-S1350 | g, n |
| Satellite U200 series | a, g |
| Satellite U205 series | a, g |
| Satellite U300 series | a, g |
| Satellite U305 series | g |
| Satellite U400 series | a, g, n |
| Satellite U405 series | a, g, n |
| Satellite U405D series | g |
| Satellite U500-ST6322 | a, g, n |
| Satellite X205 series | a, g, n |
| Satellite Pro C650 | g, n |
| Satellite Pro L450 Series | g, n |
| Satellite Pro L500 | a, g, n |
| Satellite Pro L510 | g, n |
| Satellite Pro L550-EZ1702 | a, g, n |
| Satellite Pro L630 | g, n |
| Satellite Pro L640 | g, n |
| Satellite Pro L670 | g, n |
| Satellite Pro S300 series | a, g, n |
| Satellite Pro S300M series | a, g, n |
| Satellite Pro T110 | g, n |
| Tecra A2 series | g |
| Tecra A10 series | a, g, n |
| Tecra A11 | a, g, n |
| Tecra L2 Series | g |
| Tecra M2 series | g |
| Tecra M2V series | g |
| Tecra M3 series | g |

| MODEL | 802.11 STANDARDS |
|---|---|
| Tecra M4 series | a, g |
| Tecra M5 series | a, g |
| Tecra M7 series | a, g |
| Tecra M8 series | a, g, n |
| Tecra M9 series | a, g, n |
| Tecra M10 series | a, g, n |
| Tecra M11 | a, g, n |
| Tecra R10 | a, g, n |
| Tecra R840 | a, g, n |
| Tecra R850 | a, g, n |
| Tecra S2 series | a, g |