# Exhibit

# 2

| USP 5,790,516 | Toshiba Satellite A665 Series[1] |
|---|---|
| 1. In a telecommunications system in which communications between a transmitter and a receiver are carried on a plurality of subcarriers over a communications channel on a system carrier, a method of transmitting data over said communications channel, said method comprising the steps of: | Toshiba's 802.11(a), (g), and/or (n)-compliant products transmit data over a communications channel. Toshiba's 802.11(a), (g), and/or (n)-compliant products operate in a telecommunications system in which communications between a transmitter and a receiver are carried on a plurality of subcarriers over a communications channel on a system carrier.<br><br>For example, Toshiba's Satellite A665 Series products transmit data over a communications channel. Toshiba's Satellite A665 series products operate in a telecommunications system in which communications between a transmitter and a receiver are carried on a plurality of subcarriers over a communications channel on a system carrier.<br><br>WIRELESS LAN*<br>Wi-Fi® Wireless networking (802.11b/g/n)<br>Toshiba Satellite A665 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X.<br><br>**19.1.1 Introduction**<br><br>The ERP builds on the payload data rates of 1 and 2 Mb/s, as described in Clause 15, that use DSSS modulation and builds on the payload data rates of 1, 2, 5.5, and 11 Mb/s, as described in Clause 18, that use DSSS, CCK, and optional PBCC modulations. The ERP draws from Clause 17 to provide additional payload data rates of 6, 9, 12, 18, 24, 36, 48, and 54 Mb/s. Of these rates, transmission and reception capability for 1, 2, 5.5, 6, 11, 12, and 24 Mb/s data rates is mandatory.<br>IEEE Std 802.11-2007 at 689.<br><br>b) ERP-OFDM<br>  1) The PHY uses the capabilities of Clause 17 with the following exceptions:<br>    i) The frequency plan is in accordance with 18.4.6.1 and 18.4.6.2 instead of 17.3.8.3.<br>    ii) CCA has a mechanism that will detect all mandatory Clause 19 sync symbols.<br>    iii) The frequency accuracy (see 17.3.9.4 and 17.3.9.5) is ±25 PPM.<br>    iv) The maximum input signal level (see 17.3.10.4) is −20 dBm.<br>    v) The slot time is 20 μs in accordance with 18.3.3, except that an optional 9 μs slot time may be used when the BSS consists of only ERP STAs.<br>    vi) SIFS time is 10 μs in accordance with 18.3.3. See 19.3.2.3 for more detail. |

[1] The "Accused Products" are all 802.11(a), (g), and/or (n)-compliant Toshiba products. The Accused Products include, but are not limited to, at least the Netbook Series, Qosmio Series, Portege Series, Satellite Pro Series, and Tecra Series. As examples, the Accused Products would include the products listed in Exhibit A.

IEEE Std 802.11-2007 at 689-99.

## 17.1 Introduction

This clause specifies the PHY entity for an orthogonal frequency division multiplexing (OFDM) system. The OFDM system provides a WLAN with data payload communication capabilities of 6, 9, 12, 18, 24, 36, 48, and 54 Mb/s. The support of transmitting and receiving at data rates of 6, 12, and 24 Mb/s is mandatory. The system uses 52 subcarriers that are modulated using binary or quadrature phase shift keying (BPSK or QPSK) or using 16- or 64-quadrature amplitude modulation (16-QAM or 64-QAM). Forward error correction coding (convolutional coding) is used with a coding rate of 1/2, 2/3, or 3/4.

IEEE Std 802.11-2007 at 591.

### 17.1.1 Scope

This subclause describes the PHY services provided to the IEEE 802.11 WLAN MAC by the 5 GHz (bands) OFDM system. The OFDM PHY consists of two protocol functions, as follows:

a) A PHY convergence function, which adapts the capabilities of the PMD system to the PHY service. This function is supported by the PLCP, which defines a method of mapping the IEEE 802.11 PSDUs into a framing format suitable for sending and receiving user data and management information between two or more STAs using the associated PMD system.

b) A PMD system whose function defines the characteristics and method of transmitting and receiving data through a WM between two or more STAs, each using the OFDM system.

IEEE Std 802.11-2007 at 591.

### 17.3.8.1 Outline description

The general block diagram of the transmitter and receiver for the OFDM PHY is shown in Figure 17-12. Major specifications for the OFDM PHY are listed in Table 17-11.



IEEE Std 802.11-2007 at 612.

|  | **19.7.2.1.2 Symbol shaping unique to the DSSS-OFDM segment**<br><br>OFDM spectral shaping may be achieved using two mechanisms: (1) Time-domain convolution filtering may be used to shape the spectrum. (2) Time-domain window tapering of OFDM symbol onset and termination may be used to shape the spectrum. This second mechanism can be viewed as frequency domain convolution. The first mechanism shall be common to both the OFDM and single carrier if it is a dominant distortion mechanism. The second mechanism may be unique to the OFDM segment, because it does not affect the frequency response of the 52 subcarriers.<br><div align="right">IEEE Std 802.11-2007 at 707.</div> |
|---|---|
| modulating each of a plurality of data symbols onto one of a plurality of subcarriers to generate a plurality of modulated subcarriers, said modulated subcarriers comprising a first data signal; | Toshiba's 802.11(a), (g), and/or (n)-compliant products modulate each of a plurality of data symbols onto one of a plurality of subcarriers to generate a plurality of modulated subcarriers, the modulated subcarriers comprising a first data signal.<br><br>For example, Toshiba's Satellite A665 Series products modulate, by using BPSK, QPSK, 16-QAM, or 64-QAM, each of a plurality of data symbols onto one of a plurality of subcarriers to generate a plurality of modulated subcarriers.  The modulated subcarriers comprise a first data signal.<br><br>**17.3.5.7 Subcarrier modulation mapping**<br><br>The OFDM subcarriers shall be modulated by using BPSK, QPSK, 16-QAM, or 64-QAM, depending on the RATE requested. The encoded and interleaved binary serial input data shall be divided into groups of $N_{BPSC}$ (1, 2, 4, or 6) bits and converted into complex numbers representing BPSK, QPSK, 16-QAM, or 64-QAM constellation points. The conversion shall be performed according to Gray-coded constellation mappings, illustrated in Figure 17-10, with the input bit, $b_0$, being the earliest in the stream. The output values, d, are formed by multiplying the resulting (I+jQ) value by a normalization factor $K_{MOD}$, as described in Equation (17-20).<br><div align="right">IEEE Std 802.11-2007 at 607.</div><br>**17.3.8.1 Outline description**<br><br>The general block diagram of the transmitter and receiver for the OFDM PHY is shown in Figure 17-12. Major specifications for the OFDM PHY are listed in Table 17-11.<br><br><br><div align="right">IEEE Std 802.11-2007 at 612.</div> |

| | |
|---|---|
| | **19.7.2.1.2 Symbol shaping unique to the DSSS-OFDM segment**<br><br>OFDM spectral shaping may be achieved using two mechanisms: (1) Time-domain convolution filtering may be used to shape the spectrum. (2) Time-domain window tapering of OFDM symbol onset and termination may be used to shape the spectrum. This second mechanism can be viewed as frequency domain convolution. The first mechanism shall be common to both the OFDM and single carrier if it is a dominant distortion mechanism. The second mechanism may be unique to the OFDM segment, because it does not affect the frequency response of the 52 subcarriers.<br><div align="center">IEEE Std 802.11-2007 at 707.</div><br>The second shaping mechanism, which uses frequency-domain convolution through time-domain subcarrier onset-and-termination shaping, may be unique to the OFDM segment. This unique technique is acceptable because it does not modify the required frequency response of the 52 subcarriers.<br><br>Spectral shaping by tapering the OFDM symbol onset-and-termination using a time-domain window is described in Clause 17 and is equally germane to Clause 19 systems. For convenience, one of the relevant figures from Clause 17 is repeated here as Figure 19-9. Clause 17 suggested that the tapering transition duration is 0.1 µs.<br><div align="center">IEEE Std 802.11-2007 at 707-08.</div> |
| multiplying said first data signal by a pulseshaping waveform to generate a second data signal, said pulseshaping waveform comprising a function having at least one first and second amplitude wherein said first amplitude is greater than said second amplitude; and | Toshiba's 802.11(a), (g), and/or (n)-compliant products multiply the first data signal by a pulseshaping waveform to generate a second data signal. The pulseshaping waveform comprises a function having at least one first and second amplitude wherein the first amplitude is greater than the second amplitude.<br><br>For example, Toshiba's Satellite A665 Series products multiply the first data signal by $w_T(t)$ to generate a second data signal. $w_T(t)$ comprises a function having at least one first and second amplitude wherein the first amplitude is greater than the second amplitude. |

Dallas 324273v1

$$w_T(t) = \begin{cases} \sin^2\left(\frac{\pi}{2}(0.5 + t/T_{TR})\right) & (-T_{TR}/2 < t < T_{TR}/2) \\ 1 & (T_{TR}/2 \le t < T - T_{TR}/2) \\ \sin^2\left(\frac{\pi}{2}(0.5 - (t-T)/T_{TR})\right) & (T - T_{TR}/2 \le t < T + T_{TR}/2) \end{cases} \qquad (17\text{-}4)$$

In the case of vanishing $T_{TR}$, the windowing function degenerates into a rectangular pulse of duration $T$. The normative specifications of generating the transmitted waveforms shall utilize the rectangular pulse shape. In implementation, higher $T_{TR}$ is typically implemented in order to smooth the transitions between the consecutive subsections. This creates a small overlap between them, of duration $T_{TR}$, as shown in Figure 17-2. The transition time, $T_{TR}$, is about 100 ns. Smoothing the transition is required in order to reduce the spectral sidelobes of the transmitted waveform. However, the binding requirements are the spectral mask and modulation accuracy requirements, as detailed in 17.3.9.2 and 17.3.9.6. Time domain windowing, as described here, is just one way to achieve those objectives. The implementer may use other methods to achieve the same goal, such as frequency domain filtering. Therefore, the transition shape and duration of the transition are informative parameters.



IEEE Std 802.11-2007 at 599.

**17.3.8.1 Outline description**

The general block diagram of the transmitter and receiver for the OFDM PHY is shown in Figure 17-12. Major specifications for the OFDM PHY are listed in Table 17-11.



IEEE Std 802.11-2007 at 612.

**19.7.2.1.2 Symbol shaping unique to the DSSS-OFDM segment**

OFDM spectral shaping may be achieved using two mechanisms: (1) Time-domain convolution filtering may be used to shape the spectrum. (2) Time-domain window tapering of OFDM symbol onset and termination may be used to shape the spectrum. This second mechanism can be viewed as frequency domain convolution. The first mechanism shall be common to both the OFDM and single carrier if it is a dominant distortion mechanism. The second mechanism may be unique to the OFDM segment, because it does not affect the frequency response of the 52 subcarriers.

IEEE Std 802.11-2007 at 707.

The second shaping mechanism, which uses frequency-domain convolution through time-domain subcarrier onset-and-termination shaping, may be unique to the OFDM segment. This unique technique is acceptable because it does not modify the required frequency response of the 52 subcarriers.

Spectral shaping by tapering the OFDM symbol onset-and-termination using a time-domain window is described in Clause 17 and is equally germane to Clause 19 systems. For convenience, one of the relevant figures from Clause 17 is repeated here as Figure 19-9. Clause 17 suggested that the tapering transition duration is 0.1 µs.

IEEE Std 802.11-2007 at 707-08.

Dallas 324273v1



Figure 19-9—Spectral shaping achieved by OFDM symbol onset and termination shaping

The effect of time-domain windowing on a single subcarrier's power spectrum is shown in Figure 19-10 for two cases. The first case is rectangular time-domain windowing of an OFDM symbol. The second case is for the Clause 17 suggested time-domain windowing of an OFDM symbol with a 0.1 µs transition. Note the difference in frequency-dependent amplitude roll-off. Adding the 52 frequency-bin-centered individual subcarrier power spectral densities generates the composite 52 subcarrier power spectrum.

IEEE Std 802.11-2007 at 708.

| transmitting said second data signal on said system carrier. | Toshiba's 802.11(a), (g), and/or (n)-compliant products transmit the second data signal on the system carrier.<br><br>For example, Toshiba's Satellite A665 Series products transmit the second data signal on the system carrier.<br><br>**17.3.8.1 Outline description**<br><br>The general block diagram of the transmitter and receiver for the OFDM PHY is shown in Figure 17-12. Major specifications for the OFDM PHY are listed in Table 17-11.<br><br><br><br>IEEE Std 802.11-2007 at 612.<br><br>**19.7.2.1.2 Symbol shaping unique to the DSSS-OFDM segment**<br><br>OFDM spectral shaping may be achieved using two mechanisms: (1) Time-domain convolution filtering may be used to shape the spectrum. (2) Time-domain window tapering of OFDM symbol onset and termination may be used to shape the spectrum. This second mechanism can be viewed as frequency domain convolution. The first mechanism shall be common to both the OFDM and single carrier if it is a dominant distortion mechanism. The second mechanism may be unique to the OFDM segment, because it does not affect the frequency response of the 52 subcarriers.<br>IEEE Std 802.11-2007 at 707.<br><br>The second shaping mechanism, which uses frequency-domain convolution through time-domain subcarrier onset-and-termination shaping, may be unique to the OFDM segment. This unique technique is acceptable because it does not modify the required frequency response of the 52 subcarriers.<br>Spectral shaping by tapering the OFDM symbol onset-and-termination using a time-domain window is described in Clause 17 and is equally germane to Clause 19 systems. For convenience, one of the relevant figures from Clause 17 is repeated here as Figure 19-9. Clause 17 suggested that the tapering transition duration is 0.1 µs.<br>IEEE Std 802.11-2007 at 707-08.<br><br>To achieve the design goal, the implementer may budget spectral shaping in the transmit radio. Some of the spectral shaping may be achieved using time-domain convolution filtering, and some may be achieved through time-domain windowing of the OFDM. In any case, the transmit implementation shall provide frequency response coherency.<br>IEEE Std 802.11-2007 at 709. |

| | |
|---|---|
| 6. The method of claim 1 in which said step of modulating comprises: | See claim 1. |
| performing an N'-point inverse fast fourier transform (IFFT) on a plurality of data symbols to generate said first data signal. | Toshiba's 802.11(a), (g), and/or (n)-compliant products perform an N'-point inverse fast fourier transform (IFFT) on a plurality of data symbols to generate the first data signal.<br><br>For example, Toshiba's Satellite A665 Series products perform an N'-point inverse fast fourier transform (IFFT) on a plurality of data symbols to generate the first data signal.<br><br>**17.3.8.1 Outline description**<br><br>The general block diagram of the transmitter and receiver for the OFDM PHY is shown in Figure 17-12. Major specifications for the OFDM PHY are listed in Table 17-11.<br><br><br><br>IEEE Std 802.11-2007 at 612.<br><br>The transmitted baseband signal is composed of contributions from several OFDM symbols.<br><br>$$r_{PACKET}(t) = r_{PREAMBLE}(t) + r_{SIGNAL}(t - t_{SIGNAL}) + r_{DATA}(t - t_{DATA}) \qquad (17\text{-}2)$$<br><br>The subframes of which Equation (17-2) are composed are described in 17.3.3, 17.3.4, and 17.3.5.9. The time offsets $t_{SUBFRAME}$ determine the starting time of the corresponding subframe; $t_{SIGNAL}$ is equal to 16 μs for 20 MHz channel spacing, 32 μs for 10 MHz channel spacing, and 64 μs for 5 MHz channel spacing, and $t_{DATA}$ is equal to 20 μs for 20 MHz channel spacing, 40 μs for 10 MHz channel spacing, and 80 μs for 5 MHz channel spacing.<br><br>All the subframes of the signal are constructed as an inverse Fourier transform of a set of coefficients, $C_k$, with $C_k$ defined later as data, pilots, or training symbols in 17.3.3 through 17.3.5.<br><br>IEEE Std 802.11-2007 at 598. |

Dallas 324273v1

**19.7.2.1.2 Symbol shaping unique to the DSSS-OFDM segment**

OFDM spectral shaping may be achieved using two mechanisms: (1) Time-domain convolution filtering may be used to shape the spectrum. (2) Time-domain window tapering of OFDM symbol onset and termination may be used to shape the spectrum. This second mechanism can be viewed as frequency domain convolution. The first mechanism shall be common to both the OFDM and single carrier if it is a dominant distortion mechanism. The second mechanism may be unique to the OFDM segment, because it does not affect the frequency response of the 52 subcarriers.

IEEE Std 802.11-2007 at 707.

The second shaping mechanism, which uses frequency-domain convolution through time-domain subcarrier onset-and-termination shaping, may be unique to the OFDM segment. This unique technique is acceptable because it does not modify the required frequency response of the 52 subcarriers.

Spectral shaping by tapering the OFDM symbol onset-and-termination using a time-domain window is described in Clause 17 and is equally germane to Clause 19 systems. For convenience, one of the relevant figures from Clause 17 is repeated here as Figure 19-9. Clause 17 suggested that the tapering transition duration is 0.1 µs.

IEEE Std 802.11-2007 at 707-08.