# Exhibit

# 3

| USP 5,987,019 | Toshiba Satellite A665 Series[1] |
|---|---|
| 19. A method for transmitting information on a radio channel between a first communication terminal and a radiocommunication system comprising the steps of: | Toshiba's 802.11(n)-compliant products transmit information on a radio channel between a first communication terminal and a radiocommunication system.<br><br>For example, Toshiba's Satellite A665 Series products transmit information on a radio channel between a first communication terminal and a radiocommunication system.<br><br>WIRELESS LAN*<br>Wi-Fi® Wireless networking (802.11b/g/n)<br>Toshiba Satellite A665 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X.<br><br>**1.2 Purpose**<br><br>The purpose of this standard is to provide wireless connectivity to automatic machinery, equipment, or STAs that require rapid deployment, which may be portable or hand-held, or which may be mounted on moving vehicles within a local area. This standard also offers regulatory bodies a means of standardizing access to one or more frequency bands for the purpose of local area communication.<br><br>Specifically, this standard<br><br>— Describes the functions and services required by an IEEE 802.11™-compliant device to operate within ad hoc and infrastructure networks as well as the aspects of STA mobility (transition) within those networks.<br><br>— Defines the MAC procedures to support the asynchronous MAC service data unit (MSDU) delivery services.<br><br>IEEE Std 802.11-2007 at 1.<br><br>**6.1 Overview of MAC services**<br><br>**6.1.1 Data service**<br><br>This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic<br><br>IEEE Std 802.11-2007 at 51. |

---

[1] The "Accused Products" are all 802.11(n)-compliant Toshiba products.  The Accused Products include, but are not limited to, at least the Netbook Series, Qosmio Series, Portege Series, Satellite Pro Series, and Tecra Series.  As examples, the Accused Products would include the products listed in Exhibit A.

Dallas 324275v1

|  | **7. Frame formats**<br><br>The format of the MAC frames is specified in this clause. A STA shall be able properly to construct a subset of the frames specified in this clause for transmission and to decode a (potentially different) subset of the frames specified in this clause upon validation following reception. The particular subset of these frames that a STA constructs and decodes is determined by the functions supported by that particular STA, as specified in 7.5. All STAs shall be able to validate every received frame using the frame check sequence (FCS) and to interpret certain fields from the MAC headers of all frames.<br><center>IEEE Std 802.11-2007 at 59.</center> |
|---|---|
| providing at least one first field in which payload information is disposed; | Toshiba's 802.11(n)-compliant products provide at least one first field in which payload information is disposed.<br><br>For example, Toshiba's Satellite A665 Series products provide at least one frame body in which payload information is disposed.<br><br>**7.1 MAC frame formats**<br><br>Each frame consists of the following basic components:<br><br>    a)   A *MAC header*, which comprises frame control, duration, address, and sequence control information, and, for QoS data frames, QoS control information;<br>    b)   A variable length *frame body*, which contains information specific to the frame *type* and *subtype*;<br>    c)   A *FCS*, which contains an IEEE 32-bit CRC.<br><center>IEEE Std 802.11-2007 at 59.</center><br>**7.1 MAC frame formats**<br><br>*Change list item a) in 7.1 as follows:*<br><br>    a)   A *MAC header*, which comprises frame control, duration, address, and optional sequence control information, and, for QoS data frames optional QoS Control information (QoS data frames only), and optional HT Control fields (+HTC frames only);<br><center>IEEE Std 802.11n-2009 at 12.</center> |

### 7.1.2 General frame format

*Change the first two paragraphs of 7.1.2 as follows:*

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 7-1 depicts the general MAC frame format. The first three fields (Frame Control, Duration/ID, and Address 1) and the last field (FCS) in Figure 7-1 constitute the minimal frame format and are present in all frames, including reserved types and subtypes. The fields Address 2, Address 3, Sequence Control, Address 4, QoS Control, HT Control, and Frame Body are present only in certain frame types and subtypes. Each field is defined in 7.1.3. The format of each of the individual subtypes of each frame types is defined in 7.2. The components of management frame bodies are defined in 7.3. The formats of management frames of subtype Action are defined in 7.4.

The Frame Body field is of variable size. The maximum frame body size is determined by the maximum MSDU size (2304 octets) or the maximum A-MSDU size (3839 or 7935 octets, depending upon the STA's capability), plus any overhead from security encapsulation.

*Replace Figure 7-1 with the following figure:.*



Figure 7-1—MAC frame format

IEEE Std 802.11n-2009 at 12-13.

### 7.1.3.6 Frame Body field

The Frame Body is a variable length field that contains information specific to individual frame types and subtypes. The minimum frame body is 0 octets. The maximum length frame body is defined by the maximum length (MSDU + ICV + IV), where integrity check value (ICV) and initialization vector (IV) are the WEP fields defined in 8.2.1.

IEEE Std 802.11-2007 at 70.

| providing at least one second field, separate from said first field, which includes a service type identifier which identifies a type of payload information provided in said at least one first field; and | Toshiba's 802.11(n)-compliant products provide at least one second field, separate from the first field, which includes a service type identifier which identifies a type of payload information provided in the at least one first field.<br><br>For example, Toshiba's Satellite A665 Series products provide at least one second field, separate from the frame body, which includes a service type identifier, which identifies a type of payload information provided in the frame. |

### 7.1 MAC frame formats

Each frame consists of the following basic components:

a) A *MAC header*, which comprises frame control, duration, address, and sequence control information, and, for QoS data frames, QoS control information;

b) A variable length *frame body*, which contains information specific to the frame *type* and *subtype*;

c) A *FCS*, which contains an IEEE 32-bit CRC.

IEEE Std 802.11-2007 at 59.

### 7.1 MAC frame formats

*Change list item a) in 7.1 as follows:*

a) A *MAC header*, which comprises frame control, duration, address, ~~and~~ optional sequence control information, ~~and, for QoS data frames~~ optional QoS ~~c~~Control ~~information~~ (QoS data frames only), and optional HT Control fields (+HTC frames only);

IEEE Std 802.11n-2009 at 12.

### 7.1.2 General frame format

*Change the first two paragraphs of 7.1.2 as follows:*

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 7-1 depicts the general MAC frame format. The first three fields (Frame Control, Duration/ID, and Address 1) and the last field (FCS) in Figure 7-1 constitute the minimal frame format and are present in all frames, including reserved types and subtypes. The fields Address 2, Address 3, Sequence Control, Address 4, QoS Control, HT Control, and Frame Body are present only in certain frame types and subtypes. Each field is defined in 7.1.3. The format of each of the individual subtypes of each frame types is defined in 7.2. The components of management frame bodies are defined in 7.3. The formats of management frames of subtype Action are defined in 7.4.

The Frame Body field is of variable size. The maximum frame body size is determined by the maximum MSDU size (2304 octets) or the maximum A-MSDU size (3839 or 7935 octets, depending upon the STA's capability), plus any overhead from security encapsulation.

*Replace Figure 7-1 with the following figure:.*



| Octets: 2 | 2 | 6 | 6 | 6 | 2 | 6 | 2 | 4 | 0–7955 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| Frame Control | Duration /ID | Address 1 | Address 2 | Address 3 | Sequence Control | Address 4 | QoS Control | HT Control | Frame Body | FCS |

MAC Header

Figure 7-1—MAC frame format

IEEE Std 802.11n-2009 at 12-13.

### 7.1.3 Frame fields

### 7.1.3.1 Frame Control field

The Frame Control field consists of the following subfields: Protocol Version, Type, Subtype, To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and Order. The format of the Frame Control field is illustrated in Figure 7-2.

| B0    B1 | B2    B3 | B4    B7 | B8 | B9 | B10 | B11 | B12 | B13 | B14 | B15 |
|---|---|---|---|---|---|---|---|---|---|---|
| Protocol Version | Type | Subtype | To DS | From DS | More Frag | Retry | Pwr Mgt | More Data | Protected Frame | Order |
| Bits : 2 | 2 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Figure 7-2—Frame Control field**

Dallas 324275v1

### 7.1.3.1.2 Type and Subtype fields

The Type field is 2 bits in length, and the Subtype field is 4 bits in length. The Type and Subtype fields together identify the function of the frame. There are three frame types: control, data, and management. Each of the frame types has several defined subtypes. In data frames, the most significant bit (MSB) of the Subtype field, b7, is defined as the QoS subfield. Table 7-1 defines the valid combinations of type and subtype. (The numeric values in Table 7-1 are shown in binary.)

### Table 7-1—Valid type and subtype combinations

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 00 | Management | 0000 | Association request |
| 00 | Management | 0001 | Association response |
| 00 | Management | 0010 | Reassociation request |
| 00 | Management | 0011 | Reassociation response |
| 00 | Management | 0100 | Probe request |
| 00 | Management | 0101 | Probe response |
| 00 | Management | 0110–0111 | Reserved |
| 00 | Management | 1000 | Beacon |
| 00 | Management | 1001 | ATIM |
| 00 | Management | 1010 | Disassociation |
| 00 | Management | 1011 | Authentication |
| 00 | Management | 1100 | Deauthentication |
| 00 | Management | 1101 | Action |
| 00 | Management | 1110–1111 | Reserved |
| 01 | Control | 0000–0111 | Reserved |
| 01 | Control | 1000 | Block Ack Request (BlockAckReq) |
| 01 | Control | 1001 | Block Ack (BlockAck) |
| 01 | Control | 1010 | PS-Poll |
| 01 | Control | 1011 | RTS |
| 01 | Control | 1100 | CTS |
| 01 | Control | 1101 | ACK |
| 01 | Control | 1110 | CF-End |
| 01 | Control | 1111 | CF-End + CF-Ack |

Dallas 324275v1

Table 7-1—Valid type and subtype combinations *(continued)*

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 10 | Data | 0000 | Data |
| 10 | Data | 0001 | Data + CF-Ack |
| 10 | Data | 0010 | Data + CF-Poll |
| 10 | Data | 0011 | Data + CF-Ack + CF-Poll |
| 10 | Data | 0100 | Null (no data) |
| 10 | Data | 0101 | CF-Ack (no data) |
| 10 | Data | 0110 | CF-Poll (no data) |
| 10 | Data | 0111 | CF-Ack + CF-Poll (no data) |
| 10 | Data | 1000 | QoS Data |
| 10 | Data | 1001 | QoS Data + CF-Ack |
| 10 | Data | 1010 | QoS Data + CF-Poll |
| 10 | Data | 1011 | QoS Data + CF-Ack + CF-Poll |
| 10 | Data | 1100 | QoS Null (no data) |
| 10 | Data | 1101 | Reserved |
| 10 | Data | 1110 | QoS CF-Poll (no data) |
| 10 | Data | 1111 | QoS CF-Ack + CF-Poll (no data) |
| 11 | Reserved | 0000–1111 | Reserved |

Each Subtype field bit position is used to indicate a specific modification of the basic data frame (subtype 0). Frame Control bit 4 is set to 1 in data subtypes that include +CF-Ack, bit 5 is set to 1 in data subtypes that include +CF-Poll, bit 6 is set to 1 in data subtypes that contain no Frame Body field, and bit 7 is set to 1 in the QoS data subtypes, which have QoS Control fields in their MAC headers.

IEEE Std 802.11-2007 at 60-62.

| | 7.1.3.1.2 Type and Subtype fields |
|---|---|
| | *Insert management subtype 1110, change the management reserved subtypes row, change the control reserved subtypes row, and insert the control subtype 0111 in Table 7-1 as follows (note that the entire table is not shown here):* |

Table 7-1—Valid type and subtype combinations

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 00 | Management | 1110 | Action No Ack |
| 00 | Management | ~~1110~~–1111 | Reserved |
| 01 | Control | 0000–011~~1~~0 | Reserved |
| 01 | Control | 0111 | Control Wrapper |

IEEE Std 802.11n-2009 at 13.

| transmitting said at least one first field and said at least one second field on said radio channel. | Toshiba's 802.11(n)-compliant products transmit the at least one first field and the at least one second field on the radio channel.<br><br>For example, Toshiba's Satellite A665 Series products transmit the at least one frame body and the at least one second field on the radio channel. |
|---|---|

### 1.2 Purpose

The purpose of this standard is to provide wireless connectivity to automatic machinery, equipment, or STAs that require rapid deployment, which may be portable or hand-held, or which may be mounted on moving vehicles within a local area. This standard also offers regulatory bodies a means of standardizing access to one or more frequency bands for the purpose of local area communication.

Specifically, this standard

— Describes the functions and services required by an IEEE 802.11™-compliant device to operate within ad hoc and infrastructure networks as well as the aspects of STA mobility (transition) within those networks.

— Defines the MAC procedures to support the asynchronous MAC service data unit (MSDU) delivery services.

IEEE Std 802.11-2007 at 1.

Dallas 324275v1

**6.1 Overview of MAC services**

**6.1.1 Data service**

This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic

IEEE Std 802.11-2007 at 51.

**7. Frame formats**

The format of the MAC frames is specified in this clause. A STA shall be able properly to construct a subset of the frames specified in this clause for transmission and to decode a (potentially different) subset of the frames specified in this clause upon validation following reception. The particular subset of these frames that a STA constructs and decodes is determined by the functions supported by that particular STA, as specified in 7.5. All STAs shall be able to validate every received frame using the frame check sequence (FCS) and to interpret certain fields from the MAC headers of all frames.

IEEE Std 802.11-2007 at 59.

| | |
|---|---|
| 22. The method of claim 19, further comprising the step of:<br><br>changing said type of information from a first type to a second type during a connection between said communication terminal and said system; and | Toshiba's 802.11(n)-compliant products change the type of information from a first type to a second type during a connection between the communication terminal and the system.<br><br>For example, Toshiba's Satellite A665 Series products change the type of information from a first type to a second type during a connection between the communication terminal and the system.<br><br>**7.1 MAC frame formats**<br><br>Each frame consists of the following basic components:<br><br>   a) A *MAC header*, which comprises frame control, duration, address, and sequence control information, and, for QoS data frames, QoS control information;<br>   b) A variable length *frame body*, which contains information specific to the frame *type* and *subtype*;<br>   c) A *FCS*, which contains an IEEE 32-bit CRC.<br><br>IEEE Std 802.11-2007 at 59. |

Dallas 324275v1

### 7.1 MAC frame formats

*Change list item a) in 7.1 as follows:*

a)  A *MAC header*, which comprises frame control, duration, address, ~~and~~ optional sequence control information, ~~and, for QoS data frames~~ optional QoS ~~c~~Control ~~information~~ (QoS data frames only), and optional HT Control fields (+HTC frames only):

IEEE Std 802.11n-2009 at 12.

### 7.1.2 General frame format

*Change the first two paragraphs of 7.1.2 as follows:*

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 7-1 depicts the general MAC frame format. The first three fields (Frame Control, Duration/ID, and Address 1) and the last field (FCS) in Figure 7-1 constitute the minimal frame format and are present in all frames, including reserved types and subtypes. The fields Address 2, Address 3, Sequence Control, Address 4, QoS Control, HT Control, and Frame Body are present only in certain frame types and subtypes. Each field is defined in 7.1.3. The format of each of the individual subtypes of each frame types is defined in 7.2. The components of management frame bodies are defined in 7.3. The formats of management frames of subtype Action are defined in 7.4.

The Frame Body field is of variable size. The maximum frame body size is determined by the maximum MSDU size (2304 octets) or the maximum A-MSDU size (3839 or 7935 octets, depending upon the STA's capability), plus any overhead from security encapsulation.

*Replace Figure 7-1 with the following figure:.*



Figure 7-1—MAC frame format

IEEE Std 802.11n-2009 at 12-13.

### 7.1.3 Frame fields

### 7.1.3.1 Frame Control field

The Frame Control field consists of the following subfields: Protocol Version, Type, Subtype, To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and Order. The format of the Frame Control field is illustrated in Figure 7-2.

| B0 B1 | B2 B3 B4 B7 | | To DS | From DS | More Frag | Retry | Pwr Mgt | More Data | Protected Frame | Order |
|---|---|---|---|---|---|---|---|---|---|---|
| Protocol Version | Type | Subtype | To DS | From DS | More Frag | Retry | Pwr Mgt | More Data | Protected Frame | Order |

Bits : 2  2  4  1  1  1  1  1  1  1  1

**Figure 7-2—Frame Control field**

Dallas 324275v1

**7.1.3.1.2 Type and Subtype fields**

The Type field is 2 bits in length, and the Subtype field is 4 bits in length. The Type and Subtype fields together identify the function of the frame. There are three frame types: control, data, and management. Each of the frame types has several defined subtypes. In data frames, the most significant bit (MSB) of the Subtype field, b7, is defined as the QoS subfield. Table 7-1 defines the valid combinations of type and subtype. (The numeric values in Table 7-1 are shown in binary.)

**Table 7-1—Valid type and subtype combinations**

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 00 | Management | 0000 | Association request |
| 00 | Management | 0001 | Association response |
| 00 | Management | 0010 | Reassociation request |
| 00 | Management | 0011 | Reassociation response |
| 00 | Management | 0100 | Probe request |
| 00 | Management | 0101 | Probe response |
| 00 | Management | 0110–0111 | Reserved |
| 00 | Management | 1000 | Beacon |
| 00 | Management | 1001 | ATIM |
| 00 | Management | 1010 | Disassociation |
| 00 | Management | 1011 | Authentication |
| 00 | Management | 1100 | Deauthentication |
| 00 | Management | 1101 | Action |
| 00 | Management | 1110–1111 | Reserved |
| 01 | Control | 0000–0111 | Reserved |
| 01 | Control | 1000 | Block Ack Request (BlockAckReq) |
| 01 | Control | 1001 | Block Ack (BlockAck) |
| 01 | Control | 1010 | PS-Poll |
| 01 | Control | 1011 | RTS |
| 01 | Control | 1100 | CTS |
| 01 | Control | 1101 | ACK |
| 01 | Control | 1110 | CF-End |
| 01 | Control | 1111 | CF-End + CF-Ack |

Dallas 324275v1

Table 7-1—Valid type and subtype combinations *(continued)*

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 10 | Data | 0000 | Data |
| 10 | Data | 0001 | Data + CF-Ack |
| 10 | Data | 0010 | Data + CF-Poll |
| 10 | Data | 0011 | Data + CF-Ack + CF-Poll |
| 10 | Data | 0100 | Null (no data) |
| 10 | Data | 0101 | CF-Ack (no data) |
| 10 | Data | 0110 | CF-Poll (no data) |
| 10 | Data | 0111 | CF-Ack + CF-Poll (no data) |
| 10 | Data | 1000 | QoS Data |
| 10 | Data | 1001 | QoS Data + CF-Ack |
| 10 | Data | 1010 | QoS Data + CF-Poll |
| 10 | Data | 1011 | QoS Data + CF-Ack + CF-Poll |
| 10 | Data | 1100 | QoS Null (no data) |
| 10 | Data | 1101 | Reserved |
| 10 | Data | 1110 | QoS CF-Poll (no data) |
| 10 | Data | 1111 | QoS CF-Ack + CF-Poll (no data) |
| 11 | Reserved | 0000–1111 | Reserved |

Each Subtype field bit position is used to indicate a specific modification of the basic data frame (subtype 0). Frame Control bit 4 is set to 1 in data subtypes that include +CF-Ack, bit 5 is set to 1 in data subtypes that include +CF-Poll, bit 6 is set to 1 in data subtypes that contain no Frame Body field, and bit 7 is set to 1 in the QoS data subtypes, which have QoS Control fields in their MAC headers.

IEEE Std 802.11-2007 at 60-62.

Dallas 324275v1

**7.1.3.1.2 Type and Subtype fields**

*Insert management subtype 1110, change the management reserved subtypes row, change the control reserved subtypes row, and insert the control subtype 0111 in Table 7-1 as follows (note that the entire table is not shown here):*

Table 7-1—Valid type and subtype combinations

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 00 | Management | 1110 | Action No Ack |
| 00 | Management | ~~1110~~ 1111 | Reserved |
| 01 | Control | 0000–011~~1~~0 | Reserved |
| 01 | Control | 0111 | Control Wrapper |

IEEE Std 802.11n-2009 at 13.

| | |
|---|---|
| adjusting a value of said service type identifier to correspond to the second type of information. | Toshiba's 802.11(n)-compliant products adjust a value of the service type identifier to correspond to the second type of information.<br><br>For example, Toshiba's Satellite A665 Series products adjust a value of the service type identifier to correspond to the second type of information.<br><br>**7.1 MAC frame formats**<br><br>Each frame consists of the following basic components:<br><br>a)  A *MAC header*, which comprises frame control, duration, address, and sequence control information, and, for QoS data frames, QoS control information;<br>b)  A variable length *frame body*, which contains information specific to the frame *type* and *subtype*;<br>c)  A *FCS*, which contains an IEEE 32-bit CRC.<br><br>IEEE Std 802.11-2007 at 59.<br><br>**7.1 MAC frame formats**<br><br>*Change list item a) in 7.1 as follows:*<br><br>a)  A *MAC header*, which comprises frame control, duration, address, ~~and~~ optional sequence control information, ~~and, for QoS data frames~~ optional QoS ~~c~~Control ~~information~~ (QoS data frames only), and optional HT Control fields (+HTC frames only);<br><br>IEEE Std 802.11n-2009 at 12. |

### 7.1.2 General frame format

*Change the first two paragraphs of 7.1.2 as follows:*

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 7-1 depicts the general MAC frame format. The first three fields (Frame Control, Duration/ID, and Address 1) and the last field (FCS) in Figure 7-1 constitute the minimal frame format and are present in all frames, including reserved types and subtypes. The fields Address 2, Address 3, Sequence Control, Address 4, QoS Control, HT Control, and Frame Body are present only in certain frame types and subtypes. Each field is defined in 7.1.3. The format of each of the individual subtypes of each frame types is defined in 7.2. The components of management frame bodies are defined in 7.3. The formats of management frames of subtype Action are defined in 7.4.

The Frame Body field is of variable size. The maximum frame body size is determined by the maximum MSDU size (2304 octets) or the maximum A-MSDU size (3839 or 7935 octets, depending upon the STA's capability), plus any overhead from security encapsulation.

*Replace Figure 7-1 with the following figure:.*



Figure 7-1—MAC frame format

IEEE Std 802.11n-2009 at 12-13.

### 7.1.3 Frame fields

### 7.1.3.1 Frame Control field

The Frame Control field consists of the following subfields: Protocol Version, Type, Subtype, To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and Order. The format of the Frame Control field is illustrated in Figure 7-2.



Figure 7-2—Frame Control field

### 7.1.3.1.2 Type and Subtype fields

The Type field is 2 bits in length, and the Subtype field is 4 bits in length. The Type and Subtype fields together identify the function of the frame. There are three frame types: control, data, and management. Each of the frame types has several defined subtypes. In data frames, the most significant bit (MSB) of the Subtype field, b7, is defined as the QoS subfield. Table 7-1 defines the valid combinations of type and subtype. (The numeric values in Table 7-1 are shown in binary.)

### Table 7-1—Valid type and subtype combinations

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 00 | Management | 0000 | Association request |
| 00 | Management | 0001 | Association response |
| 00 | Management | 0010 | Reassociation request |
| 00 | Management | 0011 | Reassociation response |
| 00 | Management | 0100 | Probe request |
| 00 | Management | 0101 | Probe response |
| 00 | Management | 0110–0111 | Reserved |
| 00 | Management | 1000 | Beacon |
| 00 | Management | 1001 | ATIM |
| 00 | Management | 1010 | Disassociation |
| 00 | Management | 1011 | Authentication |
| 00 | Management | 1100 | Deauthentication |
| 00 | Management | 1101 | Action |
| 00 | Management | 1110–1111 | Reserved |
| 01 | Control | 0000–0111 | Reserved |
| 01 | Control | 1000 | Block Ack Request (BlockAckReq) |
| 01 | Control | 1001 | Block Ack (BlockAck) |
| 01 | Control | 1010 | PS-Poll |
| 01 | Control | 1011 | RTS |
| 01 | Control | 1100 | CTS |
| 01 | Control | 1101 | ACK |
| 01 | Control | 1110 | CF-End |
| 01 | Control | 1111 | CF-End + CF-Ack |

Dallas 324275v1

Table 7-1—Valid type and subtype combinations *(continued)*

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 10 | Data | 0000 | Data |
| 10 | Data | 0001 | Data + CF-Ack |
| 10 | Data | 0010 | Data + CF-Poll |
| 10 | Data | 0011 | Data + CF-Ack + CF-Poll |
| 10 | Data | 0100 | Null (no data) |
| 10 | Data | 0101 | CF-Ack (no data) |
| 10 | Data | 0110 | CF-Poll (no data) |
| 10 | Data | 0111 | CF-Ack + CF-Poll (no data) |
| 10 | Data | 1000 | QoS Data |
| 10 | Data | 1001 | QoS Data + CF-Ack |
| 10 | Data | 1010 | QoS Data + CF-Poll |
| 10 | Data | 1011 | QoS Data + CF-Ack + CF-Poll |
| 10 | Data | 1100 | QoS Null (no data) |
| 10 | Data | 1101 | Reserved |
| 10 | Data | 1110 | QoS CF-Poll (no data) |
| 10 | Data | 1111 | QoS CF-Ack + CF-Poll (no data) |
| 11 | Reserved | 0000–1111 | Reserved |

Each Subtype field bit position is used to indicate a specific modification of the basic data frame (subtype 0). Frame Control bit 4 is set to 1 in data subtypes that include +CF-Ack, bit 5 is set to 1 in data subtypes that include +CF-Poll, bit 6 is set to 1 in data subtypes that contain no Frame Body field, and bit 7 is set to 1 in the QoS data subtypes, which have QoS Control fields in their MAC headers.

IEEE Std 802.11-2007 at 60-62.

**7.1.3.1.2 Type and Subtype fields**

*Insert management subtype 1110, change the management reserved subtypes row, change the control reserved subtypes row, and insert the control subtype 0111 in Table 7-1 as follows (note that the entire table is not shown here):*

Table 7-1—Valid type and subtype combinations

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 00 | Management | 1110 | Action No Ack |
| 00 | Management | ~~1110~~ 1111 | Reserved |
| 01 | Control | 0000–011~~10~~ | Reserved |
| 01 | Control | 0111 | Control Wrapper |

IEEE Std 802.11n-2009 at 13.

| | |
|---|---|
| 23. The method of claim 22, wherein said first type of information is one of video, voice and data and said second type of information is different one of video, voice and data. | Toshiba's 802.11(n)-compliant products handle a first type of information that is one of video, voice, and data, and a second type of information that is a different one of video, voice, and data.<br><br>For example, Toshiba's Satellite A665 Series products handle a first type of information that is a video file (such as a Skype or YouTube video).  In addition, Toshiba's Satellite A665 Series processor also handles a second type of information that is an audio file (such as a music file or Skype audio call) or a data file (such as an image).<br><br> **Webcam and Mic**<br>Built-in webcams and microphones let you chat face-to-face, collaborate with classmates, videoconference, and generally improve the way you interact with the world around you.<br><br>Toshiba A660 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X. |

Dallas 324275v1

| | |
|---|---|
| 24. The method of claim 19, wherein said information is multimedia information. | Toshiba's 802.11(n)-compliant products operate with information that is multimedia information.<br><br>For example, Toshiba's Satellite A665 Series products operate with multimedia information such as audio and video files.<br><br>**Webcam and Mic**<br>Built-in webcams and microphones let you chat face-to-face, collaborate with classmates, videoconference, and generally improve the way you interact with the world around you.<br><br>Toshiba A660 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X. |