# Exhibit

# 8

| USP 6,772,215 | Toshiba Satellite A665 Series[1] |
|---|---|
| 1. A method for minimizing feedback responses in an ARQ protocol, comprising the steps of: | Toshiba's 802.11(n)-compliant products minimize feedback responses in an ARQ protocol. <br><br> For example, Toshiba's Satellite A665 Series products minimize feedback responses in an ARQ protocol. <br><br> WIRELESS LAN* <br> Wi-Fi® Wireless networking (802.11b/g/n) <br> Toshiba Satellite A665 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X. <br><br> **9.10 Block Acknowledgment (Block Ack)** <br><br> **9.10.1 Introduction** <br><br> The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*. <br><br> IEEE Std 802.11-2007 at 302. |
| sending a plurality of first data units over a communication link; | Toshiba's 802.11(n)-compliant products send a plurality of first data units over a communication link. <br><br> For example, Toshiba's Satellite A665 Series products send a plurality of first data units over a communication link. Alternatively, another device (such as a router) sends a plurality of first data units over a communication link. |

[1] The "Accused Products" are all 802.11(n)-compliant Toshiba products. The Accused Products include, but are not limited to, at least the Netbook Series, Qosmio Series, Portege Series, Satellite Pro Series, and Tecra Series. As examples, the Accused Products would include the products listed in Exhibit A.

Dallas 324272v1

Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.



**Figure 9-21—Message sequence chart for Block Ack mechanism: (a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std. 802.11-2007 at 302.

## 9.10 Block Acknowledgment (Block Ack)

### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

IEEE Std 802.11-2007 at 302.

Dallas 324272v1

| receiving said plurality of first data units; and | Toshiba's 802.11(n)-compliant products receive the plurality of first data units.<br><br>For example, another device receives the plurality of data units. Alternatively, Toshiba's Satellite A665 Series products receive the plurality of data units.<br><br>Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.<br><br><br><br>**Figure 9-21—Message sequence chart for Block Ack mechanism: (a) setup, (b) data and acknowledgment transfer and (c) tear down**<br>IEEE Std. 802.11-2007 at 302.<br><br>**9.10 Block Acknowledgment (Block Ack)**<br><br>**9.10.1 Introduction**<br><br>The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.<br>IEEE Std 802.11-2007 at 302. |

Dallas 324272v1

| responsive to the receiving step, constructing a message field for a second data unit, said message field including a type identifier field and at least one of a sequence number field, a length field, and a content field. | Toshiba's 802.11(n)-compliant products construct a message field for a second data unit in response to the receiving step. The message field includes a type identifier field and at least one of a sequence number field, a length field, and a content field. |
|---|---|

For example, another device constructs a message field for a BlockAck frame in response to the receiving step. Alternatively, Toshiba's Satellite A665 Series products construct a message field for a BlockAck frame in response to the receiving step. The message field includes a type identifier field and at least one of a sequence number field, a length field, and a content field.



**Figure 7-15—BlockAck frame**

IEEE Std 802.11n-2009 at 30.



**Figure 7-16—BA Control field**

IEEE Std 802.11n-2009 at 31.

The values of the Multi-TID and Compressed Bitmap subfields of the BAR Control field determine which of three possible BlockAck frame variants is represented, as indicated in the Table 7-6k.

**Table 7-6k—BlockAck frame variant encoding**

| Multi-TID subfield value | Compressed Bitmap subfield value | BlockAck frame variant |
|---|---|---|
| 0 | 0 | Basic BlockAck |
| 0 | 1 | Compressed BlockAck |
| 1 | 0 | Reserved |
| 1 | 1 | Multi-TID BlockAck |

IEEE Std 802.11n-2009 at 32.

Dallas 324272v1

**7.2.1.8.2 Basic BlockAck variant**

The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.



Figure 7-16a—BA Information field (BlockAck)

The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

Dallas 324272v1

### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Figure 7-16b—BA Information field (Compressed BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.



Octets: 2    2    8

| Per TID Info | Block Ack Starting Sequence Control | Block Ack Bitmap |

Repeat for each TID

**Figure 7-16c—BA Information field (Multi-TID BlockAck)**

The Block Ack Bitmap subfield of the BA Information field of the Multi-TID BlockAck frame contains an 8-octet Block Ack bitmap. Each bit that is set to 1 in the Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33-34.

| 2. The method of claim 1, wherein said message field comprises a bitmap message. | Toshiba's 802.11(n)-compliant products construct message fields that comprise a bitmap message.<br><br>For example, Toshiba's Satellite A665 Series products construct message fields that comprise a BlockAck Bitmap subfield.<br><br>**7.2.1.8.2 Basic BlockAck variant**<br><br>The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.<br><br>The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.<br><br>Octets:    2    128<br><br>\| Block Ack Starting Sequence Control \| Block Ack Bitmap \|<br><br>**Figure 7-16a—BA Information field (BlockAck)**<br><br>The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and |

Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Figure 7-16b—BA Information field (Compressed BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.



Octets:  2  2  8

| Per TID Info | Block Ack Starting Sequence Control | Block Ack Bitmap |

Repeat for each TID

Figure 7-16c—BA Information field (Multi-TID BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Multi-TID BlockAck frame contains an 8-octet Block Ack bitmap. Each bit that is set to 1 in the Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33-34.

| | |
|---|---|
| 4. The method of claim 1, wherein said sequence number field includes any sequence number from said plurality of first data units. | Toshiba's 802.11(n)-compliant products construct a message field having a sequence number field that includes any sequence number from the plurality of first data units.<br><br>For example, Toshiba's Satellite A665 Series products construct a message field having a sequence number field that includes any sequence number from the plurality of first data units.<br><br>**7.2.1.8.2 Basic BlockAck variant**<br><br>The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.<br><br>The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.<br><br>Octets:  2  128<br><br>Block Ack Starting Sequence Control \| Block Ack Bitmap<br><br>Figure 7-16a—BA Information field (BlockAck)<br><br>The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and |

Dallas 324272v1

Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Figure 7-16b—BA Information field (Compressed BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.



|  |  |
|---|---|
|  | <p>The Block Ack Bitmap subfield of the BA Information field of the Multi-TID BlockAck frame contains an 8-octet Block Ack bitmap. Each bit that is set to 1 in the Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.</p><p style="text-align:center">IEEE Std 802.11n-2009 at 33-34.</p> |
|  |  |
| <p>6. The method of claim 1, wherein said content field comprises a bitmap.</p> | <p>Toshiba's 802.11(n)-compliant products include a content field that comprises a bitmap.</p><p>For example, Toshiba's Satellite A665 Series products include a BlockAck Bitmap subfield that comprises a bitmap.</p><p>**7.2.1.8.2 Basic BlockAck variant**</p><p>The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.</p><p>The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.</p><p>**Figure 7-16a—BA Information field (BlockAck)**</p><p>The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and</p> |

Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Figure 7-16b—BA Information field (Compressed BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.

Dallas 324272v1



Figure 7-16c—BA Information field (Multi-TID BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Multi-TID BlockAck frame contains an 8-octet Block Ack bitmap. Each bit that is set to 1 in the Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33-34.

| | |
|---|---|
| 8. The method of claim 1, wherein said second data unit comprises information about missing or erroneous said first data units. | Toshiba's 802.11(n)-compliant products construct a message field for a second data unit, where the second data unit comprises information about missing or erroneous first data units.<br><br>For example, Toshiba's Satellite A665 Series products construct a message field for a BlockAck, where the BlockAck comprises information about missing or erroneous first data units.<br><br>**7.2.1.8.2 Basic BlockAck variant**<br><br>The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.<br><br>The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.<br><br>Figure 7-16a—BA Information field (BlockAck)<br><br>The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and |

Dallas 324272v1

Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Figure 7-16b—BA Information field (Compressed BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.

Dallas 324272v1

Octets: 2          2          8

| Per TID Info | Block Ack Starting Sequence Control | Block Ack Bitmap |

Repeat for each TID

**Figure 7-16c—BA Information field (Multi-TID BlockAck)**

The Block Ack Bitmap subfield of the BA Information field of the Multi-TID BlockAck frame contains an 8-octet Block Ack bitmap. Each bit that is set to 1 in the Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33-34.

| | |
|---|---|
| 15. A method for minimizing feedback responses in an ARQ protocol, comprising the steps of: | Toshiba's 802.11(n)-compliant products minimize feedback responses in an ARQ protocol.<br><br>For example, Toshiba's Satellite A665 Series products minimize feedback responses in an ARQ protocol.<br><br>**WIRELESS LAN***<br>Wi-Fi® Wireless networking (802.11b/g/n)<br>Toshiba Satellite A665 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X.<br><br>**9.10 Block Acknowledgment (Block Ack)**<br>**9.10.1 Introduction**<br>The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.<br>IEEE Std 802.11-2007 at 302. |
| sending a plurality of first data units over a communication link; | Toshiba's 802.11(n)-compliant products send a plurality of first data units over a communication link.<br><br>For example, Toshiba's Satellite A665 Series products send a plurality of first data units over a communication link. Alternatively, another device (such as a router) sends a plurality of first data units over a communication link. |



Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.

**Figure 9-21—Message sequence chart for Block Ack mechanism: (a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std. 802.11-2007 at 302.

### 9.10 Block Acknowledgment (Block Ack)

#### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

IEEE Std 802.11-2007 at 302.

| receiving said plurality of first data units; and | Toshiba's 802.11(n)-compliant products receive the plurality of first data units.<br><br>For example, another device (such as a router) receives the plurality of data units. Alternatively, Toshiba's Satellite A665 Series products receive the plurality of data units. |
|---|---|

Dallas 324272v1

Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.



**Figure 9-21—Message sequence chart for Block Ack mechanism:
(a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std. 802.11-2007 at 302.

## 9.10 Block Acknowledgment (Block Ack)

### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

IEEE Std 802.11-2007 at 302.

| | |
|---|---|
| responsive to the receiving step, constructing a message field for a second data unit, said message field including a type identifier field and at least one of, a length field, a plurality of erroneous sequence number-fields, and a plurality of erroneous sequence number length fields, each of said plurality of erroneous sequence number fields associated with a respective one of said plurality of erroneous sequence number length fields. | Toshiba's 802.11(n)-compliant products construct a message field for a second data unit in response to the receiving step. The message field includes a type identifier field and at least one of a length field, a plurality of erroneous sequence number-fields, and a plurality of erroneous sequence number length fields, each of the plurality of erroneous sequence number fields associated with a respective one of the plurality of erroneous sequence number length fields.<br><br>For example, another device (such as a router) constructs a message field for a BlockAck frame in response to the receiving step. Alternatively, Toshiba's Satellite A665 Series products construct a message field for a BlockAck frame in response to the receiving step. The message field includes a type identifier field and at least one of a length field, a plurality of erroneous sequence number fields, and a plurality of erroneous sequence number length fields, each of the plurality of erroneous sequence number fields associated with a respective one of the plurality of erroneous sequence number length fields.<br><br><br><br>Figure 7-15—BlockAck frame<br><br>IEEE Std 802.11n-2009 at 30.<br><br>Figure 7-16—BA Control field<br><br>IEEE Std 802.11n-2009 at 31. |

The values of the Multi-TID and Compressed Bitmap subfields of the BAR Control field determine which of three possible BlockAck frame variants is represented, as indicated in the Table 7-6k.

Table 7-6k—BlockAck frame variant encoding

| Multi-TID subfield value | Compressed Bitmap subfield value | BlockAck frame variant |
|---|---|---|
| 0 | 0 | Basic BlockAck |
| 0 | 1 | Compressed BlockAck |
| 1 | 0 | Reserved |
| 1 | 1 | Multi-TID BlockAck |

IEEE Std 802.11n-2009 at 32.

### 7.2.1.8.2 Basic BlockAck variant

The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.



Figure 7-16a—BA Information field (BlockAck)

The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



| Octets: | 2 | 8 |
|---|---|---|
| | Block Ack Starting Sequence Control | Block Ack Bitmap |

**Figure 7-16b—BA Information field (Compressed BlockAck)**

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.



Figure 7-16c—BA Information field (Multi-TID BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Multi-TID BlockAck frame contains an 8-octet Block Ack bitmap. Each bit that is set to 1 in the Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33-34.

| 22. The method of claim 15, wherein said second data unit comprises information about missing or erroneous said first data units. | Toshiba's 802.11(n)-compliant products construct a message field for a second data unit, where the second data unit comprises information about missing or erroneous first data units.<br><br>For example, Toshiba's Satellite A665 Series products construct a message field for a BlockAck, where the BlockAck comprises information about missing or erroneous first data units.<br><br>**7.2.1.8.2 Basic BlockAck variant**<br><br>The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.<br><br>The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.<br><br>Figure 7-16a—BA Information field (BlockAck)<br><br>The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and |

Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Figure 7-16b—BA Information field (Compressed BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.

Octets: 2, 2, 8 — Per TID Info | Block Ack Starting Sequence Control | Block Ack Bitmap

Repeat for each TID

Figure 7-16c—BA Information field (Multi-TID BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Multi-TID BlockAck frame contains an 8-octet Block Ack bitmap. Each bit that is set to 1 in the Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33-34.

| | |
|---|---|
| 25. A method for minimizing feedback responses in an ARQ protocol, comprising the steps of: | Toshiba's 802.11(n)-compliant products minimize feedback responses in an ARQ protocol. <br><br> For example, Toshiba's Satellite A665 Series products minimize feedback responses in an ARQ protocol. <br><br> **WIRELESS LAN\*** <br> **Wi-Fi® Wireless networking (802.11b/g/n)** <br><br> Toshiba Satellite A665 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X. <br><br> **9.10 Block Acknowledgment (Block Ack)** <br><br> **9.10.1 Introduction** <br><br> The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*. <br><br> IEEE Std 802.11-2007 at 302. |
| sending a plurality of first data units over a communication link; | Toshiba's 802.11(n)-compliant products send a plurality of first data units over a communication link. <br><br> For example, Toshiba's Satellite A665 Series products send a plurality of first data units over a communication link. Alternatively, another device (such as a router) sends a plurality of first data units over a communication link. |

Dallas 324272v1



Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.



**Figure 9-21—Message sequence chart for Block Ack mechanism:
(a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std. 802.11-2007 at 302.

## 9.10 Block Acknowledgment (Block Ack)

### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

IEEE Std 802.11-2007 at 302.

| receiving said plurality of first data units; and | Toshiba's 802.11(n)-compliant products receive the plurality of first data units.<br><br>For example, another device (such as a router) receives the plurality of data units.  Alternatively, Toshiba's Satellite A665 Series products receive the plurality of data units.<br><br>Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.<br><br><br><br>Figure 9-21—Message sequence chart for Block Ack mechanism: (a) setup, (b) data and acknowledgment transfer and (c) tear down<br>IEEE Std. 802.11-2007 at 302.<br><br>**9.10 Block Acknowledgment (Block Ack)**<br><br>**9.10.1 Introduction**<br><br>The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.<br>IEEE Std 802.11-2007 at 302. |

| responsive to the receiving step, constructing between one to several message fields for a second data unit, said one to several message fields including a type identifier field and at least one of a sequence number field, a length field, a content field, a plurality of erroneous sequence number fields, and a plurality of erroneous sequence number length fields, each of said plurality of erroneous sequence number fields associated with a respective one of said plurality of erroneous sequence number length fields. | Toshiba's 802.11(n)-compliant products construct between one to several message fields for a second data unit in response to the receiving step. The one to several message fields include a type identifier field and at least one of a sequence number field, a length field, a content field, a plurality of erroneous sequence number fields, and a plurality of erroneous sequence number length fields, each of the plurality of erroneous sequence number fields associated with a respective one of the plurality of erroneous sequence number length fields.

For example, another device (such as a router) constructs between one to several message fields for a BlockAck frame in response to the receiving step. Alternatively, Toshiba's Satellite A665 Series products construct between one to several message fields for a BlockAck frame in response to the receiving step. The one to several message fields include a type identifier field and at least one of a sequence number field, a length field, a content field, a plurality of erroneous sequence number fields, and a plurality of erroneous sequence number length fields, each of the plurality of erroneous sequence number fields associated with a respective one of the plurality of erroneous sequence number length fields.



**Figure 7-15—BlockAck frame**

IEEE Std 802.11n-2009 at 30.

**Figure 7-16—BA Control field**

IEEE Std 802.11n-2009 at 31. |

Dallas 324272v1

The values of the Multi-TID and Compressed Bitmap subfields of the BAR Control field determine which of three possible BlockAck frame variants is represented, as indicated in the Table 7-6k.

Table 7-6k—BlockAck frame variant encoding

| Multi-TID subfield value | Compressed Bitmap subfield value | BlockAck frame variant |
|---|---|---|
| 0 | 0 | Basic BlockAck |
| 0 | 1 | Compressed BlockAck |
| 1 | 0 | Reserved |
| 1 | 1 | Multi-TID BlockAck |

IEEE Std 802.11n-2009 at 32.

### 7.2.1.8.2 Basic BlockAck variant

The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.



| Octets: | 2 | 128 |
|---|---|---|
| | Block Ack Starting Sequence Control | Block Ack Bitmap |

Figure 7-16a—BA Information field (BlockAck)

The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



| Octets: | 2 | 8 |
|---|---|---|
| | Block Ack Starting Sequence Control | Block Ack Bitmap |

**Figure 7-16b—BA Information field (Compressed BlockAck)**

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.



The Block Ack Bitmap subfield of the BA Information field of the Multi-TID BlockAck frame contains an 8-octet Block Ack bitmap. Each bit that is set to 1 in the Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33-34.

| | |
|---|---|
| 26. The method of claim 25, wherein said one to several message fields further comprise an acknowledgment message. | Toshiba's 802.11(n)-compliant products construct one to several message fields, where the one to several message fields further comprise an acknowledgement message.<br><br>For example, Toshiba's Satellite A665 Series products construct one to several message fields, where the one to several message fields further comprise an acknowledgement message.<br><br>**9.10 Block Acknowledgment (Block Ack)**<br><br>**9.10.1 Introduction**<br><br>The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.<br><br>IEEE Std 802.11-2007 at 302. |

**7.2.1.8.2 Basic BlockAck variant**

The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.



| Octets: | 2 | 128 |
|---|---|---|
| | Block Ack Starting Sequence Control | Block Ack Bitmap |

**Figure 7-16a—BA Information field (BlockAck)**

The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

Dallas 324272v1

### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Figure 7-16b—BA Information field (Compressed BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.



Octets:    2              2              8

| Per TID Info | Block Ack Starting Sequence Control | Block Ack Bitmap |

◄──────────────── Repeat for each TID ────────────────►

**Figure 7-16c—BA Information field (Multi-TID BlockAck)**

The Block Ack Bitmap subfield of the BA Information field of the Multi-TID BlockAck frame contains an 8-octet Block Ack bitmap. Each bit that is set to 1 in the Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33-34.

| 29. The method of claim 25, wherein said one to several message fields include a bitmap message. | Toshiba's 802.11(n)-compliant products construct between one and several message fields, where the one to several message fields include a bitmap message.<br><br>For example, Toshiba's Satellite A665 Series products construct between one and several message fields that include a BlockAck Bitmap subfield. |

**7.2.1.8.2 Basic BlockAck variant**

The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.

Octets:              2                    128

| Block Ack Starting Sequence Control | Block Ack Bitmap |

**Figure 7-16a—BA Information field (BlockAck)**

The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and

Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

**7.2.1.8.3 Compressed BlockAck variant**

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Octets:    2        8

| Block Ack Starting Sequence Control | Block Ack Bitmap |

**Figure 7-16b—BA Information field (Compressed BlockAck)**

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

**7.2.1.8.4 Multi-TID BlockAck variant**

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.



Octets: 2 — Per TID Info | 2 — Block Ack Starting Sequence Control | 8 — Block Ack Bitmap

Repeat for each TID

**Figure 7-16c—BA Information field (Multi-TID BlockAck)**

The Block Ack Bitmap subfield of the BA Information field of the Multi-TID BlockAck frame contains an 8-octet Block Ack bitmap. Each bit that is set to 1 in the Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33-34.

| | |
|---|---|
| 32. The method of claim 25, wherein said content field comprises a bitmap. | Toshiba's 802.11(n)-compliant products construct between one and several message fields, where the content field comprises a bitmap.<br><br>For example, Toshiba's Satellite A665 Series products construct between one and several message fields, where the BlockAck bitmap subfield comprises a bitmap.<br><br>**7.2.1.8.2 Basic BlockAck variant**<br><br>The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.<br><br>The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.<br><br>Octets: 2 — Block Ack Starting Sequence Control \| 128 — Block Ack Bitmap<br><br>**Figure 7-16a—BA Information field (BlockAck)**<br><br>The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and |

Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Octets:      2      8

| Block Ack Starting Sequence Control | Block Ack Bitmap |

**Figure 7-16b—BA Information field (Compressed BlockAck)**

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.



Figure 7-16c—BA Information field (Multi-TID BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Multi-TID BlockAck frame contains an 8-octet Block Ack bitmap. Each bit that is set to 1 in the Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33-34.

| | |
|---|---|
| 34. The method of claim 25, wherein said second data unit comprises information about missing or erroneous said first data units. | Toshiba's 802.11(n)-compliant products construct between one and several message fields for a second data unit, where the second data unit comprises information about missing or erroneous first data units.<br><br>For example, Toshiba's Satellite A665 Series products construct between one and several message fields for a BlockAck, where the BlockAck comprises information about missing or erroneous first data units.<br><br>**7.2.1.8.2 Basic BlockAck variant**<br><br>The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.<br><br>The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.<br><br>Figure 7-16a—BA Information field (BlockAck)<br><br>The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and |

Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Figure 7-16b—BA Information field (Compressed BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.

| | |
|---|---|
| | <br><br>Figure 7-16c—BA Information field (Multi-TID BlockAck)<br><br>The Block Ack Bitmap subfield of the BA Information field of the Multi-TID BlockAck frame contains an 8-octet Block Ack bitmap. Each bit that is set to 1 in the Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.<br><br>IEEE Std 802.11n-2009 at 33-34. |
| | |
| 45. A system for minimizing feedback responses in an ARQ protocol, comprising: | Toshiba's 802.11(n)-compliant products minimize feedback responses in an ARQ protocol.<br><br>For example, Toshiba's Satellite A665 Series products minimize feedback responses in an ARQ protocol.<br><br>**WIRELESS LAN***<br>Wi-Fi® Wireless networking (802.11b/g/n)<br>Toshiba Satellite A665 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X.<br><br>**9.10 Block Acknowledgment (Block Ack)**<br><br>**9.10.1 Introduction**<br><br>The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.<br><br>IEEE Std 802.11-2007 at 302. |
| a first peer entity; | Toshiba's 802.11(n)-compliant products include a first peer entity.<br><br>For example, Toshiba's Satellite A665 Series products include a first peer entity. Alternatively, another device (such as a router) includes a first peer entity. |



Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.

**Figure 9-21—Message sequence chart for Block Ack mechanism: (a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std. 802.11-2007 at 302.

### 9.10 Block Acknowledgment (Block Ack)

#### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

IEEE Std 802.11-2007 at 302.

| | |
|---|---|
| a second peer entity; and | Toshiba's 802.11(n)-compliant products include a second peer entity.<br><br>For example, another device (such as a router) includes a second peer entity. Alternatively, Toshiba's Satellite A665 Series products include a second peer entity. |



Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.

**Figure 9-21—Message sequence chart for Block Ack mechanism:
(a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std. 802.11-2007 at 302.

### 9.10 Block Acknowledgment (Block Ack)

#### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

IEEE Std 802.11-2007 at 302.

| | |
|---|---|
| a communication link coupled between said first peer entity and said second peer entity for communicating data therebetween; | Toshiba's 802.11(n)-compliant products include a communication link coupled between the first peer entity and the second peer entity for communicating data therebetween.<br><br>For example, a communication link is established between Toshiba's Satellite A665 Series products and another device (such as a router) for communicating data therebetween. |

Dallas 324272v1



Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.

**Figure 9-21—Message sequence chart for Block Ack mechanism: (a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std. 802.11-2007 at 302.

### 9.10 Block Acknowledgment (Block Ack)

#### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

IEEE Std 802.11-2007 at 302.

| | |
|---|---|
| said first peer entity including means for sending a plurality of first data units over said communication link to said second peer entity; | Toshiba's 802.11(n)-compliant products include a first peer entity including means for sending a plurality of first data units over a communication link to the second peer entity.<br><br>For example, Toshiba's Satellite A665 Series products include means for sending a plurality of first data units over a communication link to the second peer entity (*e.g.*, a router).  Alternatively, another device (such as a router) includes means for sending a plurality of first data units over a communication link to the second peer entity (*e.g.*, Toshiba's Satellite A665 Series router). |

Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.



**Figure 9-21—Message sequence chart for Block Ack mechanism:
(a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std. 802.11-2007 at 302.

## 9.10 Block Acknowledgment (Block Ack)

### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

IEEE Std 802.11-2007 at 302.

| | |
|---|---|
| said second peer entity including means for receiving said plurality of first data units, and constructing one to several message fields for a second data unit, said one to several message fields including a type identifier field and at least one of a sequence number field, a length field, a content field, a plurality of erroneous sequence number fields, and a plurality of erroneous sequence number length fields, each of said plurality of erroneous sequence number fields associated with a respective one of said plurality of erroneous sequence number length fields. | Toshiba's 802.11(n)-compliant products include a second peer entity including means for receiving the plurality of first data units. The second peer entity constructs one to several message fields including a type identifier field and at least one of a sequence number field, a length field, a content field, a plurality of erroneous sequence number fields, and a plurality of erroneous sequence number length fields, each of the plurality of erroneous sequence number fields associated with a respective one of the plurality of erroneous sequence number length fields.<br><br>For example, another device (such as a router) includes means for receiving the plurality of first data units and constructing one to several message fields including a type identifier field and at least one of a sequence number field, a length field, a content field, a plurality of erroneous sequence number fields, and a plurality of erroneous sequence number length fields, each of the plurality of erroneous sequence number fields associated with a respective one of the plurality of erroneous sequence number length fields. Alternatively, Toshiba's Satellite A665 Series products include means for receiving the plurality of first data units and constructing one to several message fields including a type identifier field and at least one of a sequence number field, a length field, a content field, a plurality of erroneous sequence number fields, and a plurality of erroneous sequence number length fields, each of the plurality of erroneous sequence number fields associated with a respective one of the plurality of erroneous sequence number length fields.<br><br><br><br>Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.<br><br>**Figure 9-21—Message sequence chart for Block Ack mechanism: (a) setup, (b) data and acknowledgment transfer and (c) tear down**<br><br>IEEE Std. 802.11-2007 at 302. |

## 9.10 Block Acknowledgment (Block Ack)

### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

IEEE Std 802.11-2007 at 302.



**Figure 7-15—BlockAck frame**

IEEE Std 802.11n-2009 at 30.



**Figure 7-16—BA Control field**

IEEE Std 802.11n-2009 at 31.

The values of the Multi-TID and Compressed Bitmap subfields of the BAR Control field determine which of three possible BlockAck frame variants is represented, as indicated in the Table 7-6k.

**Table 7-6k—BlockAck frame variant encoding**

| Multi-TID subfield value | Compressed Bitmap subfield value | BlockAck frame variant |
|---|---|---|
| 0 | 0 | Basic BlockAck |
| 0 | 1 | Compressed BlockAck |
| 1 | 0 | Reserved |
| 1 | 1 | Multi-TID BlockAck |

IEEE Std 802.11n-2009 at 32.

### 7.2.1.8.2 Basic BlockAck variant

The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.



**Figure 7-16a—BA Information field (BlockAck)**

The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

Dallas 324272v1

### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Figure 7-16b—BA Information field (Compressed BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.



IEEE Std 802.11n-2009 at 33-34.

| 46. The system of claim 45, wherein said one to several message fields further comprise an acknowledgment message. | Toshiba's 802.11(n)-compliant products construct one to several message fields, where the one to several message fields further comprise an acknowledgement message.<br><br>For example, Toshiba's Satellite A665 Series products construct one to several message fields, where the one to several message fields further comprise an acknowledgement message.<br><br>**9.10 Block Acknowledgment (Block Ack)**<br><br>**9.10.1 Introduction**<br><br>The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.<br><br>IEEE Std 802.11-2007 at 302. |

### 7.2.1.8.2 Basic BlockAck variant

The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.



**Figure 7-16a—BA Information field (BlockAck)**

The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Figure 7-16b—BA Information field (Compressed BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.



IEEE Std 802.11n-2009 at 33-34.

| 49. The system of claim 45, wherein said one to several message fields include a bitmap message. | Toshiba's 802.11(n)-compliant products construct between one and several message fields, where the one to several message fields include a bitmap message.

For example, Toshiba's Satellite A665 Series products construct between one and several message fields that include a BlockAck Bitmap subfield. |

Dallas 324272v1

Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Figure 7-16b—BA Information field (Compressed BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.

Dallas 324272v1



Figure 7-16c—BA Information field (Multi-TID BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Multi-TID BlockAck frame contains an 8-octet Block Ack bitmap. Each bit that is set to 1 in the Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33-34.

| | |
|---|---|
| 52. The system of claim 45, wherein said content field comprises a bitmap. | Toshiba's 802.11(n)-compliant products construct between one and several message fields, where the one to content field comprises a bitmap.<br><br>For example, Toshiba's Satellite A665 Series products construct between one and several message fields, where the BlockAck Bitmap subfield comprises a bitmap.<br><br>**7.2.1.8.2 Basic BlockAck variant**<br><br>The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.<br><br>The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.<br><br>Figure 7-16a—BA Information field (BlockAck)<br><br>The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and |

Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Figure 7-16b—BA Information field (Compressed BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.



Figure 7-16c—BA Information field (Multi-TID BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Multi-TID BlockAck frame contains an 8-octet Block Ack bitmap. Each bit that is set to 1 in the Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33-34.

| | |
|---|---|

| | |
|---|---|
| 54. The system of claim 45, wherein said second data unit comprises information about missing or erroneous said first data units. | Toshiba's 802.11(n)-compliant products construct a message field for a second data unit, where the second data unit comprises information about missing or erroneous first data units.<br><br>For example, Toshiba's Satellite A665 Series products construct a message field for a BlockAck, where the BlockAck comprises information about missing or erroneous first data units.<br><br>7.2.1.8.2 Basic BlockAck variant<br><br>The TID_INFO subfield of the BA Control field of the Basic BlockAck frame contains the TID for which a BlockAck frame is requested.<br><br>The BA Information field of the Basic BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16a. The format of the Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAck frame is sent and is set to the same value as in the immediately previously received Basic BlockAckReq frame.<br><br>Figure 7-16a—BA Information field (BlockAck)<br><br>The Block Ack Bitmap subfield is 128 octets in length and is used to indicate the received status of up to 64 MSDUs. Bit position $n$ of the Block Ack bitmap, if set to 1, acknowledges receipt of an MPDU with an MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$). Bit position $n$ of the Block Ack bitmap, if set to 0, indicates that an MPDU with MPDU sequence control value equal to (Block Ack Starting Sequence Control + $n$) has not been received. Each of the MPDU Sequence Control field and |

Block Ack Starting Sequence Control subfield values are treated as a 16-bit unsigned integer. For unused fragment numbers of an MSDU, the corresponding bits in the bitmap are set to 0.

IEEE Std 802.11n-2009 at 32-33.

#### 7.2.1.8.3 Compressed BlockAck variant

The TID_INFO subfield of the BA Control field of the Compressed BlockAck frame contains the TID for which a BlockAck frame is requested.

The BA Information field of the Compressed BlockAck frame comprises the Block Ack Starting Sequence Control subfield and the Block Ack Bitmap subfield, as shown in Figure 7-16b. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Figure 7-16b—BA Information field (Compressed BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Compressed BlockAck frame is 8 octets in length and is used to indicate the received status of up to 64 MSDUs and A-MSDUs. Each bit that is set to 1 in the compressed Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number, with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33.

#### 7.2.1.8.4 Multi-TID BlockAck variant

The TID_INFO subfield of the BA Control field of the Multi-TID BlockAck frame contains the number of TIDs, less one, for which information is reported in the BA Information field. For example, a value of 2 in the TID_INFO subfield means that information for three TIDs is present.

The BA Information field of the Multi-TID BlockAck frame comprises 1 or more instances of the Per TID Info, Block Ack Starting Sequence Control, and the Block Ack Bitmap subfields, as shown in Figure 7-16c. The Per TID Info subfield is shown in Figure 7-14b, and the Block Ack Starting Sequence Control subfield is shown in Figure 7-14.

The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield is the sequence number of the first MSDU or A-MSDU for which this BlockAck frame is sent. The value of this subfield is defined in 9.10.7.5. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0. The first instance of the Per TID Info, Block Ack Starting Sequence Control, and Block Ack Bitmap subfields that is transmitted corresponds to the lowest TID value, with subsequent instances ordered by increasing values of the Per TID Info subfield.

Dallas 324272v1



Figure 7-16c—BA Information field (Multi-TID BlockAck)

The Block Ack Bitmap subfield of the BA Information field of the Multi-TID BlockAck frame contains an 8-octet Block Ack bitmap. Each bit that is set to 1 in the Block Ack bitmap acknowledges the successful reception of a single MSDU or A-MSDU in the order of sequence number with the first bit of the Block Ack bitmap corresponding to the MSDU or A-MSDU with the sequence number that matches the value of the Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield.

IEEE Std 802.11n-2009 at 33-34.