# Exhibit

# 9

| USP 5,987,019 | Toshiba Satellite A665 Series[1] |
| --- | --- |
| 19. A method for transmitting information on a radio channel between a first communication terminal and a radiocommunication system comprising the steps of: | Toshiba's 802.11(n)-compliant products transmit information on a radio channel between a first communication terminal and a radiocommunication system.<br><br>For example, Toshiba's Satellite A665 Series products transmit information on a radio channel between a first communication terminal and a radiocommunication system.<br><br>WIRELESS LAN*<br>Wi-Fi® Wireless networking (802.11b/g/n)<br><br>Toshiba Satellite A665 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X.<br><br>**1.2 Purpose**<br><br>The purpose of this standard is to provide wireless connectivity to automatic machinery, equipment, or STAs that require rapid deployment, which may be portable or hand-held, or which may be mounted on moving vehicles within a local area. This standard also offers regulatory bodies a means of standardizing access to one or more frequency bands for the purpose of local area communication.<br><br>Specifically, this standard<br><br>— Describes the functions and services required by an IEEE 802.11™-compliant device to operate within ad hoc and infrastructure networks as well as the aspects of STA mobility (transition) within those networks.<br><br>— Defines the MAC procedures to support the asynchronous MAC service data unit (MSDU) delivery services.<br><br>IEEE Std 802.11-2007 at 1.<br><br>**6.1 Overview of MAC services**<br><br>**6.1.1 Data service**<br><br>This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic<br><br>IEEE Std 802.11-2007 at 51. |

[1] The "Accused Products" are all 802.11(n)-compliant Toshiba products.  The Accused Products include, but are not limited to, at least the Netbook Series, Qosmio Series, Portege Series, Satellite Pro Series, and Tecra Series.  As examples, the Accused Products would include the products listed in Exhibit A.

McKool 452900v1

| | |
|---|---|
| | **7. Frame formats**<br><br>The format of the MAC frames is specified in this clause. A STA shall be able properly to construct a subset of the frames specified in this clause for transmission and to decode a (potentially different) subset of the frames specified in this clause upon validation following reception. The particular subset of these frames that a STA constructs and decodes is determined by the functions supported by that particular STA, as specified in 7.5. All STAs shall be able to validate every received frame using the frame check sequence (FCS) and to interpret certain fields from the MAC headers of all frames.<br><br><p style="text-align:center">IEEE Std 802.11-2007 at 59.</p> |
| providing at least one first field in which payload information is disposed; | Toshiba's 802.11(n)-compliant products provide at least one first field in which payload information is disposed.<br><br>For example, Toshiba's Satellite A665 Series products provide at least one frame body in which payload information is disposed.<br><br>**7.1 MAC frame formats**<br><br>Each frame consists of the following basic components:<br><br>a)   A *MAC header*, which comprises frame control, duration, address, and sequence control information, and, for QoS data frames, QoS control information;<br>b)   A variable length *frame body*, which contains information specific to the frame *type* and *subtype*;<br>c)   A *FCS*, which contains an IEEE 32-bit CRC.<br><br><p style="text-align:center">IEEE Std 802.11-2007 at 59.</p><br>**7.1 MAC frame formats**<br><br>*Change list item a) in 7.1 as follows:*<br><br>a)   A *MAC header*, which comprises frame control, duration, address, ~~and~~ optional sequence control information, ~~and, for QoS data frames~~ optional QoS ~~c~~Control ~~information~~ (QoS data frames only), and optional HT Control fields (+HTC frames only);<br><br><p style="text-align:center">IEEE Std 802.11n-2009 at 12.</p> |

<table>
<tr>
<td></td>
<td>

### 7.1.2 General frame format

*Change the first two paragraphs of 7.1.2 as follows:*

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 7-1 depicts the general MAC frame format. The first three fields (Frame Control, Duration/ID, and Address 1) and the last field (FCS) in Figure 7-1 constitute the minimal frame format and are present in all frames, including reserved types and subtypes. The fields Address 2, Address 3, Sequence Control, Address 4, QoS Control, <u>HT Control</u>, and Frame Body are present only in certain frame types and subtypes. Each field is defined in 7.1.3. The format of each of the individual subtypes of each frame types is defined in 7.2. The components of management frame bodies are defined in 7.3. The formats of management frames of subtype Action are defined in 7.4.

The Frame Body field is of variable size. The maximum frame body size is determined by the maximum MSDU size (2304 octets) <u>or the maximum A-MSDU size (3839 or 7935 octets, depending upon the STA's capability)</u>, plus any overhead from security encapsulation.
    *Replace Figure 7-1 with the following figure:.*



Figure 7-1—MAC frame format
IEEE Std 802.11n-2009 at 12-13.

### 7.1.3.6 Frame Body field

The Frame Body is a variable length field that contains information specific to individual frame types and subtypes. The minimum frame body is 0 octets. The maximum length frame body is defined by the maximum length (MSDU + ICV + IV), where integrity check value (ICV) and initialization vector (IV) are the WEP fields defined in 8.2.1.
IEEE Std 802.11-2007 at 70.

</td>
</tr>
<tr>
<td>

providing at least one second field, separate from said first field, which includes a service type identifier which identifies a type of payload information provided in said at least one first field; and

</td>
<td>

Toshiba's 802.11(n)-compliant products provide at least one second field, separate from the first field, which includes a service type identifier which identifies a type of payload information provided in the at least one first field.

For example, Toshiba's Satellite A665 Series products provide at least one second field, separate from the frame body, which includes a service type identifier, which identifies a type of payload information provided in the frame.

</td>
</tr>
</table>

McKool 452900v1

## 7.1 MAC frame formats

Each frame consists of the following basic components:

a) A *MAC header*, which comprises frame control, duration, address, and sequence control information, and, for QoS data frames, QoS control information;

b) A variable length *frame body*, which contains information specific to the frame *type* and *subtype*;

c) A *FCS*, which contains an IEEE 32-bit CRC.

IEEE Std 802.11-2007 at 59.

## 7.1 MAC frame formats

*Change list item a) in 7.1 as follows:*

a) A *MAC header*, which comprises frame control, duration, address, ~~and~~ optional sequence control information, ~~and, for QoS data frames~~ optional QoS ~~c~~Control ~~information~~ (QoS data frames only), and optional HT Control fields (+HTC frames only);

IEEE Std 802.11n-2009 at 12.

## 7.1.2 General frame format

*Change the first two paragraphs of 7.1.2 as follows:*

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 7-1 depicts the general MAC frame format. The first three fields (Frame Control, Duration/ID, and Address 1) and the last field (FCS) in Figure 7-1 constitute the minimal frame format and are present in all frames, including reserved types and subtypes. The fields Address 2, Address 3, Sequence Control, Address 4, QoS Control, HT Control, and Frame Body are present only in certain frame types and subtypes. Each field is defined in 7.1.3. The format of each of the individual subtypes of each frame types is defined in 7.2. The components of management frame bodies are defined in 7.3. The formats of management frames of subtype Action are defined in 7.4.

The Frame Body field is of variable size. The maximum frame body size is determined by the maximum MSDU size (2304 octets) or the maximum A-MSDU size (3839 or 7935 octets, depending upon the STA's capability), plus any overhead from security encapsulation.

*Replace Figure 7-1 with the following figure:.*



Figure 7-1—MAC frame format

IEEE Std 802.11n-2009 at 12-13.

McKool 452900v1

### 7.1.3 Frame fields

#### 7.1.3.1 Frame Control field

The Frame Control field consists of the following subfields: Protocol Version, Type, Subtype, To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and Order. The format of the Frame Control field is illustrated in Figure 7-2.

| B0  B1 | B2      B3 | B4      B7 | B8 | B9 | B10 | B11 | B12 | B13 | B14 | B15 |
|---|---|---|---|---|---|---|---|---|---|---|
| Protocol Version | Type | Subtype | To DS | From DS | More Frag | Retry | Pwr Mgt | More Data | Protected Frame | Order |
| Bits : 2 | 2 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Figure 7-2—Frame Control field**

McKool 452900v1

### 7.1.3.1.2 Type and Subtype fields

The Type field is 2 bits in length, and the Subtype field is 4 bits in length. The Type and Subtype fields together identify the function of the frame. There are three frame types: control, data, and management. Each of the frame types has several defined subtypes. In data frames, the most significant bit (MSB) of the Subtype field, b7, is defined as the QoS subfield. Table 7-1 defines the valid combinations of type and subtype. (The numeric values in Table 7-1 are shown in binary.)

#### Table 7-1—Valid type and subtype combinations

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
| --- | --- | --- | --- |
| 00 | Management | 0000 | Association request |
| 00 | Management | 0001 | Association response |
| 00 | Management | 0010 | Reassociation request |
| 00 | Management | 0011 | Reassociation response |
| 00 | Management | 0100 | Probe request |
| 00 | Management | 0101 | Probe response |
| 00 | Management | 0110–0111 | Reserved |
| 00 | Management | 1000 | Beacon |
| 00 | Management | 1001 | ATIM |
| 00 | Management | 1010 | Disassociation |
| 00 | Management | 1011 | Authentication |
| 00 | Management | 1100 | Deauthentication |
| 00 | Management | 1101 | Action |
| 00 | Management | 1110–1111 | Reserved |
| 01 | Control | 0000–0111 | Reserved |
| 01 | Control | 1000 | Block Ack Request (BlockAckReq) |
| 01 | Control | 1001 | Block Ack (BlockAck) |
| 01 | Control | 1010 | PS-Poll |
| 01 | Control | 1011 | RTS |
| 01 | Control | 1100 | CTS |
| 01 | Control | 1101 | ACK |
| 01 | Control | 1110 | CF-End |
| 01 | Control | 1111 | CF-End + CF-Ack |

Table 7-1—Valid type and subtype combinations *(continued)*

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 10 | Data | 0000 | Data |
| 10 | Data | 0001 | Data + CF-Ack |
| 10 | Data | 0010 | Data + CF-Poll |
| 10 | Data | 0011 | Data + CF-Ack + CF-Poll |
| 10 | Data | 0100 | Null (no data) |
| 10 | Data | 0101 | CF-Ack (no data) |
| 10 | Data | 0110 | CF-Poll (no data) |
| 10 | Data | 0111 | CF-Ack + CF-Poll (no data) |
| 10 | Data | 1000 | QoS Data |
| 10 | Data | 1001 | QoS Data + CF-Ack |
| 10 | Data | 1010 | QoS Data + CF-Poll |
| 10 | Data | 1011 | QoS Data + CF-Ack + CF-Poll |
| 10 | Data | 1100 | QoS Null (no data) |
| 10 | Data | 1101 | Reserved |
| 10 | Data | 1110 | QoS CF-Poll (no data) |
| 10 | Data | 1111 | QoS CF-Ack + CF-Poll (no data) |
| 11 | Reserved | 0000–1111 | Reserved |

Each Subtype field bit position is used to indicate a specific modification of the basic data frame (subtype 0). Frame Control bit 4 is set to 1 in data subtypes that include +CF-Ack, bit 5 is set to 1 in data subtypes that include +CF-Poll, bit 6 is set to 1 in data subtypes that contain no Frame Body field, and bit 7 is set to 1 in the QoS data subtypes, which have QoS Control fields in their MAC headers.

IEEE Std 802.11-2007 at 60-62.

McKool 452900v1

### 7.1.3.1.2 Type and Subtype fields

*Insert management subtype 1110, change the management reserved subtypes row, change the control reserved subtypes row, and insert the control subtype 0111 in Table 7-1 as follows (note that the entire table is not shown here):*

Table 7-1—Valid type and subtype combinations

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 00 | Management | 1110 | Action No Ack |
| 00 | Management | ~~1110~~–1111 | Reserved |
| 01 | Control | 0000–011~~1~~0 | Reserved |
| 01 | Control | 0111 | Control Wrapper |

IEEE Std 802.11n-2009 at 13.

In addition, the Accused Instrumentalities also meet this limitation based on the TID subfield within the QOS Control field.

### 7.1.3.5 QoS Control field

*Change the first paragraph of 7.1.3.5 as follows:*

The QoS Control field is a 16-bit field that identifies the traffic category (TC) or traffic stream (TS) to which the frame belongs and various other QoS-related information about the frame that varies by frame type and subtype. The QoS Control field is present in all data frames in which the QoS subfield of the Subtype field is set to 1 (see 7.1.3.1.2). Each QoS Control field comprises five subfields, as defined for the particular sender (HC or non-AP STA) and frame type and subtype. The usage of these subfields and the various possible layouts of the QoS Control field are described 7.1.3.5.1 through ~~7.1.3.5.7~~ 7.1.3.5.8 and illustrated in Table 7-4.

## Table 7-4—QoS Control field

| Applicable frame (sub) types | Bits 0–3 | Bit 4 | Bit 5–6 | Bit 7 | Bits 8–15 |
|---|---|---|---|---|---|
| QoS CF-Poll and QoS CF-Ack+CF-Poll frames sent by HC <br> ~~QoS (+)CF-Poll frames sent by HC~~ | TID | EOSP | Ack Policy | Reserved | TXOP Limit |
| QoS Data+CF-Poll and QoS Data+CF-Ack+CF-Poll frames sent by HC | TID | EOSP | Ack Policy | A-MSDU Present | TXOP Limit |
| QoS Data and QoS Data+CF-Ack frames sent by HC | TID | EOSP | Ack Policy | A-MSDU Present | AP PS Buffer State |
| QoS Null frames sent by HC <br> ~~QoS Data, QoS Null, and QoS Data+CF-Ack frames sent by HC~~ | TID | EOSP | Ack Policy | Reserved | AP PS Buffer State |
| QoS Data and QoS Data+CF-Ack frames sent by non-AP STAs | TID | 0 | Ack Policy | A-MSDU Present | TXOP Duration Requested |
| | TID | 1 | Ack Policy | A-MSDU Present | Queue Size |
| QoS Null frames sent by non-AP STAs <br> ~~QoS data frames sent by non-AP STAs~~ | TID | 0 | Ack Policy | Reserved | TXOP Duration Requested |
| | TID | 1 | Ack Policy | Reserved | Queue Size |

IEEE Std 802.11n-2009 at 7.1.3.5.

McKool 452900v1

### 7.1.3.5.1 TID subfield

The TID subfield identifies the TC or TS to which the corresponding MSDU, or fragment thereof, in the Frame Body field belongs. The TID subfield also identifies the TC or TS of traffic for which a TXOP is being requested, through the setting of TXOP duration requested or queue size. The encoding of the TID subfield depends on the access policy (see 7.3.2.30) and is shown in Table 7-5. Additional information on the interpretation of the contents of this field appears in 6.1.1.2 .

**Table 7-5—TID subfield**

| Access policy | Usage | Allowed values in bits 0–3 (TID subfield) |
|---|---|---|
| EDCA | UP for either TC or TS, regardless of whether admission control is required | 0–7 |
| HCCA | TSID | 8–15 |
| HEMM | TSID, regardless of the access mechanism used | 8–15 |

IEEE Std 802.11-2007 at 7.1.3.5.

The TID subfield can be used to determine an UP value

McKool 452900v1

**6.1.1.1.1 Determination of UP of received frames at the AP sent by other STAs in the BSS**

The received unicast frames at the AP may be as follows:

a)  Non-QoS subtypes, in which case the AP shall assign to them a priority of Contention, if they are received during the contention period (CP), or ContentionFree, if they are received during the contention-free period (CFP).

b)  QoS subtypes, in which case the AP shall infer the UP value from the TID in the QoS Control field directly for TID values between 0 and 7. For TID values between 8 and 15, the AP shall extract the UP value in the UP subfield of the TS Info field in the associated TSPEC or from the UP field in the associated TCLAS (traffic classification) element, as applicable.

QoS APs deliver the UP with the received MSDUs to the DS.

IEEE Std 802.11-2007 at 7.1.3.5.

The UP value is used to determine the access category for traffic.

**9.1.3.1 HCF contention-based channel access (EDCA)**

The EDCA mechanism provides differentiated, distributed access to the WM for STAs using eight different UPs. The EDCA mechanism defines four access categories (ACs) that provide support for the delivery of traffic with UPs at the STAs. The AC is derived from the UPs as shown in Table 9-1.

For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where

a)  The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.

b)  The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.

McKool 452900v1

**Table 9-1—UP-to-AC mappings**

| Priority | UP (Same as 802.1D user priority) | 802.1D designation | AC | Designation (informative) |
|---|---|---|---|---|
| Lowest | 1 | BK | AC_BK | Background |
| | 2 | — | AC_BK | Background |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | AC_BE | Best Effort |
| | 4 | CL | AC_VI | Video |
| Highest | 5 | VI | AC_VI | Video |
| | 6 | VO | AC_VO | Voice |
| | 7 | NC | AC_VO | Voice |

c)  The contention window limits aCWmin and aCWmax, from which the random backoff is computed, are not fixed per PHY, as with DCF, but are variable (contained in the MIB attribute tables dot11QAPEDCACWmin and dot11QAPEDCACWmax for an AP and in the MIB attribute tables dot11EDCATableCWmin and dot11EDCATableCWmax for a non-AP STA) and assigned by a management entity or by an AP.

d)  Collisions between contending EDCAFs within a STA are resolved within the STA so that the data frames from the higher priority AC receives the TXOP and the data frames from the lower priority colliding AC(s) behave as if there were an external collision on the WM. Note, however, that this collision behavior does not include setting retry bits in the MAC headers of MPDUs at the head of the lower priority ACs, as would be done after a transmission attempt that was unsuccessful due to an actual external collision on the WM.

e)  During an EDCA TXOP won by an EDCAF, a STA may initiate multiple frame exchange sequences to transmit MMPDUs and/or MSDUs within the same AC. The duration of this EDCA TXOP is bounded, for an AC, by the value in dot11QAPEDCATXOPLimit MIB variable for an AP and in dot11EDCATableTXOPLimit MIB table for a non-AP STA. A value of 0 for this duration means that the EDCA TXOP is limited to a single MSDU or MMPDU at any rate in the operational set of the BSS.

The QoS AP announces the EDCA parameters in selected Beacon frames and in all Probe Response and (Re)Association Response frames by the inclusion of the EDCA Parameter Set information element. If no such element is received, the STAs shall use the default values for the parameters. The fields following the QoS Info field in the EDCA Parameter Set information element shall be included in all Beacon frames occurring within two or more delivery traffic indication message (DTIM) periods following a change in AC parameters to assure that all STAs are able to receive the updated EDCA parameters. A QoS STA shall update its MIB values of the EDCA parameters within an interval of time equal to one beacon interval after receiving an updated EDCA parameter set. QoS STAs update the MIB attributes and store the EDCA Parameter Set update count value in the QoS Info field. An AP may change the EDCA access parameters by changing the EDCA Parameter Set element in the Beacon and Probe Response frames. However, the AP should change them only rarely. A QoS STA shall use the EDCA Parameter Set Update Count Value subfield in the QoS Capability element of all Beacon frames to determine whether the STA is using the current EDCA Parameter Values. If the EDCA Parameter Set update count value in the QoS Capability element is different from the value that has been stored, the QoS STA shall query the updated EDCA parameter values by sending a Probe Request frame to the AP.

McKool 452900v1

<table>
<tr>
<td></td>
<td>The AP may use a different set of EDCA parameters than it advertises to the STAs in its BSS.

The management frames shall be sent using the access category AC_VO without being restricted by admission control procedures. A QoS STA shall also send management frames using the access category AC_VO before associating with any BSS, even if there is no QoS facility available in that BSS. BlockAckReq and BlockAck control frames shall be sent using the same QoS parameters as the corresponding QoS data frames. PS-Poll control frames shall be sent using the access category AC_BE to reduce the likelihood of collision following a Beacon frame. For the purpose of determining the proper AC for an RTS frame, the RTS frame shall inherit the UP of the data or management frame(s) that are included in the frame exchange sequence where the RTS is the first frame.

The operation rules of HCF contention-based channel access are defined in 9.9.1.

*IEEE Std 802.11-2007 at 9.1.3.1.*

*The access categories described above can be used to prioritize traffic based on the type of information contained in the payload.*

*To the extent Defendants argue that this limitation is not literally present, it is also met under the doctrine of equivalents. The Accused Instrumentalities perform substantially the same function in substantially the same way to arrive at substantially the same result. For example, the Accused Instrumentalities perform substantially the same function (identifying a type of payload information) in substantially the same way (providing a separate service type identifier field) to arrive at substantially the same result (identifying a type of payload information based on information contained in a service type identifier field).*</td>
</tr>
<tr>
<td>transmitting said at least one first field and said at least one second field on said radio channel.</td>
<td>Toshiba's 802.11(n)-compliant products transmit the at least one first field and the at least one second field on the radio channel.

For example, Toshiba's Satellite A665 Series products transmit the at least one frame body and the at least one second field on the radio channel.</td>
</tr>
</table>

## 1.2 Purpose

The purpose of this standard is to provide wireless connectivity to automatic machinery, equipment, or STAs that require rapid deployment, which may be portable or hand-held, or which may be mounted on moving vehicles within a local area. This standard also offers regulatory bodies a means of standardizing access to one or more frequency bands for the purpose of local area communication.

Specifically, this standard

— Describes the functions and services required by an IEEE 802.11™-compliant device to operate within ad hoc and infrastructure networks as well as the aspects of STA mobility (transition) within those networks.

— Defines the MAC procedures to support the asynchronous MAC service data unit (MSDU) delivery services.

IEEE Std 802.11-2007 at 1.

## 6.1 Overview of MAC services

### 6.1.1 Data service

This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic

IEEE Std 802.11-2007 at 51.

## 7. Frame formats

The format of the MAC frames is specified in this clause. A STA shall be able properly to construct a subset of the frames specified in this clause for transmission and to decode a (potentially different) subset of the frames specified in this clause upon validation following reception. The particular subset of these frames that a STA constructs and decodes is determined by the functions supported by that particular STA, as specified in 7.5. All STAs shall be able to validate every received frame using the frame check sequence (FCS) and to interpret certain fields from the MAC headers of all frames.

IEEE Std 802.11-2007 at 59.

| | |
|---|---|
| 22. The method of claim 19, further comprising the step of:<br><br>changing said type of information from a first type to a second type during a connection | Toshiba's 802.11(n)-compliant products change the type of information from a first type to a second type during a connection between the communication terminal and the system.<br><br>For example, Toshiba's Satellite A665 Series products change the type of information from a first type to a second type during a connection between the communication terminal and the system. |

between said communication terminal and said system; and

## 7.1 MAC frame formats

Each frame consists of the following basic components:

a) A *MAC header*, which comprises frame control, duration, address, and sequence control information, and, for QoS data frames, QoS control information;

b) A variable length *frame body*, which contains information specific to the frame *type* and *subtype*;

c) A *FCS*, which contains an IEEE 32-bit CRC.

IEEE Std 802.11-2007 at 59.

## 7.1 MAC frame formats

*Change list item a) in 7.1 as follows:*

a) A *MAC header*, which comprises frame control, duration, address, ~~and~~ optional sequence control information, ~~and, for QoS data frames~~ optional QoS ~~e~~Control ~~information~~ (QoS data frames only), and optional HT Control fields (+HTC frames only);

IEEE Std 802.11n-2009 at 12.

## 7.1.2 General frame format

*Change the first two paragraphs of 7.1.2 as follows:*

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 7-1 depicts the general MAC frame format. The first three fields (Frame Control, Duration/ID, and Address 1) and the last field (FCS) in Figure 7-1 constitute the minimal frame format and are present in all frames, including reserved types and subtypes. The fields Address 2, Address 3, Sequence Control, Address 4, QoS Control, HT Control, and Frame Body are present only in certain frame types and subtypes. Each field is defined in 7.1.3. The format of each of the individual subtypes of each frame types is defined in 7.2. The components of management frame bodies are defined in 7.3. The formats of management frames of subtype Action are defined in 7.4.

The Frame Body field is of variable size. The maximum frame body size is determined by the maximum MSDU size (2304 octets) or the maximum A-MSDU size (3839 or 7935 octets, depending upon the STA's capability), plus any overhead from security encapsulation.

*Replace Figure 7-1 with the following figure:.*



Figure 7-1—MAC frame format

IEEE Std 802.11n-2009 at 12-13.

### 7.1.3 Frame fields

#### 7.1.3.1 Frame Control field

The Frame Control field consists of the following subfields: Protocol Version, Type, Subtype, To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and Order. The format of the Frame Control field is illustrated in Figure 7-2.

| B0 B1 | B2 B3 | B4 B7 | B8 | B9 | B10 | B11 | B12 | B13 | B14 | B15 |
|---|---|---|---|---|---|---|---|---|---|---|
| Protocol Version | Type | Subtype | To DS | From DS | More Frag | Retry | Pwr Mgt | More Data | Protected Frame | Order |

Bits : 2    2    4    1    1    1    1    1    1    1    1

**Figure 7-2—Frame Control field**

McKool 452900v1

**7.1.3.1.2 Type and Subtype fields**

The Type field is 2 bits in length, and the Subtype field is 4 bits in length. The Type and Subtype fields together identify the function of the frame. There are three frame types: control, data, and management. Each of the frame types has several defined subtypes. In data frames, the most significant bit (MSB) of the Subtype field, b7, is defined as the QoS subfield. Table 7-1 defines the valid combinations of type and subtype. (The numeric values in Table 7-1 are shown in binary.)

**Table 7-1—Valid type and subtype combinations**

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 00 | Management | 0000 | Association request |
| 00 | Management | 0001 | Association response |
| 00 | Management | 0010 | Reassociation request |
| 00 | Management | 0011 | Reassociation response |
| 00 | Management | 0100 | Probe request |
| 00 | Management | 0101 | Probe response |
| 00 | Management | 0110–0111 | Reserved |
| 00 | Management | 1000 | Beacon |
| 00 | Management | 1001 | ATIM |
| 00 | Management | 1010 | Disassociation |
| 00 | Management | 1011 | Authentication |
| 00 | Management | 1100 | Deauthentication |
| 00 | Management | 1101 | Action |
| 00 | Management | 1110–1111 | Reserved |
| 01 | Control | 0000–0111 | Reserved |
| 01 | Control | 1000 | Block Ack Request (BlockAckReq) |
| 01 | Control | 1001 | Block Ack (BlockAck) |
| 01 | Control | 1010 | PS-Poll |
| 01 | Control | 1011 | RTS |
| 01 | Control | 1100 | CTS |
| 01 | Control | 1101 | ACK |
| 01 | Control | 1110 | CF-End |
| 01 | Control | 1111 | CF-End + CF-Ack |

Table 7-1—Valid type and subtype combinations *(continued)*

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 10 | Data | 0000 | Data |
| 10 | Data | 0001 | Data + CF-Ack |
| 10 | Data | 0010 | Data + CF-Poll |
| 10 | Data | 0011 | Data + CF-Ack + CF-Poll |
| 10 | Data | 0100 | Null (no data) |
| 10 | Data | 0101 | CF-Ack (no data) |
| 10 | Data | 0110 | CF-Poll (no data) |
| 10 | Data | 0111 | CF-Ack + CF-Poll (no data) |
| 10 | Data | 1000 | QoS Data |
| 10 | Data | 1001 | QoS Data + CF-Ack |
| 10 | Data | 1010 | QoS Data + CF-Poll |
| 10 | Data | 1011 | QoS Data + CF-Ack + CF-Poll |
| 10 | Data | 1100 | QoS Null (no data) |
| 10 | Data | 1101 | Reserved |
| 10 | Data | 1110 | QoS CF-Poll (no data) |
| 10 | Data | 1111 | QoS CF-Ack + CF-Poll (no data) |
| 11 | Reserved | 0000–1111 | Reserved |

Each Subtype field bit position is used to indicate a specific modification of the basic data frame (subtype 0). Frame Control bit 4 is set to 1 in data subtypes that include +CF-Ack, bit 5 is set to 1 in data subtypes that include +CF-Poll, bit 6 is set to 1 in data subtypes that contain no Frame Body field, and bit 7 is set to 1 in the QoS data subtypes, which have QoS Control fields in their MAC headers.

IEEE Std 802.11-2007 at 60-62.

**7.1.3.1.2 Type and Subtype fields**

*Insert management subtype 1110, change the management reserved subtypes row, change the control reserved subtypes row, and insert the control subtype 0111 in Table 7-1 as follows (note that the entire table is not shown here):*

Table 7-1—Valid type and subtype combinations

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 00 | Management | 1110 | Action No Ack |
| 00 | Management | ~~1110~~ 1111 | Reserved |
| 01 | Control | 0000–011~~1~~0 | Reserved |
| 01 | Control | 0111 | Control Wrapper |

IEEE Std 802.11n-2009 at 13.

| | |
|---|---|
| adjusting a value of said service type identifier to correspond to the second type of information. | Toshiba's 802.11(n)-compliant products adjust a value of the service type identifier to correspond to the second type of information.<br><br>For example, Toshiba's Satellite A665 Series products adjust a value of the service type identifier to correspond to the second type of information.<br><br>**7.1 MAC frame formats**<br><br>Each frame consists of the following basic components:<br><br>a)  A *MAC header*, which comprises frame control, duration, address, and sequence control information, and, for QoS data frames, QoS control information;<br>b)  A variable length *frame body*, which contains information specific to the frame *type* and *subtype*;<br>c)  A *FCS*, which contains an IEEE 32-bit CRC.<br>IEEE Std 802.11-2007 at 59.<br><br>**7.1 MAC frame formats**<br><br>*Change list item a) in 7.1 as follows:*<br><br>a)  A *MAC header*, which comprises frame control, duration, address, ~~and~~ optional sequence control information, ~~and, for QoS data frames~~ optional QoS ~~c~~Control ~~information~~ (QoS data frames only), and optional HT Control fields (+HTC frames only);<br>IEEE Std 802.11n-2009 at 12. |

### 7.1.2 General frame format

*Change the first two paragraphs of 7.1.2 as follows:*

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 7-1 depicts the general MAC frame format. The first three fields (Frame Control, Duration/ID, and Address 1) and the last field (FCS) in Figure 7-1 constitute the minimal frame format and are present in all frames, including reserved types and subtypes. The fields Address 2, Address 3, Sequence Control, Address 4, QoS Control, HT Control, and Frame Body are present only in certain frame types and subtypes. Each field is defined in 7.1.3. The format of each of the individual subtypes of each frame types is defined in 7.2. The components of management frame bodies are defined in 7.3. The formats of management frames of subtype Action are defined in 7.4.

The Frame Body field is of variable size. The maximum frame body size is determined by the maximum MSDU size (2304 octets) or the maximum A-MSDU size (3839 or 7935 octets, depending upon the STA's capability), plus any overhead from security encapsulation.

*Replace Figure 7-1 with the following figure:.*



**Figure 7-1—MAC frame format**

IEEE Std 802.11n-2009 at 12-13.

### 7.1.3 Frame fields

### 7.1.3.1 Frame Control field

The Frame Control field consists of the following subfields: Protocol Version, Type, Subtype, To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and Order. The format of the Frame Control field is illustrated in Figure 7-2.



**Figure 7-2—Frame Control field**

### 7.1.3.1.2 Type and Subtype fields

The Type field is 2 bits in length, and the Subtype field is 4 bits in length. The Type and Subtype fields together identify the function of the frame. There are three frame types: control, data, and management. Each of the frame types has several defined subtypes. In data frames, the most significant bit (MSB) of the Subtype field, b7, is defined as the QoS subfield. Table 7-1 defines the valid combinations of type and subtype. (The numeric values in Table 7-1 are shown in binary.)

### Table 7-1—Valid type and subtype combinations

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 00 | Management | 0000 | Association request |
| 00 | Management | 0001 | Association response |
| 00 | Management | 0010 | Reassociation request |
| 00 | Management | 0011 | Reassociation response |
| 00 | Management | 0100 | Probe request |
| 00 | Management | 0101 | Probe response |
| 00 | Management | 0110–0111 | Reserved |
| 00 | Management | 1000 | Beacon |
| 00 | Management | 1001 | ATIM |
| 00 | Management | 1010 | Disassociation |
| 00 | Management | 1011 | Authentication |
| 00 | Management | 1100 | Deauthentication |
| 00 | Management | 1101 | Action |
| 00 | Management | 1110–1111 | Reserved |
| 01 | Control | 0000–0111 | Reserved |
| 01 | Control | 1000 | Block Ack Request (BlockAckReq) |
| 01 | Control | 1001 | Block Ack (BlockAck) |
| 01 | Control | 1010 | PS-Poll |
| 01 | Control | 1011 | RTS |
| 01 | Control | 1100 | CTS |
| 01 | Control | 1101 | ACK |
| 01 | Control | 1110 | CF-End |
| 01 | Control | 1111 | CF-End + CF-Ack |

Table 7-1—Valid type and subtype combinations *(continued)*

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 10 | Data | 0000 | Data |
| 10 | Data | 0001 | Data + CF-Ack |
| 10 | Data | 0010 | Data + CF-Poll |
| 10 | Data | 0011 | Data + CF-Ack + CF-Poll |
| 10 | Data | 0100 | Null (no data) |
| 10 | Data | 0101 | CF-Ack (no data) |
| 10 | Data | 0110 | CF-Poll (no data) |
| 10 | Data | 0111 | CF-Ack + CF-Poll (no data) |
| 10 | Data | 1000 | QoS Data |
| 10 | Data | 1001 | QoS Data + CF-Ack |
| 10 | Data | 1010 | QoS Data + CF-Poll |
| 10 | Data | 1011 | QoS Data + CF-Ack + CF-Poll |
| 10 | Data | 1100 | QoS Null (no data) |
| 10 | Data | 1101 | Reserved |
| 10 | Data | 1110 | QoS CF-Poll (no data) |
| 10 | Data | 1111 | QoS CF-Ack + CF-Poll (no data) |
| 11 | Reserved | 0000–1111 | Reserved |

Each Subtype field bit position is used to indicate a specific modification of the basic data frame (subtype 0). Frame Control bit 4 is set to 1 in data subtypes that include +CF-Ack, bit 5 is set to 1 in data subtypes that include +CF-Poll, bit 6 is set to 1 in data subtypes that contain no Frame Body field, and bit 7 is set to 1 in the QoS data subtypes, which have QoS Control fields in their MAC headers.

IEEE Std 802.11-2007 at 60-62.

McKool 452900v1

### 7.1.3.1.2 Type and Subtype fields

*Insert management subtype 1110, change the management reserved subtypes row, change the control reserved subtypes row, and insert the control subtype 0111 in Table 7-1 as follows (note that the entire table is not shown here):*

Table 7-1—Valid type and subtype combinations

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 00 | Management | 1110 | Action No Ack |
| 00 | Management | ~~1110~~–1111 | Reserved |
| 01 | Control | 0000–011~~1~~0 | Reserved |
| 01 | Control | 0111 | Control Wrapper |

IEEE Std 802.11n-2009 at 13.

<u>In addition, Intel Accused Instrumentalities also meet this limitation based on the TID subfield within the QOS Control field.</u>

## 7.1.3.5 QoS Control field

*Change the first paragraph of 7.1.3.5 as follows:*

The QoS Control field is a 16-bit field that identifies the traffic category (TC) or traffic stream (TS) to which the frame belongs and various other QoS-related information about the frame that varies by frame type and subtype. The QoS Control field is present in all data frames in which the QoS subfield of the Subtype field is set to 1 (see 7.1.3.1.2). Each QoS Control field comprises five subfields, as defined for the particular sender (HC or non-AP STA) and frame type and subtype. The usage of these subfields and the various possible layouts of the QoS Control field are described 7.1.3.5.1 through ~~7.1.3.5.7~~ 7.1.3.5.8 and illustrated in Table 7-4.

**Table 7-4—QoS Control field**

| Applicable frame (sub) types | Bits 0–3 | Bit 4 | Bit 5–6 | Bit 7 | Bits 8–15 |
|---|---|---|---|---|---|
| QoS CF-Poll and QoS CF-Ack+CF-Poll frames sent by HC<br>~~QoS (+)CF-Poll frames sent by HC~~ | TID | EOSP | Ack Policy | Reserved | TXOP Limit |
| QoS Data+CF-Poll and QoS Data+CF-Ack+CF-Poll frames sent by HC | TID | EOSP | Ack Policy | A-MSDU Present | TXOP Limit |
| QoS Data and QoS Data+CF-Ack frames sent by HC | TID | EOSP | Ack Policy | A-MSDU Present | AP PS Buffer State |
| QoS Null frames sent by HC<br>~~QoS Data, QoS Null, and QoS Data+CF-Ack frames sent by HC~~ | TID | EOSP | Ack Policy | Reserved | AP PS Buffer State |
| QoS Data and QoS Data+CF-Ack frames sent by non-AP STAs | TID | 0 | Ack Policy | A-MSDU Present | TXOP Duration Requested |
| | TID | 1 | Ack Policy | A-MSDU Present | Queue Size |
| QoS Null frames sent by non-AP STAs<br>~~QoS data frames sent by non-AP STAs~~ | TID | 0 | Ack Policy | Reserved | TXOP Duration Requested |
| | TID | 1 | Ack Policy | Reserved | Queue Size |

IEEE Std 802.11n-2009 at 7.1.3.5.

McKool 452900v1

### 7.1.3.5.1 TID subfield

The TID subfield identifies the TC or TS to which the corresponding MSDU, or fragment thereof, in the Frame Body field belongs. The TID subfield also identifies the TC or TS of traffic for which a TXOP is being requested, through the setting of TXOP duration requested or queue size. The encoding of the TID subfield depends on the access policy (see 7.3.2.30) and is shown in Table 7-5. Additional information on the interpretation of the contents of this field appears in 6.1.1.2 .

**Table 7-5—TID subfield**

| Access policy | Usage | Allowed values in bits 0–3 (TID subfield) |
|---|---|---|
| EDCA | UP for either TC or TS, regardless of whether admission control is required | 0–7 |
| HCCA | TSID | 8–15 |
| HEMM | TSID, regardless of the access mechanism used | 8–15 |

IEEE Std 802.11-2007 at 7.1.3.5.

The TID subfield can be used to determine an UP value

McKool 452900v1

**6.1.1.1.1 Determination of UP of received frames at the AP sent by other STAs in the BSS**

The received unicast frames at the AP may be as follows:

a) Non-QoS subtypes, in which case the AP shall assign to them a priority of Contention, if they are received during the contention period (CP), or ContentionFree, if they are received during the contention-free period (CFP).

b) QoS subtypes, in which case the AP shall infer the UP value from the TID in the QoS Control field directly for TID values between 0 and 7. For TID values between 8 and 15, the AP shall extract the UP value in the UP subfield of the TS Info field in the associated TSPEC or from the UP field in the associated TCLAS (traffic classification) element, as applicable.

QoS APs deliver the UP with the received MSDUs to the DS.

IEEE Std 802.11-2007 at 7.1.3.5.

The UP value is used to determine the access category for traffic.

**9.1.3.1 HCF contention-based channel access (EDCA)**

The EDCA mechanism provides differentiated, distributed access to the WM for STAs using eight different UPs. The EDCA mechanism defines four access categories (ACs) that provide support for the delivery of traffic with UPs at the STAs. The AC is derived from the UPs as shown in Table 9-1.

For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where

a) The parameters used by the EDCAF to control its operation are defined by MIB attribute table dot11QAPEDCATable at the AP and by MIB attribute table dot11EDCATable at the non-AP STA.

b) The minimum specified idle duration time is not the constant value (DIFS) as defined for DCF, but is a distinct value (contained in the MIB attribute table dot11QAPEDCATableAIFSN for an AP and in the MIB table dot11EDCATableAIFSN for a non-AP STA; see 9.9.1) assigned either by a management entity or by an AP.

McKool 452900v1

## Table 9-1—UP-to-AC mappings

| Priority | UP (Same as 802.1D user priority) | 802.1D designation | AC | Designation (informative) |
|---|---|---|---|---|
| Lowest | 1 | BK | AC_BK | Background |
| | 2 | — | AC_BK | Background |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | AC_BE | Best Effort |
| | 4 | CL | AC_VI | Video |
| Highest | 5 | VI | AC_VI | Video |
| | 6 | VO | AC_VO | Voice |
| | 7 | NC | AC_VO | Voice |

McKool 452900v1

c)   The contention window limits aCWmin and aCWmax, from which the random backoff is computed, are not fixed per PHY, as with DCF, but are variable (contained in the MIB attribute tables dot11QAPEDCACWmin and dot11QAPEDCACWmax for an AP and in the MIB attribute tables dot11EDCATableCWmin and dot11EDCATableCWmax for a non-AP STA) and assigned by a management entity or by an AP.

d)   Collisions between contending EDCAFs within a STA are resolved within the STA so that the data frames from the higher priority AC receives the TXOP and the data frames from the lower priority colliding AC(s) behave as if there were an external collision on the WM. Note, however, that this collision behavior does not include setting retry bits in the MAC headers of MPDUs at the head of the lower priority ACs, as would be done after a transmission attempt that was unsuccessful due to an actual external collision on the WM.

e)   During an EDCA TXOP won by an EDCAF, a STA may initiate multiple frame exchange sequences to transmit MMPDUs and/or MSDUs within the same AC. The duration of this EDCA TXOP is bounded, for an AC, by the value in dot11QAPEDCATXOPLimit MIB variable for an AP and in dot11EDCATableTXOPLimit MIB table for a non-AP STA. A value of 0 for this duration means that the EDCA TXOP is limited to a single MSDU or MMPDU at any rate in the operational set of the BSS.

The QoS AP announces the EDCA parameters in selected Beacon frames and in all Probe Response and (Re)Association Response frames by the inclusion of the EDCA Parameter Set information element. If no such element is received, the STAs shall use the default values for the parameters. The fields following the QoS Info field in the EDCA Parameter Set information element shall be included in all Beacon frames occurring within two or more delivery traffic indication message (DTIM) periods following a change in AC parameters to assure that all STAs are able to receive the updated EDCA parameters. A QoS STA shall update its MIB values of the EDCA parameters within an interval of time equal to one beacon interval after receiving an updated EDCA parameter set. QoS STAs update the MIB attributes and store the EDCA Parameter Set update count value in the QoS Info field. An AP may change the EDCA access parameters by changing the EDCA Parameter Set element in the Beacon and Probe Response frames. However, the AP should change them only rarely. A QoS STA shall use the EDCA Parameter Set Update Count Value subfield in the QoS Capability element of all Beacon frames to determine whether the STA is using the current EDCA Parameter Values. If the EDCA Parameter Set update count value in the QoS Capability element is different from the value that has been stored, the QoS STA shall query the updated EDCA parameter values by sending a Probe Request frame to the AP.

McKool 452900v1

| | |
|---|---|
| | The AP may use a different set of EDCA parameters than it advertises to the STAs in its BSS.<br><br>The management frames shall be sent using the access category AC_VO without being restricted by admission control procedures. A QoS STA shall also send management frames using the access category AC_VO before associating with any BSS, even if there is no QoS facility available in that BSS. BlockAckReq and BlockAck control frames shall be sent using the same QoS parameters as the corresponding QoS data frames. PS-Poll control frames shall be sent using the access category AC_BE to reduce the likelihood of collision following a Beacon frame. For the purpose of determining the proper AC for an RTS frame, the RTS frame shall inherit the UP of the data or management frame(s) that are included in the frame exchange sequence where the RTS is the first frame.<br><br>The operation rules of HCF contention-based channel access are defined in 9.9.1.<br><br>IEEE Std 802.11-2007 at 9.1.3.1.<br>The access categories described above can be used to prioritize traffic based on the type of information contained in the payload.<br><br>To the extent Defendants argue that this limitation is not literally present, it is also met under the doctrine of equivalents. Intel Accused Instrumentalities perform substantially the same function in substantially the same way to arrive at substantially the same result. For example, Defendants' accused products containing Intel Accused Instrumentalities perform substantially the same function (identifying a type of payload information) in substantially the same way (adjusting the value of a service type identifier field) to arrive at substantially the same result (identifying a type of payload information based on information contained in a service type identifier field). |
| 23. The method of claim 22, wherein said first type of information is one of video, voice and data and said second type of information is different one of video, voice and data. | Toshiba's 802.11(n)-compliant products handle a first type of information that is one of video, voice, and data, and a second type of information that is a different one of video, voice, and data.<br><br>For example, Toshiba's Satellite A665 Series products handle a first type of information that is a video file (such as a Skype or YouTube video). In addition, Toshiba's Satellite A665 Series processor also handles a second type of information that is an audio file (such as a music file or Skype audio call) or a data file (such as an image). |



## Webcam and Mic

Built-in webcams and microphones let you chat face-to-face, collaborate with classmates, videoconference, and generally improve the way you interact with the world around you.

Toshiba A660 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X.

See also for example:

### Table 9-1—UP-to-AC mappings

| Priority | UP (Same as 802.1D user priority) | 802.1D designation | AC | Designation (informative) |
|---|---|---|---|---|
| Lowest | 1 | BK | AC_BK | Background |
| | 2 | — | AC_BK | Background |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | AC_BE | Best Effort |
| | 4 | CL | AC_VI | Video |
| Highest | 5 | VI | AC_VI | Video |
| | 6 | VO | AC_VO | Voice |
| | 7 | NC | AC_VO | Voice |

IEEE Std 802.11-2007 at 9.1.3.1.

McKool 452900v1

| | |
|---|---|
| 24. The method of claim 19, wherein said information is multimedia information. | Toshiba's 802.11(n)-compliant products operate with information that is multimedia information.<br><br>For example, Toshiba's Satellite A665 Series products operate with multimedia information such as audio and video files.<br><br>**Webcam and Mic**<br>Built-in webcams and microphones let you chat face-to-face, collaborate with classmates, videoconference, and generally improve the way you interact with the world around you.<br><br>Toshiba A660 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X.<br>See also for example: |

**Table 9-1—UP-to-AC mappings**

| Priority | UP (Same as 802.1D user priority) | 802.1D designation | AC | Designation (informative) |
|---|---|---|---|---|
| Lowest | 1 | BK | AC_BK | Background |
| | 2 | — | AC_BK | Background |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | AC_BE | Best Effort |
| | 4 | CL | AC_VI | Video |
| Highest | 5 | VI | AC_VI | Video |
| | 6 | VO | AC_VO | Voice |
| | 7 | NC | AC_VO | Voice |

IEEE Std 802.11-2007 at 9.1.3.1.