# Exhibit

# 11

| USP 6,424,625 | Toshiba Satellite A665 Series[1] |
|---|---|
| 1. A method for discarding packets in a data network employing a packet transfer protocol including an automatic repeat request scheme, comprising the steps of: | Toshiba's 802.11(n)-compliant products discard packets in a data network employing a packet transfer protocol including an automatic repeat request scheme.<br><br>For example, Toshiba's Satellite A665 Series products discard packets in a data network employing a packet transfer protocol including an automatic repeat request scheme.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element. To the extent Defendants argue that discarding packets in a data network employing a packet transfer protocol including an automatic repeat request scheme does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed. For example, Defendant's 802.11(n)-compliant products perform substantially the same function (discarding packets in a data network), in substantially the same way (by employing a packet transfer protocol including an automatic repeat request scheme), to arrive at substantially the same result (discarding packets in a data network employing a packet transfer protocol including an automatic repeat request scheme).<br><br>WIRELESS LAN*<br>Wi-Fi® Wireless networking (802.11b/g/n)<br>Toshiba Satellite A665 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X.<br><br>The originator may transmit QoS data MPDUs with a TID matching an established Block Ack agreement in any order provided that their sequence numbers lie within the current transmission window. The originator may transmit an MPDU with a sequence number that is beyond the current transmission window ($SN > WinStart_O + WinSize_O - 1$), in which case the originator's transmission window (and the recipient's window) will be moved forward. The originator should not transmit MPDUs that are lower than (i.e., $SN < WinStart_O$) the current transmission window.<br><br>IEEE Std 802.11n-2009 at 139. |
| a transmitter in the data network commanding a receiver in the data network to | Toshiba's 802.11(n)-compliant products include a transmitter in the data network that commands a receiver.<br><br>For example, Toshiba's Satellite A665 Series products include a transmitter that commands a receiver. |

[1] The "Accused Products" are all 802.11(n)-compliant Toshiba products. The Accused Products include, but are not limited to, at least the Netbook Series, Qosmio Series, Portege Series, Satellite Pro Series, and Tecra Series. As examples, the Accused Products would include the products listed in Exhibit A.

As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that having a transmitter in the data network command a receiver in the data network does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (command a receiver), in substantially the same way (by a transmitter), to arrive at substantially the same result (commanding a receiver in the data network).

The originator may transmit QoS data MPDUs with a TID matching an established Block Ack agreement in any order provided that their sequence numbers lie within the current transmission window. The originator may transmit an MPDU with a sequence number that is beyond the current transmission window $(SN > WinStart_O + WinSize_O - 1)$, in which case the originator's transmission window (and the recipient's window) will be moved forward. The originator should not transmit MPDUs that are lower than (i.e., $SN < WinStart_O$) the current transmission window.

IEEE Std 802.11n-2009 at 139.

| a) receive at least one packet having a sequence number that is not consecutive with a sequence number of a previously received packet and | Toshiba's 802.11(n)-compliant products include a transmitter that commands a receiver to receive at least one packet having a sequence number that is not consecutive with a sequence number of a previously received packet. |
|---|---|
| | For example, Toshiba's Satellite A665 Series products include a transmitter that commands the receiver to receive at least one packet with a sequence number that is beyond the current transmission window. |
| | As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element. To the extent Defendants argue that receiving at least one packet having a sequence number that is not consecutive with a sequence number of a previously received packet does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed. For example, Defendant's 802.11(n)-compliant products perform substantially the same function (receive at least one packet having a sequence number that is not consecutive with a sequence number of a previously received packet), in substantially the same way (by a transmitter commanding a receiver), to arrive at substantially the same result (receiving at least one packet having a sequence number that is not consecutive with a sequence number of a previously received packet). |
| | The originator may transmit QoS data MPDUs with a TID matching an established Block Ack agreement in any order provided that their sequence numbers lie within the current transmission window. The originator may transmit an MPDU with a sequence number that is beyond the current transmission window ($SN > WinStart_O + WinSize_O - 1$), in which case the originator's transmission window (and the recipient's window) will be moved forward. The originator should not transmit MPDUs that are lower than (i.e., $SN < WinStart_O$) the current transmission window.

IEEE Std 802.11n-2009 at 139. |

### Reorder buffer operation

When the recipient receives a QoS Data frame for which a block ack session is in place, the recipient will buffer the MPDU. If the arriving MPDU completes the MSDU at the head of the reorder buffer, then the recipient forwards the complete MSDU and subsequent complete MSDUs in the reorder buffer in sequence to the higher layers until an incomplete MSDU forming a hole in the sequence space is encountered. If, when the MPDU arrives, there are incomplete preceding MSDUs in the reorder buffer then the MSDU is held until those preceding MSDUs are complete.

If an MPDU arrives and the reorder buffer is full then the first MSDU in the reorder buffer is discarded (since it is incomplete) to make room. This may also result in the release of complete subsequent MSDUs to the higher layers.

If a BAR frame is received, all complete MSDUs with a lower sequence number than the starting sequence number of the BAR are forwarded to the higher layers and all incomplete MSDUs with a lower sequence number are discarded. The BAR frame thus has a dual role. In addition to soliciting a block ack response, it provides the originator with a mechanism for flushing the recipient's reorder buffer of incomplete MSDUs or holes representing MSDUs whose retransmit lifetime has expired. If the originator discards one or more MPDUs due to lifetime expiry it must send a BAR to flush the recipient reorder buffer so that subsequent MSDUs are not needlessly held up waiting for the sequence to be completed.

Figure 8.12 gives an example of reorder buffer behavior. A block of QoS Data frames composed of fragmented MSDUs is sent. In the diagram, the QoS Data MPDUs are numbered with the number before the decimal point being the MSDU sequence number and the number after the decimal point being the MSDU fragment number. MSDU 1 is received completely, reassembled and forwarded to the higher layers. The second fragment of MSDU 2 is lost and thus the received fragment is stored until MSDU 2 can be completed. This holds up subsequent MSDUs even if they are complete.

McKool 452968v1



**Figure 8.12** Reorder buffer behavior with fragmented MSDU's.

After a BAR/BA exchange, the originator learns of the lost fragments and retransmits them together with additional MSDUs that are available and that will fit in the reorder buffer. All MSDUs are now complete and forwarded in sequence to the higher layers. The originator learns that all MSDUs have been successfully transferred with another BAR/BA exchange.



**Figure 8.14** Using BAR to flush the reorder buffer.

responder will return a BA in response to the aggregate. The two response mechanisms to Normal Ack policy are illustrated in Figure 8.13.

The use of Normal Ack policy to solicit a BA does not eliminate the need for the BAR. Recall that the BAR frame performs two functions: it solicits a BA response and it flushes the MSDUs in the reorder buffer that are held up due to an earlier incomplete MSDU. If the originator does not receive an acknowledgement for an MSDU whose lifetime has expired then the originator must send a BAR to flush the recipient's reorder buffer of complete MSDUs subsequent to the MSDU that will never make it across. This is illustrated in the example given in Figure 8.14.

In this example, MSDU 3 is not successfully received by the recipient after a number of retries. On lifetime expiry the originator discards MSDU 3. To eliminate the hole in the recipient's reorder buffer, the originator must send a BAR with a SSN that is greater than the sequence number of the discarded MSDU. In practice, the SSN is set to the sequence number of the next MSDU to be transmitted (although that MSDU may not be available for transmission yet) which in this case is 8 since all MSDUs with lower sequence numbers have been acknowledged and discarded by the originator.

Next Generation Wireless LANs Throughput, Robustness, and Reliability in 802.11n by Eldad Perahia and Robert Stacey, Cambridge University Press, at 216-218.

| | |
|---|---|
| b) release any expectation of receiving outstanding packets having sequence numbers prior to the at least one packet; and | Toshiba's 802.11(n)-compliant products include a transmitter that commands a receiver to release an expectation of receiving outstanding packets having sequence numbers prior to the at least one packet.<br><br>For example, Toshiba's Satellite A665 Series products include a transmitter that commands a receiver to release any expectation of receiving outstanding packets having sequence numbers prior to the at least one packet.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element. To the extent Defendants argue that releasing any expectation of receiving outstanding packets having sequence numbers prior to the at least one packet does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed. For example, Defendant's 802.11(n)-compliant products perform substantially the same function (release any expectation of receiving outstanding packets having sequence numbers prior to the at least one packet), in substantially the same way (by a transmitter commanding a receiver), to arrive at substantially the same result (release any expectation of receiving outstanding packets having sequence numbers prior to the at least one packet).<br><br>The originator may transmit QoS data MPDUs with a TID matching an established Block Ack agreement in any order provided that their sequence numbers lie within the current transmission window. The originator may transmit an MPDU with a sequence number that is beyond the current transmission window ($SN > WinStart_O + WinSize_O - 1$), in which case the originator's transmission window (and the recipient's window) will be moved forward. The originator should not transmit MPDUs that are lower than (i.e., $SN < WinStart_O$) the current transmission window.<br><br>IEEE Std 802.11n-2009 at 139.<br><br>The originator shall not retransmit an MPDU after that MPDU's appropriate lifetime limit.<br><br>IEEE Std 802.11n-2009 at 139.<br><br>b) If $WinEnd_B < SN < WinStart_B + 2^{11}$,<br>1) Store the received MPDU in the buffer.<br>2) Set $WinEnd_B = SN$.<br>3) Set $WinStart_B = WinEnd_B - WinSize_B + 1$.<br>4) Pass any complete MSDUs or A-MSDUs stored in the buffer with Sequence Number subfield values that are lower than the new value of $WinStart_B$ up to the next MAC process in order of increasing Sequence Number subfield value. Gaps may exist in the Sequence Number subfield values of the MSDUs or A-MSDUs that are passed up to the next MAC process. |

IEEE Std 802.11n-2009 at 138.

## Reorder buffer operation

When the recipient receives a QoS Data frame for which a block ack session is in place, the recipient will buffer the MPDU. If the arriving MPDU completes the MSDU at the head of the reorder buffer, then the recipient forwards the complete MSDU and subsequent complete MSDUs in the reorder buffer in sequence to the higher layers until an incomplete MSDU forming a hole in the sequence space is encountered. If, when the MPDU arrives, there are incomplete preceding MSDUs in the reorder buffer then the MSDU is held until those preceding MSDUs are complete.

If an MPDU arrives and the reorder buffer is full then the first MSDU in the reorder buffer is discarded (since it is incomplete) to make room. This may also result in the release of complete subsequent MSDUs to the higher layers.

If a BAR frame is received, all complete MSDUs with a lower sequence number than the starting sequence number of the BAR are forwarded to the higher layers and all incomplete MSDUs with a lower sequence number are discarded. The BAR frame thus has a dual role. In addition to soliciting a block ack response, it provides the originator with a mechanism for flushing the recipient's reorder buffer of incomplete MSDUs or holes representing MSDUs whose retransmit lifetime has expired. If the originator discards one or more MPDUs due to lifetime expiry it must send a BAR to flush the recipient reorder buffer so that subsequent MSDUs are not needlessly held up waiting for the sequence to be completed.

Figure 8.12 gives an example of reorder buffer behavior. A block of QoS Data frames composed of fragmented MSDUs is sent. In the diagram, the QoS Data MPDUs are numbered with the number before the decimal point being the MSDU sequence number and the number after the decimal point being the MSDU fragment number. MSDU 1 is received completely, reassembled and forwarded to the higher layers. The second fragment of MSDU 2 is lost and thus the received fragment is stored until MSDU 2 can be completed. This holds up subsequent MSDUs even if they are complete.



**Figure 8.12** Reorder buffer behavior with fragmented MSDUs.

After a BAR/BA exchange, the originator learns of the lost fragments and retransmits them together with additional MSDUs that are available and that will fit in the reorder buffer. All MSDUs are now complete and forwarded in sequence to the higher layers. The originator learns that all MSDUs have been successfully transferred with another BAR/BA exchange.



**Figure 8.14** Using BAR to flush the reorder buffer.

responder will return a BA in response to the aggregate. The two response mechanisms to Normal Ack policy are illustrated in Figure 8.13.

The use of Normal Ack policy to solicit a BA does not eliminate the need for the BAR. Recall that the BAR frame performs two functions: it solicits a BA response and it flushes the MSDUs in the reorder buffer that are held up due to an earlier incomplete MSDU. If the originator does not receive an acknowledgement for an MSDU whose lifetime has expired then the originator must send a BAR to flush the recipient's reorder buffer of complete MSDUs subsequent to the MSDU that will never make it across. This is illustrated in the example given in Figure 8.14.

In this example, MSDU 3 is not successfully received by the recipient after a number of retries. On lifetime expiry the originator discards MSDU 3. To eliminate the hole in the recipient's reorder buffer, the originator must send a BAR with a SSN that is greater than the sequence number of the discarded MSDU. In practice, the SSN is set to the sequence number of the next MSDU to be transmitted (although that MSDU may not be available for transmission yet) which in this case is 8 since all MSDUs with lower sequence numbers have been acknowledged and discarded by the originator.

Next Generation Wireless LANs Throughput, Robustness, and Reliability in 802.11n by Eldad Perahia and Robert Stacey, Cambridge University Press, at 216-218.

| the transmitter discarding all packets for which acknowledgment has not been received, and which have sequence numbers prior to the at least one packet. | Toshiba's 802.11(n)-compliant products include a transmitter that discards all packets for which acknowledgment has not been received, and which have sequence numbers prior to the at least one packet.

For example, Toshiba's Satellite A665 Series products include a transmitter that discards all packets for which acknowledgement has not been received, and which have sequence numbers prior to the at least one packet.

As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that the transmitter discarding all packets for which acknowledgment has not been received, and which have sequence numbers prior to the at least one packet does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (discarding all packets), in substantially the same way (by a transmitter), to arrive at substantially the same result (discarding all packets for which acknowledgment has not been received, and which have sequence numbers prior to the at least one packet).

The originator may transmit QoS data MPDUs with a TID matching an established Block Ack agreement in any order provided that their sequence numbers lie within the current transmission window. The originator may transmit an MPDU with a sequence number that is beyond the current transmission window ($SN > WinStart_O + WinSize_O - 1$), in which case the originator's transmission window (and the recipient's window) will be moved forward. The originator should not transmit MPDUs that are lower than (i.e., $SN < WinStart_O$) the current transmission window.

IEEE Std 802.11n-2009 at 139.

The originator shall not retransmit an MPDU after that MPDU's appropriate lifetime limit.

IEEE Std 802.11n-2009 at 139.

The Basic BlockAckReq frame shall be discarded if all MSDUs referenced by this Basic BlockAckReq frame have been discarded from the transmit buffer due to expiry of their lifetime limit.

IEEE Std 802.11n-2009 at 132. |

McKool 452968v1

QoS STAs shall maintain a transmit MSDU timer for each MSDU passed to the MAC. The MIB attribute dot11EDCATableMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU for a given AC. The transmit MSDU timer shall be started when the MSDU is passed to the MAC. If the value of this timer exceeds the appropriate entry in dot11EDCATableMSDULifetime, then the MSDU, or any remaining, undelivered fragments of that MSDU, shall be discarded by the source STA without any further attempt to complete delivery of that MSDU.

IEEE Std 802.11-2007 at 291-92.

The source STA shall maintain a transmit MSDU timer for each MSDU being transmitted. The attribute dot11MaxTransmitMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU. The timer starts on the initial attempt to transmit the first fragment of the MSDU. If the timer exceeds dot11MaxTransmitMSDULifetime, then all remaining fragments are discarded by the source STA and no attempt is made to complete transmission of the MSDU.

IEEE Std 802.11-2007 at 279.

*Insert the following paragraph at the end of 9.9.1.6:*

When A-MSDU aggregation is used, the HT STA maintains a single timer for the whole A-MSDU. The timer is restarted each time an MSDU is added to the A-MSDU. This procedure ensures that no MSDU in the A-MSDU is discarded before a period of dot11EDCATableMSDULifetime has elapsed.

IEEE Std 802.11n-2009 at 126.

McKool 452968v1