# Exhibit

# 12

| USP 6,519,223 | Toshiba Satellite A665 Series[1] |
|---|---|
| 1. A telecommunications system for transmitting data packets using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request, comprising: | Toshiba's 802.11(n)-compliant products include a system for transmitting data packets using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request.<br><br>For example, another device (such as a router) includes a system for transmitting data packets over an air interface to a receiver (*e.g.*, a Toshiba Satellite A665 Series laptop).  Alternatively, Toshiba's Satellite A665 Series products include a system for transmitting data packets over an air interface to a receiver (*e.g.*, a router).<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that transmitting data packets using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant 802.11(n)-compliant products perform substantially the same function (transmitting a data packets), in substantially the same way (using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request), to arrive at substantially the same result (receiving the data packets at the receiver).<br><br>WIRELESS LAN*<br>Wi-Fi® Wireless networking (802.11b/g/n)<br>Toshiba Satellite A665 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X. |

---

[1] The "Accused Products" are all 802.11(n)-compliant Toshiba products.  The Accused Products include, but are not limited to, at least the Netbook Series, Qosmio Series, Portege Series, Satellite Pro Series, and Tecra Series.  As examples, the Accused Products would include the products listed in Exhibit A.

Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.



**Figure 9-21—Message sequence chart for Block Ack mechanism:**
**(a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std. 802.11-2007 at 302.

## 9.10 Block Acknowledgment (Block Ack)

### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

IEEE Std 802.11-2007 at 302.

McKool 452952v1

The BlockAck frame contains acknowledgments for the MPDUs of up to 64 previous MSDUs. In the BlockAck frame, the STA acknowledges only the MPDUs starting from the starting sequence control until the MPDU with the highest sequence number (modulo $2^{12}$) that has been received, and the STA shall set bits in the Block Ack bitmap corresponding to all other MPDUs to 0. The status of MPDUs that are considered "old" and prior to the sequence number range for which the receiver maintains status shall be reported as successfully received (i.e., the corresponding bit in the bitmap shall be set to 1). The sequence number space is considered divided into two parts, one of which is "old" and one of which is "new" by means of a boundary created by adding half the sequence number range to the current start of receive window (modulo $2^{12}$). If the BlockAck frame indicates that an MPDU was not received correctly, the originator shall retry that MPDU subject to that MPDU's appropriate lifetime limit.

IEEE Std 802.11-2007 at 304.

#### 9.10.1 Introduction

*Change the third paragraph of 9.10.1 as follows:*

The Block Ack mechanism does not require the setting up of a TS; however, QoS STAs using the TS facility may choose to signal their intention to use Block Ack mechanism for the scheduler's consideration in assigning TXOPs. Acknowledgments of frames belonging to the same TID, but transmitted during multiple TXOPs, may also be combined into a single BlockAck frame. This mechanism allows the originator to have flexibility regarding the transmission of data MPDUs. The originator may split the block of frames across TXOPs, separate the data transfer and the Block Ack exchange, and interleave blocks of MPDUs carrying all or part of MSDUs or A-MSDUs for different TIDs or RAs.

IEEE Std 802.11n-2009 at 128.

### 6. MAC service definition

#### 6.1 Overview of MAC services

#### 6.1.1 Data service

This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic identifier (TID) to specify differentiated services on a per-MSDU basis. The QoS facility also permits more synchronous behavior to be supported on a connection-oriented basis using TSPECs. There are no guarantees that the submitted MSDU will be delivered successfully. Broadcast and multicast transport is part of the data service provided by the MAC. Due to the characteristics of the WM, broadcast and multicast MSDUs may experience a lower QoS, compared to that of unicast MSDUs. All STAs will support the data service, but only QoS STAs in a QoS BSS differentiate their MSDU delivery according to the designated traffic category or traffic stream (TS) of individual MSDUs.

IEEE Std 802.11-2007 at 51.

| a transmitter having a data link | Toshiba's 802.11(n)-compliant products include a transmitter having a data link layer for receiving a service |
| --- | --- |

McKool 452952v1

| | |
|---|---|
| layer therein for receiving a service data unit containing a plurality of said data packets, said data link layer segmenting said service data unit into at least one protocol data unit; | data unit containing a plurality of data packets, the data link layer segmenting the service data unit into at least one protocol data unit.<br><br>For example, another device (such as a router) includes a data link layer for receiving a service data unit containing a plurality of data packets. The data link layer segments the service data unit into at least one protocol data unit. Alternatively, Toshiba's Satellite A665 Series products include a data link layer for receiving a service data unit containing a plurality of data packets. The data link layer segments the service data unit into at least one protocol data unit.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element. To the extent Defendants argue that a transmitter having a data link layer therein for receiving a service data unit containing a plurality of said data packets, said data link layer segmenting said service data unit into at least one protocol data unit does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed. For example, Defendant's 802.11(n)-compliant products perform substantially the same function (receiving a service data unit containing a plurality of said data packets, said data link layer segmenting said service data unit into at least one protocol data unit), in substantially the same way (by receiving a service data unit and segmenting said service data unit into at least one protocol data unit), to arrive at substantially the same result (segmenting said service data unit into at least one protocol data unit).<br><br>**5.7 Reference model**<br><br>This standard presents the architectural view, emphasizing the separation of the system into two major parts: the MAC of the data link layer (DLL) and the PHY. These layers are intended to correspond closely to the lowest layers of the ISO/IEC basic reference model of Open Systems Interconnection (OSI) (ISO/IEC 7498-1: 1994). The layers and sublayers described in this standard are shown in Figure 5-10.<br>IEEE Std 802.11-2007 at 42.<br><br>**3.82 medium access control (MAC) protocol data unit (MPDU):** The unit of data exchanged between two peer MAC entities using the services of the physical layer (PHY).<br><br>**3.83 medium access control (MAC) service data unit (MSDU):** Information that is delivered as a unit between MAC service access points (SAPs).<br>IEEE Std 802.11-2007 at 10. |

McKool 452952v1

| | |
|---|---|
| | **3.227 aggregate medium access control (MAC) protocol data unit (A-MPDU):** A structure containing multiple MPDUs, transported as a single physical layer convergence procedure (PLCP) service data unit (PSDU) by the physical layer (PHY).<br><br>**3.228 aggregate medium access control (MAC) service data unit (A-MSDU):** A structure containing multiple MSDUs, transported within a single (unfragmented) data medium access control (MAC) protocol data unit (MPDU).<br><br>IEEE 802.11n-2009 at 2.<br><br>**3.57 fragmentation:** The process of segmenting a medium access control (MAC) service data unit (MSDU) or MAC management protocol data unit (MMPDU) into a sequence of smaller MAC protocol data units (MPDUs) prior to transmission. The process of recombining a set of fragment MPDUs into an MSDU or MMPDU is known as defragmentation. These processes are described in 5.8.1.9 of ISO/IEC 7498-1:1994.<br><br>IEEE Std. 802.11-2007 at 8. |

## 9.4 Fragmentation

The MAC may fragment and reassemble individually addressed MSDUs or MMPDUs. The fragmentation and defragmentation mechanisms allow for fragment retransmission.

The length of each fragment shall be an equal number of octets for all fragments except the last, which may be smaller. The length of each fragment shall always be an even number of octets, except for the last fragment of an MSDU or MMPDU, which may be either an even or an odd number of octets. The length of a fragment shall never be larger than dot11FragmentationThreshold unless WEP is invoked for the MPDU. If WEP is active for the MPDU, then the MPDU shall be expanded by IV and ICV (see 8.2.1); this may result in a fragment larger than dot11FragmentationThreshold.

A fragment is an MPDU, the payload of which carries all or a portion of an MSDU or MMPDU. When data are to be transmitted, the number of octets in the fragment (before processing by the security mechanism) shall be determined by dot11FragmentationThreshold and the number of octets in the MPDU that have yet to be assigned to a fragment at the instant the fragment is constructed for the first time. Once a fragment is transmitted for the first time, its frame body content and length shall be fixed until it is successfully delivered to the immediate receiving STA. A STA shall be capable of receiving fragments of arbitrary length.

If a fragment requires retransmission, its frame body content and length shall remain fixed for the lifetime of the MSDU or MMPDU at that STA. After a fragment is transmitted once, contents and length of that fragment are not allowed to fluctuate to accommodate the dwell time boundaries. Each fragment shall contain a Sequence Control field, which is comprised of a sequence number and fragment number. When a STA is transmitting an MSDU or MMPDU, the sequence number shall remain the same for all fragments of that MSDU or MMPDU. The fragments shall be sent in order of lowest fragment number to highest fragment number, where the fragment number value starts at zero, and increases by one for each successive fragment. The Frame Control field also contains a bit, the More Fragments bit, that is equal to zero to indicate the last (or only) fragment of the MSDU or MMPDU.

The source STA shall maintain a transmit MSDU timer for each MSDU being transmitted. The attribute dot11MaxTransmitMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU. The timer starts on the initial attempt to transmit the first fragment of the MSDU. If the timer exceeds dot11MaxTransmitMSDULifetime, then all remaining fragments are discarded by the source STA and no attempt is made to complete transmission of the MSDU.

IEEE Std 802.11-2007 at 279.

## 6. MAC service definition

### 6.1 Overview of MAC services

#### 6.1.1 Data service

This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic identifier (TID) to specify differentiated services on a per-MSDU basis. The QoS facility also permits more synchronous behavior to be supported on a connection-oriented basis using TSPECs. There are no guarantees that the submitted MSDU will be delivered successfully. Broadcast and multicast transport is part of the data service provided by the MAC. Due to the characteristics of the WM, broadcast and multicast MSDUs may experience a lower QoS, compared to that of unicast MSDUs. All STAs will support the data service, but only QoS STAs in a QoS BSS differentiate their MSDU delivery according to the designated traffic category or traffic stream (TS) of individual MSDUs.

IEEE Std 802.11-2007 at 51.

#### 6.1.5 MAC data service architecture

*Change the first two paragraphs of 6.1.5 as follows:*

The MAC data plane architecture (i.e., processes that involve transport of all or part of a MAC service data unit (MSDU) is shown in Figure 6-1. During transmission, an MSDU goes through some or all of the following processes: aggregate MSDU (A-MSDU) aggregation, frame delivery deferral during power save mode, sequence number assignment, fragmentation, encryption, integrity protection, and frame formatting, and aggregate MAC protocol data unit (A-MPDU) aggregation. IEEE Std 802.1X-2004 may block the MSDU at the Controlled Port. At some point, the data frames that contain all or part of the MSDU are queued per access category/traffic stream (AC/TS). This queuing may be at any of the three points indicated in Figure 6-1.

During reception, a received data frame goes through processes of possible A-MPDU deaggregation, MPDU header and cyclic redundancy code (CRC) validation, duplicate removal, possible reordering if the Block Ack mechanism is used, decryption, defragmentation, integrity checking, and replay detection. After replay detection (or defragmentation if security is used) and possible A-MSDU deaggregation, the one or more MSDUs is are delivered to the MAC_SAP or to the DS. The IEEE 802.1X Controlled/Uncontrolled Ports discard the any received MSDU if the Controlled Port is not enabled and if the MSDU does not represent an IEEE 802.1X frame. TKIP and CCMP MPDU frame order enforcement occurs after decryption, but prior to MSDU defragmentation; therefore, defragmentation will fail if MPDUs arrive out of order.

*Replace Figure 6-1 with the following figure:*



Figure 6-1—MAC data plane architecture

IEEE Std. 802.11n-2009 at 10-11.

McKool 452952v1

| | |
|---|---|
| a discard timer within said transmitter for monitoring a retransmission time of said at least one protocol data unit, | Toshiba's 802-11(n)-compliant products include a discard timer within the transmitter for monitoring the retransmission time of the at least one protocol data unit.<br><br>For example, another device (such as a router) includes a discard timer for monitoring the retransmission time of the at least one protocol data unit. Alternatively, Toshiba's Satellite A665 Series products include a discard timer for monitoring the retransmission time of the at least one protocol data unit.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element. To the extent Defendants argue that having a discard timer within said transmitter for monitoring a retransmission time of said at least one protocol data unit does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed. For example, Defendant's 802.11(n)-compliant products perform substantially the same function (monitoring a retransmission time of said at least one protocol data unit), in substantially the same way (having a discard timer within said transmitter), to arrive at substantially the same result (monitoring a retransmission time of said at least one protocol data unit).<br><br>QoS STAs shall maintain a transmit MSDU timer for each MSDU passed to the MAC. The MIB attribute dot11EDCATableMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU for a given AC. The transmit MSDU timer shall be started when the MSDU is passed to the MAC. If the value of this timer exceeds the appropriate entry in dot11EDCATableMSDULifetime, then the MSDU, or any remaining, undelivered fragments of that MSDU, shall be discarded by the source STA without any further attempt to complete delivery of that MSDU.<br><br>IEEE Std 802.11-2007 at 291-92.<br><br>*Insert the following paragraph at the end of 9.9.1.6:*<br><br>When A-MSDU aggregation is used, the HT STA maintains a single timer for the whole A-MSDU. The timer is restarted each time an MSDU is added to the A-MSDU. This procedure ensures that no MSDU in the A-MSDU is discarded before a period of dot11EDCATableMSDULifetime has elapsed.<br><br>IEEE Std 802.11n-2009 at 126. |
| said discard timer being initialized when said service data unit is received by said data link layer; and | Toshiba's 802.11(n)-compliant products include a discard timer that is initialized when the service data unit is received by the data link layer.<br><br>For example, another device (such as a router) includes a discard timer that is initialized when the service |

data unit is received by the data link layer.  Alternatively, Toshiba's Satellite A665 Series products include a discard timer that is initialized when the service data unit is received by the data link layer.

As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that said discard timer being initialized when said service data unit is received by said data link layer does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (said discard timer being initialized when said service data unit is received), in substantially the same way (said discard timer being initialized when said service data unit is received), to arrive at substantially the same result (said discard timer being initialized when said service data unit is received by said data link layer).

QoS STAs shall maintain a transmit MSDU timer for each MSDU passed to the MAC. The MIB attribute dot11EDCATableMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU for a given AC. The transmit MSDU timer shall be started when the MSDU is passed to the MAC. If the value of this timer exceeds the appropriate entry in dot11EDCATableMSDULifetime, then the MSDU, or any remaining, undelivered fragments of that MSDU, shall be discarded by the source STA without any further attempt to complete delivery of that MSDU.

IEEE Std 802.11-2007 at 291-92.

Insert the following paragraph at the end of 9.9.1.6:

When A-MSDU aggregation is used, the HT STA maintains a single timer for the whole A-MSDU. The timer is restarted each time an MSDU is added to the A-MSDU. This procedure ensures that no MSDU in the A-MSDU is discarded before a period of dot11EDCATableMSDULifetime has elapsed.

IEEE Std 802.11n-2009 at 126.

| a receiver for receiving said at least one protocol data unit from said transmitter over an air interface and transmitting an acknowledgment message to said transmitter over said air interface after determining that said at least one protocol data unit is | Toshiba's 802.11(n)-compliant products include a receiver for receiving the at least one protocol data unit from the transmitter over an air interface and transmitting an acknowledgement message to the transmitter over the air interface after determining that the at least one protocol data unit is received correctly.  The transmitter and receiver discard the service data unit when the acknowledgement message is not transmitted for the at least one protocol data unit and the discard timer expires.

For example, Toshiba's Satellite A665 Series products include a receiver that receives the at least one protocol data unit from the transmitter (*e.g.*, a router) over an air interface.  The receiver transmits a |
|---|---|

McKool 452952v1

| | |
|---|---|
| received correctly, said service data unit being discarded by said transmitter and said receiver when said acknowledgment message is not transmitted for said at least one protocol data unit and said discard timer expires. | BlockAck message to the transmitter over the air interface after determining that the at least one protocol data unit is received correctly.   The transmitter and receiver discard the service data unit when an acknowledgement message is not transmitted for the at least one protocol data unit and the discard timer expires.<br><br>Alternatively, another device (such as a router) includes a receiver that receives the at least one protocol data unit from the transmitter (*e.g.*, a Satellite A665 Series laptop) over an air interface.  The receiver transmits a BlockAck message to the transmitter over the air interface after determining that the at least one protocol data unit is received correctly.   The transmitter and receiver discard the service data unit when an acknowledgement message is not transmitted for the at least one protocol data unit and the discard timer expires.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that having a receiver for receiving said at least one protocol data unit from said transmitter over an air interface does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (receiving said at least one protocol data unit), in substantially the same way (having a receiver for receiving said at least one protocol data unit from said transmitter over an air interface), to arrive at substantially the same result (receiving said at least one protocol data unit from said transmitter).<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that transmitting an acknowledgment message to said transmitter over said air interface after determining that said at least one protocol data unit is received correctly does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (transmitting an acknowledgment message to said transmitter), in substantially the same way (over said air interface after determining that said at least one protocol data unit is received correctly), to arrive at substantially the same result (transmitting an acknowledgment message to said transmitter).<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that said service data unit being discarded by said transmitter and said receiver when said acknowledgment message is not transmitted |

for said at least one protocol data unit and said discard timer expires does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (said service data unit being discarded by said transmitter and said receiver), in substantially the same way (when said acknowledgment message is not transmitted for said at least one protocol data unit and said discard timer expires), to arrive at substantially the same result (said service data unit being discarded by said transmitter).

QoS STAs shall maintain a transmit MSDU timer for each MSDU passed to the MAC. The MIB attribute dot11EDCATableMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU for a given AC. The transmit MSDU timer shall be started when the MSDU is passed to the MAC. If the value of this timer exceeds the appropriate entry in dot11EDCATableMSDULifetime, then the MSDU, or any remaining, undelivered fragments of that MSDU, shall be discarded by the source STA without any further attempt to complete delivery of that MSDU.

IEEE Std 802.11-2007 at 291-92.

*Insert the following paragraph at the end of 9.9.1.6:*

When A-MSDU aggregation is used, the HT STA maintains a single timer for the whole A-MSDU. The timer is restarted each time an MSDU is added to the A-MSDU. This procedure ensures that no MSDU in the A-MSDU is discarded before a period of dot11EDCATableMSDULifetime has elapsed.

IEEE Std 802.11n-2009 at 126.

### 9.10.7.2 HT-immediate Block Ack architecture

The HT-immediate Block Ack rules are explained in terms of the architecture shown in Figure 9-24 and explained in this subclause.



**Figure 9-24—HT-immediate Block Ack architecture**

The originator contains a transmit buffer control that uses $WinStart_O$ and $WinSize_O$ to submit MPDUs for transmission and releases transmit buffers upon receiving BlockAck frames from the recipient.

IEEE Std 802.11n-2009 at 133.

A receive reordering buffer shall be maintained for each HT-immediate Block Ack agreement. Each receive reordering buffer includes a record comprising the following:

— Buffered MSDUs or A-MSDUs that have been received, but not yet passed up to the next MAC process

— A $WinStart_B$ parameter, indicating the value of the Sequence Number subfield of the first (in order of ascending sequence number) MSDU or A-MSDU that has not yet been received

— A $WinEnd_B$ parameter, indicating the highest sequence number expected to be received in the current reception window

— A $WinSize_B$ parameter, indicating the size of the reception window

IEEE Std 802.11n-2009 at 137.

Any MSDU or A-MSDU that has been passed up to the next MAC process shall be deleted from the receive reordering buffer.

IEEE Std 802.11n-2009 at 137.

### 9.10.7.6.3 Operation for each received BlockAckReq

For each received BlockAckReq frame that is related with a specific HT-immediate Block Ack agreement, the receive reordering buffer record is modified as follows, where $SSN$ is the Starting Sequence Number subfield value of the received BlockAckReq frame:

a) If $WinStart_B < SSN < WinStart_B + 2^{11}$,

    1) For a non-Protected Block Ack agreement, set $WinStart_B = SSN$. See 9.10.9 for a Protected Block Ack agreement.

    2) Set $WinEnd_B = WinStart_B + WinSize_B - 1$.

    3) Pass any complete MSDUs or A-MSDUs stored in the buffer with Sequence Number subfield values that are lower than the new value of $WinStart_B$ up to the next MAC process in order of increasing Sequence Number subfield value. Gaps may exist in the Sequence Number subfield values of the MSDUs or A-MSDUs that are passed up to the next MAC process.

    4) Pass MSDUs or A-MSDUs stored in the buffer up to the next MAC process in order of increasing Sequence Number subfield value starting with $SN = WinStart_B$ and proceeding sequentially until there is no buffered MSDU or A-MSDU for the next sequential Sequence Number subfield value.

    5) Set $WinStart_B$ to the Sequence Number subfield value of the last MSDU or A-MSDU that was passed up to the next MAC process plus one.

    6) Set $WinEnd_B = WinStart_B + WinSize_B - 1$.

IEEE Std 802.11n-2009 at 138.

The originator may send a BlockAckReq for non-Protected Block Ack agreement or a Robust Management ADDBA frame for Protected Block Ack agreement when a data MPDU that was previously transmitted within an A-MPDU that had the Ack Policy field set to Normal Ack is discarded due to exhausted MSDU lifetime. The purpose of this BlockAckReq is to shift the recipient's $WinStart_B$ value past the hole in the sequence number space that is created by the discarded data MPDU and thereby to allow the earliest possible passing of buffered frames up to the next MAC process.

IEEE Std 802.11n-2009 at 139.

## Reorder buffer operation

When the recipient receives a QoS Data frame for which a block ack session is in place, the recipient will buffer the MPDU. If the arriving MPDU completes the MSDU at the head of the reorder buffer, then the recipient forwards the complete MSDU and subsequent complete MSDUs in the reorder buffer in sequence to the higher layers until an incomplete MSDU forming a hole in the sequence space is encountered. If, when the MPDU arrives, there are incomplete preceding MSDUs in the reorder buffer then the MSDU is held until those preceding MSDUs are complete.

If an MPDU arrives and the reorder buffer is full then the first MSDU in the reorder buffer is discarded (since it is incomplete) to make room. This may also result in the release of complete subsequent MSDUs to the higher layers.

If a BAR frame is received, all complete MSDUs with a lower sequence number than the starting sequence number of the BAR are forwarded to the higher layers and all incomplete MSDUs with a lower sequence number are discarded. The BAR frame thus has a dual role. In addition to soliciting a block ack response, it provides the originator with a mechanism for flushing the recipient's reorder buffer of incomplete MSDUs or holes representing MSDUs whose retransmit lifetime has expired. If the originator discards one or more MPDUs due to lifetime expiry it must send a BAR to flush the recipient reorder buffer so that subsequent MSDUs are not needlessly held up waiting for the sequence to be completed.

Figure 8.12 gives an example of reorder buffer behavior. A block of QoS Data frames composed of fragmented MSDUs is sent. In the diagram, the QoS Data MPDUs are numbered with the number before the decimal point being the MSDU sequence number and the number after the decimal point being the MSDU fragment number. MSDU 1 is received completely, reassembled and forwarded to the higher layers. The second fragment of MSDU 2 is lost and thus the received fragment is stored until MSDU 2 can be completed. This holds up subsequent MSDUs even if they are complete.



**Figure 8.12** Reorder buffer behavior with fragmented MSDUs.

After a BAR/BA exchange, the originator learns of the lost fragments and retransmits them together with additional MSDUs that are available and that will fit in the reorder buffer. All MSDUs are now complete and forwarded in sequence to the higher layers. The originator learns that all MSDUs have been successfully transferred with another BAR/BA exchange.

McKool 452952v1



**Figure 8.14** Using BAR to flush the reorder buffer.

responder will return a BA in response to the aggregate. The two response mechanisms to Normal Ack policy are illustrated in Figure 8.13.

The use of Normal Ack policy to solicit a BA does not eliminate the need for the BAR. Recall that the BAR frame performs two functions: it solicits a BA response and it flushes the MSDUs in the reorder buffer that are held up due to an earlier incomplete MSDU. If the originator does not receive an acknowledgement for an MSDU whose lifetime has expired then the originator must send a BAR to flush the recipient's reorder buffer of complete MSDUs subsequent to the MSDU that will never make it across. This is illustrated in the example given in Figure 8.14.

In this example, MSDU 3 is not successfully received by the recipient after a number of retries. On lifetime expiry the originator discards MSDU 3. To eliminate the hole in the recipient's reorder buffer, the originator must send a BAR with a SSN that is greater than the sequence number of the discarded MSDU. In practice, the SSN is set to the sequence number of the next MSDU to be transmitted (although that MSDU may not be available for transmission yet) which in this case is 8 since all MSDUs with lower sequence numbers have been acknowledged and discarded by the originator.

Next Generation Wireless LANs Throughput, Robustness, and Reliability in 802.11n by Eldad Perahia and Robert Stacey, Cambridge University Press, at 216-218.

| | |
|---|---|
| | If a BlockAckReq frame is received, all complete MSDUs and A-MSDUs with lower sequence numbers than the starting sequence number contained in the BlockAckReq frame shall be ~~indicated to the MAC client using the MAUNIDATA. indication primitive.~~ passed up to the next MAC process as shown in Figure 6-1. Upon arrival of a BlockAckReq frame, the recipient shall ~~indicate~~ pass up the MSDUs and A-MSDUs starting with the starting sequence number sequentially until there is an incomplete MSDU or A-MSDU in the buffer.<br><br>IEEE Std 802.11n-2009 at 132. |
| | |
| 2. The telecommunications system of claim 1, wherein said transmitter further comprises: | See claim 1. |
| a network layer for transmitting said service data unit to said data link layer; and | Toshiba's 802.11(n)-compliant products include a network layer for transmitting the service data unit to the data link layer.<br><br>For example, Toshiba's Satellite A665 Series products include a network layer for transmitting the service data unit to the data link layer.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element. To the extent Defendants argue that having a network layer for transmitting the service data unit to the data link layer does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed. For example, Defendant's 802.11(n)-compliant products perform substantially the same function (transmitting the service data unit to the data link layer), in substantially the same way (a network layer for transmitting the service data unit to the data link layer), to arrive at substantially the same result (transmitting the service data unit to the data link layer). |

McKool 452952v1



Microsoft's How 802.11 Wireless Works webpage at http://technet.microsoft.com/en-us/library/cc757419(WS.10).aspx.

Different authentication protocols work at different layers in the OSI stack. Initially, the native link-layer security mechanisms were quite weak, and network administrators were forced to work at higher layers in the stack. Much of the engineering and design effort in wireless LAN security over the past few years has focused on developing strong link-layer security mechanisms. At this point, network administrators have a choice of protocols to secure the network. In order from weakest to strongest, they are:

.
.
.

McKool 452952v1

| | |
|---|---|
| | *Network-layer authentication*<br><br>Insecurity of IP-based networks is hardly a new phenomenon. Many past products have attempted to address authentication of network users in one form or another, and there is a plethora of systems and protocols that can be used once the network (IP) layer is established. Most of the appropriate methods for use with wireless networks will tie in with VPN technology that can also be used to secure the network traffic.<br><br>Matthew S. Gast, 802.11 Wireless Networks: The Definitive Guide 483 (2d ed. 2005). |
| a physical layer for receiving said at least one protocol data unit from said data link layer and transmitting said at least one protocol data unit to said receiver over said air interface. | Toshiba's 802.11(n)-compliant products include a physical layer for receiving the at least one protocol data unit from the data link layer and transmitting the at least one protocol data unit to a receiver over the air interface.<br><br>For example, Toshiba's Satellite A665 Series products include a physical layer for receiving the at least one protocol data unit from the data link layer.  The physical layer transmits the at least one protocol data unit to the receiver over the air interface.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that having a physical layer for receiving said at least one protocol data unit from said data link layer and transmitting said at least one protocol data unit to said receiver over said air interface does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (receiving said at least one protocol data unit from said data link layer and transmitting said at least one protocol data unit to said receiver over said air interface), in substantially the same way (having a physical layer for receiving said at least one protocol data unit from said data link layer and transmitting said at least one protocol data unit to said receiver over said air interface), to arrive at substantially the same result (receiving said at least one protocol data unit from said data link layer and transmitting said at least one protocol data unit to said receiver over said air interface). |

## 5.7 Reference model

This standard presents the architectural view, emphasizing the separation of the system into two major parts: the MAC of the data link layer (DLL) and the PHY. These layers are intended to correspond closely to the lowest layers of the ISO/IEC basic reference model of Open Systems Interconnection (OSI) (ISO/IEC 7498-1: 1994). The layers and sublayers described in this standard are shown in Figure 5-10.



Figure 5-10—Portion of the ISO/IEC basic reference model covered in this standard

IEEE Std 802.11-2007 at 42.

McKool 452952v1

## 6. MAC service definition

### 6.1 Overview of MAC services

#### 6.1.1 Data service

This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic identifier (TID) to specify differentiated services on a per-MSDU basis. The QoS facility also permits more synchronous behavior to be supported on a connection-oriented basis using TSPECs. There are no guarantees that the submitted MSDU will be delivered successfully. Broadcast and multicast transport is part of the data service provided by the MAC. Due to the characteristics of the WM, broadcast and multicast MSDUs may experience a lower QoS, compared to that of unicast MSDUs. All STAs will support the data service, but only QoS STAs in a QoS BSS differentiate their MSDU delivery according to the designated traffic category or traffic stream (TS) of individual MSDUs.

IEEE Std 802.11-2007 at 51.

## 802.11 and OSI Model

| OSI Reference Model | | | | | |
|---|---|---|---|---|---|
| 7. Application | | | | | |
| 6. Presentation | | | | | |
| 5. Session | | | | | |
| 4. Transport | | | | | |
| 3. Network | | | | | |
| 2. Data Link | MAC | 802.2 Logical Link Control (LLC) | | | |
| | | 802.3 Ethernet | 802.4 Token Bus | 802.5 Token Ring | 802.11 Wireless LAN |
| 1. Physical | PHY | | | | |

Microsoft's How 802.11 Wireless Works webpage at http://technet.microsoft.com/en-us/library/cc757419(WS.10).aspx.

McKool 452952v1

| | |
|---|---|
| 3. The telecommunications system of claim 1, wherein said receiver further comprises: | See claim 1. |
| a physical layer for receiving said at least one protocol data unit from said transmitter over said air interface; | Toshiba's 802.11(n)-compliant products include a physical layer for receiving the at least one protocol data unit from the transmitter over the air interface.<br><br>For example, Toshiba's Satellite A665 Series products include a physical layer for receiving the at least one protocol data unit from the transmitter. Alternatively, another device (such as a router) includes a physical layer for receiving the at least one protocol data unit from the transmitter (*e.g.*, a Satellite A665 Series laptop).<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element. To the extent Defendants argue that having a physical layer for receiving said at least one protocol data unit from said transmitter over said air interface does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed. For example, Defendant's 802.11(n)-compliant products perform substantially the same function (receiving said at least one protocol data unit from said transmitter over said air interface), in substantially the same way (having a physical layer for receiving said at least one protocol data unit from said transmitter over said air interface), to arrive at substantially the same result (receiving said at least one protocol data unit from said transmitter over said air interface). |

McKool 452952v1

### 5.7 Reference model

This standard presents the architectural view, emphasizing the separation of the system into two major parts: the MAC of the data link layer (DLL) and the PHY. These layers are intended to correspond closely to the lowest layers of the ISO/IEC basic reference model of Open Systems Interconnection (OSI) (ISO/IEC 7498-1: 1994). The layers and sublayers described in this standard are shown in Figure 5-10.



Figure 5-10—Portion of the ISO/IEC basic reference model covered in this standard

IEEE Std 802.11-2007 at 42.

## 6. MAC service definition

### 6.1 Overview of MAC services

#### 6.1.1 Data service

This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic identifier (TID) to specify differentiated services on a per-MSDU basis. The QoS facility also permits more synchronous behavior to be supported on a connection-oriented basis using TSPECs. There are no guarantees that the submitted MSDU will be delivered successfully. Broadcast and multicast transport is part of the data service provided by the MAC. Due to the characteristics of the WM, broadcast and multicast MSDUs may experience a lower QoS, compared to that of unicast MSDUs. All STAs will support the data service, but only QoS STAs in a QoS BSS differentiate their MSDU delivery according to the designated traffic category or traffic stream (TS) of individual MSDUs.

McKool 452952v1

| | IEEE Std 802.11-2007 at 51. |
|---|---|
| a data link layer for receiving said at least one protocol data unit from said physical layer, transmitting said acknowledgment message for each said at least one protocol data unit that is received correctly, and assembling said at least one protocol data unit back into said service data unit; and | Toshiba's 802.11(n)-compliant products include a data link layer for receiving the at least one protocol data unit from the physical layer, transmitting the acknowledgment message for each of the at least one protocol data unit that is received correctly, and assembling the at least one protocol data unit back into the service data unit.

For example, Toshiba's Satellite A665 Series products include a data link layer for receiving the at least one protocol data unit from the physical layer. The data link layer transmits an acknowledgement message for each of the at least one protocol data unit that is received correctly. The data link layer assembles the at least one protocol data unit back into a service data unit.

As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element. To the extent Defendants argue that having a data link layer for receiving said at least one protocol data unit from said physical layer, transmitting said acknowledgment message for each said at least one protocol data unit that is received correctly, and assembling said at least one protocol data unit back into said service data unit does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed. For example, Defendant's 802.11(n)-compliant products perform substantially the same function (receiving said at least one protocol data unit, transmitting said acknowledgment message for each said at least one protocol data unit, and assembling said at least one protocol data unit back into said service data unit), in substantially the same way (having a data link layer for receiving said at least one protocol data unit from said physical layer, transmitting said acknowledgment message for each said at least one protocol data unit that is received correctly, and assembling said at least one protocol data unit back into said service data unit), to arrive at substantially the same result (receiving said at least one protocol data unit from said physical layer, transmitting said acknowledgment message for each said at least one protocol data unit that is received correctly, and assembling said at least one protocol data unit back into said service data unit). |

### 5.7 Reference model

This standard presents the architectural view, emphasizing the separation of the system into two major parts: the MAC of the data link layer (DLL) and the PHY. These layers are intended to correspond closely to the lowest layers of the ISO/IEC basic reference model of Open Systems Interconnection (OSI) (ISO/IEC 7498-1: 1994). The layers and sublayers described in this standard are shown in Figure 5-10.



Figure 5-10—Portion of the ISO/IEC basic reference model covered in this standard

IEEE Std 802.11-2007 at 42.

McKool 452952v1

### 6. MAC service definition

#### 6.1 Overview of MAC services

#### 6.1.1 Data service

This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic identifier (TID) to specify differentiated services on a per-MSDU basis. The QoS facility also permits more synchronous behavior to be supported on a connection-oriented basis using TSPECs. There are no guarantees that the submitted MSDU will be delivered successfully. Broadcast and multicast transport is part of the data service provided by the MAC. Due to the characteristics of the WM, broadcast and multicast MSDUs may experience a lower QoS, compared to that of unicast MSDUs. All STAs will support the data service, but only QoS STAs in a QoS BSS differentiate their MSDU delivery according to the designated traffic category or traffic stream (TS) of individual MSDUs.

IEEE Std 802.11-2007 at 51.

#### 9.10.7.6.3 Operation for each received BlockAckReq

For each received BlockAckReq frame that is related with a specific HT-immediate Block Ack agreement, the receive reordering buffer record is modified as follows, where $SSN$ is the Starting Sequence Number subfield value of the received BlockAckReq frame:

a) If $WinStart_B < SSN < WinStart_B + 2^{11}$,

    1) For a non-Protected Block Ack agreement, set $WinStart_B = SSN$. See 9.10.9 for a Protected Block Ack agreement.

    2) Set $WinEnd_B = WinStart_B + WinSize_B - 1$.

    3) Pass any complete MSDUs or A-MSDUs stored in the buffer with Sequence Number subfield values that are lower than the new value of $WinStart_B$ up to the next MAC process in order of increasing Sequence Number subfield value. Gaps may exist in the Sequence Number subfield values of the MSDUs or A-MSDUs that are passed up to the next MAC process.

    4) Pass MSDUs or A-MSDUs stored in the buffer up to the next MAC process in order of increasing Sequence Number subfield value starting with $SN = WinStart_B$ and proceeding sequentially until there is no buffered MSDU or A-MSDU for the next sequential Sequence Number subfield value.

    5) Set $WinStart_B$ to the Sequence Number subfield value of the last MSDU or A-MSDU that was passed up to the next MAC process plus one.

    6) Set $WinEnd_B = WinStart_B + WinSize_B - 1$.

IEEE Std 802.11n-2009 at 138.

**Reorder buffer operation**

When the recipient receives a QoS Data frame for which a block ack session is in place, the recipient will buffer the MPDU. If the arriving MPDU completes the MSDU at the head of the reorder buffer, then the recipient forwards the complete MSDU and subsequent complete MSDUs in the reorder buffer in sequence to the higher layers until an incomplete MSDU forming a hole in the sequence space is encountered. If, when the MPDU arrives, there are incomplete preceding MSDUs in the reorder buffer then the MSDU is held until those preceding MSDUs are complete.

If an MPDU arrives and the reorder buffer is full then the first MSDU in the reorder buffer is discarded (since it is incomplete) to make room. This may also result in the release of complete subsequent MSDUs to the higher layers.

If a BAR frame is received, all complete MSDUs with a lower sequence number than the starting sequence number of the BAR are forwarded to the higher layers and all incomplete MSDUs with a lower sequence number are discarded. The BAR frame thus has a dual role. In addition to soliciting a block ack response, it provides the originator with a mechanism for flushing the recipient's reorder buffer of incomplete MSDUs or holes representing MSDUs whose retransmit lifetime has expired. If the originator discards one or more MPDUs due to lifetime expiry it must send a BAR to flush the recipient reorder buffer so that subsequent MSDUs are not needlessly held up waiting for the sequence to be completed.

Figure 8.12 gives an example of reorder buffer behavior. A block of QoS Data frames composed of fragmented MSDUs is sent. In the diagram, the QoS Data MPDUs are numbered with the number before the decimal point being the MSDU sequence number and the number after the decimal point being the MSDU fragment number. MSDU 1 is received completely, reassembled and forwarded to the higher layers. The second fragment of MSDU 2 is lost and thus the received fragment is stored until MSDU 2 can be completed. This holds up subsequent MSDUs even if they are complete.

McKool 452952v1



**Figure 8.12** Reorder buffer behavior with fragmented MSDUs.

After a BAR/BA exchange, the originator learns of the lost fragments and retransmits them together with additional MSDUs that are available and that will fit in the reorder buffer. All MSDUs are now complete and forwarded in sequence to the higher layers. The originator learns that all MSDUs have been successfully transferred with another BAR/BA exchange.

McKool 452952v1



**Figure 8.14** Using BAR to flush the reorder buffer.

responder will return a BA in response to the aggregate. The two response mechanisms to Normal Ack policy are illustrated in Figure 8.13.

The use of Normal Ack policy to solicit a BA does not eliminate the need for the BAR. Recall that the BAR frame performs two functions: it solicits a BA response and it flushes the MSDUs in the reorder buffer that are held up due to an earlier incomplete MSDU. If the originator does not receive an acknowledgement for an MSDU whose lifetime has expired then the originator must send a BAR to flush the recipient's reorder buffer of complete MSDUs subsequent to the MSDU that will never make it across. This is illustrated in the example given in Figure 8.14.

In this example, MSDU 3 is not successfully received by the recipient after a number of retries. On lifetime expiry the originator discards MSDU 3. To eliminate the hole in the recipient's reorder buffer, the originator must send a BAR with a SSN that is greater than the sequence number of the discarded MSDU. In practice, the SSN is set to the sequence number of the next MSDU to be transmitted (although that MSDU may not be available for transmission yet) which in this case is 8 since all MSDUs with lower sequence numbers have been acknowledged and discarded by the originator.

Next Generation Wireless LANs Throughput, Robustness, and Reliability in 802.11n by Eldad Perahia and Robert Stacey, Cambridge University Press, at 216-218.

| | |
|---|---|
| | If a BlockAckReq frame is received, all complete MSDUs and A-MSDUs with lower sequence numbers than the starting sequence number contained in the BlockAckReq frame shall be ~~indicated to the MAC client using the MAUNIDATA. indication primitive.~~ passed up to the next MAC process as shown in Figure 6-1. Upon arrival of a BlockAckReq frame, the recipient shall ~~indicate~~ pass up the MSDUs and A-MSDUs starting with the starting sequence number sequentially until there is an incomplete MSDU or A-MSDU in the buffer. |
| | IEEE Std 802.11n-2009 at 132. |
| a network layer for receiving said service data unit from said data link layer. | Toshiba's 802.11(n)-compliant products include a network layer for receiving the service data unit from the data link layer. For example, Toshiba's Satellite A665 Series products include a network layer for receiving the service data unit from the data link layer. As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that having a network layer for receiving said service data unit from said data link layer does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (receiving said service data unit from said data link layer), in substantially the same way (a network layer for receiving said service data unit from said data link layer), to arrive at substantially the same result (receiving said service data unit from said data link layer). |



Microsoft's How 802.11 Wireless Works webpage at http://technet.microsoft.com/en-us/library/cc757419(WS.10).aspx.

Different authentication protocols work at different layers in the OSI stack. Initially, the native link-layer security mechanisms were quite weak, and network administrators were forced to work at higher layers in the stack. Much of the engineering and design effort in wireless LAN security over the past few years has focused on developing strong link-layer security mechanisms. At this point, network administrators have a choice of protocols to secure the network. In order from weakest to strongest, they are:

.
.
.

McKool 452952v1

| | |
|---|---|
| | *Network-layer authentication* |
| | Insecurity of IP-based networks is hardly a new phenomenon. Many past products have attempted to address authentication of network users in one form or another, and there is a plethora of systems and protocols that can be used once the network (IP) layer is established. Most of the appropriate methods for use with wireless networks will tie in with VPN technology that can also be used to secure the network traffic. |
| | Matthew S. Gast, 802.11 Wireless Networks: The Definitive Guide 483 (2d ed. 2005). |
| 11. A transmitter for transmitting data packets over an air interface to a receiver using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request, comprising: | Toshiba's 802.11(n)-compliant products include a transmitter for transmitting data packets over an air interface to a receiver using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request.

For example, Toshiba's Satellite A665 Series products include a transmitter for transmitting data packets over an air interface to a receiver using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request.

As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that having a transmitter for transmitting data packets over an air interface to a receiver using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (transmitting data packets over an air interface to a receiver using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request), in substantially the same way (A transmitter for transmitting data packets over an air interface to a receiver using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request), to arrive at substantially the same result (transmitting data packets over an air interface to a receiver using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request).

WIRELESS LAN*
Wi-Fi® Wireless networking (802.11b/g/n)
Toshiba Satellite A665 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X. |

Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.



**Figure 9-21—Message sequence chart for Block Ack mechanism: (a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std. 802.11-2007 at 302.

## 9.10 Block Acknowledgment (Block Ack)

### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

IEEE Std 802.11-2007 at 302.

The BlockAck frame contains acknowledgments for the MPDUs of up to 64 previous MSDUs. In the BlockAck frame, the STA acknowledges only the MPDUs starting from the starting sequence control until the MPDU with the highest sequence number (modulo $2^{12}$) that has been received, and the STA shall set bits in the Block Ack bitmap corresponding to all other MPDUs to 0. The status of MPDUs that are considered "old" and prior to the sequence number range for which the receiver maintains status shall be reported as successfully received (i.e., the corresponding bit in the bitmap shall be set to 1). The sequence number space is considered divided into two parts, one of which is "old" and one of which is "new" by means of a boundary created by adding half the sequence number range to the current start of receive window (modulo $2^{12}$). If the BlockAck frame indicates that an MPDU was not received correctly, the originator shall retry that MPDU subject to that MPDU's appropriate lifetime limit.

IEEE Std 802.11-2007 at 304.

### 9.10.1 Introduction

*Change the third paragraph of 9.10.1 as follows:*

The Block Ack mechanism does not require the setting up of a TS; however, QoS STAs using the TS facility may choose to signal their intention to use Block Ack mechanism for the scheduler's consideration in assigning TXOPs. Acknowledgments of frames belonging to the same TID, but transmitted during multiple TXOPs, may also be combined into a single BlockAck frame. This mechanism allows the originator to have flexibility regarding the transmission of data MPDUs. The originator may split the block of frames across TXOPs, separate the data transfer and the Block Ack exchange, and interleave blocks of MPDUs carrying all or part of MSDUs or A-MSDUs for different TIDs or RAs.

IEEE Std 802.11n-2009 at 128.

### 6. MAC service definition

### 6.1 Overview of MAC services

### 6.1.1 Data service

This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic identifier (TID) to specify differentiated services on a per-MSDU basis. The QoS facility also permits more synchronous behavior to be supported on a connection-oriented basis using TSPECs. There are no guarantees that the submitted MSDU will be delivered successfully. Broadcast and multicast transport is part of the data service provided by the MAC. Due to the characteristics of the WM, broadcast and multicast MSDUs may experience a lower QoS, compared to that of unicast MSDUs. All STAs will support the data service, but only QoS STAs in a QoS BSS differentiate their MSDU delivery according to the designated traffic category or traffic stream (TS) of individual MSDUs.

IEEE Std 802.11-2007 at 51.

| | |
|---|---|
| a data link layer for receiving a service data unit containing a plurality of said data packets, said data link layer segmenting said service data unit into at least one protocol data unit; and | Toshiba's 802.11(n)-compliant products include a data link layer for receiving a service data unit containing a plurality of data packets, the data link layer segmenting the service data unit into at least one protocol data unit.<br><br>For example, Toshiba's Satellite A665 Series products include a data link layer for receiving a service data unit. The data link layer fragments the service data unit into at least one protocol data unit.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element. To the extent Defendants argue that having a data link layer for receiving a service data unit containing a plurality of said data packets, said data link layer segmenting said service data unit into at least one protocol data unit does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed. For example, Defendant's 802.11(n)-compliant products perform substantially the same function (receiving a service data unit containing a plurality of said data packets, said data link layer segmenting said service data unit into at least one protocol data unit), in substantially the same way (a data link layer for receiving a service data unit containing a plurality of said data packets, said data link layer segmenting said service data unit into at least one protocol data unit), to arrive at substantially the same result (receiving a service data unit containing a plurality of said data packets, said data link layer segmenting said service data unit into at least one protocol data unit).<br><br>**5.7 Reference model**<br><br>This standard presents the architectural view, emphasizing the separation of the system into two major parts: the MAC of the data link layer (DLL) and the PHY. These layers are intended to correspond closely to the lowest layers of the ISO/IEC basic reference model of Open Systems Interconnection (OSI) (ISO/IEC 7498-1: 1994). The layers and sublayers described in this standard are shown in Figure 5-10.<br>IEEE Std 802.11-2007 at 42.<br><br>**3.82 medium access control (MAC) protocol data unit (MPDU):** The unit of data exchanged between two peer MAC entities using the services of the physical layer (PHY).<br><br>**3.83 medium access control (MAC) service data unit (MSDU):** Information that is delivered as a unit between MAC service access points (SAPs).<br>IEEE Std 802.11-2007 at 10. |

McKool 452952v1

**3.227 aggregate medium access control (MAC) protocol data unit (A-MPDU):** A structure containing multiple MPDUs, transported as a single physical layer convergence procedure (PLCP) service data unit (PSDU) by the physical layer (PHY).

**3.228 aggregate medium access control (MAC) service data unit (A-MSDU):** A structure containing multiple MSDUs, transported within a single (unfragmented) data medium access control (MAC) protocol data unit (MPDU).

IEEE Std 802.11n-2009 at 2.

**3.57 fragmentation:** The process of segmenting a medium access control (MAC) service data unit (MSDU) or MAC management protocol data unit (MMPDU) into a sequence of smaller MAC protocol data units (MPDUs) prior to transmission. The process of recombining a set of fragment MPDUs into an MSDU or MMPDU is known as defragmentation. These processes are described in 5.8.1.9 of ISO/IEC 7498-1:1994.

IEEE Std. 802.11-2007 at 8.

### 9.4 Fragmentation

The MAC may fragment and reassemble individually addressed MSDUs or MMPDUs. The fragmentation and defragmentation mechanisms allow for fragment retransmission.

The length of each fragment shall be an equal number of octets for all fragments except the last, which may be smaller. The length of each fragment shall always be an even number of octets, except for the last fragment of an MSDU or MMPDU, which may be either an even or an odd number of octets. The length of a fragment shall never be larger than dot11FragmentationThreshold unless WEP is invoked for the MPDU. If WEP is active for the MPDU, then the MPDU shall be expanded by IV and ICV (see 8.2.1); this may result in a fragment larger than dot11FragmentationThreshold.

A fragment is an MPDU, the payload of which carries all or a portion of an MSDU or MMPDU. When data are to be transmitted, the number of octets in the fragment (before processing by the security mechanism) shall be determined by dot11FragmentationThreshold and the number of octets in the MPDU that have yet to be assigned to a fragment at the instant the fragment is constructed for the first time. Once a fragment is transmitted for the first time, its frame body content and length shall be fixed until it is successfully delivered to the immediate receiving STA. A STA shall be capable of receiving fragments of arbitrary length.

If a fragment requires retransmission, its frame body content and length shall remain fixed for the lifetime of the MSDU or MMPDU at that STA. After a fragment is transmitted once, contents and length of that fragment are not allowed to fluctuate to accommodate the dwell time boundaries. Each fragment shall contain a Sequence Control field, which is comprised of a sequence number and fragment number. When a STA is transmitting an MSDU or MMPDU, the sequence number shall remain the same for all fragments of that MSDU or MMPDU. The fragments shall be sent in order of lowest fragment number to highest fragment number, where the fragment number value starts at zero, and increases by one for each successive fragment. The Frame Control field also contains a bit, the More Fragments bit, that is equal to zero to indicate the last (or only) fragment of the MSDU or MMPDU.

The source STA shall maintain a transmit MSDU timer for each MSDU being transmitted. The attribute dot11MaxTransmitMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU. The timer starts on the initial attempt to transmit the first fragment of the MSDU. If the timer exceeds dot11MaxTransmitMSDULifetime, then all remaining fragments are discarded by the source STA and no attempt is made to complete transmission of the MSDU.

IEEE Std 802.11-2007 at 279.

McKool 452952v1

## 6. MAC service definition

### 6.1 Overview of MAC services

#### 6.1.1 Data service

This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic identifier (TID) to specify differentiated services on a per-MSDU basis. The QoS facility also permits more synchronous behavior to be supported on a connection-oriented basis using TSPECs. There are no guarantees that the submitted MSDU will be delivered successfully. Broadcast and multicast transport is part of the data service provided by the MAC. Due to the characteristics of the WM, broadcast and multicast MSDUs may experience a lower QoS, compared to that of unicast MSDUs. All STAs will support the data service, but only QoS STAs in a QoS BSS differentiate their MSDU delivery according to the designated traffic category or traffic stream (TS) of individual MSDUs.

IEEE Std 802.11-2007 at 51.

#### 6.1.5 MAC data service architecture

*Change the first two paragraphs of 6.1.5 as follows:*

The MAC data plane architecture (i.e., processes that involve transport of all or part of a MAC service data unit (MSDU) is shown in Figure 6-1. During transmission, an MSDU goes through some or all of the following processes: aggregate MSDU (A-MSDU) aggregation, frame delivery deferral during power save mode, sequence number assignment, fragmentation, encryption, integrity protection, ~~and~~ frame formatting, and aggregate MAC protocol data unit (A-MPDU) aggregation. IEEE Std 802.1X-2004 may block the MSDU at the Controlled Port. At some point, the data frames that contain all or part of the MSDU are queued per access category/traffic stream (AC/TS). ~~This queuing may be at any of the three points indicated in Figure 6-1.~~

During reception, a received data frame goes through processes of <u>possible A-MPDU deaggregation,</u> MPDU header and cyclic redundancy code (CRC) validation, duplicate removal, possible reordering if the Block Ack mechanism is used, decryption, defragmentation, integrity checking, and replay detection. After replay detection (or defragmentation if security is used)<u> and possible A-MSDU deaggregation,</u> ~~the~~ <u>one or more</u> MSDU<u>s</u> ~~is~~ <u>are</u> delivered to the MAC_SAP or to the DS. The IEEE 802.1X Controlled/Uncontrolled Ports discard ~~the~~ <u>any received</u> MSDU if the Controlled Port is not enabled and if the MSDU does not represent an IEEE 802.1X frame. TKIP and CCMP MPDU frame order enforcement occurs after decryption, but prior to MSDU defragmentation; therefore, defragmentation will fail if MPDUs arrive out of order.

*Replace Figure 6-1 with the following figure:*



**Figure 6-1—MAC data plane architecture**

IEEE Std 802.11n-2009 at 10-11.

McKool 452952v1

| | |
|---|---|
| a discard timer for monitoring the retransmission time of said at least one protocol data unit to said receiver, | Toshiba's 802-11(n)-compliant products include a discard timer for monitoring the retransmission time of the at least one protocol data unit to the receiver.<br><br>For example, Toshiba's Satellite A665 Series products include a discard timer for monitoring the retransmission time of the at least one protocol data unit to the receiver.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that having a discard timer for monitoring the retransmission time of said at least one protocol data unit to said receiver does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (monitoring the retransmission time of said at least one protocol data unit to said receiver), in substantially the same way (having a discard timer for monitoring the retransmission time of said at least one protocol data unit to said receiver), to arrive at substantially the same result (monitoring the retransmission time of said at least one protocol data unit to said receiver).<br><br>QoS STAs shall maintain a transmit MSDU timer for each MSDU passed to the MAC. The MIB attribute dot11EDCATableMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU for a given AC. The transmit MSDU timer shall be started when the MSDU is passed to the MAC. If the value of this timer exceeds the appropriate entry in dot11EDCATableMSDULifetime, then the MSDU, or any remaining, undelivered fragments of that MSDU, shall be discarded by the source STA without any further attempt to complete delivery of that MSDU.<br>IEEE Std 802.11-2007 at 291-92.<br><br>*Insert the following paragraph at the end of 9.9.1.6:*<br><br>When A-MSDU aggregation is used, the HT STA maintains a single timer for the whole A-MSDU. The timer is restarted each time an MSDU is added to the A-MSDU. This procedure ensures that no MSDU in the A-MSDU is discarded before a period of dot11EDCATableMSDULifetime has elapsed.<br>IEEE Std 802.11n-2009 at 126. |
| said discard timer being initialized when said service data unit is received by said data link layer, | Toshiba's 802.11(n)-compliant products include a discard timer that is initialized when the service data unit is received by the data link layer.<br><br>For example, Toshiba's Satellite A665 Series products include a discard timer that is initialized when the |

service data unit is received by the data link layer.

As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that the discard timer being initialized when said service data unit is received by said data link layer does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (timer being initialized when said service data unit is received by said data link layer), in substantially the same way (timer being initialized when said service data unit is received by said data link layer), to arrive at substantially the same result (said discard timer being initialized when said service data unit is received by said data link layer).

QoS STAs shall maintain a transmit MSDU timer for each MSDU passed to the MAC. The MIB attribute dot11EDCATableMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU for a given AC. The transmit MSDU timer shall be started when the MSDU is passed to the MAC. If the value of this timer exceeds the appropriate entry in dot11EDCATableMSDULifetime, then the MSDU, or any remaining, undelivered fragments of that MSDU, shall be discarded by the source STA without any further attempt to complete delivery of that MSDU.

IEEE Std 802.11-2007 at 291-92.

*Insert the following paragraph at the end of 9.9.1.6:*

When A-MSDU aggregation is used, the HT STA maintains a single timer for the whole A-MSDU. The timer is restarted each time an MSDU is added to the A-MSDU. This procedure ensures that no MSDU in the A-MSDU is discarded before a period of dot11EDCATableMSDULifetime has elapsed.

IEEE Std 802.11n-2009 at 126.

| said service data unit being discarded by said data link layer when an acknowledgment message is not received for each said at least one protocol data unit and said discard timer expires. | Toshiba's 802.11(n)-compliant products include a data link layer that discards the service data unit when an acknowledgement message is not received for each of the at least one protocol data unit and the discard timer expires.

For example, Toshiba's Satellite A665 Series products include a data link layer that discards the service data unit when an acknowledgement message is not received for each of the at least one protocol data unit and the discard timer expires.

As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant |

products literally infringe this claim element.  To the extent Defendants argue that the service data unit being discarded by said data link layer when an acknowledgment message is not received for each said at least one protocol data unit and said discard timer expires does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (service data unit being discarded by said data link layer), in substantially the same way (when an acknowledgment message is not received for each said at least one protocol data unit and said discard timer expires), to arrive at substantially the same result (service data unit being discarded by said data link layer when an acknowledgment message is not received for each said at least one protocol data unit and said discard timer expires).

QoS STAs shall maintain a transmit MSDU timer for each MSDU passed to the MAC. The MIB attribute dot11EDCATableMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU for a given AC. The transmit MSDU timer shall be started when the MSDU is passed to the MAC. If the value of this timer exceeds the appropriate entry in dot11EDCATableMSDULifetime, then the MSDU, or any remaining, undelivered fragments of that MSDU, shall be discarded by the source STA without any further attempt to complete delivery of that MSDU.

IEEE Std 802.11-2007 at 291-92.

*Insert the following paragraph at the end of 9.9.1.6:*

When A-MSDU aggregation is used, the HT STA maintains a single timer for the whole A-MSDU. The timer is restarted each time an MSDU is added to the A-MSDU. This procedure ensures that no MSDU in the A-MSDU is discarded before a period of dot11EDCATableMSDULifetime has elapsed.

IEEE Std 802.11n-2009 at 126.

| 12. The transmitter of claim 11, further comprising: | See claim 11. |
| --- | --- |
| a network layer for transmitting said service data unit to said data link layer; and | Toshiba's 802.11(n)-compliant products include a network layer for transmitting the service data unit to the data link layer.<br><br>For example, Toshiba's Satellite A665 Series products include a network layer for transmitting the service data unit to the data link layer.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant |

products literally infringe this claim element.  To the extent Defendants argue that having a network layer for transmitting said service data unit to said data link layer does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (transmitting said service data unit to said data link layer), in substantially the same way (a network layer for transmitting said service data unit to said data link layer), to arrive at substantially the same result (transmitting said service data unit to said data link layer).



Microsoft's How 802.11 Wireless Works webpage at http://technet.microsoft.com/en-us/library/cc757419(WS.10).aspx.

| | |
|---|---|
| | Different authentication protocols work at different layers in the OSI stack. Initially, the native link-layer security mechanisms were quite weak, and network administrators were forced to work at higher layers in the stack. Much of the engineering and design effort in wireless LAN security over the past few years has focused on developing strong link-layer security mechanisms. At this point, network administrators have a choice of protocols to secure the network. In order from weakest to strongest, they are:<br><br>.<br>.<br>.<br><br>*Network-layer authentication*<br>    Insecurity of IP-based networks is hardly a new phenomenon. Many past products have attempted to address authentication of network users in one form or another, and there is a plethora of systems and protocols that can be used once the network (IP) layer is established. Most of the appropriate methods for use with wireless networks will tie in with VPN technology that can also be used to secure the network traffic.<br><br>Matthew S. Gast, 802.11 Wireless Networks: The Definitive Guide 483 (2d ed. 2005). |
| a physical layer for receiving said at least one protocol data unit from said data link layer and transmitting said at least one protocol data unit to a receiver over said air interface. | Toshiba's 802.11(n)-compliant products include a physical layer for receiving the at least one protocol data unit from the data link layer and transmitting the at least one protocol data unit to a receiver over the air interface.<br><br>For example, Toshiba's Satellite A665 Series products include a physical layer for receiving the at least one protocol data unit from the data link layer.  The physical layer transmits the at least one protocol data unit to the receiver over the air interface.<br><br><u>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that having a physical layer for receiving said at least one protocol data unit from said data link layer and transmitting said at least one protocol data unit to a receiver over said air interface does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (receiving said at least one protocol data unit from said data link layer and transmitting said at least one protocol data unit to a receiver over said air interface), in substantially the same way (having a physical layer for receiving said at</u> |

McKool 452952v1

least one protocol data unit from said data link layer and transmitting said at least one protocol data unit to a receiver over said air interface), to arrive at substantially the same result (receiving said at least one protocol data unit from said data link layer and transmitting said at least one protocol data unit to a receiver over said air interface)

## 5.7 Reference model

This standard presents the architectural view, emphasizing the separation of the system into two major parts: the MAC of the data link layer (DLL) and the PHY. These layers are intended to correspond closely to the lowest layers of the ISO/IEC basic reference model of Open Systems Interconnection (OSI) (ISO/IEC 7498-1: 1994). The layers and sublayers described in this standard are shown in Figure 5-10.



Figure 5-10—Portion of the ISO/IEC basic reference model covered in this standard

IEEE Std 802.11-2007 at 42.

**6. MAC service definition**

**6.1 Overview of MAC services**

**6.1.1 Data service**

This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic identifier (TID) to specify differentiated services on a per-MSDU basis. The QoS facility also permits more synchronous behavior to be supported on a connection-oriented basis using TSPECs. There are no guarantees that the submitted MSDU will be delivered successfully. Broadcast and multicast transport is part of the data service provided by the MAC. Due to the characteristics of the WM, broadcast and multicast MSDUs may experience a lower QoS, compared to that of unicast MSDUs. All STAs will support the data service, but only QoS STAs in a QoS BSS differentiate their MSDU delivery according to the designated traffic category or traffic stream (TS) of individual MSDUs.

IEEE Std 802.11-2007 at 51.

| | |
|---|---|
| 13. The transmitter of claim 11, further comprising: a transmit buffer for storing said at least one protocol data unit until said acknowledgment message is received for each said at least one protocol data unit or until said discard timer expires. | Toshiba's 802.11(n)-compliant products include a transmit buffer for storing the at least one protocol data unit until the acknowledgement message is received for each at least one protocol data unit or until the discard timer expires. <br><br> For example, Toshiba's Satellite A665 Series products include a transmit buffer for storing the at least one protocol data unit until the acknowledgement message is received for each of the at least one protocol data unit or until the discard timer expires. <br><br> As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element. To the extent Defendants argue that having a transmit buffer for storing said at least one protocol data unit until said acknowledgment message is received for each said at least one protocol data unit or until said discard timer expires does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed. For example, Defendant's 802.11(n)-compliant products perform substantially the same function (storing said at least one protocol data unit until said acknowledgment message is received for each said at least one protocol data unit or until said discard timer expires), in substantially the same way (having a transmit buffer for storing said at least one protocol data unit until said acknowledgment message is received for each said at least one protocol data unit or until said discard timer expires), to arrive at substantially the same result (storing said at least one protocol data unit until said acknowledgment message is received for each said at least one protocol data unit or until said discard timer expires). |



### 9.10.7.2 HT-immediate Block Ack architecture

The HT-immediate Block Ack rules are explained in terms of the architecture shown in Figure 9-24 and explained in this subclause.

**Figure 9-24—HT-immediate Block Ack architecture**

The originator contains a transmit buffer control that uses $WinStart_O$ and $WinSize_O$ to submit MPDUs for transmission and releases transmit buffers upon receiving BlockAck frames from the recipient.

IEEE Std 802.11n-2009 at 133.

The BlockAckReq frame shall be discarded if all MSDUs referenced by this BlockAckReq frame have been discarded from the transmit buffer due to expiry of their lifetime limit.

IEEE Std 802.11-2007 at 305.

| | |
|---|---|
| 14. The transmitter of claim 11, further comprising: means for transmitting a "move receiving window" request message to a receiver when said discard timer expires and said acknowledgment message for each said at least one protocol data unit has not been received. | Toshiba's 802.11(n)-compliant computing products include means for transmitting a "move receiving window" request message to a receiver when the discard timer expires and the acknowledgement message for each of the at least one protocol data units has not been received.<br><br>For example, Toshiba's Satellite A665 Series products include means for transmitting a "move receiving window" request message to a receiver when the discard timer expires and the acknowledgment message for each of the at least one protocol data units has not been received.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that having means for transmitting a "move receiving window" request message to a receiver when said discard timer expires and said acknowledgment message for each said at least one protocol data unit has not been received does not |

literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (transmitting a "move receiving window" request message to a receiver when said discard timer expires and said acknowledgment message for each said at least one protocol data unit has not been received), in substantially the same way (having means for transmitting a "move receiving window" request message to a receiver when said discard timer expires and said acknowledgment message for each said at least one protocol data unit has not been received), to arrive at substantially the same result (transmitting a "move receiving window" request message to a receiver when said discard timer expires and said acknowledgment message for each said at least one protocol data unit has not been received).

The originator may send a BlockAckReq for non-Protected Block Ack agreement or a Robust Management ADDBA frame for Protected Block Ack agreement when a data MPDU that was previously transmitted within an A-MPDU that had the Ack Policy field set to Normal Ack is discarded due to exhausted MSDU lifetime. The purpose of this BlockAckReq is to shift the recipient's $WinStart_B$ value past the hole in the sequence number space that is created by the discarded data MPDU and thereby to allow the earliest possible passing of buffered frames up to the next MAC process.

IEEE Std 802.11n-2009 at 139.

## Reorder buffer operation

When the recipient receives a QoS Data frame for which a block ack session is in place, the recipient will buffer the MPDU. If the arriving MPDU completes the MSDU at the head of the reorder buffer, then the recipient forwards the complete MSDU and subsequent complete MSDUs in the reorder buffer in sequence to the higher layers until an incomplete MSDU forming a hole in the sequence space is encountered. If, when the MPDU arrives, there are incomplete preceding MSDUs in the reorder buffer then the MSDU is held until those preceding MSDUs are complete.

If an MPDU arrives and the reorder buffer is full then the first MSDU in the reorder buffer is discarded (since it is incomplete) to make room. This may also result in the release of complete subsequent MSDUs to the higher layers.

If a BAR frame is received, all complete MSDUs with a lower sequence number than the starting sequence number of the BAR are forwarded to the higher layers and all incomplete MSDUs with a lower sequence number are discarded. The BAR frame thus has a dual role. In addition to soliciting a block ack response, it provides the originator with a mechanism for flushing the recipient's reorder buffer of incomplete MSDUs or holes representing MSDUs whose retransmit lifetime has expired. If the originator discards one or more MPDUs due to lifetime expiry it must send a BAR to flush the recipient reorder buffer so that subsequent MSDUs are not needlessly held up waiting for the sequence to be completed.

Figure 8.12 gives an example of reorder buffer behavior. A block of QoS Data frames composed of fragmented MSDUs is sent. In the diagram, the QoS Data MPDUs are numbered with the number before the decimal point being the MSDU sequence number and the number after the decimal point being the MSDU fragment number. MSDU 1 is received completely, reassembled and forwarded to the higher layers. The second fragment of MSDU 2 is lost and thus the received fragment is stored until MSDU 2 can be completed. This holds up subsequent MSDUs even if they are complete.



**Figure 8.12** Reorder buffer behavior with fragmented MSDU's.

After a BAR/BA exchange, the originator learns of the lost fragments and retransmits them together with additional MSDUs that are available and that will fit in the reorder buffer. All MSDUs are now complete and forwarded in sequence to the higher layers. The originator learns that all MSDUs have been successfully transferred with another BAR/BA exchange.



**Figure 8.14** Using BAR to flush the reorder buffer.

responder will return a BA in response to the aggregate. The two response mechanisms to Normal Ack policy are illustrated in Figure 8.13.

The use of Normal Ack policy to solicit a BA does not eliminate the need for the BAR. Recall that the BAR frame performs two functions: it solicits a BA response and it flushes the MSDUs in the reorder buffer that are held up due to an earlier incomplete MSDU. If the originator does not receive an acknowledgement for an MSDU whose lifetime has expired then the originator must send a BAR to flush the recipient's reorder buffer of complete MSDUs subsequent to the MSDU that will never make it across. This is illustrated in the example given in Figure 8.14.

In this example, MSDU 3 is not successfully received by the recipient after a number of retries. On lifetime expiry the originator discards MSDU 3. To eliminate the hole in the recipient's reorder buffer, the originator must send a BAR with a SSN that is greater than the sequence number of the discarded MSDU. In practice, the SSN is set to the sequence number of the next MSDU to be transmitted (although that MSDU may not be available for transmission yet) which in this case is 8 since all MSDUs with lower sequence numbers have been acknowledged and discarded by the originator.

Next Generation Wireless LANs Throughput, Robustness, and Reliability in 802.11n by Eldad Perahia and Robert Stacey, Cambridge University Press, at 216-218.

| | |
|---|---|
| 19. A method for transmitting data packets from a transmitter to a receiver over an air interface using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request, comprising the steps of: | Toshiba's 802.11(n)-compliant products provide a method for transmitting data packets from a transmitter to a receiver over an air interface to a receiver using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request.<br><br>For example, Toshiba's Satellite A665 Series products include a transmitter for transmitting data packets over an interface to a receiver. Alternatively, another device (such as a router) includes a transmitter for transmitting data packets over an interface to a receiver.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element. To the extent Defendants argue that transmitting data packets from a transmitter to a receiver over an air interface using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed. For example, Defendant's 802.11(n)-compliant products perform substantially the same function (transmitting data packets from a transmitter to a receiver over an air interface using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request), in substantially the same way (transmitting data packets from a transmitter to a receiver over an air interface using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request), to arrive at substantially the same result (transmitting data packets from a transmitter to a receiver over an air interface).<br><br>WIRELESS LAN*<br>Wi-Fi® Wireless networking (802.11b/g/n)<br><br>Toshiba Satellite A665 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X. |

Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.



**Figure 9-21—Message sequence chart for Block Ack mechanism: (a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std. 802.11-2007 at 302.

## 9.10 Block Acknowledgment (Block Ack)

### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

IEEE Std 802.11-2007 at 302.

The BlockAck frame contains acknowledgments for the MPDUs of up to 64 previous MSDUs. In the BlockAck frame, the STA acknowledges only the MPDUs starting from the starting sequence control until the MPDU with the highest sequence number (modulo $2^{12}$) that has been received, and the STA shall set bits in the Block Ack bitmap corresponding to all other MPDUs to 0. The status of MPDUs that are considered "old" and prior to the sequence number range for which the receiver maintains status shall be reported as successfully received (i.e., the corresponding bit in the bitmap shall be set to 1). The sequence number space is considered divided into two parts, one of which is "old" and one of which is "new" by means of a boundary created by adding half the sequence number range to the current start of receive window (modulo $2^{12}$). If the BlockAck frame indicates that an MPDU was not received correctly, the originator shall retry that MPDU subject to that MPDU's appropriate lifetime limit.

IEEE Std 802.11-2007 at 304.

### 9.10.1 Introduction

*Change the third paragraph of 9.10.1 as follows:*

The Block Ack mechanism does not require the setting up of a TS; however, QoS STAs using the TS facility may choose to signal their intention to use Block Ack mechanism for the scheduler's consideration in assigning TXOPs. Acknowledgments of frames belonging to the same TID, but transmitted during multiple TXOPs, may also be combined into a single BlockAck frame. This mechanism allows the originator to have flexibility regarding the transmission of data MPDUs. The originator may split the block of frames across TXOPs, separate the data transfer and the Block Ack exchange, and interleave blocks of MPDUs carrying all or part of MSDUs or A-MSDUs for different TIDs or RAs.

IEEE Std 802.11n-209 at 128.

### 6. MAC service definition

### 6.1 Overview of MAC services

### 6.1.1 Data service

This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic identifier (TID) to specify differentiated services on a per-MSDU basis. The QoS facility also permits more synchronous behavior to be supported on a connection-oriented basis using TSPECs. There are no guarantees that the submitted MSDU will be delivered successfully. Broadcast and multicast transport is part of the data service provided by the MAC. Due to the characteristics of the WM, broadcast and multicast MSDUs may experience a lower QoS, compared to that of unicast MSDUs. All STAs will support the data service, but only QoS STAs in a QoS BSS differentiate their MSDU delivery according to the designated traffic category or traffic stream (TS) of individual MSDUs.

IEEE Std 802.11-2007 at 51.

| | |
|---|---|
| receiving, by a data link layer within said transmitter, a service data unit containing a plurality of said data packets; | Toshiba's 802.11(n)-compliant products a data link layer within the transmitter that receives a service data unit containing a plurality of data packets.<br><br>For example, Toshiba's Satellite A665 Series products include a data link layer for receiving a service data unit.  Alternatively, another device (such as a router) includes a data link layer for receiving a service data unit.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that receiving, by a data link layer within said transmitter, a service data unit containing a plurality of said data packets does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (receiving, by a data link layer within said transmitter, a service data unit containing a plurality of said data packets), in substantially the same way (receiving, by a data link layer within said transmitter, a service data unit containing a plurality of said data packets), to arrive at substantially the same result (receiving a service data unit containing a plurality of said data packets).<br><br>**5.7 Reference model**<br><br>This standard presents the architectural view, emphasizing the separation of the system into two major parts: the MAC of the data link layer (DLL) and the PHY. These layers are intended to correspond closely to the lowest layers of the ISO/IEC basic reference model of Open Systems Interconnection (OSI) (ISO/IEC 7498-1: 1994). The layers and sublayers described in this standard are shown in Figure 5-10.<br>IEEE Std 802.11-2007 at 42.<br><br>**3.82 medium access control (MAC) protocol data unit (MPDU):** The unit of data exchanged between two peer MAC entities using the services of the physical layer (PHY).<br><br>**3.83 medium access control (MAC) service data unit (MSDU):** Information that is delivered as a unit between MAC service access points (SAPs).<br>IEEE Std 802.11-2007 at 10. |

> 3.227 **aggregate medium access control (MAC) protocol data unit (A-MPDU):** A structure containing multiple MPDUs, transported as a single physical layer convergence procedure (PLCP) service data unit (PSDU) by the physical layer (PHY).
>
> 3.228 **aggregate medium access control (MAC) service data unit (A-MSDU):** A structure containing multiple MSDUs, transported within a single (unfragmented) data medium access control (MAC) protocol data unit (MPDU).

IEEE Std 802.11n-2009 at 2.

> **6. MAC service definition**
>
> **6.1 Overview of MAC services**
>
> **6.1.1 Data service**
>
> This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic identifier (TID) to specify differentiated services on a per-MSDU basis. The QoS facility also permits more synchronous behavior to be supported on a connection-oriented basis using TSPECs. There are no guarantees that the submitted MSDU will be delivered successfully. Broadcast and multicast transport is part of the data service provided by the MAC. Due to the characteristics of the WM, broadcast and multicast MSDUs may experience a lower QoS, compared to that of unicast MSDUs. All STAs will support the data service, but only QoS STAs in a QoS BSS differentiate their MSDU delivery according to the designated traffic category or traffic stream (TS) of individual MSDUs.

IEEE Std 802.11-2007 at 51.

| | |
|---|---|
| segmenting, by said data link layer, said service data unit into at least one protocol data unit; | Toshiba's 802.11(n)-compliant products include a data link layer for segmenting the service data unit into at least one protocol data unit. |

For example, Toshiba's Satellite A665 Series products include a data link layer that segments the service data unit into at least one protocol data unit.  Alternatively, another device (such as a router) includes a data link layer that segments the service data unit into at least one protocol data unit.

As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that segmenting, by said data link layer, said service data unit into at least one protocol data unit does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (segmenting said service data unit into at least one protocol data unit), in substantially the same way

(segmenting, by said data link layer, said service data unit into at least one protocol data unit), to arrive at substantially the same result (segmenting said service data unit into at least one protocol data unit).

## 5.7 Reference model

This standard presents the architectural view, emphasizing the separation of the system into two major parts: the MAC of the data link layer (DLL) and the PHY. These layers are intended to correspond closely to the lowest layers of the ISO/IEC basic reference model of Open Systems Interconnection (OSI) (ISO/IEC 7498-1: 1994). The layers and sublayers described in this standard are shown in Figure 5-10.

IEEE Std 802.11-2007 at 42.

**3.82 medium access control (MAC) protocol data unit (MPDU):** The unit of data exchanged between two peer MAC entities using the services of the physical layer (PHY).

**3.83 medium access control (MAC) service data unit (MSDU):** Information that is delivered as a unit between MAC service access points (SAPs).

IEEE Std 802.11-2007 at 10.

**3.227 aggregate medium access control (MAC) protocol data unit (A-MPDU):** A structure containing multiple MPDUs, transported as a single physical layer convergence procedure (PLCP) service data unit (PSDU) by the physical layer (PHY).

**3.228 aggregate medium access control (MAC) service data unit (A-MSDU):** A structure containing multiple MSDUs, transported within a single (unfragmented) data medium access control (MAC) protocol data unit (MPDU).

IEEE Std 802.11n-2009 at 2.

**3.57 fragmentation:** The process of segmenting a medium access control (MAC) service data unit (MSDU) or MAC management protocol data unit (MMPDU) into a sequence of smaller MAC protocol data units (MPDUs) prior to transmission. The process of recombining a set of fragment MPDUs into an MSDU or MMPDU is known as defragmentation. These processes are described in 5.8.1.9 of ISO/IEC 7498-1:1994.

IEEE Std. 802.11-2007 at 8.

### 9.4 Fragmentation

The MAC may fragment and reassemble individually addressed MSDUs or MMPDUs. The fragmentation and defragmentation mechanisms allow for fragment retransmission.

The length of each fragment shall be an equal number of octets for all fragments except the last, which may be smaller. The length of each fragment shall always be an even number of octets, except for the last fragment of an MSDU or MMPDU, which may be either an even or an odd number of octets. The length of a fragment shall never be larger than dot11FragmentationThreshold unless WEP is invoked for the MPDU. If WEP is active for the MPDU, then the MPDU shall be expanded by IV and ICV (see 8.2.1); this may result in a fragment larger than dot11FragmentationThreshold.

A fragment is an MPDU, the payload of which carries all or a portion of an MSDU or MMPDU. When data are to be transmitted, the number of octets in the fragment (before processing by the security mechanism) shall be determined by dot11FragmentationThreshold and the number of octets in the MPDU that have yet to be assigned to a fragment at the instant the fragment is constructed for the first time. Once a fragment is transmitted for the first time, its frame body content and length shall be fixed until it is successfully delivered to the immediate receiving STA. A STA shall be capable of receiving fragments of arbitrary length.

If a fragment requires retransmission, its frame body content and length shall remain fixed for the lifetime of the MSDU or MMPDU at that STA. After a fragment is transmitted once, contents and length of that fragment are not allowed to fluctuate to accommodate the dwell time boundaries. Each fragment shall contain a Sequence Control field, which is comprised of a sequence number and fragment number. When a STA is transmitting an MSDU or MMPDU, the sequence number shall remain the same for all fragments of that MSDU or MMPDU. The fragments shall be sent in order of lowest fragment number to highest fragment number, where the fragment number value starts at zero, and increases by one for each successive fragment. The Frame Control field also contains a bit, the More Fragments bit, that is equal to zero to indicate the last (or only) fragment of the MSDU or MMPDU.

The source STA shall maintain a transmit MSDU timer for each MSDU being transmitted. The attribute dot11MaxTransmitMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU. The timer starts on the initial attempt to transmit the first fragment of the MSDU. If the timer exceeds dot11MaxTransmitMSDULifetime, then all remaining fragments are discarded by the source STA and no attempt is made to complete transmission of the MSDU.

IEEE Std 802.11-2007 at 279.

McKool 452952v1

### 6. MAC service definition

#### 6.1 Overview of MAC services

##### 6.1.1 Data service

This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic identifier (TID) to specify differentiated services on a per-MSDU basis. The QoS facility also permits more synchronous behavior to be supported on a connection-oriented basis using TSPECs. There are no guarantees that the submitted MSDU will be delivered successfully. Broadcast and multicast transport is part of the data service provided by the MAC. Due to the characteristics of the WM, broadcast and multicast MSDUs may experience a lower QoS, compared to that of unicast MSDUs. All STAs will support the data service, but only QoS STAs in a QoS BSS differentiate their MSDU delivery according to the designated traffic category or traffic stream (TS) of individual MSDUs.

IEEE Std 802.11-2007 at 51.

##### 6.1.5 MAC data service architecture

*Change the first two paragraphs of 6.1.5 as follows:*

The MAC data plane architecture (i.e., processes that involve transport of all or part of a MAC service data unit (MSDU) is shown in Figure 6-1. During transmission, an MSDU goes through some or all of the following processes: aggregate MSDU (A-MSDU) aggregation, frame delivery deferral during power save mode, sequence number assignment, fragmentation, encryption, integrity protection, ~~and~~ frame formatting, and aggregate MAC protocol data unit (A-MPDU) aggregation. IEEE Std 802.1X-2004 may block the MSDU at the Controlled Port. At some point, the data frames that contain all or part of the MSDU are queued per access category/traffic stream (AC/TS). ~~This queuing may be at any of the three points indicated in Figure 6-1.~~

During reception, a received data frame goes through processes of possible A-MPDU deaggregation, MPDU header and cyclic redundancy code (CRC) validation, duplicate removal, possible reordering if the Block Ack mechanism is used, decryption, defragmentation, integrity checking, and replay detection. After replay detection (or defragmentation if security is used) and possible A-MSDU deaggregation, the one or more MSDUs is are delivered to the MAC_SAP or to the DS. The IEEE 802.1X Controlled/Uncontrolled Ports discard the any received MSDU if the Controlled Port is not enabled and if the MSDU does not represent an IEEE 802.1X frame. TKIP and CCMP MPDU frame order enforcement occurs after decryption, but prior to MSDU defragmentation; therefore, defragmentation will fail if MPDUs arrive out of order.

*Replace Figure 6-1 with the following figure:*



**Figure 6-1—MAC data plane architecture**
IEEE Std 802.11n-2009 at 10-11.

McKool 452952v1

| | |
|---|---|
| initializing a discard timer within said transmitter when said service data unit is received by said data link layer; | Toshiba's 802.11(n)-compliant products include a discard timer that is initialized when the service data unit is received by the data link layer.<br><br>For example, Toshiba's Satellite A665 Series products include a discard timer that is initialized when the service data unit is received by the data link layer.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that initializing a discard timer within said transmitter when said service data unit is received by said data link layer does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (initializing a discard timer within said transmitter when said service data unit is received by said data link layer), in substantially the same way (initializing a discard timer within said transmitter when said service data unit is received by said data link layer), to arrive at substantially the same result (initializing a discard timer when said service data unit is received by said data link layer).<br><br>QoS STAs shall maintain a transmit MSDU timer for each MSDU passed to the MAC. The MIB attribute dot11EDCATableMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU for a given AC. The transmit MSDU timer shall be started when the MSDU is passed to the MAC. If the value of this timer exceeds the appropriate entry in dot11EDCATableMSDULifetime, then the MSDU, or any remaining, undelivered fragments of that MSDU, shall be discarded by the source STA without any further attempt to complete delivery of that MSDU.<br>IEEE Std 802.11-2007 at 291-92.<br><br>*Insert the following paragraph at the end of 9.9.1.6:*<br><br>When A-MSDU aggregation is used, the HT STA maintains a single timer for the whole A-MSDU. The timer is restarted each time an MSDU is added to the A-MSDU. This procedure ensures that no MSDU in the A-MSDU is discarded before a period of dot11EDCATableMSDULifetime has elapsed.<br>IEEE Std 802.11n-2009 at 126. |
| transmitting said at least one protocol data unit from said transmitter over said air interface to said receiver; | Toshiba's 802.11(n)-compliant products include a transmitter that transmits the at east one protocol data unit over the air interface to a receiver.<br><br>For example, Toshiba's Satellite A665 Series products include a transmitter that transmits at least one protocol data unit over the air interface to a receiver (*e.g.*, a router).  Alternatively, another device (such as a |

McKool 452952v1

router) includes a transmitter that transmits at least one protocol data unit over the air interface to a receiver (*e.g.*, a Toshiba Satellite A665 Series laptop).

As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that transmitting said at least one protocol data unit from said transmitter over said air interface to said receiver does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (transmitting said at least one protocol data unit from said transmitter over said air interface to said receiver), in substantially the same way (transmitting said at least one protocol data unit from said transmitter over said air interface to said receiver), to arrive at substantially the same result (transmitting said at least one protocol data unit from said transmitter over said air interface to said receiver).

### 6. MAC service definition

#### 6.1 Overview of MAC services

##### 6.1.1 Data service

This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic identifier (TID) to specify differentiated services on a per-MSDU basis. The QoS facility also permits more synchronous behavior to be supported on a connection-oriented basis using TSPECs. There are no guarantees that the submitted MSDU will be delivered successfully. Broadcast and multicast transport is part of the data service provided by the MAC. Due to the characteristics of the WM, broadcast and multicast MSDUs may experience a lower QoS, compared to that of unicast MSDUs. All STAs will support the data service, but only QoS STAs in a QoS BSS differentiate their MSDU delivery according to the designated traffic category or traffic stream (TS) of individual MSDUs.

IEEE Std 802.11-2007 at 51.

McKool 452952v1

### 6.1.5 MAC data service architecture

*Change the first two paragraphs of 6.1.5 as follows:*

The MAC data plane architecture (i.e., processes that involve transport of all or part of a MAC service data unit (MSDU) is shown in Figure 6-1. During transmission, an MSDU goes through some or all of the following processes: aggregate MSDU (A-MSDU) aggregation, frame delivery deferral during power save mode, sequence number assignment, fragmentation, encryption, integrity protection, and frame formatting, and aggregate MAC protocol data unit (A-MPDU) aggregation. IEEE Std 802.1X-2004 may block the MSDU at the Controlled Port. At some point, the data frames that contain all or part of the MSDU are queued per access category/traffic stream (AC/TS). This queuing may be at any of the three points indicated in Figure 6-1.

McKool 452952v1

During reception, a received data frame goes through processes of possible A-MPDU deaggregation, MPDU header and cyclic redundancy code (CRC) validation, duplicate removal, possible reordering if the Block Ack mechanism is used, decryption, defragmentation, integrity checking, and replay detection. After replay detection (or defragmentation if security is used) and possible A-MSDU deaggregation, the one or more MSDUs is are delivered to the MAC_SAP or to the DS. The IEEE 802.1X Controlled/Uncontrolled Ports discard the any received MSDU if the Controlled Port is not enabled and if the MSDU does not represent an IEEE 802.1X frame. TKIP and CCMP MPDU frame order enforcement occurs after decryption, but prior to MSDU defragmentation; therefore, defragmentation will fail if MPDUs arrive out of order.

*Replace Figure 6-1 with the following figure:*



**Figure 6-1—MAC data plane architecture**

IEEE Std 802.11n-2009 at 10-11.

### 9.10 Block Acknowledgment (Block Ack)

#### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

The Block Ack mechanism is initialized by an exchange of ADDBA Request/Response frames. After initialization, blocks of QoS data frames can be transmitted from the originator to the recipient. A block may be started within a polled TXOP or by winning EDCA contention. The number of frames in the block is limited, and the amount of state that is to be kept by the recipient is bounded. The MPDUs within the block of frames are acknowledged by a BlockAck control frame, which is requested by a BlockAckReq control frame.

The Block Ack mechanism does not require the setting up of a TS; however, QoS STAs using the TS facility may choose to signal their intention to use Block Ack mechanism for the scheduler's consideration in assigning TXOPs. Acknowledgments of frames belonging to the same TID, but transmitted during multiple TXOPs, may also be combined into a single BlockAck frame. This mechanism allows the originator to have flexibility regarding the transmission of data MPDUs. The originator may split the block of frames across TXOPs, separate the data transfer and the Block Ack exchange, and interleave blocks of MSDUs for different TIDs or RAs.

Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.



**Figure 9-21—Message sequence chart for Block Ack mechanism: (a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std 802.11-2007 at 302.

| | |
|---|---|
| | **9.10.1 Introduction**<br><br>*Change the third paragraph of 9.10.1 as follows:*<br><br>The Block Ack mechanism does not require the setting up of a TS; however, QoS STAs using the TS facility may choose to signal their intention to use Block Ack mechanism for the scheduler's consideration in assigning TXOPs. Acknowledgments of frames belonging to the same TID, but transmitted during multiple TXOPs, may also be combined into a single BlockAck frame. This mechanism allows the originator to have flexibility regarding the transmission of data MPDUs. The originator may split the block of frames across TXOPs, separate the data transfer and the Block Ack exchange, and interleave blocks of <u>MPDUs carrying all or part of</u> MSDUs <u>or A-MSDUs</u> for different TIDs or RAs.<br><br><div align="center">IEEE Std 802.11n-2009 at 128.</div> |
| transmitting an acknowledgment message from said receiver to said transmitter over said air interface after determining that said at least one protocol data unit is received correctly; and | Toshiba's 802.11(n)-compliant products transmit an acknowledgement message from the receiver to the transmitter over the air interface after determining that the at least one protocol data unit is received correctly.<br><br>For example, another device (such as a router) transmits an acknowledgement message from the receiver to the transmitter (*e.g.*, a Satellite A665 Series laptop) over the air interface after determining that the at least one protocol data unit is received correctly.  Alternatively, a Toshiba Satellite A665 Series product transmits an acknowledgement message from the receiver to the transmitter (*e.g.*, a router) over the air interface after determining that the at least one protocol data unit is received correctly.<br><br><u>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that transmitting an acknowledgment message from said receiver to said transmitter over said air interface after determining that said at least one protocol data unit is received correctly does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (transmitting an acknowledgment message from said receiver to said transmitter over said air interface after determining that said at least one protocol data unit is received correctly), in substantially the same way (transmitting an acknowledgment message from said receiver to said transmitter over said air interface after determining that said at least one protocol data unit is received correctly), to arrive at substantially the same result (transmitting an acknowledgment message from said receiver to said transmitter over said air interface after determining that said at least one protocol data unit is received correctly).</u> |

### 9.10 Block Acknowledgment (Block Ack)

#### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

The Block Ack mechanism is initialized by an exchange of ADDBA Request/Response frames. After initialization, blocks of QoS data frames can be transmitted from the originator to the recipient. A block may be started within a polled TXOP or by winning EDCA contention. The number of frames in the block is limited, and the amount of state that is to be kept by the recipient is bounded. The MPDUs within the block of frames are acknowledged by a BlockAck control frame, which is requested by a BlockAckReq control frame.

The Block Ack mechanism does not require the setting up of a TS; however, QoS STAs using the TS facility may choose to signal their intention to use Block Ack mechanism for the scheduler's consideration in assigning TXOPs. Acknowledgments of frames belonging to the same TID, but transmitted during multiple TXOPs, may also be combined into a single BlockAck frame. This mechanism allows the originator to have flexibility regarding the transmission of data MPDUs. The originator may split the block of frames across TXOPs, separate the data transfer and the Block Ack exchange, and interleave blocks of MSDUs for different TIDs or RAs.

Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.



**Figure 9-21—Message sequence chart for Block Ack mechanism: (a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std 802.11-2007 at 302.

McKool 452952v1

| | |
|---|---|
| | **9.10.1 Introduction**<br><br>*Change the third paragraph of 9.10.1 as follows:*<br><br>The Block Ack mechanism does not require the setting up of a TS; however, QoS STAs using the TS facility may choose to signal their intention to use Block Ack mechanism for the scheduler's consideration in assigning TXOPs. Acknowledgments of frames belonging to the same TID, but transmitted during multiple TXOPs, may also be combined into a single BlockAck frame. This mechanism allows the originator to have flexibility regarding the transmission of data MPDUs. The originator may split the block of frames across TXOPs, separate the data transfer and the Block Ack exchange, and interleave blocks of <u>MPDUs carrying all or part of</u> MSDUs <u>or A-MSDUs</u> for different TIDs or RAs.<br><br><center>IEEE Std 802.11n-2009 at 128.</center> |
| discarding said service data unit by said transmitter and said receiver when said acknowledgment message is not transmitted for said at least one protocol data unit and said discard timer expires. | Toshiba's 802.11(n)-compliant products include a receiver and transmitter that discard the service data unit when an acknowledgement message is not transmitted for the at least one protocol data unit and the discard timer expires.<br><br>For example, both Toshiba's Satellite A665 Series product and other devices (such as a router) include a receiver and transmitter that discards the service data unit when an acknowledgement message is not transmitted for each of the at least one protocol data unit and the discard timer expires.<br><br><u><span style="color:red">As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that discarding said service data unit by said transmitter and said receiver when said acknowledgment message is not transmitted for said at least one protocol data unit and said discard timer expires does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (discarding said service data unit by said transmitter and said receiver), in substantially the same way (when said acknowledgment message is not transmitted for said at least one protocol data unit and said discard timer expires), to arrive at substantially the same result (discarding said service data unit by said transmitter and said receiver when said acknowledgment message is not transmitted for said at least one protocol data unit and said discard timer expires).</span></u><br><br>QoS STAs shall maintain a transmit MSDU timer for each MSDU passed to the MAC. The MIB attribute dot11EDCATableMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU for a given AC. The transmit MSDU timer shall be started when the MSDU is passed to the MAC. If the value of this timer exceeds the appropriate entry in dot11EDCATableMSDULifetime, then the MSDU, or any |

McKool 452952v1

|  | remaining, undelivered fragments of that MSDU, shall be discarded by the source STA without any further attempt to complete delivery of that MSDU.<br><br>IEEE Std 802.11-2007 at 291-92.<br><br>*Insert the following paragraph at the end of 9.9.1.6:*<br><br>When A-MSDU aggregation is used, the HT STA maintains a single timer for the whole A-MSDU. The timer is restarted each time an MSDU is added to the A-MSDU. This procedure ensures that no MSDU in the A-MSDU is discarded before a period of dot11EDCATableMSDULifetime has elapsed.<br><br>IEEE 802.11n-2009 at 126. |
|---|---|

| | |
|---|---|
| 21. The method of claim 19, wherein said step of discarding further comprises the step of: transmitting a "move receiving window" request message from said transmitter to said receiver when said discard timer expires and said acknowledgment message for each said at least one protocol data unit has not been received. | Toshiba's 802.11(n)-compliant products transmit a "move receiving window" request message from the transmitter to the receiver when the discard timer expires and the acknowledgement message for each of the at least one protocol data units has not been received.<br><br>For example, Toshiba's Satellite A665 Series products transmit a "move receiving window" request message to a receiver when the discard timer expires and the acknowledgment message for each of the at least one protocol data units has not been received.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that transmitting a "move receiving window" request message from said transmitter to said receiver when said discard timer expires and said acknowledgment message for each said at least one protocol data unit has not been received does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (transmitting a "move receiving window" request message from said transmitter to said receiver when said discard timer expires and said acknowledgment message for each said at least one protocol data unit has not been received), in substantially the same way (transmitting a "move receiving window" request message from said transmitter to said receiver when said discard timer expires and said acknowledgment message for each said at least one protocol data unit has not been received), to arrive at substantially the same result (transmitting a "move receiving window" request message from said transmitter to said receiver).<br><br>The originator may send a BlockAckReq for non-Protected Block Ack agreement or a Robust Management ADDBA frame for Protected Block Ack agreement when a data MPDU that was previously transmitted within an A-MPDU that had the Ack Policy field set to Normal Ack is discarded due to exhausted MSDU lifetime. The purpose of this BlockAckReq is to shift the recipient's $WinStart_B$ value past the hole in the sequence number space that is created by the discarded data MPDU and thereby to allow the earliest possible passing of buffered frames up to the next MAC process.<br>IEEE Std 802.11n-2009 at 139. |

## Reorder buffer operation

When the recipient receives a QoS Data frame for which a block ack session is in place, the recipient will buffer the MPDU. If the arriving MPDU completes the MSDU at the head of the reorder buffer, then the recipient forwards the complete MSDU and subsequent complete MSDUs in the reorder buffer in sequence to the higher layers until an incomplete MSDU forming a hole in the sequence space is encountered. If, when the MPDU arrives, there are incomplete preceding MSDUs in the reorder buffer then the MSDU is held until those preceding MSDUs are complete.

If an MPDU arrives and the reorder buffer is full then the first MSDU in the reorder buffer is discarded (since it is incomplete) to make room. This may also result in the release of complete subsequent MSDUs to the higher layers.

If a BAR frame is received, all complete MSDUs with a lower sequence number than the starting sequence number of the BAR are forwarded to the higher layers and all incomplete MSDUs with a lower sequence number are discarded. The BAR frame thus has a dual role. In addition to soliciting a block ack response, it provides the originator with a mechanism for flushing the recipient's reorder buffer of incomplete MSDUs or holes representing MSDUs whose retransmit lifetime has expired. If the originator discards one or more MPDUs due to lifetime expiry it must send a BAR to flush the recipient reorder buffer so that subsequent MSDUs are not needlessly held up waiting for the sequence to be completed.

Figure 8.12 gives an example of reorder buffer behavior. A block of QoS Data frames composed of fragmented MSDUs is sent. In the diagram, the QoS Data MPDUs are numbered with the number before the decimal point being the MSDU sequence number and the number after the decimal point being the MSDU fragment number. MSDU 1 is received completely, reassembled and forwarded to the higher layers. The second fragment of MSDU 2 is lost and thus the received fragment is stored until MSDU 2 can be completed. This holds up subsequent MSDUs even if they are complete.



**Figure 8.12** Reorder buffer behavior with fragmented MSDUs.

After a BAR/BA exchange, the originator learns of the lost fragments and retransmits them together with additional MSDUs that are available and that will fit in the reorder buffer. All MSDUs are now complete and forwarded in sequence to the higher layers. The originator learns that all MSDUs have been successfully transferred with another BAR/BA exchange.

McKool 452952v1



**Figure 8.14** Using BAR to flush the reorder buffer.

responder will return a BA in response to the aggregate. The two response mechanisms to Normal Ack policy are illustrated in Figure 8.13.

The use of Normal Ack policy to solicit a BA does not eliminate the need for the BAR. Recall that the BAR frame performs two functions: it solicits a BA response and it flushes the MSDUs in the reorder buffer that are held up due to an earlier incomplete MSDU. If the originator does not receive an acknowledgement for an MSDU whose lifetime has expired then the originator must send a BAR to flush the recipient's reorder buffer of complete MSDUs subsequent to the MSDU that will never make it across. This is illustrated in the example given in Figure 8.14.

In this example, MSDU 3 is not successfully received by the recipient after a number of retries. On lifetime expiry the originator discards MSDU 3. To eliminate the hole in the recipient's reorder buffer, the originator must send a BAR with a SSN that is greater than the sequence number of the discarded MSDU. In practice, the SSN is set to the sequence number of the next MSDU to be transmitted (although that MSDU may not be available for transmission yet) which in this case is 8 since all MSDUs with lower sequence numbers have been acknowledged and discarded by the originator.

Next Generation Wireless LANs Throughput, Robustness, and Reliability in 802.11n by Eldad Perahia and Robert Stacey, Cambridge University Press, at 216-218.

| | |
|---|---|
| 22. The method of claim 21, wherein said step of discarding further comprises the step of: | See claim 21. |
| storing, within a receiver buffer within said receiver, said at least one protocol data unit; and | Toshiba's 802.11(n)-compliant products store, within a receiver buffer within the receiver, the at least one protocol data unit.<br><br>For example, another device (such as a router) stores, within a receiver buffer within the receiver, the at least one protocol data unit.  Alternatively, a Toshiba Satellite A665 Series product stores, within a receiver buffer within the receiver, the at least one protocol data unit.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that storing, within a receiver buffer within said receiver, said at least one protocol data unit does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (storing, within a receiver buffer within said receiver, said at least one protocol data unit), in substantially the same way (storing, within a receiver buffer within said receiver, said at least one protocol data unit), to arrive at substantially the same result (storing said at least one protocol data unit). |

## 9.10.7.2 HT-immediate Block Ack architecture

The HT-immediate Block Ack rules are explained in terms of the architecture shown in Figure 9-24 and explained in this subclause.



**Figure 9-24—HT-immediate Block Ack architecture**

The originator contains a transmit buffer control that uses $WinStart_O$ and $WinSize_O$ to submit MPDUs for transmission and releases transmit buffers upon receiving BlockAck frames from the recipient.

IEEE Std 802.11n-2009 at 133.

A receive reordering buffer shall be maintained for each HT-immediate Block Ack agreement. Each receive reordering buffer includes a record comprising the following:

— Buffered MSDUs or A-MSDUs that have been received, but not yet passed up to the next MAC process

— A $WinStart_B$ parameter, indicating the value of the Sequence Number subfield of the first (in order of ascending sequence number) MSDU or A-MSDU that has not yet been received

— A $WinEnd_B$ parameter, indicating the highest sequence number expected to be received in the current reception window

— A $WinSize_B$ parameter, indicating the size of the reception window

IEEE Std 802.11n-2009 at 137.

Any MSDU or A-MSDU that has been passed up to the next MAC process shall be deleted from the receive reordering buffer.

IEEE Std 802.11n-2009 at 137.

## Reorder buffer operation

When the recipient receives a QoS Data frame for which a block ack session is in place, the recipient will buffer the MPDU. If the arriving MPDU completes the MSDU at the head of the reorder buffer, then the recipient forwards the complete MSDU and subsequent complete MSDUs in the reorder buffer in sequence to the higher layers until an incomplete MSDU forming a hole in the sequence space is encountered. If, when the MPDU arrives, there are incomplete preceding MSDUs in the reorder buffer then the MSDU is held until those preceding MSDUs are complete.

If an MPDU arrives and the reorder buffer is full then the first MSDU in the reorder buffer is discarded (since it is incomplete) to make room. This may also result in the release of complete subsequent MSDUs to the higher layers.

If a BAR frame is received, all complete MSDUs with a lower sequence number than the starting sequence number of the BAR are forwarded to the higher layers and all incomplete MSDUs with a lower sequence number are discarded. The BAR frame thus has a dual role. In addition to soliciting a block ack response, it provides the originator with a mechanism for flushing the recipient's reorder buffer of incomplete MSDUs or holes representing MSDUs whose retransmit lifetime has expired. If the originator discards one or more MPDUs due to lifetime expiry it must send a BAR to flush the recipient reorder buffer so that subsequent MSDUs are not needlessly held up waiting for the sequence to be completed.

Figure 8.12 gives an example of reorder buffer behavior. A block of QoS Data frames composed of fragmented MSDUs is sent. In the diagram, the QoS Data MPDUs are numbered with the number before the decimal point being the MSDU sequence number and the number after the decimal point being the MSDU fragment number. MSDU 1 is received completely, reassembled and forwarded to the higher layers. The second fragment of MSDU 2 is lost and thus the received fragment is stored until MSDU 2 can be completed. This holds up subsequent MSDUs even if they are complete.

McKool 452952v1



**Figure 8.12** Reorder buffer behavior with fragmented MSDUs.

After a BAR/BA exchange, the originator learns of the lost fragments and retransmits them together with additional MSDUs that are available and that will fit in the reorder buffer. All MSDUs are now complete and forwarded in sequence to the higher layers. The originator learns that all MSDUs have been successfully transferred with another BAR/BA exchange.



**Figure 8.14** Using BAR to flush the reorder buffer.

responder will return a BA in response to the aggregate. The two response mechanisms to Normal Ack policy are illustrated in Figure 8.13.

The use of Normal Ack policy to solicit a BA does not eliminate the need for the BAR. Recall that the BAR frame performs two functions: it solicits a BA response and it flushes the MSDUs in the reorder buffer that are held up due to an earlier incomplete MSDU. If the originator does not receive an acknowledgement for an MSDU whose lifetime has expired then the originator must send a BAR to flush the recipient's reorder buffer of complete MSDUs subsequent to the MSDU that will never make it across. This is illustrated in the example given in Figure 8.14.

In this example, MSDU 3 is not successfully received by the recipient after a number of retries. On lifetime expiry the originator discards MSDU 3. To eliminate the hole in the recipient's reorder buffer, the originator must send a BAR with a SSN that is greater than the sequence number of the discarded MSDU. In practice, the SSN is set to the sequence number of the next MSDU to be transmitted (although that MSDU may not be available for transmission yet) which in this case is 8 since all MSDUs with lower sequence numbers have been acknowledged and discarded by the originator.

Next Generation Wireless LANs Throughput, Robustness, and Reliability in 802.11n by Eldad Perahia and Robert Stacey, Cambridge University Press, at 216-218.

| | |
|---|---|
| | If a BlockAckReq frame is received, all complete MSDUs and A-MSDUs with lower sequence numbers than the starting sequence number contained in the BlockAckReq frame shall be ~~indicated to the MAC client using the MAUNIDATA. indication primitive.~~ passed up to the next MAC process as shown in Figure 6-1. Upon arrival of a BlockAckReq frame, the recipient shall ~~indicate~~ pass up the MSDUs and A-MSDUs starting with the starting sequence number sequentially until there is an incomplete MSDU or A-MSDU in the buffer. <br><br> IEEE Std 802.11n-2009 at 132. |
| removing said at least one protocol data unit from said receiver buffer when said "move receiving window" request message is received. | Toshiba's 802.11(n)-compliant products remove at least one protocol data unit from the receiver buffer when the "move receiving window" request message is received. <br><br> For example, another device (such as a router) removes at least one protocol data unit from the receiver buffer when the "move receiving window" request message is received.  Alternatively, a Toshiba Satellite A665 Series product removes at least one protocol data unit from the receiver buffer when the "move receiving window" request message is received. <br><br> <span style="color:red">As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that removing said at least one protocol data unit from said receiver buffer when said "move receiving window" request message is received does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (removing said at least one protocol data unit from said receiver buffer when said "move receiving window" request message is received), in substantially the same way (removing said at least one protocol data unit from said receiver buffer when said "move receiving window" request message is received), to arrive at substantially the same result (removing said at least one protocol data unit from said receiver buffer when said "move receiving window" request message is received).</span> |

### 9.10.7.2 HT-immediate Block Ack architecture

The HT-immediate Block Ack rules are explained in terms of the architecture shown in Figure 9-24 and explained in this subclause.



**Figure 9-24—HT-immediate Block Ack architecture**

The originator contains a transmit buffer control that uses $WinStart_O$ and $WinSize_O$ to submit MPDUs for transmission and releases transmit buffers upon receiving BlockAck frames from the recipient.

IEEE Std 802.11n-2009 at 133.

A receive reordering buffer shall be maintained for each HT-immediate Block Ack agreement. Each receive reordering buffer includes a record comprising the following:

— Buffered MSDUs or A-MSDUs that have been received, but not yet passed up to the next MAC process

— A $WinStart_B$ parameter, indicating the value of the Sequence Number subfield of the first (in order of ascending sequence number) MSDU or A-MSDU that has not yet been received

— A $WinEnd_B$ parameter, indicating the highest sequence number expected to be received in the current reception window

— A $WinSize_B$ parameter, indicating the size of the reception window

IEEE Std 802.11n-2009 at 137.

Any MSDU or A-MSDU that has been passed up to the next MAC process shall be deleted from the receive reordering buffer.

IEEE Std 802.11n-2009 at 137.

McKool 452952v1

### 9.10.7.6.3 Operation for each received BlockAckReq

For each received BlockAckReq frame that is related with a specific HT-immediate Block Ack agreement, the receive reordering buffer record is modified as follows, where $SSN$ is the Starting Sequence Number subfield value of the received BlockAckReq frame:

a) If $WinStart_B < SSN < WinStart_B + 2^{11}$,

    1) For a non-Protected Block Ack agreement, set $WinStart_B = SSN$. See 9.10.9 for a Protected Block Ack agreement.

    2) Set $WinEnd_B = WinStart_B + WinSize_B - 1$.

    3) Pass any complete MSDUs or A-MSDUs stored in the buffer with Sequence Number subfield values that are lower than the new value of $WinStart_B$ up to the next MAC process in order of increasing Sequence Number subfield value. Gaps may exist in the Sequence Number subfield values of the MSDUs or A-MSDUs that are passed up to the next MAC process.

    4) Pass MSDUs or A-MSDUs stored in the buffer up to the next MAC process in order of increasing Sequence Number subfield value starting with $SN = WinStart_B$ and proceeding sequentially until there is no buffered MSDU or A-MSDU for the next sequential Sequence Number subfield value.

    5) Set $WinStart_B$ to the Sequence Number subfield value of the last MSDU or A-MSDU that was passed up to the next MAC process plus one.

    6) Set $WinEnd_B = WinStart_B + WinSize_B - 1$.

<div align="center">IEEE Std 802.11n-2009 at 138.</div>

The originator may send a BlockAckReq for non-Protected Block Ack agreement or a Robust Management ADDBA frame for Protected Block Ack agreement when a data MPDU that was previously transmitted within an A-MPDU that had the Ack Policy field set to Normal Ack is discarded due to exhausted MSDU lifetime. The purpose of this BlockAckReq is to shift the recipient's $WinStart_B$ value past the hole in the sequence number space that is created by the discarded data MPDU and thereby to allow the earliest possible passing of buffered frames up to the next MAC process.

<div align="center">IEEE Std 802.11n-2009 at 139.</div>

## Reorder buffer operation

When the recipient receives a QoS Data frame for which a block ack session is in place, the recipient will buffer the MPDU. If the arriving MPDU completes the MSDU at the head of the reorder buffer, then the recipient forwards the complete MSDU and subsequent complete MSDUs in the reorder buffer in sequence to the higher layers until an incomplete MSDU forming a hole in the sequence space is encountered. If, when the MPDU arrives, there are incomplete preceding MSDUs in the reorder buffer then the MSDU is held until those preceding MSDUs are complete.

If an MPDU arrives and the reorder buffer is full then the first MSDU in the reorder buffer is discarded (since it is incomplete) to make room. This may also result in the release of complete subsequent MSDUs to the higher layers.

If a BAR frame is received, all complete MSDUs with a lower sequence number than the starting sequence number of the BAR are forwarded to the higher layers and all incomplete MSDUs with a lower sequence number are discarded. The BAR frame thus has a dual role. In addition to soliciting a block ack response, it provides the originator with a mechanism for flushing the recipient's reorder buffer of incomplete MSDUs or holes representing MSDUs whose retransmit lifetime has expired. If the originator discards one or more MPDUs due to lifetime expiry it must send a BAR to flush the recipient reorder buffer so that subsequent MSDUs are not needlessly held up waiting for the sequence to be completed.

Figure 8.12 gives an example of reorder buffer behavior. A block of QoS Data frames composed of fragmented MSDUs is sent. In the diagram, the QoS Data MPDUs are numbered with the number before the decimal point being the MSDU sequence number and the number after the decimal point being the MSDU fragment number. MSDU 1 is received completely, reassembled and forwarded to the higher layers. The second fragment of MSDU 2 is lost and thus the received fragment is stored until MSDU 2 can be completed. This holds up subsequent MSDUs even if they are complete.



**Figure 8.12** Reorder buffer behavior with fragmented MSDUs.

After a BAR/BA exchange, the originator learns of the lost fragments and retransmits them together with additional MSDUs that are available and that will fit in the reorder buffer. All MSDUs are now complete and forwarded in sequence to the higher layers. The originator learns that all MSDUs have been successfully transferred with another BAR/BA exchange.



**Figure 8.14** Using BAR to flush the reorder buffer.

responder will return a BA in response to the aggregate. The two response mechanisms to Normal Ack policy are illustrated in Figure 8.13.

The use of Normal Ack policy to solicit a BA does not eliminate the need for the BAR. Recall that the BAR frame performs two functions: it solicits a BA response and it flushes the MSDUs in the reorder buffer that are held up due to an earlier incomplete MSDU. If the originator does not receive an acknowledgement for an MSDU whose lifetime has expired then the originator must send a BAR to flush the recipient's reorder buffer of complete MSDUs subsequent to the MSDU that will never make it across. This is illustrated in the example given in Figure 8.14.

In this example, MSDU 3 is not successfully received by the recipient after a number of retries. On lifetime expiry the originator discards MSDU 3. To eliminate the hole in the recipient's reorder buffer, the originator must send a BAR with a SSN that is greater than the sequence number of the discarded MSDU. In practice, the SSN is set to the sequence number of the next MSDU to be transmitted (although that MSDU may not be available for transmission yet) which in this case is 8 since all MSDUs with lower sequence numbers have been acknowledged and discarded by the originator.

Next Generation Wireless LANs Throughput, Robustness, and Reliability in 802.11n by Eldad Perahia and Robert Stacey, Cambridge University Press, at 216-218.

| | |
|---|---|
| | If a BlockAckReq frame is received, all complete MSDUs and A-MSDUs with lower sequence numbers than the starting sequence number contained in the BlockAckReq frame shall be ~~indicated to the MAC client using the MAUNIDATA. indication primitive.~~ passed up to the next MAC process as shown in Figure 6-1. Upon arrival of a BlockAckReq frame, the recipient shall ~~indicate~~ pass up the MSDUs and A-MSDUs starting with the starting sequence number sequentially until there is an incomplete MSDU or A-MSDU in the buffer.<br><br>IEEE Std 802.11n-2009 at 132. |
| | |
| 30. A method for transmitting data packets over an air interface to a receiver using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request, comprising: | Toshiba's 802.11(n)-compliant products transmit data packets over an air interface to a receiver using a semi-reliable retransmission protocol that utilizes selective repeat automatic request.<br><br>For example, Toshiba's Satellite A665 Series products transmit data packets over an air interface to a receiver using a semi-reliable retransmission protocol that utilizes selective repeat automatic request.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element. To the extent Defendants argue that transmitting data packets over an air interface to a receiver using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed. For example, Defendant's 802.11(n)-compliant products perform substantially the same function (transmitting data packets over an air interface to a receiver), in substantially the same way (using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request), to arrive at substantially the same result (transmitting data packets over an air interface to a receiver using a semi-reliable retransmission protocol that utilizes selective repeat automatic repeat request).<br><br>WIRELESS LAN*<br>Wi-Fi® Wireless networking (802.11b/g/n)<br><br>Toshiba Satellite A665 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X. |

Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.



**Figure 9-21—Message sequence chart for Block Ack mechanism:**
**(a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std. 802.11-2007 at 302.

## 9.10 Block Acknowledgment (Block Ack)

### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

IEEE Std 802.11-2007 at 302.

The BlockAck frame contains acknowledgments for the MPDUs of up to 64 previous MSDUs. In the BlockAck frame, the STA acknowledges only the MPDUs starting from the starting sequence control until the MPDU with the highest sequence number (modulo $2^{12}$) that has been received, and the STA shall set bits in the Block Ack bitmap corresponding to all other MPDUs to 0. The status of MPDUs that are considered "old" and prior to the sequence number range for which the receiver maintains status shall be reported as successfully received (i.e., the corresponding bit in the bitmap shall be set to 1). The sequence number space is considered divided into two parts, one of which is "old" and one of which is "new" by means of a boundary created by adding half the sequence number range to the current start of receive window (modulo $2^{12}$). If the BlockAck frame indicates that an MPDU was not received correctly, the originator shall retry that MPDU subject to that MPDU's appropriate lifetime limit.

<div align="center">IEEE Std 802.11-2007 at 304.</div>

## 6. MAC service definition

### 6.1 Overview of MAC services

#### 6.1.1 Data service

This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic identifier (TID) to specify differentiated services on a per-MSDU basis. The QoS facility also permits more synchronous behavior to be supported on a connection-oriented basis using TSPECs. There are no guarantees that the submitted MSDU will be delivered successfully. Broadcast and multicast transport is part of the data service provided by the MAC. Due to the characteristics of the WM, broadcast and multicast MSDUs may experience a lower QoS, compared to that of unicast MSDUs. All STAs will support the data service, but only QoS STAs in a QoS BSS differentiate their MSDU delivery according to the designated traffic category or traffic stream (TS) of individual MSDUs.

<div align="center">IEEE Std 802.11-2007 at 51.</div>

#### 6.1.5 MAC data service architecture

*Change the first two paragraphs of 6.1.5 as follows:*

The MAC data plane architecture (i.e., processes that involve transport of all or part of a MAC service data unit (MSDU) is shown in Figure 6-1. During transmission, an MSDU goes through some or all of the following processes: aggregate MSDU (A-MSDU) aggregation, frame delivery deferral during power save mode, sequence number assignment, fragmentation, encryption, integrity protection, ~~and~~ frame formatting, and aggregate MAC protocol data unit (A-MPDU) aggregation. IEEE Std 802.1X-2004 may block the MSDU at the Controlled Port. At some point, the data frames that contain all or part of the MSDU are queued per access category/traffic stream (AC/TS). ~~This queuing may be at any of the three points indicated in Figure 6-1.~~

During reception, a received data frame goes through processes of possible A-MPDU deaggregation, MPDU header and cyclic redundancy code (CRC) validation, duplicate removal, possible reordering if the Block Ack mechanism is used, decryption, defragmentation, integrity checking, and replay detection. After replay detection (or defragmentation if security is used) and possible A-MSDU deaggregation, the one or more MSDUs is are delivered to the MAC_SAP or to the DS. The IEEE 802.1X Controlled/Uncontrolled Ports discard the any received MSDU if the Controlled Port is not enabled and if the MSDU does not represent an IEEE 802.1X frame. TKIP and CCMP MPDU frame order enforcement occurs after decryption, but prior to MSDU defragmentation; therefore, defragmentation will fail if MPDUs arrive out of order.

*Replace Figure 6-1 with the following figure:*



**Figure 6-1—MAC data plane architecture**

IEEE Std 802.11n-2009 at 10-11.

| | |
|---|---|
| segmenting a service data unit containing a plurality of said data packets into at least one protocol data unit; | Toshiba's 802.11(n)-compliant products segment a service data unit containing a plurality of the data packets into at least one protocol data unit.<br><br>For example, Toshiba's Satellite A665 Series products segment a service data unit containing a plurality of data packets into at least one protocol data unit.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that segmenting a service data unit containing a plurality of said data packets into at least one protocol data unit does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (segmenting a service data unit containing a plurality of said data packets into at least one protocol data unit), in substantially the same way (segmenting a service data unit containing a plurality of said data packets into at least one protocol data unit), to arrive at substantially the same result (segmenting a service data unit containing a plurality of said data packets into at least one protocol data unit).<br><br>**5.7 Reference model**<br><br>This standard presents the architectural view, emphasizing the separation of the system into two major parts: the MAC of the data link layer (DLL) and the PHY. These layers are intended to correspond closely to the lowest layers of the ISO/IEC basic reference model of Open Systems Interconnection (OSI) (ISO/IEC 7498-1: 1994). The layers and sublayers described in this standard are shown in Figure 5-10.<br>IEEE Std 802.11-2007 at 42.<br><br>**3.82 medium access control (MAC) protocol data unit (MPDU):** The unit of data exchanged between two peer MAC entities using the services of the physical layer (PHY).<br><br>**3.83 medium access control (MAC) service data unit (MSDU):** Information that is delivered as a unit between MAC service access points (SAPs).<br>IEEE Std 802.11-2007 at 10. |

**3.227 aggregate medium access control (MAC) protocol data unit (A-MPDU):** A structure containing multiple MPDUs, transported as a single physical layer convergence procedure (PLCP) service data unit (PSDU) by the physical layer (PHY).

**3.228 aggregate medium access control (MAC) service data unit (A-MSDU):** A structure containing multiple MSDUs, transported within a single (unfragmented) data medium access control (MAC) protocol data unit (MPDU).

IEEE Std 802.11-2009 at 2.

**3.57 fragmentation:** The process of segmenting a medium access control (MAC) service data unit (MSDU) or MAC management protocol data unit (MMPDU) into a sequence of smaller MAC protocol data units (MPDUs) prior to transmission. The process of recombining a set of fragment MPDUs into an MSDU or MMPDU is known as defragmentation. These processes are described in 5.8.1.9 of ISO/IEC 7498-1:1994.

IEEE Std. 802.11-2007 at 8.

| | |
|---|---|
| | **9.4 Fragmentation**<br><br>The MAC may fragment and reassemble individually addressed MSDUs or MMPDUs. The fragmentation and defragmentation mechanisms allow for fragment retransmission.<br><br>The length of each fragment shall be an equal number of octets for all fragments except the last, which may be smaller. The length of each fragment shall always be an even number of octets, except for the last fragment of an MSDU or MMPDU, which may be either an even or an odd number of octets. The length of a fragment shall never be larger than dot11FragmentationThreshold unless WEP is invoked for the MPDU. If WEP is active for the MPDU, then the MPDU shall be expanded by IV and ICV (see 8.2.1); this may result in a fragment larger than dot11FragmentationThreshold.<br><br>A fragment is an MPDU, the payload of which carries all or a portion of an MSDU or MMPDU. When data are to be transmitted, the number of octets in the fragment (before processing by the security mechanism) shall be determined by dot11FragmentationThreshold and the number of octets in the MPDU that have yet to be assigned to a fragment at the instant the fragment is constructed for the first time. Once a fragment is transmitted for the first time, its frame body content and length shall be fixed until it is successfully delivered to the immediate receiving STA. A STA shall be capable of receiving fragments of arbitrary length.<br><br>If a fragment requires retransmission, its frame body content and length shall remain fixed for the lifetime of the MSDU or MMPDU at that STA. After a fragment is transmitted once, contents and length of that fragment are not allowed to fluctuate to accommodate the dwell time boundaries. Each fragment shall contain a Sequence Control field, which is comprised of a sequence number and fragment number. When a STA is transmitting an MSDU or MMPDU, the sequence number shall remain the same for all fragments of that MSDU or MMPDU. The fragments shall be sent in order of lowest fragment number to highest fragment number, where the fragment number value starts at zero, and increases by one for each successive fragment. The Frame Control field also contains a bit, the More Fragments bit, that is equal to zero to indicate the last (or only) fragment of the MSDU or MMPDU.<br><br>The source STA shall maintain a transmit MSDU timer for each MSDU being transmitted. The attribute dot11MaxTransmitMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU. The timer starts on the initial attempt to transmit the first fragment of the MSDU. If the timer exceeds dot11MaxTransmitMSDULifetime, then all remaining fragments are discarded by the source STA and no attempt is made to complete transmission of the MSDU.<br><br><div align="center">IEEE Std 802.11-2007 at 279.</div> |
| initializing a discard timer for monitoring the retransmission time of said at least one protocol data unit to said receiver; | Toshiba's 802.11(n)-compliant products initialize a discard timer for monitoring the retransmission time of the at least one protocol data unit to the receiver.<br><br>For example, Toshiba's Satellite A665 Series products initialize a discard timer for monitoring the retransmission time of the at least one protocol data unit to the receiver.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element. To the extent Defendants argue that initializing a discard timer for monitoring the retransmission time of said at least one protocol data unit to said receiver does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)- |

McKool 452952v1

compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (initializing a discard timer for monitoring the retransmission time of said at least one protocol data unit to said receiver), in substantially the same way (initializing a discard timer for monitoring the retransmission time of said at least one protocol data unit to said receiver), to arrive at substantially the same result (initializing a discard timer for monitoring the retransmission time of said at least one protocol data unit to said receiver).

QoS STAs shall maintain a transmit MSDU timer for each MSDU passed to the MAC. The MIB attribute dot11EDCATableMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU for a given AC. The transmit MSDU timer shall be started when the MSDU is passed to the MAC. If the value of this timer exceeds the appropriate entry in dot11EDCATableMSDULifetime, then the MSDU, or any remaining, undelivered fragments of that MSDU, shall be discarded by the source STA without any further attempt to complete delivery of that MSDU.

IEEE Std 802.11-2007 at 291-92.

The source STA shall maintain a transmit MSDU timer for each MSDU being transmitted. The attribute dot11MaxTransmitMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU. The timer starts on the initial attempt to transmit the first fragment of the MSDU. If the timer exceeds dot11MaxTransmitMSDULifetime, then all remaining fragments are discarded by the source STA and no attempt is made to complete transmission of the MSDU.

IEEE Std 802.11-2007 at 279.

*Insert the following paragraph at the end of 9.9.1.6:*

When A-MSDU aggregation is used, the HT STA maintains a single timer for the whole A-MSDU. The timer is restarted each time an MSDU is added to the A-MSDU. This procedure ensures that no MSDU in the A-MSDU is discarded before a period of dot11EDCATableMSDULifetime has elapsed.

IEEE Std 802.11n-2009 at 126.

| | |
|---|---|
| transmitting said at least one protocol data unit from said transmitter to said receiver over said air interface; and | Toshiba's 802.11(n)-compliant products transmit the at least one protocol data unit from the transmitter to the receiver over the air interface.<br><br>For example, Toshiba's Satellite A665 Series products transmit the at least one protocol data unit from the transmitter to the receiver over the air interface.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant |

products literally infringe this claim element.  To the extent Defendants argue that transmitting said at least one protocol data unit from said transmitter to said receiver over said air interface does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (transmitting said at least one protocol data unit from said transmitter to said receiver over said air interface), in substantially the same way (transmitting said at least one protocol data unit from said transmitter to said receiver over said air interface), to arrive at substantially the same result (transmitting said at least one protocol data unit from said transmitter to said receiver over said air interface).

### 6. MAC service definition

#### 6.1 Overview of MAC services

#### 6.1.1 Data service

This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it will be delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a traffic identifier (TID) to specify differentiated services on a per-MSDU basis. The QoS facility also permits more synchronous behavior to be supported on a connection-oriented basis using TSPECs. There are no guarantees that the submitted MSDU will be delivered successfully. Broadcast and multicast transport is part of the data service provided by the MAC. Due to the characteristics of the WM, broadcast and multicast MSDUs may experience a lower QoS, compared to that of unicast MSDUs. All STAs will support the data service, but only QoS STAs in a QoS BSS differentiate their MSDU delivery according to the designated traffic category or traffic stream (TS) of individual MSDUs.

IEEE Std 802.11-2007 at 51.

Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.



**Figure 9-21—Message sequence chart for Block Ack mechanism:
(a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std. 802.11-2007 at 302.

## 9.10 Block Acknowledgment (Block Ack)

### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

IEEE Std 802.11-2007 at 302.

| discarding said service data unit when an acknowledgment message is not received for each said at least one protocol data unit prior to the expiration of said discard timer. | Toshiba's 802.11(n)-compliant products discard the service data unit when an acknowledgement message is not received for each of the at least one protocol data unit prior to the expiration of the discard timer.<br><br>For example, Toshiba's Satellite A665 Series products discards the service data unit when an acknowledgement message is not received for each of the at least one protocol data unit prior to the expiration of the discard timer. |
|---|---|

As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element. To the extent Defendants argue that discarding said service data unit when an acknowledgment message is not received for each said at least one protocol data unit prior to the expiration of said discard timer does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed. For example, Defendant's 802.11(n)-compliant products perform substantially the same function (discarding said service data unit), in substantially the same way (discarding said service data unit when an acknowledgment message is not received for each said at least one protocol data unit prior to the expiration of said discard timer), to arrive at substantially the same result (discarding said service data unit when an acknowledgment message is not received for each said at least one protocol data unit prior to the expiration of said discard timer).

QoS STAs shall maintain a transmit MSDU timer for each MSDU passed to the MAC. The MIB attribute dot11EDCATableMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU for a given AC. The transmit MSDU timer shall be started when the MSDU is passed to the MAC. If the value of this timer exceeds the appropriate entry in dot11EDCATableMSDULifetime, then the MSDU, or any remaining, undelivered fragments of that MSDU, shall be discarded by the source STA without any further attempt to complete delivery of that MSDU.

IEEE Std 802.11-2007 at 291-92.

The source STA shall maintain a transmit MSDU timer for each MSDU being transmitted. The attribute dot11MaxTransmitMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU. The timer starts on the initial attempt to transmit the first fragment of the MSDU. If the timer exceeds dot11MaxTransmitMSDULifetime, then all remaining fragments are discarded by the source STA and no attempt is made to complete transmission of the MSDU.

IEEE Std 802.11-2007 at 279.

*Insert the following paragraph at the end of 9.9.1.6:*

When A-MSDU aggregation is used, the HT STA maintains a single timer for the whole A-MSDU. The timer is restarted each time an MSDU is added to the A-MSDU. This procedure ensures that no MSDU in the A-MSDU is discarded before a period of dot11EDCATableMSDULifetime has elapsed.

IEEE Std 802.11n-2009 at 126.

### 9.10 Block Acknowledgment (Block Ack)

#### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

IEEE Std 802.11-2007 at 302.

| | |
|---|---|
| 31. The method of claim 30, further comprising the step of: storing, in a transmit buffer within said transmitter, each said at least one protocol data unit until said acknowledgment message is received for each said at least one protocol unit or until said discard timer expires. | Toshiba's 802.11(n)-compliant products store, in a transmit buffer, each at least one protocol data unit until the acknowledgement message is received for each at least one protocol data unit or until the discard timer expires.<br><br>For example, Toshiba's Satellite A665 Series products include a transmit buffer for storing the at least one protocol data unit until the acknowledgement message is received for each of the at least one protocol data unit or until the discard timer expires.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that storing, in a transmit buffer within said transmitter, each said at least one protocol data unit until said acknowledgment message is received for each said at least one protocol unit or until said discard timer expires does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (storing, in a transmit buffer within said transmitter, each said at least one protocol data unit), in substantially the same way (storing, in a transmit buffer within said transmitter, each said at least one protocol data unit until said acknowledgment message is received for each said at least one protocol unit or until said discard timer expires), to arrive at substantially the same result (storing, in a transmit buffer within said transmitter, each said at least one protocol data unit until said acknowledgment message is received for each said at least one protocol unit or until said discard timer expires). |

McKool 452952v1

### 9.10.7.2 HT-immediate Block Ack architecture

The HT-immediate Block Ack rules are explained in terms of the architecture shown in Figure 9-24 and explained in this subclause.



Figure 9-24—HT-immediate Block Ack architecture

The originator contains a transmit buffer control that uses $WinStart_O$ and $WinSize_O$ to submit MPDUs for transmission and releases transmit buffers upon receiving BlockAck frames from the recipient.

IEEE Std 802.11n-2009 at 133.

The BlockAckReq frame shall be discarded if all MSDUs referenced by this BlockAckReq frame have been discarded from the transmit buffer due to expiry of their lifetime limit.

IEEE Std 802.11-2007 at 305.

QoS STAs shall maintain a transmit MSDU timer for each MSDU passed to the MAC. The MIB attribute dot11EDCATableMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU for a given AC. The transmit MSDU timer shall be started when the MSDU is passed to the MAC. If the value of this timer exceeds the appropriate entry in dot11EDCATableMSDULifetime, then the MSDU, or any remaining, undelivered fragments of that MSDU, shall be discarded by the source STA without any further attempt to complete delivery of that MSDU.

IEEE Std 802.11-2007 at 291-92.

The source STA shall maintain a transmit MSDU timer for each MSDU being transmitted. The attribute dot11MaxTransmitMSDULifetime specifies the maximum amount of time allowed to transmit an MSDU. The timer starts on the initial attempt to transmit the first fragment of the MSDU. If the timer exceeds dot11MaxTransmitMSDULifetime, then all remaining fragments are discarded by the source STA and no attempt is made to complete transmission of the MSDU.

| | |
|---|---|
| | IEEE Std 802.11-2007 at 279.<br><br>*Insert the following paragraph at the end of 9.9.1.6:*<br><br>When A-MSDU aggregation is used, the HT STA maintains a single timer for the whole A-MSDU. The timer is restarted each time an MSDU is added to the A-MSDU. This procedure ensures that no MSDU in the A-MSDU is discarded before a period of dot11EDCATableMSDULifetime has elapsed.<br>IEEE Std 802.11n-2009 at 126. |
| | |
| 32.  The method of claim 30, wherein said step of discarding further comprises the step of: transmitting a discard message from said transmitter to said receiver upon expiration of said discard timer. | Toshiba's 802.11(n)-compliant products transmit a discard message from the transmitter to the receiver upon expiration of the discard timer.<br><br>For example, Toshiba's Satellite A665 Series products transmit a discard message from the transmitter to the receiver upon expiration of the discard timer.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element.  To the extent Defendants argue that transmitting a discard message from said transmitter to said receiver upon expiration of said discard timer does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (transmitting a discard message from said transmitter to said receiver upon expiration of said discard timer), in substantially the same way (transmitting a discard message from said transmitter to said receiver upon expiration of said discard timer), to arrive at substantially the same result (transmitting a discard message from said transmitter to said receiver upon expiration of said discard timer).<br><br>The originator may send a BlockAckReq for non-Protected Block Ack agreement or a Robust Management ADDBA frame for Protected Block Ack agreement when a data MPDU that was previously transmitted within an A-MPDU that had the Ack Policy field set to Normal Ack is discarded due to exhausted MSDU lifetime. The purpose of this BlockAckReq is to shift the recipient's *WinStart$_B$* value past the hole in the sequence number space that is created by the discarded data MPDU and thereby to allow the earliest possible passing of buffered frames up to the next MAC process.<br>IEEE Std 802.11n-2009 at 139. |

## Reorder buffer operation

When the recipient receives a QoS Data frame for which a block ack session is in place, the recipient will buffer the MPDU. If the arriving MPDU completes the MSDU at the head of the reorder buffer, then the recipient forwards the complete MSDU and subsequent complete MSDUs in the reorder buffer in sequence to the higher layers until an incomplete MSDU forming a hole in the sequence space is encountered. If, when the MPDU arrives, there are incomplete preceding MSDUs in the reorder buffer then the MSDU is held until those preceding MSDUs are complete.

If an MPDU arrives and the reorder buffer is full then the first MSDU in the reorder buffer is discarded (since it is incomplete) to make room. This may also result in the release of complete subsequent MSDUs to the higher layers.

If a BAR frame is received, all complete MSDUs with a lower sequence number than the starting sequence number of the BAR are forwarded to the higher layers and all incomplete MSDUs with a lower sequence number are discarded. The BAR frame thus has a dual role. In addition to soliciting a block ack response, it provides the originator with a mechanism for flushing the recipient's reorder buffer of incomplete MSDUs or holes representing MSDUs whose retransmit lifetime has expired. If the originator discards one or more MPDUs due to lifetime expiry it must send a BAR to flush the recipient reorder buffer so that subsequent MSDUs are not needlessly held up waiting for the sequence to be completed.

Figure 8.12 gives an example of reorder buffer behavior. A block of QoS Data frames composed of fragmented MSDUs is sent. In the diagram, the QoS Data MPDUs are numbered with the number before the decimal point being the MSDU sequence number and the number after the decimal point being the MSDU fragment number. MSDU 1 is received completely, reassembled and forwarded to the higher layers. The second fragment of MSDU 2 is lost and thus the received fragment is stored until MSDU 2 can be completed. This holds up subsequent MSDUs even if they are complete.



**Figure 8.12** Reorder buffer behavior with fragmented MSDU's.

After a BAR/BA exchange, the originator learns of the lost fragments and retransmits them together with additional MSDUs that are available and that will fit in the reorder buffer. All MSDUs are now complete and forwarded in sequence to the higher layers. The originator learns that all MSDUs have been successfully transferred with another BAR/BA exchange.

McKool 452952v1



**Figure 8.14** Using BAR to flush the reorder buffer.

responder will return a BA in response to the aggregate. The two response mechanisms to Normal Ack policy are illustrated in Figure 8.13.

The use of Normal Ack policy to solicit a BA does not eliminate the need for the BAR. Recall that the BAR frame performs two functions: it solicits a BA response and it flushes the MSDUs in the reorder buffer that are held up due to an earlier incomplete MSDU. If the originator does not receive an acknowledgement for an MSDU whose lifetime has expired then the originator must send a BAR to flush the recipient's reorder buffer of complete MSDUs subsequent to the MSDU that will never make it across. This is illustrated in the example given in Figure 8.14.

In this example, MSDU 3 is not successfully received by the recipient after a number of retries. On lifetime expiry the originator discards MSDU 3. To eliminate the hole in the recipient's reorder buffer, the originator must send a BAR with a SSN that is greater than the sequence number of the discarded MSDU. In practice, the SSN is set to the sequence number of the next MSDU to be transmitted (although that MSDU may not be available for transmission yet) which in this case is 8 since all MSDUs with lower sequence numbers have been acknowledged and discarded by the originator.

Next Generation Wireless LANs Throughput, Robustness, and Reliability in 802.11n by Eldad Perahia and Robert Stacey, Cambridge University Press, at 216-218.

| | If a BlockAckReq frame is received, all complete MSDUs and A-MSDUs with lower sequence numbers than the starting sequence number contained in the BlockAckReq frame shall be ~~indicated to the MAC client using the MAUNIDATA. indication primitive.~~ passed up to the next MAC process as shown in Figure 6-1. Upon arrival of a BlockAckReq frame, the recipient shall ~~indicate~~ pass up the MSDUs and A-MSDUs starting with the starting sequence number sequentially until there is an incomplete MSDU or A-MSDU in the buffer. |
| --- | --- |
| | IEEE Std 802.11n-2009 at 132. |

McKool 452952v1