# Exhibit

# 13

| USP 6,330,435 | Toshiba Satellite A665 Series[1] |
|---|---|
| 1. A method for discarding data packets in a system having a transmitter and a receiver, wherein the method is complementary to the Selective Repeat Automatic Repeat Request protocol and comprises the steps of: | Toshiba's 802.11(n)-compliant products discard data packets in a system having a transmitter and a receiver. The discard method is complementary to the Selective Repeat Automatic Repeat Request protocol.<br><br>For example, Toshiba's Satellite A665 Series products discard data packets in a system having a transmitter (*e.g.*, a Satellite A665 Series laptop) and a receiver (*e.g.*, a router). Alternatively, another device (such as a router) discards data packets in a system having a transmitter (*e.g.*, a router) and a receiver (*e.g.*, a Satellite A665 Series laptop).<br><br><div align="center">WIRELESS LAN*<br>Wi-Fi® Wireless networking (802.11b/g/n)</div>Toshiba Satellite A665 webpage at http://us.toshiba.com/computers/laptops/satellite/A660/A665-S5183X.<br><br>The originator may send a BlockAckReq for non-Protected Block Ack agreement or a Robust Management ADDBA frame for Protected Block Ack agreement when a data MPDU that was previously transmitted within an A-MPDU that had the Ack Policy field set to Normal Ack is discarded due to exhausted MSDU lifetime. The purpose of this BlockAckReq is to shift the recipient's $WinStart_B$ value past the hole in the sequence number space that is created by the discarded data MPDU and thereby to allow the earliest possible passing of buffered frames up to the next MAC process.<br><div align="center">IEEE Std 802.11n-2009 at 139.</div> |

---

[1] The "Accused Products" are all 802.11(n)-compliant Toshiba products. The Accused Products include, but are not limited to, at least the Netbook Series, Qosmio Series, Portege Series, Satellite Pro Series, and Tecra Series. As examples, the Accused Products would include the products listed in Exhibit A.



**Figure 8.14** Using BAR to flush the reorder buffer.

responder will return a BA in response to the aggregate. The two response mechanisms to Normal Ack policy are illustrated in Figure 8.13.

The use of Normal Ack policy to solicit a BA does not eliminate the need for the BAR. Recall that the BAR frame performs two functions: it solicits a BA response and it flushes the MSDUs in the reorder buffer that are held up due to an earlier incomplete MSDU. If the originator does not receive an acknowledgement for an MSDU whose lifetime has expired then the originator must send a BAR to flush the recipient's reorder buffer of complete MSDUs subsequent to the MSDU that will never make it across. This is illustrated in the example given in Figure 8.14.

In this example, MSDU 3 is not successfully received by the recipient after a number of retries. On lifetime expiry the originator discards MSDU 3. To eliminate the hole in the recipient's reorder buffer, the originator must send a BAR with a SSN that is greater than the sequence number of the discarded MSDU. In practice, the SSN is set to the sequence number of the next MSDU to be transmitted (although that MSDU may not be available for transmission yet) which in this case is 8 since all MSDUs with lower sequence numbers have been acknowledged and discarded by the originator.

Next Generation Wireless LANs Throughput, Robustness, and Reliability in 802.11n by Eldad Perahia and Robert Stacey, Cambridge University Press, at 218.

### 9.10 Block Acknowledgment (Block Ack)

### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

The Block Ack mechanism is initialized by an exchange of ADDBA Request/Response frames. After initialization, blocks of QoS data frames can be transmitted from the originator to the recipient. A block may be started within a polled TXOP or by winning EDCA contention. The number of frames in the block is limited, and the amount of state that is to be kept by the recipient is bounded. The MPDUs within the block of frames are acknowledged by a BlockAck control frame, which is requested by a BlockAckReq control frame.

IEEE Std 802.11-2007 at 302.

Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.



Figure 9-21—Message sequence chart for Block Ack mechanism:
(a) setup, (b) data and acknowledgment transfer and (c) tear down

IEEE Std. 802.11-2007 at 302.

| transmitting a data packet discard notification message from the transmitter to the receiver indicating data packets the transmitter has discarded; | Toshiba's 802.11(n)-compliant products transmit a data packet discard notification message from the transmitter to the receiver indicating data packets the transmitter has discarded.<br><br>For example, another device (such as a router) transmits a data BlockAckReq message from the transmitter (*e.g.*, router) to the receiver (*e.g.*, a Satellite A665 Series laptop) indicating data packets the other device has discarded.  Alternatively, the Satellite A665 Series product transmits a BlockAckReq message from the transmitter (*e.g.*, a Satellite A665 Series laptop) to the receiver (*e.g.*, router) indicating data packets the Satellite A665 Series product has discarded.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element when transmitting a BlockAckReq message to a receiver indicating data packets the transmitter has discarded.  To the extent Defendant argues that sending a BlockAckReq message to a receiver does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (transmitting a message that indicates data packets the transmitter has discarded), in substantially the same way (by sending a message from the transmitter to the receiver from which the receiver can compute which packets have been discarded), to arrive at substantially the same result (alerting the receiver of data packets the transmitter has discarded).<br><br>The originator may send a BlockAckReq for non-Protected Block Ack agreement or a Robust Management ADDBA frame for Protected Block Ack agreement when a data MPDU that was previously transmitted within an A-MPDU that had the Ack Policy field set to Normal Ack is discarded due to exhausted MSDU lifetime. The purpose of this BlockAckReq is to shift the recipient's $WinStart_B$ value past the hole in the sequence number space that is created by the discarded data MPDU and thereby to allow the earliest possible passing of buffered frames up to the next MAC process.<br><br>IEEE Std 802.11n-2009 at 139. |

### 9.10 Block Acknowledgment (Block Ack)

#### 9.10.1 Introduction

The Block Ack mechanism improves channel efficiency by aggregating several acknowledgments into one frame. There are two types of Block Ack mechanisms: immediate and delayed. Immediate Block Ack is suitable for high-bandwidth, low-latency traffic while the delayed Block Ack is suitable for applications that tolerate moderate latency.[30] In this subclause, the STA with data to send using the Block Ack mechanism is referred to as the *originator*, and the receiver of that data as the *recipient*.

The Block Ack mechanism is initialized by an exchange of ADDBA Request/Response frames. After initialization, blocks of QoS data frames can be transmitted from the originator to the recipient. A block may be started within a polled TXOP or by winning EDCA contention. The number of frames in the block is limited, and the amount of state that is to be kept by the recipient is bounded. The MPDUs within the block of frames are acknowledged by a BlockAck control frame, which is requested by a BlockAckReq control frame.

IEEE Std 802.11-2007 at 302.

Figure 9-21 illustrates the message sequence chart for the setup, data and Block Ack transfer, and the teardown of the Block Ack mechanism, which are discussed in detail in 9.10.2 through 9.10.5.



**Figure 9-21—Message sequence chart for Block Ack mechanism: (a) setup, (b) data and acknowledgment transfer and (c) tear down**

IEEE Std. 802.11-2007 at 302.

McKool 453028v1



**Figure 8.14** Using BAR to flush the reorder buffer.

responder will return a BA in response to the aggregate. The two response mechanisms to Normal Ack policy are illustrated in Figure 8.13.

The use of Normal Ack policy to solicit a BA does not eliminate the need for the BAR. Recall that the BAR frame performs two functions: it solicits a BA response and it flushes the MSDUs in the reorder buffer that are held up due to an earlier incomplete MSDU. If the originator does not receive an acknowledgement for an MSDU whose lifetime has expired then the originator must send a BAR to flush the recipient's reorder buffer of complete MSDUs subsequent to the MSDU that will never make it across. This is illustrated in the example given in Figure 8.14.

In this example, MSDU 3 is not successfully received by the recipient after a number of retries. On lifetime expiry the originator discards MSDU 3. To eliminate the hole in the recipient's reorder buffer, the originator must send a BAR with a SSN that is greater than the sequence number of the discarded MSDU. In practice, the SSN is set to the sequence number of the next MSDU to be transmitted (although that MSDU may not be available for transmission yet) which in this case is 8 since all MSDUs with lower sequence numbers have been acknowledged and discarded by the originator.

Next Generation Wireless LANs Throughput, Robustness, and Reliability in 802.11n by Eldad Perahia and Robert Stacey, Cambridge University Press, at 218.

| receiving the data packet discard notification message; | Toshiba's 802.11(n)-compliant products receive a data packet discard notification message. |
|---|---|
| | For example, Toshiba's Satellite A665 Series products receive the BlockAckReq message from another device. Alternatively, another device (such as a router) receives the BlockAckReq message from Toshiba's Satellite A665 Series product. |
| | The originator may send a BlockAckReq for non-Protected Block Ack agreement or a Robust Management ADDBA frame for Protected Block Ack agreement when a data MPDU that was previously transmitted within an A-MPDU that had the Ack Policy field set to Normal Ack is discarded due to exhausted MSDU lifetime. The purpose of this BlockAckReq is to shift the recipient's $WinStart_B$ value past the hole in the sequence number space that is created by the discarded data MPDU and thereby to allow the earliest possible passing of buffered frames up to the next MAC process. |
| | <div align="center">IEEE Std 802.11n-2009 at 139.</div> |
| | <div align="center">**9.10.7.6.3 Operation for each received BlockAckReq**</div> |
| | <div align="center">IEEE Std 802.11n-2009 at 138.</div> |



**Figure 8.14** Using BAR to flush the reorder buffer.

responder will return a BA in response to the aggregate. The two response mechanisms to Normal Ack policy are illustrated in Figure 8.13.

The use of Normal Ack policy to solicit a BA does not eliminate the need for the BAR. Recall that the BAR frame performs two functions: it solicits a BA response and it flushes the MSDUs in the reorder buffer that are held up due to an earlier incomplete MSDU. If the originator does not receive an acknowledgement for an MSDU whose lifetime has expired then the originator must send a BAR to flush the recipient's reorder buffer of complete MSDUs subsequent to the MSDU that will never make it across. This is illustrated in the example given in Figure 8.14.

In this example, MSDU 3 is not successfully received by the recipient after a number of retries. On lifetime expiry the originator discards MSDU 3. To eliminate the hole in the recipient's reorder buffer, the originator must send a BAR with a SSN that is greater than the sequence number of the discarded MSDU. In practice, the SSN is set to the sequence number of the next MSDU to be transmitted (although that MSDU may not be available for transmission yet) which in this case is 8 since all MSDUs with lower sequence numbers have been acknowledged and discarded by the originator.

Next Generation Wireless LANs Throughput, Robustness, and Reliability in 802.11n by Eldad Perahia and Robert Stacey, Cambridge University Press, at 218.

McKool 453028v1

| computing which data packets have been discarded by the transmitter based on the data packet discard notification message; | Toshiba's 802.11(n)-compliant products compute which data packets have been discarded by the transmitter based on the data packet discard notification message. |
|---|---|
| | For example, Toshiba's Satellite A665 Series products compute which data packets have been discarded by the transmitter (*e.g.*, router) based on the BlockAckReq message. Alternatively, another device (such as a router) computes which data packets have been discarded by the transmitter (*e.g.*, a Satellite A665 Series laptop) based on the BlockAckReq message. |
| | As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element when computing which data packets have been discarded by the transmitter based on the BlockAckReq message. To the extent Defendant argues that computing the discarded data packets based on the BlockAckReq message does not literally meet this claim element, this element is met under the Doctrine of Equivalents. Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed. For example, Defendant's 802.11(n)-compliant products perform substantially the same function (computing which data packets the transmitter has discarded), in substantially the same way (by basing the computation on information in the data packet discard notification message), to arrive at substantially the same result (determining the data packets the transmitter has discarded). |
| | A receive reordering buffer shall be maintained for each HT-immediate Block Ack agreement. Each receive reordering buffer includes a record comprising the following:<br><br>— Buffered MSDUs or A-MSDUs that have been received, but not yet passed up to the next MAC process<br>— A $WinStart_B$ parameter, indicating the value of the Sequence Number subfield of the first (in order of ascending sequence number) MSDU or A-MSDU that has not yet been received<br><br>IEEE Std 802.11n-2009 at 137. |

### 9.10.7.6.3 Operation for each received BlockAckReq

For each received BlockAckReq frame that is related with a specific HT-immediate Block Ack agreement, the receive reordering buffer record is modified as follows, where $SSN$ is the Starting Sequence Number subfield value of the received BlockAckReq frame:

a) If $WinStart_B < SSN < WinStart_B + 2^{11}$,

    1) For a non-Protected Block Ack agreement, set $WinStart_B = SSN$. See 9.10.9 for a Protected Block Ack agreement.

    2) Set $WinEnd_B = WinStart_B + WinSize_B - 1$.

IEEE Std 802.11n-2009 at 138.

The originator may send a BlockAckReq for non-Protected Block Ack agreement or a Robust Management ADDBA frame for Protected Block Ack agreement when a data MPDU that was previously transmitted within an A-MPDU that had the Ack Policy field set to Normal Ack is discarded due to exhausted MSDU lifetime. The purpose of this BlockAckReq is to shift the recipient's $WinStart_B$ value past the hole in the sequence number space that is created by the discarded data MPDU and thereby to allow the earliest possible passing of buffered frames up to the next MAC process.

IEEE Std 802.11n-2009 at 139.



**Figure 8.14** Using BAR to flush the reorder buffer.

responder will return a BA in response to the aggregate. The two response mechanisms to Normal Ack policy are illustrated in Figure 8.13.

The use of Normal Ack policy to solicit a BA does not eliminate the need for the BAR. Recall that the BAR frame performs two functions: it solicits a BA response and it flushes the MSDUs in the reorder buffer that are held up due to an earlier incomplete MSDU. If the originator does not receive an acknowledgement for an MSDU whose lifetime has expired then the originator must send a BAR to flush the recipient's reorder buffer of complete MSDUs subsequent to the MSDU that will never make it across. This is illustrated in the example given in Figure 8.14.

In this example, MSDU 3 is not successfully received by the recipient after a number of retries. On lifetime expiry the originator discards MSDU 3. To eliminate the hole in the recipient's reorder buffer, the originator must send a BAR with a SSN that is greater than the sequence number of the discarded MSDU. In practice, the SSN is set to the sequence number of the next MSDU to be transmitted (although that MSDU may not be available for transmission yet) which in this case is 8 since all MSDUs with lower sequence numbers have been acknowledged and discarded by the originator.

Next Generation Wireless LANs Throughput, Robustness, and Reliability in 802.11n by Eldad Perahia and Robert Stacey, Cambridge University Press, at 218.

| | |
|---|---|
| removing entries from a first list indicating data packets expected to be received from the transmitter, wherein the entries correspond to data packets identified in the computing step. | Toshiba's 802.11(n)-compliant products remove entries from a first list indicating data packets expected to be received from the transmitter, wherein the entries correspond to data packets identified in the computing step.<br><br>For example, Toshiba's Satellite A665 Series products remove entries from a first list indicating data packets expected to be received from the transmitter (*e.g.*, router), wherein the entries correspond to data packets identified in the computing step.  Alternatively, another device (such as a router) removes entries from a first list indicating data packets expected to be received from the transmitter (*e.g.*, a Satellite A665 Series laptop), wherein the entries correspond to data packets identified in the computing step.<br><br>As one example, in view of the Markman briefing and subsequent hearing, Defendant's 802.11(n)-compliant products literally infringe this claim element when removing entries from a first list indicating data packets expected to be received from the transmitter.  To the extent Defendant argues that removing entries from a first list indicating data packets expected to be received from the transmitter does not literally meet this claim element, this element is met under the Doctrine of Equivalents.  Defendant's 802.11(n)-compliant products perform substantially the same function, in substantially the same way, to arrive at substantially the same result as claimed.  For example, Defendant's 802.11(n)-compliant products perform substantially the same function (removing entries from the first list at the receiver), in substantially the same way (by removing entries based on the data packets identified in the computing step), to arrive at substantially the same result (a first list with the entries from the computing step removed). |

### 9.10.7.2 HT-immediate Block Ack architecture

The HT-immediate Block Ack rules are explained in terms of the architecture shown in Figure 9-24 and explained in this subclause.



**Figure 9-24—HT-immediate Block Ack architecture**

The originator contains a transmit buffer control that uses $WinStart_O$ and $WinSize_O$ to submit MPDUs for transmission and releases transmit buffers upon receiving BlockAck frames from the recipient.

IEEE Std 802.11n-2009 at 133.

A receive reordering buffer shall be maintained for each HT-immediate Block Ack agreement. Each receive reordering buffer includes a record comprising the following:

— Buffered MSDUs or A-MSDUs that have been received, but not yet passed up to the next MAC process

— A $WinStart_B$ parameter, indicating the value of the Sequence Number subfield of the first (in order of ascending sequence number) MSDU or A-MSDU that has not yet been received

— A $WinEnd_B$ parameter, indicating the highest sequence number expected to be received in the current reception window

— A $WinSize_B$ parameter, indicating the size of the reception window

IEEE Std 802.11n-2009 at 137.

Any MSDU or A-MSDU that has been passed up to the next MAC process shall be deleted from the receive reordering buffer.

IEEE Std 802.11n-2009 at 137.

### 9.10.7.6.3 Operation for each received BlockAckReq

For each received BlockAckReq frame that is related with a specific HT-immediate Block Ack agreement, the receive reordering buffer record is modified as follows, where $SSN$ is the Starting Sequence Number subfield value of the received BlockAckReq frame:

a) If $WinStart_B < SSN < WinStart_B + 2^{11}$,

    1) For a non-Protected Block Ack agreement, set $WinStart_B = SSN$. See 9.10.9 for a Protected Block Ack agreement.

    2) Set $WinEnd_B = WinStart_B + WinSize_B - 1$.

    3) Pass any complete MSDUs or A-MSDUs stored in the buffer with Sequence Number subfield values that are lower than the new value of $WinStart_B$ up to the next MAC process in order of increasing Sequence Number subfield value. Gaps may exist in the Sequence Number subfield values of the MSDUs or A-MSDUs that are passed up to the next MAC process.

    4) Pass MSDUs or A-MSDUs stored in the buffer up to the next MAC process in order of increasing Sequence Number subfield value starting with $SN=WinStart_B$ and proceeding sequentially until there is no buffered MSDU or A-MSDU for the next sequential Sequence Number subfield value.

    5) Set $WinStart_B$ to the Sequence Number subfield value of the last MSDU or A-MSDU that was passed up to the next MAC process plus one.

    6) Set $WinEnd_B = WinStart_B + WinSize_B - 1$.

IEEE Std 802.11n-2009 at 138.

The originator may send a BlockAckReq for non-Protected Block Ack agreement or a Robust Management ADDBA frame for Protected Block Ack agreement when a data MPDU that was previously transmitted within an A-MPDU that had the Ack Policy field set to Normal Ack is discarded due to exhausted MSDU lifetime. The purpose of this BlockAckReq is to shift the recipient's $WinStart_B$ value past the hole in the sequence number space that is created by the discarded data MPDU and thereby to allow the earliest possible passing of buffered frames up to the next MAC process.

IEEE Std 802.11n-2009 at 139.

### Reorder buffer operation

When the recipient receives a QoS Data frame for which a block ack session is in place, the recipient will buffer the MPDU. If the arriving MPDU completes the MSDU at the head of the reorder buffer, then the recipient forwards the complete MSDU and subsequent complete MSDUs in the reorder buffer in sequence to the higher layers until an incomplete MSDU forming a hole in the sequence space is encountered. If, when the MPDU arrives, there are incomplete preceding MSDUs in the reorder buffer then the MSDU is held until those preceding MSDUs are complete.

If an MPDU arrives and the reorder buffer is full then the first MSDU in the reorder buffer is discarded (since it is incomplete) to make room. This may also result in the release of complete subsequent MSDUs to the higher layers.

If a BAR frame is received, all complete MSDUs with a lower sequence number than the starting sequence number of the BAR are forwarded to the higher layers and all incomplete MSDUs with a lower sequence number are discarded. The BAR frame thus has a dual role. In addition to soliciting a block ack response, it provides the originator with a mechanism for flushing the recipient's reorder buffer of incomplete MSDUs or holes representing MSDUs whose retransmit lifetime has expired. If the originator discards one or more MPDUs due to lifetime expiry it must send a BAR to flush the recipient reorder buffer so that subsequent MSDUs are not needlessly held up waiting for the sequence to be completed.

Figure 8.12 gives an example of reorder buffer behavior. A block of QoS Data frames composed of fragmented MSDUs is sent. In the diagram, the QoS Data MPDUs are numbered with the number before the decimal point being the MSDU sequence number and the number after the decimal point being the MSDU fragment number. MSDU 1 is received completely, reassembled and forwarded to the higher layers. The second fragment of MSDU 2 is lost and thus the received fragment is stored until MSDU 2 can be completed. This holds up subsequent MSDUs even if they are complete.

McKool 453028v1



**Figure 8.12** Reorder buffer behavior with fragmented MSDU's.

After a BAR/BA exchange, the originator learns of the lost fragments and retransmits them together with additional MSDUs that are available and that will fit in the reorder buffer. All MSDUs are now complete and forwarded in sequence to the higher layers. The originator learns that all MSDUs have been successfully transferred with another BAR/BA exchange.



**Figure 8.14** Using BAR to flush the reorder buffer.

responder will return a BA in response to the aggregate. The two response mechanisms to Normal Ack policy are illustrated in Figure 8.13.

The use of Normal Ack policy to solicit a BA does not eliminate the need for the BAR. Recall that the BAR frame performs two functions: it solicits a BA response and it flushes the MSDUs in the reorder buffer that are held up due to an earlier incomplete MSDU. If the originator does not receive an acknowledgement for an MSDU whose lifetime has expired then the originator must send a BAR to flush the recipient's reorder buffer of complete MSDUs subsequent to the MSDU that will never make it across. This is illustrated in the example given in Figure 8.14.

In this example, MSDU 3 is not successfully received by the recipient after a number of retries. On lifetime expiry the originator discards MSDU 3. To eliminate the hole in the recipient's reorder buffer, the originator must send a BAR with a SSN that is greater than the sequence number of the discarded MSDU. In practice, the SSN is set to the sequence number of the next MSDU to be transmitted (although that MSDU may not be available for transmission yet) which in this case is 8 since all MSDUs with lower sequence numbers have been acknowledged and discarded by the originator.

Next Generation Wireless LANs Throughput, Robustness, and Reliability in 802.11n by Eldad Perahia and Robert Stacey, Cambridge University Press, at 216-218.

McKool 453028v1

| | |
|---|---|
| | If a BlockAckReq frame is received, all complete MSDUs and A-MSDUs with lower sequence numbers than the starting sequence number contained in the BlockAckReq frame shall be ~~indicated to the MAC client using the MAUNIDATA. indication primitive.~~ passed up to the next MAC process as shown in Figure 6-1. Upon arrival of a BlockAckReq frame, the recipient shall ~~indicate~~ pass up the MSDUs and A-MSDUs starting with the starting sequence number sequentially until there is an incomplete MSDU or A-MSDU in the buffer.<br><br>IEEE Std 802.11n-2009 at 132. |
| | |
| 2. The method of claim 1, wherein the data packet discard notification message contains a field indicating a format of the message. | Toshiba's 802.11(n)-compliant products send and/or receive a data packet discard notification message containing a field indicating a format of the message.<br><br>For example, Toshiba's Satellite A665 Series products send and/or receive BlockAckReq messages containing a field indicating a format of the message.<br><br>**7.2.1.7 ~~Block Ack Request (BlockAckReq)~~ frame format**<br><br>*Insert the following heading (7.2.1.7.1) immediately after the heading for 7.2.1.7:*<br><br>**7.2.1.7.1 Overview** |

*Replace Figure 7-12 with the following figure:*



Figure 7-12—BlockAckReq frame

*Change the second paragraph (inclusing the deletion of footnote 16) of the new 7.2.1.7.1 as follows:*

The Duration/ID field value is <u>set as defined in 7.1.4.</u> ~~greater than or equal to the time[16], in microseconds, required to transmit one ACK or BlockAck frame, as applicable, plus one SIFS interval. If the calculated duration includes a fractional microsecond, that value is rounded up to the next higher integer.~~

~~[16]To allow the possibility of time remaining in the TXOP, which the sender may use to schedule other transmissions.~~

*Replace Figure 7-13 with the following figure:*



Figure 7-13—BAR Control field

*Delete the sixth paragraph (starting "The TID subfield…") of the new 7.2.1.7.1.*

*Delete the seventh paragraph (starting "The Block Ack Starting Sequence Control…") of the new 7.2.1.7.1.*

*Insert the following text, tables (Table 7-6h and Table 7-6i), and subclause (7.2.1.7.2) after Figure 7-13 in the new 7.2.1.7.1 and before Figure 7-14, which is now in the new 7.2.1.7.2:*

The BAR Ack Policy subfield of the BAR Control field has the meaning shown in Table 7-6h.

Table 7-6h—BAR Ack Policy subfield

| Value | Meaning |
|---|---|
| 0 | Normal Acknowledgment.<br>The BAR Ack Policy subfield is set to this value when the sender requires immediate acknowledgment. The addressee returns an ACK.<br><br>See 9.16.1.7. |
| 1 | No Acknowledgment.<br>The addressee sends no immediate response upon receipt of the frame.<br>The BAR Ack Policy subfield is set to this value when the sender does not require immediate acknowledgment.<br><br>The value 1 is not used in a Basic BlockAckReq frame outside a PSMP sequence.<br>The value 1 is not used in an Multi-TID BlockAckReq frame. |

The values of the Multi-TID and Compressed Bitmap subfields determine which of three possible BlockAckReq frame variants is represented, as indicated in Table 7-6i.

Table 7-6i—BlockAckReq frame variant encoding

| Multi-TID subfield value | Compressed Bitmap subfield value | BlockAckReq frame variant |
|---|---|---|
| 0 | 0 | Basic BlockAckReq |
| 0 | 1 | Compressed BlockAckReq |
| 1 | 0 | Reserved |
| 1 | 1 | Multi-TID BlockAckReq |

The meaning of the TID_INFO subfield of the BAR Control field depends on the BlockAckReq frame variant type. The meaning of this subfield is explained within the subclause for each of the BlockAckReq frame variants.

The meaning of the BAR Information field of the BlockAckReq frame depends on the BlockAckReq frame variant type. The meaning of this field is explained within the subclause for each of the BlockAckReq frame variants.

NOTE—Reference to "a BlockAckReq" frame without any other qualification from other subclauses applies to any of the variants, unless specific exclusions are called out.

### 7.2.1.7.2 Basic BlockAckReq variant

The TID_INFO subfield of the BAR Control field of the Basic BlockAckReq frame contains the TID for which a Basic BlockAck frame is requested.

The BAR Information field of the Basic BlockAckReq frame contains the Block Ack Starting Sequence Control subfield, as shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU for which this Basic BlockAckReq frame is sent. The Fragment Number subfield is set to 0.

*Insert the following subclauses (7.2.1.7.3 and 7.2.1.7.4) after 7.2.1.7.2:*

### 7.2.1.7.3 Compressed BlockAckReq variant

The TID_INFO subfield of the BAR Control field of the Compressed BlockAckReq frame contains the TID for which a BlockAck frame is requested.

The BAR Information field of the Compressed BlockAckReq frame contains the Block Ack Starting Sequence Control subfield, as shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAckReq frame is sent. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.

**7.2.1.7.4 Multi-TID BlockAckReq variant**

The TID_INFO subfield of the BAR Control field of the Multi-TID BlockAckReq frame determines the number of TIDs present in the Multi-TID BlockAckReq frame as given by TID_INFO + 1, e.g., a value of 2 in the TID_INFO subfield means that three TID values are present in the Multi-TID BlockAckReq frame's BAR Information field.

The BAR Information field of the Multi-TID BlockAckReq frame comprises multiple sets of Per TID Info subfields and Block Ack Starting Sequence Control subfields, as shown in Figure 7-14a. The Per TID Info subfield is shown in Figure 7-4b. The Block Ack Starting Sequence Control subfield is shown in Figure 7-14. The Starting Sequence Number subfield of the Block Ack Starting Sequence Control subfield contains the sequence number of the first MSDU or A-MSDU for which this BlockAckReq frame is sent. The Fragment Number subfield of the Block Ack Starting Sequence Control subfield is set to 0.



Figure 7-14a—BAR Information field (Multi-TID BlockAckReq)



Figure 7-14b—Per TID Info subfield

IEEE Std 802.11n-2009 at 27-30.