UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |
|---|---|
| ERICSSON INC. et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>D-LINK CORPORATION., et al.,<br><br>    Defendants. | Civil Action No. 6:10-cv-473<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS**
**MOTION TO STRIKE PLAINTIFFS' INFRINGEMENT CONTENTIONS**

CAME UPON to be heard the Motion to Strike Plaintiffs' Infringement Contentions, or in the Alternative, to Compel Amended Contentions Compliant with Patent Local Rule 3-1 filed by Defendants D-Link Systems, Inc., NETGEAR, Inc., Acer, Inc., Acer America Corporation, Gateway, Inc., Dell Inc., Toshiba Corporation, Toshiba America Information Services, Inc., and Belkin International, Inc.  After review of the subject Motion, and Plaintiffs' response thereto, it is hereby ORDERED that said Motion is **GRANTED.**

Plaintiffs' Infringement Contentions served upon Defendants D-Link Systems, Inc., NETGEAR, Inc., Acer, Inc., Acer America Corporation, Gateway, Inc., Dell Inc., Toshiba Corporation, Toshiba America Information Services, Inc., and Belkin International, Inc. are hereby ordered stricken for Plaintiffs' failure to comply with Patent Local Rule 3-1.

- 1 -

4837-6332-1616.1