**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

ERICSSON INC., et al.

            Plaintiffs

v.

D-LINK CORPORATION, et al.

            Defendants.

Civil Action No. 6:10-cv-473

JURY TRIAL DEMANDED

**DECLARATION OF JASON KEENER IN SUPPORT OF OEM DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' INFRINGEMENT CONTENTIONS, OR IN THE ALTERNATIVE, TO COMPEL AMENDED CONTENTIONS COMPLIANT WITH PATENT LOCAL RULE 3-1**

I, Jason Keener, declare:

1.      I am over eighteen years of age and in all respects fully competent to make this Declaration.  I have personal knowledge of the facts, as stated herein, and all are true and correct.

2.      I am a lawyer with the law firm of Foley & Lardner LLP and counsel for Defendants Toshiba Corporation and Toshiba America Information Systems, Inc.  I am admitted in the Eastern District of Texas and am familiar with and have personal knowledge of the procedures and practices of the United States District Court for the Eastern District of Texas.

3.      The statements of fact made in this declaration are based on my personal knowledge and review of the documents attached to the OEM Defendants' Reply Brief in Support of Motion to Strike Plaintiff's Infringement Contentions, or in the Alternative, to Compel Amended Contentions Compliant with Patent Local Rule 3-1.

OEM DEFENDANTS' REPLY BRIEF RE: MOTION TO STRIKE PLAINTIFF'S INFRINGEMENT
CONTENTIONS

4853-1063-9119.3

4.      Attached hereto as Exhibit 15 to this declaration is a true and correct copy of a PowerPoint presentation produced by Ericsson with BATES number ERCDLINK0007803.

5.      Attached hereto as Exhibit 16 to this declaration is a true and correct copy of a letter dated October 20, 2011 from A. Cheslock to A. Curry in which the Toshiba Defendants provided Ericsson with a file that identified by model number the WiFi chipsets used in the accused Toshiba PCs.

6.      Attached hereto as Exhibit 17 to this declaration is a true and correct copy of the publicly accessible wiki.devi.com webpage http://wikidevi.com/wiki/Netgear_WNDR4500 for NETGEAR's WNDR4500 model router.

7.      Attached hereto as Exhibit 18 is a true and correct copy of publicly accessible photos of the inside of D-Link router DIR-615 rev ER.  These photos are submitted to the FCC and are available for viewing through http://transition.fcc.gov/oet/ea/fccid/.


I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Date: August 21, 2012

__/s/ Jason J. Keener_____
Jason J. Keener

4853-1063-9119.3                                             1