# Exhibit

# 16



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20007-5109
202.672.5300 TEL
202.672.5399 FAX
foley.com

October 20, 2011

CLIENT/MATTER NUMBER
016910-0567

**VIA FEDEX TRACKING NUMBER 797647420823**

J. Austin Curry
McKool Smith
300 Crescent Court
Suite 1500
Dallas, TX 75201

> Re: *Ericsson v. D-Link Corp, 6:10-cv-473 (ED. Tex.)*

Dear Austin:

Enclosed please find a CD containing a further document production from Toshiba Corporation ("TC") and defendant/counterclaimant Toshiba America Information Systems, Inc. ("TAIS") (collectively "Toshiba"). The CD is encrypted using TrueCrypt 7.0 (available at www.truecrypt.org). The password is being sent separately by email. The CD contains a .csv (comma separate value) file containing Notebook Wireless configuration information.

The file name of this document has been altered to show its production number and confidentiality designation. Please note that the produced file is designated "CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY" and should be treated as such under patent local rule 2-2, since a protective order has not yet been entered in this case.

To the extent you intend to use this document in deposition or otherwise, we request that you add the respective production number and confidentiality designation to any hard copies of the document. We are also willing to provide you with a reasonable number of appropriately marked hard copies if given sufficient notice prior to their intended use.

As always, please let us know if you have any questions.

Sincerely,

/s/

Andrew Cheslock

Enclosures:  Toshiba Document Production Volume 2

BOSTON          JACKSONVILLE     MILWAUKEE        SAN DIEGO          SILICON VALLEY
BRUSSELS        LOS ANGELES      NEW YORK         SAN DIEGO/DEL MAR  TALLAHASSEE
CHICAGO         MADISON          ORLANDO          SAN FRANCISCO      TAMPA
DETROIT         MIAMI            SACRAMENTO       SHANGHAI           TOKYO
                                                                    WASHINGTON, D.C.

WASH_8339744.1