# Exhibit

# 17

# Netgear WNDR4500

From WikiDevi

*N900 Wireless Dual Band Gigabit Router*
Product page

| |
|---|
| **Netgear** WNDR4500 |
| **OEM Foxconn** U12H189 |
| **Type:** wireless router, print server |
| **FCC ID:** PY311200162<br>**Industry Canada ID:** 4054A-11200162 |
| **Power: 12** VDC, **5** A<br>**Connector type:** Barrel plug |
| **CPU1: Broadcom** BCM4706 (**600 MHz**)<br>**FLA1: 128 MB** (**Samsung** K9F1G08U0D-SCB0)<br>**RAM1: 128 MB** (**Samsung** K4T51163Q1-HCE6 **x** 2) |
| **Expansion IF types:** USB 2.0<br>**USB ports:** 2 |
| **WI1 chip1: Broadcom** BCM4331<br>**WI1 802dot11 protocols:** an<br>**WI1 MIMO status:** 3x3:3<br>**WI1 antenna connector:** U.FL<br>**WI2 chip1: Broadcom** BCM4331<br>**WI2 802dot11 protocols:** bgn<br>**WI2 MIMO status:** 3x3:3<br>**WI2 antenna connector:** U.FL |
| **ETH chip1: Broadcom** BCM4706<br>**Switch: Broadcom** BCM53115<br>**LAN speed:** 10/100/1000<br>**LAN ports:** 4<br>**WAN ports:** 1 |

| **abgn** |
| --- |
| **Default SSID:** NETGEARXX, NETGEARXX-5G<br>**Default IP address:** 192.168.1.1<br>**Default login user:** admin<br>**Default login password:** password |
| **Wireless interface OUI:** 20:4E:7F, 74:44:01, E0:46:9A<br>**Ethernet interface OUI:** 20:4E:7F, 74:44:01, E0:46:9A |

(http://www.netgear.com/home/products/wirelessrouters/ultimate-performance/WNDR4500.aspx)
Support page (http://support.netgear.com/app/products/model/a_id/19413)

Manuf. by Hon Hai / Foxconn (per this firmware file (http://www.downloads.netgear.com/files/WNDR4500-V1.0.0.40_1.0.10.chk) , the internal model is probably U12H189 [U12H189T00], file is nearly 8MB)

The source code for the device is available on Netgear's FTP server (ftp://downloads.netgear.com/files/GPL/) .

Each wireless interface has three U.FL connectors. The BCM4706 has a MIPS32 74K core and identifies as a BCM5300.

The default SSIDs appear to be **NETGEARXX** and **NETGEARXX-5G** where **XX** is a number.

On TechInfoDepot (http://www.techinfodepot.info/index.php/Netgear_WNDR4500)

On the OpenWrt Forums (https://forum.openwrt.org/viewtopic.php?pid=149569)
On the OpenWrt wiki (http://wiki.openwrt.org/toh/netgear/wndr4500)
On the DD-WRT Forums (http://www.dd-wrt.com/phpBB2/viewtopic.php?t=145503&postdays=0&postorder=asc&start=0)
On the TomatoUSB forums (http://tomatousb.org/forum/t-412488)

Reviewed on SmallNetBuilder (http://www.smallnetbuilder.com/wireless/wireless-reviews/31603-netgear-wndr4500-n900-wireless-dual-band-gigabit-router-reviewed) and retested (http://www.smallnetbuilder.com/wireless/wireless-reviews/31621-netgear-wndr4500-retest)
Reviewed on MaximumPC (http://www.maximumpc.com/article/reviews/netgear_wndr4500_wi-fi_router_review)
Reviewed on SlashGear (http://www.slashgear.com/netgear-wndr4500-review-14178914/)
Reviewed on CNet (http://reviews.cnet.com/routers/netgear-wndr4500-n900-wireless/4505-3319_7-35017823.html)
Reviewed by shibby (PL) (http://openlinksys.info/forum/viewthread.php?thread_id=14238) , in English (http://translate.google.pl/translate?sl=pl&tl=en&js=n&prev=_t&hl=pl&ie=UTF-8&layout=2&eotf=1&u=http%3A%2F%2Fopenlinksys.info%2Fforum%2Fviewthread.php%3Fthread_id%3D14238)

Dual Flash, 2MB and 128MB NAND
74:44:01 OUI, NETGEAR and NETGEAR-5G SSIDs, not NETGEARXX(-5G)

NETGEAR's (Tathagata Das') initial DD-WRT build for this router

Case 6:10-cv-00473-RWS    Document 268-3    Filed 08/21/12    Page 4 of 4 PageID #: 6815

(http://www.myopenrouter.com/download/38649/DD-WRT-for-NETGEAR-WNDR4500-Initial-Release/)

and discussion of this build on the DD-WRT forums (http://www.dd-wrt.com/phpBB2/viewtopic.php?t=155601)

## Pictures



angled front          front                    back

All pictures are from Netgear France (http://www.netgear.fr/presse/photos.php?prod=WNDR4500) .

Retrieved from "http://wikidevi.com/wiki/Netgear_WNDR4500"
Category: Wireless embedded system

- This page was last modified on 16 August 2012, at 16:50.
- Content is available under a Creative Commons Attribution-NonCommercial-ShareAlike 3.0 License.