# Exhibit

# 18

08/21/2012 2:16 PM



EUT with Fixed antenna



















EUT with Detachable antenna

















Page 15