**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ERICSSON INC., et al., | ) | Case No. 6:10-CV-473-LED |
| | ) | |
| Plaintiffs, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| D-LINK SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## ORDER AND PARTIAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Plaintiffs") and Defendants Acer, Inc. and Acer America Corporation (collectively, "Acer"), Gateway, Inc. ("Gateway"), Dell, Inc. ("Dell"), Toshiba Corporation, Toshiba America Information Systems, Inc., (collectively, "Toshiba"), (collectively, "'352 Defendants") Stipulation and Joint Motion to Dismiss With Prejudice and Grant Partial Judgment. Such Motion is GRANTED.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED, ADJUGED AND DECREED that:

1. Plaintiffs' claims against the '352 Defendants for infringement of U.S. Patent No. 6,173,352 (the '352 Patent") are dismissed WITH PREJUDICE.

2. Plaintiffs covenant not to sue the '352 Defendants, or any of their parents, subsidiaries, divisions, affiliates, distributors, suppliers, partners, customers, end users, or successors, based on any claim that any products that the '352 Defendants has been manufacturing, using, selling, or offering for sale in the marketplace, on or before the date of this motion, infringe the '352 patent, whether directly, indirectly, contributorily, or otherwise.

-2 -

3.  The '352 Defendants' counterclaims for declaratory judgment of non-infringement are dismissed WITH PREJUDICE.  The '352 Defendants' counterclaims for declaratory judgment of invalidity are dismissed WITHOUT PREJUDICE.

**So ORDERED and SIGNED this 8th day of November, 2012.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**