UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERICSSON INC., et al.<br><br>    Plaintiffs<br><br>v.<br><br>D-LINK CORPORATION, et al.<br><br>    Defendants. | Civil Action No. 6:10-cv-473<br><br>JURY TRIAL DEMANDED |

### JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER TO EXTEND DISCOVERY DEADLINE

#### I. INTRODUCTION

Plaintiffs, Ericsson Inc. and Telefonaktiebolaget LM Ericsson, and all Defendants, D-Link Systems, Inc., NETGEAR, Inc., Acer, Inc., Acer America Corporation, Gateway, Inc., Dell Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Belkin International, Inc., and Intervenor Intel Corporation (collectively, the "Parties") file this joint motion to amend the Docket Control Order to extend the date for the close of discovery.

The date for the close of discovery, as set by the October 19, 2012, Order Granting the Parties' Motion To Amend Docket Control Order to Extend Discovery Deadline (Dkt. No. 290). Due to the complexity of scheduling depositions of pertinent witnesses in a number of countries, the Parties request to extend the date for the close of discovery from November 16, 2012, to December 14, 2012:

| Current Deadline | Amended Deadline | |
|---|---|---|
| April 22, 2013 | April 22, 2013 | **Sur-Replies to Dispositive Motions (including *Daubert* motions) due.** |
| April 16, 2013 | April 16, 2013 | **Replies in Support of Dispositive Motions (including *Daubert* motions) due.** |
| April 10, 2013 | April 10, 2013 | **Response to Dispositive Motions (including *Daubert* motions) due.** Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* motions, shall be due in accordance with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. |
| **March 27, 2013** | **March 27, 2013** | **Dispositive Motions due from all parties and any other motions that may require a hearing (including *Daubert* motions) due.** Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. |
| Eliminated | Eliminated | Deadline to file replies to oppositions to letter briefs on dispositive motions (including *Daubert* Motions). |
| March 22, 2013 | March 22, 2013 | Parties to Identify Rebuttal Trial Witnesses. |
| March 8, 2013 | March 8, 2013 | Parties to Identify Trial Witnesses; Amend Pleadings (after *Markman* Hearing). It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. It is necessary to file a Motion for Leave to Amend after the deadline. However, except as provided in Patent Rule 3-6, if the amendment would affect infringement contentions or invalidity contentions, a motion must be made pursuant to Patent Rule 3-6 irrespective of whether the amendment is made prior to this deadline. |
| March 6, 2013 | March 6, 2013 | Deadline to file oppositions to letter briefs on dispositive motions (including *Daubert* Motions). |
| March 1, 2013 | March 1, 2013 | Deadline to file letter briefs with the Court seeking leave to file dispositive motions (including *Daubert* Motions). In the event any such letter brief is filed prior to this date, any opposition shall be filed one week after the letter brief is filed, and any reply to the opposition shall be filed one week after the opposition is filed. |
| March 1, 2013 | March 1, 2013 | **Close of Expert Discovery.** |
| February 12, 2013 | February 12, 2013 | Parties designate rebuttal expert witnesses (non-construction issues), Rebuttal expert witness reports due. Refer to Local Rules for required information. |

| January 4, 2013 | January 4, 2013 | Parties with burden of proof designate expert witnesses (non-construction issues). Expert witness reports due. Refer to Local Rules for required information. |
|---|---|---|
| November 16, 2012 | December 14, 2012 | **Discovery Deadline.** |

## II.     GOOD CAUSE EXISTS TO AMEND THE DOCKET CONTROL ORDER

This suit involves seven asserted patents and twelve named parties. In addition to the large number of named parties, numerous key witnesses related to the asserted technology reside in multiple countries, including the United States, Sweden, Japan, and Germany requiring extensive coordination of overseas depositions, discovery, and travel amongst multiple attorneys across many offices. Because of the international locale of the parties and key witnesses, the complex nature of the seven asserted patents, and the coordination of multiple schedules between numerous witnesses and the Parties' counsel, good cause exist to amend the Docket Control Order.

To date, the Parties have been working diligently and collectively to come up with a workable plan to accommodate the schedules of each party. Due to the difficulty in coordinating the discovery process between multiple parties, counsel, and countries, the Parties respectfully request to extend the discovery deadline originally set for November 16, 2012, to December 14, 2012. The Parties do not request further modification of any other deadlines.

Therefore, because good cause exists and the proposed amendments do not alter the trial date or pre-trial order, the Parties respectfully request that this Court grant this joint motion to amend the Docket Control Order to extend the discovery deadline from November 16, 2012 to December 14, 2012. The requested amendment is sought in the interest of justice and not for the

purpose of delay. A proposed Order granting this motion is attached for the Court's convenience.

Case 6:10-cv-00473-LED-KFG  Document 295  Filed 11/14/12  Page 4 of 10 PageID #: 7041

DATED: November 14, 2012

                        Respectfully submitted,

                        */s/ Robert M. Parker*
                        Robert M. Parker (State Bar No. 15498000)
                        Robert Christopher Bunt (State Bar No. 00787165)
                        Charles Ainsworth (State Bar No. 00783521)
                        Andrew T. Gorham (State Bar No. 24012715)
                        **PARKER, BUNT & AINSWORTH, P.C.**
                        100 E. Ferguson, Suite 1114
                        Tyler, Texas 75702
                        903/531-3535
                        903/533-9687 - Facsimile
                        E-mail: rmparker@pbatyler.com
                        E-mail: rcbunt@pbatyler.com
                        E-mail: charley@pbatyler.com
                        E-mail: tgorham@pbatyler.com

                        Michael E. Jones (State Bar No: 10929400)
                        **POTTER MINTON, PC**
                        110 North College
                        Suite 500
                        Tyler, Texas 75702
                        Tel: 903-597-8311
                        Fax: 903-593-0846
                        mikejones@potterminton.com

                        Adam Alper
                        adam.alper@kirkland.com
                        Sarah Piepmeier
                        Sarah.piepmeier@kirkland.com
                        **KIRKLAND & ELLIS LLP**
                        555 California Street
                        San Francisco, CA 94104
                        Tel: (415) 439-1876
                        Fax: (415) 439-1500

                        Luke Dauchot
                        luke.dauchot@kirkland.com
                        Tim Majors
                        Tim.majors@kirkland.com
                        **KIRKLAND & ELLIS LLP**

333 South Hope Street
Los Angeles, CA 90071
Tel: 213-680-8400
Fax: 213-680-8500

Gregory S. Arovas
Greg.arovas@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Ave
New York, NY 10022
Tel: 212-446-4800
Fax: 212-446-4900

**ATTORNEYS FOR INTEL CORPORATION**

*/s/ Christine M. Morgan with permission by Robert M. Parker*
Scott D. Baker, *Pro Hac Vice* (Cal. SBN 84923)
John P. Bovich, *Pro Hac Vice* (Cal. SBN 150688)
Christine M. Morgan, *Pro Hac Vice* (Cal. SBN 169350)
Adaline J. Hilgard, *Pro Hac Vice* (Cal. SBN 173213)
William R. Overend, *Pro Hac Vice* (Cal. SBN 180209)
Jonah D. Mitchell, *Pro Hac Vice* (Cal. SBN 203511)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269
Email: sbaker@reedsmith.com
Email: jbovich@reedsmith.com
Email: ahilgard@reedsmith.com
Email: woverend@reedsmith.com
Email: jmitchell@reedsmith.com

Trey Yarbrough (Bar No. 22133500)
Debby E. Gunter (Bar No. 24012752)
**YARBROUGH & WILCOX, PLLC**
100 E. Ferguson, Ste. 1015
Tyler, Texas 75702
Telephone: +1 903 595 3111
Facsimile: +1 903 595 0191
Email: trey@yw-lawfirm.com
Email: debby@yw-lawfirm.com

**Counsel for Defendants, D-LINK SYSTEMS, INC., NETGEAR, INC., ACER, INC., ACER AMERICA CORPORATION, and GATEWAY, INC.**

S.J. Christine Yang (admitted *pro hac vice*)
Duncan Palmatier (admitted *pro hac vice*)
Victoria Hao (admitted *pro hac vice*)
**THE LAW OFFICES OF S.J. CHRISTINE YANG**
17220 Newhope Street, Suite 101
Fountain Valley, California 92708
Tel: (714) 641-4022; Fax: (714) 641-2082
E-Mail: cyang@sjclawpc.com
E-Mail: dpalm@dpalmlaw.com
E-Mail: vhao@sjclawpc.com

**Counsel for Defendant D-LINK SYSTEMS, INC.**

 */s/ Justin Nemunaitis with permission by Robert M. Parker*
Theodore Stevenson III (Texas Bar No. 19196650)
Lead Attorney
Douglas A. Cawley (Texas Bar No. 04035500)
Bradley W. Caldwell (Texas Bar No. 24040630)
Ashley N. Moore (Texas Bar No. 24074748)
Justin Nemunaitis (Texas Bar No. 24065815)
**MCKOOL SMITH, P.C**.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
Email: tstevenson@mckoolsmith.com
Email: dcawley@mckoolsmith.com
Email: bcaldwell@mckoolsmith.com
Email: amoore@mckoolsmith.com
Email: jnemunaitis@mckoolsmith.com

Sam Baxter (Texas Bar No. 01938000)
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
Email: sbaxter@mckoolsmith.com

**Attorneys For Plaintiffs
ERICSSON INC. and
TELEFONAKTIEBOLAGET LM
ERICSSON**

*/s/ Dwayne C. Norton with permission by Robert M. Parker*
Michael J. Newton (Texas Bar No. 24003844)
Jason W. Cook (Texas Bar No. 24028537)
Stacey G. White (Texas Bar No. 24053220)
Dwayne C. Norton (Texas Bar No. 24076139)
Shaun W. Hassett (Texas Bar No. 24074372)
Brady Cox (Texas Bar No. 24074084)
**ALSTON & BIRD LLP**
2828 North Harwood St, Suite 1800
Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
Email: mike.newton@alston.com
Email: jason.cook@alston.com
Email: stacey.white@alston.com
Email: dwayne.norton@alston.com
Email: shaun.hassett@alston.com
Email: brady.cox@alston.com

Marsha E. Mullin (California Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Phone: (213) 576-1000
Fax: (213) 576-1100
Email: marsha.mullin@alston.com

Frank G. Smith (Georgia Bar No. 657550)
Kamran Jivani (Georgia Bar No. 510908)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
Email: frank.smith@alston.com
Email: kamran.jivani@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430

Tyler, Texas 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

**Counsel for DEFENDANT DELL INC.**


 /s/ John Feldhaus with permission by Robert M. Parker
John Feldhaus
Pavan Agarwal
**FOLEY & LARDNER LLP**
3000 K. Street, NW, Suite 500
Washington, DC 20007
PH: (202) 672-5300
Fax: (202) 672-5399
Email: jfeldhaus@foley.com
Email: pagarwal@foley.com

Guy N. Harrison
Attorney at Law
217 N. Center
Longview, TX 75606
PH: (903) 758-7361
Fax: (903) 753-9557
Email: guy@gnhlaw.com

**Counsel for TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**


 /s/  Ryan K. Yagura with permission by Robert M. Parker
Ryan K. Yagura (Bar No. 24075933)
Vision Winter (*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

**Attorneys for BELKIN INTERNATIONAL, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 14, 2012. All other counsel will be served via first class mail.

*/s/ Robert M. Parker*
Robert M. Parker

## CERTIFICATE OF CONFERENCE

I hereby certify that pursuant to Local Rule CV-7(h), counsel for Plaintiffs and counsel for all Defendants have reached agreement on the present motion.

*/s/ Robert M. Parker*
Robert M. Parker