## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ERICSSON INC., et al.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**D-LINK CORPORATION, et al.,**<br><br>**Defendants.** | **Civil Action No. 6:10-cv-473**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

Pursuant to P.R. 3-6 of the Patent Local Rules, Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Ericsson") request leave of Court to serve amended infringement contentions.

This motion is pursuant to an agreement between the parties. Plaintiffs' supplementation of their Infringement Contentions will not prejudice Defendants, nor cause any delay in this case. Accordingly, good cause exists for this amendment. Plaintiffs served these amended contentions via email on October 10, 2012 and July 10, 2012 via email.

For these reasons, Plaintiffs respectfully request that their infringement contentions be amended to reflect the changes served on Defendants on October 10, 2012 and July 10, 2012.

Dated: January 4, 2013.                    Respectfully submitted,


**MCKOOL SMITH P.C.**

By:  /s/ Theodore Stevenson III
Theodore Stevenson III, Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile:  (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS**
**ERICSSON INC. and**
**TELEFONAKTIEBOLAGET LM ERICSSON**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was electronically filed in compliance with Local Rule CV-5(a) and served upon all counsel of record on January 4, 2013.

/s/      Justin Nemunaitis
Justin Nemunaitis

## CERTIFICATE OF CONFERENCE

I hereby certify counsel for Plaintiffs and counsel for Defendants have conferred and that Defendants do not oppose the motion.

/s/      Justin Nemunaitis
Justin Nemunaitis