## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

**ERICSSON INC., et al.,**

**Plaintiffs,**

**vs.**

**D-LINK CORPORATION, et al.,**

**Defendants.**

**Civil Action No. 6:10-cv-473**

**JURY TRIAL DEMANDED**

## <u>ORDER</u>

Having considered Plaintiffs' Unopposed Motion for Leave to Amend Infringement Contentions, it is hereby ORDERED that said Motion is GRANTED.