**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ERICSSON INC., et al.** | **Civil Action No. 6:10-cv-473-LED-KFG** |
| *Plaintiffs,* | **JURY TRIAL DEMANDED** |
| **v.** | **UNOPPOSED** |
| **D-LINK CORPORATION, et al.,** | |
| *Defendants.* | |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW THEIR
MOTION TO STRIKE PLAINTIFFS' INFRINGEMENT CONTENTIONS, OR
IN THE ALTERNATIVE, TO COMPEL AMENDED CONTENTIONS COMPLIANT
WITH PATENT LOCAL RULE 3-1 (Dkt. 256)**

Defendants[1] respectfully file this Unopposed Motion to Withdraw Their Motion to Strike Plaintiffs' Infringement Contentions, or in the Alternative, to Compel Amended Contentions Compliant with Patent Local Rule 3-1 (Dkt. 256). Defendants no longer seek to pursue the relief requested at this time. Accordingly, Defendants hereby move to withdraw their Motion to Strike (Dkt. 256).

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that their Motion to Strike Plaintiffs' Infringement Contentions, or in the Alternative, to Compel Amended Contentions Compliant with Patent Local Rule 3-1 (Dkt. 256) be withdrawn.

---

[1] When used herein, the term "Defendants" includes the following parties: D-Link Systems, Inc.; NETGEAR, Inc.; Acer, Inc.; Acer America Corporation; Gateway, Inc.; Dell, Inc.; Toshiba Corporation; Toshiba America Information Systems, Inc.; Belkin International, Inc. and Intervenor Intel Corporation.

{A12/7395/0019/W0980095.1 }

Dated: January 18, 2013          Respectfully submitted,

By:    */s/ Michael E. Jones*
       Robert M. Parker (State Bar No. 15498000)
       Robert Christopher Bunt (State Bar No. 00787165)
       Charles Ainsworth (State Bar No. 00783521)
       Andrew T. Gorham (State Bar No. 24012715)
       **PARKER, BUNT & AINSWORTH, P.C.**
       100 E. Ferguson, Suite 1114
       Tyler, Texas 75702
       Telephone: (903) 531-3535
       Facsimile: (903) 533-9687
       Email: rmparker@pbatyler.com
       Email: rcbunt@pbatyler.com
       Email: charley@pbatyler.com
       Email: tgorham@pbatyler.com

       Michael E. Jones (State Bar No: 10929400)
       John F. Bufe (State Bar No: 03316930)
       **POTTER MINTON, PC**
       110 North College
       Suite 500
       Tyler, Texas 75702
       Telephone: (903) 597-8311
       Facsimile: (903) 593-0846
       Email: mikejones@potterminton.com
       Email: johnbufe@potterminton.com

       Adam Alper
       adam.alper@kirkland.com
       Sarah Piepmeier
       Sarah.piepmeier@kirkland.com
       **KIRKLAND & ELLIS LLP**
       555 California Street
       San Francisco, CA 94104
       Telephone: (415) 439-1876
       Facsimile: (415) 439-1500

       Luke Dauchot
       luke.dauchot@kirkland.com
       Tim Majors
       Tim.majors@kirkland.com
       **KIRKLAND & ELLIS LLP**

DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW [256]        2 | P a g e
**Civil Action No. 6:10-cv-473-LED-KFG;** *Ericsson Inc., et al. v. D-Link Corporation, et al.*
{A12/7395/0019/W0980095.1 }

333 South Hope Street
Los Angeles, CA 90071
Telephone: 213-680-8400
Facsimile: 213-680-8500

Gregory S. Arovas
Greg.arovas@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Ave
New York, NY 10022
Telephone: 212-446-4800
Facsimile: 212-446-4900

*Attorneys for Intervenor*
**INTEL CORPORATION**

Dated: January 18, 2013                Respectfully submitted,

By:   */s/ Christine M. Morgan* (with permission)
      Scott D. Baker, *Pro Hac Vice*
      (Cal. SBN 84923)
      John P. Bovich, *Pro Hac Vice*
      (Cal. SBN 150688)
      Christine M. Morgan, *Pro Hac Vice*
      (Cal. SBN 169350)
      Adaline J. Hilgard, *Pro Hac Vice*
      (Cal. SBN 173213)
      William R. Overend, *Pro Hac Vice*
      (Cal. SBN 180209)
      Jonah D. Mitchell, *Pro Hac Vice*
      (Cal. SBN 203511)
      **REED SMITH LLP**
      101 Second Street, Suite 1800
      San Francisco, CA 94105
      Telephone: (415) 543-8700
      Facsimile: (415) 391-8269
      Email: sbaker@reedsmith.com
      Email: jbovich@reedsmith.com
      Email: ahilgard@reedsmith.com
      Email: woverend@reedsmith.com
      Email: jmitchell@reedsmith.com

      Trey Yarbrough (Bar No. 22133500)
      Debby E. Gunter (Bar No. 24012752)
      **YARBROUGH & WILCOX, PLLC**

DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW [256]                3 | P a g e
**Civil Action No. 6:10-cv-473-LED-KFG;** *Ericsson Inc., et al. v. D-Link Corporation, et al.*
{A12/7395/0019/W0980095.1 }

100 E. Ferguson, Ste. 1015
Tyler, Texas 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
Email: trey@yw-lawfirm.com
Email: debby@yw-lawfirm.com

*Attorneys for Defendants*
**D-LINK SYSTEMS, INC.,
NETGEAR, INC., ACER, INC., ACER
AMERICA CORPORATION, and
GATEWAY, INC.**

S.J. Christine Yang (admitted *pro hac vice*)
Duncan Palmatier (admitted *pro hac vice*)
Victoria Hao (admitted *pro hac vice*)
**THE LAW OFFICES OF S.J. CHRISTINE YANG**
17220 Newhope Street, Suite 101
Fountain Valley, California 92708
Telephone: (714) 641-4022
Facsimile: (714) 641-2082
Email: cyang@sjclawpc.com
Email: dpalm@dpalmlaw.com
Email: vhao@sjclawpc.com

*Attorneys for Defendant*
**D-LINK SYSTEMS, INC.**

Dated: January 18, 2013                    Respectfully submitted,

By:    */s/ Dwayne C. Norton* (with permission)
       Michael J. Newton (Texas Bar No. 24003844)
       Jason W. Cook (Texas Bar No. 24028537)
       Stacey G. White (Texas Bar No. 24053220)
       Dwayne C. Norton (Texas Bar No. 24076139)
       Shaun W. Hassett (Texas Bar No. 24074372)
       Brady Cox (Texas Bar No. 24074084)
       **ALSTON & BIRD LLP**
       2828 North Harwood St, Suite 1800
       Dallas, TX 75201
       Telephone: (214) 922-3400
       Facsimile: (214) 922-3899
       Email: mike.newton@alston.com

DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW [256]                    4 | P a g e
Civil Action No. 6:10-cv-473-LED-KFG; *Ericsson Inc., et al. v. D-Link Corporation, et al.*
{A12/7395/0019/W0980095.1 }

Email: jason.cook@alston.com
Email: stacey.white@alston.com
Email: dwayne.norton@alston.com
Email: shaun.hassett@alston.com
Email: brady.cox@alston.com

Marsha E. Mullin (California Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile : (213) 576-1100
Email: marsha.mullin@alston.com

Frank G. Smith (Georgia Bar No. 657550)
Kamran Jivani (Georgia Bar No. 510908)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone : (404) 881-7000
Facsimile: (404) 881-7777
Email: frank.smith@alston.com
Email: kamran.jivani@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
Email: ddacus@dacusfirm.com

*Attorneys for Defendant*
**DELL INC.**

DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW [256]    5 | P a g e
**Civil Action No. 6:10-cv-473-LED-KFG;** *Ericsson Inc., et al. v. D-Link Corporation, et al.*
{A12/7395/0019/W0980095.1 }

Dated: January 18, 2013                    Respectfully submitted,

                                           By:    */s/ John Feldhaus* (with permission)
                                                  John Feldhaus
                                                  Pavan Agarwal
                                                  **FOLEY & LARDNER LLP**
                                                  3000 K. Street, NW, Suite 500
                                                  Washington, DC 20007
                                                  Telephone: (202) 672-5300
                                                  Facsimile: (202) 672-5399
                                                  Email: jfeldhaus@foley.com
                                                  Email: pagarwal@foley.com

                                                  Guy N. Harrison
                                                  Attorney at Law
                                                  217 N. Center
                                                  Longview, TX 75606
                                                  Telephone: (903) 758-7361
                                                  Facsimile: (903) 753-9557
                                                  Email: guy@gnhlaw.com

                                                  ***Attorneys for Defendants***
                                                  **TOSHIBA CORPORATION and
                                                  TOSHIBA AMERICA INFORMATION
                                                  SYSTEMS, INC.**

Dated: January 18, 2013                    Respectfully submitted,

                                           By:    */s/ Ryan K. Yagura* (with permission)
                                                  Ryan K. Yagura (Bar No. 24075933)
                                                  Vision Winter (*Pro Hac Vice*)
                                                  **O'MELVENY & MYERS LLP**
                                                  400 South Hope Street
                                                  Los Angeles, California 90071-2899
                                                  Telephone: (213) 430-6000
                                                  Facsimile: (213) 430-6407

                                                  ***Attorneys for Defendants***
                                                  **BELKIN INTERNATIONAL, INC.**

---

DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW [256]                        6 | P a g e
**Civil Action No. 6:10-cv-473-LED-KFG;** *Ericsson Inc., et al. v. D-Link Corporation, et al.*
{A12/7395/0019/W0980095.1 }

Dated: January 18, 2013                    Respectfully submitted,

                                           By:   /s/ Dan Duncan Davison (with permission)
                                                 Dan Duncan Davison
                                                 Fulbright & Jaworski - Dallas
                                                 2200 Ross Avenue, Suite 2800
                                                 Dallas, TX 75201
                                                 Telephone: (214) 855-8000
                                                 Facsimile: (214) 855-8200
                                                 Email: ddavison@fulbright.com

                                                 **Attorneys for Defendants**
                                                 **NETGEAR, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 18, 2013. All other counsel will be served via first class mail.

                                           /s/ Michael E. Jones
                                           Michael E. Jones

## CERTIFICATE OF CONFERENCE

I hereby certify that pursuant to Local Rule CV-7(h), counsel for the parties conferred on January 17 and 18, 2013, and Plaintiffs do not oppose this Motion.

                                           /s/ John F. Bufe
                                           John F. Bufe

DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW [256]                         7 | P a g e
**Civil Action No. 6:10-cv-473-LED-KFG;** *Ericsson Inc., et al. v. D-Link Corporation, et al.*
{A12/7395/0019/W0980095.1 }