**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ERICSSON INC., et al.** | |
| *Plaintiffs,* | **Civil Action No. 6:10-cv-473-LED-KFG** |
| **v.** | **JURY TRIAL DEMANDED** |
| **D-LINK CORPORATION, et al.,** | |
| *Defendants.* | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Withdraw Their Motion to Strike Plaintiffs' Infringement Contentions, or in the Alternative, to Compel Amended Contentions Compliant with Patent Local Rule 3-1 (Dkt. 256), and the Court, after review of the subject Motion and the entire record in this cause, and upon due consideration it is hereby ORDERED that said motion shall be in all things GRANTED; and it is

FURTHER ORDERED that Defendants' Motion to Strike (Dkt. 256) is hereby withdrawn.

{A12/7395/0019/W0980085.1 }