# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| ERICSSON INC., et al., | |
|---|---|
| **Plaintiffs,** | Civil Action No. 6:10-cv-473 |
| vs. | JURY TRIAL DEMANDED |
| D-LINK CORPORATION, et al., | |
| **Defendants.** | |

## PLAINTIFFS' TRIAL WITNESS LIST

Pursuant to the Discovery Order (Dkt. No. 110), and the Docket Control Order (Dkt. Nos. 111 and 297), entered in this case, Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Ericsson") files this Trial Witness List for identification and categorization of trial witnesses.

At this time, Ericsson identifies the following witnesses for trial:

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1. | Adachi, Tomoko (Toshiba) | | X | |
| 2. | Adams, Robert (Prior art) | | X | |
| 3. | Alfalahi, Kasim (Ericsson) | | X | |
| 4. | Anderson, Per-Olof (Ericsson) | | | X |
| 5. | Anson, Chad (Dell) | | X | |
| 6. | Arvidsson, Per (Ericsson) | | X | |
| 7. | Asada, Minoru (Toshiba) | | X | |
| 8. | Bamford, Scott (Dell) | | X | |
| 9. | Beming, Per Johan (Ericsson) | | X | |
| 10. | Bone, John (Damages/FRAND) | X | | |
| 11. | Brismark, Lars Gustav (Ericsson) | X | | |
| 12. | Busse, Brian (Netgear) | | X | |

|     | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL |
|-----|---------|---------------|--------------|------------------------|
| 13. | Cabello, David (Non-Willfulness) |  | X |  |
| 14. | Chang, Tiffany (Netgear) |  | X |  |
| 15. | Chen, Li-Ter Mike (Belkin) |  | X |  |
| 16. | Cho, James (Qualcomm) |  | X |  |
| 17. | Chou, Mei (D-Link) |  | X |  |
| 18. | Cramby, Mathias (Ericsson) |  | X |  |
| 19. | Diachina, John (Ericsson) |  | X |  |
| 20. | DuBois, Steven (Ericsson) |  | X |  |
| 21. | Dunstan, Christopher (Ericsson) |  |  | X |
| 22. | Farley, Patrick (Ericsson) |  |  | X |
| 23. | Fenn, John (Prior art) |  | X |  |
| 24. | Fischer, Matthew (Broadcom) |  | X |  |
| 25. | Forslund, Nihls (Ericsson) |  | X |  |
| 26. | Fukushima, Kazuya (Toshiba) |  | X |  |
| 27. | Ganesan, Bhavani (Netgear) |  | X |  |
| 28. | Gedda, Marie (Ericsson) |  | X |  |
| 29. | Gibson, Jerry (Non-Infringement) |  | X |  |
| 30. | Gong, Fengim (Prior art) |  | X |  |
| 31. | Greenfield, Steve (Ericsson) |  | X |  |
| 32. | Gudmundson, Mikael (Ericsson) |  |  | X |
| 33. | Gudmundson, Perols (Ericsson) |  | X |  |
| 34. | Harris, Richard (Ericsson) |  |  | X |
| 35. | Hayter, Dana (Intel) |  | X |  |
| 36. | Heegard, Chris (Invalidity/Non-Infringement) |  | X |  |
| 37. | Henry, David (Netgear) |  | X |  |
| 38. | Ho, Ken (Marvell) |  | X |  |
| 39. | Hurlston, Michael (Broadcom) |  | X |  |
| 40. | Inoue, Kazuhiko (Ericsson) |  | X |  |
| 41. | Iwerback, Andreas (Ericsson) |  | X |  |
| 42. | Johansson, Mathias (Ericsson) |  | X |  |
| 43. | Johns, Anna (Ericsson) |  | X |  |
| 44. | Karlsson, Martin (Ericsson) |  | X |  |
| 45. | Kawaguchi, Dean (Prior art) |  | X |  |

|  | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 46. | Kelly, Robert (Ericsson) |  | X |  |
| 47. | Khan, Farooq (Ericsson) |  | X |  |
| 48. | Kitchin, Duncan (Intel) |  | X |  |
| 49. | Larsson Peter (Ericsson) |  | X |  |
| 50. | Larsson, Mikael (Ericsson) |  | X |  |
| 51. | Lazraq, Tawfik (Ericsson) |  | X |  |
| 52. | Leonard, Gregory (RAND) |  | X |  |
| 53. | Lin, Yung-Sen (Acer) |  | X |  |
| 54. | Locklear, Travis (Dell) |  | X |  |
| 55. | Lovgren, Tage (Ericsson) |  | X |  |
| 56. | Ludwig, Reiner (Ericsson) |  | X |  |
| 57. | Mack, Alexander (Belkin) |  | X |  |
| 58. | Malmgren, Goran (Ericsson) |  | X |  |
| 59. | Maresh, Terry (Dell) |  | X |  |
| 60. | Mattingly, Gordon (Netgear) |  | X |  |
| 61. | McGibney, Grant (Prior art) |  | X |  |
| 62. | Meyer, Michael (Ericsson) |  | X |  |
| 63. | Milne, David (Broadcom) |  | X |  |
| 64. | Moon, Billy Gayle (Ericsson) |  |  | X |
| 65. | Moore, Stan (Ericsson) |  | X |  |
| 66. | Moura, Dick (Ericsson) |  | X |  |
| 67. | Nettles, Scott (Infringement/Invalidity) | X |  |  |
| 68. | Nordlof, Per (Ericsson) |  | X |  |
| 69. | Okumura, Masa (Toshiba) |  | X |  |
| 70. | Olofsson, Max (Ericsson) |  | X |  |
| 71. | Palan, Stephen (Ericsson) |  | X |  |
| 72. | Perryman, Ray (Damages/RAND) |  | X |  |
| 73. | Petersson, Christina (Ericsson) | X |  |  |
| 74. | Petras, Dietmar (Prior art) |  | X |  |
| 75. | Quach, Alexander (Intel) |  | X |  |
| 76. | Ragsdale, James (Ericsson) |  | X |  |
| 77. | Raith, Alex Krister (Ericsson) |  | X |  |
| 78. | Rathonyi, Bela (Ericsson) |  | X |  |

|  | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 79. | Rayment, Stephen (Ericsson) |  | X |  |
| 80. | Ream, M. David (Ericsson) |  | X |  |
| 81. | Rose, Peter (Ericsson) |  | X |  |
| 82. | Rothey, Michael (Ericsson) |  | X |  |
| 83. | Rudnick, Holly (Ericsson) |  | X |  |
| 84. | Rydnell, Gunnar (Ericsson) |  | X |  |
| 85. | Sachs, Joachim (Ericsson) |  | X |  |
| 86. | Schön, Erik (Ericsson) |  | X |  |
| 87. | Shoemake, Matthew (Standards) |  | X |  |
| 88. | Sohnen, Rosalia (non-party) |  | X |  |
| 89. | Stein, Per (Ericsson) |  |  | X |
| 90. | Stephens, Adrian (Intel) |  | X |  |
| 91. | Sundborg, Jonas (Ericsson) |  | X |  |
| 92. | Szuwalski, Andre (Ericsson) |  | X |  |
| 93. | Tse, Paul Chan (Ericsson) |  | X |  |
| 94. | Urayama, Masayoshi (Ericsson) |  | X |  |
| 95. | Vecella, Frank (Ericsson) |  |  | X |
| 96. | Wager, Stefan Henrik (Ericsson) |  | X |  |
| 97. | Walker, Brian (Ericsson) |  | X |  |
| 98. | Wang, A. J. (D-Link) |  | X |  |
| 99. | Weatherford, Sidney (Ericsson) |  | X |  |
| 100. | Williams, Joel (Testing) |  | X |  |
| 101. | Wilson, David (Ericsson) |  | X |  |
| 102. | Worthington, Clarence (Acer) |  | X |  |
| 103. | Yu, Mao (Marvell) |  | X |  |

Ericsson expressly reserves the right to call live, by video, or by deposition any witness on this list or any witness on Defendants' witness lists. Ericsson hereby expressly reserves the right to supplement, augment, or otherwise modify this list based on circumstances as they may evolve prior to the commencement of trial.

DATED: March 8, 2013

Respectfully submitted,
**McKOOL SMITH, P.C.**
By:    /s/ Theodore Stevenson III
Theodore Stevenson III,
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Justin Nemunaitis
Texas State Bar No. 24065815
jnemunaitis@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed in compliance with Local Rule CV-5(a) and served upon all counsel of record on March 8, 2013.

/s/ *Justin Nemunaitis*
Justin Nemunaitis