**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ERICSSON INC., et al., | ) | Case No. 6:10-CV-473-LED |
| | ) | |
| Plaintiffs, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| D-LINK SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| and | ) | |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Intervenor | ) | |
| | ) | |

**DEFENDANTS' NOTICE**
**OF SERVICE OF TRIAL WITNESS LIST**

Pursuant to the Court's November 15, 2012 Order (D.I. 297), Defendants D-Link Systems, Inc., NETGEAR, Inc., Acer America Corporation, Gateway, Inc., Dell, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation and Belkin International, Inc., and Intervenor Intel Corporation (collectively, "Defendants") served Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson by email on March 8, 2013, with Defendants' list of the trial witnesses they may call live or by deposition.

Dated: March 9, 2013                                Respectfully submitted,

By: *Robert M. Parker*

Robert M. Parker
**Parker Bunt & Ainsworth**
State Bar No. 15498000
100 E Ferguson, Suite 1114
Tyler, TX 75702
Tel:    903/531-3535
Fax:    903/533-9687
Email: rmparker@pbatyler.com

Michael E. Jones
**Potter Minton**
110 N. College
Tyler, Texas 75702
Tel:    903/597-8311
Fax:    903/593-0846
Email: mikejones@potterminton.com

ATTORNEYS FOR INTERVENING
PARTY INTEL CORPORATION AND ON
BEHALF OF ALL DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on March 9, 2013 via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Robert M. Parker*_____
    Robert M. Parker