# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |
|---|---|
| **ERICSSON INC., et al.,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**D-LINK CORPORATION, et al.,**<br><br>**Defendants.** | **Civil Action No. 6:10-cv-473**<br><br>**JURY TRIAL DEMANDED** |

## ERICSSON'S OBJECTIONS TO MAGISTRATE JUDGE GIBLIN'S MEMORANDUM OPINION AND CLAIM CONSTRUCTION ORDER[1]

---

[1] To The extent necessary, this Motion for Reconsideration should also respectfully be considered as Ericsson's objections to the Memorandum and Order issued by Magistrate Judge Giblin pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72(a), and/or Eastern District of Texas Local Rule 4(B) in Appendix B of the Eastern District Local Rules. Ericsson submits this filing in accordance with any rule applicable to preserving any and all of its appellate rights.

In order to preserve any and all of its rights to any appeal, and in accordance with the Federal Rules of Civil Procedure including rules 5, 6, and 72, 28 U.S.C. § 636(b)(1), and Rule 4 of Appendix B of the Court's Local Rules, Plaintiffs Ericsson Inc. ("Ericsson US") and Telefonaktiebolaget LM Ericsson ("LM Ericsson") (collectively, "Ericsson") respectfully submits the following objections to Magistrate Judge Giblin's Memorandum Opinion And Order Construing Claim Terms Of United States Patent Nos. 6,772,215, 6,330,435, 5,987,019, 6,466,568, and 5,790,516 (Dkt.# 341) (herein "Opinion"). As set forth below, certain of the Opinion's claim constructions include clearly erroneous factual determinations and conclusions that are contrary to law. As such, Ericsson respectfully seeks an order issuing the construction previously proposed by Ericsson in Docket No. 209.

**Objection:  "a service type identifier which identifies a type of payload information"**

Ericsson respectfully objects to the Opinion's construction of "a service type identifier which identifies a type of payload information." The term should have been construed as urged by Ericsson during the Markman process, i.e., "an identifier which identifies transmission characteristics of payload information." *See, e.g.,* Doc. No. 209 at 13.  By rejecting Ericsson's proposal, the Opinion's construction does not give proper weight to the intrinsic evidence.

Many of the examples discussed in the '019 patent relate to the TDMA environment. However, the claims of the '019 patent are not all limited to that environment. For example, while the patent provides various examples of transmitting cell phone voice information, it also recognizes that "video or hybrid voice, data, and video to support internet connections, will likely be supported in the future." *See* '019 patent at 2:24- 2:26.

Instead of attempting to predict all of the various types of information that may be used in future radio communications, the '019 patent provides a framework that can flexibly account for future developments, each of which may be suited to different transmission characteristics in a

given wireless communications environment. *See* '019 patent at 2:56-2:60. Specifically, the '019 patent provides for a "service type identifier" which can be used to identify a variety of different "services," i.e., "various types of information communication" that "will likely have different optimal transmission characteristics." *See* '019 patent at 2:27-2:29. The '019 patent describes various examples of services such as voice, video, fax, and internet data. *See* '019 patent at 2:27-2:55. Each of these services may require different amounts of bandwidth, error protection, and delay tolerance depending on the needs of the system and the user. *See* '019 patent at 2:27-2:55. The '019 patent contemplates that a service type identifier may be used to flexibly identify the unique transmission characteristics for each particular service. For example, a service type identifier used for internet data may inform a device that more bandwidth should be allocated in the downlink direction instead of the uplink direction. *See* '019 patent at 2:30-2:42. As another example, a service type identifier for fax data may be used to signal the appropriate amount of error protection. *See* '019 patent at 2:44-2:50. Ericsson's proposal captures this explanation of the service type identifier—identifying transmission characteristics of payload information.

The patentee also explained the purpose of the service type identifier during prosecution, explaining that "[d]ue to the different transmission characteristics associated with the different types of information, it would be desirable to provide an ability for a transmitter to be able to inform a receiver of the type of information in a transmission payload." *See* Ex. 11, '568 patent prosecution history, May 10, 2002 response to office action at pg. 3. The Opinion's construction does not account for this aspect of the service type identifier.

Accordingly, in preservation of its appellate rights and any applicable rules noted above, Ericsson respectfully submits that the Court should not adopt Magistrate Judge Giblin's Opinion

with respect to the above disputed claim construction and should instead adopt the constructions

previously submitted by Ericsson in Docket No. 209 and during the Markman process.

DATED:  March 25, 2013                         Respectfully submitted,

                                               **MCKOOL SMITH P.C.**
                                               By:  ___/s/ Theodore Stevenson III
                                               Theodore Stevenson III,
                                               Lead Attorney
                                               Texas State Bar No. 19196650
                                               tstevenson@mckoolsmith.com
                                               Douglas A. Cawley
                                               Texas State Bar No. 04035500
                                               dcawley@mckoolsmith.com
                                               Bradley W. Caldwell
                                               Texas State Bar No. 24040630
                                               bcaldwell@mckoolsmith.com
                                               Ashley N. Moore
                                               Texas State Bar No. 24074748
                                               amoore@mckoolsmith.com
                                               Justin Nemunaitis
                                               Texas State Bar No. 24065815
                                               jnemunaitis@mckoolsmith.com
                                               300 Crescent Court, Suite 1500
                                               Dallas, Texas 75201
                                               Telephone: (214) 978-4000
                                               Telecopier: (214) 978-4044

                                               Sam Baxter
                                               Texas State Bar No. 01938000
                                               sbaxter@mckoolsmith.com
                                               104 E. Houston Street, Suite 300
                                               P.O. Box 0
                                               Marshall, Texas 75670
                                               Telephone: (903) 923-9000
                                               Facsimile: (903) 923-9099

                                               **ATTORNEYS FOR PLAINTIFFS
                                               ERICSSON INC. and
                                               TELEFONAKTIEBOLAGET LM
                                               ERICSSON**

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 25, 2013, the foregoing document was served via the Court's ECF system on all counsel who has filed notices of appearance in this case.

    */s/* Theodore Stevenson III
Theodore Stevenson III