IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |
|---|---|
| ERICSSON INC., et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>D-LINK CORPORATION, et al.,<br><br>*Defendants.* | Civil Action No. 6:10-cv-473-LED-KFG<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE GIBLIN'S REPORT AND
RECOMMENDATION ON MOTION FOR SUMMARY JUDGMENT OF INVALIDITY
AND MOTION FOR RECONSIDERATION OF SAME (Dkt. # 342)**

**TO THE HONORABLE LEONARD DAVIS, CHIEF JUDGE:**

In order to preserve any and all of their rights to any appeal, and in accordance with the Federal Rules of Civil Procedure including rules 5, 6, and 72, 28 U.S.C. § 636(b)(1), and Rule 4 of Appendix B of the Court's Local Rules, Defendants[1] respectfully submit these objections to Magistrate Judge Giblin's Report and Recommendation on Motion for Summary Judgment (Dkt.# 342) (herein "Report").  The Report relies on certain of the claim constructions set forth in Magistrate Judge Giblin's Memorandum Opinion And Order Construing Claim Terms Of United States Patent Nos. 6,772,215, 6,330,435, 5,987,019, 6,466,568, and 5,790,516 (Dkt.# 341) (herein "Markman Opinion").  Respectfully, Defendants contend that the Markman Opinion includes clearly erroneous factual determinations and conclusions that are contrary to law, for the reasons set forth in more detail in Defendants' Objections to Magistrate Judge Giblin's Claim Construction Order and Motion for Reconsideration of Same, filed March 22, 2013 (Dkt. #345) and incorporated herein by reference.  Because the Report relies on the Markman Opinion for its claim construction for United States Patent No. 6,772,215 (herein "the '215 patent"), which Defendants have objected to in their objections to the Markman Opinion, and in order to preserve any and all of their appellate rights, Defendants respectfully object to the Report.

---

[1] As used herein, "Defendants" refers to Defendants D-Link Systems, Inc., NETGEAR, Inc., Acer, Inc., Acer America Corporation, Gateway, Inc., Dell Inc., Toshiba America Information Systems, Inc., Toshiba Corporation and Belkin International, Inc., and Intevenor Intel Corporation.

Dated: March 25, 2013

Respectfully submitted,

By:   */s/ Robert A. Van Nest with permission by Trey Yarbrough*

Robert A. Van Nest
(Cal. SBN 84065)
Eugene M. Paige
(Cal. SBN 202849)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Email:  rvannest@kvn.com
Email:  epaige@kvn.com

Scott D. Baker, *Pro Hac Vice*
(Cal. SBN 84923)
John P. Bovich, *Pro Hac Vice*
(Cal. SBN 150688)
Jonah D. Mitchell, *Pro Hac Vice*
(Cal. SBN 203511)
Christine M. Morgan, *Pro Hac Vice*
(Cal. SBN 169350)
Adaline J. Hilgard, *Pro Hac Vice*
(Cal. SBN 173213)
William R. Overend, *Pro Hac Vice*
(Cal. SBN 180209)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
Email: sbaker@reedsmith.com
Email: jbovich@reedsmith.com
Email: ahilgard@reedsmith.com
Email: woverend@reedsmith.com
Email: jmitchell@reedsmith.com

Trey Yarbrough (Bar No. 22133500)
Debby E. Gunter (Bar No. 24012752)
**YARBROUGH WILCOX GUNTER, PLLC**
100 E. Ferguson, Ste. 1015

3

Tyler, Texas 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
Email: trey@yw-lawfirm.com
Email: debby@yw-lawfirm.com

*Attorneys for Defendants*
**D-LINK SYSTEMS, INC.,
NETGEAR, INC., ACER, INC., ACER
AMERICA CORPORATION, and
GATEWAY, INC.**

S.J. Christine Yang (admitted *pro hac vice*)
Duncan Palmatier (admitted *pro hac vice*)
Victoria Hao (admitted *pro hac vice*)
**THE LAW OFFICES OF S.J. CHRISTINE YANG**
17220 Newhope Street, Suite 101
Fountain Valley, California 92708
Telephone: (714) 641-4022
Facsimile: (714) 641-2082
Email: cyang@sjclawpc.com
Email: dpalm@dpalmlaw.com
Email: vhao@sjclawpc.com

*Attorneys for Defendant*
**D-LINK SYSTEMS, INC.**


Respectfully submitted,

By:   */s/ Michael J. Newton with permission by
        Trey Yarbrough*

Michael J. Newton (Texas Bar No. 24003844)
Jason W. Cook (Texas Bar No. 24028537)
Stacey G. White (Texas Bar No. 24053220)
Dwayne C. Norton (Texas Bar No. 24076139)
Shaun W. Hassett (Texas Bar No. 24074372)
Brady Cox (Texas Bar No. 24074084)
**ALSTON & BIRD LLP**
2828 North Harwood St, Suite 1800
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: mike.newton@alston.com
Email: jason.cook@alston.com
Email: stacey.white@alston.com

4

Email: dwayne.norton@alston.com
Email: shaun.hassett@alston.com
Email: brady.cox@alston.com

Marsha E. Mullin (California Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile : (213) 576-1100
Email: marsha.mullin@alston.com

Frank G. Smith (Georgia Bar No. 657550)
Kamran Jivani (Georgia Bar No. 510908)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone : (404) 881-7000
Facsimile: (404) 881-7777
Email: frank.smith@alston.com
Email: kamran.jivani@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
Email: ddacus@dacusfirm.com

***Attorneys for Defendant***
**DELL INC.**

Respectfully submitted,

By:   */s/ John Feldhaus with permission by
Trey Yarbrough*
<u>                                                            </u>
John Feldhaus
Pavan Agarwal
**FOLEY & LARDNER LLP**
3000 K. Street, NW, Suite 500
Washington, DC 20007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
Email: jfeldhaus@foley.com
Email: pagarwal@foley.com

5

Guy N. Harrison
Attorney at Law
217 N. Center
Longview, TX 75606
Telephone: (903) 758-7361
Facsimile: (903) 753-9557
Email: guy@gnhlaw.com

*Attorneys for Defendants*
**TOSHIBA CORPORATION and
TOSHIBA AMERICA INFORMATION
SYSTEMS, INC.**

Respectfully submitted,

By:    */s/ Ryan K. Yagura with permission by
         Trey Yarbrough*
         Ryan K. Yagura (Bar No. 24075933)
         Vision Winter (*Pro Hac Vice*)
         **O'MELVENY & MYERS LLP**
         400 South Hope Street
         Los Angeles, California 90071-2899
         Telephone: (213) 430-6000
         Facsimile: (213) 430-6407

         *Attorneys for Defendants*
         **BELKIN INTERNATIONAL, INC.**

Respectfully submitted,

By:    */s/ Robert M. Parker with permission
         by Trey Yarbrough*
         Robert M. Parker (State Bar No. 15498000)
         Robert Christopher Bunt (State Bar No.
         00787165)
         Charles Ainsworth (State Bar No. 00783521)
         Andrew T. Gorham (State Bar No. 24012715)
         **PARKER, BUNT & AINSWORTH, P.C.**
         100 E. Ferguson, Suite 1114
         Tyler, Texas 75702
         Telephone: (903) 531-3535
         Facsimile: (903) 533-9687
         Email: rmparker@pbatyler.com
         Email: rcbunt@pbatyler.com

6

Email: charley@pbatyler.com
Email: tgorham@pbatyler.com

Michael E. Jones (State Bar No: 10929400)
John F. Bufe (State Bar No: 03316930)
**POTTER MINTON, PC**
110 North College
Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com
Email: johnbufe@potterminton.com

Adam Alper
adam.alper@kirkland.com
Sarah Piepmeier
Sarah.piepmeier@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1876
Facsimile: (415) 439-1500

Luke Dauchot
luke.dauchot@kirkland.com
Tim Majors
Tim.majors@kirkland.com
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
Telephone: 213-680-8400
Facsimile: 213-680-8500

Gregory S. Arovas
Greg.arovas@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Ave
New York, NY 10022
Telephone: 212-446-4800
Facsimile: 212-446-4900

*Attorneys for Intervenor*
**INTEL CORPORATION**

7

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 25, 2013.   All other counsel of record will be served via facsimile or first class mail.


*/s/ Trey Yarbrough*
Trey Yarbrough