## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ERICSSON INC. ET AL.,** | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:10-CV-473** |
| | § | |
| **D-LINK CORPORATION ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

### ORDER REGARDING LETTER BRIEFS

Before the Court are various letter briefs requesting leave to file motions for summary judgment or motions to strike. The Court rules as follows:

| 327 | Ericsson's Letter Brief regarding No Invalidity | **GRANTED** |
|---|---|---|
| 328 | Ericsson's Letter Brief regarding Mr. Cabello | **GRANTED** |
| 329 | Ericsson's Letter Brief regarding Non-Infringing Activities | **GRANTED** |
| 330 | Defendants' Letter Brief regarding Anticipation | **DENIED** |
| 331 | Defendants' Letter Brief regarding Mr. Bone | **GRANTED** |
| 332 | Defendants' Letter Brief regarding Dr. Nettles | **GRANTED** |

All briefing on the underlying motions shall be completed by May 2, 2013. The parties are **ORDERED** to meet and confer and submit a briefing schedule within seven days. The Court hereby sets the underlying motions for hearing on May 9, 2013, at 9:30 AM.

1

So ORDERED and SIGNED this 26th day of March, 2013.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**