**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ERICSSON INC.**, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 6:10-CV-473** |
| **D-LINK CORPORATION**, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ADOPTING REPORT
AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge Keith F. Giblin pursuant to 28 U.S.C. § 636 for claim construction and recommended disposition of the related  Motion for Summary Judgment of Invalidity of Claim 45 of U.S. Patent No. 6,772,215 (Doc. No. 224).  The Report and Recommendation of the United States Magistrate Judge ("Report")  (Doc. No. 342), which contains proposed findings and fact and recommended disposition of the motion for invalidity has been presented for consideration.

The magistrate judge recommends denying the motion for summary judgment of invalidity.  The defendants filed objections to the magistrate judge's Report and also separate objections to the magistrate judge's claim construction.  Pursuant to Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b), the Court has conducted a *de novo* review of the magistrate judge's findings and conclusions, the objections, and the record as a whole regarding the defendant's objections and request for reconsideration on the magistrate judge's construction of the means-plus-function claim 45 of the '215 patent and

accompanying recommendation that the motion for summary judgment of invalidity be denied.

The Court agrees with the magistrate judge that there is adequate structure disclosed in the specification which supports the claimed function.  As the magistrate judge stated in his report, at the claim construction hearing, the defendants also conceded that there was adequate structure disclosed in the specification and that the issue is better suited for claim construction rather than summary judgment. An issue of genuine material fact clearly exists on the definiteness issue regarding claim 45 which precludes summary judgment.

In their objections, the defendants further contend that the magistrate judge's construction does not afford proper weight to the specification and fails to identify structure for claim 45 of the '215 patent.  The Court has considered these arguments and agrees with the magistrate judge's construction of claim 45.  A review of the record reveals that the construction correctly identifies the corresponding structure disclosed in the specification.

For these reasons, the Court concludes that the defendants' objections on the construction of claim 45 of the '215 patent are without merit and further finds that the motion for summary judgment on invalidity should be denied.  The objections to the Report (Doc. No. 349) are overruled and the corresponding request for reconsideration is denied.  It is therefore **ORDERED** that the magistrate judge's Report (Doc. No. 342) is **ADOPTED** and the pending Motion for Summary Judgment of Invalidity of Claim 45 of U.S. Patent No. 6,772,215 (Doc. No. 224) is **DENIED**.  In support, the Court also adopts the magistrate

judge's construction of claim 45 of the '215 patent as set forth in the claim construction order (Doc. No. 341). The Court will address the parties' other objections regarding the remainder of the magistrate judge's claim construction opinion by separate order.

**So ORDERED and SIGNED this 27th day of March, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

3