**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ERICSSON INC., et al., | ) | Case No. 6:10-CV-473-LED |
| | ) | |
| Plaintiffs, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| D-LINK SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANTS' RESPONSE TO ERICSSON'S OBJECTIONS TO MAGISTRATE**
**JUDGE GIBLIN'S CLAIM CONSTRUCTION ORDER**

**TO UNITED STATES DISTRICT JUDGE DAVIS:**

In order to preserve any and all of their rights to any appeal, and in accordance with the Federal Rules of Civil Procedure including rules 5, 6, and 72, 28 U.S.C. § 636(b)(1), and Rule 4 of Appendix B of the Court's Local Rules, Defendants[1] respectfully submit the following Response to Ericsson's Objections to Magistrate Judge Giblin's Memorandum Opinion And Claim Construction (Dkt # 347). As set forth below, Defendants disagree with Ericsson's assertion that the Opinion's construction for "service type identifier" includes clearly erroneous factual determinations and conclusions that are contrary to law. As such, Defendants respectfully seek an order confirming the construction of "service type identifier" set forth in Magistrate Giblin's Opinion and Order Construing Claim Terms (Dkt # 341) (herein "Opinion").

**Response To Ericsson's Objection To:**
**"a service type identifier which identifies a type of payload information"**

The Opinion construes "a service type identifier which identifies a type of payload information" to mean "an identifier that identifies the type of information conveyed in the payload. Examples of types of information include, but are not limited to, video, voice, data, and multimedia." Opinion at 19. Ericsson asserts that term should have been construed as "an identifier which identifies transmission characteristics of payload information." Dkt # 347 at 1. Defendants respectfully submit that the Opinion's construction of this term is supported by the intrinsic record and should not be modified.

As discussed in the Opinion, the intrinsic records make a distinction between the type of service (which the Opinion confirms refers to a type of payload information), on the one hand, and the transmission characteristics associated with particular transmissions, on the other.

---

[1]    "Defendants" shall refer herein to D-Link, Netgear, Acer, Gateway, Dell, Toshiba, Belkin, and Intervenor Intel.

Opinion at 18.  The claims, specification, and prosecution history support the Opinion's construction.  The claim language and specification explicitly define the service type identifier as identifying the type of information conveyed in the payload.  *See*, *e.g.*, '019 patent at 3:12-19 (the "service type identifier [] informs the mobile or base station of the type of information (e.g., voice, video or data) being conveyed in the payload. This information can be used by the receiving equipment to aid in processing the information conveyed in the payload"), 9:35-38 ("a change in the FOC can inform the mobile station of the type of information being transmitted, so that the mobile station will know how to process the received information, e.g., how to decode the received bits"); *see also id.* at claim 22 (claiming additional step of changing the type of information from a first type to a second type) and claim 23 ("wherein said first type of information is one of video, voice and data and said second type of information is [a] different one of video, voice and data").  Moreover, during prosecution history, the applicants expressly contrasted the claimed service type identifier from prior art that contained a field identifying transmission characteristics.  *See, e.g.*, '568 patent file history, May 10, 2002 Amendment, Ericsson's Response to Examiner's Second Raith Rejection, page 4 ("Specifically, Raith discloses a method in which the reserved field or the CSFP/PCF field can be provided with an indication hit for indicating the type of channel coding being used in the data field.  However, Raith does not disclose a service type identifier which *identifies a type of payload information*.") (emphasis in original), page 5 ("Accordingly, the plain language of this claim makes clear that Applicants are claiming the use of a field to identify the type of payload information and not the type of channel coding.") and page 6 ("[I]t may not be possible to identify the type of payload information based upon an indication of channel coding since the type of channel coding identified may be employed for different types of information.").  Ericsson's proposal is

inconsistent with the express claim language and explicit definitions in the specification, as well as these statements during prosecution in which the applicants explicitly distinguished identifiers of "transmission characteristics" from "service type identifiers" in order to overcome prior art.

Accordingly, for the reasons set forth in the Opinion and in Defendants' Dkt # 225, Defendants respectfully submit that Ericsson's Objections should be rejected.

Dated: April 11, 2013

Respectfully submitted,

*/s/ Robert M. Parker*
Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No.  00787165
Charles Ainsworth
State Bar No. 00783521
Andrew T. Gorham
State Bar No. 24012715
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile:  (903) 533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com
E-mail: tgorham@pbatyler.com

Adam Alper
Sarah Piepmeier
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1876
Facsimile: (415) 439-1500
adam.alper@kirkland.com
Sarah.piepmeier@kirkland.com

Luke Dauchot
Michael Woodrow De Vries
Tim Majors
**KIRKLAND & ELLIS LLP**
333 South Hope Street

Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
luke.dauchot@kirkland.com
michael.devries@kirkland.com
tim.majors@kirkland.com

Gregory S. Arovas
**KIRKLAND & ELLIS LLP**
601 Lexington Ave
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
greg.arovas@kirkland.com

Michael E. Jones (State Bar No.: 10929400)
John F. Bufe (State Bar No.: 03316930)
**POTTER MINTON, PC**
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903)597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com
johnbufe@potterminton.com

**ATTORNEYS FOR INTERVENOR INTEL CORPORATION**

*/s/ Christine M. Morgan*
Scott D. Baker, *Pro Hac Vice* (Cal. SBN 84923)
John P. Bovich, *Pro Hac Vice* (Cal. SBN 150688)
James A. Daire, *Pro Hac Vice* ( Cal. SBN 239637)
Christine M. Morgan, *Pro Hac Vice* (Cal. SBN 169350)
Adaline J. Hilgard, *Pro Hac Vice* (Cal. SBN 173213)
William R. Overend, *Pro Hac Vice* (Cal. SBN 180209)
Jonah D. Mitchell, *Pro Hac Vice* (Cal. SBN 203511)
Seth B. Herring
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

-4-

sbaker@reedsmith.com
jbovich@reedsmith.com
jdaire@reedsmith.com
ahilgard@reedsmith.com
woverend@reedsmith.com
jmitchell@reedsmith.com
sherring@reedsmith.com

Trey Yarbrough (Bar No. 22133500)
Debra E. Gunter (Bar No. 24012752)
**YARBROUGH & WILCOX, PLLC**
100 E. Ferguson, Ste. 1015
Tyler, Texas 75702
Telephone:  (903) 595-3111
Facsimile:  (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com
**Counsel for Defendants, D-LINK SYSTEMS, INC.,  NETGEAR, INC., ACER, INC., ACER AMERICA CORPORATION, and GATEWAY, INC.**

  */s/ S.J. Christine Yang* (with permission)
S.J. Christine Yang (admitted *pro hac vice*)
Duncan Palmatier (admitted *pro hac vice*)
Victoria Hao (admitted *pro hac vice*)
**THE LAW OFFICES OF S.J. CHRISTINE YANG**
17220 Newhope Street, Suite 101
Fountain Valley, California 92708
Tel: (714) 641-4022; Fax: (714) 641-2082
E-Mail:  cyang@sjclawpc.com
E-Mail:  dpalm@dpalmlaw.com
E-Mail:  vhao@sjclawpc.com
**Counsel for Defendant D-LINK SYSTEMS, INC.**

  */s/ Dwayne C. Norton* (with permission)
Michael J. Newton (Texas Bar No. 24003844)
Jason W. Cook (Texas Bar No. 24028537)
Dwayne C. Norton (Texas Bar No. 24076139)
Shaun W. Hassett (Texas Bar No. 24074372)
Brady Cox (Texas Bar No. 24074084)
**ALSTON & BIRD LLP**
2828 North Harwood St, Suite 1800

-5-

Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
mike.newton@alston.com
jason.cook@alston.com
dwayne.norton@alston.com
shaun.hassett@alston.com
brady.cox@alston.com

Marsha E. Mullin (California Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Phone: (213) 576-1000
Fax: (213) 576-1100
marsha.mullin@alston.com

Frank G. Smith (Georgia Bar No. 657550)
Kamran Jivani (Georgia Bar No. 510908)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
frank.smith@alston.com
kamran.jivani@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
Peter Aaron Kerr
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone:   (903) 705-1117
Facsimile:    (903) 581-2543
ddacus@dacusfirm.com
pkerr@dacusfirm.com
**Counsel for DEFENDANT DELL INC.**

  */s/ John Feldhaus* (with permission)
John Feldhaus
Pavan Agarwal
Liane M. Peterson
**FOLEY & LARDNER LLP**
3000 K. Street, NW, Suite 500
Washington, DC 20007
PH: (202) 672-5300

-6-

Fax: (202) 672-5399
Email:  jfeldhaus@foley.com
Email:  pagarwal@foley.com
Email:  Lpeterson@foley.com

Guy N. Harrison
Attorney at Law
217 N. Center
Longview, TX 75606
PH: (903) 758-7361
Fax: (903) 753-9557
Email:  guy@gnhlaw.com
**Counsel for TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**

 */s/  Ryan K. Yagura* (with permission)
Ryan K. Yagura (Bar No. 24075933)
Vision Winter (*Pro Hac Vice*)
J. Kevin Murray
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
vwinter@omm.com
ryagura@omm.com
kmurray2@omm.com
**Attorneys for BELKIN INTERNATIONAL, INC.**

 */s/  Eugene M. Paige* (with permission)
Robert A. Van Nest
Eugene M. Paige
Matan Shacham
**KEKER & VAN  NEST LLP**
633 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
rvannest@kvn.com
emp@kvn.com
mshacham@kvn.com
**Attorneys for ACER, INC., D-LINK CORPORATION and GATEWAY, INC.**

-7-

-8-

*/s/  Kaiwen Tseng* (with permission)
Kaiwen Tseng
**FREITAS TSENG & KAUFMAN LLP**
100 Marine Parkway,  Suite 200
Redwood City, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301
Email:  ktseng@ftbklaw.com
**Attorneys for ACER, INC.**

-9-

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on April 11, 2013 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Robert M. Parker*
Robert M. Parker

-9-