# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |
|---|---|
| **ERICSSON INC., et al.,** | |
| **Plaintiffs,** | **Civil Action No. 6:10-cv-473** |
| **vs.** | |
| | **JURY TRIAL DEMANDED** |
| **D-LINK CORPORATION, et al.,** | |
| **Defendants.** | |

## PLAINTIFFS' REBUTTAL TRIAL WITNESS LIST

Pursuant to the Discovery Order (Dkt. No. 110), and the Docket Control Order (Dkt. Nos. 111 and 297), entered in this case, Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Ericsson") files this Rebuttal Trial Witness List for identification and categorization of trial witnesses.

At this time, Ericsson identifies the following rebuttal witnesses for trial:

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL | TOPICS OF TESTIMONY |
|---|---|---|---|---|---|
| 1. | Adachi,Tomoko (Toshiba) | | X | | Participation in IEEE and development of 802.11 standards. |
| 2. | Adams, Robert | | X | | Prior art to the patents-in-suit. |
| 3. | Alfalahi, Kasim | | X | | Ericsson licensing; RAND. |
| 4. | Anderson, Per-Olof | | | X | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 5. | Anson, Chad | | X | | Dell's MPA with Ericsson; Dell IPR licensing. |
| 6. | Arvidsson, Per | | X | | licensing |
| 7. | Asada, Minoru (Toshiba) | | X | | Toshiba licensing policies and procedures. |
| 8. | Bamford, Scott | | X | | Dell Inc.'s relationships with third parties; selection and procurement of accused chipsets; value of accused functionality to Dell Inc. |
| 9. | Beming, Per Johan | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 10. | Bone, John | X | | | Damages/FRAND |
| 11. | Brismark, Lars Gustav | | X | | General corporate history and explanation of Ericsson business licensing and R&D; licensing; RAND. |
| 12. | Busse, Brian | | X | | NETGEAR's licenses and communications |

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL | TOPICS OF TESTIMONY |
|---|---|---|---|---|---|
| | | | | | between NETGEAR and Plaintiffs. |
| 13. | Cabello, David | | X | | Willfulness |
| 14. | Chang, Tiffany (Netgear) | | X | | NETGEAR's relationship with its suppliers and the internal components used in the accused products. |
| 15. | Chen, Li-Ter Mike | | X | | Belkin's relationships and interactions with third parties; product selection and procurement; marketing of the accused products. |
| 16. | Cho, James (Qualcomm) | | X | | Structure, operation, marketing and sales of accused 802.11 products |
| 17. | Chou, Mei | | X | | Business, financial and accounting operations and systems; sales and financial information related to the accused D-Link Systems products. |
| 18. | Cramby, Mathias (Ericsson) | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 19. | Diachina, John | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 20. | DuBois, Steven | | X | | Knowledge about the prosecution of one or more of the patents-in-suit. |
| 21. | Dunstan, Christopher (Ericsson) | | | X | |

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL | TOPICS OF TESTIMONY |
|---|---|---|---|---|---|
| 22. | Farley, Patrick | | | X | Knowledge about the licensing of the patents-in-suit. |
| 23. | Fenn, John | | X | | Participation in and development of ETSI standards and technologies; alleged prior art. |
| 24. | Fischer, Matthew (Broadcom) | | X | | Structure, operation, marketing and sales of accused 802.11 products. |
| 25. | Forslund, Nihls | | X | | Ericsson licensing; RAND |
| 26. | Fukushima, Kazuya (Toshiba) | | X | | Development of products and Wi-Fi features. |
| 27. | Ganesan, Bhavani | | X | | Functionality and operation of the accused NETGEAR products. |
| 28. | Gedda, Marie | | X | | Ericsson licensing; RAND |
| 29. | Gibson, Jerry | | X | | Non-infringement; prior art to the patents-in-suit; invalidity; non-infringing alternatives. |
| 30. | Gong, Fengim | | X | | Prior art to the patents-in-suit. |
| 31. | Greenfield, Steve | | X | | Knowledge about the prosecution of one or more of the patents-in-suit. |
| 32. | Gudmundson, Mikael | | | X | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 33. | Gudmundson, Perols | | | X | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged |

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL | TOPICS OF TESTIMONY |
|---|---|---|---|---|---|
| | | | | | invention. |
| 34. | Harris, Richard | | | X | Knowledge about the licensing of the patents-in-suit. |
| 35. | Hayter, Dana (Intel) | | X | | Licensing, non-willfulness |
| 36. | Heegard, Chris | | X | | Non-infringement; prior art to the patents-in-suit; invalidity; non-infringing alternatives. |
| 37. | Henry, David | | X | | Development, pricing, sales, marketing, operation and functionality of the accused NETGEAR products. |
| 38. | Ho, Ken (Marvell) | | X | | Structure, operation, marketing and sales of accused 802.11 products |
| 39. | Hurlston, Michael (Broadcom) | | X | | Structure, operation, marketing and sales of accused 802.11 products |
| 40. | Inoue, Kazuhiko | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 41. | Iwerback, Andreas | | X | | Ericsson licensing; RAND |
| 42. | Johansson, Mathias (Ericsson) | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 43. | Johns, Anna | | X | | Ericsson licensing; RAND |

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL | TOPICS OF TESTIMONY |
|---|---|---|---|---|---|
| 44. | Karlsson, Martin | | X | | Knowledge about the licensing of the patents-in-suit. |
| 45. | Kawaguchi, Dean | | X | | Alleged prior art to the patents-in-suit; development of 802.11 standards and IEEE policies and procedures. |
| 46. | Kelly, Robert | | X | | Knowledge about the prosecution of one or more of the patents-in-suit. |
| 47. | Khan, Farooq | | X | | Named inventor of the '435 patent. Mr. Khan may have knowledge regarding the conception and reduction to practice of the invention claimed in the '435 patent. |
| 48. | Kitchin, Duncan | | X | | Structure, operation and development of accused products; Intel IP related to the accused standards; standards participation. |
| 49. | Larsson Peter | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 50. | Larsson, Mikael | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 51. | Lazraq, Tawfik | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including |

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL | TOPICS OF TESTIMONY |
|---|---|---|---|---|---|
| | | | | | research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 52. | Leonard, Gregory | | X | | Damages; RAND. |
| 53. | Lin, Yung-Sen | | X | | Structure and operation of the accused Acer products and the accused Gateway products manufactured after Acer Inc. acquired Gateway. |
| 54. | Locklear, Travis (Dell) | | X | | Structure, operation, marketing and sales of accused 802.11 products |
| 55. | Lovgren, Tage (Ericsson) | | X | | IEEE letters of assurance |
| 56. | Ludwig, Reiner (Ericsson) | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 57. | Mack, Alexander (Belkin) | | X | | Sale and importation of the accused products. |
| 58. | Malmgren, Goran | | X | | Ericsson's participation in standards bodies; prior art to the patents-in-suit; RAND licensing. |
| 59. | Maresh, Terry | | X | | Dell Inc.'s relationships with third parties; selection and procurement of accused chipsets; value of accused functionality to Dell Inc. |
| 60. | Mattingly, Gordon | | X | | NETGEAR's business, financial and accounting operations and systems; sales and financial information related to the accused NETGEAR products. |
| 61. | McGibney, Grant (Prior art) | | | X | |

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL | TOPICS OF TESTIMONY |
|---|---|---|---|---|---|
| 62. | Meyer, Michael (Ericsson) | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 63. | Milne, David (Broadcom) | | X | | Structure, operation, marketing and sales of accused 802.11 products; participation in IEEE and development of 802.11 standards; development of accused products; prior art to the patents-in-suit. |
| 64. | Moon, Billy Gayle | | | X | Named inventor of the '352 patent. Mr. Moon may have knowledge regarding the conception and reduction to practice of the invention claimed in the '352 patent. |
| 65. | Moore, Stan | | X | | Knowledge about the prosecution of one or more of the patents-in-suit. |
| 66. | Moura, Dick | | X | | Knowledge about the prosecution of one or more of the patents-in-suit. |
| 67. | Nettles, Scott | X | | | Infringement; Invalidity; explanation of patented inventions and alleged prior art |
| 68. | Nordlof, Per | | X | | Ericsson's participation in IEEE; Ericsson licensing; RAND; Ericsson's acquisition of Bel-Air. |
| 69. | Okumura, Masa (Toshiba) | | X | | Product development and marketing of accused products and Wi-Fi features. |
| 70. | Olofsson, Max | | X | | Knowledge about the licensing of the patents-in-suit. |

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL | TOPICS OF TESTIMONY |
|---|---|---|---|---|---|
| 71. | Palan, Stephen | | X | | Knowledge about the prosecution of one or more of the patents-in-suit. |
| 72. | Perryman, Ray | | X | | Damages; RAND. |
| 73. | Petersson, Christina | | X | | General corporate history and explanation of Ericsson business licensing and R&D; licensing; RAND. |
| 74. | Petras, Dietmar | | X | | Participation in standards setting bodies; prior art. |
| 75. | Quach, Alexander (Intel) | | X | | Wi-Fi marketing and sales; demand for accused products and Wi-Fi features. |
| 76. | Ragsdale, James | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 77. | Raith, Alex Krister | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 78. | Rathonyi, Bela | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL | TOPICS OF TESTIMONY |
|---|---|---|---|---|---|
| 79. | Rayment, Stephen | | X | | Mr. Rayment is the Head for Technology Wi-Fi products. He may have knowledge regarding the development, marketing, and sales of Belair products. |
| 80. | Ream, M. David | | X | | Knowledge about the prosecution of one or more of the patents-in-suit. |
| 81. | Rose, Peter | | X | | Mr. Rose is the Head for Business Control Wi-Fi products. He may have knowledge regarding the development, marketing, and sales of Belair products. |
| 82. | Rothey, Michael | | X | | Mr. Rothey may have knowledge about the development of Ericsson's mobile routers. |
| 83. | Rudnick, Holly | | X | | Ms. Rudnick may have knowledge about the prosecution of one or more of the patents-in-suit. |
| 84. | Rydnell, Gunnar | | X | | Ericsson's participation in IEEE and related standards; RAND. |
| 85. | Sachs, Joachim | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 86. | Schön, Erik | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL | TOPICS OF TESTIMONY |
|---|---|---|---|---|---|
| 87. | Shoemake, Matthew | | X | | IEEE standards development; IEEE patent policies and practices; RAND. |
| 88. | Sohnen, Rosalia | | X | | Alleged prior art to the patents-in-suit. |
| 89. | Stein, Per | | | X | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| 90. | Stephens, Adrian (Intel) | | X | | Structure, operation and development of accused products; participation in IEEE and development of 802.11 standards. |
| 91. | Sundborg, Jonas | | X | | Ericsson's participation in standards bodies. |
| 92. | Szuwalski, Andre | | X | | Mr. Szuwalski may have knowledge about the prosecution of one or more of the patents-in-suit. |
| 93. | Tse, Paul Chan | | X | | Mr. Tse may have knowledge about the development of Ericsson's mobile routers. Mr. Tse recently took over the position held by Michael Rothey. |
| 94. | Urayama, Masayoshi | | X | | Mr. Urayama may have knowledge about the licensing of the patents-in-suit. |
| 95. | Vecella, Frank | | | X | Mr. Vecella may have knowledge about the licensing of the patents-in-suit. |
| 96. | Wager, Stefan Henrik | | X | | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged |

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL | TOPICS OF TESTIMONY |
|---|---|---|---|---|---|
| | | | | | invention. |
| 97. | Walker, Brian | | X | | Mr. Walker may have knowledge about the prosecution of one or more of the patents-in-suit. |
| 98. | Wang, A. J. | | X | | Development, pricing, sales, marketing, operation and functionality of the accused D-Link Systems products; D-Link's licenses and communications between D-Link Systems and Plaintiffs. |
| 99. | Weatherford, Sidney | | X | | Mr. Weatherford may have knowledge about the prosecution of one or more of the patents-in-suit. |
| 100. | Williams, Joel | | X | | Accused product testing. |
| 101. | Wilson, David | | X | | Mr. Wilson may have knowledge about the development of Ericsson's mobile routers. |
| 102. | Worthington, Clarence | | X | | Sales and marketing of the accused Acer Inc. and Acer America products and the accused Gateway products sold after Acer Inc. acquired Gateway. |
| 103. | Yu, Mao (Marvell) | | X | | Structure, operation, marketing and sales of accused 802.11 products |

Ericsson expressly reserves the right to call live, by video, or by deposition any witness on this list or any witness on Defendants' witness lists and rebuttal witness lists. Ericsson hereby expressly reserves the right to supplement, augment, or otherwise modify this list based on circumstances as they may evolve prior to the commencement of trial.

DATED:  March 22, 2013

Respectfully submitted,
**McKOOL SMITH, P.C.**
By:    /s/ Theodore Stevenson III
Theodore Stevenson III,
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Justin Nemunaitis
Texas State Bar No. 24065815
jnemunaitis@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS
ERICSSON INC. and
TELEFONAKTIEBOLAGET LM
ERICSSON**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served via email on counsel of record for each represented Defendant in this matter on March 22, 2013.

> */s/ Justin Nemunaitis*_____
> Justin Nemunaitis