# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ERICSSON INC., et al., | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | )     Civil Action No. 6:10-cv-473 |
| vs. | ) |
| | )     JURY TRIAL DEMANDED |
| | ) |
| D-LINK CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' DISCLOSURE OF TRIAL WITNESSES**

Pursuant to the Court's November 15, 2012 Order (D.I. 297), Defendants D-Link Systems, Inc., NETGEAR, Inc., Acer America Corporation, Gateway, Inc., Dell, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation and Belkin International, Inc., and Intervenor Intel Corporation (collectively, "Defendants") hereby identify the trial witnesses they may call live or by deposition to plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson").

Defendants' identification of witnesses is based on their assessment of the case at this time, without the benefit of the Court's rulings on various matters, including on summary judgment, *Daubert* challenges, motions *in limine*, and claim construction. Defendants also do not know the nature and/or scope of the testimony and evidence that Ericsson intends to present to support its claims and defenses. Accordingly, Defendants reserve the right to modify, amend and/or supplement these disclosures based on case developments, including but not limited to the right to: (1) not call some or all of the witnesses identified below; (2) call live or by deposition at trial any witness identified on the witness lists provided by Ericsson, as well as any witnesses necessary to authenticate or lay the foundation for the introduction of documents to which any opposing party objects (including but not limited to custodians of records); (3) disclose additional witnesses to testify live or by deposition; and/or (4) introduce deposition testimony as impeachment evidence. Defendants further note that their identification of any witness herein is not an admission that the witness's testimony would be admissible if proffered by Ericsson. Defendants reserve the right to cross-examine any witness called to testify by any opposing party or any other party, regardless of whether they are disclosed on this witness list, including without limitation by counter-designation of proffered deposition testimony.

**1.      Witnesses Defendants Will Call Live or Via Deposition**

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
|---|---|---|
| Michael Bell | Intel Corp.<br>2200 Mission College Blvd.<br>Santa Clara, CA 95054<br>+1.408.765.8080 | Structure, operation, marketing and sales of accused 802.11 products; participation in IEEE and development of 802.11 standards; development of accused products; Intel IP related to the accused standards; prior art to the patents-in-suit. |
| J. David Cabello | Wong, Cabello, Lutsch, Rutherford & Bruceleri, LLP<br>Chasewood Bank Bldg.<br>20333 SH 249<br>Suite 600<br>Houston, TX 77070<br>+1.832.446.2400 | Non-willfulness. |
| Jerry Gibson, PhD | Department of Electrical and Computer Engineering<br>University of California, Santa Barbara<br>Santa Barbara, CA 93106<br>+1.805.893.6187 | Non-infringement; prior art to the patents-in-suit; invalidity; non-infringing alternatives. |
| Chris Heegard, PhD | 17197 La Brisa Ct.<br>Sugarloaf, FL 33042<br><br>and<br><br>79873 Sears Rd.<br>Cottage Grove, OR 97424<br><br>+1.305.454.8203<br>+1.541.946.3325 | Non-infringement; prior art to the patents-in-suit; invalidity; non-infringing alternatives.. |
| Gregory Leonard, PhD | Edgeworth Economics<br>333 Bush Street<br>Suite 1450<br>San Francisco, CA 94104<br>+1.415.606.3220 | Damages; RAND. |

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
|---|---|---|
| Brett McAnally | Dell Inc.<br>1 Dell Way<br>Round Rock, TX 78682<br>+1.800.289.3355 | Marketing and sales of accused products and Wi-Fi features; Dell's corporate structure; Dell Inc.'s MPA with Ericsson; Dell Inc.'s relationships with third parties; selection and procurement of accused chipsets; value of accused functionality to Dell Inc. |
| William McFarland | Qualcomm Atheros<br>1700 Technology Drive<br>San Jose, CA 95110<br>+1.408.773.5200 | Structure, operation, marketing and sales of accused 802.11 products; participation in IEEE and development of 802.11 standards; development of accused products; prior art to the patents-in-suit. |
| David Milne | Broadcomm Corporation<br>5300 California Ave.<br>Irvine, CA 92617<br>+1.949.926.5000 | Structure, operation, marketing and sales of accused 802.11 products; participation in IEEE and development of 802.11 standards; development of accused products; prior art to the patents-in-suit. |
| M. Ray Perryman, PhD | The Perryman Group<br>510 N. Valley Mills Drive, Suite 300<br>Waco, TX 75710<br>+1.254.751.9595 | Damages; RAND. |
| Matthew B. Shoemake | Biscotti, Inc.<br>5900 S. Lake Forest Drive<br>Suite 290<br>McKinney, TX 75090 | IEEE standards development; IEEE patent policies and practices; RAND; patents and royalty stacking regarding 802.11. |

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
|---|---|---|
| Joel Williams | Williams Consulting<br>1240 Mckendrie Street<br>San Jose, CA 95126<br>+1.408.249.5574 | Testing. |

### 2. Witnesses Defendants May Call Live or Via Deposition

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
|---|---|---|
| Tomoko Adachi | Toshiba Corporation<br>1-1, Shibaura 1-chome,<br>Minatu-ku, Tokyo 105-8001<br>Japan<br>+81.3.3457.4511 | Participation in IEEE and development of 802.11 standards. |
| Robert Adams | Intel Corporation<br>17606 Cardinal Dr.<br>Lake Oswego, OR 97034<br>+1.503.781.9914 | Prior art to the patents-in-suit. |
| Kasim Alfalahi | Ericsson[1] | Ericsson licensing; RAND. |
| Chad Anson | Dell Inc.<br>1 Dell Way<br>Round Rock, TX 78682<br>+1.800.289.3355 | Dell's MPA with Ericsson; Dell IPR licensing |
| Minoru Asada | Toshiba Corporation<br>1-1, Shibaura 1-chome,<br>Minatu-ku, Tokyo 105-8001<br>Japan<br>+81.3.3457.4511 | Toshiba licensing policies and procedures. |
| Jan-Derk Bakker | Department of Industrial Design<br>Eindhoven University of Technology | Prior art to the patents-in-suit. |

---

[1] For all Ericsson employees, Ericsson has indicated that they should be contacted through counsel at McKool Smith PC, 300 Crescent Court, Dallas, TX 75201

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
|---|---|---|
| | Den Dolech 2<br>5612 AZ Eindhoven<br>Netherlands<br>+31.40.247.4522 | |
| Per Beming | Ericsson | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| Lars Gustav Brismark | Ericsson | Ericsson licensing; RAND. |
| Brian Busse | NETGEAR, Inc.<br>350 East Plumeria Drive<br>San Jose, CA 95134<br>+1.408.907.8000 | NETGEAR's licenses and communications between NETGEAR and Plaintiffs. |
| Mike Chen | Belkin International, Inc.<br>12045 E. Waterfront Drive<br>Playa Vista, CA 90094<br>+1.310.751.5100 | Belkin's relationships and interactions with third parties; product selection and procurement; marketing of the accused products. |
| James Cho | Qualcomm Atheros<br>1700 Technology Drive<br>San Jose, CA 95110<br>+1.408.773.5200 | Structure, operation, marketing and sales of accused 802.11 products; participation in IEEE and development of 802.11 standards; development of accused products; design alternatives; prior art to the patents-in-suit. |
| John Diachina | Ericsson | Conception, reduction to practice and prosecution of |

5

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
| --- | --- | --- |
| | | patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| David S. Dunning | Intel Corp.<br>2200 Mission College Blvd.<br>Santa Clara, CA 95054<br>+1.408.765.8080 | Prior art to the patents-in-suit. |
| John B. Fenn | 370 Boulevard Jean Saint Martin<br>06210 Mandelieu-la-Napoule France<br>+33492975365 | Participation in and development of ETSI standards and technologies; prior art to the patents-in-suit. |
| Matthew Fischer | Broadcom Corporation<br>5300 California Ave.<br>Irvine, CA 92617<br>+1.949.926.5000 | Structure, operation, marketing and sales of accused 802.11 products; participation in IEEE and development of 802.11 standards; development of accused products; prior art to the patents-in-suit. |
| Nhils Forslund | Ericsson | Ericsson licensing; RAND |
| Kazuya Fukushima | Toshiba Corporation<br>1-1, Shibaura 1-chome,<br>Minatu-ku, Tokyo 105-8001 Japan<br>+81.3.3457.4511 | Development of products and Wi-Fi features. |
| Marie Gedda | Ericsson | Ericsson licensing; RAND |
| Fengmin Gong | 2025 Gateway Place, Suite 300 | Prior art to the patents-in-suit. |

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
|---|---|---|
| | San Jose, CA 95110 +1.408.841.4665 | |
| Dana Hayter | Intel Corp. 2200 Mission College Blvd. Santa Clara, CA 95054 +1.408.765.8080 | Licensing, non-willfulness |
| David Henry | NETGEAR, Inc. 350 East Plumeria Drive San Jose, CA 95134 +1.408.907.8000 | Development, pricing, sales, marketing, operation and functionality of the accused NETGEAR products. |
| Andreas Hettich | Hettich Holding GmbH & Co. oHG Vahrenkampstraße 12-16 32278 Kirchlengern Germany +49 5223 77-1220 | Participation in standards setting bodies; prior art to the patents-in-suit. |
| Kazuhiko Inoue | Ericsson | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| Andreas Iwerback | Ericsson | Ericsson licensing; RAND |
| Anna Johns | Ericsson | Ericsson licensing; RAND |
| Mathias Johansson (Cramby) | Ericsson | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and |

7

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
|---|---|---|
|  |  | development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| Dean Kawaguchi | 5550 Muir Drive<br>San Jose, CA 95124<br>+1.408.464.0533 | Prior art to the patents-in-suit; development of 802.11 standards and IEEE policies and procedures. |
| Bradford Kemp | 123 North Washington Street, 3rd Floor<br>Boston, MA 02114<br>+1.617.963.8101 | Prior art to the patents-in-suit. |
| Duncan Kitchin | Intel Corp.<br>2200 Mission College Blvd.<br>Santa Clara, CA 95054<br>+1.408.765.8080 | Structure, operation and development of accused products; Intel IP related to the accused standards; standards participation. |
| Bruce Kraemer | Marvell Semiconductor, Inc.<br>5488 Marvell Lane, Santa Clara, CA 95054, USA<br>Phone: +1.321.427.4098 | Development of 802.11 standards and IEEE policies and procedures. |
| Mikael Larsson | Ericsson | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| Peter Larsson | Ericsson | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development |

8

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
|---|---|---|
| | | work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| Tawfiq Lazraq | Ericsson | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| Reiner Ludwig | Ericsson | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| Alexander Mack | Belkin International, Inc. 12045 E. Waterfront Drive Playa Vista, CA 90094 +1.310.751.5100 | Sale and importation of the accused products. |
| Göran Malmgren | Ericsson | Ericsson's participation in standards bodies; prior art to the patents-in-suit; RAND licensing. |
| Michael Meyer | Ericsson | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and |

9

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
|---|---|---|
| | | development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| Per Nordlöf | Ericsson | Ericsson's participation in IEEE; Ericsson licensing; RAND; Ericsson's acquisition of Bel-Air. |
| Masa Okumura | Toshiba America Information Systems, Inc. 9740 Irvine Bvld. Irvine, CA 92618 +1.949.583.3000 | Product development and marketing of accused products and Wi-Fi features. |
| Dietmar Petras | Synopsys GmbH Next-Building Karl-Hammerschmidt-Strasse 34 D-85609 Aschheim/Dornach, Germany +49.89.99.3200 | Participation in standards setting bodies; prior art to the patents-in-suit. |
| Alexander Quach | Intel Corp. 2200 Mission College Blvd. Santa Clara, CA 95054 +1.408.765.8080 | Wi-Fi marketing and sales; demand for accused products and Wi-Fi features. |
| James Ragsdale | Ericsson | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| Alex Krister Raith | Ericsson | Conception, reduction to practice and prosecution of |

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
|---|---|---|
| | | patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| Bela Rathonyi | ST-Ericsson Ostra Almgatan 77 LOMMA SE - 234 37 Sweden | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| Gunnar Rydnell | Ericsson | Ericsson's participation in IEEE and related standards; RAND. |
| Joachim Sachs | Ericsson | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| Erik Schon | Ericsson | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged |

11

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
|---|---|---|
| | | invention. |
| Kate Ci-Shang | Acer, Inc. 8F, 88, Sec. 1 Hsin Tai Wud Road Hsichih 221, Taiwan | Acer's licenses and communications between Acer Defendants and Plaintiffs. |
| Adrian P. Stephens | Intel Corp. 2200 Mission College Blvd. Santa Clara, CA 95054 +1.408.765.8080 | Structure, operation and development of accused products; participation in IEEE and development of 802.11 standards |
| Rosalia Söhnen | Fakultät für Elektrotechnik und Informationstechnik - Fachbereich 6 UMIC Research Center Mies-van-der-Rohe Straße 15 (Zimmer 228) 52074 Aachen Tel.: +49(0)241-80 26955 | Prior art to the patents-in-suit |
| Allon Stabinsky | Intel Corp. 2200 Mission College Blvd. Santa Clara, CA 95054 +1.408.765.8080 | Licensing; RAND; communications with Ericsson |
| Jonas Sundborg | Ericsson | Ericsson's participation in standards bodies. |
| Solomon Trainin | Intel Corp. 2200 Mission College Blvd. Santa Clara, CA 95054 +1.408.765.8080 | Structure, operation and development of accused products; participation in IEEE and development of 802.11 standards. |

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
|---|---|---|
| | | |
| Ulrich Vornefeld | Qualcomm Franziskanerstrasse 14 2nd floor Munich, Bavaria 81669, Germany | Participation in standards setting bodies; prior art to the patents-in-suit. |
| Stefan Henrik Andreas Wager | Ericsson | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| A.J. Wang | D-Link Systems, Inc. 17595 Mt. Hermann Street Fountain Valley, CA 92708 +1.800.326.1688 | Development, pricing, sales, marketing, operation and functionality of the accused D-Link Systems products; D-Link's licenses and communications between D-Link Systems and Plaintiffs. |
| Clarence Worthington | Acer, Inc. 8F, 88, Sec. 1 Hsin Tai Wud Road Hsichih 221, Taiwan | Sales and marketing of the accused Acer Inc. and Acer America products and the accused Gateway products sold after Acer Inc. acquired Gateway. |

### 3.    Witnesses Defendants Probably Will Not Call Live or Via Deposition

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
| --- | --- | --- |
| Per-Olof Anderson | Ericsson | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| Scott Bamford | Dell Inc.<br>1 Dell Way<br>Round Rock, TX 78682<br>+1.800.289.3355 | Dell Inc.'s relationships with third parties; selection and procurement of accused chipsets; value of accused functionality to Dell Inc. |
| Robert Bernard | Dell Inc.<br>1 Dell Way<br>Round Rock, TX 78682<br>+1.800.289.3355 | Dell's corporate structure; Dell Inc.'s relationships with third parties; selection and procurement of accused chipsets; value of accused functionality to Dell Inc. |
| Tiffany Chang | NETGEAR, Inc.<br>350 East Plumeria Drive<br>San Jose, CA 95134<br>+1.408.907.8000 | NETGEAR's relationship with its suppliers and the internal components used in the accused products. |
| Mei Chou | D-Link Systems, Inc.<br>17595 Mt. Hermann Street<br>Fountain Valley, CA 92708<br>+1.800.326.1688 | Business, financial and accounting operations and systems; sales and financial information related to the accused D-Link Systems products. |
| Bhavani Ganesan | NETGEAR, Inc.<br>350 East Plumeria Drive<br>San Jose, CA 95134<br>+1.408.907.8000 | Functionality and operation of the accused NETGEAR products. |

14

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
|---|---|---|
| Perols Leif Mikael Gudmundson | Ericsson | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| Eric Liao | Acer, Inc. 8F, 88, Sec. 1 Hsin Tai Wud Road Hsichih 221, Taiwan | Price of the wireless chips incorporated in the accused Acer products and the accused Gateway products manufactured after Acer Inc. acquired Gateway. |
| Y.S. Lin | Acer, Inc. 8F, 88, Sec. 1 Hsin Tai Wud Road Hsichih 221, Taiwan | Structure and operation of the accused Acer products and the accused Gateway products manufactured after Acer Inc. acquired Gateway. |
| Srinivas Kandalas | Qualcomm Atheros 1700 Technology Drive San Jose, CA 95110 +1.408.773.5200 | Structure, operation, marketing and sales of accused 802.11 products; participation in IEEE and development of 802.11 standards; development of accused products; prior art to the patents-in-suit. |
| Daniel Kelley | D-Link Systems, Inc. 17595 Mt. Hermann Street Fountain Valley, CA 92708 +1.800.326.1688 | Marketing, promotion, market research and competitive analysis of the accused D-Link Systems products. |
| Terry Maresh | Dell Inc. 1 Dell Way Round Rock, TX 78682 +1.800.289.3355 | Dell Inc.'s relationships with third parties; selection and procurement of accused chipsets; value of accused functionality to Dell Inc. |

15

| Witness Name | Address, Telephone No. and Employer | Topic(s) of Testimony |
|---|---|---|
| Gordon Mattingly | NETGEAR, Inc.<br>350 East Plumeria Drive<br>San Jose, CA 95134<br>+1.408.907.8000 | NETGEAR's business, financial and accounting operations and systems; sales and financial information related to the accused NETGEAR products. |
| Duncan Palmatier | The Law Offices of Christine Yang<br>17220 Newhope Street<br>Suite 101<br>Fountain Valley CA 92708<br>+1.714.641.4022 | Communications between D-Link Systems and Plaintiffs. |
| Per Stein | Vindkallsv 1B<br>Djursholm 182 61<br>Sweden | Conception, reduction to practice and prosecution of patents-in-suit; Ericsson's research and development work, including research and development of alleged invention of patents; prior art to the patents; value of alleged invention. |
| Per Strom | Ericsson | Damages; Ericsson's products and services. |

DATED: March 8, 2013

        Respectfully submitted,

          */s/ Adam R. Alper*
        Adam Alper
        Sarah Piepmeier
        **KIRKLAND & ELLIS LLP**
        555 California Street
        San Francisco, CA 94104
        Telephone: (415) 439-1876
        Facsimile:  (415) 439-1500
        adam.alper@kirkland.com
        Sarah.piepmeier@kirkland.com

Luke Dauchot
Tim Majors
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile:  (213) 680-8500
luke.dauchot@kirkland.com
tim.majors@kirkland.com
Gregory S. Arovas
**KIRKLAND & ELLIS LLP**
601 Lexington Ave
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
greg.arovas@kirkland.com

Michael E. Jones (State Bar No: 10929400)
John F. Bufe (State Bar No.: 03316930)
**POTTER MINTON, PC**
110 North College,  Suite 500
Tyler, Texas 75702
Telephone: (903)597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com
johnbufe@potterminton.com

Robert M. Parker (State Bar No. 15498000)
Robert Christopher Bunt (State Bar No. 00787165)
Charles Ainsworth (State Bar No. 00783521)
Andrew T. Gorham (State Bar No. 24012715)
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile:  (903) 533-9687
rmparker@pbatyler.com
rcbunt@pbatyler.com
charley@pbatyler.com
tgorham@pbatyler.com
**ATTORNEYS FOR INTEL CORPORATION**

17

*/s/ Christine M. Morgan*
Scott D. Baker, *Pro Hac Vice* (Cal. SBN 84923)
John P. Bovich, *Pro Hac Vice* (Cal. SBN 150688)
James A. Daire, *Pro Hac Vice* ( Cal. SBN 239637)
Christine M. Morgan, *Pro Hac Vice* (Cal. SBN 169350)
Adaline J. Hilgard, *Pro Hac Vice* (Cal. SBN 173213)
William R. Overend, *Pro Hac Vice* (Cal. SBN 180209)
Jonah D. Mitchell, *Pro Hac Vice* (Cal. SBN 203511)
Seth B. Herring
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269
sbaker@reedsmith.com
jbovich@reedsmith.com
jdaire@reedsmith.com
ahilgard@reedsmith.com
woverend@reedsmith.com
jmitchell@reedsmith.com
sherring@reedsmith.com

Trey Yarbrough (Bar No. 22133500)
Debra E. Gunter (Bar No. 24012752)
**YARBROUGH & WILCOX, PLLC**
100 E. Ferguson, Ste. 1015
Tyler, Texas 75702
Telephone:  (903) 595-3111
Facsimile:  (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com
**Counsel for Defendants, D-LINK SYSTEMS, INC., NETGEAR, INC., ACER, INC., ACER AMERICA CORPORATION, and GATEWAY, INC.**

18

 */s/ S.J. Christine Yang* (with permission)
S.J. Christine Yang (admitted *pro hac vice*)
Duncan Palmatier (admitted *pro hac vice*)
Victoria Hao (admitted *pro hac vice*)
**THE LAW OFFICES OF S.J. CHRISTINE YANG**
17220 Newhope Street, Suite 101
Fountain Valley, California 92708
Tel: (714) 641-4022; Fax: (714) 641-2082
E-Mail:   cyang@sjclawpc.com
E-Mail:   dpalm@dpalmlaw.com
E-Mail:   vhao@sjclawpc.com
**Counsel for Defendant D-LINK SYSTEMS, INC.**

 */s/ Dwayne C. Norton* (with permission)
Michael J. Newton (Texas Bar No. 24003844)
Jason W. Cook (Texas Bar No. 24028537)
Dwayne C. Norton (Texas Bar No. 24076139)
Shaun W. Hassett (Texas Bar No. 24074372)
Brady Cox (Texas Bar No. 24074084)
**ALSTON & BIRD LLP**
2828 North Harwood St, Suite 1800
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
mike.newton@alston.com
jason.cook@alston.com
dwayne.norton@alston.com
shaun.hassett@alston.com
brady.cox@alston.com

Marsha E. Mullin (California Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Phone: (213) 576-1000
Fax: (213) 576-1100
marsha.mullin@alston.com

Frank G. Smith (Georgia Bar No. 657550)
Kamran Jivani (Georgia Bar No. 510908)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

19

frank.smith@alston.com
kamran.jivani@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
Peter Aaron Kerr
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone:   (903) 705-1117
Facsimile:    (903) 581-2543
ddacus@dacusfirm.com
pkerr@dacusfirm.com
**Counsel for DEFENDANT DELL INC.**


  */s/ John Feldhaus* (with permission)
John Feldhaus
Pavan Agarwal
Liane M. Peterson
**FOLEY & LARDNER LLP**
3000 K. Street, NW, Suite 500
Washington, DC 20007
PH: (202) 672-5300
Fax: (202) 672-5399
Email:  jfeldhaus@foley.com
Email:  pagarwal@foley.com
Email:  Lpeterson@foley.com


Guy N. Harrison
Attorney at Law
217 N. Center
Longview, TX 75606
PH: (903) 758-7361
Fax: (903) 753-9557
Email:  guy@gnhlaw.com
**Counsel for TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**


  */s/  Ryan K. Yagura* (with permission)
Ryan K. Yagura (Bar No. 24075933)
Vision Winter (*Pro Hac Vice*)
J. Kevin Murray
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000

20

Facsimile: (213) 430-6407
vwinter@omm.com
ryagura@omm.com
kmurray2@omm.com
**Attorneys for BELKIN INTERNATIONAL, INC.**

 */s/  Eugene M. Paige* (with permission)
Robert A. Van Nest
Eugene M. Paige
Matan Shacham
**KEKER & VAN  NEST LLP**
633 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
rvannest@kvn.com
emp@kvn.com
mshacham@kvn.com
**Attorneys for ACER, INC., D-LINK
CORPORATION and GATEWAY, INC.**

*/s/  Kaiwen Tseng* (with permission)
Kaiwen Tseng
**FREITAS TSENG & KAUFMAN LLP**
100 Marine Parkway,  Suite 200
Redwood City, CA 94065
Telephone: (650) 593-6300
Facsimile:  (650) 593-6301
Email:   ktseng@ftbklaw.com
**Attorneys for ACER, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail on March 8, 2013.

 */s/ Adam R. Alper*
Adam R. Alper

21