# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ERICSSON INC., et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 6:10-cv-473 |
| | ) | |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| D-LINK CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' DISCLOSURE OF REBUTTAL TRIAL WITNESSES

Pursuant to the Court's November 15, 2012 Order (D.I. 297), Defendants D-Link Systems, Inc., NETGEAR, Inc., Acer America Corporation, Gateway, Inc., Dell, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation and Belkin International, Inc., and Intervenor Intel Corporation (collectively, "Defendants") hereby identify to Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") the rebuttal trial witnesses they may call live or by deposition:

- All witnesses identified on Defendants' Trial Witness List dated March 8, 2013, which is hereby incorporated by reference.

- Defendants also reserve the right to call any witness identified on Ericsson's Trial Witness List (including any amended Trial Witness List), as well as the right to call any witness appearing on any rebuttal trial witness list of Ericsson.

Defendants' identification of rebuttal trial witnesses is based on their assessment of the case at this time, without the benefit of the Court's rulings on various matters, including *Daubert* challenges and motions *in limine*. Defendants also do not know the nature and/or scope of the testimony and evidence that Ericsson intends to present to support its claims and defenses. Accordingly, Defendants reserve the right to modify, amend and/or supplement these disclosures based on case developments, including but not limited to the right to: (1) not call some or all of the witnesses identified above; (2) call live or by deposition at trial any witness identified on the witness lists provided by Ericsson, as well as any witnesses necessary to authenticate or lay the foundation for the introduction of documents to which any opposing party objects (including but not limited to custodians of records); (3) disclose additional witnesses to testify live or by deposition; and/or (4) introduce deposition testimony as impeachment evidence. Defendants further note that their identification of any witness herein is not an admission that the witness's

testimony would be admissible if proffered by Ericsson.  Defendants reserve the right to cross-examine any witness called to testify by any opposing party or any other party, regardless of whether they are disclosed in this witness list, including without limitation by counter-designation of proffered deposition testimony.

DATED: March 22, 2013

Respectfully submitted,

  /s/ Michael W. De Vries
Adam Alper
Sarah Piepmeier
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1876
Facsimile:  (415) 439-1500
adam.alper@kirkland.com
Sarah.piepmeier@kirkland.com

Luke Dauchot
Michael Woodrow De Vries
Tim Majors
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile:  (213) 680-8500
luke.dauchot@kirkland.com
michael.devries@kirkland.com
tim.majors@kirkland.com

Gregory S. Arovas
**KIRKLAND & ELLIS LLP**
601 Lexington Ave
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
greg.arovas@kirkland.com

Michael E. Jones (State Bar No: 10929400)
John F. Bufe (State Bar No.: 03316930)
**POTTER MINTON, PC**
110 North College,  Suite 500
Tyler, Texas 75702

2

Telephone: (903)597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com
johnbufe@potterminton.com

Robert M. Parker (State Bar No. 15498000)
Robert Christopher Bunt (State Bar No. 00787165)
Charles Ainsworth (State Bar No. 00783521)
Andrew T. Gorham (State Bar No. 24012715)
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile:  (903) 533-9687
rmparker@pbatyler.com
rcbunt@pbatyler.com
charley@pbatyler.com
tgorham@pbatyler.com
**ATTORNEYS FOR INTERVENOR INTEL CORPORATION**

*/s/ Christine M. Morgan*
Scott D. Baker, *Pro Hac Vice* (Cal. SBN 84923)
John P. Bovich, *Pro Hac Vice* (Cal. SBN 150688)
James A. Daire, *Pro Hac Vice* ( Cal. SBN 239637)
Christine M. Morgan, *Pro Hac Vice* (Cal. SBN 169350)
Adaline J. Hilgard, *Pro Hac Vice* (Cal. SBN 173213)
William R. Overend, *Pro Hac Vice* (Cal. SBN 180209)
Jonah D. Mitchell, *Pro Hac Vice* (Cal. SBN 203511)
Seth B. Herring
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269
sbaker@reedsmith.com
jbovich@reedsmith.com
jdaire@reedsmith.com
ahilgard@reedsmith.com
woverend@reedsmith.com
jmitchell@reedsmith.com
sherring@reedsmith.com

3

Trey Yarbrough (Bar No. 22133500)
Debra E. Gunter (Bar No. 24012752)
**YARBROUGH & WILCOX, PLLC**
100 E. Ferguson, Ste. 1015
Tyler, Texas 75702
Telephone:  (903) 595-3111
Facsimile:  (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com
**Counsel for Defendants, D-LINK SYSTEMS, INC.,
NETGEAR, INC., ACER, INC., ACER AMERICA
CORPORATION, and GATEWAY, INC.**


  */s/ S.J. Christine Yang* (with permission)
S.J. Christine Yang (admitted *pro hac vice*)
Duncan Palmatier (admitted *pro hac vice*)
Victoria Hao (admitted *pro hac vice*)
**THE LAW OFFICES OF S.J. CHRISTINE YANG**
17220 Newhope Street, Suite 101
Fountain Valley, California 92708
Tel: (714) 641-4022; Fax: (714) 641-2082
E-Mail:  cyang@sjclawpc.com
E-Mail:  dpalm@dpalmlaw.com
E-Mail:  vhao@sjclawpc.com
**Counsel for Defendant D-LINK SYSTEMS, INC.**


  */s/ Dwayne C. Norton* (with permission)
Michael J. Newton (Texas Bar No. 24003844)
Jason W. Cook (Texas Bar No. 24028537)
Dwayne C. Norton (Texas Bar No. 24076139)
Shaun W. Hassett (Texas Bar No. 24074372)
Brady Cox (Texas Bar No. 24074084)
**ALSTON & BIRD LLP**
2828 North Harwood St, Suite 1800
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
mike.newton@alston.com
jason.cook@alston.com
dwayne.norton@alston.com
shaun.hassett@alston.com
brady.cox@alston.com

Marsha E. Mullin (California Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor

4

Los Angeles, CA 90071
Phone: (213) 576-1000
Fax: (213) 576-1100
marsha.mullin@alston.com


Frank G. Smith (Georgia Bar No. 657550)
Kamran Jivani (Georgia Bar No. 510908)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
frank.smith@alston.com
kamran.jivani@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
Peter Aaron Kerr
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone:   (903) 705-1117
Facsimile:     (903) 581-2543
ddacus@dacusfirm.com
pkerr@dacusfirm.com
**Counsel for DEFENDANT DELL INC.**


  */s/ John Feldhaus* (with permission)
John Feldhaus
Pavan Agarwal
Liane M. Peterson
**FOLEY & LARDNER LLP**
3000 K. Street, NW, Suite 500
Washington, DC 20007
PH: (202) 672-5300
Fax: (202) 672-5399
Email:  jfeldhaus@foley.com
Email:  pagarwal@foley.com
Email:  Lpeterson@foley.com

Guy N. Harrison
Attorney at Law
217 N. Center
Longview, TX 75606
PH: (903) 758-7361
Fax: (903) 753-9557

5

Email:  guy@gnhlaw.com
**Counsel for TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**

 */s/  Ryan K. Yagura* (with permission)
Ryan K. Yagura (Bar No. 24075933)
Vision Winter (*Pro Hac Vice*)
J. Kevin Murray
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
vwinter@omm.com
ryagura@omm.com
kmurray2@omm.com
**Attorneys for BELKIN INTERNATIONAL, INC.**

 */s/  Eugene M. Paige* (with permission)
Robert A. Van Nest
Eugene M. Paige
Matan Shacham
**KEKER & VAN  NEST LLP**
633 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
rvannest@kvn.com
emp@kvn.com
mshacham@kvn.com
**Attorneys for ACER, INC., D-LINK CORPORATION and GATEWAY, INC.**

*/s/  Kaiwen Tseng* (with permission)
Kaiwen Tseng
**FREITAS TSENG & KAUFMAN LLP**
100 Marine Parkway,  Suite 200
Redwood City, CA 94065
Telephone: (650) 593-6300
Facsimile:  (650) 593-6301
Email:   ktseng@ftbklaw.com
**Attorneys for ACER, INC.**

6

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the electronic mail on March 22, 2013.

<u>*/s/ Michael W. De Vries*</u>
Michael W. De Vries