## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ERICSSON INC., et al.,** | |
| **Plaintiffs,** | **Civil Action No. 6:10-cv-473** |
| **vs.** | **JURY TRIAL DEMANDED** |
| **D-LINK CORPORATION, et al.,** | |
| **Defendants.** | |

### PLAINTIFFS' AND DEFENDANTS' JOINT MOTION *IN LIMINE*

Plaintiff Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Plaintiffs") and Defendants D-Link Systems, Inc., NETGEAR, Inc., Acer, Inc., Acer America Corporation, Gateway, Inc., Dell Inc., Toshiba Corporation, Toshiba America Information Services, Inc., and Belkin International, Inc., and Intervenor Intel Corporation (collectively "Defendants") file this joint motion *in limine* precluding the parties or any of the parties' witnesses from mentioning, referring to, or offering any evidence relating to the following subjects within the hearing of any member of the jury panel, either in *voir dire* or at any time during trial:

1. Testimony that contradicts the court's claim construction rulings or the parties' stipulated claim constructions.

2. Any reference to or argument suggesting that the preamble of the '215 patent is limiting.[1]

3. Any evidence or argument regarding the wealth and overall revenue of the parties.

---

[1] By agreeing to this motion *in limine*, Defendants do not waive their objections to the Court's claim construction in this case.

i.

4. Any evidence or argument of an invention date for the '625 patent earlier than October 28, 1998.

5. Any evidence or argument related to the joint defense agreement.

6. Any questions that the parties know will provoke a privilege objection.

7. Any evidence or argument that there was willful infringement because of no opinion of counsel.

8. Any evidence or argument regarding the office location of the parties' lawyers.

9. Any attempt to disparage the PTO.

10. Testimony, evidence, or argument regarding the amount of legal fees and expenses that the parties have incurred in this litigation or that their respective attorneys or experts have made representing the parties or other patent holders, not to preclude the parties from establishing the rate of an expert or the fact that they are being paid.


**DATED:** May 13, 2013                    Respectfully submitted,

                                          **McKOOL SMITH, P.C.**

                                          By:    /s/ Theodore Stevenson III
                                          Theodore Stevenson III,
                                          Lead Attorney
                                          Texas State Bar No. 19196650
                                          tstevenson@mckoolsmith.com
                                          Douglas A. Cawley
                                          Texas State Bar No. 04035500
                                          dcawley@mckoolsmith.com
                                          Bradley W. Caldwell
                                          Texas State Bar No. 24040630
                                          bcaldwell@mckoolsmith.com
                                          Ashley N. Moore
                                          Texas State Bar No. 24074748
                                          amoore@mckoolsmith.com
                                          Justin Nemunaitis
                                          Texas State Bar No. 24065815
                                          jnemunaitis@mckoolsmith.com

1

300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS
ERICSSON INC. and
TELEFONAKTIEBOLAGET LM ERICSSON**

  */s/ Robert M. Parker*_____
Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No.  00787165
Charles Ainsworth
State Bar No. 00783521
Andrew T. Gorham
State Bar No. 24012715
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile:  (903) 533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com
E-mail: tgorham@pbatyler.com
Adam Alper
Sarah Piepmeier
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1876
Facsimile: (415) 439-1500
E-mail:adam.alper@kirkland.com
E-mail:sarah.piepmeier@kirkland.com

2

Luke Dauchot
Michael W. De Vries
Tim Majors
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail: luke.dauchot@kirkland.com
E-mail: michael.devries@kirkland.com
E-mail: tim.majors@kirkland.com

Gregory S. Arovas
**KIRKLAND & ELLIS LLP**
601 Lexington Ave
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
E-mail: greg.arovas@kirkland.com

Michael E. Jones (State Bar No.: 10929400)
John F. Bufe (State Bar No.: 03316930)
**POTTER MINTON, PC**
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903)597-8311
Facsimile: (903) 593-0846
E-mail: mikejones@potterminton.com
E-mail: johnbufe@potterminton.com

**ATTORNEYS FOR INTERVENOR INTEL CORPORATION**

*/s/ Christine M. Morgan*
Scott D. Baker, *Pro Hac Vice* (Cal. SBN 84923)
John P. Bovich, *Pro Hac Vice* (Cal. SBN 150688)
James A. Daire, *Pro Hac Vice* ( Cal. SBN 239637)
Christine M. Morgan, *Pro Hac Vice* (Cal. SBN 169350)
Adaline J. Hilgard, *Pro Hac Vice* (Cal. SBN 173213)
William R. Overend, *Pro Hac Vice* (Cal. SBN 180209)

3

Jonah D. Mitchell, *Pro Hac Vice* (Cal. SBN 203511)
Seth B. Herring
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:        (415) 543-8700
Facsimile:        (415) 391-8269
E-mail: sbaker@reedsmith.com
E-mail: jbovich@reedsmith.com
E-mail: jdaire@reedsmith.com
E-mail: ahilgard@reedsmith.com
E-mail: woverend@reedsmith.com
E-mail: jmitchell@reedsmith.com
E-mail: sherring@reedsmith.com

Trey Yarbrough (Bar No. 22133500)
Debra E. Gunter (Bar No. 24012752)
**YARBROUGH & WILCOX, PLLC**
100 E. Ferguson, Ste. 1015
Tyler, Texas 75702
Telephone:        (903) 595-3111
Facsimile:        (903) 595-0191
E-mail: trey@yw-lawfirm.com
E-mail: debby@yw-lawfirm.com
**Counsel for Defendants, D-LINK SYSTEMS, INC.,  NETGEAR, INC., ACER, INC., ACER AMERICA CORPORATION, and GATEWAY, INC.**

   */s/ S.J. Christine Yang* (with permission)

4

S.J. Christine Yang (admitted *pro hac vice*)
Duncan Palmatier (admitted *pro hac vice*)
Victoria Hao (admitted *pro hac vice*)
**THE LAW OFFICES OF S.J. CHRISTINE YANG**
17220 Newhope Street, Suite 101
Fountain Valley, California 92708
Telephone:       (714) 641-4022
Facsimile:       (714) 641-2082
E-Mail:  cyang@sjclawpc.com
E-Mail:  dpalm@dpalmlaw.com
E-Mail:  vhao@sjclawpc.com
**Counsel for Defendant D-LINK SYSTEMS, INC.**

   */s/ Dwayne C. Norton* (with permission)
Michael J. Newton (Texas Bar No. 24003844)
Jason W. Cook (Texas Bar No. 24028537)
Dwayne C. Norton (Texas Bar No. 24076139)
Shaun W. Hassett (Texas Bar No. 24074372)
Brady Cox (Texas Bar No. 24074084)
**ALSTON & BIRD LLP**
2828 North Harwood St, Suite 1800
Dallas, Texas 75201
Telephone:       (214) 922-3400
Facsimile:       (214) 922-3899
E-mail:  mike.newton@alston.com
E-mail:  jason.cook@alston.com
E-mail:  dwayne.norton@alston.com
E-mail:  shaun.hassett@alston.com
E-mail:  brady.cox@alston.com

Marsha E. Mullin (California Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone:       (213) 576-1000
Facsimile:       (213) 576-1100
E-mail:  marsha.mullin@alston.com

Frank G. Smith (Georgia Bar No. 657550)

5

Kamran Jivani (Georgia Bar No. 510908)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:        (404) 881-7000
Facsimile:        (404) 881-7777
E-mail: frank.smith@alston.com
E-mail: kamran.jivani@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
Peter Aaron Kerr
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone:        (903) 705-1117
Facsimile:        (903) 581-2543
E-mail: ddacus@dacusfirm.com
E-mail: pkerr@dacusfirm.com
**Counsel for DEFENDANT DELL INC.**

  */s/ John Feldhaus* (with permission)
John Feldhaus
Pavan Agarwal
Liane M. Peterson
**FOLEY & LARDNER LLP**
3000 K. Street, NW, Suite 500
Washington, DC 20007
Telephone:        (202) 672-5300
Facsimile:         (202) 672-5399
Email:  jfeldhaus@foley.com
Email:  pagarwal@foley.com
Email:  Lpeterson@foley.com

Guy N. Harrison
Attorney at Law
217 N. Center
Longview, TX 75606
Telephone:  (903) 758-7361
Facsimile:    (903) 753-9557
Email:  guy@gnhlaw.com

**Counsel for TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**

6

*/s/ Ryan K. Yagura* (with permission)
Ryan K. Yagura (Bar No. 24075933)
Vision Winter (*Pro Hac Vice*)
J. Kevin Murray
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: vwinter@omm.com
E-mail: ryagura@omm.com
E-mail: kmurray2@omm.com

**Attorneys for BELKIN INTERNATIONAL, INC.**

*/s/ Eugene M. Paige* (with permission)
Robert A. Van Nest
Eugene M. Paige
Matan Shacham
**KEKER & VAN NEST LLP**
633 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
E-mail: rvannest@kvn.com
E-mail: emp@kvn.com
E-mail: mshacham@kvn.com
**Attorneys for ACER, INC., D-LINK CORPORATION and GATEWAY, INC.**

*/s/ Kaiwen Tseng* (with permission)
Kaiwen Tseng
**FREITAS TSENG & KAUFMAN LLP**
100 Marine Parkway, Suite 200
Redwood City, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301
Email: ktseng@ftbklaw.com
**Attorneys for ACER, INC.**

7

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing document was served on counsel of record via the Court's ECF system on May 13, 2013.

 */s/ Brandon Jordan*
Brandon Jordan