## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ERICSSON INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>D-LINK CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 6:10-cv-473<br><br>JURY TRIAL DEMANDED |

## ORDER ON  PLAINTIFFS' AND DEFENDANTS' JOINT MOTIONS *IN LIMINE*

Before the Court is Plaintiff Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Plaintiffs") and Defendants D-Link Systems, Inc., NETGEAR, Inc., Acer, Inc., Acer America Corporation, Gateway, Inc., Dell Inc., Toshiba Corporation, Toshiba America Information Services, Inc., and Belkin International, Inc., and Intervenor Intel Corporation (collectively "Defendants") joint motion *in limine* to preclude the parties or any of the parties' witnesses from mentioning, referring to, or offering any evidence relating to the following subjects within the hearing of any member of the jury panel, either in *voir dire* or at any time during trial.  After consideration of the same the Court orders that the motions granted or denied as follows:

| | Motion | GRANTED | DENIED |
|---|---|---|---|
| 1. | Testimony that contradicts the court's claim construction rulings or the parties' stipulated claim constructions. | | |
| 2. | Any reference to or argument suggesting that the preamble of the '215 patent is limiting. | | |
| 3. | Any evidence or argument regarding the wealth, and overall revenue of the parties. | | |
| 4. | Any evidence or argument of an invention date for the '625 | | |

9

|      |                                                                                                                                                                                                                                                                                                                                 |  |  |
|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--|--|
|      | patent earlier than October 28, 1998.                                                                                                                                                                                                                                                                                            |  |  |
| 5.   | Any evidence or argument related to the joint defense agreement.                                                                                                                                                                                                                                                                 |  |  |
| 6.   | Any questions that the parties know will provoke a privilege objection.                                                                                                                                                                                                                                                          |  |  |
| 7.   | Any evidence or argument that there was willful infringement because of no opinion of counsel.                                                                                                                                                                                                                                   |  |  |
| 8.   | Any evidence or argument regarding the office location of the parties' lawyers.                                                                                                                                                                                                                                                  |  |  |
| 9.   | Any attempt to disparage the PTO.                                                                                                                                                                                                                                                                                                |  |  |
| 10.  | Testimony, evidence, or argument regarding the amount of legal fees and expenses that the parties have incurred in this litigation or that their respective attorneys or experts have made representing the parties or other patent holders, not to preclude the parties from establishing the rate of an expert or the fact that they are being paid. |  |  |