IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERICSSON INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> D-LINK CORPORATION, et al., <br><br> D-Links. | Civil Action No. 6:10-cv-473 <br><br> JURY TRIAL DEMANDED |

## JOINT SUBMISSION OF PROPOSED JURY MATERIALS

Pursuant to this Court's Docket Control Order, Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson, (collectively "Ericsson" or "Plaintiff") and all Defendants, D-Link Systems, Inc. ("D-Link"), NETGEAR, Inc. ("Netgear"), Acer, Inc., Acer America Corporation, Gateway, Inc. (together "Acer"), Dell Inc. ("Dell"), Toshiba America Information Systems, Inc., Toshiba Corporation ("Toshiba"), and Belkin International, Inc. ("Belkin"), and Intervenor Intel Corporation ("Intel") (collectively "Defendants") hereby submit the following proposed jury materials:

Attached as Exhibit A hereto are the parties' Joint Proposed Jury Instructions.

Attached as Exhibit B hereto is Ericsson's proposed verdict form.

Attached as Exhibit C hereto is Defendants' proposed verdict form.

The parties reserve the right to amend, supplement, or modify these proposed jury materials as the case proceeds toward the final pretrial conference and trial, and as the parties continue to meet and confer regarding these materials. Additionally, the parties do not waive any

objections to issues that are the subject of pending or anticipated motions, including *Daubert* motions, motions for summary judgment, and motions *in limine*.

| | |
|---|---|
| DATED: May 20, 2013 | Respectfully submitted, |
| | By: /s/ Theodore Stevenson III |

**Attorneys for Plaintiff Ericsson Inc. and Telefonaktiebolaget LM Ericsson:**

Theodore Stevenson III *(Lead Attorney)*
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Justin T. Nemunaitis
Texas State Bar No. 24065815
jnemunaitis@mckoolsmith.com
Holly E. Engelmann
Texas State Bar No.
hengelmann@mckoolsmith.com
Jason A. Blackstone
jblackstone@mckoolsmith.com
Ryan A. Hargrave
Texas State Bar No.
rhargrave@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**McKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670

Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Kevin L. Burgess
kburgess@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 W 6th St
Suite 1700
Austin, TX 78701

Brandon M. Jordan
bjordan@mckoolsmith.com
**McKOOL SMITH, P.C.**
1999 K St. NW
Suite 600
Washington, DC 20006

**Attorneys for Defendants Intel Corporation**:

Robert M. Parker (State Bar No. 15498000)
Robert Christopher Bunt (State Bar No. 00787165)
Charles Ainsworth (State Bar No. 00783521)
Andrew T. Gorham (State Bar No. 24012715)
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535
903/533-9687 - Facsimile
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com
E-mail: tgorham@pbatyler.com

Michael E. Jones (State Bar No: 10929400)
**POTTER MINTON, PC**
110 North College
Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

Adam Alper
adam.alper@kirkland.com
Sarah Piepmeier
Sarah.piepmeier@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1876
Fax: (415) 439-1500

Luke Dauchot
luke.dauchot@kirkland.com
Michael De Vries
michael.devries@kirkland.com
Tim Majors
Tim.majors@kirkland.com
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
Tel: 213-680-8400
Fax: 213-680-8500

Gregory S. Arovas
Greg.arovas@kirkland.com
Oliver C. Bennett
oliver.bennett@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Ave
New York, NY 10022
Tel: 212-446-4800
Fax: 212-446-4900

**Attorneys for Defendants D-LINK Systems, Inc., NETGEAR, Inc., Acer, Inc., Acer America Corporation, and Gateway, Inc.**:

Scott D. Baker, Pro Hac Vice (Cal. SBN 84923)
John P. Bovich, Pro Hac Vice (Cal. SBN 150688)
Christine M. Morgan, Pro Hac Vice (Cal. SBN 169350)

    Jonah D. Mitchell, Pro Hac Vice (Cal. SBN 203511)
    James A. Daire, Pro Hac Vice (Cal. SBN 239637)
    Seth B. Herring, Pro Hac Vice (Cal. SBN 253907)
    REED SMITH LLP
    101 Second Street, Suite 1800
    San Francisco, CA 94105
    Telephone: +1 415 543 8700
    Facsimile: +1 415 391 8269
    Email: sbaker@reedsmith.com
    Email: jbovich@reedsmith.com
    Email: cmorgan@reedsmith.com
    Email: jmitchell@reedsmith.com
    Email: jdaire@reedsmith.com
    Email: sherring@reedsmith.com

    Robert A. Van Nest (Pro Hac Vice)
    rvannest@kvn.com
    Eugene M. Paige (Pro Hac Vice)
    emp@kvn.com
    Matan Shacham (Pro Hac Vice)
    mshacham@kvn.com

    **KEKER & VAN NEST LLP**
    633 Sansome Street
    San Francisco, CA 94111
    Tel. 415.391.5400
    Fax. 415.397.7188


    Trey Yarbrough (Bar No. 22133500)
    Debby E. Gunter (Bar No. 24012752)
    **YARBROUGH WILCOX GUNTER, PLLC**
    100 E. Ferguson, Ste. 1015
    Tyler, Texas 75702
    Telephone: +1 903 595 3111
    Facsimile: +1 903 595 0191
    Email: trey@yw-lawfirm.com
    Email: debby@yw-lawfirm.com

    **<u>Attorneys for Defendants D-LINK Systems, Inc.:</u>**

S.J. Christine Yang (admitted pro hac vice)
Duncan Palmatier (admitted pro hac vice)
Victoria Hao (admitted pro hac vice)
**THE LAW OFFICES OF S.J. CHRISTINE YANG**
17220 Newhope Street, Suite 101
Fountain Valley, California 92708
Tel: (714) 641-4022; Fax: (714) 641-2082
Email: cyang@sjclawpc.com
Email: dpalm@dpalmlaw.com
Email: vhao@sjclawpc.com


**Attorneys for Defendant Dell Inc.:**

Michael J. Newton (Texas Bar No. 24003844)
Jason W. Cook (Texas Bar No. 24028537)
Dwayne C. Norton (Texas Bar No. 24076139)
Shaun W. Hassett (Texas Bar No. 24074372)
Brady Cox (Texas Bar No. 24074084)
**ALSTON & BIRD LLP**
2828 North Harwood St, Suite 1800
Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
Email: mike.newton@alston.com
Email: jason.cook@alston.com
Email: stacey.white@alston.com
Email: dwayne.norton@alston.com
Email: shaun.hassett@alston.com
Email: brady.cox@alston.com

Marsha E. Mullin (California Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Phone: (213) 576-1000
Fax: (213) 576-1100
Email: marsha.mullin@alston.com

Frank G. Smith (Georgia Bar No. 657550)
Kamran Jivani (Georgia Bar No. 510908)

**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
Email: frank.smith@alston.com
Email: kamran.jivani@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

**Attorneys for Defendants Toshiba Corporation and Toshiba American Information Systems, Inc.:**
John Feldhaus
Pavan Agarwal
Andrew R. Cheslock
**FOLEY & LARDNER LLP**
3000 K. Street, NW, Suite 500
Washington, DC 20007
PH: (202) 672-5300
Fax: (202) 672-5399
Email: jfeldhaus@foley.com
Email: pagarwal@foley.com
Email: acheslock@foley.com

Kevin J. Malaney
**FOLEY & LARDNER LLP**
777 E. Wisconsin Avenue
Milwaukee, WI 53202
PH: (414) 319-7067
Email: kmalaney@foley.com


Guy N. Harrison
Attorney at Law
217 N. Center
Longview, TX 75606
PH: (903) 758-7361
Fax: (903) 753-9557
Email: guy@gnhlaw.com

**Attorneys for Defendants Belkin International, Inc.:**
Ryan K. Yagura (Bar No. 24075933)
Vision Winter (Pro Hac Vice)
Eric Chan (Pro Hac Vice)
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on Monday, May 20, 2013. Local Rule CV-53(a)(3)(A).

                                            /s/ Brandon M. Jordan
                                            Brandon M. Jordan