# EXHIBIT B

**DRAFT 5/14/2013 @ 5:00 PM**

| | | |
|---|---|---|
| ERICSSON INC., et al., | ' | |
| | ' | |
| Plaintiff, | ' | |
| | ' | |
| vs. | ' | Civil Action No. 6:10-CV-473-LED |
| | ' | |
| D-LINK CORPORATION., et al. | ' | |
| | ' | |
| Defendant. | ' | |

## PLAINTIFFS ERICSSON INC.'S AND TELEFONAKTIEBOLAGET LM ERICSSON'S PROPOSED VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in

the Court's Charge.

1.    Did **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** prove by a preponderance of the evidence that **D-LINK Systems, Inc.** infringes the following claims of the following patents?

**Answer "Yes" or "No" for each Claim.**

'019 Patent

Claim 19    _____
Claim 22    _____
Claim 23    _____
Claim 24    _____

'568 Patent

Claim 1    _____
Claim 2    _____
Claim 3    _____
Claim 4    _____
Claim 5    _____

'625 Patent

Claim 1       _____

<u>'435 Patent</u>

Claim 1       _____
Claim 2       _____

<u>'215 Patent</u>

Claim 1       _____
Claim 2       _____
Claim 4       _____
Claim 6       _____
Claim 8       _____
Claim 25       _____
Claim 26       _____
Claim 29       _____
Claim 32       _____
Claim 34       _____
Claim 45       _____
Claim 46       _____
Claim 49       _____
Claim 52       _____
Claim 54       _____

McKool 883650v2

2.  Did **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** prove by clear and convincing evidence that **D-LINK Systems Inc.'s** infringement was willful?

    **Answer "Yes" or "No" for each patent below.**

    '019 Patent    _____

    '568 Patent    _____

    '625 Patent    _____

    '435 Patent    _____

    '215 Patent    _____

McKool 883650v2

3. Did **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** prove by a preponderance of the evidence that **Netgear, Inc.** infringes the following claims of the following patents?

**Answer "Yes" or "No" for each Claim.**

'019 Patent

| | |
|---|---|
| Claim 19 | _____ |
| Claim 22 | _____ |
| Claim 23 | _____ |
| Claim 24 | _____ |

'568 Patent

| | |
|---|---|
| Claim 1 | _____ |
| Claim 2 | _____ |
| Claim 3 | _____ |
| Claim 4 | _____ |
| Claim 5 | _____ |

'625 Patent

| | |
|---|---|
| Claim 1 | _____ |

'435 Patent

| | |
|---|---|
| Claim 1 | _____ |
| Claim 2 | _____ |

'215 Patent

| | |
|---|---|
| Claim 1 | _____ |
| Claim 2 | _____ |
| Claim 4 | _____ |
| Claim 6 | _____ |
| Claim 8 | _____ |
| Claim 25 | _____ |
| Claim 26 | _____ |
| Claim 29 | _____ |
| Claim 32 | _____ |
| Claim 34 | _____ |
| Claim 45 | _____ |
| Claim 46 | _____ |
| Claim 49 | _____ |
| Claim 52 | _____ |
| Claim 54 | _____ |

4

4. Did **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** prove by clear and convincing evidence that **Netgear, Inc.'s** infringement was willful?

**Answer "Yes" or "No" for each patent below.**

'019 Patent _____

'568 Patent _____

'625 Patent _____

'435 Patent _____

'215 Patent _____

McKool 883650v2

5. Did **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** prove by a preponderance of the evidence that **Acer/Gateway** infringes the following claims of the following patents?

**Answer "Yes" or "No" for each Claim.**

'019 Patent

Claim 19      _____
Claim 22      _____
Claim 23      _____
Claim 24      _____

'568 Patent

Claim 1      _____
Claim 2      _____
Claim 3      _____
Claim 4      _____
Claim 5      _____

'625 Patent

Claim 1      _____

'435 Patent

Claim 1      _____
Claim 2      _____

'215 Patent

Claim 1      _____
Claim 2      _____
Claim 4      _____
Claim 6      _____
Claim 8      _____
Claim 25      _____
Claim 26      _____
Claim 29      _____
Claim 32      _____
Claim 34      _____
Claim 45      _____
Claim 46      _____
Claim 49      _____
Claim 52      _____
Claim 54      _____

6

'223 Patent

| | |
|---|---|
| Claim 1 | _____ |
| Claim 2 | _____ |
| Claim 3 | _____ |
| Claim 11 | _____ |
| Claim 12 | _____ |
| Claim 13 | _____ |
| Claim 14 | _____ |
| Claim 19 | _____ |
| Claim 21 | _____ |
| Claim 22 | _____ |

McKool 883650v2

6. Did **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** prove by clear and convincing evidence that **Acer/Gateway's** infringement was willful?

**Answer "Yes" or "No" for each patent below.**

'019 Patent      _____

'568 Patent      _____

'625 Patent      _____

'435 Patent      _____

'215 Patent      _____

'223 Patent      _____

McKool 883650v2

7.         Did **Dell, Inc.** prove by a preponderance of evidence that the claims of **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** against Dell are barred by a covenant not to sue?

Yes \_\_\_\_\_ No \_\_\_\_\_

If you answered "Yes" to Question 7, you may leave blank all answers to Questions 8 and 9 that pertain to Dell, Inc.

9

8.   Did **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** prove by a preponderance of the evidence that **Dell, Inc.** infringes the following claims of the following patents?

**Answer "Yes" or "No" for each Claim.**

'019 Patent

Claim 19     _____
Claim 22     _____
Claim 23     _____
Claim 24     _____

'568 Patent

Claim 1      _____
Claim 2      _____
Claim 3      _____
Claim 4      _____
Claim 5      _____

'625 Patent

Claim 1      _____

'435 Patent

Claim 1      _____
Claim 2      _____

'215 Patent

Claim 1      _____
Claim 2      _____
Claim 4      _____
Claim 6      _____
Claim 8      _____
Claim 25     _____
Claim 26     _____
Claim 29     _____
Claim 32     _____
Claim 34     _____
Claim 45     _____
Claim 46     _____
Claim 49     _____

Claim 52     _____
Claim 54     _____

<u>'223 Patent</u>

Claim 1     _____
Claim 2     _____
Claim 3     _____
Claim 11     _____
Claim 12     _____
Claim 13     _____
Claim 14     _____
Claim 19     _____
Claim 21     _____
Claim 22     _____

9.    Did **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** prove by clear and convincing evidence that **Dell, Inc.'s** infringement was willful?

**Answer "Yes" or "No" for each patent below.**

'019 Patent    _____

'568 Patent    _____

'625 Patent    _____

'435 Patent    _____

'215 Patent    _____

'223 Patent    _____

McKool 883650v2

10. Did **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** prove by a preponderance of the evidence that **Toshiba** infringes the following claims of the following patents?

**Answer "Yes" or "No" for each Claim.**

'019 Patent

| | |
|---|---|
| Claim 19 | _____ |
| Claim 22 | _____ |
| Claim 23 | _____ |
| Claim 24 | _____ |

'568 Patent

| | |
|---|---|
| Claim 1 | _____ |
| Claim 2 | _____ |
| Claim 3 | _____ |
| Claim 4 | _____ |
| Claim 5 | _____ |

'625 Patent

| | |
|---|---|
| Claim 1 | _____ |

'435 Patent

| | |
|---|---|
| Claim 1 | _____ |
| Claim 2 | _____ |

'215 Patent

| | |
|---|---|
| Claim 1 | _____ |
| Claim 2 | _____ |
| Claim 4 | _____ |
| Claim 6 | _____ |
| Claim 8 | _____ |
| Claim 25 | _____ |
| Claim 26 | _____ |
| Claim 29 | _____ |
| Claim 32 | _____ |
| Claim 34 | _____ |
| Claim 45 | _____ |
| Claim 46 | _____ |
| Claim 49 | _____ |
| Claim 52 | _____ |
| Claim 54 | _____ |

13

<u>'223 Patent</u>

Claim 1      _____
Claim 2      _____
Claim 3      _____
Claim 11     _____
Claim 12     _____
Claim 13     _____
Claim 14     _____
Claim 19     _____
Claim 21     _____
Claim 22     _____

14

11. Did **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** prove by clear and convincing evidence that **Toshiba's** infringement was willful?

**Answer "Yes" or "No" for each patent below.**

'019 Patent     _____

'568 Patent     _____

'625 Patent     _____

'435 Patent     _____

'215 Patent     _____

'223 Patent     _____

McKool 883650v2

12. Did **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** prove by a preponderance of the evidence that **Belkin International, Inc.** infringes the following claims of the following patents?

**Answer "Yes" or "No" for each Claim.**

<u>'019 Patent</u>

| | |
|---|---|
| Claim 19 | _____ |
| Claim 22 | _____ |
| Claim 23 | _____ |
| Claim 24 | _____ |

<u>'568 Patent</u>

| | |
|---|---|
| Claim 1 | _____ |
| Claim 2 | _____ |
| Claim 3 | _____ |
| Claim 4 | _____ |
| Claim 5 | _____ |

<u>'625 Patent</u>

| | |
|---|---|
| Claim 1 | _____ |

<u>'435 Patent</u>

| | |
|---|---|
| Claim 1 | _____ |
| Claim 2 | _____ |

<u>'215 Patent</u>

| | |
|---|---|
| Claim 1 | _____ |
| Claim 2 | _____ |
| Claim 4 | _____ |
| Claim 6 | _____ |
| Claim 8 | _____ |
| Claim 25 | _____ |
| Claim 26 | _____ |
| Claim 29 | _____ |
| Claim 32 | _____ |
| Claim 34 | _____ |
| Claim 45 | _____ |
| Claim 46 | _____ |
| Claim 49 | _____ |
| Claim 52 | _____ |
| Claim 54 | _____ |

McKool 883650v2

13.	Did **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** prove by clear and convincing evidence that **Belkin International, Inc.'s** infringement was willful?
	**Answer "Yes" or "No" for each patent below.**

'019 Patent	_____

'568 Patent	_____

'625 Patent	_____

'435 Patent	_____

'215 Patent	_____

McKool 883650v2

14. Did **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** prove by a preponderance of the evidence that **Intel Corp.** infringes the following claims of the following patents?

**Answer "Yes" or "No" for each Claim.**

<u>'019 Patent</u>

Claim 19 _____
Claim 22 _____
Claim 23 _____
Claim 24 _____

<u>'568 Patent</u>

Claim 1 _____
Claim 2 _____
Claim 3 _____
Claim 4 _____
Claim 5 _____

<u>'625 Patent</u>

Claim 1 _____

<u>'435 Patent</u>

Claim 1 _____
Claim 2 _____

<u>'215 Patent</u>

Claim 1 _____
Claim 2 _____
Claim 4 _____
Claim 6 _____
Claim 8 _____
Claim 25 _____
Claim 26 _____
Claim 29 _____
Claim 32 _____
Claim 34 _____
Claim 45 _____
Claim 46 _____
Claim 49 _____
Claim 52 _____
Claim 54 _____

McKool 883650v2

<u>'223 Patent</u>

| | |
|---|---|
| Claim 1 | _____ |
| Claim 2 | _____ |
| Claim 3 | _____ |
| Claim 11 | _____ |
| Claim 12 | _____ |
| Claim 13 | _____ |
| Claim 14 | _____ |
| Claim 19 | _____ |
| Claim 21 | _____ |
| Claim 22 | _____ |

15. Did **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** prove by clear and convincing evidence that **Intel Corp.'s** infringement was willful?

**Answer "Yes" or "No" for each patent below.**

'019 Patent  _____

'568 Patent  _____

'625 Patent  _____

'435 Patent  _____

'215 Patent  _____

'223 Patent  _____

McKool 883650v2

16. Did **Defendants** prove by clear and convincing evidence that any of the listed claims of the following patents are invalid?

**If you find the claim invalid, answer "Yes;" otherwise, answer "No."**

'019 Patent

| | |
|---|---|
| Claim 19 | _____ |
| Claim 22 | _____ |
| Claim 23 | _____ |
| Claim 24 | _____ |

'568 Patent

| | |
|---|---|
| Claim 1 | _____ |
| Claim 2 | _____ |
| Claim 3 | _____ |
| Claim 4 | _____ |
| Claim 5 | _____ |

'625 Patent

| | |
|---|---|
| Claim 1 | _____ |

'435 Patent

| | |
|---|---|
| Claim 1 | _____ |
| Claim 2 | _____ |

'215 Patent

| | |
|---|---|
| Claim 1 | _____ |
| Claim 2 | _____ |
| Claim 4 | _____ |
| Claim 6 | _____ |
| Claim 8 | _____ |
| Claim 25 | _____ |
| Claim 26 | _____ |
| Claim 29 | _____ |
| Claim 32 | _____ |
| Claim 34 | _____ |
| Claim 45 | _____ |
| Claim 46 | _____ |
| Claim 49 | _____ |
| Claim 52 | _____ |
| Claim 54 | _____ |

McKool 883650v2

<u>'223 Patent</u>

Claim 1 _____
Claim 2 _____
Claim 3 _____
Claim 11 _____
Claim 12 _____
Claim 13 _____
Claim 14 _____
Claim 19 _____
Claim 21 _____
Claim 22 _____

McKool 883650v2

17. What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate **Ericsson Inc. and Telefonaktiebolaget LM Ericsson** for the infringement of the patents by the following Defendants up to the time of trial?

**Answer with the Amount:**

D-LINK $_____

Netgear $_____

Acer/Gateway $_____

Dell $_____

Toshiba $_____

Belkin $_____


_____
JURY FOREPERSON