# EXHIBIT C

| | |
|---|---|
| ERICSSON INC., et al., | ) |
| | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 6:10-cv-473 |
| | ) |
| vs. | ) JURY TRIAL DEMANDED |
| | ) |
| D-LINK CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' PROPOSED VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Charge of Court.

1.	Did Dell prove by a preponderance of the evidence that the covenant not to sue in the Master Purchase Agreement between Ericsson AB and Dell bars the present lawsuit against Dell?

Yes _____ No _____

If you answered "Yes" to Question 1, you may leave blank all answers to Questions 2, 3, and 5 that pertain to Dell Inc.

2.      Did Ericsson prove by a preponderance of the evidence that Defendants infringe the claims of the patents listed below?

| Claim | PRODUCTS HAVING INTEL CHIPSETS | | | |
|---|---|---|---|---|
| | Intel Chipsets | Acer | Dell | Toshiba |
| **'019 Patent** | | | | |
| Claim 19 | | | | |
| Claim 22 | | | | |
| Claim 23 | | | | |
| Claim 24 | | | | |
| | | | | |
| **'568 Patent** | | | | |
| Claim 1 | | | | |
| Claim 2 | | | | |
| Claim 3 | | | | |
| Claim 4 | | | | |
| Claim 5 | | | | |
| | | | | |
| **'435 Patent** | | | | |
| Claim 1 | | | | |
| Claim 2 | | | | |
| | | | | |
| **'625 Patent** | | | | |
| Claim 1 | | | | |
| | | | | |
| **'215 Patent** | | | | |
| Claim 1 | | | | |
| Claim 2 | | | | |
| Claim 4 | | | | |
| Claim 6 | | | | |
| Claim 8 | | | | |
| Claim 25 | | | | |
| Claim 26 | | | | |
| Claim 29 | | | | |
| Claim 32 | | | | |
| Claim 34 | | | | |
| Claim 45 | | | | |
| Claim 46 | | | | |
| Claim 49 | | | | |
| Claim 52 | | | | |
| Claim 54 | | | | |
| | | | | |
| **'223 Patent** | | | | |
| Claim 1 | | | | |

| | | | | |
|---|---|---|---|---|
| Claim 2 | | | | |
| Claim 3 | | | | |
| Claim 11 | | | | |
| Claim 12 | | | | |
| Claim 13 | | | | |
| Claim 14 | | | | |
| Claim 19 | | | | |
| Claim 21 | | | | |
| Claim 22 | | | | |

| PRODUCTS HAVING BROADCOM CHIPSETS | | | | | |
|---|---|---|---|---|---|
| | **Acer** | **Belkin** | **Dell** | **Netgear** | **Toshiba** |
| **'019 Patent** | | | | | |
| Claim 19 | | | | | |
| Claim 22 | | | | | |
| Claim 23 | | | | | |
| Claim 24 | | | | | |
| | | | | | |
| **'568 Patent** | | | | | |
| Claim 1 | | | | | |
| Claim 2 | | | | | |
| Claim 3 | | | | | |
| Claim 4 | | | | | |
| Claim 5 | | | | | |
| | | | | | |
| **'435 Patent** | | | | | |
| Claim 1 | | | | | |
| Claim 2 | | | | | |
| | | | | | |
| **'625 Patent** | | | | | |
| Claim 1 | | | | | |
| | | | | | |
| **'215 Patent** | | | | | |
| Claim 1 | | | | | |
| Claim 2 | | | | | |
| Claim 4 | | | | | |
| Claim 6 | | | | | |
| Claim 8 | | | | | |
| Claim 25 | | | | | |
| Claim 26 | | | | | |
| Claim 29 | | | | | |
| Claim 32 | | | | | |
| Claim 34 | | | | | |
| Claim 45 | | | | | |
| Claim 46 | | | | | |
| Claim 49 | | | | | |
| Claim 52 | | | | | |
| Claim 54 | | | | | |

| PRODUCTS HAVING MARVELL CHIPSETS | |
| --- | --- |
| | **Acer** |
| **'019 Patent** | |
| Claim 19 | |
| Claim 22 | |
| Claim 23 | |
| Claim 24 | |
| | |
| **'568 Patent** | |
| Claim 1 | |
| Claim 2 | |
| Claim 3 | |
| Claim 4 | |
| Claim 5 | |
| | |
| **'435 Patent** | |
| Claim 1 | |
| Claim 2 | |
| | |
| **'625 Patent** | |
| Claim 1 | |
| | |
| **'215 Patent** | |
| Claim 1 | |
| Claim 2 | |
| Claim 4 | |
| Claim 6 | |
| Claim 8 | |
| Claim 25 | |
| Claim 26 | |
| Claim 29 | |
| Claim 32 | |
| Claim 34 | |
| Claim 45 | |
| Claim 46 | |
| Claim 49 | |
| Claim 52 | |
| Claim 54 | |

| PRODUCTS HAVING QUALCOMM ATHEROS CHIPSETS | | | | | |
|---|---|---|---|---|---|
| | **Acer** | **D-Link** | **Dell** | **Netgear** | **Toshiba** |
| **'019 Patent** | | | | | |
| Claim 19 | | | | | |
| Claim 22 | | | | | |
| Claim 23 | | | | | |
| Claim 24 | | | | | |
| | | | | | |
| **'568 Patent** | | | | | |
| Claim 1 | | | | | |
| Claim 2 | | | | | |
| Claim 3 | | | | | |
| Claim 4 | | | | | |
| Claim 5 | | | | | |
| | | | | | |
| **'435 Patent** | | | | | |
| Claim 1 | | | | | |
| Claim 2 | | | | | |
| | | | | | |
| **'625 Patent** | | | | | |
| Claim 1 | | | | | |
| | | | | | |
| **'215 Patent** | | | | | |
| Claim 1 | | | | | |
| Claim 2 | | | | | |
| Claim 4 | | | | | |
| Claim 6 | | | | | |
| Claim 8 | | | | | |
| Claim 25 | | | | | |
| Claim 26 | | | | | |
| Claim 29 | | | | | |
| Claim 32 | | | | | |
| Claim 34 | | | | | |
| Claim 45 | | | | | |
| Claim 46 | | | | | |
| Claim 49 | | | | | |
| Claim 52 | | | | | |
| Claim 54 | | | | | |

| PRODUCTS HAVING RALINK CHIPSETS | | |
|---|---|---|
| | **Belkin** | **D-Link** |
| **'019 Patent** | | |
| Claim 19 | | |
| Claim 22 | | |
| Claim 23 | | |
| Claim 24 | | |
| | | |
| **'568 Patent** | | |
| Claim 1 | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 5 | | |
| | | |
| **'435 Patent** | | |
| Claim 1 | | |
| Claim 2 | | |
| | | |
| **'625 Patent** | | |
| Claim 1 | | |
| | | |
| **'215 Patent** | | |
| Claim 1 | | |
| Claim 2 | | |
| Claim 4 | | |
| Claim 6 | | |
| Claim 8 | | |
| Claim 25 | | |
| Claim 26 | | |
| Claim 29 | | |
| Claim 32 | | |
| Claim 34 | | |
| Claim 45 | | |
| Claim 46 | | |
| Claim 49 | | |
| Claim 52 | | |
| Claim 54 | | |

| PRODUCTS HAVING REALTEK CHIPSETS | | | | |
|---|---|---|---|---|
| | **Acer** | **Belkin** | **D-Link** | **Toshiba** |
| **'019 Patent** | | | | |
| Claim 19 | | | | |
| Claim 22 | | | | |
| Claim 23 | | | | |
| Claim 24 | | | | |
| | | | | |
| **'568 Patent** | | | | |
| Claim 1 | | | | |
| Claim 2 | | | | |
| Claim 3 | | | | |
| Claim 4 | | | | |
| Claim 5 | | | | |
| | | | | |
| **'435 Patent** | | | | |
| Claim 1 | | | | |
| Claim 2 | | | | |
| | | | | |
| **'625 Patent** | | | | |
| Claim 1 | | | | |
| | | | | |
| **'215 Patent** | | | | |
| Claim 1 | | | | |
| Claim 2 | | | | |
| Claim 4 | | | | |
| Claim 6 | | | | |
| Claim 8 | | | | |
| Claim 25 | | | | |
| Claim 26 | | | | |
| Claim 29 | | | | |
| Claim 32 | | | | |
| Claim 34 | | | | |
| Claim 45 | | | | |
| Claim 46 | | | | |
| Claim 49 | | | | |
| Claim 52 | | | | |
| Claim 54 | | | | |

3. If you did not find any infringement under Question No. 2, skip to Question No. 4 without answering Question No. 3. If you did find infringement of one or more patents under Question No. 2, please answer the following question only for such patent(s) where infringement was found:

Did Ericsson prove by clear and convincing evidence that Defendants' infringement, if any, was willful?

| | Intel Corporation | Acer Inc. and Acer America Corporation | Belkin International, Inc. |
|---|---|---|---|
| **'019 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'435 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'625 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'568 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'215 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'223 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |

| | D-Link Systems, Inc. | Dell Inc. | NETGEAR, Inc. |
|---|---|---|---|
| **'019 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'435 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'625 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'568 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'215 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'223 patent** | N/A | Yes_____ No _____ | N/A |

|  | **Toshiba Corporation and Toshiba America Information Systems, Inc.** |
|---|---|
| **'019 patent** | Yes_____ No _____ |
| **'435 patent** | Yes_____ No _____ |
| **'625 patent** | Yes_____ No _____ |
| **'568 patent** | Yes_____ No _____ |
| **'215 patent** | Yes_____ No _____ |
| **'223 patent** | Yes_____ No _____ |

4. Did Defendants prove by clear and convincing evidence that any of the claims of the patents listed below are invalid?

| **'019 patent** | YES | NO |
|---|---|---|
| Claim 19 | _____ | _____ |
| Claim 22 | _____ | _____ |
| Claim 23 | _____ | _____ |
| Claim 24 | _____ | _____ |

| **'435 patent** | YES | NO |
|---|---|---|
| Claim 1 | _____ | _____ |
| Claim 2 | _____ | _____ |

| **'625 patent** | YES | NO |
|---|---|---|
| Claim 1 | _____ | _____ |

| **'568 patent** | YES | NO |
|---|---|---|
| Claim 1 | _____ | _____ |
| Claim 2 | _____ | _____ |
| Claim 3 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 5 | _____ | _____ |

| **'215 patent** | YES | NO |
|---|---|---|
| Claim 1 | _____ | _____ |
| Claim 2 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 6 | _____ | _____ |
| Claim 8 | _____ | _____ |
| Claim 25 | _____ | _____ |
| Claim 26 | _____ | _____ |
| Claim 29 | _____ | _____ |
| Claim 32 | _____ | _____ |
| Claim 34 | _____ | _____ |
| Claim 45 | _____ | _____ |
| Claim 46 | _____ | _____ |
| Claim 49 | _____ | _____ |
| Claim 52 | _____ | _____ |
| Claim 54 | _____ | _____ |

**'223 patent**                              YES                    NO

Claim 1          _____          _____
Claim 2          _____          _____
Claim 3          _____          _____
Claim 11         _____          _____
Claim 12         _____          _____
Claim 13         _____          _____
Claim 14         _____          _____
Claim 19         _____          _____
Claim 21         _____          _____
Claim 22         _____          _____
Claim 30         _____          _____
Claim 31         _____          _____
Claim 32         _____          _____

5. If you found that one or more Defendants infringe at least one valid claim of the patents-in-suit, please determine for each of those infringing Defendants what sum of money, if paid now in cash, would fairly and adequately compensate the plaintiff for damages for infringement, if any, that you have found in answers to Question No. 2 for patents you found valid in your answer to Question No. 4. Answer in dollars and cents, if any. Leave blank for all Defendants that do not infringe any valid claim of the asserted patents.

If you conclude that a single, lump sum payment for all past and future use of a patent is the appropriate measure of damages, then only answer sub-part A for the Defendant. If you conclude that a running royalty is the appropriate measure of damages, then only answer sub-part B for the Defendant. Do not fill in amounts under both sub-part A and sub-part B, as that would constitute an improper double-recovery.

| **Acer Inc. and Acer America Corporation** | **Belkin International, Inc.** | **D-Link Systems, Inc.** |
|---|---|---|
| [A] Lump sum:<br>$_____ | [A] Lump sum:<br>$_____ | [A] Lump sum:<br>$_____ |
| OR | OR | OR |
| [B] Running Royalty<br>Rate: _____cents<br>Total: $_____ | [B] Running Royalty<br>Rate: _____cents<br>Total: $_____ | [B] Running Royalty<br>Rate: _____cents<br>Total: $_____ |

| **Dell, Inc.** | **NETGEAR, Inc.** | **Toshiba Corporation and Toshiba America Information Systems, Inc.** |
|---|---|---|
| [A] Lump sum:<br>$_____ | [A] Lump sum:<br>$_____ | [A] Lump sum:<br>$_____ |
| OR | OR | OR |
| [B] Running Royalty<br>Rate: _____cents<br>Total: $_____ | [B] Running Royalty<br>Rate: _____cents<br>Total: $_____ | [B] Running Royalty<br>Rate: _____cents<br>Total: $_____ |

DATED: _____, 2013     By:_____ Jury Foreperson