| | |
|---|---|
| ERICSSON INC., et al., | |
| *Plaintiffs,* | Civil Action No. 6:10-cv-473-LED-KFG |
| v. | JURY TRIAL DEMANDED |
| D-LINK CORPORATION, et al., | |
| *Defendants.* | |

## JOINT MOTION CONCERNING JUROR QUESTIONNAIRE

COMES NOW Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Plaintiffs) and Defendants D-Link Systems, Inc., NETGEAR, Inc., Acer, Inc., Acer America Corporation, Gateway, Inc., Dell Inc., Toshiba Corporation, Toshiba America Information Services, Inc., and Belkin International, Inc., and Intervenor Intel Corporation (collectively "Defendants") to jointly request that the Court utilize an Agreed Juror Questionnaire to assist the Parities and the Court with the jury selection in this case. One copy of the Agreed Questionnaire is attached to his Motion as Exhibit A.

The Parties respectfully request that he Court approve the use of this Agreed Juror Questionnaire to assist the Parties and the Court in jury selection.

**DATED:** May 22, 2013

Respectfully submitted,

**McKOOL SMITH, P.C.**

By: /s/ Theodore Stevenson III
   (with permission by John F. Bufe)
Theodore Stevenson III,
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500

dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Justin Nemunaitis
Texas State Bar No. 24065815
jnemunaitis@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***Attorneys for Plaintiffs***
**ERICSSON INC. and
TELEFONAKTIEBOLAGET LM ERICSSON**


*/s/ John F. Bufe*
Michael E. Jones (State Bar No.: 10929400)
John F. Bufe (State Bar No.: 03316930)
**POTTER MINTON, PC**
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903)597-8311
Facsimile: (903) 593-0846
E-mail: mikejones@potterminton.com
E-mail: johnbufe@potterminton.com

Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521

Andrew T. Gorham
State Bar No. 24012715
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com
E-mail: tgorham@pbatyler.com

Adam Alper
Sarah Piepmeier
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1876
Facsimile: (415) 439-1500
E-mail:adam.alper@kirkland.com
E-mail:sarah.piepmeier@kirkland.com

Luke Dauchot
Michael W. De Vries
Tim Majors
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail: luke.dauchot@kirkland.com
E-mail: michael.devries@kirkland.com
E-mail: tim.majors@kirkland.com

Gregory S. Arovas
**KIRKLAND & ELLIS LLP**
601 Lexington Ave
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
E-mail: greg.arovas@kirkland.com

*Attorneys for Intervenor*
**INTEL CORPORATION**

JOINT MOTION CONCERNING JUROR QUESTIONNAIRE                3 | P a g e
**Civil Action No. 6:10-cv-473-LED-KFG;** *Ericsson Inc., et al., v. D-Link Corporation, et al.*
{A12/07395/0019/W1033979.1 }

*/s/ Christine M. Morgan*
(with permission by John F. Bufe
Scott D. Baker, *Pro Hac Vice*
(Cal. SBN 84923)
John P. Bovich, *Pro Hac Vice*
(Cal. SBN 150688)
James A. Daire, *Pro Hac Vice*
( Cal. SBN 239637)
Christine M. Morgan, *Pro Hac Vice*
(Cal. SBN 169350)
Adaline J. Hilgard, *Pro Hac Vice*
(Cal. SBN 173213)
William R. Overend, *Pro Hac Vice*
(Cal. SBN 180209)
Jonah D. Mitchell, *Pro Hac Vice*
(Cal. SBN 203511)
Seth B. Herring
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
E-mail: sbaker@reedsmith.com
E-mail: jbovich@reedsmith.com
E-mail: jdaire@reedsmith.com
E-mail: ahilgard@reedsmith.com
E-mail: woverend@reedsmith.com
E-mail: jmitchell@reedsmith.com
E-mail: sherring@reedsmith.com

Trey Yarbrough (Bar No. 22133500)
Debra E. Gunter (Bar No. 24012752)
**YARBROUGH & WILCOX, PLLC**
100 E. Ferguson, Ste. 1015
Tyler, Texas 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
E-mail: trey@yw-lawfirm.com
E-mail: debby@yw-lawfirm.com

***Counsel for Defendants,***
**D-LINK SYSTEMS, INC.,**
**NETGEAR, INC., ACER, INC.,**
**ACER AMERICA CORPORATION, and**
**GATEWAY, INC.**

JOINT MOTION CONCERNING JUROR QUESTIONNAIRE                4 | P a g e
**Civil Action No. 6:10-cv-473-LED-KFG;** *Ericsson Inc., et al., v. D-Link Corporation, et al.*
{A12/07395/0019/W1033979.1 }

*/s/ S.J. Christine Yang* (with permission)
S.J. Christine Yang (admitted *pro hac vice*)
Duncan Palmatier (admitted *pro hac vice*)
Victoria Hao (admitted *pro hac vice*)
**THE LAW OFFICES OF S.J. CHRISTINE YANG**
17220 Newhope Street, Suite 101
Fountain Valley, California 92708
Telephone: (714) 641-4022
Facsimile: (714) 641-2082
E-Mail: cyang@sjclawpc.com
E-Mail: dpalm@dpalmlaw.com
E-Mail: vhao@sjclawpc.com

*Counsel for Defendant*
**D-LINK SYSTEMS, INC.**


*/s/ Dwayne C. Norton* (with permission)
Michael J. Newton
(Texas Bar No. 24003844)
Jason W. Cook
(Texas Bar No. 24028537)
Dwayne C. Norton
(Texas Bar No. 24076139)
Shaun W. Hassett
(Texas Bar No. 24074372)
Brady Cox
(Texas Bar No. 24074084)
**ALSTON & BIRD LLP**
2828 North Harwood St, Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
E-mail: mike.newton@alston.com
E-mail: jason.cook@alston.com
E-mail: dwayne.norton@alston.com
E-mail: shaun.hassett@alston.com
E-mail: brady.cox@alston.com

Marsha E. Mullin
(California Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail: marsha.mullin@alston.com

JOINT MOTION CONCERNING JUROR QUESTIONNAIRE     5 | P a g e
**Civil Action No. 6:10-cv-473-LED-KFG;** *Ericsson Inc., et al., v. D-Link Corporation, et al.*
{A12/07395/0019/W1033979.1 }

Frank G. Smith (Georgia Bar No. 657550)
Kamran Jivani (Georgia Bar No. 510908)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: frank.smith@alston.com
E-mail: kamran.jivani@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
Peter Aaron Kerr
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
E-mail: ddacus@dacusfirm.com
E-mail: pkerr@dacusfirm.com

*Counsel for Defendant*
**DELL INC.**


*/s/ John Feldhaus* (with permission)
John Feldhaus
Pavan Agarwal
Liane M. Peterson
**FOLEY & LARDNER LLP**
3000 K. Street, NW, Suite 500
Washington, DC 20007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
Email: jfeldhaus@foley.com
Email: pagarwal@foley.com
Email: Lpeterson@foley.com

Guy N. Harrison
Attorney at Law
217 N. Center
Longview, TX 75606
Telephone: (903) 758-7361
Facsimile: (903) 753-9557
Email: guy@gnhlaw.com

*Counsel for* **TOSHIBA CORPORATION
and
TOSHIBA AMERICA INFORMATION
SYSTEMS, INC.**

JOINT MOTION CONCERNING JUROR QUESTIONNAIRE                6 | P a g e
**Civil Action No. 6:10-cv-473-LED-KFG;** *Ericsson Inc., et al., v. D-Link Corporation, et al.*
{A12/07395/0019/W1033979.1 }

*/s/ Vinson Winter* (with permission)
Ryan K. Yagura (Bar No. 24075933)
Vision Winter (*Pro Hac Vice*)
J. Kevin Murray
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: vwinter@omm.com
E-mail: ryagura@omm.com
E-mail: kmurray2@omm.com

*Attorneys for*
**BELKIN INTERNATIONAL, INC.**

*/s/ Eugene M. Paige* (with permission)
Robert A. Van Nest
Eugene M. Paige
Matan Shacham
**KEKER & VAN NEST LLP**
633 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
E-mail: rvannest@kvn.com
E-mail: emp@kvn.com
E-mail: mshacham@kvn.com

*Attorneys for* **ACER, INC.,**
**D-LINK CORPORATION and**
**GATEWAY, INC.**

*/s/ Kaiwen Tseng* (with permission)
Kaiwen Tseng
**FREITAS TSENG & KAUFMAN LLP**
100 Marine Parkway, Suite 200
Redwood City, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301
Email: ktseng@ftbklaw.com

*Attorneys for* **ACER, INC.**

JOINK MOTION CONCERNING JUROR QUESTIONNAIRE                                    7 | P a g e
**Civil Action No. 6:10-cv-473-LED-KFG;** *Ericsson Inc., et al., v. D-Link Corporation, et al.*
{A12/07395/0019/W1033979.1 }

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF filing system pursuant to L.R. CV-5(a)(3) on May 22, 2013.

/s/ John F. Bufe

John F. Bufe