# Exhibit A

## TO PROSPECTIVE JURORS

This questionnaire is designed to obtain information with respect to your qualifications to sit as a juror in this case. Use of this questionnaire will shorten the jury selection process. Please answer the questions as completely as possible. The information contained within the questionnaire will become part of the Court's permanent record, but it will not be distributed to anyone except the attorneys in the case and the judge. During the questioning by the Court or the attorneys, you will be given an opportunity to explain or expand any answers, if necessary. If for any reason you do not want to answer any of the questions asked, please write the word "PRIVATE" next to the question and we will take this matter up with you in private.

This questionnaire is part of the jury selection process. The questions must be answered by you under penalty of perjury and you should fill out this questionnaire by yourself without consulting any other person.

Please use the back of the questionnaire should you wish to make further comments regarding any of your answers, and please remember to indicate the corresponding question number.

If you do not understand a question, please write "I DO NOT UNDERSTAND" and the question will be explained to you in Court. **PLEASE REALIZE THERE ARE NO RIGHT OR WRONG ANSWERS - JUST HONEST ONES.**

# JUROR QUESTIONNAIRE

Juror No._____

1. Name_____Age: _____ ❑Male ❑Female

2. What is the last level of education you completed: ❑ Less than High School   ❑ High School/GED
   ❑ Some College/Technical   ❑ Associates Degree   ❑ College Degree   ❑ Advanced Degree

3. What is your current marital status? ❑ Single ❑ Married ❑ Separated ❑ Divorced ❑ Divorced, but remarried ❑ Widowed

4. Spouse's Name: _____Spouse's Employer: _____

5. What is your current employment status? (Check all that apply)
   ❑Full-time ❑Part Time ❑Self-employed ❑Full-time homemaker ❑Unemployed, <u>not</u> looking for work ❑Unemployed,
   looking for work ❑Disabled/Worker's Compensation ❑Retired ❑Student ❑ Other_____

6. Please list your employment history for the past three jobs (continue on back of paper if needed). If you own or owned a business, please also state the number of employees:

| Dates/Employer | Job Title | Nature of Business | No. of Employees |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

7. Have you ever held a public service job or worked for the government? ❑ Yes ❑ No  If yes, please describe (If military service, include branch and highest rank): _____

8. Do you use a smart phone (for example, Blackberry, iPhone, or Samsung Galaxy phone)?

9. Do you have any special training, education, or experience in the following areas? [Check all that apply]
   ❑ Accounting ❑ Computer software or programming ❑ Law/Law enforcement ❑ Patents ❑ Banking
   ❑ Computer hardware ❑ Web site design ❑ Internet security ❑ Business ❑ Engineering ❑ Other_____

10. Do you use a computer? ❑ Yes ❑ No   If so, what for: [Check all that apply]     ❑ Email ❑ Shopping   ❑ Work
    ❑ Searching for information ❑ News ❑ Finance ❑ Sports ❑ Listen to music ❑ Read books ❑ Watch videos
    ❑ Other _____

11. If you have served as a juror, describe what was/were the case(s) about and whether you were the foreperson/presiding juror:_____

12. Have you or any immediate family member ever:  Been a witness in court? ❑ Yes  ❑ No
    Brought a case or lawsuit: ❑ Yes  ❑ No    Been sued? ❑ Yes  ❑ No    If yes to any of the above, please describe what kind of lawsuit and what was the outcome:_____

13. Do you consider yourself: ❑ Detailed oriented ❑ Big picture person ❑ Both ❑ Neither

14. Do you consider yourself a ❑ Leader   ❑ Follower   ❑ Team Player

15. a.  Have you ever created or developed an idea or new technology?          ❑Yes  ❑ No
    b.  Have you or someone you know considered filing for a patent?          ❑Yes  ❑ No
    c.  Has someone used an idea of yours without permission?          ❑Yes  ❑ No
    d.  Have you ever been accused of using the idea of someone else?          ❑Yes  ❑ No
    If yes to any of the above, please describe: _____

16. Have you ever worked for or owned a company that owns patents? ❑Yes   ❑No
    If yes, which company(ies) _____

17. Have you ever worked for a company that was involved in any type of patent dispute or patent litigation? ❑Yes   ❑ No

18. Do you have internet access at home? ❑Yes   ❑ No
    If yes, what kind?  [e.g., dial up, DSL, cable, satellite] _____

19. Have you ever used WiFi?


Your Signature: _____ Date Signed: _____