**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **ERICSSON INC., et al.,** | |
| *Plaintiffs,* | **Civil Action No. 6:10-cv-473-LED-KFG** |
| **v.** | **JURY TRIAL DEMANDED** |
| **D-LINK CORPORATION, et al.,** | |
| *Defendants.* | |

## ORDER APPROVING JUROR QUESTIONNAIRE

CAME ON to be heard Plaintiffs and Defendants' Joint Motion Concerning Juror Questionnaire, and the Court after review of the subject Motion, and the entire record in this cause, it is here by ORDERED that said Motion shall be in all things granted; and it is

FURTHER ORDERED that the Agreed Juror Questionnaire will be used in this case to assist the Parties and the Court in jury selection.

**So ORDERED and SIGNED this 24th day of May, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**