**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ERICSSON INC., et al., | ) | Case No. 6:10-CV-473-LED |
| | ) | |
| Plaintiffs, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| D-LINK SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ──────────────────────── | ) | |

## ORDER AND PARTIAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiffs', Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Ericsson"), and all Defendants', D-Link Systems, Inc., NETGEAR, Inc., Acer, Inc., Acer America Corporation, Gateway, Inc., Dell Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Belkin International, Inc., (collectively, "Defendants") and Intervenor Intel Corporation's ("Intel") Stipulation and Joint Motion to Dismiss With Prejudice and Grant Partial Judgment. Such Motion is GRANTED.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED, ADJUGED AND DECREED that:

1. Plaintiffs' claims against Defendants and Intel for infringement of U.S. Patent No. 5,790,516 ("the '516 Patent") are dismissed WITH PREJUDICE.

2. Plaintiffs' covenant not to sue the Defendants and Intel, or any of their parents, subsidiaries, divisions, affiliates, distributors, suppliers, partners, customers, end users, or successors, based on any claim that any products that the Defendants and/or Intel have imported, manufactured, used, sold, or offered for sale in the marketplace, or will import, manufacture, use, sell, or offer for sale in the marketplace, to the extent they are compliant with any 802.11 standards or draft standards in existence on or before the date of this motion (including 802.11a,

1

g, n and draft-ac), infringe the '516 patent, whether directly, indirectly, contributorily, or otherwise. For the sake of clarity, this covenant not to sue extends to a charge of infringement by Plaintiffs based on any implementations of the 802.11 standards or draft standards in existence on or before the date of this motion.

3. Intel's claims and Defendants' counterclaims for a declaratory judgment of non-infringement are dismissed WITH PREJUDICE. Intel's claims and Defendants' counterclaims for declaratory judgment of invalidity are dismissed WITHOUT PREJUDICE.

4. This Order and Partial Judgment of Dismissal With Prejudice has no effect on Ericsson's, Intel's, and Defendants' respective claims and counterclaims relating to any other patent-in-suit.

**So ORDERED and SIGNED this 24th day of May, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**