# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ERICSSON INC., et al.**<br><br>      *Plaintiffs,*<br><br>**v.**<br><br>**D-LINK CORPORATION, et al.,**<br><br>      *Defendants.* | **Civil Action No. 6:10-cv-473-LED-KFG**<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW THEIR MOTION FOR CONFIRMATION OF COURT'S CLAIM CONSTRUCTION (Dkt. 448)

Defendants[1] respectfully file this Unopposed Motion to Withdraw Their Motion for Confirmation of Court's Claim Construction (Dkt. 448). Defendants and Plaintiff have entered into an agreement that renders this motion moot. Accordingly, Defendants hereby move to withdraw their Motion (Dkt. 448).

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that their Motion for Confirmation of Court's Claim Construction (Dkt. 448) be withdrawn.

---

[1] When used herein, the term "Defendants" includes the following parties: D-Link Systems, Inc.; NETGEAR, Inc.; Acer, Inc.; Acer America Corporation; Gateway, Inc.; Dell, Inc.; Toshiba Corporation; Toshiba America Information Systems, Inc.; Belkin International, Inc. and Intervenor Intel Corporation.

{A07/07395/0019/W1036239.1 }

**DATED:** May 29, 2013                                      Respectfully submitted,


*/s/ Michael E. Jones*
Michael E. Jones (State Bar No.: 10929400)
John F. Bufe (State Bar No.: 03316930)
**POTTER MINTON, PC**
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903)597-8311
Facsimile: (903) 593-0846
E-mail: mikejones@potterminton.com
E-mail: johnbufe@potterminton.com

Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
Andrew T. Gorham
State Bar No. 24012715
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com
E-mail: tgorham@pbatyler.com

Adam Alper
Sarah Piepmeier
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1876
Facsimile: (415) 439-1500
E-mail:adam.alper@kirkland.com
E-mail:sarah.piepmeier@kirkland.com

Luke Dauchot
Michael W. De Vries
Tim Majors
**KIRKLAND & ELLIS LLP**

{A07/07395/0019/W1036239.1 }

333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail: luke.dauchot@kirkland.com
E-mail: michael.devries@kirkland.com
E-mail: tim.majors@kirkland.com

Gregory S. Arovas
**KIRKLAND & ELLIS LLP**
601 Lexington Ave
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
E-mail: greg.arovas@kirkland.com

*Attorneys for Intervenor*
**INTEL CORPORATION**

*/s/ Christine M. Morgan*
*(with permission by Michael E. Jones)*
Scott D. Baker, *Pro Hac Vice*
(Cal. SBN 84923)
John P. Bovich, *Pro Hac Vice*
(Cal. SBN 150688)
James A. Daire, *Pro Hac Vice*
( Cal. SBN 239637)
Christine M. Morgan, *Pro Hac Vice*
(Cal. SBN 169350)
Jonah D. Mitchell, *Pro Hac Vice*
(Cal. SBN 203511)
Seth B. Herring
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
E-mail: sbaker@reedsmith.com
E-mail: jbovich@reedsmith.com
E-mail: jdaire@reedsmith.com
E-mail: jmitchell@reedsmith.com
E-mail: sherring@reedsmith.com

Trey Yarbrough (Bar No. 22133500)
Debra E. Gunter (Bar No. 24012752)

**YARBROUGH & WILCOX, PLLC**
100 E. Ferguson, Ste. 1015
Tyler, Texas 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
E-mail: trey@yw-lawfirm.com
E-mail: debby@yw-lawfirm.com

*Counsel for Defendants,*
**D-LINK SYSTEMS, INC.,
NETGEAR, INC., ACER, INC.,
ACER AMERICA CORPORATION, and
GATEWAY, INC.**


S.J. Christine Yang (admitted *pro hac vice*)
Duncan Palmatier (admitted *pro hac vice*)
Victoria Hao (admitted *pro hac vice*)
**THE LAW OFFICES OF S.J. CHRISTINE
YANG**
17220 Newhope Street, Suite 101
Fountain Valley, California 92708
Telephone: (714) 641-4022
Facsimile: (714) 641-2082
E-Mail: cyang@sjclawpc.com
E-Mail: dpalm@dpalmlaw.com
E-Mail: vhao@sjclawpc.com

*Counsel for Defendant*
**D-LINK SYSTEMS, INC.**


*/s/ Dwayne C. Norton (with permission by
Michael E. Jones)*
Michael J. Newton
(Texas Bar No. 24003844)
Jason W. Cook
(Texas Bar No. 24028537)
Dwayne C. Norton
(Texas Bar No. 24076139)
Shaun W. Hassett
(Texas Bar No. 24074372)
Brady Cox
(Texas Bar No. 24074084)
**ALSTON & BIRD LLP**
2828 North Harwood St, Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400

Facsimile: (214) 922-3899
E-mail: mike.newton@alston.com
E-mail: jason.cook@alston.com
E-mail: dwayne.norton@alston.com
E-mail: shaun.hassett@alston.com
E-mail: brady.cox@alston.com

Marsha E. Mullin
(California Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail: marsha.mullin@alston.com

Frank G. Smith (Georgia Bar No. 657550)
Kamran Jivani (Georgia Bar No. 510908)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: frank.smith@alston.com
E-mail: kamran.jivani@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
Peter Aaron Kerr
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
E-mail: ddacus@dacusfirm.com
E-mail: pkerr@dacusfirm.com

*Counsel for Defendant*
**DELL INC.**

*/s/ John Feldhaus (with permission by Michael E. Jones)*
John Feldhaus
Pavan Agarwal
Andrew R. Cheslock
**FOLEY & LARDNER LLP**
3000 K. Street, NW, Suite 500
Washington, DC 20007

{A07/07395/0019/W1036239.1 }

Telephone: (202) 672-5300
Facsimile: (202) 672-5399
Email: jfeldhaus@foley.com
Email: pagarwal@foley.com
Email: acheslock@foley.com

Kevin J. Malaney
**FOLEY & LARDNER LLP**
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel: 414-319-7067
Fax: 414-297-4900
kmalaney@foley.com

Guy N. Harrison
Attorney at Law
217 N. Center
Longview, TX 75606
Telephone: (903) 758-7361
Facsimile: (903) 753-9557
Email: guy@gnhlaw.com

*Counsel for* **TOSHIBA CORPORATION
and
TOSHIBA AMERICA INFORMATION
SYSTEMS, INC.**

*/s/ Vinson Winter (with permission by
Michael E. Jones)*
Ryan K. Yagura (Bar No. 24075933)
Vision Winter (*Pro Hac Vice*)
Eric Chan
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: vwinter@omm.com
E-mail: ryagura@omm.com
E-mail: echan@omm.com

*Attorneys for*
**BELKIN INTERNATIONAL, INC.**

*/s/ Eugene M. Paige (with permission by
Michael E. Jones)*
Robert A. Van Nest

Eugene M. Paige
Matan Shacham
**KEKER & VAN NEST LLP**
633 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
E-mail: rvannest@kvn.com
E-mail: emp@kvn.com
E-mail: mshacham@kvn.com

*Attorneys for* **ACER, INC.,**
**D-LINK CORPORATION and**
**GATEWAY, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 29, 2013. All other counsel will be served via first class mail.

*/s/ Michael E. Jones*
Michael E. Jones

{A07/07395/0019/W1036239.1 }