**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **ERICSSON INC., et al.** | |
| *Plaintiffs,* | **Civil Action No. 6:10-cv-473-LED-KFG** |
| **v.** | **JURY TRIAL DEMANDED** |
| **D-LINK CORPORATION, et al.,** | |
| *Defendants.* | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW**
**THEIR MOTION FOR CONFIRMATION OF COURT'S CLAIM CONSTRUCTION**
**(Dkt. 448)**

Before the Court is Defendants' Unopposed Motion to Withdraw Their Motion for

Confirmation of Court's Claim Construction(Dkt. 448), and the Court, after review of the subject

Motion and the entire record in this cause, and upon due consideration it is hereby ORDERED

that said motion shall be in all things GRANTED; and it is

FURTHER ORDERED that Defendants' Motion to Withdraw (Dkt. 448) is hereby

withdrawn.

{A07/07395/0019/W1036239.1 }