IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERICSSON INC., et al., | ' | |
| | ' | |
| Plaintiff, | ' | |
| | ' | |
| vs. | ' | Civil Action No. 6:10-CV-473-LED |
| | ' | |
| D-LINK CORPORATION., et al. | ' | |
| | ' | |
| Defendant. | ' | |

## PLAINTIFFS ERICSSON INC.'S AND TELEFONAKTIEBOLAGET LM ERICSSON'S PROPOSED VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in

the Court's Charge.

McKool 883650v2

1. Did **Ericsson** prove by a preponderance of the evidence that Defendants **D-LINK Systems, Inc., Netgear, Inc.,** and **Belkin International, Inc.** infringe the following claims of the following patents?

   **Write "Yes" or "No" for each Claim.**

| | D-LINK Systems, Inc. | Netgear, Inc. | Belkin International, Inc. |
|---|---|---|---|
| '568 Patent | | | |
| Claim 1 | | | |
| Claim 5 | | | |
| '625 Patent | | | |
| Claim 1 | | | |
| '435 Patent | | | |
| Claim 1 | | | |
| Claim 2 | | | |
| '215 Patent | | | |
| Claim 1 | | | |
| Claim 2 | | | |

2. Did **Ericsson** prove by a preponderance of the evidence that Defendants **Acer/Gateway, Dell, Inc., Toshiba**, and **Intel Corp.** and infringe the following claims of the following patents?

**Write "Yes" or "No" for each Claim.**

|  | Acer/Gateway | Dell, Inc. | Toshiba | Intel Corp. |
|---|---|---|---|---|
| '568 Patent | | | | |
| Claim 1 | | | | |
| Claim 5 | | | | |
| '625 Patent | | | | |
| Claim 1 | | | | |
| '435 Patent | | | | |
| Claim 1 | | | | |
| Claim 2 | | | | |
| '215 Patent | | | | |
| Claim 1 | | | | |
| Claim 2 | | | | |
| '223 Patent | | | | |
| Claim 11 | | | | |
| Claim 14 | | | | |

McKool 883650v2

3. Did **Defendants** prove by clear and convincing evidence that any of the listed claims of the following patents are invalid?

**If you find the claim invalid, answer "Yes;" otherwise, answer "No."**

<u>'625 Patent</u>

Claim 1        _____

<u>'435 Patent</u>

Claim 1        _____
Claim 2        _____

4

4.      What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate **Ericsson** for the infringement of the patents by the following Defendants up to the time of trial?

**Answer with the Amount:**

D-LINK                $_____

Netgear                $_____

Acer/Gateway                $_____

Dell                $_____

Toshiba                $_____

Belkin                $_____


_____
JURY FOREPERSON

5