IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERICSSON INC., et al., | ' |
| | ' |
| Plaintiff, | ' |
| | ' |
| vs. | ' Civil Action No. 6:10-CV-473-LED |
| | ' |
| D-LINK CORPORATION., et al. | ' |
| | ' |
| Defendant. | ' |

**PLAINTIFFS ERICSSON INC.'S AND TELEFONAKTIEBOLAGET LM ERICSSON'S PROPOSED VERDICT FORM REGARDING WILLFULNESS**

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge.

1.  Did **Ericsson** prove by clear and convincing evidence that **D-LINK Systems Inc.'s, Netgear's and Belkin International, Inc.'s** infringement was willful?

    **Answer "Yes" or "No" for each patent below.**

| | D-LINK Systems, Inc. | Netgear, Inc. | Belkin International, Inc. |
|---|---|---|---|
| '568 Patent | | | |
| '625 Patent | | | |
| '435 Patent | | | |
| '215 Patent | | | |

McKool 883650v2

2.      Did **Ericsson** prove by clear and convincing evidence that **Acer/Gateway's, Dell, Inc.'s, Toshiba's, and Intel Corp.'s** infringement was willful?

**Answer "Yes" or "No" for each patent below.**

|  | Acer/Gateway | Dell, Inc. | Toshiba | Intel Corp. |
|---|---|---|---|---|
| '568 Patent |  |  |  |  |
| '625 Patent |  |  |  |  |
| '435 Patent |  |  |  |  |
| '215 Patent |  |  |  |  |
| '223 Patent |  |  |  |  |

McKool 883650v2