# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ERICSSON INC., et al., | ) |
| | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 6:10-cv-473 |
| | ) |
| vs. | ) JURY TRIAL DEMANDED |
| | ) |
| D-LINK CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## <u>DEFENDANTS' PROPOSED VERDICT FORM</u>

 

In answering these questions, you are to follow all of the instructions I have given you in the Charge of Court.

1.   Did Ericsson prove by a preponderance of the evidence that each Defendant infringes the claims of the patents listed below?  Write "yes" or "no" for each chipset and Defendant for every claim.

| Claim | PRODUCTS HAVING INTEL CHIPSETS | | | |
| --- | --- | --- | --- | --- |
| | Intel Chipsets | Acer | Dell | Toshiba |
| | | | | |
| **'568 Patent** | | | | |
| Claim 1 | | | | |
| Claim 5 | N/A | N/A | N/A | N/A |
| | | | | |
| '435 Patent | | | | |
| Claim 1 | | | | |
| Claim 2 | | | | |
| | | | | |
| **'625 Patent** | | | | |
| Claim 1 | | | | |
| | | | | |
| **'215 Patent** | | | | |
| Claim 1 | | | | |
| Claim 2 | | | | |
| | | | | |
| **'223 Patent** | | | | |
| Claim 11 | | | | |

| PRODUCTS HAVING BROADCOM CHIPSETS | | | | | |
|---|---|---|---|---|---|
| | **Acer** | **Belkin** | **Dell** | **Netgear** | **Toshiba** |
| | | | | | |
| **'568 Patent** | | | | | |
| Claim 1 | | | | | |
| Claim 5 | N/A | | N/A | | N/A |
| | | | | | |
| **'435 Patent** | | | | | |
| Claim 1 | | | | | |
| Claim 2 | | | | | |
| | | | | | |
| **'625 Patent** | | | | | |
| Claim 1 | | | | | |
| | | | | | |
| **'215 Patent** | | | | | |
| Claim 1 | | | | | |
| Claim 2 | | | | | |

| PRODUCTS HAVING QUALCOMM ATHEROS CHIPSETS | | | | | |
|---|---|---|---|---|---|
| | **Acer** | **D-Link** | **Dell** | **Netgear** | **Toshiba** |
| | | | | | |
| **'568 Patent** | | | | | |
| Claim 1 | | | | | |
| Claim 5 | N/A | | | | N/A |
| | | | | | |
| **'435 Patent** | | | | | |
| Claim 1 | | | | | |
| Claim 2 | | | | | |
| | | | | | |
| **'625 Patent** | | | | | |
| Claim 1 | | | | | |
| | | | | | |
| **'215 Patent** | | | | | |
| Claim 1 | | | | | |
| Claim 2 | | | | | |

| PRODUCTS HAVING RALINK CHIPSETS | | |
|---|---|---|
| | **Belkin** | **D-Link** |
| | | |
| **'568 Patent** | | |
| Claim 1 | | |
| Claim 5 | N/A | N/A |
| | | |
| **'435 Patent** | | |
| Claim 1 | | |
| Claim 2 | | |
| | | |
| **'625 Patent** | | |
| Claim 1 | | |
| | | |
| **'215 Patent** | | |
| Claim 1 | | |
| Claim 2 | | |

| PRODUCTS HAVING REALTEK CHIPSETS | | | | |
|---|---|---|---|---|
| | **Acer** | **Belkin** | **D-Link** | **Toshiba** |
| | | | | |
| **'568 Patent** | | | | |
| Claim 1 | | | | |
| Claim 5 | N/A | | | N/A |
| | | | | |
| **'435 Patent** | | | | |
| Claim 1 | | | | |
| Claim 2 | | | | |
| | | | | |
| **'625 Patent** | | | | |
| Claim 1 | | | | |
| | | | | |
| **'215 Patent** | | | | |
| Claim 1 | | | | |
| Claim 2 | | | | |

2.    Did Defendants prove by clear and convincing evidence that any of the claims of the following patents listed below are invalid?

**'435 patent**                              YES                    NO
       Claim 1           _____           _____
       Claim 2           _____           _____


**'625 patent**                              YES                    NO
       Claim 1           _____           _____

3.    If you found that one or more Defendants infringe at least one valid claim of the patents-in-suit, please determine for each of those infringing Defendants what sum of money, if paid now in cash, would fairly and adequately compensate the plaintiff for damages for infringement, if any, that you have found in answers to Question No. 1 for patents you found valid in your answer to Question No. 2. Answer in dollars and cents, if any. Leave blank for all Defendants that do not infringe any valid claim of the asserted patents.

If you conclude that a single, lump sum payment for all past and future use of a patent is the appropriate measure of damages, then only answer sub-part A for the Defendant. If you conclude that a running royalty is the appropriate measure of damages, then only answer sub-part B for the Defendant. Do not fill in amounts under both sub-part A and sub-part B, as that would constitute an improper double-recovery.

| **Acer Inc. and Acer America Corporation** | **Belkin International, Inc.** | **D-Link Systems, Inc.** |
|---|---|---|
| [A] Lump sum:<br>$_____ | [A] Lump sum:<br>$_____ | [A] Lump sum:<br>$_____ |
| OR | OR | OR |
| [B] Running Royalty<br>Rate: _____cents<br>Total: $_____ | [B] Running Royalty<br>Rate: _____cents<br>Total: $_____ | [B] Running Royalty<br>Rate: _____cents<br>Total: $_____ |

| **Dell, Inc.** | **NETGEAR, Inc.** | **Toshiba Corporation and Toshiba America Information Systems, Inc.** |
|---|---|---|
| [A] Lump sum:<br>$_____ | [A] Lump sum:<br>$_____ | [A] Lump sum:<br>$_____ |
| OR | OR | OR |
| [B] Running Royalty<br>Rate: _____cents<br>Total: $_____ | [B] Running Royalty<br>Rate: _____cents<br>Total: $_____ | [B] Running Royalty<br>Rate: _____cents<br>Total: $_____ |

DATED: _____, 2013          By:_____ Jury Foreperson