**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ERICSSON INC., et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 6:10-cv-473 |
| | ) | |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| D-LINK CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' PROPOSED VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Charge of Court.

1.    For each claim of the patents-in-suit listed below that you found valid and infringed by the particularly identified Defendant, did Ericsson prove by clear and convincing evidence that Defendants' infringement was willful?

| | Intel Corporation | Acer Inc. and Acer America Corporation | Belkin International, Inc. |
|---|---|---|---|
| **'435 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'625 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'568 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'215 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'223 patent** | Yes_____ No _____ | Yes_____ No _____ | N/A |

| | D-Link Systems, Inc. | Dell Inc. | NETGEAR, Inc. |
|---|---|---|---|
| **'435 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'625 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'568 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'215 patent** | Yes_____ No _____ | Yes_____ No _____ | Yes_____ No _____ |
| **'223 patent** | N/A | Yes_____ No _____ | N/A |

**Toshiba Corporation and Toshiba America Information Systems, Inc.**


**'435 patent**          Yes_____ No _____

**'625 patent**          Yes_____ No _____

**'568 patent**          Yes_____ No _____

**'215 patent**          Yes_____ No _____

**'223 patent**          Yes_____ No _____



DATED: _____, 2013          By:_____ Jury Foreperson