**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ERICSSON INC.,** *et al.*, | |
| **Plaintiffs,** | **Civil Action No. 6:10-cv-473** |
| **vs.** | **FILED UNDER SEAL** |
| **D-LINK CORPORATION,** *et al.*, | |
| **Defendants.** | |

**ADDITIONAL ATTACHMENT TO STIPULATION REGARDING ACCUSED
PRODUCT UNITS OF BELKIN INTERNATIONAL, INC.**

Dated:  June 4, 2013

**MCKOOL SMITH P.C.**

By:  /s/ Theodore Stevenson III
Theodore Stevenson III, Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile:  (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS
ERICSSON INC. and TELEFONAKTIEBOLAGET
LM ERICSSON**


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the forgoing document was served on counsel of record via

email on June 4, 2013.


*/s/ Justin Nemunaitis*_____
Justin Nemunaitis

2