## CERTIFICATE OF AUTHORIZATION TO SEAL

The undersigned certifies under Local Rule CV-5(a)(7) the foregoing document is filed under seal pursuant to the Protective Order entered in this matter.

/s/ Theodore Stevenson, III