# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

**DATE:**   June 4, 2013

**LEONARD DAVIS**                                                   Court Reporters:   Shea Sloan
**Judge Presiding**                                                              Judy Werlinger

Law Clerk:  Blaine Larson                              Court Administrator:  Rosa L Ferguson

| | |
|---|---|
| **ERICSSON, INC, ET AL**<br><br>**V**<br><br>**D-LINK CORPORATION, ET AL** | **CIVIL ACTION NO**: 6:10-CV-473<br>**JURY TRIAL – DAY 2** |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| **SEE SIGN-IN SHEETS** | |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:**  8:50 am                              **ADJOURN:**  4:15 pm

| TIME: | MINUTES: |
|---|---|
| 8:50 am | Trial resumed.  **Jury not present.** |
| | Mr. Jones addressed the Court on objections to exhibits and would like to preserve their objections in the record to PX 2, 6, 7, 8, 9, 30, 32, 31, 33, 37, 307, 308, 309, 310 and 469. |
| | Court overruled objection. |
| | Mr. DeVries addressed the Court re witness Petersson and objects to PX 238.   Mr. Cawley responded.   Court overruled subject to proper predicate.  Mr. DeVries addressed the Court on PX 240.   Mr. Cawley does not plan to use.  Court sustained objection.  Mr. DeVries addressed the Court on PX 242 & PX 243.   Mr. Cawley responded that they do not plan to use.   Mr. DeVries addressed the Court and objects PX 244 and as in the previous ruling, will wait to hear the testimony.   Mr. DeVries addressed the Court on PX 250 (notice to HP).   Mr. Cawley responded.   Mr. Dauchot addressed the Court on PX 250.    Court asked to see a copy of the letter.   Court will withhold ruling until it hears the testimony. |
| | Mr. DeVries addressed the Court on PX 71.   Mr. Cawley responded.   Court overruled objections. |
| | Mr. DeVries addressed the Court on offering exhibits.   Court would like to do that in front of the jury. |
| | Mr. Cawley addressed the Court on Witness Petersson's testimony and contains sensitive material and very confidential.   Mr. Cawley will request that the courtroom be sealed from anyone not subject to the Protective Order.   Mr. Dauchot addressed the Court on the procedure for sealing the courtroom.  Mr. Cawley replied.  Court denied defendants' |

| TIME: | MINUTES: |
|---|---|
|  | request. |
|  | Court asked for the Jury to be brought in.  **Jury seated in the courtroom.**  Court welcomed the Jury back. |
|  | **Mr. GUSTAV BRISMARK** on the witness stand. |
|  | Direct examination of Mr. Brismark by Mr. Cawley continued. |
|  | Mr. Arovas asked to approach the bench.   (Bench Conference held). |
|  | Direct examination of Mr. Brismark continued. |
|  | Mr. Cawley passed the witness.   Cross examination of Mr. Brismark by Mr. Arovas. |
|  | Mr. Arovas passed the witness.   Redirect examination of Mr. Brismark by Mr. Cawley. |
|  | Mr. Cawley passed the witness.   Recross examination of Mr. Brismark by Mr. Arovas. |
|  | Mr. Arovas passed the witness. |
|  | Court asked Jury to pass in their question sheets for this witness. |
| 10:38 am | Court recessed the Jury until 10:55 am. |
|  | **Jury not present.**   Court addressed the parties and read one question, which was crossed out, and noted it was answered in cross. |
| 10:40 am | Court in recess. |
| 10:55 am | Trial resumed.  **Jury seated in the courtroom.** |
|  | Court addressed the Jury regarding one question which was noted was answered in cross, so no question will be asked of the witness.   Court asked for exhibits. |
|  | Ms. Moore addressed the Court and they do have a list, but due to objections, will submit a final list after lunch. |
|  | Mr. DeVries tendered Defendants' List of Pre-Admitted Exhibit List for June 4, 2013, and List was marked as **Defendants' Exhibit List 2**.  Without objection exhibits on list admitted.   Admitted Exhibits:  ==Defendants' Exhibit 23, 80, 104, 136 – 138, 198, 521 – 528, and 249.== |
|  | Mr. Cawley will be calling the next two witnesses by video depositions. |
|  | Court addressed the Jury and instructed them on video depositions. |
|  | Mr. Cawley called **MIKAEL LARSSON** by Video Deposition.  Mr. Cawley briefly introduced witness and gave time of deposition: Plaintiff - 11:10 and Defendants - 4:20. |
|  | Mr. Cawley called **ALEX KRISTER RAITH** by Video Deposition.   Mr. Cawley briefly introduced witness and gave time of deposition: Plaintiff – 7:29 and Defendants - 5:04. |
|  | Mr. Cawley called **CHRISTINA PETERSSON** to the witness stand.   Witness previously sworn. |
|  | Direct examination of Ms. Petersson by Mr. Cawley. |
|  | Mr. Dauchot asked to approach the bench.   (Bench Conference held). |
|  | Direct examination continued. |
|  | Mr. Dauchot asked to approach the bench.   (Bench Conference held). |
|  | Direct examination continued. |
|  | Mr. Cawley asked that the courtroom be sealed.   Court explained the protective order to the Jury.   Court asked persons to leave the Courtroom unless they are an attorney covered by the Protective Order. |
| 11:45 am | ==PROCEEDINGS SEALED.== |
|  | Direct examination of Ms. Petersson by Mr. Cawley continued. |

| TIME: | MINUTES: |
|---|---|
| | Mr. Cawley asked to approach on a Motion in Limine issue. |
| | Mr. Cawley offered PX 238, and with objection being overruled, **PX 238 admitted.** |
| | Mr. Cawley offered PX 244, and with objection being overruled, **PX 244 admitted.** |
| | Mr. Cawley offered PX 469 and 307 – 310, and with objection being overruled, **PX 469 and 307 - 310 admitted.** |
| | Mr. Cawley indicated that he concluded the confidential nature of the testimony.   Court unsealed the courtroom.   **PROCEEDINGS UNSEALED.** |
| 12:20 pm | Court in recess until 12:50 pm. |
| 12:50 pm | Trial resumed.   **Jury Seated in the courtroom.** |
| | **CHRISTINA PETERSSON** on the witness stand. |
| | Direct examination continued. |
| | Mr. Cawley asked to read a stipulation into the record.   Court explained the stipulation to the Jury. |
| | Mr. Cawley read Stipulation into the record. |
| | Direct examination continued. |
| | Mr. Cawley passed the witness.   Cross examination of Ms. Petersson by Mr. Dauchot. |
| | Mr. Cawley asked the Court to seal the courtroom as the witness will be going into confidential matters. |
| 1:45 pm | **PROCEEDINGS SEALED.** |
| | Cross examination of Ms. Petersson continued. |
| | Mr. Dauchot passed the witness. |
| | Mr. Cawley asked that the courtroom be unsealed.   Mr. Cawley asked to approach bench. |
| 2:00 pm | **PROCEEDINGS UNSEALED.**   (Bench Conference held). |
| | Redirect examination of Ms. Petersson by Mr. Cawley. |
| | Mr. Cawley passed the witness.   Recross examination of Ms. Petersson by Mr. Dauchot. |
| | Mr. Dauchot passed the witness.   Mr. Cawley has no further questions. |
| | Court asked Jury to pass down questions. |
| 2:15 pm | Court recessed the Jury until 2:30.   **Jury not present.** |
| | Court read questions to the parties.   Court asked for any objections.   Mr. Cawley does not object.  Mr. Van Nest responded.  Mr. Jones responded.  Mr. Cawley replied.  Court inquired if the witness knows the answer.   Court will allow the witness to answer |
| 2:18 am | Court in recess until 2:30 pm. |
| 2:30 pm | Trial resumed.   **Jury seated in the courtroom.** |
| | Court asked the witness one of the Jury Questions.   Ms. Petersson responded. |
| | Witness excused from the Rule. |
| | Mr. Cawley called **ERIK SCHVN** by Video Deposition.   Mr. Cawley briefly introduced witness and gave time of deposition: Plaintiff – 10:11 and Defendants – 0:58. |
| | Mr. Cawley called **STEFAN WAGER** by Video Deposition.   Mr. Cawley briefly introduced witness and gave time of deposition: Plaintiff – 10:42 and Defendants – 6:11. |
| | Mr. Stevenson called **Dr. SCOTT NETTLES** to the witness stand.   Witness sworn. |
| | Direct examination of Dr. Nettles by Mr. Stevenson. |
| | Court will be recessing for the day.   Court inquired of Plaintiff if they wished to offer their exhibits. |

| TIME: | MINUTES: |
|---|---|
|  | Ms. Moore tendered Plaintiffs' Pre-Admitted Exhibit List for June 4, 2013, and List was marked as **Plaintiffs' Exhibit List 2.**  Without objection, exhibits on list admitted. Admitted Exhibits: **Plaintiff's Exhibit 18, 58, 96, 103 – 117, 121, 130, 136 – 142, 156 – 162, 180, 206 – 208, 249, 290, 295 – 298, 300 – 303, 356, 424 – 426, 430, 434, 443, 455, 471, 472, 476, 506, 509, 52, 542 - 552.** |
| 4:10 pm | Court addressed the Jury and will recess them for the evening. |
|  | **Jury not present.** |
|  | Court addressed the parties and gave them their times:   Plaintiff has used 4 hours and 35 minutes and Defendants have used 2 hours and 5 minutes. |
|  | Court inquired of the parties if they have any matters to take up.   Mr. Van Nest inquired about Friday.   Court will not be holding Court on Friday. |
| 4:15 pm | There being nothing further, Court adjourned for the day. |