**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **ERICSSON INC., et al.,** | |
| **Plaintiffs,** | **Civil Action No. 6:10-cv-473** |
| **vs.** | **JURY TRIAL DEMANDED** |
| **D-LINK CORPORATION, et al.,** | |
| **D-Links.** | |

**ORDER ON DEFENDANTS' RENEWED FEDERAL RULE OF**
**CIVIL PROCEDURE 50(a) MOTIONFOR JUDGMENT AS A**
<u>**MATTER OF LAW IN FAVOR OF DEFENDANTS (NON-INFRINGEMENT)**</u>

Before the Court is Defendants' Renewed Federal Rule of Civil Procedure 50(a) Motion

for Judgment as a Matter of Law in Favor of Defendants on Non-Infringement. After

considering the Motion, the Court finds that the Motion should be GRANTED and judgment as a

matter of law of non-infringement entered in favor of Defendants.

1
