# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

**DATE:** June 13, 2013

**LEONARD DAVIS**  Court Reporters: Shea Sloan
**Judge Presiding**  Judy Werlinger

Law Clerk: Blaine Larson  Court Administrator: Rosa L Ferguson

| **ERICSSON, INC, ET AL** | **CIVIL ACTION NO**: **6:10-CV-473** |
|---|---|
| V | **JURY TRIAL – DAY 8** |
| **D-LINK CORPORATION, ET AL** | |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| **SEE SIGN-IN SHEETS** ||

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 9:00 AM.  **ADJOURN:** 4:35 pm

| TIME: | MINUTES: |
|---|---|
| 9:00 AM | Jury Deliberating. |
| 12:55 pm | Trial resumed. **Jury not present.** Court advised that verdict has been reached and admonished parties on reading of the verdict. Depending on verdict, the Court may go into the willfulness evidence. |
| | Court asked for the Jury. **Jury seated in the courtroom.** |
| | Court addressed jury and inquired if they have reached a verdict. Jury foreperson responded. Verdict form tendered to the Court. |
| | Court asked Clerk to read the verdict. **Verdict read.** Court inquired if the parties wished to poll the jury. Mr. Van Nest requested the Jury be polled. |
| | **WILLFUL INFRINGEMENT PORTION OF THE TRIAL.** |
| | Court addressed the jury and gave them further instructions. Court explained that the Jury would have to answer one more question as to willfulness and gave them a brief overview of the proceedings. |
| | Court gave the Jury some preliminary instructions regarding the Willfulness stage of this trial. |
| | Mr. Cawley requested to approach the bench. (Bench Conference held). |
| | Mr. Cawley presented an opening statement to the Jury on behalf of the Plaintiffs. |
| | Mr. Van Nest presented opening statements to the Jury on behalf of the Defendants. |
| | Mr. Cawley addressed the Court regarding video depositions. Mr. Dearman gave |

| TIME: | MINUTES: |
|---|---|
| | the Court the times for the depositions. |
| | Mr. Cawley called **CHAD ANSON** by video deposition. Video played. |
| | Mr. Cawley called **MASA OKUMURA** by video deposition. Video played. |
| | Mr. Cawley called **A.J. WANG** by video deposition. Video played. |
| | Mr. Cawley indicated that **Ericsson RESTS.** |
| | Mr. Van Nest called **DUNCAN KITCHIN** to the witness stand. Witness previously sworn. |
| | Direct examination of Mr. Kitchin by Mr. Arovas. |
| | Mr. Arovas passed the witness. Cross examination of Mr. Kitchin by Mr. Stevenson. |
| | Mr. Stevenson passed the witness. Redirect examination of Mr. Kitchin by Mr. Arovas. |
| | Mr. Arovas passed the witness. Recross examination of Mr. Kitchen by Mr. Stevenson. |
| | Mr. Stevenson passed the witness. |
| | Court asked Jury to pass up their questions. |
| 2:10 pm | Court recessed the Jury for 10 minutes. |
| | **Jury not present.** |
| | Court read Question 1. Mr. Van Nest responded. Mr. Stevenson responded. Mr. Arovas responded. Court sustained. |
| | Court read Question 2. Mr. Stevenson responded and objects. Mr. Van Nest responded. Court will take out "legally" and read the rest of the question. |
| 2:13 pm | Court inquired about how much longer they had. Parties responded. |
| 2:13 pm | Court in recess until 2:20 pm |
| 2:25 pm | Trial resumed. **Jury seated in the courtroom.** |
| | Court asked witness Question No. 2. Witness answered. |
| | Mr. Van Nest called **ANDREAS IWERBACK** by video deposition. Video played. |
| | Mr. Van Nest offered Defendants' Exhibits 71 and 789. Ms. Moore objected. Mr. Van Nest asked to approach bench. (Bench Conference held.) |
| | Mr. Van Nest re-offered **Defendants' Exhibits 460, 71 AND 489**, and exhibits admitted. |
| | Mr. Van Nest called Dr. **MATTHEW SHOEMATE** to the witness stand. Witness previously sworn. |
| | Direct examination of Dr. Shoemate by Mr. Dauchot. |
| | Mr. Dauchot passed the witness. Cross examination of Dr. Shoemate by Mr. Cawley. |
| | Mr. Cawley passed the witness. Redirect examination of Dr. Shoemate by Mr. Dauchot. |
| | Mr. Dauchot passed the witness. |
| | Court asked Jury to pass up their questions. No questions for this witness. |
| | Mr. Van Nest called **CHRISTINA PETERSSON** by video deposition. Video played. |
| | Mr. Van Nest indicated that **Defendants REST.** |
| | Mr. Cawley does not have any rebuttal. |
| | Court addressed the Jury about instructions. |
| | Mr. Van Nest asked to approach bench. (Bench Conference held). |
| | Court charge on willfulness read to the Jury. |
| | Mr. Cawley presented closing arguments to the Jury on behalf of the Plaintiffs. |
| | Mr. Van Nest presented closing arguments to the Jury on behalf of the Defendants. |
| | Mr. Cawley asked to approach. (Bench Conference held). |

| TIME: | MINUTES: |
|---|---|
|  | Mr. Cawley presented rebuttal arguments to the Jury. |
|  | Court addressed the Jury and gave the Jury some additional instructions.  Court excused the Jury to commence their deliberations. |
| 3:27 pm | Court inquired if there was. |
|  | Mr. Van Nest addressed the Court on the exhibits admitted.  Court asked the parties to gather their exhibits and give them to Court Clerk and she would tender to the Jury. |
|  | Court addressed the parties regarding a questionnaire that the Court will present to the jury at the conclusion of trial. |
| 3:30 pm | Court in recess awaiting a Verdict. |
| 4:00 pm | Court advised that Verdict has been reached. |
| 4:00 pm | Trial resumed.  Court asked for Jury to be brought in.  **Jury seated in the courtroom.** |
|  | Court addressed jury and inquired if they have reached a verdict.   Jury foreperson responded.   Verdict form tendered to the Court. |
|  | Court asked Clerk to read the verdict.  **Verdict read.**   Court inquired if the parties wished to poll the jury.   None requested. |
|  | Court addressed the Jury and thanked them for their service.   Court read the Juror Certificate and asked the Court Clerk to tender them to the Jury. |
|  | Court excused the Jury and asked them to wait and someone would be there to excuse them. |
| 4:05 pm | Jury excused. |
|  | Court addressed the parties.  Court ordered the parties back to mediation with Judge Faulkner.  Advised the parties that if they do not reach a settlement, a post-trial hearing will be set on July 16th with sur-replies due on July 12th at 4:00 pm.  Parties to meet and confer on briefing schedule.  Court advised will visit with the jury and return with information from the surveys. |
|  | Mr. Cawley requested the Court thank the jury on the parties' behalf. |
| 4:09 pm | Court in recess. |
| 4:24 pm | Trial resumed.   Court inquired of the parties if they desired that the answers to the jury questionnaires be on the record.   Parties indicated they did not. |
|  | (Not on record -- Court read the answers to the parties.) |
| 4:35 pm | There being nothing further, Court adjourned. |