## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ERICSSON INC., et al.,** | § | |
| Plaintiffs, | § | |
| vs. | § | CASE NO. 6:10-CV-473 |
| **D-LINK CORPORATION, et al.,** | § | |
| Defendants. | § | |

### ORDER REGARDING POST-TRIAL BRIEFING

Trial in this case concluded on June 13, 2013. The parties are **ORDERED** to attend mediation by the end of the month. The Court hereby sets any potential post-trial motions for hearing on July 16, 2013, at 9 AM. The parties are **ORDERED** to meet and confer to establish a briefing schedule for the motions and to advise the Court of the schedule by June 19, 2013. Any sur-replies must be filed by July 12, 2013, at 4 PM.

So ORDERED and SIGNED this 17th day of June, 2013.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**