# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

ERICSSON INC., et al.,

     Plaintiffs,

     vs.

D-LINK CORPORATION, et al.,

     Defendants.

Civil Action No. 6:10-cv-473

**JURY TRIAL DEMANDED**

## PLAINTIFFS' PRE-ADMITTED EXHIBIT LIST
## FOR JUNE 3, 2013

| EXHIBIT NUMBER |
| --- |
| PX0001 ✓ |
| PX0002 ✓ |
| PX0003 ✓ |
| PX0004 ✓ |
| PX0005 ✓ |
| PX0006 ✓ |
| PX0007 ✓ |
| PX0008 ✓ |
| PX0009 ✓ |
| PX0010 ✓ |
| PX0011 ✓ |
| PX0101 ✓ |
| PX0204 ✓ |
| PX0260 ✓ |
| PX0266 ✓ |
| PX0283 ✓ |
| PX0284 ✓ |
| PX0285 ✓ |
| PX0286 ✓ |
| PX0287 ✓ |
| PX0291 ✓ |
| PX0293 ✓ |
| PX0294 ✓ |
| PX0398 ✓ |
| PX0407 ✓ |
| PX0408 ✓ |
| PX0409 ✓ |
| PX0410 ✓ |

6:10-CV-473
PLAINTIFFS'
EXHIBIT LIST
✓     1     6·3·13

| | |
|---|---|
| PX0411 ✓ | |
| PX0412 ✓ | |
| PX0478 ✓ | |
| PX0504 ✓ | |
| PX0507 ✓ | |
| PX0511 ✓ | |
| PX0515 ✓ | |