# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

ERICSSON INC., et al.,

    Plaintiffs,

    vs.

D-LINK CORPORATION, et al.,

    Defendants.

Civil Action No. 6:10-cv-473

JURY TRIAL DEMANDED

## PLAINTIFFS' PRE-ADMITTED EXHIBIT LIST
## FOR JUNE 4, 2013

| |
|---|
| PX0018 ✓ |
| PX0058 ✓ |
| PX0096 ✓ |
| PX0103 ✓ |
| PX0104 ✓ |
| PX0105 ✓ |
| PX0106 ✓ |
| PX0107 ✓ |
| PX0108 ✓ |
| PX0109 ✓ |
| PX0110 ✓ |
| PX0111 ✓ |
| PX0112 ✓ |
| PX0113 ✓ |
| PX0114 ✓ |
| PX0115 ✓ |
| PX0116 ✓ |
| PX0117 ✓ |
| PX0121 ✓ |
| PX0130 ✓ |
| PX0136 ✓ |
| PX0137 ✓ |
| PX0138 ✓ |
| PX0139 ✓ |
| PX0140 ✓ |
| PX0141 ✓ |
| PX0142 ✓ |
| PX0156 ✓ |
| PX0157 ✓ |

6:10-CV-473
PLAINTIFFS'
EXHIBIT LIST
✓   2    6.4.13

| | |
|---|---|
| PX0158 ✓ | |
| PX0159 ✓ | |
| PX0160 ✓ | |
| PX0161 ✓ | |
| PX0162 ✓ | |
| PX0180 ✓ | |
| PX0206 ✓ | |
| PX0207 ✓ | |
| PX0208 ✓ | |
| PX0249 ✓ | |
| PX0290 ✓ | |
| PX0295 ✓ | |
| PX0296 ✓ | |
| PX0297 ✓ | |
| PX0298 ✓ | |
| PX0300 ✓ | |
| PX0301 ✓ | |
| PX0302 ✓ | |
| PX0303 ✓ | |
| PX0356 ✓ | |
| PX0424 ✓ | |
| PX0425 ✓ | |
| PX0426 ✓ | |
| PX0430 ✓ | |
| PX0434 ✓ | |
| PX0443 ✓ | |
| PX0455 ✓ | |
| PX0471 ✓ | |
| PX0472 ✓ | |
| PX0476 ✓ | |
| PX0506 ✓ | |
| PX0509 ✓ | |
| PX0512 ✓ | |
| PX0542 ✓ | |
| PX0543 ✓ | |
| PX0544 ✓ | |
| PX0545 ✓ | |
| PX0546 ✓ | |
| PX0547 ✓ | |
| PX0548 ✓ | |
| PX0549 ✓ | |
| PX0550 ✓ | |
| PX0551 ✓ | |
| PX0552 ✓ | |