# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

ERICSSON INC., et al.,

      Plaintiffs,

      vs.

D-LINK CORPORATION, et al.,

      Defendants.

Civil Action No. 6:10-cv-473

**JURY TRIAL DEMANDED**

## PLAINTIFFS' PRE-ADMITTED EXHIBIT LIST
## FOR JUNE 5, 2013

| |
|---|
| PX0026 ✓ |
| PX0027 ✓ |
| PX0028 ✓ |
| PX0029 ✓ |
| PX0030 ✓ |
| PX0031 ✓ |
| PX0032 ✓ |
| PX0033 ✓ |
| PX0037 ✓ |
| PX0096 ✓ |
| PX0103 ✓ |
| PX0104 ✓ |
| PX0105 ✓ |
| PX0106 ✓ |
| PX0107 ✓ |
| PX0108 ✓ |
| PX0109 ✓ |
| PX0110 ✓ |
| PX0111 ✓ |
| PX0112 ✓ |
| PX0113 ✓ |
| PX0114 ✓ |
| PX0115 ✓ |
| PX0116 ✓ |
| PX0117 ✓ |
| PX0121 ✓ |
| PX0130 ✓ |
| PX0136 ✓ |
| PX0137 ✓ |

6:10-CV-473
**PLAINTIFFS'
EXHIBIT LIST**
✓ 3    6·5·13

892530-1
McKool 892530v1

| | |
|---|---|
| PX0138 | ✓ |
| PX0139 | ✓ |
| PX0140 | ✓ |
| PX0141 | ✓ |
| PX0142 | ✓ |
| PX0156 | ✓ |
| PX0157 | ✓ |
| PX0158 | ✓ |
| PX0159 | ✓ |
| PX0160 | ✓ |
| PX0161 | ✓ |
| PX0162 | ✓ |
| PX0238 | ✓ |
| PX0244 | ✓ |
| PX0293 | ✓ |
| PX0294 | ✓ |
| PX0307 | ✓ |
| PX0308 | ✓ |
| PX0309 | ✓ |
| PX0310 | ✓ |
| PX0464 | ✓ |
| PX0469 | ✓ |
| PX0499 | ✓ |
| PX0500 | ✓ |
| PX0501 | ✓ |
| PX0502 | ✓ |
| PX0508 | ✓ |
| PX0510 | ✓ |
| PX0541 | ✓ |
| PX0548 | ✓ |
| PX0549 | ✓ |
| PX0553 | ✓ |
| PX0554 | ✓ |
| PX0557 | ✓ |
| PX0558 | ✓ |
| PX0559 | ✓ |
| PX0560 | ✓ |
| PX0561 | ✓ |