# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

ERICSSON INC., et al.,

      Plaintiffs,

      vs.

D-LINK CORPORATION, et al.,

      Defendants.

Civil Action No. 6:10-cv-473

**JURY TRIAL DEMANDED**

## PLAINTIFFS' PRE-ADMITTED EXHIBIT LIST
## FOR JUNE 6, 2013

| |
|---|
| PX0542 ✓ |
| PX0543 ✓ |
| PX0544 ✓ |
| PX0545 ✓ |
| PX0546 ✓ |
| PX0562 ✓ |
| PX0563 ✓ |
| PX0564 ✓ |
| PX0565 ✓ |



6:10-CV-473
PLAINTIFFS'
EXHIBIT LIST
✓   4   6·6·13

McKool 898251v1