# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

ERICSSON INC., et al.,

     Plaintiffs,

     vs.

D-LINK CORPORATION, et al.,

     Defendants.

Civil Action No. 6:10-cv-473

JURY TRIAL DEMANDED

## PLAINTIFFS' PRE-ADMITTED EXHIBIT LIST
## FOR JUNE 10, 2013

| |
|---|
| PX0398 ✓ |
| PX0435 ✓ |
| PX0436 ✓ |
| PX0437 ✓ |
| PX0438 ✓ |
| PX0439 ✓ |
| PX0440 ✓ |
| PX0441 ✓ |
| PX0442 ✓ |
| PX0512 ✓ |
| PX0514 ✓ |
| PX0538 ✓ |
| PX0586 ✓ |

✓ PX-206A to F
✓ PX-207A
✓ PX-208A to K

6:10-CV-473
PLAINTIFFS'
EXHIBIT LIST
✓ 5   6.10.13