# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

ERICSSON INC., et al.,

      Plaintiffs,

      vs.

D-LINK CORPORATION, et al.,

      Defendants.

Civil Action No. 6:10-cv-473

**JURY TRIAL DEMANDED**

## PLAINTIFFS' PRE-ADMITTED EXHIBIT LIST FOR JUNE 11, 2013

PX0537 ✓



6:10-CV-473
PLAINTIFFS'
EXHIBIT LIST
✓ 6   6·11·13