# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| ERICSSON, INC., ET AL | § | |
| PLAINTIFF, | § § § | |
| VS. | § § | Civil Action No. 6:10-CV-473 |
| D-LINK CORPORATION, ET AL | § § | JURY TRIAL DEMANDED |
| DEFENDANTS. | § § § | |

6:10-CV-473
PLAINTIFFS'
EXHIBIT LIST
✓  8  6·12·13

## PLAINTIFF ERICSSON'S FINAL AMITTED TRIAL EXHIBIT LIST

| PRESIDING JUDGE:<br>The Honorable Leonard Davis | PLAINTIFFS' ATTORNEY:<br>Theodore Stevenson III,<br>Douglas A. Cawley<br>John B. Campbell | DEFENDANT'S ATTORNEY: Robert a. Van Nest; Gregoryf Arovas,<br>Luke Dauchot |
|---|---|---|
| TRIAL DATE (S): June 3, 2013 - June 11, 2013 | COURT REPORTER:<br>Shea Sloan | COURTROOM DEPUTY:<br>Rosa Ferguson |

** Categories:  (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (D) Court Use Only; (I) Impeachment Only

| PX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX0001 | 11/16/1999 – United States Patent 5,987,019 **[75753DOC002696]** | | | | | | | |
| PX0002 | 10/15/1996  – Prosecution History United States Patent 5,987,019  **[ERCDLINK0010048]** | | | | | | | |
| PX0003 | 12/11/2001 – United States Patent 6,330,435 **[ERCDLINK0174571]** | | | | | | | |
| PX0004 | 07/23/2002 – United States Patent 6,424,625 B1 **[ERCDLINK0508503]** | | | | | | | |
| PX0005 | 10/28/1998 –  Prosecution History United States Patent 6,424,625 B1 **[ERCDLINK0010051]** | | | | | | | |
| PX0006 | 10/15/2002 – United States Patent 6,466,568 B1 **[75753DOC002832]** | | | | | | | |

McKool 899641v1

| PX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX0007 | 9/21/1999 – Prosecution History United States Patent 6,466,568 B1 **[ERCDLINK0010052]** | | | | | | | |
| PX0008 | 02/11/2003 – United States Patent 6,519,223 B1 **[75753DOC002848]** | | | | | | | |
| PX0009 | 04/06/1999 – Prosecution History United States Patent 6,519,223 B1 **[ERCDLINK0010053]** | | | | | | | |
| PX0010 | 08/03/2004 – United States Patent 6,772,215 B1 **[75753DOC002860]** | | | | | | | |
| PX0011 | 03/29/2000 – Prosecution History United States Patent 6,772,215 B1 **[ERCDLINK0010054]** | | | | | | | |
| PX0018 | No Date – White Paper from Atheros Communications - 802.1n Enhances Wireless LAN Performance for Video, Voice, Music and Data Applications (01/04/2013 Bone Expert Report) **[BELK00283261 - BELK00283265]** | | | | | | | |
| PX0026 | 11/30/2009 – Global Patent License Agreement between Ericsson and Melco Holdings Inc. Systems, Inc. (01/04/2013 Bone Expert Report) **[ERCDLINK0009359]** | | | | | | | |
| PX0027 | 01/01/2007 – Amendment No. 1 to the Global Patent License Agreement between Ericsson and Option N. V (01/04/2013 Bone Expert Report) **[ERCDLINK0011241]** | | | | | | | |
| PX0028 | 12/01/2003 – Global Patent License Agreement between Ericsson and Option N. V (01/04/2013 Bone Expert Report) **[ERCDLINK0011242]** | | | | | | | |
| PX0029 | 01/01/2007 – Summary of RIM Global Patent License Agreement between Ericsson and RIM (01/04/2013 Bone Expert Report) **[ERCDLINK00011825 - ERCDLINK00011839]** | | | | | | | |
| PX0030 | 01/01/2007 – WLAN Patent License Agreement between Ericsson and Ascom (01/04/2013 Bone Expert Report) **[ERCDLINK00011840 - ERCDLINK00011854]** | | | | | | | |
| PX0031 | 01/01/2012 – Global Patent Cross-License Agreement between Ericsson and Hewlett-Packard Company (01/04/2013 Bone Expert Report) **[ERCDLINK0039162 - ERCDLINK0039203]** | | | | | | | |
| PX0032 | 06/29/2012 – Hewlett-Packard Patent Purchase and Sale Agreement between Hewlett-Packard Development Company, L.P. and Hewlett-Packard Company (01/04/2013 Bone Expert Report) **[ERCDLINK0039204 - ERCDLINK0039231]** | | | | | | | |
| PX0033 | 12/31/2011 – Global Patent License Agreement between Ericsson and Sonim Technologies Inc. (01/04/2013 Bone Expert Report) **[ERCDLINK0040416 - ERCDLINK0040434]** | | | | | | | |
| PX0036 | 06/03/2002 – Global Patent License Agreement between Ericsson and Research In Motion Limited (01/04/2013 Bone Expert Report) **[ERCDLINK0042076 - ERCDLINK0042087]** | | | | | | | |
| PX0037 | 12/21/2010 – Global Patent License Agreement between Ericsson and Research In Motion Limited (01/04/2013 Bone Expert Report) **[ERCDLINK0042103 - ERCDLINK0042130]** | | | | | | | |
| PX0058 | 09/01/2004 – Wi-Fi Certified For WMM - Support Multimedia Applications with Quality of Service in Wi-Fi Networks (01/04/2013 Nettles Expert Report) **[75753DOC003078 - 75753DOC003092]** | | | | | | | |
| PX0071 | No Date – Examples of Ericsson Patents Essential for Compliance with IEEE 802.11n D2.0 (01/04/2013 Nettles Expert Report) **[TOSH-0005625]** | | | | | | | |

| PX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX0096 | 07/31/2009 – Preliminary Data Sheet BCM4322 - 2.4/5-GHz Draft-802.11n MAC/PHY/Radio Chip (01/04/2013 Nettles Expert Report) **[BCM_ERC_00012444-BCM_ERC_00012489]** | | | | | | | |
| PX0101 | 01/19/2012 – Belkin - N300 Wireless N Router v4 (01/04/2013 Nettles Expert Report) **[BELK00407982]** | | | | | | | |
| PX0103 | 06/25/2007 – Certificate_WFA5300 - Broadcom Intensi-fi™ 2.4/5 GHz PCI Express® Mini Card Reference Design (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0104 | 10/08/2007 – Certificate_WFA5316 - Broadcom 4321 Intensi-fi™ 802.11n Wireless Card (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0105 | 2/11/2008 – Certificate_WFA5912 - Broadcom 802.11n Dual Band Station (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0106 | 08/13/2008 – Certificate_WFA6538 - Broadcom 802.11n Adapter (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0107 | 08/21/2008 – Certificate_WFA6561 - BCM94321 (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0108 | 01/20/2010 – Certificate_WFA8569 - BCM94313HMGB 802.11n Wireless Adapter (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0109 | 12/13/2010 – Certificate_WFA8666 - BCM94313HMGB2L 802.11n Wireless Adapter (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0110 | 12/08/2010 – Certificate_WFA10208 - BCM94313HMGBiPA 802.11n Wireless Adapter (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0111 | 01/10/2010 – Certificate_WFA10594 - BCM94328HM4L 802.11n Wireless Adapter (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0112 | 03/14/2010 – Certificate_WFA11297 - BCM943224 802.11 a/b/g/n Wireless Adapter (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0113 | 07/28/2011 – Certificate_WFA12429 - Broadcom 802.11 a/g/n WLAN_BT Combo Card (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0114 | 08/11/2011 – Certificate_WFA12526 - Broadcom 802.11 b/g/n Wireless Adapter (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0115 | 09/07/2011 – Certificate_WFA12747 - Broadcom 802.11 a/b/g/n Wireless Adapter (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0116 | 04/04/2012 – Certificate_WFA14720 - Broadcom 802.11 a/g/n WLAN_BT Combo Card (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0117 | 09/09/2012 – Certificate_WFA16437 - BMC943236USB 802.11 a/b/g/n Wireless Adapter (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0121 | 00/00/2012 – WFA Certified IEEE 802.11n Broadcom Products (01/04/2013 Nettles Expert | | | | | | | |

| PX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | WITNESS |
|--------|-------------|----------|--------|---------|-----------|----------|------|---------|
|  | Report) **[No Bates]** | | | | | | | |
| PX0130 | 00/00/2012 – WFA Certified IEEE 802.11n Products (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0136 | 09/14/2007 – Certificate_WFA5451 - Ralink MIMObility RT2880 Router Reference Design (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0137 | 10/08/2007 – Certificate_WFA5614 - Ralink MIMObility RT2700E Reference Design (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0138 | 07/17/2008 – Certificate_WFA6432 - Ralink RT3070 Reference Design (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0139 | 07/24/2008 – Certificate_WFA6455 Ralink MIMObility RT3052 Router Reference Design (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0140 | 02/12/2009 – Certificate_WFA7095 - Ralink RT3090 Reference Design (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0141 | 11/04/2009 – Certificate_WFA8069 - Ralink RT3090 802.11n Reference Design (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0142 | 10/30/2009 – Certificate_WFA8070 - Ralink RT3070 802.11n Reference Design (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0156 | 11/16/2009 – Certificate_WFA8082 Realtek RTL8191SE 1T1R 802.11b/g/n PCI-E miniCard (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0157 | 01/04/2010 – Certificate_WFA8479 Realtek RTL8191SU 802.11b/g/n USB2.0 miniCard (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0158 | 05/09/2011 – Certificate_WFA8581 Realtek RTL8188CE 1T1R 802.11b/g/n miniCard (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0159 | 09/09/2012 – Certificate_WFA10077 Realtek RTL8192DE 2T2R 802.11a/b/g/n Dulband PCI-E miniCard (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0160 | 11/19/2012 – Certificate_WFA16991 Realtek Realtek RTL8197D+RTL8821AR+RTL8192CE 2T2R 802.11ac/a/b/g/n AP/Router (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0161 | 11/12/2012 – Certificate_WFA17122 Realtek RTL8188CE 1T1R 802.11b/g/n miniCard (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0162 | 00/00/2012 – WFA Certified IEEE 802.11n Realtek Products (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0180 | No Date – Attachment A to Dells 3rd Supp Response to 1st Rogs (nos. 1-4) - Atheros Wireless Cards and Chip Identifiers (01/04/2013 Nettles Expert Report) **[No Bates]** | | | | | | | |
| PX0204 | 05/25/1999 – TSG-RAN Working Group 2 (Radio layer 2 and Radio layer 3) RLC SDU discard (01/04/2013 Nettles Expert Report) **[ERCDLINK0390910]** | | | | | | | |

| PX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX0206 | Broadcom Source Code | | | | | | | |
| PX0206 A | Broadcom Source Code | | | | | | | |
| PX0206 B | Broadcom Source Code | | | | | | | |
| PX0206 C | Broadcom Source Code | | | | | | | |
| PX0206 D | Broadcom Source Code | | | | | | | |
| PX0206 E | Broadcom Source Code | | | | | | | |
| PX0206 F | Broadcom Source Code | | | | | | | |
| PX0207 | Qualcomm Source Code | | | | | | | |
| PX0207 A | Qualcomm Source Code | | | | | | | |
| PX0208 | Intel Source Code | | | | | | | |
| PX0208 A | Intel Source Code | | | | | | | |
| PX0208 B | Intel Source Code | | | | | | | |
| PX0208 C | Intel Source Code | | | | | | | |
| PX0208 D | Intel Source Code | | | | | | | |
| PX0208 E | Intel Source Code | | | | | | | |
| PX0208 F | Intel Source Code | | | | | | | |
| PX0208 G | Intel Source Code | | | | | | | |
| PX0208 H | Intel Source Code | | | | | | | |
| PX0208I | Intel Source Code | | | | | | | |

| PX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX0208 J | Intel Source Code | | | | | | | |
| PX0208 K | Intel Source Code | | | | | | | |
| PX0238 | 00/00/0000 – Excel Spreadsheet Value to HP **[ERCDLINK0169686]** | | | | | | | |
| PX0244 | 00/00/2009 – .txt file Printers:34 million 2009 HP sells **[ERCDLINK0490768]** | | | | | | | |
| PX0249 | 11/25/2011 – Word Document PROJECT Red Trumpet **[ERCDLINK0595918]** | | | | | | | |
| PX0260 | 06/01/2011 – Intel Centrino Advanced-N 6200 Intel Centrino Ultimate-N 6300 Hardware Specification **[BELK00014217 - BELK00014241]** | | | | | | | |
| PX0266 | 00/00/2006 – Intel(R) Wireless WiFi Link 4965AGN User Guide **[75563DOC000049 - 75563DOC000239]** | | | | | | | |
| PX0283 | 2007  IEEE Standard 802.11 **[NO BATES]** | | | | | | | |
| PX0284 | 1999  IEEE Standard 802.11 **[NO BATES]** | | | | | | | |
| PX0285 | 2008  IEEE Standard 802.11n/D4.00 **[NO BATES]** | | | | | | | |
| PX0286 | 2009  IEEE Standard 802.11 **[NO BATES]** | | | | | | | |
| PX0287 | 1999  IEEE Standard 802.11 **[NO BATES]** | | | | | | | |
| PX0290 | 09/01/2004 Wi-Fi Certified for WMM Support for Multimedia Applications with Quality of Service in Wi-Fi Networks **[NO BATES]** | | | | | | | |
| PX0291 | 12/00/2012 ieee-sa Standards Board Bylaws **[NO BATES]** | | | | | | | |
| PX0293 | 01/29/2003 Letter of Assurance for Essential Patents to IEEE from Telefonaktiebolaget LM Ericsson **[NO BATES]** | | | | | | | |
| PX0294 | 04/18/2011 Letter of Assurance for Essential Patents to IEEE from Ericsson, Inc. **[NO BATES]** | | | | | | | |
| PX0295 | No date - Performance Analysis of the IEEE 802.11e Block Ack Scheme in a Noisy Channel by Tianji Li, Qiang Ni, Thierry Turletti, Yang Xiao **[NO BATES]** | | | | | | | |
| PX0296 | 10/21/2009 - A Performance analysis of block ACK scheme for IEEE 802.11e networks by Hyewon Lee, Ilenia Tinnirello, Jeonggyun Yu, Sunghyun Choi **[NO BATES]** | | | | | | | |
| PX0297 | 2005 - Compressed Block Ac, an efficient selective repeat mechanism for IEEE 802.11n by Tetsu Nakajim, Yoriko Utsunomiya, Tomoya Tandai, Tomoko Adachi and Masahiro Takagi **[NO BATES]** | | | | | | | |
| PX0298 | No date - A Simple and Efficient Selective Repeat Scheme for High Throughput WLAN, IEEE 802.11n by Tetsu Nakajim, Yoriko Utsunomiya, Tomoya Tandai, Tomoko Adachi and Masahiro Takagi **[NO BATES]** | | | | | | | |
| PX0300 | 02/17/2009 -  Implementation of Multi Service IEEE 802.11e Block Acknowledgement Policies by Orlando Cabral, Alberto Segarra and Fernando J. Velez **[NO BATES]** | | | | | | | |

| PX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX0301 | 2012 - Throughput Analysis of Block-Ack in IEEE 802.11n by Hongyuan Chen presented at the 2nd International Conference on Computer Application and System Modeling **[NO BATES]** | | | | | | | |
| PX0302 | 10/26/2004 - Throughput Analysis of IEEE 802.11e Wireless LANs and efficient Block Act mechanism by Il-Gu Lee, Sung-Pok Yoon and Sin-Chong Park **[NO BATES]** | | | | | | | |
| PX0303 | 07/02/2008 - Implementation of IEEE 802.11e Block Acknowledgement Policies by Orlando Cabral, Alberto Segarra and Fernando J. Velez | | | | | | | |
| PX0307 | Various Dates – Ascom Royalty Rate Reports **[ERCDLINK0051140 - ERCDLINK0051171, ERCDLINK0051174 - ERCDLINK0051211]** | | | | | | | |
| PX0308 | Various Dates – RIM Royalty Rate Reports **[ERDLINK0051116 - ERCDLINK0051119, ERCDLINK0051122 - ERCDLINK0051138]** | | | | | | | |
| PX0309 | Various Dates – Buffalo Royalty Rate Reports **[ERCDLINK0557919 - ERCDLINK0557930, ERCDLINK0557932]** | | | | | | | |
| PX0310 | Various Dates – Sonim Royalty Rate Reports **[ERCDLINK0051234]** | | | | | | | |
| PX0356 | Undated –  Nettles PCAP Files **[NETTLES00001832 - NETTLES00001922]** | | | | | | | |
| PX0398 | 05/15/2009 - User Manual: D-Link DAP-2590 Release 1.2; AirPremier N Dual Band PoE Access Point; Business Class Networking **[DKS --0175_00000870]** | | | | | | | |
| PX0407 | 06/30/2010 - Assignment Agreement between Telefonaktiebolaget LM Ericsson and Ericsson Inc. **[ERCDLINK00007751 - ERCDLINK00007752]** | | | | | | | |
| PX0408 | 07/25/2012 - Certified Assignment between B. Rathonyi, J. Sachs, M. Meyer, P. Beming, M. Johansson, C. Roobol, E. Schon and K. Inoue and Telefonaktiebolaget LM Ericsson dated July 3, 2000 **[ERCDLINK00042771 - ERCDLINK00042783]** | | | | | | | |
| PX0409 | 06/14/2012 - Certified Assignment between A. Raith, J. Ragsdale and J. Diachina and Telefonaktiebolaget LM Ericsson dated December 19, 1996 **[ERCDLINK0013246 - ERCDLINK0013249]** | | | | | | | |
| PX0410 | 06/14/2012 - Certified Assignment between T. Lazraq and F. Khan and Telefonaktiebolaget LM Ericsson dated May 13, 1999 **[ERCDLINK0013250 - ERCDLINK0013253]** | | | | | | | |
| PX0411 | 06/14/2012 - Certified Assignment between M. Larsson and P. Larsson and Telefonaktiebolaget LM Ericsson dated January 8, 1999 **[ERCDLINK0013254 - ERCDLINK0013257]** | | | | | | | |
| PX0412 | 06/14/2012 - Certified Assignment between S. Wager and r. Ludwig and Telefonaktiebolaget LM Ericsson dated March 27, 2000 **[ERCDLINK0013258 - ERCDLINK0013265]** | | | | | | | |
| PX0424 | 09/29/2004 - Presentation: AV Streaming In The Home - Guidelines for Network Hardware Vendors **[75666DOC065722 - 75666DOC065762]** | | | | | | | |
| PX0425 | 01/13/2005 - Email string from H. Kumar to D. Kitchin, K. Rajhamani, A. Gefrides, L. Machen, H. Elgebaly, D. Glendinning and V. Rao re: Intel Product Plan for WMM support **[75666DOC022049 - 75666DOC022052]** | | | | | | | |

| PX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX0426 | 08/00/2004 - Presentation: Intel VoIP API for WLAN **[75666DOC462834 - 75666DOC462862]** | | | | | | | |
| PX0430 | Undated - Photograph: Zonet 802.11n Wireless 300Mbps Broadband Router **[NETTLES00000114 - NETTLES00000150]** | | | | | | | |
| PX0434 | 08/00/2005 - Intel Kedron Basic Tx/Rx flows SAS Intel Secret **[75588DOC002366 - 75588DOC002428]** | | | | | | | |
| PX0435 | 09/00/2005 - Intel Kedron Power & Thermal Management (PTM) SAS Intel Secret **[75588DOC003218 - 75588DOC003306]** | | | | | | | |
| PX0436 | 03/00/2005 - Intel Kedron EAS Nevo Hardware\uCode Interface chapter Intel Secret **[75588DOC011103 - 75588DOC011238]** | | | | | | | |
| PX0437 | 00/00/2006 - Platform Technical Training 2006 Course #MPG206 Kedron Wireless LAN **[75630DOC000001 - 75630DOC000078]** | | | | | | | |
| PX0438 | 00/00/2006 - Intel Mobile Future Platform Enabling Tour (FPET) Kedron Design Review **[75630DOC000079 - 75630DOC000168]** | | | | | | | |
| PX0439 | Undated - Intel KedronHost Interface Performance **[75649DOC000705 - 75649DOC000760]** | | | | | | | |
| PX0440 | 05/05/2005 - Intel Kedron 802.11a/g/n Basic Tx/Rx Flow, SAS **[75649DOC002756 - 75649DOC002810]** | | | | | | | |
| PX0441 | 02/26/2007 - Intel KedronPower & Thermal Management, SAS **[75649DOC002955 - 75649DOC003033]** | | | | | | | |
| PX0442 | 05/18/2005 - Intel Kedron 802.11a/g/n Tx/Rx Flow, 11e (QoS) - Part 2 **[75649DOC003150 - 75649DOC003185]** | | | | | | | |
| PX0443 | 11/11/2005 - Intel Kedron 802.11a/g/n NIC Tx/Rx Flow **[75649DOC003187 - 75649DOC003234]** | | | | | | | |
| PX0455 | 03/00/2008 - Intel - A Practical Experiment with Draft-802.11n and 802.11g **[NO BATES]** | | | | | | | |
| PX0456 | 06/12/2007 - IEEE Standard for Information Technology- Telecommunications and information exchange between systems-Local and metropolitan area networks-Specific requirements Part 11:Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications **[NO BATES]** | | | | | | | |
| PX0459 | 06/27/2003-802.11G IEEE Standard for Information technology-Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications Amendment 4: Further Higher Data Rate Extension in the 2.4 GHz Band **[NO BATES]** | | | | | | | |
| PX0460 | 10/29/2009-IEEE Standard 802.11n Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications Amendment 5: Enhancements for Higher Throughput **[NO BATES]** | | | | | | | |

| PX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX0464 | 01/01/2012 - ASCOM Global Patent License Agreement with Ericsson **[ERCDLINK00595927-ERCDLINK00595946]** | | | | | | | |
| PX0469 | Various dates - Royalty Reports for Option LV **[ERCDLINK0051173; ERCDLINK0051213; ERCDLINK0051216; ERCDLINK0051218; ERCDLINK0051220; ERCDLINK0051225; ERCDLINK0051226; ERCDLINK0051232]** | | | | | | | |
| PX0471 | Next Generation Wireless LANs: Throughput, Robustness, and Reliability in 802.11n (2010) | | | | | | | |
| PX0472 | 3/25/2011 - Computer Networks, Fifth Edition: A Systems Approach by Larry L. Peterson, Bruce S. Davie Publication Date: March 25, 2011 \| ISBN-10: 0123850592 \| ISBN-13: 978-0123850591 \| Edition: 5; | | | | | | | |
| PX0476 | 10/7/2010 - Computer Networks (5th Edition), Andrew S. Tanenbaum (Author), David J. Wetherall  (Author) Publication Date: October 7, 2010 \| ISBN-10: 0132126958 \| ISBN-13: 978-0132126953 \| Edition: 5 | | | | | | | |
| PX0478 | 09/09/2012 - Ericsson, "Selective Repeat ARQ Mechanism in HiperLan/2" ETSI EP BRAN, Agenda Item: DLC Technical Specification (Mikael Larsson Deposition Exhibit 9) **[No bates] [75748DOC0005810]** | | | | | | | |
| PX0499 | Undated - Acer Accused Product List **[ERCDLINK0598198-ERCDLINK0598208]** | | | | | | | |
| PX0500 | Undated - Belkin Accused Products **[ERCDLINK0598209-ERCDLINK0598210]** | | | | | | | |
| PX0501 | Undated - Dlink Accused Product List **[ERCDLINK0598211-ERCDLINK0598212]** | | | | | | | |
| PX0502 | Undated - Dell Accused Product List **[ERCDLINK0598213-ERCDLINK0598231]** | | | | | | | |
| PX0504 | Undated - D-Link User Manual DIR-615 Version 5.2 **[ERCDLINK0598233-ERCDLINK0598361]** | | | | | | | |
| PX0506 | Undated - Belkin Wireless Cable/DSL Gateway Router - User Manual **[ERCDLINK0598364-ERCDLINK0598434]** | | | | | | | |
| PX0507 | 01/12/2005 - Letter of Assurance for Essential Patents **[ERCDLINK0598435]** | | | | | | | |
| PX0508 | Undated - Netgear Accused Product List **[ERCDLINK0598436-ERCDLINK0598438]** | | | | | | | |
| PX0509 | 04/00/2006 - Netgear 54 Mbps Wireless Router WGR614v7 Reference Manual **[ERCDLINK0598439-ERCDLINK0598592]** | | | | | | | |
| PX0510 | Undated - Toshiba Accused Product List **[ERCDLINK0598593-ERCDLINK0598603]** | | | | | | | |
| PX0511 | 03/30/2011 - Bruce Kraemer email to Anna Johns re Request for Letter of Assurance **[ERCDLINK0011257_0001-00001 - ERCDLINK0011257_0001-00007]** | | | | | | | |
| PX0512 | Undated - DLINK DSL-G604T Wireless ADSL Router - User's Guide **[DKS 010144-DKS010222]** | | | | | | | |
| PX0514 | 02/15/2011 - Intel Wi-Fi Adapters Systems Developer Kit - Programmers Reference Manual Revion 0.6 **[75671DOC631722-75671DOC631966]** | | | | | | | |

| PX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX0515 | 04/13/1999 - 04/16/1999 - Ericsson, "RLC Status PDU Format" Agenda Item 8.3 TSG-RAN Working Group 2, Yokohama (Andreas Iwerback Deposition Exhibit 7) **[75748DOC059004 - 75748DOC059008]** | | | | | | | |
| PX0537 | 05/31/2013 - PCAP testing produced with Supplemental Expert Reprt of Scott Nettles, Ph.D. on QOS Testing **[no bates]** | | | | | | | |
| PX0538 | Undated - D-Link DVA-N3260B All-In-One Internet & VoIP Phone Solution - Wireless 11N VIIP ADSL2+ Modem Router **[no bates]** | | | | | | | |
| PX0541 | 06/02/2013 - Stipulation Regarding Accused Product Units of Toshiba America Information Systems, Inc. **[no bates]** | | | | | | | |
| PX0542 | 10/8/2012 - Defendants Acer, Inc., Acer America Corporation, and Gateway, Inc.'s Responses and Objections to Plaintiffs' Sixth Set of Common Interrogatories (Nos. 21-27), and First Set of Specific Interrogatories (Nos. 1-2) **[no bates]** | | | | | | | |
| PX0543 | 10/9/2012 - D-Link's Responsesw to Sixth Set of Interrogatories **[no bates]** | | | | | | | |
| PX0544 | 10/9/2012 - Netgear Responses to Sixth Set of Interrogatories **[no bates]** | | | | | | | |
| PX0545 | 12/14/2012 - Belkin's Supplemental Responses to Ericssons' Sixth Common and First Specific Interrogatories **[no bates]** | | | | | | | |
| PX0546 | 12/14/2012 - Dell's First Supplemental Responses to Ericsson's Sixth Common Interrogatories (21-27) and First Specific Interrogatories (1-2) **[no bates]** | | | | | | | |
| PX0547 | 12/14/2012 - Toshiba's First Supplemental Response to Ericsson's Sixth Interrogatories **[no bates]** | | | | | | | |
| PX0548 | Certificate WFA5313 **[no bates]** | | | | | | | |
| PX0549 | Certificate WFA10086 **[no bates]** | | | | | | | |
| PX0550 | 03/29/2012 - IEEE Standard 802.11 **[75747DOC5814230-75747DOC5817022]** | | | | | | | |
| PX0551 | 7/17/2012 - Intel's Responses to Plaintiff's First Set of Common Interrogatories (1-13) **[no bates]** | | | | | | | |
| PX0552 | 11/7/2012 - Intel's First Supplemental Responses to Ericsson's First Common Interrogatories (1, 2-4) **[no bates]** | | | | | | | |
| PX0553 | 06/02/2013 - STIPULATION REGARDING ACCUSED PRODUCT UNITS OF DELL INC. **[no bates]** | | | | | | | |
| PX0554 | 06/02/2013 - STIPULATION REGARDING NOTICE DATES **[no bates]** | | | | | | | |
| PX0557 | Undated - Summary of Intel's Accused Chipsets **[no bates]** | | | | | | | |
| PX0558 | 6/3/2013 - Stipulation regarding Belkin Royalty Base [no bates] | | | | | | | |
| PX0559 | 6/3/2013 - Stipulation regarding Netgear Royalty Base [no bates] | | | | | | | |
| PX0560 | 6/3/2013 - Stipulation regarding Acer Royalty Base [no bates] | | | | | | | |

| PX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX0561 | 6/3/2013 - Stipulation regarding D-Link Royalty Base [no bates] | | | | | | | |
| PX0562 | 11/11/2005 - IEEE Standard for Information technology-Telecommunications and information exchange between systems-Local and metropolitan area networks-Specific requirements Part 11: Wireless LAN Medium Access Control (MAC) Quality of Service Enhancements **[no bates]** | | | | | | | |
| PX0563 | 5/25/1999 - TSG-RAN Working Gropu 2 (Radio layer 2 and Radio layer 3) - RLC Status PDU Refinement **[ERCDLINK0392087_0001-ERCDLINK0392087_0005]** | | | | | | | |
| PX0564 | Undated - ETSI TS 125 322 V3.2.0 (2000-03) Universal Mobile Telecommunications Systems (UMTS) | | | | | | | |
| PX0565 | 08/13/2012 - Belkin International, Inc.'s Responses to Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericssons' Fifth Set of Common Interrogatories (No. 19-20) to Belkin International, Inc. | | | | | | | |
| PX0586 | WiFi Certified Interoperability Certificate | | | | | | | |

I

*The attached are exhibits which Ericsson, Inc. ("Ericsson") may offer at trial. Ericsson may decide not to offer certain of the listed exhibits into evidence, and some of the exhibits are contingent on what Defendants offer into evidence. The inclusion of an exhibit on this list does not constitute an admission that the exhibit would be admissible if offered by Defendants. Ericsson reserves the right to supplement or amend this exhibit list. Ericsson further reserves the right to offer into evidence any trial exhibit listed on Defendants' trial exhibit list.*

Respectfully submitted,

/s/ *Theodore Stevenson*

Theodore Stevenson III (Texas Bar No. 19196650)
Lead Attorney
Douglas A. Cawley (Texas Bar No. 04035500)
Ashley N. Moore (Texas Bar No. 24074748)
Justin Nemunaitis (Texas Bar No. 24065815)
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
Email: tstevenson@mckoolsmith.com
Email: dcawley@mckoolsmith.com
Email: amoore@mckoolsmith.com
Email: jnemunaitis@mckoolsmith.com

Sam Baxter (Texas Bar No. 01938000)
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
Email: sbaxter@mckoolsmith.com

**ATTORNEYS FOR PLAINTIFFS
ERICSSON INC. and TELEFONAKTIEBOLAGET LM
ERICSSON**

# CERTIFICATE OF SERVICE

The foregoing document was served upon counsel for all parties who have consented toservice via the Court's ECF System on this 12th day of June, 2013.

/s/ *Theodore Stevenson*
Theodore Stevenson III