# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ERICSSON, INC., ET AL | § | |
| PLAINTIFF, | § § § | |
| VS. | § § | Civil Action No. 6:10-CV-473 |
| D-LINK CORPORATION, ET AL | § § | JURY TRIAL DEMANDED |
| DEFENDANTS. | § § § | |

6:10-CV-473
PLAINTIFFS'
EXHIBIT LIST
9   6·12·13

## PLAINTIFF ERICSSON'S DEMONSTRATIVE EVIDENCE TRIAL EXHIBIT LIST

| PRESIDING JUDGE: The Honorable Leonard Davis | PLAINTIFFS' ATTORNEY: Theodore Stevenson III, Douglas A. Cawley John B. Campbell | DEFENDANT'S ATTORNEY: Robert a. Van Nest; Gregoryf Arovas, Luke Dauchot |
|---|---|---|
| TRIAL DATE (S): June 3, 2013 | COURT REPORTER: Shea Sloan | COURTROOM DEPUTY: Rosa Ferguson |

| PLAINTIFFS' DEMONSTRATIVE EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| PX DEMONSTRATIVE 0001 | Foam board of Base Station and 4 terminals |
| PX DEMONSTRATIVE 0002 | Foam board for US Patent 6,466,568 |
| PX DEMONSTRATIVE 0003 | Foam board for US Patent 6,772,215 |
| PX DEMONSTRATIVE 0004 | Foam board for US Patent 6,424,625 |
| PX DEMONSTRATIVE 0005 | Foam board for US Patent 6,330,435 |
| PX DEMONSTRATIVE 0006 | Foam board for US Patent 6,519,223 |

| PLAINTIFFS' DEMONSTRATIVE EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| PX DEMONSTRATIVE 0007 | Foam board for '215 BlockAck |
| PX DEMONSTRATIVE 0008 | Foam board for '568 QoS Control |
| PX DEMONSTRATIVE 0009 | Foam board for claim 1 of '435 patent and '625 patent |
| PX DEMONSTRATIVE 0010 | Foam board for '223 DataLink Layer |
| PX DEMONSTRATIVE 0011 | Foam board with hand drawing of the window board |
| PX DEMONSTRATIVE 0012 | Flip chart page with terms written out for US Patents 6,466,568; 6,772,215; 6,424,625, 6,330,435 and 6,519,223 |
| PX DEMONSTRATIVE 0013 | Netgear Universal WiFi Range Extender 4-port WiFi Adapter |
| PX DEMONSTRATIVE 0014 | Blackberry Playbook 16G Tablet |
| PX DEMONSTRATIVE 0015 | Buffalo N600 highpower Gigabit Dual Band Router |
| PX DEMONSTRATIVE 0016 | Netgear Router - N6000 Wireless Dual Band Router |
| PX DEMONSTRATIVE 0017 | D-Link Xtreme N Gigabit Router - WiFi for the large home + Gigabit connectivity |
| PX DEMONSTRATIVE 0018 | HP Laptop |
| PX DEMONSTRATIVE 0019 | Hand drawn "Packet" with Data Link Layer Start; MAC Layer [high], LLC Layer, MAC Layer [low], Physical Layer |

Respectfully submitted,

/s/ *Theodore Stevenson*
Theodore Stevenson III (Texas Bar No. 19196650)
Lead Attorney
Douglas A. Cawley (Texas Bar No. 04035500)
Ashley N. Moore (Texas Bar No. 24074748)
Justin Nemunaitis (Texas Bar No. 24065815)
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
Email: tstevenson@mckoolsmith.com
Email: dcawley@mckoolsmith.com
Email: amoore@mckoolsmith.com
Email: jnemunaitis@mckoolsmith.com

Sam Baxter (Texas Bar No. 01938000)
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
Email: sbaxter@mckoolsmith.com

**ATTORNEYS FOR PLAINTIFFS
ERICSSON INC. and TELEFONAKTIEBOLAGET LM
ERICSSON**