IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ERICSSON INC., et al.,

        Plaintiffs,

        vs.

D-LINK CORPORATION, et al.,

        Defendants.

Civil Action No. 6:10-cv-473

JURY TRIAL DEMANDED

## PLAINTIFFS' AMENDED ADMITTED EXHIBIT LIST
### FOR THE JUNE 12, 2013 BENCH TRIAL

| |
|---|
| PX0003 |
| PX0004 |
| PX0006 |
| PX0008 |
| PX0010 |
| PX0026 |
| PX0027 |
| PX0028 |
| PX0029 |
| PX0030 |
| PX0031 |
| PX0032 |
| PX0033 |
| PX0037 |
| PX0224 |
| PX0238 |
| PX0293 |
| PX0294 |
| PX0307 |
| PX0308 |
| PX0309 |
| PX0310 |
| PX0407 |
| PX0408 |
| PX0409 |
| PX0410 |
| PX0411 |
| PX0412 |

6:10-CV-473
PLAINTIFFS'
EXHIBIT LIST
10  6·13·13

| |
|---|
| PX0464 |
| PX0469 |
| PX0499 |
| PX0500 |
| PX0501 |
| PX0502 |
| PX0507 |
| PX0508 |
| PX0510 |
| PX0511 |
| PX0517 |
| PX0541 |
| PX0553 |
| PX0554 |
| PX0590 |
| PX0591 |
| PX0592 |
| PX0612 |
| PX0616 |
| DX013 |
| DX015 |
| DX022 |
| DX024 |
| DX041 |
| DX052 |
| DX0237 |
| DX0448 |