# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

ERICSSON INC., et al.,

    Plaintiffs,

    vs.

D-LINK CORPORATION, et al.,

    Defendants.

Civil Action No. 6:10-cv-473

**JURY TRIAL DEMANDED**

## DEFENDANTS' LIST OF PRE-ADMITTED EXHIBIT LIST FOR JUNE 3, 2013

| |
|---|
| DX-1 ✓ |
| DX-2 ✓ |
| DX-6 ✓ |
| DX-7 ✓ |
| DX-8 ✓ |
| DX-10 ✓ |
| DX-11 ✓ |
| DX-12 ✓ |
| DX-13 ✓ |
| DX-14 ✓ |
| DX-19 ✓ |

6:10-CV-473
DEFENDANTS'
EXHIBIT LIST
✓ 1   6·3·13

| |
|---|
| DX-21 ✓ |
| DX-51 ✓ |
| DX-58 ✓ |
| DX-62 ✓ |
| DX-64 ✓ |
| DX-65 ✓ |
| DX-78 ✓ |
| DX-81 ✓ |
| DX-85 ✓ |
| DX-97 ✓ |
| DX-98 ✓ |
| DX-99 ✓ |
| DX-101 ✓ |
| DX-107 (RFA 15 only) ✓ |
| DX-108 ✓ |
| DX-109 ✓ |
| DX-110 ✓ |
| DX-132 ✓ |
| DX-151 ✓ |
| DX-154 ✓ |

| |
|---|
| DX-169 |
| DX-220 (Rogg. No. 9) |
| DX-248 |
| DX-286 |
| DX-313 |
| DX-320 |
| DX-321 |
| DX-327 |
| DX-330 |
| DX-357 |
| DX-448 |
| DX-449 |
| DX-537 |
| DX-539 |

3