IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERICSSON INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>D-LINK CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 6:10-cv-473<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' LIST OF PRE-ADMITTED EXHIBITS FOR JUNE 4, 2013

| |
|---|
| DX-23 ✓ |
| DX-80 ✓ |
| DX-104 ✓ |
| DX-136 ✓ |
| DX-137 ✓ |
| DX-138 ✓ |
| DX-198 ✓ |
| DX-521 ✓ |
| DX-522 ✓ |
| DX-523 ✓ |
| DX-524 ✓ |



6:10-CV-473
DEFENDANTS'
EXHIBIT LIST
✓  2   6.4.13

| |
|---|
| **DX-525** ✓ |
| **DX-526** ✓ |
| **DX-527** ✓ |
| **DX-528** ✓ |
| **PX-249** ✓ |

K&E 26742092.1