# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

ERICSSON INC., et al.,

    Plaintiffs,

    vs.

D-LINK CORPORATION, et al.,

    Defendants.

Civil Action No. 6:10-cv-473

**JURY TRIAL DEMANDED**

## DEFENDANTS' LIST OF PRE-ADMITTED EXHIBITS FOR JUNE 5, 2013

| |
|---|
| DX-37 ✓ |
| DX-149 ✓ |
| DX-160 ✓ |
| DX-161 ✓ |
| DX-170 ✓ |
| DX-189 ✓ |
| DX-193 ✓ |
| DX-231 ✓ |
| DX-232 ✓ |
| DX-233 ✓ |
| DX-241 ✓ |
| DX-243 ✓ |



6:10-CV-473
DEFENDANTS'
EXHIBIT LIST
✓   3   6.5.13

| DX-246 ✓ |
|---|
| DX-249 ✓ |
| DX-250 ✓ |
| DX-252 ✓ |
| DX-253 ✓ |
| DX-254 ✓ |
| DX-263 ✓ |
| DX-307 ✓ |
| DX-305 ✓ |
| DX-350 ✓ |
| DX-356 ✓ |
| DX-453 ✓ |
| DX-477 ✓ |
| DX-510 ✓ |
| DX-519 ✓ |
| DX-520 ✓ |
| DX-550 ✓ |
| DX-553 ✓ |
| DX-591 ✓ |
| DX-598 ✓ |
| DX-604 ✓ |

K&E 26742092.1