# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

ERICSSON INC., et al.,

  Plaintiffs,

  vs.

D-LINK CORPORATION, et al.,

  Defendants.

Civil Action No. 6:10-cv-473

JURY TRIAL DEMANDED

## DEFENDANTS' LIST OF PRE-ADMITTED EXHIBITS FOR JUNE 6, 2013

| |
|---|
| DX-4 ✓ |
| DX-5 ✓ |
| DX-38 ✓ |
| DX-113 ✓ |
| DX-169 ✓ |
| DX-227 ✓ |
| DX-230 ✓ |
| DX-244 ✓ |
| DX-255 ✓ |
| DX-291 ✓ |
| DX-450 ✓ |
| DX-479 ✓ |



6:10-CV-473
DEFENDANTS'
EXHIBIT LIST
✓   4   6.6.13

| | |
|---|---|
| DX-518 ✓ | |
| DX-543 ✓ | |
| DX-546 ✓ | |
| DX-602 ✓ | |
| DX-606 ✓ | |
| DX-607 ✓ | |