# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

ERICSSON INC., et al.,

    Plaintiffs,

vs.

D-LINK CORPORATION, et al.,

    Defendants.

Civil Action No. 6:10-cv-473

**JURY TRIAL DEMANDED**

## DEFENDANTS' LIST OF PRE-ADMITTED EXHIBITS FOR JUNE 10, 2013

| |
|---|
| DX-89 ✓ |
| DX-90 ✓ |
| DX-105 ✓ |
| DX-120 ✓ |
| DX-133 ✓ |
| DX-147 ✓ |
| DX-148 ✓ |
| DX-152 ✓ |
| DX-186 ✓ |
| DX-196 ✓ |
| DX-209 ✓ |
| DX-281 ✓ |
| DX-302 ✓ |

6:10-CV-473
DEFENDANTS'
EXHIBIT LIST
✓ 5   6.10.13

| | |
|---|---|
| DX-306 | ✓ |
| DX-315 | ✓ |
| DX-325 | ✓ |
| DX-326 | ✓ |
| DX-328 | ✓ |
| DX-332 | ✓ |
| DX-333 | ✓ |
| DX-586 | ✓ |
| DX-599 | ✓ |
| DX-603 | ✓ |
| PX-36 | ✓ |
| PX-456 | ✓ |
| PX-459 | ✓ |
| PX-460 | ✓ |

K&E 26742092.1