# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

ERICSSON INC., et al.,

    Plaintiffs,

    vs.

D-LINK CORPORATION, et al.,

    Defendants.

Civil Action No. 6:10-cv-473

**JURY TRIAL DEMANDED**

## DEFENDANTS' SUPPLEMENTAL LIST OF PRE-ADMITTED EXHIBITS FOR JUNE 11, 2013

| |
|---|
| DX-15 ✓ |
| DX-18 ✓ |
| DX-72 ✓ |
| DX-73 ✓ |
| DX-74 ✓ |
| DX-79 ✓ |
| DX-82 ✓ |
| DX-86 ✓ |
| DX-87 ✓ |
| DX-88 ✓ |
| DX-89 ✓ |
| DX-90 ✓ |



6:10-CV-473
DEFENDANTS'
EXHIBIT LIST
✓   6   6.11.13

| | |
|---|---|
| DX-100 | ✓ |
| DX-105 | ✓ |
| DX-127 | ✓ |
| DX-152 | ✓ |
| DX-156 | ✓ |
| DX-175 | ✓ |
| DX-180 | ✓ |
| DX-186 | ✓ |
| DX-335 | ✓ |
| DX-404 | ✓ |
| DX-405 | ✓ |
| DX-511 | ✓ |
| DX-516A | ✓ |
| DX-516B | ✓ |
| DX-548 | ✓ |
| DX-549 | ✓ |
| DX-551 | ✓ |
| DX-572 | ✓ |

K&E 26742092.1