IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERICSSON INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>D-LINK CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 6:10-cv-473<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' LIST OF PRE-ADMITTED EXHIBITS FOR
JUNE 12, 2013 BENCH TRIAL**

| |
|---|
| DX-157 |
| DX-158 |
| DX-159 |
| DX-162 |
| DX-163 |
| DX-164 |
| DX-614 |
| DX-616 |
| PX-57 |
| PX-222 |
| PX-228 |
| PX-593 |
| PX-594 |

6:10-CV-473
DEFENDANTS'
EXHIBIT LIST
7  6·12·13

K&E 26742092.1

| |
|---|
| PX-595 |
| PX-596 |
| PX-603 |
| PX-605 |
| PX-608 |
| PX-611 |
| PX-612 |
| PX-614 |

K&E 26742092.1