# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ERICSSON INC. et al.<br><br>Plaintiffs,<br><br>vs.<br><br>D-LINK CORPORATION, et al.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

Civil Action No. 6:10-CV-473

JURY TRIAL DEMANDED

**6:10-CV-473 DEFENDANTS' EXHIBIT LIST**

✓ 8  6·12·13

## DEFENDANTS' ADMITTED TRIAL EXHIBIT LIST

| DX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJ | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/16/2005 - Ericsson, "IPR Information Statement and Licensing Declaration" signed by Sundborg, Jonas. for ETSI [75747DOC5809462 - 75747DOC5809475] | | | | | | 6/3/2013 | |
| 2 | 04/22/2009 - Ericsson, "IPR Information Statement and Licensing Declaration" signed by Lovgren, Tage. for ETSI [75747DOC5809489 - 75747DOC5809502] | | | | | | 6/3/2013 | |
| 4 | 04/03/2012 - U.S. Patent Number No. 8,149,875 B2 ("Parkvall et al.") (Reiner Ludwig Deposition Exhibit 9) [75753DOC007680 - 75753DOC007689] | | | | | | 6/6/2013 | |
| 5 | 00/00/2005 - Dahlman, Erik, et al. "A Framework for Future Radio Access" 2005 (Reiner Ludwig Deposition Exhibit 10) [75753DOC006672 - 75753DOC006676] | | | | | | 6/6/2013 | |
| 6 | 11/05/2007 - Agenda Item 5.1.2.5 "RLC Window Operation," Jeju, Korea (Reiner Ludwig Deposition Exhibit 18) [No bates] | | | | | | 6/3/2013 | |
| 7 | 01/14/2007 - Agenda Item #x.y.z. "On the Need for Move Receiver Window (MRW)" Document for meeting in Sevilla, Spain (Reiner Ludwig Deposition Exhibit 19) [ERCDLINK0112501 - ERCDLINK0112501_00003] | | | | | | 6/3/2013 | |
| 8 | 10/08/2007 - Agenda Item 5.1.2.5, "SDU Discard," Shanghai, China (Reiner Ludwig Deposition Exhibit 20) [No bates] | | | | | | 6/3/2013 | |
| 10 | 09/24/2009 - Patent Portfolio, Ericsson Presentation (Stefan Henrik Wagner Deposition Exhibit 7) [ERCDLINK0007864_0001 - ERCDLINK0007864_0094] | | | | | | 6/3/2013 | |
| 11 | 06/26/1997 - IEEE Standard 802.11-1997 (Stefan Henrik Wager Deposition Exhibit 8) [DEFS00003726 - DEFS00004191] | | | | | | 6/3/2013 | |
| 12 | 07/16/2004 - 08/31/2004 - E-mail Series from Wager, S. to Persson, F., et al., Subject: "RE: Speech Quality & RLC Unacknowledged Mode" (Stefan Henrik Wager Deposition Exhibit 9) [ERCDLINK0096012 - ERCDLINK0096012_00005] | | | | | | 6/3/2013 | |
| 13 | 08/20/2007 - Agenda Item 5.2.2 "SDU Discard" 3GPP, TSG-RAN WG2 Number 59, Athens, Greece (Stefan Henrik Wager Deposition Exhibit 11) [No bates] | | | | | | 6/3/2013 | |

| DX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJ | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| 14 | 02/10/2010 - Magnusson, M. "ERICSSON PATENT Q&A" Approved by Gustav Brismark (Lars Brismark (Vol. I) Deposition Exhibit 10) [ERCDLINK0007792_0001 - ERCDLINK0007792_0011] *Bates not on doc | | | | | | 6/3/2013 | |
| 15 | 00/00/2008 - "Patent Strategies - A Fork in the Road Towards 4G" (Lars Brismark (Vol. I) Deposition Exhibit 11) [No bates] | | | | | | 6/11/2013 | |
| 18 | 10/19/2009 - Brismark, Gustav, "Patent Strategies and Its Impact On Innovation," (Lars Brismark (Vol. II) Deposition Exhibit 17) [ERCDLINK0025872 - ERCDLINK0025891] | | | | | | 6/11/2013 | |
| 19 | 04/18/2011 - Letter of Assurance for Essential Patent Claims (Lars Brismark (Vol. II) Deposition Exhibit 19) [ERCDLINK0011197_001 - ERCDLINK0011197_004] | | | | | | 6/3/2013 | |
| 21 | 03/12/2004 - Ericsson Presentation: "WLAN Licensing: Business Case" (Lars Brismark (Vol. III) Deposition Exhibit 25) [ERCDLINK0043202-00001 - ERCDLINK0043202-00017] | | | | | | 6/3/2013 | |
| 23 | 06/19/2012 - Patent Licensing Agreement Between Sisvel UK Ltd. and Ericsson (Lars Brismark (Vol. III) Deposition Exhibit 29) [ERCDLINK0561660-00001 - ERCDLINK0561660-00022] | | | | | | 6/4/2013 | |
| 37 | 11/00/1994 - IEEE P802.11 Draft 20b3: Wireless LAN Medium Access Control and Physical Specifications (Alex Krister Raith Deposition Exhibit 5) [DEFS00012605 - DEFS00012996] | | | | | | 6/5/2013 | |
| 38 | 09/00/1981 - Internet Protocol DARPA Internet Program (Alex Krister Raith Deposition Exhibit 6) [PA00008806 - PA00008854] | | | | | | 6/6/2013 | |
| 51 | 02/24/2010 - Ericsson Presentation, LPD All Staff (Andreas Iwerback Deposition Exhibit 13) [ERCDLINK0025814 - ERCDLINK0025870] | | | | | | 6/3/2013 | |
| 58 | 05/08/2000 - Rydnell, G., "HiperLAN type 2 - Data Transport," IEEE 802.11-00/096 (Gunnar Rydnell Deposition Exhibit 5) [75747DOC5793396 - 75747DOC5793417] | | | | | | 6/3/2013 | |
| 62 | 09/16/2011 - Ericsson Preparing the IPR Organization For Growth, Project Plan (Christina Petersson Deposition Exhibit 2) [ERCDLINK0166294-00001 - ERCDLINK0166294-00027] | | | | | | 6/3/2013 | |
| 64 | Undated - Ericsson's Response to FTC's Request for Comments (Standard Setting Workshop, Project No. P111204) (Christina Petersson Deposition Exhibit 8) [No bates] | | | | | | 6/3/2013 | |
| 65 | 09/17/2009 - Ericsson Presentation, 802.11n Pricing (Christina Petersson Deposition Exhibit 13) [No bates] | | | | | | 6/3/2013 | |
| 72 | 02/14/2012 - Ericsson Internal Q&A BelAir Networks (Per Nordlof Deposition Exhibit 4) [ERCDLINK178000-0001 - ERCDLINK178000-00011] | | | | | | 6/11/2013 | |
| 73 | 02/21/2012 - Ericsson Presentation, Ericsson Acquires BelAir Networks (Per Nordlof Deposition Exhibit 5) [ERCDLINK0056804-00001 - ERCDLINK0056804-00023] | | | | | | 6/11/2013 | |
| 74 | 02/08/2012 - Ericsson Presentation, "Ericsson Acquires BelAir Networks", February 2012 (Per Nordlof Deposition Exhibit 6) [ERCDLINK0177999-00001 - ERCDLINK0177999-00027] | | | | | | 6/11/2013 | |
| 78 | 02/08/2011 - Ericsson Presentation "FRAND: Ericsson's Position, Internal Training" (Nils Forslund Deposition Exhibit 7) [ERCDLINK0042852-00001 - ERCDLINK0042852-00017] | | | | | | 6/3/2013 | |
| 79 | 11/25/2009 - Ericsson Presentation, "Patent Licensing and Profitability Presentation" (Nils Forslund Deposition Exhibit 9) [ERCDLINK042909_0001 - ERCDLINK042909_0029] | | | | | | 6/11/2013 | |
| 80 | 10/22/2003 - E-mail from Gedda to Forslund Re 802.11DS?!? w/Translation (Nils Forslund Deposition Exhibit 10) [ERCDLINK0043366-00001 - ERCDLINK0043366-00002] [75771DOC000065 - 75771DOC000069] | | | | | | 6/4/2013 | |

| DX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJ | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| 81 | 05/23/2012 - Ericsson Presentation "WLAN Licensing Strategy" (Nils Forslund Deposition Exhibit 11) [ERCDLINK0173832] | | | | | | 6/3/2013 | |
| 82 | 03/21/2011 - Ericsson Presentation "The Role of IPR in a Competitive LTE Market Presentation" Ekudden, et al. (Nils Forslund Deposition Exhibit 12) [ERCDLINK0164037-00001 - ERCDLINK0164037-00029] | | | | | | 6/11/2013 | |
| 85 | 01/16/2009 - Ericsson Presentation to DG Enterprise UMTS Standardization in ETSI and 3GPP, Sundborg and Brismark (Jonas Sundborg Deposition Exhibit 1) [ERCDLINK0169227-00001 - ERCDLINK0169227-00031] | | | | | | 6/3/2013 | |
| 86 | 10/10/2012 - Ericsson Patent Roundtable, "Ericsson on FRAND and SEP Litigation" (Jonas Sundborg Deposition Exhibit 3) [75755DOC000055] | | | | | | 6/11/2013 | |
| 87 | Undated - HP/Ericsson Value Spreadsheets (Anna Johns Deposition Exhibit 2) [ERCDLINK169681] | | | | | | 6/11/2013 | |
| 88 | Undated - HP Unit Sales Data (Anna Johns Deposition Exhibit 1) [ERCDLINK490768-00001 - ERCDLINK490768-00002] | | | | | | 6/11/2013 | |
| 89 | 03/08/2011 - HP-Ericsson Technical Discussion: Ericsson Background and Patent Portfolio" Presentation (Anna Johns Deposition Exhibit 4) [ERCDLINK0490743-00001 - ERCDLINK0490743-00010] | | | | | | 6/10/2013 | |
| 90 | 03/08/2011 - Ericsson Presentation "HP-Ericsson Technical Discussion: Wrap-Up" (Anna Johns Deposition Exhibit 5) [ERCDLINK0490745-00001 - ERCDLINK0490745-00010] | | | | | | 6/10/2013 | |
| 97 | Undated - Ericsson Presentation, "IPR at Ericsson" Alex Jamal (Kasim Alfalahi Deposition Exhibit 1) [ERCDLINK0011126_0001-00001 - ERCDLINK0011126_0001-00028] | | | | | | 6/3/2013 | |
| 98 | 02/14/2004 - Ericsson Presentation, "All Staff Meeting, May 2005, Lessons Learned - WLAN prosecution", Forslund and Gedda (Kasim Alfalahi Deposition Exhibit 4) [ERCDLINK0043274-0001 - ERCDLINK0043274-0009] | | | | | | 6/3/2013 | |
| 99 | 09/25/2008 - Ericsson Memo, "Internal Q&A On IPR Story" (Kasim Alfalahi Deposition Exhibit 7) [ERCDLINK0010955_0001-00001 - ERCDLINK0010955_0001-00007] | | | | | | 6/3/2013 | |
| 100 | 05/09/2012 - Ericsson Presentation "Arete" (Kasim Alfalahi Deposition Exhibit 8) [ERCDLINK0163909-00001 - ERCDLINK0163909-00028] | | | | | | 6/11/2013 | |
| 101 | 06/12/2002 - Technology Transfer and License Agreement Between Telefonaktiebolaget LM Ericsson and Ericsson Enterprise AB (Kasim Alfalahi Deposition Exhibit 14) [ERCDLINK0024087 - ERCDLINK0024096] | | | | | | 6/3/2013 | |
| 104 | Undated - Ericsson Presentation on 50B Licensing (Kasim Alfalahi Deposition Exhibit 17) [ERCDLINK0166067-00001 - ERCDLINK0166067-00026] | | | | | | 6/4/2013 | |
| 105 | 06/15/2011 - E-mail from Hans Vestberg to Jartby, Mandersson, et al., Subject: HP CEO (Kasim Alfalahi Deposition Exhibit 21) [ERCDLINK0597973] | | | | | | 6/10/2013 | |
| 107 | 11/16/2012 - Ericsson's Responses to Defendants' First Set of Common Requests for Admission (No. 15 only) (Marie Gedda Deposition Exhibit 3) [No bates] | | | | | | 6/3/2013 | |
| 108 | 11/19/2004 - E-Mails from Marie Gedda to Nhils Forslund Re: D-Link (Marie Gedda Deposition Exhibit 12) [ERCDLINK0014310 - ERCDLINK0014311] | | | | | | 6/3/2013 | |
| 109 | 10/17/2007 - E-mail from Marie Gedda to Johanna Lindqvist and Nhils Forslund Re: QUESTION: Eternal invention D83 within 802.11e, w/ Translation (Marie Gedda Deposition Exhibit 19) [No bates] [75771DOC000096 - 75771DOC000100] | | | | | | 6/3/2013 | |

Ericsson Inc. et al. v. D-Link Corporation et al.,

Civil Action No. 6:10-cv-473
K\761378.1

Defendants' Admitted Trial Exhibit List

| DX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJ | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| 110 | 10/17/2007 - E-mail from Marie Gedda to Johanna Lindqvist and Nhils Forslund Re: QUESTION: Eternal Invention Within 802.11e (Marie Gedda Deposition Exhibit 20) [ERCDLINK0043482-00001 - ERCDLINK0043482-00002] [75771DOC000093 - 75771DOC000096] | | | | | | 6/3/2013 | |
| 113 | 1998 - ETSI Technical Report 101 173 V1.1.1 "Broadband Radio Access Networks (BRAN); Inventory of Broadband Radio Technologies and Techniques" (Goran Malmgren Deposition Exhibit 13) [DEFS000018005 - DEFS000018045] | | | | | | 6/6/2013 | |
| 120 | 10/13/1997 - Petras, et al., Petras ComNets Submission, "Candidate Protocol Stack (MAC + LLC) for a Wireless ATM Air Interface", WG3 Temporary document WG3TD76 (12/29/2012 Disclosure of Dietmar Petras Exhibit 11) [75748DOC0058940 - 75748DOC0058965; ERCDLINK0404526-00001 - ERCDLINK0404526-00026] | | | | | | 6/10/2013 | |
| 127 | 04/27/2010 - Analyst Briefing Outline [ERCDLINK0011003_00001 - ERCDLINK0011003_00003] | | | | | | 6/11/2013 | |
| 132 | Undated - A History of Innovation, Intel Corporation, http://www.intel.com/content/www/us/en/history/historic-timeline.html?iid=about%20ln_history [No bates] | | | | | | 6/3/2013 | |
| 133 | 03/28/2007 - Amendment to Patent Cross License Agreement Between Agere Systems Inc. and LSI Logic Corporation [75756DOC001088 - 75756DOC001100] | | | | | | 6/10/2013 | |
| 136 | 06/10/2011 - Forslund, N., "LTE Patent licensing - White Paper Draft" [ERCDLINK0042959 - ERCDLINK0042959_00009] | | | | | | 6/4/2013 | |
| 137 | Undated - "N Patent Portfolio - Valuation," Ericsson Presentation [ERCDLINK0043115 - ERCDLINK0043115_00022] | | | | | | 6/4/2013 | |
| 138 | 05/18/2011 - Brismark, G., "IPR Strategy and Business," Ericsson Presentation [ERCDLINK0164010 - ERCDLINK0164010_00041] | | | | | | 6/4/2013 | |
| 147 | 04/30/2002 - Patent Cross License Agreement Between Extreme Networks, Inc. and Intel Corp. [75756DOC000711 - 75756DOC000730] | | | | | | 6/10/2013 | |
| 148 | 06/05/2008 - Patent Cross License Agreement Between Fujitsu Limited and Intel Corp. [75756DOC001157 - 75756DOC001194] | | | | | | 6/10/2013 | |
| 149 | 10/23/2009 - Global IEEE 802.11n WLAN Patent Portfolios Analysis, TechIPm, LLC, http://techipm-innovationfrontline.blogspot.com/2009/10/global-ieee-80211n-wlan-patent.html [75775DOC000599 - 75775DOC000608] | | | | | | 6/5/2013 | |
| 151 | 04/30/2007 - Intel Licenses With ArrayComm LLC (Arraycomm and Intel) [75756DOC000680 - 75756DOC000691] | | | | | | 6/3/2013 | |
| 152 | 08/11/2003 - Intel Licenses With Broadcom Corporation [75756DOC000905 - 75756DOC000950] | | | | | | 6/10/2013 | |
| 154 | Undated - New XPS 15, Dell, http://www.dell.com/us/p/xps-15-l521x/pd [75775DOC001481 - 75775DOC001483] | | | | | | 6/3/2013 | |
| 156 | 09/07/2006 - Response to Qualcomm, MCOI, ETSI GA/IPR06(06)12, at 3 (Sept. 7-8, 2006) [No bates] | | | | | | 6/11/2013 | |
| 160 | 2012 - IEEE Constitution and Bylaws, IEEE, 2012, Section I-303, http://www.ieee.org/documents/ieee_constitution_and_bylaws [75753DOC005511 - 75753DOC005551] | | | | | | 6/5/2013 | |
| 161 | 09/00/2002 - IEEE-SA Standards Board Bylaws, IEEE-SA [75747DOC5811449 - 75747DOC5811463] | | | | | | 6/5/2013 | |
| 169 | 2011 - "IEEE-SA Standards Board Operations Manual," IEEE Inc., [75747DOC5811348 -75747DOC5811397] | | | | | | 6/3/2013 | |
| 170 | BCM_ERC_00035121-130 | | | | | | 6/5/2013 | |
| 175 | 03/11/2010 - Magnusson, M., "2010 Patent Communication Plan" Ericsson Internal [ERCDLINK0010999_0001 - ERCDLINK0010999_0009] | | | | | | 6/11/2013 | |
| 180 | 06/29/2012 - "Hewlett-Packard Patent Purchase and Sale Agreement" [ERCDLINK0039204 - ERCDLINK0039231] | | | | | | 6/11/2013 | |

| DX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJ | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| 186 | 12/21/2011 - Email from Ives, B. to Johns, A. Subject: Ericsson-HP patent license discussions - for settlement purpose [ERCDLINK0491259_00001 - ERCDLINK0491259_00003] | | | | | | 6/10/2013 | |
| 189 | IEEE-SA Records of IEEE Standards-Related Patent Letters of Assurance, IEEE, (n.d.), http://standards.ieee.org/about/sasb/patcom/patents.html [75753DOC005572 - 75753DOC005573] | | | | | | 6/5/2013 | |
| 193 | 09/11/2002 - Chesson, G., Kitchin, D., et al., "IEEE P802.11 Wireless LANs, Wireless Multimedia Enhancements (WME)" [75747DOC0025741 - 75747DOC0025760] | | | | | | 6/5/2013 | |
| 196 | 802.11-04/888r3 [75747DOC5801820 - 75747DOC5801888] | | | | | | 6/10/2013 | |
| 198 | 802.11-05/1095r2 [75747DOC5799697 - 75747DOC5799733] | | | | | | 6/4/2013 | |
| 209 | 03/29/2012 - IEEE 802.11-2012 [75747DOC5814230 - 75747DOC5817022] | | | | | | 6/10/2013 | |
| 220 | 09/09/2011 - Ericsson's Responses to Defendants' First Common Interrogatories (No 9 only) [No bates] | | | | | | 6/3/2013 | |
| 227 | 08/2005 - "Kedron Basic Tx/Rx Flow SAS, August 2005, Revision 0.5a, Intel Secret" [75588DOC002366 - 75588DOC002428] | | | | | | 6/6/2013 | |
| 230 | 10/19/2004 - Uziel, R., "Scheduler EAS Rev 0.9," Intel Secret [75649DOC000791 - 75649DOC000823] | | | | | | 6/6/2013 | |
| 231 | 04/28/2005 - Ginsburg, B., et al. "Kedron 802.11n NIC Tx/Rx flow, Part 1 - Basic Flow, SW Architecture Specification" [75649DOC002756 - 75649DOC002810] | | | | | | 6/5/2013 | |
| 232 | 05/18/2005 - Ginsburg, B. et al.,, "Kedron 802.11n NIC Tx/Rx flow, Part 2 - 11e (QoS): EDCA, HCCA, EDCA ACM, Block Ack, SW Architecture Specification" [75649DOC003150 - 75649DOC003185] | | | | | | 6/5/2013 | |
| 233 | 11/11/2005 - Ginsburg, B. et al., "Kedron 802.11a/g/n NIC -- Tx/Rx Flow, Part 3 - 802.11n (High Throughput) SW Architecture Specification" Version 4.8, Intel Confidential [75649DOC003187 - 75649DOC003234] | | | | | | 6/5/2013 | |
| 241 | 06/20/2005 - "Software Requirements Specification, Kendron TX RX" [75649DOC050203 - 75649DOC050229] | | | | | | 6/5/2013 | |
| 243 | 05/28/2006 - Tchigevsky, I. "Shiloh 802.11 a/g/n NIC System Architecture Specification 802.11n Advanced Features" Intel Confidential [75652DOC005132 - 75652DOC005215] | | | | | | 6/5/2013 | |
| 244 | 07/10/2005 - "Software Design Document For Tx/Rx Flow (was TGn Aggregation Flow Using HW Scheduled Ack) Version: 0.4 Revision 0.4" Intel Software Design Document [75652DOC049144 - 75652DOC049212] | | | | | | 6/6/2013 | |
| 246 | 03/2004 - Kitchin, D. and Qi, Emily, "The 802.11 MAC Protocol & Quality of Service (802.11e)" Intel Presentation [75666DOC067345 - 75666DOC067378] | | | | | | 6/5/2013 | |
| 248 | IEEE Strategy, IEEE, (n.d.), http://www.ieee.org/about/corporate/strategy/index.html [75753DOC005570 - 75753DOC005571] | | | | | | 6/3/2013 | |
| 249 | 03/2009 - Tchigevsky, I. "Evans Peak, 802.11n Support" Intel Confidential [75668DOC049746 - 75668DOC049768] | | | | | | 6/5/2013 | |
| 250 | 02/15/2011 - "Intel Wi-Fi Adapters System Developer Kit: Programmers Reference Manual, Revision 0.6" Intel Confidential [75671DOC631722 - 75671DOC631966] | | | | | | 6/5/2013 | |
| 252 | 01/00/2011 - Sarel, E. "L2Parser Overview" Intel Mobility Wireless Group, Intel Confidential [75685DOC020154 - 75685DOC020186] | | | | | | 6/5/2013 | |
| 253 | 11/18/2009 - Sarel, E., "Puma/Kilmer/Adam L2Parser MAS" Rev 0.5 Intel Confidential [75685DOC021563 - 75685DOC021657] | | | | | | 6/5/2013 | |
| 254 | 08/18/2004 - Ginsburg, B., "Golan 802.11 a/b/g NIC System Architecture Specification, Quality of Service: Part 1 - Basic Features" Version 1.04, Intel Confidential [75691DOC422596 - 75691DOC422652] 75691DOC422602 | | | | | | 6/5/2013 | |

| DX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJ | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| 255 | 02/26/2008 - "Intel PROSet/Wireless WiFi Software v12.0 Technical Product Specification" Revision 1.0, Intel Confidential [75691DOC450053 - 75691DOC450227] | | | | | | 6/6/2013 | |
| 263 | 03/00/2011 - ABI Research, Wireless Connectivity Market Data [No bates] | | | | | | 6/5/2013 | |
| 281 | 04/01/1997 - Vornefeld, U. "Simulative and Analytical Study of Measures Supporting the Quality of Service In A Radio-Based ATM Network", Diploma Paper [DEFS00041340 - DEFS00041560] | | | | | | 6/10/2013 | |
| 286 | 09/16/2003 - U.S. Patent No. 6,621,799 ("Kemp et al.") [DEFS00003371 - DEFS00003395] | | | | | | 6/3/2013 | |
| 291 | 11/04/2008 - U.S. Patent No. 7,447,232 ("Stephens et al.") [DEFS00026364 - DEFS00026394] | | | | | | 6/6/2013 | |
| 302 | 05/1998 - Hayes, Vic, "49th Session of meetings of IEEE P802.11; Wireless Local Area Network Tentative Agenda" IEEE 802.11-98/245-rl [75667DOC010922 - 75667DOC010952] | | | | | | 6/10/2013 | |
| 305 | 06/07/1998 - IEEE P802.11 Wireless LANs, Tentative Minutes of the IEEE P802.11 [75667DOC107403 - 75667DOC107422] | | | | | | 6/5/2013 | |
| 306 | 09/14/1998 - IEEE P802.11 Wireless LANs, Tentative Minutes of the IEEE P802.11 [75667DOC081530 - 75667DOC081541] | | | | | | 6/10/2013 | |
| 307 | 08/13/2004 - TGn Sync Proposal, IEEE 802.11-04/888r0 [75747DOC5801644 - 75747DOC5801699] | | | | | | 6/5/2013 | |
| 313 | 01/29/2003 - Ericsson Letter of Assurance for Essential Patents, signed by Per Nordlof [75747DOC5809589 - 75747DOC5809591] | | | | | | 6/3/2013 | |
| 315 | 11/06/2002 - Stephens, A., Intel IEEE P802.11 Wireless LANs "Proposed PAR and 5 Criteria for High Throughput Task Group," IEEE 802.11-02/645r0 [75747DOC5799079 - 75747DOC5799086] | | | | | | 6/10/2013 | |
| 320 | 00/00/2012 - IEEE-SA Standards Board Bylaw 6.2 [75755DOC002408 - 75755DOC002428] | | | | | | 6/3/2013 | |
| 321 | 01/27/2011 - Phalen, L., "Patent Strategies and Portfolio Management, January 2011" [ERCDLINK0011027_0001-00001 - ERCDLINK0011027_0001-00005] | | | | | | 6/3/2013 | |
| 325 | 03/00/2001 - IEEE 802.11 Tentative Minutes of the IEEE P802.11 Full Working Group [75667DOC034902 - 75667DOC034923] | | | | | | 6/10/2013 | |
| 326 | 10/31/2012 - IEEE 802.11 Current Working Group Officers, http://www.ieee802.org/11/Photographs/officers.htm [75755DOC002288 - 75755DOC002290] | | | | | | 6/10/2013 | |
| 327 | Undated - IEEE 802.11 Leadership - Honor Roll http://www.ieee802.org/11/80211_honor_roll.htm [75776DOC000518 - 75776DOC000529] | | | | | | 6/3/2013 | |
| 328 | 05/00/2000 - Shoemake, M., "Draft Project Authorization Request (PAR) Higher Rate IEEE 802.11b Study Group (HRbSG)," Alantro Communications, IEEE Standard 802.11-00/114rl [75747DOC0000724 -75747DOC0000733] | | | | | | 6/10/2013 | |
| 330 | 09/29/2003 - "Part 15.3: Wireless Medium Access Control (MAC) and Physical Layer (PHY) Specifications for High Rate Wireless Personal Area Networks (WPANs)" IEEE 802.15.3-2003 [75776DOC000001 - 75776DOC000034] | | | | | | 6/3/2013 | |
| 332 | 09/16/1999 - "Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications High-speed: Physical Layer in the 5GHZ Band," IEEE Standard 802.11a-1999 [75653DOC029311 - 75653DOC029401] | | | | | | 6/10/2013 | |
| 333 | 09/16/1999 - "Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications: High-Speed Physical Layer Extension in the 2.4 GHZ Band," IEEE Standard 802.11b-1999 [75649DOC053953 - 75649DOC054048] | | | | | | 6/10/2013 | |

| DX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJ | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| 335 | 02/00/2011 - "IEEE-SA Standard Board Bylaws," Section 6 Patents, Subsection 6.2 Regarding Letters of Assurance at http://standards.ieee.org/develop/policies/bylaws/sect6-7.html#6 [75747DOC5810906 - 75747DOC5810926] | | | | | | 6/11/2013 | |
| 350 | 09/11/2009 - "IEEE Ratifies 802.11n, Wireless LAN Specification to Provide Significantly Improved Data Throughput and Range," http://www.reuters.com/article/2009/09/11/idUS183099+11-Sep-2009+BW20090911 [75755DOC002236] | | | | | | 6/5/2013 | |
| 356 | 03/2000 - Kitchin, D., "Wireless LAN QoS" Intel Wireless LAN Operation, 802.11-00/036 [75747DOC0001631 - 75747DOC0001635] | | | | | | 6/5/2013 | |
| 357 | 01/08/2002 - Kitchin, D., "Modifications to the Burst Ack Protocol" IEEE P802.11, Intel [75747DOC5799393 - 75747DOC5799398] | | | | | | 6/3/2013 | |
| 404 | Chip Cost: Realtek [TOSH-0441081, TOSH-0441085, TOSH-0441086] | | | | | | 6/11/2013 | |
| 405 | Chip Cost: Atheros [TOSH-0441082] | | | | | | 6/11/2013 | |
| 448 | 05/15/1998 - JP H10-126772 (Suzuki) Translation with Certification [DEFS00031078 - DEFS00031096] | | | | | | 6/3/2013 | |
| 449 | 05/22/1997 - Walke, et al., DE 19543280 "Process and Cellular Mobile Communication System for Wireless Broadband Connection of Mobile Stations with ATM interfaces to Error Protection of an ATM Network (with translation); [DEFS00009075 - DEFS00009088 DEFS00023879 - DEFS00023893 ] | | | | | | 6/3/2013 | |
| 450 | 09/19/2003 - U.S. Patent No. 6,621,799 ("Kemp et al."), "Semi-Reliable Data Transport" [DEFS00031643 - EFS00031668 ] | | | | | | 6/6/2013 | |
| 453 | 00/00/2008 - Perahia et al., "Next Generation Wireless LANs; Throughput, Robustness, and Reliability in 802.11n," Cambridge University Press, 2008 [DEFENDANTS001] | | | | | | 6/5/2013 | |
| 477 | 05/00/2012 - Qualcomm Atheros AR9344 datasheet [QCAEDLD0001182 - QCAEDLD0001713] QCAEDLD0001298 | | | | | | 6/5/2013 | |
| 479 | 05/19/2009 - U.S. Patent No. 7,535,858 [DEFS00026407 - DEFS00026420] | | | | | | 6/6/2013 | |
| 510 | 01/22/2012 - Microsoft, "How 802.11 Wireless Works," available at http://technet.microsoft.com/en-us/library/cc757419(v=ws.10).aspx (last viewed Jan. 22, 2012) [75753DOC013077 - 75753DOC013091] | | | | | | 6/5/2013 | |
| 511 | 05/07/1998 - IEEE 802.2 (LLC) Standard [75695DOC090441] | | | | | | 6/11/2013 | |
| 516A | 04/00/1997 - Exhibit 5 to Disclosure of John Fenn, "ETSI Directives" [No bates] | | | | | | 6/11/2013 | |
| 516B | 07/07/1998 - Exhibit 6 to Disclosure of John Fenn, "Attendees List for BRAN #9 Meeting" [No bates] | | | | | | 6/11/2013 | |
| 518 | Jerry Gibson Non-Infringement Expert Report Exhibits 5-7 (testing) [No bates] | | | | | | 6/6/2013 | |
| 519 | Compilation of Kedron Software Code | | | | | | 6/5/2013 | |
| 520 | Compilation Puma Peak Software Code | | | | | | 6/5/2013 | |
| 521 | WiMAX/WiFi Link 5150 Echo Peak | | | | | | 6/4/2013 | |
| 522 | Ultimate N WiFi Link Shirley Peak | | | | | | 6/4/2013 | |
| 523 | Centrino Advanced-N 6200 Puma Peak | | | | | | 6/4/2013 | |
| 524 | Centrino Advanced-N + WiMAX 6250 Kilmer Peak | | | | | | 6/4/2013 | |
| 525 | Centrino Wireless-N 1000 Condor Peak | | | | | | 6/4/2013 | |
| 526 | Centrino Wireless-N 1030 Rainbow Peak | | | | | | 6/4/2013 | |
| 527 | Centrino Advanced-N 6205 Taylor Peak | | | | | | 6/4/2013 | |
| 528 | Centrino Wireless-N 100 Crane Peak | | | | | | 6/4/2013 | |
| 537 | Ericsson Patent Licensing and Profibatiliy Powerpoint Presentation [ERCDLINK0010981] | | | | | | 6/3/2013 | |
| 539 | 02/21/2012 - Ericsson Press Release, "Ericsson to Acquire North American Carrier Grade Wi-Fi Company Belair Networks" [75755DOC003333 - 75755DOC003335] | | | | | | 6/3/2013 | |

| DX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJ | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| 543 | National Inventors Hall of Fame Profiles of Intel Employees [75757DOC002267 - 75757DOC002280] | | | | | | 6/6/2013 | |
| 546 | Press Releases re 2002 President's Volunteer Service Award presented to Intel [75757DOC002257 - 75757DOC0062] | | | | | | 6/6/2013 | |
| 548 | 00/00/2006 - December 2005 IEEE Standards Board Operations Manual [75747DOC5810565 - 75747DOC5810608] | | | | | | 6/11/2013 | |
| 549 | 00/00/2003 - December 2002 IEEE Standards Board Operations Manual [75747DOC5814194 - 75747DOC5814229] | | | | | | 6/11/2013 | |
| 550 | 05/01/2007 - Introduction and Guide to IEEE-SA Patent Policy, Updated January 2012 [75755DOC001467 - 75755DOC001489] | | | | | | 6/5/2013 | |
| 551 | 03/29/2011 - IEEE Instructions for Working Group Chair [75755DOC002380 - 75755DOC002384] | | | | | | 6/11/2013 | |
| 553 | Undated - "IEEE - What You Need to Know About IEEE Standards and the Law" [75747DOC5817023 - 75747DOC5817024] | | | | | | 6/5/2013 | |
| 572 | 00/00/2006 - February 2006 IEEE Bylaws [75747DOC5810891 - 75747DOC5810905] | | | | | | 6/11/2013 | |
| 586 | 02/13/2011 - Monbaz, O. and Sarel, E., "Wifi Core L2Parser MAS" Rev 0.3 Intel Confidential [75685DOC021375 - 75685DOC021469] | | | | | | 6/10/2013 | |
| 591 | 05/09/2000 - IEEE 802.11-00/046, "Minutes of 802.11 Task Group E MAC Enhancements", T. Godfrey [75747DOC0000948 - 75747DOC0000964] | | | | | | 6/5/2013 | |
| 598 | 11/18/2011 - ABI Research, "Wi-Fi Chipset Evolution: From 802.11n to 802.11ac and 802.11ad" [No bates] | | | | | | 6/5/2013 | |
| 599 | 10/14/1999 - Patent Purchase and Consulting Agreement between Intel Corporation and Kamilo Feher [75756DOC000829 - 75756DOC000852] | | | | | | 6/10/2013 | |
| 602 | 05/27/13 - OUI Public Listing, available at http://standards.ieee.org/develop/regauth/oui/oui.txt [DEFS00041673-DEFS00043672] | | | | | | 6/6/2013 | |
| 603 | 05/27/2013 - Exhibit 1 to Dr. Gibson's Supplemental Report, served May 27, 2013 [No bates] | | | | | | 6/10/2013 | |
| 604 | 05/08/2000 IEEE 802.11 Meeting Report (Rydnell Deposition Exhibit 6) [ERCDLINK0473494-0001 - ERCDLINK0473494-0007] | | | | | | 6/5/2013 | |
| 606 | 03/25/2008 - U.S. Patent No. 7,349,436 (Maltsev, et al) [No bates] | | | | | | 6/6/2013 | |
| 607 | U.S.P.T.O Patent Assignment for U.S. Patent No. 7,349,436 (Maltsev, et al) [No bates] | | | | | | 6/6/2013 | |