# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

6:10-CV-473
DEFENDANTS'
EXHIBIT LIST
9   6·12·13

ERICSSON INC., et al.,

    Plaintiffs,

vs.

D-LINK CORPORATION, et al.,

    Defendants.

Civil Action No. 6:10-cv-473

**JURY TRIAL DEMANDED**

## DEFENDANTS' LIST OF ADMITTED DEMONSTRATIVE EXHIBITS

| | |
|---|---|
| **DDX1-1 - DDX1-2** | Demonstrative slides: Jim Johnson |
| **DDX2-1 - DDX2-14** | Demonstrative slides: Duncan Kitchin |
| **DDX3-1 - DDX3-88** | Demonstrative slides: Jerry Gibson |
| **DDX4-1 - DDX4-3** | Demonstrative slides: Chris Heegard |
| **DDX5-1 - DDX5-44** | Demonstrative slides: Ray Perryman |
| **DDX13** | Demonstrative board: '625 Patent, Claim 1 |
| **DDX14** | Demonstrative board: '435 Patent, Claim 1 |
| **DDX15** | Demonstrative board: '223 Patent, Claim 11 |
| **DDX16** | Demonstrative board: '215, Claim 1 |
| **DDX17** | Demonstrative board: '568 Patent, Claim 1 |
| **DDX18** | Demonstrative board: IEEE 802.11n A-MPDU |
| **DDX19** | Demonstrative board: IEEE 802.11n Products Do Not Compute Packets Discarded By The Transmitter |
| **DDX20** | Demonstrative board: IEEE 802.11 Accepts New Packets Even If Old Packets Are Missing |
| **DDX21** | Demonstrative board: Intel L2Parser Overview |
| **DDX22** | Demonstrative board: Intel L2Parser |

| | |
|---|---|
| | Overview, General Nevo RX Flow |
| DDX23 | Demonstrative board: Intel's Wi-Fi Chips |
| DDX24 | Demonstrative board: Wi-Fi Priority Queues |
| DDX25 | Demonstrative board: Figure 9-17 - Reference Implentation Model |
| DDX101 | '625 Patent, Claim 1 |
| DDX102 | '435 Patent, Claim 1 |
| DDX103 | '215 Patent, Claim 1 |
| DDX104 | '568 Patent, Claim 1 |
| DDX105 | '223 Patent, Claim 11 |
| DDX106 | Block Acknowledgement (BlockAck) Board |
| DDX107 | Defendants' Design: Receiver Accepts All Packets Board |
| DDX108 | '435 Patent, Claims 1 and 2 Board |
| DDX109 | ARQ-Sender/Receiver Diagram |
| DDX110 | Block Acknowledgment (BlockAck) |
| DDX111 | Defendants' Design: Receiver Accepts All Packets Board |
| DDX112 | '568 Patent: Service Type Identifier |
| DDX113 | '215 Patent: Different Feedback Types |
| DDX114 | '625 Patent: Command to Receive |
| DDX115 | '435 Patent: Computing Discarded Packets |
| DDX116 | '223 Patent: Segmenting and Timer |
| DDX117 | Nettles Cross Slide Deck |
| DDX118 | Nettles Rebuttal Cross Slide Decl |
| DDX608 | Demonstrative Drawing |