# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

ERICSSON INC., et al.,

    Plaintiffs,

    vs.

D-LINK CORPORATION, et al.,

    Defendants.

Civil Action No. 6:10-cv-473

**JURY TRIAL DEMANDED**

## DEFENDANTS' LIST OF ADMITTED DEMONSTRATIVE EXHIBITS - JUNE 12, 2013 BENCH TRIAL

| | |
|---|---|
| DDX7 | Demonstrative slides: Matthew Shoemake |
| DDX8 | Demonstrative slides: Chris Heegard |
| DDX9 | Demonstrative slides: Greg Leonard |
| DDX10 | Demonstrative slides: Ray Perryman |

6:10-CV-473
DEFENDANTS'
EXHIBIT LIST
10  6.12.13