IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERICSSON INC. et al.<br><br>Plaintiffs,<br><br>vs.<br><br>D-LINK CORPORATION, et al.<br><br>Defendants. | § § § § § § § § § § § | Civil Action No. 6:10-CV-473<br><br><u>JURY TRIAL DEMANDED</u> |

*[handwritten: 6:10CV473 DEFENDANTS EXHIBIT LIST 11 - Bench TR.]*

**DEFENDANTS' TRIAL EXHIBIT LIST - JUNE 12, 2013 BENCH TRIAL (in addition to all exhibits admitted for Jury Trial)**

| DX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJ | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| 157 | 000/00/2009 - Technology Patent Report: 802.11 WLAN, Sunlight Research [75755DOC000589] | | | | | | 6/12/2013 | |
| 158 | Q2 2010 - Technology Patent Report: 802.11 WLAN, Sunlight Research [75755DOC001290] | | | | | | 6/12/2013 | |
| 159 | Q3 2010 - Technology Patent Report: 802.11 WLAN, Sunlight Research [75755DOC001358] | | | | | | 6/12/2013 | |

| DX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJ | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| 162 | 2010 - Technology Patent Report: 802.11 WLAN, Sunlight Research [75755DOC0001234] | | | | | | 6/12/2013 | |
| 163 | 2011 - Technology Patent Report: 802.11 WLAN, Sunlight Research [75755DOC001235] | | | | | | 6/12/2013 | |
| 164 | 2010 - Technology Patent Report: 802.11 WLAN, Sunlight Research [75755DOC001359] | | | | | | 6/12/2013 | |
| 614 | 04/08/13 - Stabinsky to Johns letter re Legal Discussion [75778DOC000114 - 75778DOC000115] | | | | | | 6/12/2013 | |
| 616 | 05/03/13 - Stabinsky to Johns letter re Intel/Ericsson Legal Discussion [75778DOC000133 - 75778DOC000134] | | | | | | 6/12/2013 | |
| PX0057 | 09/00/2009 – Wi-Fi Certified: Longer-Range, Faster-Throughput, Multimedia-Grade Wi-Fi Networks (01/04/2013 Nettles Expert Report) [75753DOC002980 - 75753DOC002996] | | | | | | 6/12/2013 | |
| PX0222 | 02/22/2013 – Letter from A. Stabinsky (Intel) to T. Stevenson Re: Ericsson License Request (Docs Produced on 4/3/2013) [ERCDLINK0598146] | | | | | | 6/12/2013 | |
| PX0228 | 01/25/2013 – Letter from T. Stevenson to A. Stabinsky Re: Ericsson Inc. and LM Ericsson Telefonaktiebolaget (Docs Produced on 4/3/2013) [ERCDLINK0598152] | | | | | | 6/12/2013 | |
| PX593 | 10/9/2012 - Letter from Allon Stabinsky to Anna Johns regarding Intel/Ericsson Discussion | | | | | | 6/12/2013 | |
| PX0594 | 11/16/2012 - Intel Ericsson Reply letter | | | | | | 6/12/2013 | |
| PX0595 | 10/15/2012 Letter to Intel Corporation | | | | | | 6/12/2013 | |
| PX0596 | 1/10/2013 - Intel Ericsson Letter | | | | | | 6/12/2013 | |
| PX0603 | 4/25/2012 Letter to Stabinsky with Agreement | | | | | | 6/12/2013 | |
| PX0605 | 12/14/2012 - Letter from Anna Johns to Allon Stabinsky regarding Ericsson and Intel Licensing discussions | | | | | | 6/12/2013 | |
| PX0608 | 5/15/2013 - Email from Anna Johns to Allon Stabinsky regarding WiFi Patent License for Intel | | | | | | 6/12/2013 | |

| DX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJ | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX0611 | 10/9/2012 - Email from Allon Stabinsky to Anna Johns regarding Intel Ericsson Patent Discussions | | | | | | 6/12/2013 | |
| PX0612 | 3/8/2013 - Email from Anna Johns to Allong Stabinsky | | | | | | 6/12/2013 | |
| PX0614 | 10/10/2012 - Email from Pamela Hayes to Anna Johns regarding Intel/Ericsson patent discussions | | | | | | 6/12/2013 | |