IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ERICSSON INC., et al.,

      Plaintiffs,

      vs.

D-LINK CORPORATION, et al.,

      Defendants.

Civil Action No. 6:10-cv-473

JURY TRIAL DEMANDED

## DEFENDANTS' LIST OF PRE-ADMITTED EXHIBITS FOR JUNE 13, 2013 WILLFULNESS TRIAL

| |
|---|
| DX-55 |
| DX-106 |
| DX-108 |
| DX-419A |
| DX-433 |
| DX-563 |
| DX-564 |
| DX-565 |
| DX-566 |



610CV 473
DEFENDANTS
EXH. LIST 12
6·13·13