# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| ERICSSON INC. et al.<br><br>Plaintiffs,<br><br>vs.<br><br>D-LINK CORPORATION, et al.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:10-CV-473<br><br>JURY TRIAL DEMANDED |



6:10CV 473
DEFENDANTS
EXH LIST 13
6·13·13

**DEFENDANTS' SUPPLEMENTAL WILLFULNESS TRIAL EXHIBIT LIST (in addition to all exhibits admitted in Main Jury Trial)**

| DX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJ | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| 55 | 05/23/2010 - E-mail from Roger Tu to Andreas Iwerback Re: (Acer): information disclosure to the suppliers - Chipwork documents (Andreas Iwerback Deposition Exhibit 44) **[ERCDLINK0013733 - ERCDLINK0013734]** | | | | | 6/13/2013 | | |
| 71 | 07/24/2006 - Letter from Yang to Arvidsson Re Patent Infringement Claims Against D-Link Corp. (Per Arvidsson Deposition Exhibit 5) **[ERCDLINK0008098_0001 - ERCDLINK0008098_0014]** | | | | | 6/13/2013 | | |

| DX NO. | DESCRIPTION | CATEGORY | MARKED | OFFERED | OBJ | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| 106 | 08/17/2006 - E-mail from Harris to Per Arvidsson et al., Subject: D-Link Update (Kasim Alfalahi Deposition Exhibit 23) **[ERCDLINK0014621 - ERCDLINK0014622]** | | | | | 6/13/2013 | | |
| 108 | 11/19/2004 - E-Mails from Marie Gedda to Nhils Forslund Re: D-Link (Marie Gedda Deposition Exhibit 12) **[ERCDLINK0014310 - ERCDLINK0014311]** | | | | | 6/13/2013 | | |
| 419A | Initial Letter of Toshiba to Intel with translation **[TOSH-0384366]** | | | | | 6/13/2013 | | |
| 433 | 12/30/2011 - Dell Agreement Fully Executed and Amendment No. 1 Signed by Ericsson **[No bates]** | | | | | 6/13/2013 | | |
| 460 | 10/00/2005 - Netgear's Analysis of Ericsson Patents - Settlement Discussions **[NETGEARINC00388174 - NETGEARINC00388208]** | | | | | 6/13/2013 | | |
| 489 | 10/02/2008 - Powerpoint of Netgear/Ericsson meeting (Brian Busse Deposition Exhibit #4) [NETGEARINC00388039 - NETGEARINC00388098] | | | | | 6/13/2013 | | |
| 563 | 09/01/2010 Email from McCoy Smith to Chad Anson re: Indemnity Notice -- Ericsson 802.11n-related patent assertion **[DELLERIC-003138244]** | | | | | 6/13/2013 | | |
| 564 | 10/13/2010 Letter from P. McCoy Smith to Chad Anson re: Ericsson 802.11n patent portfolio **[DELLERIC-003142111 - DELLERIC-003142113]** | | | | | 6/13/2013 | | |
| 565 | 09/01/2010 Email from Chad Anson to S. Cha re: Indemnity notice -- Ericsson 802.11n-related patent assertion **[DELLERIC-003142539]** | | | | | 6/13/2013 | | |
| 566 | 08/30/2010 Email from Chad Anson to Bernice Chen re: Indemnity notice -- Ericsson 802.11n-related patent assertion **[DELLERIC-003142540]** | | | | | 6/13/2013 | | |