# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ERICSSON INC., et al.,** | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO. 6:10-CV-473 |
| **D-LINK CORPORATION, et al.,** | § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court are Defendants' Motion to Seal Certain Trial Exhibits (Docket No. 520) and Ericsson's Motion to Seal Certain Trial Exhibits (Docket No. 521). The Motions are **GRANTED**. The parties are **ORDERED** to re-submit their exhibits to the Court on CDs within seven days. The parties shall submit separate CDs containing sealed and non-sealed exhibits. The parties shall submit two copies of each CD, for a total of four CDs per side.

**So ORDERED and SIGNED this 27th day of June, 2013.**

　　　　　　　　　　　　　　　　　　LEONARD DAVIS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE