1

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
 2                      TYLER DIVISION

 3
   ERICSSON, INC., ET AL        )
 4                                  DOCKET NO. 6:10cv473
      -vs-                       )
 5                                  Tyler, Texas
                                )   12:34 p.m.
 6 D-LINK CORPORATION, ET AL        June 6, 2013

 7

 8                    TRANSCRIPT OF TRIAL
                      AFTERNOON SESSION
 9          BEFORE THE HONORABLE LEONARD DAVIS,
       UNITED STATES CHIEF DISTRICT JUDGE, AND A JURY

10

11                  A P P E A R A N C E S

12

13 FOR THE PLAINTIFFS:

14
   MR. THEODORE STEVENSON, III
15 MR. DOUGLAS A. CAWLEY
   McKOOL SMITH
16 300 Crescent Court, Ste. 1500
   Dallas, Texas  75201

17

18 MR. JOHN B. CAMPBELL, JR.
   McKOOL SMITH
19 300 W. 6th Street, Suite 1700
   Austin, Texas  78701

20

21 COURT REPORTERS:       MS. JUDITH WERLINGER
                          MS. SHEA SLOAN
22                        shea_sloan@txed.uscourts.gov

23
   Proceedings taken by Machine Stenotype; transcript was
24 produced by a Computer.

25
```

2

```
 1  FOR THE DEFENDANT:

 2
    MR. GREGORY S. AROVAS
 3  KIRKLAND & ELLIS, LLP
    601 Lexington Avenue
 4  New York, New York 10022


 5


 6  MR. LUKE DAUCHOT
    KIRKLAND & ELLIS, LLP
 7  333 S. Hope Street
    29th Floor
 8  Los Angeles, California  90071


 9


10  MR. ADAM ALPER
    KIRKLAND & ELLIS, LLP
11  555 California St.
    24th Floor
12  San Francisco, California  94104


13


14  MR. MICHAEL E. JONES
    POTTER MINTON, PC
15  110 N. College, Ste. 500
    P.O. Box 359
16  Tyler, Texas  75710-0359


17


18  MR. ROBERT A. VAN NEST
    KEKER & VAN NEST, LLP
19  633 Sansome St.
    San Francisco, California 94111
20

21

22

23

24

25
```

3

1                    P R O C E E D I N G S

2                 (Jury out.)

3                 COURT SECURITY OFFICER:  All rise.

4                 THE COURT:  Please be seated.

5                 All right.  Is there a matter before we

6    bring the jury in?

7                 MR. STEVENSON:  There is, Your Honor.

8                 During the pretrial conference, Ericsson

9    moved in limine to preclude Intel from raising its own

10   patents as a defense to infringement.  Now it wants to

11   introduce its own patents, I believe at least one,

12   through this next witness.

13                The Court listened to argument on that

14   and said they may be relevant to other things and

15   instructed Intel that it could put in evidence of its

16   own patents that pertained to this standard, but would

17   be precluded from arguing that that's a basis for

18   non-infringement.

19                And at that time, the Court indicated it

20   may consider also granting a limiting instruction.  I've

21   presented to the Court a limiting instruction.  We tried

22   to reach an agreement, but we have slightly different

23   competing versions, and I would request that the Court,

24   at the time the witness gets into the Intel patent, read

25   the limiting instruction to the jury.

4

1           THE COURT:  Okay.  And the first page is

2  Plaintiffs' proposal, and the second page is Defendants'

3  proposal?

4           MR. STEVENSON:  Yes, Your Honor.

5           THE COURT:  Both sides agree that an

6  instruction is appropriate?

7           MR. DE VRIES:  Your Honor, we believe

8  that the instruction may not ultimately be necessary in

9  light of the way that we intend to present this

10 evidence.  We, of course, intend to comply fully with

11 Your Honor's motion in limine ruling.

12           The concern we have with the instruction

13 proposed by the Plaintiffs, however, if one is to be

14 given, is that it's legally incorrect.  It says things

15 that are actually just not consistent with the law.

16           For instance, the fact that the patents

17 are themselves legally relevant to intent, the intent

18 element of induced infringement.

19           So we've presented an alternative

20 proposal that we believe is consistent with the law.

21           THE COURT:  Okay.  All right.

22           MR. DE VRIES:  And then further, Your

23 Honor, we also believe that if a limiting instruction is

24 to be read, it should be more appropriately be read

25 during the context of the final instructions.

1              If one is to be given now, however, we

2    have another instruction that we think should be read at

3    the same time.  We've presented it to opposing counsel;

4    and with your permission, I can walk it up to you right

5    now.

6              THE COURT:  All right.

7              MR. DE VRIES:  Your Honor, what this

8    instruction relates to is the licenses that have been

9    offered into evidence by Ericsson, licenses to the

10   patents-in-suit.

11             To the extent that the jury is under the

12   misperception that the fact that Ericsson has licensed

13   its patents to others and that that may impact whether

14   Defendants infringe, we think that it would be

15   appropriate to give a limiting instruction, the one that

16   we've proposed in particular, at the same time.

17             Alternatively, as I said, I think it

18   would be more appropriate to reserve these instructions

19   for the final instructions.

20             THE COURT:  All right.  You may proceed

21   with the testimony, and when we get to a point that

22   either side feels that an instruction is necessary,

23   please approach the bench.

24             MR. DE VRIES:  And, Your Honor, one other

25   thing, if I may.  I understand that there are some

6

1 exhibits that Ericsson, at least potentially, plans to

2 use in connection with the next witness.

3             Those were disclosed for the first time

4 on the night of the 24th (sic) in an exhibit list.  We

5 were asked about them sometime after midnight last

6 night.  We would object to their use during the

7 testimony as being late disclosed.

8             We reached an agreement that impeachment

9 exhibits were to be admitted or included on the exhibit

10 list early in the process.  These came at the last

11 moment, and we think it would be unduly prejudicial.

12             THE COURT:  They were given to you after

13 the -- on -- on the 24th of May?

14             MR. DE VRIES:  Of June, Your Honor.  So

15 just about 36 hours ago.

16             THE COURT:  Today is like the 5th -- the

17 5th of June -- what?

18             MR. DE VRIES:  I'm sorry.  Today is the

19 6th.

20             THE COURT:  Uh-huh.

21             MR. DE VRIES:  On the night of the 4th,

22 about midnight, we received notice of these exhibits for

23 the first time.

24             MR. STEVENSON:  They're Intel patents,

25 Your Honor.  I think one of them is a patent written by

1  this witness.  We may or may not use it.  It's for

2  impeachment only; and depending on where the testimony

3  goes, we may want to raise it or not and depending on

4  what the answer is.

5              THE COURT:  Okay.  Well, approach the

6  bench before you do.

7              All right.  Bring the jury in, please.

8              MR. DE VRIES:  Thank you, Your Honor.

9              COURT SECURITY OFFICER:  All rise for the

10  jury.

11             (Jury in.)

12             THE COURT:  Please be seated.

13             All right.  Who will Defendants' next

14  witness be.

15             MR. VAN NEST:  Your Honor, Defendants

16  call Duncan Kitchin.

17             THE COURT:  Who?

18             MR. VAN NEST:  Duncan Kitchin.

19             THE COURT:  All right.  Duncan Kitchin.

20             Have you been sworn, Mr. Kitchin?

21             THE WITNESS:  No, I have not.

22             THE COURT:  All right.  Raise your right

23  hand and be sworn, please.

24             (Witness sworn.)

25             MR. AROVAS:  Your Honor, we have a few

8

1  exhibits to use with the witness; and if the Court would

2  like, we can hand up a set of a few binders to the

3  Court.

4            THE COURT:  Okay.

5        DUNCAN KITCHIN, DEFENDANTS' WITNESS, SWORN

6                  DIRECT EXAMINATION

7  BY MR. AROVAS:

8      Q.   Good afternoon, Mr. Kitchin.

9      A.   Good afternoon.

10     Q.   Can you tell us who you work for?

11     A.   I work for Intel Corporation.

12     Q.   And what's your position at Intel?

13     A.   I'm a principal wireless technologist.

14     Q.   And can you tell us about how long you've been

15  with Intel?

16     A.   About 14 years.

17     Q.   Now, we're going to get into some of the

18  details a little bit later, but in this case we've been

19  talking a lot about the 802.11 Wi-Fi standards.

20          And can you tell the jury whether you've been

21  personally involved in the development of those

22  standards?

23     A.   Yes.  I've been involved with those standards

24  for -- for many years.

25     Q.   And we've also talked about certain particular

1  technologies in those standards.  One was

2  prioritization -- or prioritization in QoS, quality of

3  service, as well as there is block acknowledgement

4  techniques and technologies.

5          Can you tell us where you were specifically

6  involved in the development of those technologies as

7  well in the 802.11 standards?

8      A.   Yes.  I was specifically involved in the

9  development of both of those.

10     Q.   Okay.  And in addition to your work at Intel,

11 do you also -- or has that resulted in any patents?

12     A.   Any patents?  Yes.  There are numerous patents

13 associated with that.

14     Q.   Okay.  So before we get into the technology,

15 let's back up.  I'd like everybody to get a chance to

16 understand you.

17          We've heard several different accents in this

18 courtroom.  Can you tell us where you're from?

19     A.   I'm originally from the U.K.

20     Q.   And where did you grow up?

21     A.   Mostly in England, but also partly in

22 Scotland.

23     Q.   Now, where do you live now?

24     A.   Just outside of Portland, Oregon.

25     Q.   And what brought you to the U.S.

10

1     A.   So I took a job with Intel in 1999, and I

2  moved to Oregon in January of 2000.

3     Q.   And do you have a family with you here in the

4  U.S.?

5     A.   Yes.  I'm married.  We have two children, ages

6  15 and 18.

7     Q.   And can you tell us what first got you

8  involved in science and technology?

9     A.   Well, you know, when I was a kid, my father

10  was a mechanical engineer in the British Navy, so, you

11  know, I was always around the kind of workshops where he

12  was working, and I got to play at -- sometimes with the

13  British Navy's mainframe computers, and I had my own

14  little computer at home, the kind of thing you plugged

15  into a TV set.

16     Q.   And did you have any sort of formal education

17  that you went through to become an engineer?

18     A.   Yes.  So I have a degree in electrical

19  engineering from the University of Cambridge in England,

20  and I have a Master's Degree in microchip design from

21  the University of Durham, also in England.

22     Q.   Okay.  And now I'd like to jump forward quite

23  a few years.  And can you tell us, when did you first

24  get involved with 802.11 Wi-Fi technology?

25     A.   So in July of 1994, I went to work for a

1  company called Symbionics.  It was based in Cambridge,

2  England, and I was specifically hired to work on the

3  design of an 802.11 chip.

4      Q.  Okay.  And now, when was -- about when was

5  that?

6      A.  That was 1994, July.

7      Q.  And can you tell us -- you know, we see Wi-Fi

8  everywhere today.  Can you tell us how common Wi-Fi was

9  back then?

10     A.  It was -- it was almost completely unheard of.

11 Even in the -- you know, the electrical engineering

12 community, it was -- it was almost completely unknown.

13     Q.  Okay.  Now why were you interested in those

14 days in working on 802.11 Wi-Fi?

15     A.  Well, I had been working on some -- some

16 wireless technologies before that, and this just looked

17 like a great opportunity.  It was clearly a new

18 technology that had a lot of avenue for growth and

19 expansion.

20     Q.  And what caused you to actually join Intel to

21 work with Intel on Wi-Fi?

22     A.  So at that time, it looked like there was a

23 good opportunity to go to work for Intel.  802.11, at

24 that time, was -- it had just started to be developed,

25 and a company like Intel, obviously, has a lot of

1  resources that it could put behind it.  So it looked

2  like a great opportunity to go and promote that

3  technology.

4       Q.   And can you tell us, you know, when you joined

5  Intel, what was the first project you worked on?

6       A.   So I worked on -- there was a project called

7  Calexico.  And I also -- as soon as I joined Intel, I

8  started attending the 802.11 standards meetings.

9       Q.   Okay.  And why did you start attending the

10  802.11 standards meetings?

11       A.   Well, that's where all the standards for these

12  products are defined, the standards that go into the

13  chips.

14       Q.   And this product, Calexico, this first product

15  that you worked on, did that have anything to do with

16  802.11?

17       A.   Yes.  So Calexico is an 802.11 product.

18       Q.   Okay.  Now, you mentioned earlier that you're

19  a principal -- I think you said principal wireless

20  engineer at Intel?

21       A.   Technologist, yes.

22       Q.   Technologist.  Sorry about that.

23            Can you tell us what you do in that role at

24  Intel?

25       A.   So I work with a small team of technologists.

1  It's attached to the patent strategy and transactions

2  group, which is in the legal department.  And I work

3  with a lot of other engineering and research groups

4  across the organization to identify and set strategies

5  for future technologies.

6       Q.    Okay.  So you're an inventor.  Do you work

7  with other Intel inventors?

8       A.    Oh, yes, yes, quite a lot.

9       Q.    And have you stayed involved in the 802.11

10 technology and product?

11      A.    Yes.  So although I don't attend the 802.11

12 standards meetings, I work with -- we have -- we have a

13 group of meetings that attends all the different

14 standards meetings, and we have research groups that are

15 doing research on technologies that are further out in

16 time.  And I worked with all those groups.

17      Q.    Okay.  So we've heard a lot about the

18 standards.  We've heard about chips.  We've heard about

19 laptops.  We've heard about routers.  I want to try to

20 understand how these different products and technologies

21 fit together, okay?

22      A.    Okay.

23      Q.    So first, let's just talk about the Wi-Fi

24 standard.  And we've heard, you know, if we put it on

25 the table, it would be a big stack of paper about that

1  high (indicating).  And that's a set of rules that

2  govern how Wi-Fi works, right?

3      A.   Yes, that's correct.

4      Q.   And all the Wi-Fi chips or products will all

5  use those same rules, and they can all talk to each

6  other, so they all have the same language, basically,

7  right?

8      A.   Yes, that's correct.

9      Q.   Okay.  So if we thought about that document,

10  right, the standard, where does that go?

11      A.   So the -- the technology that's described in

12  the 802.11 standard, that's implemented in the chip

13  that's -- that's on the -- the Wi-Fi cards that we sell.

14      Q.   And that chip then goes into laptops,

15  computers, things like that?

16      A.   Yes, that's correct.

17      Q.   And we heard earlier in this case -- I know

18  you were -- you haven't been here for the testimony,

19  right?

20      A.   Yes, that's correct.

21      Q.   Okay.  And that's because there's a rule of

22  the Court that the fact witnesses aren't allowed to be

23  here.

24      A.   Right, I understand that.

25      Q.   Okay.  But I want to ask you about some of the

1  issues that have come up in this case, and we've heard

2  about software.

3            Is there software on the chip?

4      A.   Yes, there is.  So there is -- there's

5  actually what's called an embedded microprocessor.  It's

6  like a small computer that's actually inside that chip

7  and there is software that runs on that -- that

8  microprocessor.

9      Q.   Okay.  And about how much software goes on

10 that chip?

11     A.   It's relatively small compared to something

12 like an operating system, a Windows operating system, or

13 something like that; but it's a substantial amount of

14 work, obviously, that goes into that.

15     Q.   Okay.  And so that's actually software on the

16 chip itself?

17     A.   Yes, that's correct.  It runs on -- it's like

18 a small computer that's actually buried inside that

19 chip.

20     Q.   Okay.  And so this case is about how does

21 Wi-Fi actually work.  So if I were looking at a laptop

22 and I wanted to say, okay, what's the software I need to

23 look at to figure out does Wi-Fi work this way or does

24 it work this way, what's the software I'd be looking at?

25     A.   So there's actually several pieces of

16

1   software.  There's several pieces of what we call source

2   code which describes all the software functions, the

3   software that runs on that chip.  And there's also

4   source code that describes how the chip itself works.

5       Q.   Okay.  So when we're talking about

6   prioritization, QoS, block acknowledgement, the software

7   you want to look at to figure out how Wi-Fi works is the

8   software in the chip, right?

9       A.   Yes, that's correct.

10      Q.   Okay.  And so I don't need to worry about the

11  software like -- like Microsoft Windows or other things

12  that might be on the laptop when I know -- want to know

13  how those features work, right?

14      A.   It's the software associated with the chip

15  itself that has all those functions.

16      Q.   Okay.  So we've -- we've seen lots of these

17  chips over here, you know, those -- those little cards.

18           Does Wi-Fi just go on laptops and routers?

19      A.   No, it can go in things like cell phones.

20      Q.   Okay.  And it goes in TVs, right?

21      A.   Sure.  I mean, you could -- you could conceive

22  of any number of different kinds of devices that you

23  could put this kind of Wi-Fi technology into.

24      Q.   Okay.  And so if we think of a TV without

25  Wi-Fi and a TV with Wi-Fi, is the difference that makes

1   it to be able to do Wi-Fi is you take that little chip

2   and you plug it into the TV and that adds the 802.11

3   standard with the functionalities we've been talking

4   about to that product?

5        A.   That's correct.

6        Q.   Okay.  So now, what I want to start doing is

7   talk about the different versions of the standard.

8             MR. AROVAS:  And if we could put up Slide

9   1, please.

10       Q.   (By Mr. Arovas)  There's lots of different

11  alphabetical letters that go along with 802.11.  Can you

12  explain what -- what all these standards are and how

13  they relate to each other?

14       A.   Okay.  So all of these documents are part of

15  the same standard.  What you have is you see on this

16  timeline in 1990, that's when the working group -- the

17  802.11 group was -- was created.  And the first version

18  of the standard was eventually published in 1997.

19            What you have after that, you see all these

20  different letters, 11a, 11b, 11g, and so on, and these

21  are what are referred to as standard supplements.  So

22  these add some extra functions that are added into the

23  functionality of the -- the original document.  So they

24  all kind of accumulate extra technologies that are added

25  along the way.

1    Q.   That -- and so the other -- I think it was Dr.

2  Nettles said he didn't -- didn't know why the letters

3  weren't sequential.  Why doesn't it go a, b, c, d, e, f,

4  g, in these standards we're talking about?

5         From all your involvement in 802.11, do you

6  know how these standards get their letters and names?

7    A.   Sure.  So actually there are other letters.

8  There are some -- there are some things that are very

9  minor additions that generally don't get called out

10  here.

11         So, for instance, you have 802.11d.  There is

12  such a thing, and it's -- it's a very minor thing.  It

13  adds a message that gets sent out by Wi-Fi routers that

14  tells you what country you're in.  It's just essentially

15  one message that they added to that, so there are all

16  these other letters.  We call that here really the kind

17  of major developments.

18    Q.   Okay.  And so do these standards build one on

19  top of another?

20    A.   Yes, that's generally how it works.

21    Q.   Okay.  And has that also happened with the

22  Intel products?

23    A.   Yes.  Yes, that does happen with the products.

24    Q.   Okay.  And do you have a slide showing some of

25  the Intel products over the years?

19

1  A. Yeah, I think -- I think we have such a slide.

2  Q. So what do we see in Slide No. 2?

3  A. Okay.  So what we're seeing here is the kind

4 of progression of the products that we developed.  And

5 you'll see on the left there, around 2003, we launched

6 this product that I mentioned earlier called Calexico.

7  It was our first -- our first set of Wi-Fi

8 chips.  And then you'll see, there's a whole progression

9 of other devices, and each one of these add some of

10 these additional standards -- these standard supplements

11 that we've been talking about.  And eventually we get to

12 802.11n.

13  Q. Okay.  And so can you tell us a little bit

14 about how the standards process works and how this whole

15 community -- this is what I'd like to ask you -- how the

16 whole community comes together to build a set of rules

17 that everybody can use to interoperate?

18  A. Sure.  So I think there's a slide that

19 describes this.

20  Okay.  So what happens is you have -- there's

21 a large membership of this -- this organization that

22 produces the standards.  And it starts off with the

23 members.  The engineers will write very specific

24 proposals that describe exactly what they want to put

25 into the standard, what particular technologies, what

1   particular features; and they will write that up in a

2   lot of detail and bring them to -- to the standards

3   meeting.

4        Q.   Okay.  So slowing you down a little bit,

5   that's -- the far left of the slide, so the members are

6   contributing technology.  Is that what you're talking

7   about?

8        A.   Yes, that's right.

9        Q.   And then what happens next?

10       A.   So they will generally do some kind of

11  presentation in front of the group, and there will be a

12  big discussion about it.  So you look in the -- the --

13  the middle of slide here.

14            All of these proposals -- different proposals

15  will get looked at.  They'll get analyzed.  And there's

16  generally a lot of data, lot of charts and graphs that

17  people bring, along with their proposals, to explain why

18  they think they're good.  And there will be a lot of

19  discussion around that.

20            Then eventually once any of these issues have

21  been resolved, any questions that have been worked out,

22  eventually there will be a vote of the membership.  And

23  the members of the task groups that make up the working

24  group will have a vote to decide which of these

25  technologies they want to put into the standard.

1      Q.    Okay.  And -- and so we've talked a lot about

2    wireless technologies.  Is there just one way to, let's

3    say, go faster or one way to get lesser errors or one

4    way to get more range?

5      A.    No, not at all.  What you will typically find

6    is that for any given feature, there will be multiple

7    competing proposals that will be brought to the -- to

8    the -- to the standards meeting, and there will be a lot

9    of discussion about which the best way to do it is.

10           And it may be that people will -- will go away

11   and go do some more work and go do some more analysis,

12   depending on the questions that came up.  It's -- it's

13   extremely unusual for somebody to just bring a proposal

14   and it be immediately voted on to go into the standard.

15   You'll often have two or three different ways of doing

16   the same thing.

17           And then they'll go off and talk about it, and

18   maybe the two different proposals will resolve their

19   differences by agreeing that, yeah, this one is better

20   than that one.  Or sometimes -- and this frequently

21   happens -- they will come up with a merged joint

22   proposal.

23           So they'll take some features from this one

24   and some features from that one and come up with

25   something that they think is the best way of doing it

22

1   and then come back and re-present it.

2        Q.    Okay.  And so are all the members free to

3   propose whatever technology they want?

4        A.    Yes.

5        Q.    And then it gets debated?

6        A.    That's right.

7        Q.    And the group makes a decision on which way

8   they want to go, right?

9        A.    That's correct.

10        Q.    And so sometimes a proposal wins and sometimes

11   it doesn't?

12        A.    That's correct.

13        Q.    Okay.  And so how many engineers in general

14   over the years -- just approximately -- from Intel have

15   been involved in this 802.11 process, in addition to

16   yourself?

17        A.    You know, I don't know exactly.  It's quite a

18   lot.  It's probably several dozen.

19        Q.    And have you held any leadership roles in

20   802.11?

21        A.    Yes.  So one of the standards that was

22   mentioned on that timeline, 802.11e, I was vice chair of

23   that -- that standards group.  So in practice, I chaired

24   a lot of those -- those meetings.

25        Q.    And how about some of your colleagues at

1  Intel, did they hold any leadership roles?

2      A.   So, I think there's about a dozen Intel

3  contributors who've held various officer positions in

4  the 802.11 group.

5      Q.   Okay.  And are there detailed records that are

6  created as you create these standards and pick among the

7  technologies?

8      A.   Yes.  The record keeping is actually very

9  formalized.  Every one of the these proposals that I

10  talked about, even the ones that don't get accepted,

11  just when you bring a proposal or presentation, even if

12  it's just a couple of PowerPoint slides, will be issued

13  with a number, and that goes into the -- into the

14  records.

15          And at every one of these meetings, you have a

16  secretary who's taking minutes, so recording every

17  present -- presentation that gets made.  There will

18  often be a recording of some of the discussion that

19  happened in those minutes, and every vote that gets

20  taken will be written down in those minutes.

21      Q.   Okay.  Now, who were the types of -- or what

22  were the types of companies that tended to contribute

23  the most technology to the 802.11 standards?

24      A.   Well, generally speaking, it tends to be the

25  chip manufacturers who bring most of the proposals.

1       Q.    And why do you think that is?

2       A.    Well, because that's where the technology is

3  actually implemented.  So it's the chip manufacturers

4  who typically have the most insights into -- into what

5  are going to be the best technologies.

6       Q.    Okay.  And do you remember Ericsson

7  contributing any technology that was accepted into the

8  802.11 standards?

9       A.    No, not that I remember.

10      Q.    Okay.  Now, is there just one technology in

11  802.11n, or is there a lot of stuff?

12      A.    No.  There's a -- there's a very large number

13  of different technologies that all kind of work

14  together.

15      Q.    Okay.  And have you compiled either a partial

16  list of some examples of the types of technologies that

17  go into 802.11?

18      A.    Right.  So I put together a list of some of

19  the -- some of the things that are in there.  I think

20  there's several different dozen technologies.

21      Q.    Okay.

22              MR. AROVAS:  So let's put that up, which

23  I think is Slide 4.

24      Q.    (By Mr. Arovas) And if you could just explain

25  to all of us what we're taking a look at.

1    A.   So this is just a list that I put together of

2  some of the different technologies that are in 802.11.

3         And for each one of these, you could -- you

4  could point to someplace in the standard where there is

5  a description of what this is and what it does.

6    Q.   Okay.  And so here you have, you know, roughly

7  70-plus technologies; is that right?

8    A.   Something like that.  I think there's several

9  dozen.

10   Q.   And these are categories, so they're also

11  many, many sub-technologies that go under each of these?

12   A.   Oh, sure.  I mean, a lot of these are actually

13  very complex, and there's an awful lot behind a lot of

14  these.

15   Q.   Okay.  And so we've been talking about

16  prioritization and QoS, or quality of service, and block

17  acknowledgement.  Are those among these many different

18  types of technologies that were included in 802.11n?

19   A.   Yes.  And I think I have those two listed.  So

20  I think you see BlockAck is kind of about two-thirds of

21  the way down the first column, and the prioritization is

22  somewhere on the third column.

23   Q.   Okay.  And so what I'd like to do is, I'd like

24  to talk about those two technologies.

25   A.   Uh-huh.

1      Q.   First, I'd like to give us a little bit of

2  context, so we understand how maybe an overall network

3  might look, okay?

4              MR. AROVAS:   So if we could put up

5  Slide 5.

6      A.   Okay.

7      Q.   (By Mr. Arovas) And if you could describe,

8  from a network perspective, what, at a very high level,

9  is going on with Wi-Fi.

10      A.   Okay.  So what's going on here is, you have --

11  on the left here is shown a Wi-Fi router.  It's this

12  little box that you plug into an Internet connection,

13  and it has a Wi-Fi chip, which is shown on the slide

14  here, and it has radios in it.

15              And that broadcasts a signal which announces

16  that it's there.  You have other devices.  In this case,

17  shown in the slide, there's a -- there's on laptop,

18  which is also shown here having a Wi-Fi chip in it.

19              And so that laptop can detect that broadcast

20  signal that indicates that there's a Wi-Fi router, and

21  having detected it, can then send messages backwards and

22  forwards and use that wireless connection to connect to

23  the Internet.

24      Q.   I see.

25              And can you tell the jury where in these

1  products is that Wi-Fi actually getting implemented?

2      A.   So it's in those chips, which is why -- it's

3  shown on the slide.  You can see it.  There's a little

4  diagram that shows Wi-Fi chips in there.  That's where

5  all the Wi-Fi is implemented.

6      Q.   Okay.  And so when you're at the 802.11

7  meetings, was there a certain design philosophy or

8  objective you had in putting together the standard and

9  selecting these various technologies?

10      A.   Sure.  I mean, ultimately, the -- the goal of

11  these standards is to get to a product that we can

12  actually manufacture and sell.  And the philosophy, in

13  terms of getting to that product, is to do something

14  that's as simple and streamlined and cost-effective as

15  possible.

16      Q.   And why did you want to do that?

17      A.   Just because that gives us the best chance of

18  getting a good product into the market.

19      Q.   Okay.  Did that contrast with some other

20  wireless standards or wireless -- or wireless

21  approaches?

22      A.   Sure.  I mean, there are ways you could do

23  there that are going to be much more complex, but that

24  introduces some potential problems that are likely to

25  really slow things down and also make it difficult to

1  actually manufacture products that are going to be

2  reliable.

3      Q.   Okay.  And -- and was that -- did that make it

4  easier to make it more streamlined when you came up with

5  the standard?

6      A.   No.  It doesn't really work like that.  I

7  mean, the -- the way that we design these things in

8  trying to get them as simple as possible, there's

9  actually a lot of work that goes into cutting out things

10 that we don't -- don't need and solving problems in a

11 way that avoids introducing complexity.  That often is a

12 more difficulty way of doing it.

13     Q.   Okay.  So now let's turn to the two features.

14 Let's start with QoS.  And can you tell the jury if you

15 were personally involved in the development of QoS in

16 802.11?

17     A.   Yes.  So QoS was specifically assigned to the

18 802.11e task group, and I was vice chair of that task

19 group.  I actually chaired most of the technical

20 meetings, and I made a large number of contributions of

21 technology to that -- to that committee.

22     Q.   Okay.  And so we've been using a lot of

23 acronyms.  Can you tell all of us, what does QoS stand

24 for?

25     A.   So QoS stands for quality of service.  It kind

 1  of generally means -- we talk about it in terms of

 2  improving the user's experience.  So making the system

 3  more efficient and just getting more data through the

 4  system.

 5      Q.   Now, we've heard about prioritization in this

 6  case.  Is prioritization the only feature in QoS?

 7      A.   No.  It's one of the features.

 8           In addition to prioritization, there's a lot

 9  of things that are put in there that are aimed at

10  increasing the efficiency of the system.

11      Q.   Okay.  And so just focusing on prioritization,

12  can you tell us what the prioritization piece of quality

13  of service, or QoS, does?

14      A.   So it allows the -- the user of -- of the

15  Wi-Fi system to designate some of the -- some of the

16  traffic, some of the data as being higher priority than

17  others so that it will generally kind of get through to

18  the destination earlier.

19      Q.   Okay.  And did you put together a -- a picture

20  that can help explain how that works in 802.11?

21      A.   Yeah, I think we have -- have one.

22      Q.   So let's move to that.

23           And so if you could first, starting at a high

24  level, explain to the jury what we're looking at and how

25  QoS priority works in the 802.11 Wi-Fi standards.

1    A.   Okay.  So what we've got here, I'm showing at

2    the bottom here the router that we had before with the

3    Wi-Fi chip, and this time we're showing in this blowout

4    some of the -- some of the functions that are inside

5    that chip.

6         But I'll start off with -- there's an

7    additional blowout on the right-hand side that's showing

8    a Wi-Fi data packet.

9         And what this is showing is two things.  We've

10   got the -- the frame body, which is the data.  This is

11   the actual message that you're trying to send.

12        And in addition to that, we have what's called

13   a header.  And you can think of this as something like a

14   shipping label for the packet.  This is, for the use of

15   Wi-Fi, to tell it what to do with this packet --

16   Q.   Okay.

17   A.   -- where it's going.

18   Q.   So -- stop you.  So we've got a rectangle on

19   the right-hand side?

20   A.   Uh-huh.

21   Q.   It's labeled header and frame body; is that

22   right?

23   A.   That's right.

24   Q.   Okay.  And so the frame body is the data, the

25   picture or an e-mail or something like that?

31

1       A.   Right, something like that.

2       Q.   Okay.

3       A.   Whatever it happens to be.

4       Q.   And header is what?

5       A.   So this is -- this is showing things like

6  where is this packet supposed to go; who am I sending

7  this to.

8       Q.   Okay.  You have something in there called a

9  traffic priority subfield or TID.  Is that a word that

10  comes from the standard?

11      A.   Right.  TID is -- is -- is something that's in

12  the standard.  It stands for a traffic identifier.

13      Q.   Okay.  And why is it called a traffic

14  identifier?

15      A.   So what it's -- it's kind of indicating -- the

16  way you think about this is, where we have these

17  different priorities, they kind of go into different

18  lanes, so we talk about this as being a traffic

19  identifier.

20      Q.   And do we see the different lanes in the

21  picture?

22      A.   Right.  So what this is showing is, based on

23  that -- that traffic identifier -- and it's shown in

24  green on the top of these -- these packets at the top of

25  the slide here -- it gets put into a different what we

1   call queue, which is really like a kind of line of data,

2   a kind of bucket of packets waiting to go out.

3       Q.   Okay.  So if we're looking at the middle

4   diagram, we see the purple all the way to the -- I'm not

5   great with colors -- maybe the light blue --

6       A.   Right.

7       Q.   -- on the right-hand side?

8            Those are the different queues or different

9   priority lanes?

10      A.   That's right.

11      Q.   Okay.  And then we have that TID number.  It

12  could be -- I think at the top, it's a 1, a 0, a 4, a 7,

13  and those are the actual TID numbers; is that right?

14      A.   That's correct.

15      Q.   Okay.  And those are used to sort the

16  different packets by priority, meaning do they go in the

17  lowest priority or the slowest lane or the highest

18  priority or the fastest lane; is that right?

19      A.   Yeah, that's correct.

20      Q.   Okay.  Now, you mentioned that you were

21  personally involved in the development of -- of these

22  features in the 802.11.  What I'd like to do is take a

23  look at how that happened.

24      A.   Okay.

25      Q.   And so can you first start by telling us,

1 where did the idea of using priority in 802.11 come

2 from?

3      A.    So the idea of using priority is -- is quite

4 an old idea.  It goes back at least to -- I think there

5 was discussions in the very early days of the 802.11

6 working group, around 1993.

7           There were some documents that I saw in 1994

8 that had some talk about that in them.  But we really

9 developed it further in -- in the 802.11e group.

10     Q.    And what specifically was your involvement in

11 doing that?

12     A.    So I submitted a number of proposals that --

13 that are related to this.

14     Q.    Okay.  So let's take a look at one of your

15 proposals.

16          MR. AROVAS:  And if we could put on the

17 screen Defendants' Exhibit 356, please.

18     Q.    (By Mr. Arovas) And can you tell the jury what

19 Exhibit 356 is?

20     A.    So this is a presentation that I made to the

21 802.11e task group.  This is -- this is right at the

22 beginning of -- of the work in 802.11e.  It had only

23 been going for a -- for a couple of meetings, I think,

24 at this point.

25          And what I put in here is a kind of general

1  outline for the direction that I thought that the group

2  should take.  I mean, at this point, there were no

3  real -- no real hard-and-fast ideas, and people were

4  talking about general kind of philosophy, general

5  concepts of what direction we should go in.

6      Q.    Okay.  And now, we have a copy also of DX 356

7  in your binder, if you need to refer to it.  Can you

8  tell us if there's a page in there that specifically

9  talks about the prioritization proposal?

10     A.    Right.  So it's mentioned on -- on Slide 3

11  here.

12     Q.    Okay.  And can you explain to the jury where

13  we see the proposal of prioritization?

14     A.    Okay.  As I said, this is a kind of -- a

15  general direction.  What is the philosophy we should

16  have?  What -- what direction should we go in?

17          And so I kind of put in just a couple of -- a

18  couple of sentences of what I think we should be doing,

19  and the very first one is:  MAC device statistical

20  prioritization based on, it says here, 802.1p tags.  And

21  it turns out those -- that's the same thing as that TID

22  we talked about.

23     Q.    Okay.  So what does that mean in less

24  technical jargon about how that relates to the queues we

25  were talking about?

1      A.   So this would generally be understood as

2  essentially what's in that that picture.  I mean, it

3  doesn't convey any of the details, but it's saying

4  that -- well, this is the way that we should do it.  We

5  should do prioritization, and it would be understood

6  what that means.  But you do -- you do queues.

7      Q.   And would the later proposals that you were

8  involved in that actually proposed the specific queues?

9      A.   Yes, that's correct.

10      Q.   Okay.  So we'll get there in a second.

11           Now, is there a sort of overall summary that

12  shows what you're trying to accomplish?

13      A.   Sure.  I think there's a conclusion slide in

14  here.  Right at the end, Slide 5.

15      Q.   Okay.  So looking at the summary, what I'd

16  like to do is focus on the first bullet point where it

17  says:  Simple incremental extension to 802.11.  And what

18  did you mean by that?

19      A.   So what this means is, what I was proposing

20  was, make the minimal set of changes we need to make to

21  the 802.11 standard, which was already in place at that

22  time.  There was just one feature we needed to add that

23  was a very simple thing to do, and we'll do what we

24  really needed to do in terms of the prioritization

25  aspects.

1      Q.    And why did you consider it simple?

2      A.    Just because it was really the minimal set of

3   things that -- that would achieve the desired result.

4      Q.    Okay.  Now, this was done -- just so we can

5   keep all the letters straight, this was done in 802.11e;

6   is that right?

7      A.    Yes, that's correct.

8      Q.    And does that then carry over, that

9   technology, into 802.11n?

10     A.    Yes, it does.

11           So the 802.11n standard, if you look at it, it

12   actually contains references back to 802.11e, and they

13   all kind of accumulate on top of one another.

14     Q.    Okay.  So what I'd like to do now is go to one

15   of the -- the standards documents and take a look at PX

16   283.

17           MR. AROVAS:  If we could put that up on

18   the screen.

19     Q.    (By Mr. Arovas) And let's start by just asking

20   you to explain to the jury what PX 283 is.

21     A.    Okay.  So the -- the 802.11 2007 standard.  So

22   as I mentioned earlier, all these kind of standards

23   documents, accumulate on top of one another; and every

24   few years they will take all those documents and just

25   roll it up into one new edition.

1          So this is the 2007 version, which includes

2     the 802.11e, which was -- which was approved in 2005.

3          Q.    Okay.  And so does this standard include some

4     reference to the use of user priorities that you've been

5     talking about?

6          A.    Yes, it does.  It's in -- it's in this

7     standard.

8          Q.    Okay.  So if we could hop to Page 253 of the

9     standard, and at the top of the page is a Table 9.1.

10         A.    Okay.

11         Q.    I'd like to ask you a few questions about

12     this.

13         First, were you involved in creating this

14     table?

15         A.    Yes.  So this -- I mean, the table got

16     modified a little bit, but the original -- the original

17     version of this table came from a proposal that I

18     submitted to -- to the -- to the task group.

19         Q.    Okay.  So in the far left, we see something

20     that says -- a heading that says priority.  Do you see

21     that?

22         A.    That's correct.

23         Q.    And can you explain to the jury what that's

24     referring to?

25         A.    So this is just kind of showing the general

1   concept that each of these -- each row in the table is

2   showing a different priority level, and it just starts

3   with lowest at the top and goes to highest at the

4   bottom.

5        Q.   Okay.  And are those priority numbers the next

6   column over where it says UP?

7        A.   Right.  So this is -- it says here 802.1d

8   priority.  That's another word.  There are a lot of

9   different terms that get used, but they're essentially

10  talking about the same thing.  This is the -- this is

11  the priority.

12       Q.   Okay.  And so does the priority that's

13  assigned have anything to do with the type of the data

14  that goes in the packet?

15       A.   No.  It's independent of the type of the data.

16       Q.   Okay.  So we heard some testimony earlier in

17  this case -- if we look on the far right-hand side of

18  this table at the bottom, it says video, video, voice,

19  voice.  Do you see that?

20       A.   Yes, I see that.

21       Q.   Okay.  And can you tell us whether -- can you

22  tell the jury whether that is referring to any sort of

23  fixed or established relationship between priority and

24  type of data that goes into the packet?

25       A.   No, there's not a fixed relationship.  This is

1  just an example.

2      Q.    Okay.  So what I'd like to do next is -- is

3  take a look at the queues --

4      A.    Okay.

5      Q.    -- and put all the pieces together so we can

6  understand how the user priority is used in real IEEE

7  802.11 products.

8  And so let's take a look at DX 193 next.

9      A.    Okay.

10     Q.    And if you could describe for the jury what DX

11  193 is.

12     A.    So this is -- this is a proposal that was

13  submitted to the 802.11 task group, a task group for

14  inclusion in the standard.

15     Q.    Okay.  And were you involved in this?

16     A.    Yes.  So I wrote the original draft of this

17  document.

18     Q.    And what was your involvement in the IEEE

19  community in trying to get this technology adopted?

20     A.    Okay.  So at the time this was submitted,

21  there were quite a lot of different proposals floating

22  around, and some of these -- there was -- there was

23  still an argument about complexity versus simplicity.

24            And I knew that most of the chip makers

25  would -- would sign on to a proposal that really did the

1   simplest possible thing, and I wrote up something as a

2   proposal, and then I took it to key influences, and you

3   see this list of people here.

4            What essentially happens, I wrote a document.

5   I took it to all these people and asked them to sign on

6   to it as co-sponsors essentially.  And so you see this

7   list.  It's actually in alphabetical order that I put on

8   as I got people to kind of sign on to kind of co-sponsor

9   this -- this proposal.

10   Q.   And does this proposal, was this ultimately

11   adopted into the 802.11 standards?

12   A.   Yes, it was.

13   Q.   Okay.  And does it show a picture of what

14   these different queues looked like?

15   A.   Yes.  This is -- this is actually where

16   that -- where that figure first appears.

17            MR. AROVAS:  And if we could put that up

18   on the screen.

19   Q.   (By Mr. Arovas) So the 14th page of the

20   contribution.  Can you describe for the jury what we see

21   in Section 3.4.1?

22   A.   Okay.  So this is -- this is kind of the

23   formalized diagram that looks very much like that slide

24   that we showed earlier.  This is the -- this is the

25   actual diagram from this -- from the proposal that was

1  submitted to the standard for doing this.

2      Q.   Okay.  And how does this compare to what makes

3  it in the final standard?

4      A.   This appears in the -- in the 2007 standard,

5  more or less identically.  I think there's an additional

6  label that's added to the standard.  Otherwise, it's

7  exactly the same.

8      Q.   Okay.  So what I'd like to do is to ask you to

9  annotate and explain how these queues will work in the

10  802.11 standard.

11              MR. AROVAS:  And, Your Honor -- Your

12  Honor, with the Court's permission, I'd like the witness

13  to approach the easel.

14              THE COURT:  All right.

15              MR. AROVAS:  Now, I hope everybody can

16  see.

17      Q.   (By Mr. Arovas) And are you -- we're going to

18  get you a microphone.

19              Are you a righty or a lefty?

20      A.   Lefty.

21      Q.   Lefty.  Okay.

22      A.   Okay.  So I'll try to explain what this is.

23      Q.   Okay.  So let's -- let's start by

24  understanding what we're looking at.  We just looked at

25  your proposal, and it had a bunch of queues.  And is

1   this a figure from the actual standard?

2      A.   Yes.   This is -- this is from the actual

3   standard.

4      Q.   So this is -- this is a blowup or an

5   enlargement of exactly what we would find in the

6   official 802.11 standard; is that right?

7      A.   Yes, that's correct.

8      Q.   And that's Figure 9.17, right?

9      A.   9-17.

10     Q.   Sorry.   9-17.

11          And so can you start -- I just want to start

12  at a high level.   We've seen some graphics and other

13  demonstrations of how 802.11 works, that you have the

14  packets going from a transmitter to a receiver?

15     A.   Right.

16     Q.   Okay.   And this would be the queue in one

17  chip, either on the transmitter side or the receiver

18  side, right?

19     A.   So this is all inside the transmitter side.

20     Q.   So just the transmitter?

21     A.   Just the transmitter.

22     Q.   Okay.   And so this transmitter would be

23  preparing packets to send it over the air to the

24  receiver, right?

25     A.   That's right.

1     Q.    Okay.  So let's start by understanding where

2   the packets come in and where do the packets go out.

3     A.    All right.  So what this is showing, if you

4   look up at the top, this is where the packets come in.

5           And then what's going on in this diagram is,

6   it's deciding from all those packets that it might have

7   at any given time, which one am I going to send next.

8           And at some point, there will be packets that

9   go out the bottom here.

10    Q.    Okay.  So they start at the top --

11    A.    They start at the top.

12    Q.    -- and filter through the queues, and they go

13  out through the bottom; is that right?

14    A.    That's right.

15    Q.    Okay.  Now, where in this figure is user

16  priority used?

17    A.    Okay.  So there's really only one place that

18  user priority gets used here, and it's right up at the

19  top.  I'll just mark this up here.  It says MSDU, comma,

20  UP.

21          And if I can just kind of translate that a

22  little bit, MSDU is a term that the standard uses to

23  mean a packet, and the UP is the user priority.

24    Q.    Okay.  So UP is the same UP we saw elsewhere

25  in the standard.  It's the user priority; is that right?

1    A.    Right.  It's that -- it's that first or second

2    column in the table that has the numbers between 0 and

3    7.

4    Q.    Okay.  And so now can you -- now that we have

5    the context, can you describe for the jury, and draw

6    whatever you want on the board, about how the packets

7    would filter through this queue architecture?

8    A.    Sure.  Okay.

9         So there's really three things that are shown

10   here.  And I'll start at the top and go through each one

11   one at a time.

12        So what you see at the top here, you get a

13   whole bunch of these packets that come in, and there's

14   a -- there's a chain of these packets that are coming

15   in.  Each one of these packets is marked with a user

16   priority.  It's a number.  So you get this MSDU user

17   priority.  You get a whole bunch of these.

18        So let's say we get 5 and we get 3.  The first

19   box that we see, it says:  Mapping to access category.

20        Now, access category is the terminology that

21   we came up with to refer to these four queues.  So each

22   one of these is an access category.

23        So what this box is doing is it's deciding

24   which queue does each packet go into.  And it does that

25   purely by looking at that user priority.  That's the

1    only thing it gets to look at.

2            So it looks at, say, this first one, and it

3    says 5.  So it decides, well, user priority 5 goes into

4    this access category.  And so the packet ends up in this

5    bucket.

6            The next one says user priority 3.  This box

7    decides it goes into, let's say, this one, and so the

8    packet goes into here.  And as more packets come in,

9    these buckets start to fill up.

10            What happens then, we've got these four

11    queues; they're essentially these buckets that fill up

12    with the packets.  And the packets get taken out of

13    these buckets one at a time from the bottom.  So the

14    first packet that arrives always goes out first.

15            And the last thing that we have here, this

16    third block, is this thing at the bottom.

17            Now, exactly what this is doing is a little

18    bit complex, and I don't want to get into that too much;

19    but essentially what it's doing, at any given point,

20    when it needs to send a packet, it has some way of

21    deciding which of these queues do I take a packet from.

22            And in general, it will tend to take packets

23    from the higher priority side first rather than the

24    lower priority side so that way the higher priority

25    packets, the ones that are marked with a higher user

46

1   priority, will tend to get sent first.

2        Q.   Okay.  So, now, in this case, we've heard a

3   lot about types of data, voice, video, multimedia, that

4   sort of thing.  So where will the voice packets go in

5   the way -- in the 802.11 system?

6        A.   You can't actually tell.  The only thing that

7   you look at is this user priority.  It's just a label

8   that gets put on it to say which queue it should go

9   into.

10            So the voice packets could end up over here;

11   they could equally end up over here.  There's nothing in

12   the Wi-Fi system that knows about where, say, voice

13   packets would go.

14       Q.   Okay.  How about the video packets?  Where do

15   the video packets go?  Do they just go in one queue?

16       A.   No.  Same thing.  So the only thing this looks

17   at is just this number.  So the video packets might end

18   up in here; they might end up in here.

19            And the system doesn't actually know at any

20   given time what these packets are; it just knows how

21   many it's got.

22       Q.   So then is there any relationship -- so we

23   heard about all these numbers, 0 through 7.  You put a 3

24   up here, a 5, as two examples.

25            Is there any relationship in the Wi-Fi system

1   between those numbers and the type of data, the voice or

2   video, that goes into the packet?

3       A.   No, there is no relationship at all.

4       Q.   So why doesn't Wi-Fi care about the type of

5   data that's in the packet?

6       A.   It's just simpler to do it that way.  The only

7   thing that we have to do is, we have -- in this box, you

8   have a number that comes along with the packet and says,

9   this is the priority.

10          And then we have that table that we showed

11  earlier that says, given that number, you can look it

12  up.  If you get a 5, it goes in this queue.  You get a

13  3, it goes in this queue.  You get it from that table,

14  and it makes it very, very simple.

15      Q.   Okay.  So if somebody were to say that

16  there's -- that that number, 3 or a 5, that user

17  priority tells you or identifies the type of data that's

18  in the packet, would that be correct or incorrect for

19  the 802.11 standards?

20      A.   That would be incorrect.

21      Q.   And would that be correct or incorrect for the

22  Intel products?

23      A.   That would be incorrect for the Intel

24  products.

25      Q.   Okay.  And if somebody were to say that the

1  Wi-Fi products or the 802.11 standards use that number

2  as a way of telling the difference between video and

3  voice or different types of data, would that be correct

4  or incorrect?

5       A.  That would be incorrect.

6       Q.  Okay.  So now what I'd like to do is move on

7  to the other technology, block acknowledgement.  And for

8  that, you can return to the witness box, please.

9            MR. AROVAS:  I got it.

10      Q.  (By Mr. Arovas)  So we're going to change

11  gears a little bit, and we're going to talk about the

12  second technology, block acknowledgement.  And is that

13  one of the many technologies that's in 802.11n?

14      A.  Yes, it is.

15      Q.  Okay.  And starting at a high level, can you

16  tell the jury what is block acknowledgement?

17      A.  It's a -- it's a system that allows you to

18  send a large number of packets from a transmitter to a

19  receiver and then get an acknowledgement for all of

20  those and where they go.

21      Q.  Okay.  So let's first get a sense of what the

22  basic pieces are of the block acknowledgement system.

23  And so is there a diagram in the standard that shows us

24  the basic parts that are used in block acknowledgement?

25      A.  Yes, there are a few different diagrams.

1      Q.    Okay.  So if we could put up your next slide,

2   No. 7.  And first, can you tell us where -- can you tell

3   the jury where Slide No. 7 comes from?

4      A.    So this is one of the other figures from the

5   standard.  It is 9-22.  The only change here is just the

6   addition of this colorization to kind of help clarify

7   the different things that are going on.

8      Q.    Okay.  So the -- the basic diagram is exactly

9   from the standard and you've added the color?

10     A.    That's correct.

11     Q.    Okay.  And have you added anything else?

12     A.    No.  No.  I don't think so.  That's it.

13     Q.    Okay.  So can you tell us what are the basic

14  parts of block acknowledgement?

15     A.    Okay.  This -- there's three things going on

16  here, and what we see in the top part of this diagram, a

17  message is being sent from the transmitter to the

18  receiver.  And in the bottom half of the diagram, we're

19  seeing messages being sent from the receiver back to the

20  transmitter.

21          So starting with the -- the blocks in green,

22  this is representing a set of four data packets, so

23  these -- those packets that we've been talking about.

24          So there's four of those being sent from the

25  transmitter to the receiver.

 1          Right after that, in this particular sequence,

 2  it sends a BlockAck request, which is a message that's

 3  asking the receiver to send back information about which

 4  of those data packets was received successfully.

 5          Then we see, lastly, this -- this box marked

 6  in purple.  This is the BlockAck, the acknowledgement

 7  message that's coming back from the receiver to the

 8  transmitter.  And that indicates which of those packets,

 9  the ones in green, actually arrived successfully.

10     Q.   Okay.  Now, did you prepare a few slides to

11  help show how this operates step-by-step?

12     A.   Yes, sir, I think we have some -- a

13  walk-through.

14     Q.   Okay.  So let's put up the first, Slide No. 8.

15  And can you describe for the jury what we see in Slide

16  8?

17     A.   Okay.  So what this is showing

18  diagrammatically, we see here at the bottom there's the

19  same router and laptop example that we showed before

20  with the -- that kind of picture of a house with the

21  two -- two devices in it.  And what we're showing is

22  some of the function that's going on in those Wi-Fi

23  chips in those devices.

24          So what this first slide is showing -- okay,

25  we've got these packets, we've numbered them 1, 2, 3, 4,

1  and we're sending all of those in a block from the

2  transmitter to the receiver.

3       Q.   Okay.  So there's -- the transmitter is on the

4  left, the receiver is on the right, and in the middle we

5  see those little blue boxes, 1, 2, 3, 4, and that's the

6  data being sent from the transmitter to the receiver?

7       A.   Right.  That -- that part in the middle is

8  showing what's actually going over the radio.

9       Q.   Okay.  We've heard some term -- I think the

10  term A-MPDU in this case.  Is that an A-MPDU?

11      A.   Right.  So an A-MPDU is a -- is a transmission

12  that includes a bunch of these packets.

13      Q.   So it's -- it's an aggregated -- the A is for

14  aggregated, means there's a bunch of packets put

15  together into a block; is that right?

16      A.   Yes, that's correct.

17      Q.   Okay.  So what happens next?

18      A.   So what happens next, if we go to the next

19  slide.  So we show this BlockAck request.  So this is

20  the message requesting -- acknowledgement requesting

21  information of what arrived successfully.

22      Q.   Okay.  So the -- the box in the middle, it

23  says BAR.  Can you explain what that is to the jury?

24      A.   So that's the BlockAck request.  So this is --

25  is a message going from the transmitter to the receiver,

1  and it's saying of this -- this set of packets, this 1,

2  2, 3, 4, which ones did you get.

3       Q.   Okay.  And so what happens next?

4       A.   So what happens next, if you go to the next

5  slide.  Now, we have finally this BlockAck.  This is the

6  return message, that thing that we marked in purple on

7  the slide before.  And this -- in this case -- in this

8  particular example, we're going to say, okay, all four

9  of these packets arrived successfully at the receiver,

10 so a BlockAck is saying I got 1, 2, 3, 4.

11      Q.   I see.  So you have basically three steps.

12           One, a block of four data packets was sent;

13 second, the transmitter asked the receiver, did you get

14 it?  That was the BlockAck request.  It's asking for

15 acknowledgement that the four packets were received?

16           And then --

17      A.   That's correct.

18      Q.   -- what we're seeing here in this third slide

19 is the response, and that's the BlockAck response which

20 says I got 1, 2, 3, 4.  Is that what we see?

21      A.   Yes, that's correct.

22      Q.   Okay.  So now is it possible that not all the

23 packets get there?

24      A.   Right.  That's entirely possible.

25      Q.   And --

1       A.   So I think this -- the next slide depicts

2   that -- that situation.

3       Q.   Okay.  So let's look at that.

4            And so when -- when would this situation come

5   up that not all of the packets arrive at the receiver?

6       A.   So there's -- there's a lot of reasons this

7   might happen.  The radio transmission might run into

8   interference.  You might have a situation where the

9   signal suddenly faded for some reason.  These are mobile

10  devices.  They can move around.  So we do encounter that

11  situation where the signal just gets weaker for some

12  reason.

13           So what we've shown here is that third packet

14  with the big red X through it, we're saying -- in this

15  example, let's say Packet No. 3 did not arrive

16  successfully at the other end.

17      Q.   Okay.  So then what would be the next step in

18  this process when one of the packets doesn't get there?

19      A.   So the next step would be exactly the same

20  thing.  It would be sending that BlockAck request.

21           Remember, at this point the transmitter can't

22  tell what the receiver got; it's just sending out these

23  messages.  So it's got to go and ask, what -- what did

24  you get?

25      Q.   I see.  Okay.  So that's the -- the next

1  slide, we see, again, the BAR, the BlockAck request

2  going from the transmitter on the left to the receiver

3  on the right.  And the receiver didn't receive Packet 3,

4  which is the X?

5       A.   Right, that's correct.

6       Q.   So can you describe for the jury what happens

7  next?

8       A.   So what happens next is the receiver's going

9  to respond with a -- a BlockAck as it's being asked --

10  asked for.  And I think if you go to the next slide, it

11  will show it.

12            But in this case, because 3 didn't arrive, it

13  says, okay, I got 1, 2, and 4.

14       Q.   So if all of them had arrived, it would have

15  said 1, 2, 3, 4; since 3 didn't arrive, 3 is missing

16  from the response?

17       A.   That's right.

18       Q.   Okay.  So now, what I'd like to do is -- with

19  this as a background, I'd like to talk about certain

20  specific features in the 802.11 standard and product and

21  understand how -- what happens and what doesn't happen,

22  okay?

23       A.   Okay.

24       Q.   So first, have you ever heard of something

25  called deadlock?

1      A.    Yes.

2      Q.    And when a packet --

3            MR. AROVAS:   In fact, let's -- let's go

4  back to Slide 11.

5      Q.    (By Mr. Arovas)   Okay.   Slide 11, we have the

6  transmitter sending the data to the receiver and No.   3

7  isn't making it, right?

8      A.    (Nods head affirmatively.)

9      Q.    And can you describe for us whether there's

10  any deadlock in the Wi-Fi system, the 802.11 approach,

11  and if so or if not, why?

12      A.    So in the way that the Wi-Fi system is

13  designed, there is no deadlock condition.   We

14  specifically designed it to make sure that would just

15  never happen.

16      Q.    And why is that?

17      A.    So the problem arises if the receiver has some

18  fixed idea of which packets it's required to receive.

19            If, say, in this case it had determined in

20  advance it wanted to see 1, 2, 3, and 4, and it's not

21  going to look to receive 5, 6, 7, 8 until it's got all

22  four of those successfully.

23            Now potentially we have this problem.   If the

24  transmitter gives up trying to re-send this Packet 3

25  where it's not going to move on, it won't receive 5, 6,

1  7, 8.  So it has to be specifically told.  And that's

2  what a deadlock is.

3         Now, in this particular situation, we decided

4  with 802.11 we would just design it so that that never

5  occurred in the first place.  So there is no deadlock.

6  So it just doesn't have the rule that says that you have

7  to wait until you've got all four of those before you

8  can receive 5, 6, 7, 8.

9      Q.  Okay.  So here in this picture, you've shown

10 four data packets, 1 through 4?

11     A.  Right.

12     Q.  Okay.  And 5 through 8 aren't shown?

13     A.  Right.

14     Q.  Where would they fit into this?

15     A.  Well, it would be just whatever -- whatever

16 data comes next.  I mean, there will be a continuous

17 flow of these packets going from the transmitter to the

18 receiver, so it's just going to keep increasing this

19 number.  So you go 5, 6, 7, 8, and then you keep going

20 after that.

21     Q.  And in the real world when these transmissions

22 are occurring, is it just a few packets, is it hundreds,

23 thousands, millions?  How many packets are actually

24 being transmitted?

25     A.  It's -- typically you expect tens of thousands

1  of packets a second.  It's -- it's quite a lot.

2      Q.   Tens of thousands per second?

3      A.   Right.

4      Q.   Okay.  So we've just shown 1 through 4, but

5  then there will be 5 through 8, and 9 through 12 -- I'm

6  going to lose it soon --

7      A.   Right.

8      Q.   -- and then 13 through whatever, right?

9      A.   Right, and then 14,000 through 15,000.

10      Q.   Right.  Okay.  It keeps going.  And so -- so

11  if -- if -- if one of the packets doesn't get there,

12  does that hold up the Wi-Fi system, or does it just keep

13  going?

14      A.   No, it just keeps going.

15          So the receiver just receives whatever packets

16  you send to it.

17      Q.   And -- and to keep going, does it need any

18  special command or, you know, any special transmission

19  to cause the receiver to take those packets?

20      A.   No.  It just receives -- receives the packets

21  as you send them to it.  As long as you keep increasing

22  the numbers, it just receives the packets.

23      Q.   And was that an intentional design decision

24  and goal within IEEE to do it that way, as opposed to

25  receiving some sort of -- or needing some sort of

58

1    command to receive?

2        A.    Sure.   Sure.   By taking out that need to have

3    the synchronization between the transmitter and receiver

4    on what numbers it's expecting, it just takes care of

5    this problem.   It just never occurs in the first place.

6        Q.    Okay.   So now I'd like to ask about something

7    that happens to packets that -- that sometimes don't

8    make it, called discarding.   Are you familiar with

9    discarding of packets?

10       A.    Yes.

11       Q.    What is discarded?

12       A.    So the idea here is in this situation where we

13   have this Packet 3 that didn't arrive, after we've done

14   that acknowledgement, what's going to happen is the

15   transmitter is going to -- to have another go at sending

16   that Packet 3.

17              And if it doesn't work a second time, it will

18   maybe try a third time; but there is a limit that gets

19   imposed.   After you've tried a certain number of times,

20   you just give up and you just throw the packet away.

21              MR. AROVAS:   So to talk about this, let's

22   go to Slide 12, if we could.

23       Q.    (By Mr. Arovas)  And what we see on Slide 12

24   is, again, the transmitter on one side, the receiver on

25   the other side, and we're talking about Packets 1

59

1  through 4, right?

2      A.    Yep, that's right.

3      Q.    And the red X, can you remind us what the red

4  X indicates?

5      A.    So that's indicating that that Packet 3 didn't

6  arrive successfully.

7      Q.    Okay.  And so you were mentioning discarding

8  of Packet 3.  Where would that happen?

9      A.    So that would be at the transmitter.  If the

10 transmitter eventually gives up, it will just throw the

11 packet away.

12     Q.    Okay.  And so we had some questions earlier in

13 this case about whether the receiver on the -- on the

14 right-hand side is going to calculate or figure out what

15 packets that the transmitter on the left-hand side of

16 this picture is actually discarding.

17           And can you tell us, just first starting at a

18 high level, does the receiver calculate what packets the

19 transmitter is discarding?

20     A.    No, it doesn't do that.

21     Q.    And is there a reason?

22     A.    There's no reason for it to know.  It's just

23 unnecessary.

24     Q.    Okay.  So --

25     A.    Receiving the packets.

1      Q.    We heard the term coordination and

2    synchronization.  So in the 802.11 system, the way it

3    was designed and the products that use that, does the

4    receiver need to stay synchronized or coordinated with

5    what packets are actually being discarded in the

6    transmitter, requiring it to make a calculation of

7    discarded packets?

8      A.    No, that's not necessary.  The way -- the way

9    that it's set up, you receive the packets.  And you

10   figure out what you're doing from the packets you

11   receive.  So you don't need to worry about what the

12   transmitter might have discarded, and you actually don't

13   know.  There are a lot of situations where it can't

14   tell.

15     Q.    You're saying there are situations where the

16   receiver can't even tell what the transmitter may have

17   done?

18     A.    That's right, it doesn't have the information

19   to compute it, even if it wanted to.

20     Q.    And why can the system work without perfectly

21   coordinating or synchronizing between the receiver and

22   the transmitter what packets are discarded in the

23   transmitter?

24     A.    So it just passes on whatever packets it can.

25   If the packet's being discarded, it's being discarded.

1  And the software that's making use of this -- this

2  function knows how to deal with that.  Every now and

3  again a packet will go missing.

4       Q.   Okay.  Now, if -- if a function were

5  implemented in the receiver, let's say to do a

6  calculation, is that something we should see in the

7  source code?

8       A.   Yes, that's where it would have to be.  It

9  would have to be in some place in that source code.

10      Q.   And -- and are you familiar with the source

11  code that's the code in the chip -- for the Intel chips?

12      A.   Yes, I'm very familiar with it.

13      Q.   And is there any source code in the

14  receiver -- for the receiver chips that will

15  calculate -- somehow calculate what packets are actually

16  being discarded in the transmitter?

17      A.   No.  No, it doesn't do that.

18      Q.   Okay.  Now, I'd like to move on to a different

19  concept, the concept called fragmentation.

20           Are you familiar with that from your work?

21      A.   Yes, I am.

22      Q.   And can you tell us generally what is

23  fragmentation?

24      A.   So fragmentation is a process by which if you

25  have a packet that's very big, you might choose to split

1   it up into a number of smaller pieces and send those

2   pieces separately.  And after it's received, put it all

3   back together again.

4       Q.   Okay.  And does the 802.11n standard permit

5   fragmentation to be used with the BlockAck functionality

6   that we've been talking about?

7       A.   No.  You -- you can't use -- in the -- in the

8   standard, it prohibits the use of fragmentation while

9   you're using this -- this block acknowledgement

10  function.

11      Q.   Okay.  And does that actually come up in the

12  software code or source code, as you've called it, that

13  is in the chips -- in the Intel products?

14      A.   Yes.  I mean, that's where -- where the

15  functionality of the block acknowledgement is -- is

16  implemented.

17      Q.   Okay.  So what I'd like to do is take a look

18  at a small snippet of that code.  I understand it's

19  confidential, but for this snippet we can keep the

20  courtroom open.

21              MR. AROVAS:  And if we can put on the

22  screen Exhibit 520 -- DX 520.  Do you have it -- or I'll

23  put it on the ELMO.  That will be easier.  So let's

24  switch to the document camera.  And I'm going to blow

25  this up.

1            TECHNICIAN:  What's the number?  What's

2  the number?

3            MR. AROVAS:  Yeah, this is a page out of

4  DX -- DX 520.

5      Q.   (By Mr. Arovas)  And can you tell us -- first,

6  I think you have a copy -- should have a copy in your

7  binder, as well, Mr. Kitchin.  Can you tell the jury,

8  first, what we're taking a look at?

9      A.   So this is actually source code for the -- for

10  the Wi-Fi chip.  This is for -- I think it says in here,

11  it's a Puma Peak.  So this is one of our 802.11n Wi-Fi

12  chips.  This is the code for that.

13      Q.   Okay.  So this is the beginning of some of the

14  software code that's on the chip?

15      A.   Right.  This is actually specifying the -- the

16  silicon chip itself.

17      Q.   Okay.  And where do we see a discussion of

18  fragmentation in the Intel source code?

19      A.   So it actually references it in this -- this

20  is a comment here, and it says:  This module contains

21  the BlockAck logic of the L2Parser, which is part of

22  that -- that Wi-Fi chip that has to do with -- with

23  block acknowledgement.  And it says:  Only the no

24  fragment mode is implemented.

25      Q.   So let's take a look at that a little bit

64

1  bigger.  Try to get it as big as I can.  So you're

2  referring to this language over here:  Only the no

3  fragment mode is implemented.

4       A.   That's right.

5       Q.   And that's in a software file that's -- I

6  won't read it into the record, but listed two lines

7  above?

8            And so what does this comment mean from the

9  source code?

10      A.   Well, it's just a comment that's -- that's

11 describing the fact that it doesn't do fragmentation in

12 this -- and this is the BlockAck logic.

13      Q.   And why is it that the Intel products don't do

14 fragmentation?

15      A.   Well, in this particular case of doing block

16 acknowledgement, the standard actually quite explicitly

17 said you cannot do fragmentation.

18      Q.   And why is that?

19      A.   Well, it's -- it's kind of going in exactly

20 the opposite direction.  What fragmentation is for is if

21 you have a packet that's too big to send, it won't go.

22 Right?  So you need to split it up into small pieces.

23           With block acknowledgement, we're trying to do

24 exactly the opposite thing.  What we're trying to do is

25 send a longer message because it's actually more

65

1    efficient that way in -- in certain circumstances.

2           So what we want to do is take several of these

3    packets and actually stick them together to make it one

4    message.

5           So it's exactly the opposite thing.

6           So if we -- if we did both of them at the same

7    time, we would just be doing something that wasn't

8    necessary, and it would actually make it quite a bit

9    more complex to do it like that.

10   Q.   Okay.  Now, we also heard about timers or

11   timestamps earlier in this case.

12          Is there a timestamp in the Intel products

13   that's used?

14   A.   Yes, there is a timestamp that's written onto

15   each of the transmitted packets.

16   Q.   Okay.  Does that have anything to do with

17   determining when a packet is too old to send?

18   A.   Yes.  There is -- there is a timeout on the

19   packets after the -- after quite a long period of time,

20   packets that are very old will be -- will be discarded.

21   Q.   Okay.  And what is the general purpose of the

22   timestamp?

23   A.   So the timestamp is -- it's really there to

24   actually clear out old packets.  It will -- generally

25   speaking, you won't get to the -- the timeout period of

1   a packet unless something very bad happens.  Usually it

2   means that you have your laptop and you actually walked

3   away from the access point, so the link went away

4   completely.

5        Q.   And we've heard in this case about different

6   software layers.  Are you familiar with that?

7        A.   Yes.

8        Q.   Okay.  And what is that general model, the

9   software layer model?

10       A.   So -- so I think what you're asking about is

11   the -- is the -- what's called the -- the ISO 7 LAN

12   model.  It's the way that we divide up -- where we put

13   the functions in all these communication systems.

14       Q.   Okay.  So is there a -- a hierarchy of those

15   layers?

16       A.   Yes.  There are -- there's a whole sequence of

17   these layers that are -- that are very well understood,

18   and they kind of -- each one builds on top of the other.

19       Q.   Okay.  And so let's talk about those layers a

20   little bit.  What's the bottom layer?

21       A.   The bottom layer is called the physical layer.

22       Q.   Okay.  So I can show that as a -- a box?

23   And so at the bottom of this stack is the physical

24   layer?

25       A.   That's correct.

1      Q.    And what does the physical layer do?

2      A.    So this is the thing that actually -- in the

3   case of 802.11, it's the thing that actually gets the --

4   all that digital information and puts it onto the radio

5   waves and then interprets the radio waves and turns it

6   back into a -- into a stream of digital information.

7      Q.    Okay.  And where does the MAC layer sit

8   relative to the physical layer?

9      A.    So the MAC layer is right above that.

10      Q.    So we could depict that as a box right above

11   that?

12      A.    That's right.

13      Q.    And what does the MAC layer generally do?

14      A.    So the MAC -- MAC stands for medium access

15   control.  What this essentially does is it allows the

16   device to decide when it's actually going to send

17   packets.  It does things like format packets and

18   actually decide what's going to get sent at what time.

19      Q.    Okay.  And then we've heard about a logical

20   link layer.  Where does that sit relative to the MAC

21   layer?

22      A.    So the LLC, or logical link layer, is the next

23   layer up from the MAC layer, so it sits directly on top

24   of it.

25      Q.    Okay.  So I will label that LL layer for

1  logical link layer?

2      A.   That's right.

3      Q.   Okay.  And the packets will come from the top

4  and go down through the different layers; is that right?

5      A.   That's correct.

6      Q.   So let's have a packet coming in the top.

7      A.   Uh-huh.

8      Q.   And what's -- in our drawing, what's the first

9  layer that this packet is going to hit?

10     A.   Well, in this drawing the first one is the

11 logical link layer.

12     Q.   Okay.

13     A.   They're actually in the -- in the system there

14 are actually some layers above that.  There's a little

15 bit of -- little bit of extra stuff.  But -- but that's

16 the first one that -- that is shown here.

17     Q.   Okay.  And so where is the top of the data

18 link layer?

19     A.   So the data link layer is a term that refers

20 to a combination of the MAC layer and the logical link

21 layer.  So you could draw kind of a bigger box around

22 the -- the logical link layer and the MAC layer.

23 That's -- that's the data link layer.

24     Q.   Okay.  So at the top -- the data link layer

25 starts right up here?

1      A.    That's correct.

2      Q.    Okay.  And where -- when this packet comes

3  from the top, it goes down and filters through all these

4  layers.  At what layer does Intel initialize the

5  timestamp?

6      A.    So the -- the Intel product actually starts at

7  the top of the MAC layer, so that's where that

8  timestamps gets -- gets written.

9      Q.    And that would be --

10      A.    No, one above that.

11      Q.    Right over here?

12      A.    That's correct.

13      Q.    So initialize timestamp; is that correct?

14      A.    Yes, that's correct.

15      Q.    Let me slide this over a little bit.  My

16  apologies to everybody.  I'll make it a little smaller.

17          So -- okay.  So now that we've looked at

18  the -- the different layers -- and so can you tell us

19  one way or the other, does the -- do the Intel products

20  initialize the timestamp when the packet hits the data

21  link layer, the top of the data link layer?

22      A.    No.  It has to go through the logical link

23  layer first.

24      Q.    And can you give us -- can you give the jury a

25  sense of how significant is that logical link layer?

1    A.   Well, the logical link layer is actually

2 another one of the standards, and we have talked so far

3 about 802.11.  There's another standard called 802.2

4 that defines what that logical link layer is, and it's

5 another one of these standards you can go and look up.

6         It's like a -- I think it's about a 250-page

7 standard.  It defines a whole bunch of things.  And what

8 this is doing primarily is that where you have different

9 packets that the system needs to send and it needs to be

10 able to multiplex and demultiplex those packets, that's

11 what the -- the logical link layer does.

12    Q.   Okay.  And so was there a significant amount

13 of processing of the packet that occurs in a logical

14 link layer?

15    A.   There may be.  There are some occasions where

16 it may need to go and so some lookups to work out how to

17 translate an Internet address into a MAC address.

18 That's one of the things that it does.

19    Q.   Okay.  And how big is this -- this standard,

20 the document that describes all the things that the

21 logical link layer does?

22    A.   It's like I said, I think the 802.2 standard

23 is about 250 pages.  I have to go look it up, but it's

24 about that kind of size.

25    Q.   Okay.  So what I'd like to do now is go back

1   to the slides.

2                  MR. AROVAS:   And if we could pull up

3   Slide 10.

4      Q.   (By Mr. Arovas)   Ask you a couple of questions

5   about this.

6                  And so I notice that you have a label on the

7   top in the middle that says compressed BlockAck.   Can

8   you describe for the jury what a compressed BlockAck is?

9      A.   So a compressed BlockAck is something that was

10  introduced in the 802.11n standard, and it's a smaller

11  version of the block acknowledgement message than what

12  had been contemplated previously, particularly because

13  the 802.11n standard doesn't permit the use of

14  fragments.   So that was something that could be taken

15  out.

16     Q.   Okay.   And you mentioned that there's a

17  certain type of -- that the compressed BlockAck is a

18  type of block acknowledgement, right?

19     A.   So there -- there are different formats of

20  block acknowledgement messages, yes.

21     Q.   In the Intel products, are there any other

22  types of block acknowledgements that are used?

23     A.   No, only the compressed block acknowledgement

24  is used.

25     Q.   And why is that?

1     A.   That's the only format that the standard

2  actually permits you to use in this case.

3     Q.   Okay.  So is there any choice that's permitted

4  between different types of block acknowledgements?

5     A.   No, there isn't.  The standard says you have

6  to use compressed BlockAcks for -- for block

7  acknowledgements in 802.11n --

8     Q.   Okay.

9     A.   -- in this situation.

10    Q.   And so if you were to run the -- these

11  products to send thousands, tens of thousands, hundreds

12  of thousands, millions of these block acknowledgements,

13  will you see anything other than a compressed BlockAck?

14    A.   No, they just don't have the capability.  The

15  chip just doesn't -- doesn't know how to generate that

16  kind -- anything other than a compressed BlockAck.

17    Q.   Okay.  So let me switch gears now and talk

18  about the development of block acknowledgement.  And you

19  tell us who were the main contributors that actually

20  created the block acknowledgement technology in 802.11.

21    A.   So, again, as with the other things we've been

22  talking about, it was primarily the -- the chip

23  manufacturers who contributed to that.

24    Q.   And did you personally do work on that?

25    A.   Yes, I did.

1      Q.   Okay.  Let's take a look at a contribution, DX

2  198.

3                MR. AROVAS:  If we could put that up on

4  the screen.

5      Q.   (By Mr. Arovas)  And let's start by just

6  identifying the document.  Can you describe for the jury

7  what DX 198 is?

8      A.   So this is a -- a proposal to the 802.11n task

9  group.  As it says here, it's a joint proposal.

10          This is one of those things that I was talking

11  about earlier where people will -- where there are

12  multiple proposals that are made, people will get

13  together and -- and come up with some kind of resolution

14  so that they will have a joint proposal that they will

15  agree on.  And this is one of those instances.

16     Q.   And how does this proposal relate to block

17  acknowledgement?

18     A.   So block acknowledgement is described all the

19  way throughout this -- this document.

20     Q.   Okay.  So let's -- let's take a look at one

21  section, Section 9.4.  I think it's on Page 26.

22                MR. AROVAS:  If we could just blow up --

23  that's it, 9.4.1.  That's good.

24     Q.   (By Mr. Arovas)  And can you describe for us

25  what this section of the proposal has to do with the

1  issue of whether or not you can use multiple types of

2  block acknowledgements or only one type of block

3  acknowledgement?

4       A.   So what this is saying is that you have to use

5  the -- you have to use the compressed bitmap.  In all

6  cases where you have an 802.11n device sending something

7  to another 802.11n device, there's a little bit of

8  translation required here.

9            Where it says -- in this sentence, it says:

10  HT STA.  That's a terminology that the standard uses to

11  mean an 802.11n device.  HT stands for high throughput.

12  It's the kind of -- the less official sounding name for

13  what this -- what 802.11n is.

14       Q.   Okay.  So in this case, we're talking about

15  the standard 802.11n, and you're explaining that HT STA,

16  as we see in the document, is referring to 11n?

17       A.   Yes, that's correct.

18       Q.   Okay.  And so when an 11n device talks to

19  another 11n device, talking the 11n language, can you

20  describe for the jury what type of BlockAck is it going

21  to use?

22       A.   So in that case you're going to use a

23  compressed bitmap BlockAck.

24       Q.   And does --

25       A.   That's the BlockAck we've been referring to.

1      Q.    And is there any choice permitted to do

2   anything else?

3      A.    No, there is not.

4      Q.    Okay.  Now, does Intel have any patents on

5   block acknowledgement?

6      A.    Yes, it does.

7      Q.    Can you give us some examples?

8      A.    So, for instance, we have -- there's a patent

9   that I know was filed relating to what's called the

10  partial state block acknowledgement.  There's also a

11  patent that we have that relates to that A-MPDU, the

12  aggregate MPDU that's part of that block

13  acknowledgement.

14     Q.    Okay.  I'd like to just look at one of them,

15  and do you have a copy of the '858 in your binder?

16     A.    I think that's in here.

17            MR. STEVENSON:  Your Honor, may we

18  approach?

19            THE COURT:  Yes, you may.

20            (Bench conference.)

21            MR. STEVENSON:  I request at this time

22  the Court give the limiting instruction we have with

23  regarding to the running patents of Intel,

24  non-infringement.

25            THE COURT:  What are you about to go

1   into?

2          MR. AROVAS:  I'm just going to ask him to

3   identify the patents, see if it covers block

4   acknowledgement.

5          THE COURT:  Say what?

6          MR. AROVAS:  Just one patent.  He's going

7   to look at a figure; and I'm going to ask him, does this

8   relate to block acknowledgement?  He's going to compare

9   it to the standards, and that's it.  We're not going to

10  use it --

11         THE COURT:  What's the relevance of doing

12  that?

13         MR. AROVAS:  It's what we talked about

14  before.  It's that they're patents in the standard, and

15  it goes to value, contribution of value to the standard

16  by multiple parties.  And this is one of Intel's

17  contributions of value to the standard.

18         THE COURT:  Okay.  You're going to

19  establish that this doesn't have anything to do with the

20  patents-in-suit?

21         MR. AROVAS:  I can say this is different

22  than the patents-in-suit.  Yeah, I can ask him that.

23         THE COURT:  And that it relates -- why

24  don't you just do it and lay the proper predicate to

25  narrow it down as to what this is relevant to.  Then I

1  won't have to give an instruction.

2            MR. AROVAS:  Okay.  Thank you, Your

3  Honor.

4            (End of bench conference.)

5      Q.   (By Mr. Arovas) Okay.  Mr. Kitchin, if we

6  could pull up DX 479 on the screen.

7      A.   Okay.

8      Q.   And DX 479 is the '858 patent?

9      A.   Yes, that's correct.

10     Q.   Okay.  And is that a patent held by Intel?

11     A.   Yes, it is.

12     Q.   And who are the inventors on the '858 patent?

13     A.   So the inventors are Solomon Trainin and

14  Robert Stacey.

15     Q.   And do you know those two inventors?

16     A.   Yes, I do.

17     Q.   And did they work with you on the 802.11

18  standards?

19     A.   Yes, they did.

20     Q.   What, generally speaking, is the '858 patent

21  about?

22     A.   So this is what's referred to as a partial

23  state block acknowledgement.  Essentially it's -- it's a

24  way of allowing a Wi-Fi router that has 802.11n to work

25  with a very large number of client devices in a -- in a

1   way that doesn't make it -- make it very expensive.

2   It's a simplification.

3        Q.   Okay.  And now, you've seen the

4   patents-in-suit in this case, right?

5        A.   Yes, I have.

6        Q.   Okay.  And so does that relate to the

7   patents -- the patents-in-suit held by Ericsson, or is

8   this a different patent held by Intel?

9        A.   Yes, they don't relate to each other.

10        Q.   Okay.  So let's just take a look at one of the

11   figures in the --

12             THE COURT:  Before you do that, counsel,

13   let me just give the jury an instruction so that there's

14   not any confusion about this.

15             You can have more than one patent

16   governing a broad area of technology, but it may relate

17   to different aspects of that.  So the mere fact that

18   Intel has a patent that involves part of the technology

19   of Wi-Fi is not necessarily a defense to the fact that

20   someone else may have a patent relating to another part

21   of that Wi-Fi.  So you're so instructed in that regard.

22             You may proceed.

23             MR. AROVAS:  Thank you.  Thank you, Your

24   Honor.

25        Q.   (By Mr. Arovas) So if we could take a look at

1  Figure 3.

2          Is Figure 3 a depiction of the block

3  acknowledgement architecture?

4      A.   Yes.  This is -- this is a diagram showing the

5  general sequence of events in -- in a block

6  acknowledgement exchange.

7      Q.   And how does that overall architecture compare

8  to the architecture used in the 802.11 standards?

9      A.   So the overall design is the same.  What's --

10  what's described in this -- in this patent is in the

11  standard.

12      Q.   Okay.  So can you compare for us the basic

13  parts of the block acknowledgement architecture to -- in

14  the patent to what we see in the standard?

15      A.   Sure.  So we can -- we can see that the

16  sequence is the same.  You send a group of data packets

17  followed by a request for acknowledgement, and then

18  after that you'll see the acknowledgement coming back

19  from the receiver.

20      Q.   Okay.  And so that related to that figure we

21  saw before where we had the green packets -- the four

22  packets that formed the block, we had the block

23  acknowledgement response -- sorry, request, and then the

24  block acknowledgement itself?

25      A.   That's correct.

1     Q.    Okay.  And so was this patented approach used

2  in 802.11n?

3     A.    Yes, it is.  This is included in the standard.

4     Q.    Thank you.

5               MR. AROVAS:  No further questions, Your

6  Honor.

7               THE COURT:  All right.

8               Cross-examination.

9                  CROSS-EXAMINATION

10  BY MR. STEVENSON:

11     Q.    Good afternoon, Mr. Kitchin.

12     A.    Good afternoon.

13     Q.    When you were going over your job

14  responsibilities at Intel, I thought you heard -- I

15  heard you say you worked in the Intel Legal Department?

16     A.    Yes, that's correct.

17     Q.    How long have you been in the Legal Department

18  of Intel?

19     A.    Since about 2009, I believe.

20     Q.    That's about three, four years?

21     A.    Yes, something like that.

22     Q.    And how many lawyers are in the Legal

23  Department that you work in at Intel?

24     A.    You know, I don't know exactly how many

25  attorneys are in that group.

1      Q.    Closer to a dozen or closer to a hundred?

2      A.    You know, I -- I really don't know.

3      Q.    Well, how many lawyers do you interact with in

4  the Legal Department on a routine basis?

5      A.    Probably a dozen -- couple of dozen that I

6  would -- I would talk to.

7      Q.    So somewhere between 10 and 20 lawyers that

8  you usually work with?

9      A.    Sure.  I mean, I don't work with all of those

10  people day-to-day.  In fact, most of the time I don't

11  work with -- with lawyers day-to-day.

12      Q.    And you get involved in litigation?

13      A.    Well, sure, I'm involved in this one.

14      Q.    And others?

15      A.    Yes, I've been involved in other litigations.

16      Q.    Okay.  And as far as your current

17  responsibilities, do you now do anything at Intel that's

18  not under the direction of an attorney?

19      A.    Sure.  I do some work that is related to -- to

20  standards.  I work with some of our research teams.

21      Q.    Do you recall giving your deposition in this

22  case?

23      A.    Yes, I do.

24      Q.    And do you recall being asked that question at

25  Page 50 of your deposition?

1      A.   Sure.

2      Q.   I believe we asked you:  Do you do anything

3 for Intel that's not under the direction of an attorney?

4           And you answered:  As far as my current

5 responsibilities include?

6           Yes.

7           I can't immediately think of anything

8 that I would do that not -- would not be under the

9 direction of an attorney.

10          Is that the testimony you gave?

11     A.   Yes, that's correct.

12     Q.   I'd like to talk with you about some dates and

13 some relevant dates.

14          Now, 802.11e, that was the project you were

15 involved in, right?

16     A.   Yes, that's one of the groups that I've worked

17 in.

18     Q.   And that was approved in November of 2005,

19 correct?

20     A.   Yes, that's correct.

21     Q.   And that added some new clauses and some new

22 features to the standard, didn't it?

23     A.   Yes, it did.  I mean, there's a new standard

24 document related to the 802.11e document.

25     Q.   Added some new features, right?

1       A.   Yes, that's correct.

2       Q.   One of the features it added was block

3    acknowledgement requests.

4       A.   Yes, that's correct.

5       Q.   And another feature that it added was block

6    acknowledgements?

7       A.   Yes, that's correct.  It's part of the same

8    technology.

9       Q.   It's back and forth.  You have the request --

10   block acknowledgement request, you get the block

11   acknowledgement, right?

12      A.   Yes, that's -- that's generally how it works.

13      Q.   And those were added in 802.11e?

14      A.   Yes, that is correct.

15      Q.   Now, another feature that got added in 802.11e

16   was something called the QoS control field, right?

17      A.   Yes, that's correct, that was added in 11e.

18      Q.   And that's -- QoS is quality of service.

19           That's what that stands for, right?

20      A.   Yes, that is correct.

21      Q.   And that quality of service control field

22   includes the TID subfield that you were talking about in

23   your testimony, right?

24      A.   Yes, that's correct.

25      Q.   And that's the -- the traffic identifier

1  field, correct?

2      A.   The traffic identifier, yes, that's right.

3      Q.   And another thing that got added in 802.11e is

4  for quality of service stations, a transmit MSDU timer

5  initialized when the MSDU is received by the MAC layer,

6  correct?

7      A.   There is -- there is that function that's

8  described in the standard.  I don't think that was added

9  in the 802.11e, though.

10     Q.   When do you think it was added?

11     A.   To the best of my recollection, I think that

12  would have been there from the beginning.  I mean, I

13  could -- couldn't be sure without, you know, looking at

14  the standards, but I -- but I think that's been there

15  for a while.

16     Q.   Wasn't there a timer that got initialized at

17  the transmit point earlier, and then at 802.11e -- they

18  came up with a transmit timer initialized when the

19  MAC -- excuse me, when the MSDU would be received by the

20  MAC layer?

21     A.   You know, again, without looking it up in the

22  standards, I don't know.

23     Q.   Okay.  Well, why don't we pull the standard

24  up?

25     A.   Okay, sure.

1      Q.   It's Plaintiffs' Exhibit 562.  I'll

2  address you -- or direct you to Page 85.

3      A.   Okay.  Is that in this binder?

4      Q.   It should be.

5      A.   562.  Okay.  I have it.

6      Q.   And so let's back up a little bit.

7      A.   Page number is 85?

8      Q.   I'm going to address you to Page 79.

9           MR. STEVENSON:  And I'll ask Mr. Diaz to

10  go to Page 79, as well, please.

11     Q.   (By Mr. Stevenson)  And the reason I'm going

12  to 79 is, let's talk about how these work.

13     A.   Okay.  I don't think I actually have this in

14  my binder, Page 79.

15          MR. DIAZ:  What's the number?

16          MR. STEVENSON:  It's Plaintiffs' Exhibit

17  562.

18     A.   562.  I have that tab.  I don't think -- I

19  don't have Page 79.

20     Q.   (By Mr. Stevenson)  I'm sorry.  I've given you

21  85, but let me address your attention to the screen.

22          I'll show 79 on the screen, and then we'll go

23  to 85.

24     A.   Okay.

25     Q.   And I'm going to show you this just for one

1  purpose, Mr. Kitchin.

2           MR. STEVENSON:  Can you zoom in, Mr.

3  Diaz, on the insert after 9.8?

4      Q.   (By Mr. Stevenson)  Let's talk about the way

5  these work.  These amendments that come into 802.11,

6  what they do is they work off a base document and then

7  they add new paragraphs or maybe they delete some stuff,

8  right?

9      A.   That -- that's correct.  There's a list of

10 insertions and strike-throughs and editing instructions,

11 that's generally how it works.

12     Q.   Right.  And so what you have to do is you have

13 to look at the editing instructions to see what gets

14 added and where it gets added in the base document?

15     A.   Yes, that's right.  That's what it tells you.

16     Q.   So the reason I'm showing you 79, and the

17 reason it may not be in your binder is the editing

18 instructions here talk about everything below this,

19 insert the following as 9.9 through 9.9.3.2.  You see

20 that?

21     A.   Yes, I see that.

22     Q.   So now with that -- knowing what is being

23 inserted, will you turn to Page 85?

24     A.   Sure.

25     Q.   And this is 9.9.1, I believe.  So that would

1  have been within the range of insertions, right?

2      A.   Yes, that's correct.

3      Q.   And I'll ask you to look at the paragraph

4  that's highlighted there.

5           MR. STEVENSON:  And blow that up.

6      Q.   (By Mr. Stevenson)  This would be something

7  that was being added, correct?

8      A.   Yes, that's correct.

9      Q.   And what is being added -- it says:  QSTAs --

10  that's quality of service station, right?

11     A.   That's correct.

12     Q.   Shall maintain a transmit MSDU timer for each

13  MSDU passed to the MAC.

14     A.   That's correct.

15     Q.   And it goes on to say:  The transmit MSDU

16  timer shall be started when the MSDU is passed to the

17  MAC?

18     A.   Yes, that is correct.

19     Q.   And this was something new added into -- new

20  material added into 802.11e, correct?

21     A.   The material is new.  Without actually going

22  and checking, I couldn't be certain that the

23  functionality is actually new.  Understand that all of

24  this stuff had to get rewritten because there's this

25  term here, QSTA, which stands for a station.  That's

1  what STA is.  That supports quality of service.

2          So a lot of these things had to get rewritten.

3  So it may be this was actually in the old standard, and

4  they just changed the names a little bit.

5      Q.   Well, you gave me a maybe answer, Mr. Kitchin.

6  You really don't know in the prior versions of the

7  standard if there was a timer when it got initiated, as

8  you sit here, correct?

9      A.   Sure.  I can look it up.

10     Q.   Well, let's move on now to 802.11n and talk

11 about that.

12     A.   Okay.

13     Q.   Now, 802.11n got approved in October of 2009,

14 correct?

15     A.   That -- that sounds about right.

16     Q.   And that added some new features and some new

17 clauses, as well, didn't it?

18     A.   Yes, it did.

19     Q.   One thing that was added in 802.11n was

20 something called an A-MPDU?

21     A.   Yes, that's correct.

22     Q.   And that stands for aggregated MPDU, right?

23     A.   Yes, that's what it stands for.

24     Q.   Which is aggregated map protocol data unit?

25     A.   That's correct.

1     Q.    Which we've been calling a group of packets?

2     A.    Right.  It's a block of packets, yes.

3     Q.    Right.  And that, for the first time, showed

4  up in 802.11n, right?

5     A.    Yes, that's -- that's when it first appeared.

6     Q.    And that standard also refers to this, in

7  certain circumstances, as an implicit block

8  acknowledgement, right?

9     A.    Yes, it does contain that -- the terminology.

10     Q.    And we've been using that terminology in the

11  case with other witnesses.

12          In addition, another new feature in 802.11n

13  was block acknowledgement frame variants?

14     A.    Yes, I believe that's correct.  I think --

15  believe that's where that first appeared.

16     Q.    And let me show a slide, just so we can all

17  see what a block acknowledgement frame variant looks

18  like.

19          MR. STEVENSON:  Could you pull up Slide

20  19, please, Mr. Diaz?

21     Q.    (By Mr. Stevenson)  Does that truck look

22  familiar to you at the bottom from the standard as the

23  block acknowledgement frame variant chart?

24     A.    Yes, I'm familiar with that.

25     Q.    Okay.  And that shows the various types of

1   block acknowledgement response that can be sent:  Basic,

2   compressed, or Multi-TID, right?

3       A.   Well, it contains the variants that the

4   standard defines.  They can't all be sent at -- at any

5   given -- given moment in time.

6       Q.   Understood.

7            Now, these were introduced first in 2009,

8   correct?

9       A.   Well, the standard was published in 2009.  I

10  think -- you know, there was -- there were drafts and

11  proposals.  So -- so they actually -- this table

12  originates a little earlier than that; but, yes, that's

13  when it was first published.

14      Q.   It was first introduced in 2009, right?

15      A.   Well, it was first -- first --

16      Q.   Approved, I should say.

17      A.   It was approved in 2009, yes.  I mean, it

18  makes an appearance in the -- you know, the

19  documentation.  Like the submission's earlier than that;

20  but, yes, that's when it was approved.

21      Q.   So you showed a timeline earlier in your

22  direct testimony, and we -- the sides have been

23  exchanging slides in advance of the days in court.  We

24  got a copy of that.  I'd like to put it up.

25           You remember talking about this?

1      A.   Yes.  Yes, I do.

2      Q.   And this is a timeline of the IEEE standards

3  and how they've evolved?

4      A.   Yes, that's what it shows.

5      Q.   What I'd like to do is, I'd like to put some

6  of the things we talked about on this slide and build

7  them on.

8           Let's go to 802.11e first.

9           MR. STEVENSON:  Mr. Diaz, would you bring

10  that up, please?

11      Q.   (By Mr. Stevenson)  So we talked about the

12  block acknowledgement request being in 802.11e.  The

13  block acknowledgement, the TID subfield.  So far so

14  good?

15      A.   Yes, I think that's correct.

16      Q.   And then you weren't sure about --

17      A.   We were discussing -- we were discussing

18  earlier with that -- that transmit MSDU timer.

19      Q.   Right.  You weren't sure about the transmit

20  MSDU timer.  We know it appears in 802.11e.

21      A.   Oh, it's certainly there.  The question is

22  whether it's actually all the way -- way back, as well.

23      Q.   And that's what you aren't sure about right

24  now?

25      A.   Sure.  I would have to go and look up that

1  particular line.

2      Q.   802.11n we talked about, the A-MPDU, and the

3  block acknowledgement frame variants, correct?

4      A.   Yes, that's correct.

5      Q.   Now, let's go ahead and --

6           MR. STEVENSON:  Mr. Diaz, if you can take

7  off everything before those new features on the timeline

8  and make some room.

9      Q.   (By Mr. Stevenson)  I'd now like to talk with

10  you about Ericsson's patents.  You -- you've reviewed

11  the patents in this case, haven't you?

12      A.   Yes, I have.

13      Q.   So you're familiar at least with the dates of

14  them?

15      A.   Yes.  I mean, I couldn't tell you off the top

16  of my head, but -- but I'm approximately familiar with

17  that.

18      Q.   Okay.  Well, I think I can help you with that.

19  Let's talk first about the '568 patent.

20           MR. STEVENSON:  Can you bring that up,

21  Mr. Diaz?

22      Q.   (By Mr. Stevenson)  Now, the Ericsson '568

23  patent was filed in October '96.  Does that -- do you

24  recall that?

25      A.   I'm sure that's correct.  Without -- I

1  couldn't confirm without going and looking, but I'm sure

2  that's right.

3       Q.   Would you like me to get the patent and give

4  it to you or --

5       A.   No, I'm -- I'm sure that's right.

6       Q.   Okay.  And it issued in October 2002, didn't

7  it?

8       A.   Like I said, I don't have, you know, a list in

9  my head of those dates, but I'm sure that's correct.

10      Q.   And are you aware that it actually -- the

11  technical disclosure published a little bit earlier than

12  2000 -- published in 1999 when a divisional of that

13  patent was issued?

14      A.   Again -- I mean, I don't have those details

15  off the top of my head, but I'm sure that's correct.

16      Q.   Okay.  Now, let's talk about the next patent.

17  That would be the '625 patent.  That was filed in

18  October of 1998, wasn't it?

19      A.   Well, as before, you know, I don't have a list

20  of these dates in my head, but I -- I don't have any

21  reason to doubt that.

22      Q.   Well, I -- if you'd like to confirm it,

23  I'll -- I'm happy to have -- direct your attention to

24  it.  I believe that's at that Tab 7 of your notebook.

25      A.   Tab 7?

94

1      Q.   It should be PX 4 in your notebook.

2      A.   PX 4?

3      Q.   I said Tab 7, I misspoke.  It's PX 4.

4      A.   Okay.

5      Q.   Am I right about that date?

6      A.   Sure.

7      Q.   And that patent published when it was issued

8   in July of 2002, didn't it?

9      A.   Yes.  Yes, it did.

10     Q.   The next patent is the Ericsson '435 patent.

11     A.   Okay.

12     Q.   And that patent was filed for in March of

13   1999, wasn't it?  And that's the prior tab, Mr. Kitchin.

14     A.   Yes, that's correct.

15     Q.   And it published and issued in December of

16   2001; is that right?

17     A.   Yes, that's correct.

18     Q.   Now, let's go on to the '223 patent.  That's

19   the next patent.  That one was filed for in April of

20   1999.  And if you'd care to check, you can go to Tab

21   8 -- PX 8, excuse me.

22     A.   Okay.  I have that.

23     Q.   Filed in April of '99?

24     A.   That's correct.

25     Q.   And it became public and issued in February of

1   2003, didn't it?

2        A.   Yes.  Yes, it did.

3        Q.   And let's go now on to the '215 patent, and

4   that's the next tab in your book.  That was filed for in

5   April of 1999, correct?

6        A.   It's the '215?

7        Q.   That's the next -- that should be Tab 10 in

8   your book.

9        A.   Okay.

10       Q.   PX 10.

11       A.   Oh, I see.  Provisional filing date, April of

12  '99.  Yes, I see that.

13       Q.   Am I right about April '99?

14       A.   Yes, that's correct.

15       Q.   And this one would have issued in August 2004?

16       A.   Yes, I see that.

17       Q.   And are you aware that in addition to that

18  publication, Ericsson also contributed this patent in an

19  ETSI disclosure for 3GPP?

20       A.   I -- I wasn't aware of that, but --

21       Q.   Okay.  I want to ask you a couple more

22  questions about your direct testimony.

23            You showed us some source code -- I remember

24  one page of it -- right?

25       A.   That's correct.

1      Q.    And what I noticed, in my limited

2  understanding of source code, is down the left column

3  here, there's a lot of slashes.  Do you see those?

4      A.    Uh-huh.  That's correct, yes.

5      Q.    That's how you comment out a line of source

6  code, right?

7      A.    That's correct.

8      Q.    What --

9      A.    These -- these lines are -- these lines are

10 comments.  They're not functional code.  They're just

11 descriptive.

12     Q.    That's what I was going to ask you, sir.

13 None of these that we pointed to -- none of the lines

14 you pointed to would be run by a computer, correct?

15     A.    Yes, that's correct.  This is just a

16 description of what comes after it.  The actual

17 functionality is below this.

18     Q.    This isn't the actual program that the

19 computer runs, correct?

20     A.    This is actually a code for -- for the chip.

21 But this -- this comment block doesn't actually get

22 turned into the chip, that's correct.  This is a

23 comment.

24     Q.    This doesn't get run or processed by the

25 computer?

1        A.   Yes, that's correct.

2        Q.   You testified, sir, about some access

3   categories.   Do you remember that?

4        A.   Yes, I do.

5        Q.   I wanted to ask you about that.

6             How many access categories are there for the

7   quality of service function?

8        A.   So in 802.11e, there are four access

9   categories defined.

10        Q.   And in 802.11n?

11        A.   Yes, it doesn't change.

12        Q.   There's four of them.   What are those called?

13   How -- how --

14        A.   So they -- they have --

15        Q.   List them out for me.

16        A.   -- they have names.   There's AC_BK, AC_BE,

17   AC_VI, and AC_VO.

18        Q.   Okay.   AC_BK?

19        A.   That's correct.

20        Q.   AC_BE?

21        A.   That's correct.

22        Q.   AC_VI, and AC_VO?

23        A.   Yes, that's correct.

24        Q.   And those access categories that you've

25   identified, those are -- those essentially correspond to

1  the four queues you put up in your foam board that you

2  wrote on?

3      A.   Yes, that's correct.

4      Q.   May I have your permission to put the foam

5  board up and question you about it?

6      A.   Sure.  I have no objection to that.

7              MR. STEVENSON:  Is that all right, Mr.

8  Arovas?

9              MR. AROVAS:  Yes, of course.

10             MR. STEVENSON:  I don't want to mar it.

11  Is it dry erase?

12             THE WITNESS:  It should be, but I don't

13  think it erases very well.

14             MR. STEVENSON:  May I write on it?

15             THE WITNESS:  I think there are some dry

16  erase markers behind you.

17     Q.   (By Mr. Stevenson)  So as I understood this,

18  Mr. Kitchin, these are the packets that are coming from

19  software programs somewhere, running on the computer,

20  right?

21     A.   Yes, that's right.

22     Q.   Might be Internet Explorer or you're streaming

23  something or whatever you're doing, these are the

24  packets coming down in here, right?

25     A.   That's correct.

99

1    Q.    And ultimately what they have to do is they

2  have to get in some queues, right?

3    A.    Yes, that's correct.

4    Q.    And queues -- that's a computer word.  It just

5  means a line?

6    A.    Yes, that's correct.

7    Q.    Like at the supermarket, you might wait in a

8  queue.  I think they say that in the U.K.  Here, it's

9  line.

10    A.    That's right.

11    Q.    But here we have four lines, and the packets

12  have to line up and then they get to go down here,

13  right?

14    A.    Yes, that's correct.

15    Q.    Then these are the complicated things you

16  talked about, but these are essentially how they get --

17  the doors they get out of the computer and they get

18  transmitted off?

19    A.    Yes, that's a fair description.

20    Q.    And -- and there's some sort of formula for

21  how these -- how these doors open and close.  But these

22  are the lines to get out the door, the four lines?

23    A.    Yes, that's correct.

24    Q.    Okay.  Now, which -- you said one's fast and

25  one's -- and one's the slowest, and then they go down.

1           Which is the fast one?  Is that the right one?

2      A.   So this figure doesn't actually say, but in my

3  description I was talking about the one on the right

4  being the fastest one.

5      Q.   Okay.  So this is the slow one?

6      A.   Sure, sure.

7      Q.   In many regards this might be like different

8  lines at the grocery store.  You have a fast line for

9  express and a slow line?

10     A.   Something like that.

11     Q.   Okay.  Which is the slow line?  Is it this

12  one?

13     A.   Sure.  We can call it that one.

14     Q.   What's the access code for the slow one --

15     A.   So that is --

16     Q.   -- the access category?

17     A.   The access category is called AC_BK.

18     Q.   That's a B as in boy?

19     A.   Yes, that's correct.

20     Q.   AC_BK.

21          Then the next faster one, what's -- what's the

22  access category for that?

23     A.   That's AC_BE.

24     Q.   Okay.  What's the next line?

25     A.   So the next one is AC_VI.

1    Q.   That's V --

2    A.   V.

3    Q.   -- as in Victor, I as in India?

4    A.   That's correct.

5    Q.   And the last one?

6    A.   The last one is AC_VO.

7    Q.   V as in Victor, O as in October?

8    A.   Yes, that's right.

9    Q.   And so this is the slowest?

10   A.   Approximately.

11   Q.   Approximately slow.

12        This one's a little faster.  This one's even

13   faster.

14   A.   Maybe, yes.

15   Q.   Is this one the fastest?

16   A.   That's -- yeah.  That's a little bit of a

17   simplification, as I mentioned earlier, but that's --

18   that's approximately right.

19   Q.   So if we were in a supermarket, this might be

20   the regular line that you go through with your -- your

21   groceries piled up in your cart for your week's worth of

22   shopping.  And then this might be one of the express

23   lines for 20 or less.  This might be one of the express

24   lines for nine or less items.  And this might be a

25   super-fast express line, you've just got a couple of

102

1    things and you're paying cash.

2        A.    Well, I guess that's -- that's an analogy you

3    could use.  I don't know that I would choose that.

4        Q.    All right.  Now, in the -- in the standard

5    does it talk about -- is there a chart that compares the

6    ACs to an informative description?

7        A.    Yes, there is.

8        Q.    That was that UP mapping you showed us, right?

9        A.    That's correct.

10       Q.    Let's pull that up.

11            MR. STEVENSON:  That's Plaintiffs'

12   Exhibit 283, and it's at Page 253.  Oh, I'm sorry.  Will

13   you zoom in, Mr. Diaz, on that chart?

14       Q.    (By Mr. Stevenson)  Now, these are the

15   mappings we've been looking at, right?

16       A.    That's correct.

17       Q.    And the official names for those queues are

18   defined by the access category, the AC, right?

19       A.    Yes, that's correct.

20       Q.    Okay.  And what we see here is the AC_VO, the

21   fastest queue, is designated to the left as voice,

22   right?  Excuse me, to the right as voice?

23       A.    Yes, that's what it says.

24       Q.    And we also see that the next one over, AC_VI

25   is designated as video, right?

1       A.   Yes, that's what the table says.

2       Q.   And that's not coincidental that VO

3  corresponds to voice and VI corresponds to video, is it?

4       A.   Well, it's just an example of what you could

5  use this for.

6       Q.   Well, the -- the AC_VI -- the letters VI were

7  chosen because that's the first two letters of video,

8  right?

9       A.   That's correct.  That's what it stands for.

10       Q.   That's not coincidental, is it?

11       A.   That it stands for video?  No.

12       Q.   And AC_VO, the VO stands for voice, and that's

13  not coincidental either?

14       A.   That's correct, it stands for voice.

15       Q.   Thank you, sir.

16                MR. STEVENSON:  No further questions.

17                THE COURT:  All right.  Any redirect?

18                MR. AROVAS:  Yes.  Just a little bit,

19  Your Honor.

20                One housekeeping matter first, Your

21  Honor, if I may.

22                THE COURT:  All right.

23                MR. AROVAS:  I had created a drawing with

24  the witness and neglected to give it an Exhibit Number.

25                THE COURT:  All right.

1              MR. AROVAS:  And I'd like to mark that as

2    Exhibit DX 608, which I think is our next available

3    number.

4              THE COURT:  Demonstrative exhibit number?

5              MR. AROVAS:  Yes, Your Honor.

6              THE COURT:  All right.  So marked.

7                   REDIRECT EXAMINATION

8    BY MR. AROVAS:

9      Q.   And let's start with the coding, and I'll go

10   over to the document camera.  And you were asked a few

11   questions about this piece of software code that I

12   showed you.  And we looked at one of the comments up at

13   the top.

14     A.   That's correct.

15     Q.   You recall that?

16     A.   Yes.

17     Q.   What are the purpose of comments in telling

18   people how source code works?

19     A.   So they just -- a description of -- of what

20   it's supposed to be.

21     Q.   And how do real programmers in the real world

22   use comments to try to guide them through the

23   functionality of software code?

24     A.   Well, usually they're put in there -- in

25   something like this.  They're put in there as a note to

1  remind themselves what this piece of code is doing.

2      Q.    Okay.  So it's a note that's written in

3  English so people who read the code can tell the general

4  purpose and functionality of the code?

5      A.    Yes, that's what it's usually used for.

6      Q.    Without having to go through line by line and

7  see every line of code, right?

8      A.    Yes.  Yes, that's right.

9      Q.    And so let's talk about fragmenting mode.

10          Is this comment a correct description of how

11 the code works?

12     A.    Yes, it is.

13     Q.    And are you familiar with the code?

14     A.    Yes, I am familiar with the code.

15     Q.    And does the code in the Intel products

16 fragment using BlockAck?

17     A.    No, it does not.  In the block acknowledgement

18 case, it can't.  It just doesn't have that function.

19     Q.    Okay.  And so if we were to go through the

20 code, you'd be looking for the absence of something,

21 right?  There's no fragmentation in the mode, right --

22 in the code, sorry?

23     A.    That's correct.

24          And you can see the BlockAck messages.  You

25 can see where that data comes in, and you can see what

1   it actually is.  It's not even looking for the absence

2   of something.  You can see exactly what the data that

3   comes in is.

4        Q.   Okay.  Now, while we're at the topic of code,

5   we've heard a lot of testimony in this case about how do

6   the products work.  And this is a patent case, and so in

7   a patent case, I guess you know, as an inventor, you

8   compare the claims against the actual products, right?

9        A.   Yes, that's correct.

10       Q.   And that's how you determine if --  if the

11  claims are in the product, you have to look at what the

12  product actually does?

13       A.   Yes, that's correct.

14       Q.   And the code in the chip is going to describe

15  how the product operates, right?

16       A.   Yes, that's correct.

17       Q.   And so the parties are going back and forth

18  about saying, well, is this function in the product or

19  is that function in the product or is it not in the

20  product.

21            And if we were to actually look at the

22  software code, you could see if something was there or

23  if it was missing?

24       A.   Yes, that's correct.  The -- the -- all of

25  that code -- all the source code we've been talking

1 about defines precisely what the product does.

2      Q.   Okay.  And so, obviously, if something is not

3 there, you're not going to see it in the code, right?

4      A.   Yes, that's correct.

5      Q.   But if something is there, you will see it in

6 the code, right?

7      A.   Right.  It's the only place it could be.

8      Q.   And you're aware in this case the Intel code

9 has been turned over to Ericsson's lawyers, right?

10      A.   Yes, I understand that it has.

11      Q.   And it was turned over to Dr. Nettles, the

12 Ericsson expert, right?

13      A.   I believe so.

14      Q.   Okay.  And, in fact, it's in town for this

15 trial, right?

16      A.   I understand that to be the case, yes.

17      Q.   Okay.  And so let's just take, for example,

18 one of the patents.

19           One of the patents we've been debating is does

20 the receiver calculate the discarded packets that the

21 transmitter discards, right?

22      A.   Yes, I understand that.

23      Q.   Okay.  And so if we wanted to figure that out,

24 if -- if Ericsson wanted to show that there was actually

25 a calculation being made, would there have to be

1 software code to make that calculation?

2    A.    Yes, it would have to be in one of these

3 pieces of source code.  It might be in this -- this rtl

4 code, an example of what you've shown here.  It might be

5 the software that's on the -- that runs on that computer

6 we talked about, but it would have to be in that source

7 code somewhere.

8    Q.    Okay.  Because it's not going to do -- I mean,

9 computers don't just do a calculation without some

10 software telling it to do it, right?

11    A.    That's correct.

12    Q.    Okay.  So if the calculation were really made

13 in the receiver, what was going in the transmitter,

14 there should be some code that we could see that would

15 show where the calculation is made?

16    A.    Yes, it would have to be there.

17    Q.    Okay.  And on your cross-examination -- I

18 mean, you're -- you're -- you're an Intel engineer and

19 you're familiar with the products in the code, right?

20    A.    Yes, I am.

21    Q.    And you could answer any questions Mr.

22 Stevenson had about how the code worked, right?

23    A.    Yes.

24    Q.    And if Mr. Stevenson had found some code in

25 this product that had the calculation in it, could he

1  show it to you?

2          MR. STEVENSON:  Objection.  I think

3  that's an improper hypothetical.  He's asking an opinion

4  question from a percipient witness.

5          MR. AROVAS:  I'm actually asking the

6  witness about what he could describe in the code on the

7  product that he's here to testify about.

8          THE COURT:  All right.  Restate your

9  question.

10          MR. AROVAS:  Okay.

11  Q.   (By Mr. Arovas)  If you were shown the code

12  for the receiver by Mr. Stevenson, could you interpret

13  whatever code he showed you to tell him whether or not a

14  calculation was being made to calculate what was

15  discarded?

16  A.   Sure.  I mean, I might have to take a couple

17  of minutes to kind of look at it to make sure I

18  understood everything that was going on, but, yes.  I've

19  looked at a lot of this code.  I'm very familiar with

20  it.  And, yes, I can interpret it.

21  Q.   Okay.  And so while Mr. Stevenson had you on

22  cross-examination, did he show you any code to ask you

23  whether that was a calculation in the receiver of what

24  was discarded in the transmitter?

25  A.   No, I don't think so.

1        Q.    Did he take this opportunity to ask you any

2    questions about and show you code and say is this a

3    command to receive?

4        A.    No.

5        Q.    Did he show you any code to say is this

6    segmented?

7        A.    No, I don't think so.

8        Q.    Okay.  We heard about -- I think Mr. Stevenson

9    showed you some of the standards documents related to

10   timers and that talked about the timer being initialized

11   when?

12       A.    The -- the timer at the MAC?  Is that what

13   you're referring to?

14       Q.    That's right.  And when was the timer in that

15   document being initialized?

16       A.    Right.  At the top of the MAC when the MSDU

17   enters the MAC; is that what you're asking?

18       Q.    Yes.  And is there code in the Intel products

19   that would actually show whether the timer was

20   initialized at one point in time or another point in

21   time?

22       A.    Well, our product doesn't actually work quite

23   like that.  We have a timestamp that we write on the

24   packet.  That's in the code.

25       Q.    Okay.  And were you shown that code by Mr.

1   Stevenson to say it worked at a different time?

2       A.   No.

3               THE COURT:   Counsel, how much longer do

4   you anticipate with this witness?

5               MR. AROVAS:   Just a couple of minutes,

6   Your Honor.

7               THE COURT:   All right.

8       Q.   (By Mr. Arovas)   Okay.   And so what Mr.

9   Stevenson did show you is he showed you a timer, and he

10  put -- I don't know if you remember that -- he put the

11  Ericsson patents on one side and then the 802.11

12  standards starting with 802.11e on the other?

13      A.   Yes, I remember that.

14      Q.   Okay.   And he mentioned that the dates of the

15  Ericsson patents were before 802.11e?

16      A.   Yes, I remember that.

17      Q.   Okay.   And I want to ask you -- because there

18  was a suggestion that maybe the two were connected.

19              Were the Ericsson patents used in any way in

20  creating the technologies for 802.11?

21      A.   No, they were not.

22      Q.   Okay.   And was any Ericsson technology,

23  whether through a contribution, a proposal, a patent, or

24  otherwise, used in creating the technologies that we're

25  talking about here today?

1      A.   No, none that I know of.

2      Q.   And does the IEEE have detailed records of all

3  of the debates and the votes, all the different

4  proposals, all the different technologies that are being

5  considered?

6      A.   Yes.  All that stuff is recorded, and it's --

7  it's available.  It's -- it's publicly accessible.

8      Q.   And if we were to go through all of that, will

9  you see any reference to any contribution or

10  consideration or use of any Ericsson technology, any

11  Ericsson patents, or any Ericsson ideas?

12     A.   There were presentations, there were

13  submissions made by Ericsson early on in the process

14  which did not get accepted into the standard.

15     Q.   Thank you.

16               MR. AROVAS:  No further questions.

17               THE COURT:  Any recross?

18               MR. STEVENSON:  Brief, Your Honor.

19               THE COURT:  All right.

20                    RECROSS-EXAMINATION

21  BY MR. STEVENSON:

22     Q.   Mr. Kitchin, if I were to print out the code

23  that has been provided for review and bring it in here,

24  how many pages would it be?

25     A.   Oh, I have no idea.  It's a very large number.

113

1      Q.   10,000?

2      A.   Oh, more than that.  I mean --

3      Q.   Hundred thousand?

4      A.   In terms of pages?

5      Q.   Yes.

6      A.   It's going to be in the hundreds of thousands,

7 yes.

8      Q.   So hundreds of thousands of pages.  This is a

9 box that holds about 3,000 pages, one of these banker's

10 boxes?  We've got a lot of them here.

11      A.   I don't have an estimate.

12      Q.   Okay.  So if I wanted to ask you about the

13 code and I wanted to bring all the code in and have you

14 look at look at it and find something, I would need

15 about 300 of these boxes?

16      A.   Sure, if you brought all of it.

17           MR. STEVENSON:  No further questions.

18           THE COURT:  All right.  Thank you.

19           MR. AROVAS:  Your Honor, may I ask just

20 one?

21           THE COURT:  Yes, you may.

22           REDIRECT EXAMINATION

23 BY MR. AROVAS:

24      Q.   Mr. Kitchin, if Mr. Stevenson wanted to show

25 you the code on the calculation, how many pages would

1   that take?

2        A.    Possibly one.

3                   MR. AROVAS:  No further questions.

4                   THE COURT:  All right.  Anything further?

5                   MR. STEVENSON:  Nothing further.

6                   THE COURT:  All right.  Thank you.

7                   All right, Ladies and Gentleman of the

8   Jury, if you will please pass down your witnesses --

9   your witnesses -- your questions for this witness.

10                   All right.  I'm going to let you go ahead

11  and take your break now.  We'll be in recess until 10

12  minutes until 3:00.

13                   Please remember the Court's instructions.

14                   COURT SECURITY OFFICER:  All rise.

15                   (Jury out.)

16                   THE COURT:  All right.  Please be seated.

17                   All right.  The first question is:  Who

18  decides what user priority number to use?  Are there

19  criteria to determine what number to assign?  Those two

20  are related.

21                   Plaintiff have any objections to those?

22                   MR. STEVENSON:  No.

23                   THE COURT:  Defendants?

24                   MR. AROVAS:  No, Your Honor.

25                   THE COURT:  All right.  You feel you can

1  answer that?

2              THE WITNESS:  Sure.

3              THE COURT:  Next question is:  Can other

4  types of data -- data other than voice, be in VO and

5  other things other than video be in VI?

6              Plaintiff have any objections?

7              MR. STEVENSON:  I think that calls for an

8  opinion.

9              MR. AROVAS:  I think the question is

10  about the products, and he can talk about the products

11  and the standards, which is what he's been talking about

12  in his entire testimony.

13             THE COURT:  Can you answer that question?

14             THE WITNESS:  Yes, I can answer that.

15             THE COURT:  Okay.  All right.  We'll --

16  I'll overrule the objection, and we'll ask both those

17  questions when we come back.

18             Be in recess.

19             COURT SECURITY OFFICER:  All rise.

20             (Recess.)

21             COURT SECURITY OFFICER:  All rise.

22             (Jury in.)

23             THE COURT:  Please be seated.

24             All right, Mr. Kitchin.  I have a couple

25  of questions from the jury.  The first one is really two

1  questions.  Who decides what user priority number to

2  use, and are there criteria to determine what number to

3  assign?

4              THE WITNESS:  So there are different

5  situations that arise here, but the general answer is

6  that the priority number that's attached to the packets

7  is decided by the application.

8              So if you have in your computer, say,

9  like an e-mail or a web browser, that's the program

10  that's going to decide what priority to attach to those

11  packets.

12              I don't know about any criteria.  It can

13  decide, essentially however it wants, what it's going to

14  use for those priority tags.

15              THE COURT:  All right.  And the next

16  question is:  Can other types of data, other than voice,

17  being VO, and other types of data, other than video

18  being VI?

19              THE WITNESS:  Yes.  Absolutely, they can.

20  As I said before in the previous question, the

21  application software can decide to mark the packets

22  however it wants.  So it can direct the packets to go

23  into whichever queue it wants.

24              We have -- I mean, when we were doing

25  this, we had discussed lots of different things that

1 might you choose to use it.  We did have other examples

2 of things that you might choose to put in each of these

3 categories; but it ended up getting boiled down to just

4 the two examples of video and voice by the time we

5 actually put together the table.

6                  But, yes, there are different categories,

7 different kinds of data, other than video and voice,

8 that go into each of those two.

9                  THE COURT:  All right.  Thank you.

10                  Any follow-up questions by Plaintiff?

11                  MR. STEVENSON:  Yes, I have a few, if I

12 may.

13                  THE COURT:  You may.

14                  MR. STEVENSON:  Thank you.

15                  Mr. Diaz, would you put up PX 283,

16 please, that chart?

17                  THE WITNESS:  This is in the binder?  Oh,

18 this is the table?

19                    REDIRECT EXAMINATION

20 BY MR. STEVENSON:

21     Q.   This is that table.  We'll just blow it up for

22 you, and I think you'll be able to see it.

23     A.   Sure.

24     Q.   And I just wanted to clarify.  I think I

25 understand, but I want to make sure I understood about

1  which queues these packets go into.

2          Now, let's take this one right here.  This is

3  the packet with the 5 next to it, right?

4       A.   Okay.

5       Q.   Is the idea that we take that 5, and we look

6  at this chart here, the UP-to-AC mappings, and you go

7  down the left, and you find the 5?

8       A.   Yes, that's right.

9       Q.   And that 5 is going to be AC_VI.

10       A.   That's correct.

11       Q.   And that's video, right?

12       A.   That's the example that's given in the table,

13  yes.

14       Q.   That's -- so that's in the standard, and

15  anybody who's programming one of these applications can

16  look at that, right, and read the standard?

17       A.   That's not really the purpose of this table.

18  This table, if you look at the way the document is

19  structured, it's telling you how to do that box at the

20  top.  Where it says:  Mapping to access categories,

21  that's what this table is describing.

22       Q.   So anybody who has an application and is

23  writing the application to run on a computer can go and

24  get the standard and read it, right?

25       A.   Yes, they can read it.

1      Q.    And they can see that AC_VI and No. 5 is

2   video, right?

3      A.    Sure.  They can see that's what it says.

4      Q.    So here's my question now:  If it's a 5, when

5   it comes down here, can it go anywhere; or does it have

6   to go in video?

7      A.    No.  If it's 5, it goes in AC_VI.

8      Q.    So this one -- this packet right here would

9   have to be -- go into the video right down through

10   there; is that right?

11      A.    So if you have a packet, whatever it contains

12   that's marked as 5, it's going to go to into AC_VI,

13   that's correct.

14      Q.    Can't go anywhere else?

15      A.    That's correct.

16              MR. STEVENSON:  Okay.  Thank you.

17              THE COURT:  Anything further?

18              MR. AROVAS:  Yes, Your Honor, just a

19   couple of questions.

20              THE COURT:  All right.

21              MR. AROVAS:  Your Honor, may I approach?

22              THE COURT:  Yes, you may.

23              MR. AROVAS:  Thank you.

24                  RECROSS-EXAMINATION

25   BY MR. AROVAS:

1      Q.   So, Mr. Kitchin, I just want to be clear.

2           Let's start at the high level.

3           As I look at these four queues, are these

4    queues associated in any way with a particular type of

5    data, meaning does video have to go here?

6      A.   No.  No, it does not.

7      Q.   Okay.  So when Mr. Stevenson was asking you

8    this question, he conveniently picked video as his

9    example, but it might have been a voice packet that

10   got -- well, actually, I guess, a 5.  If I had a voice

11   packet that got 5, where does it go?

12     A.   It goes into AC_VI.

13     Q.   So then voice goes here, too.

14          Now, this designation over here says VI.  Does

15   that mean that voice can't go there, too?

16     A.   No, it doesn't mean that.

17     Q.   Does the designation have anything to do with

18   the way the chips actually work with the type of

19   information that's in the packet?

20     A.   No.  There's no fixed relationship.  The Wi-Fi

21   devices don't look at the contents of the packets.  The

22   only thing they're looking at is the number.

23     Q.   Okay.  So if I had an e-mail, could this go in

24   here, too, if it had a 5?

25     A.   Yes, it would go in there.

1        Q.    So an e-mail would go in here, too?

2        A.    Yes, that's correct.

3        Q.    If I had background information and the packet

4   had a 5, where would that go?

5        A.    It would go in that same queue.

6        Q.    Background would go here?

7              In fact, is it the case that every single type

8   of information, whatever it may be, whatever anybody

9   invents in the world, if it gets a 5, will go in here?

10       A.    Yes, that's correct.

11       Q.    All right.  And if it got a 1, it would go

12  here?

13       A.    Yes, I think that's right.

14       Q.    And so is there any relationship between this

15  number, this TID subfield, and the type of data?

16       A.    No.  No.  There is no fixed relationship

17  between those two.

18       Q.    And is that the reason you called it -- does

19  that have to do with the reason you called it a traffic

20  identifier?

21       A.    Yes, that's correct.  It's just specifying

22  different lanes.

23       Q.    And let me just show you that table again.

24             Let me see if I can find it.  And I'll just

25  put it on the document camera really quickly.

1          And you had mentioned before in your testimony

2     that this was just an example to give people a sense of

3     what could happen at a point in time.  Do you recall

4     that?

5          A.   Yes, that's correct.

6          Q.   And I want to point out under this column, it

7     says designation, and it says informative.  And what

8     does that mean in the standards lingo?

9          A.   So informative is a designation that we attach

10    to parts of the text that are not actually setting a

11    compliance or conformance requirement.

12         Q.   Does that have anything to do with it being

13    just an example of what might happen?

14         A.   Right.  Right.  That's usually what that

15    means.

16         Q.   And is this a requirement --

17         A.   No.

18         Q.   -- of how that works?

19         A.   No, it's not.  The informative designation

20    means that it's not a requirement.

21         Q.   Thank you.

22              MR. AROVAS:  No further questions.

23              THE COURT:  All right.  Thank you.

24              You may step down.

25              Who will be your next witness?

 1                    MR. VAN NEST:  Your Honor, the Defense

 2  calls William McFarland.

 3                    THE COURT:  All right.  William

 4  McFarland.

 5                    MR. VAN NEST:  And Mr. Mitchell will be

 6  examining him.

 7                    THE COURT:  All right.

 8                    All right.  Have you been sworn,

 9  Mr. McFarland?

10                    THE WITNESS:  I have not.

11                    THE COURT:  All right.  If you will,

12  please raise your right hand and be sworn.

13                    (Witness sworn.)

14                    THE COURT:  All right.  You may have a

15  seat.

16                    MR. MITCHELL:  Your Honor, may I proceed?

17                    THE COURT:  Yes, you may.

18                    MR. MITCHELL:  Good afternoon.  My name

19  is Jonah Mitchell.  I'm here speaking on behalf of

20  Defendants.

21     WILLIAM JOHN MCFARLAND, DEFENDANTS' WITNESS, SWORN

22                      DIRECT EXAMINATION

23  BY MR. MITCHELL:

24     Q.   Good afternoon, Mr. McFarland.

25          Can you please tell us your name and where you

124

1  live?

2      A.   My name is William John McFarland.  I live in

3  Los Altos, California.

4      Q.   Now, Mr. McFarland, the first thing I want to

5  do is remind you to keep your pace down.  The Court

6  Reporter's been really -- working really hard for us

7  today and other days.  I know she would appreciate it.

8  So let's try and keep the pace slow.

9      A.   All right.

10     Q.   Can you tell us a little bit about where

11  you're from and where you went to school?

12     A.   So I'm originally from Wauwatosa, a small town

13  in Wisconsin.  I left to go to college.  I did my

14  undergraduate at Stanford University.  I got a

15  Bachelor's degree in electrical engineering.

16  And then I went to graduate school at the University of

17  California Berkeley, and I got a Master's degree in

18  electrical engineering there.

19     Q.   We've had people from all over the world, but

20  I think you might be the first from Wauwatosa.  And I'm

21  going to venture a guess you may be the last.

22          Can you tell us a little bit what it was like

23  growing up in Wauwatosa?

24     A.   Well, it was a lot of fun, actually.  I had a

25  lot of friends that lived right up and down the block

1  that I was on.  And I can remember actually we used to

2  skate a lot on the ponds in the parks that would freeze

3  over in the wintertime.  I loved that.

4      Q.   Now, Mr. McFarland, can you tell us why you're

5  here?

6      A.   I'm here on behalf of Atheros Communications.

7  I was involved in the 802.11 standards process for many

8  years and still am involved in it, and so I know a lot

9  about what's in the standards and how they work and how

10  they were defined.

11           And I know a lot about how our products work.

12  And I'm here to support our customers, who are a party

13  to this lawsuit.

14     Q.   Mr. McFarland, can you tell us a little bit

15  about what Atheros's business is?

16     A.   So we're in the business of making electronic

17  chips, the little electronic chips that go into devices.

18  Those chips do primarily wireless communication.  In

19  particular, a lot of them have to do with the 802.11

20  style of communication.

21     Q.   And how many people does Atheros employ?

22     A.   Atheros employs about 3,800 people.

23     Q.   And how many of those are engineers?

24     A.   The majority of them are engineers.  Probably

25  around 2,500.

1    Q.   And you yourself, Mr. McFarland, what do you

2  do for Atheros?

3    A.   My title is vice president of technology.  I'm

4  an engineer.  I'm in the engineering team.  I have a

5  team that works for me.  We're looking a lot at kind of

6  advanced, kind of next-generation things that we might

7  do in the future.

8         As part of that, we coordinate all of the

9  activities and standards organizations that Atheros

10 participates in.

11        I also have some people who work for me who

12 are doing the design of the products, kind of designing

13 the details of how they work.  And I'm involved in

14 defining what kind of features are going to be in the

15 products.

16        And I look over the work of other engineers

17 who are designing portions.  In fact, I try to coach

18 them and make sure what they're doing is going to work

19 well.

20    Q.   Mr. McFarland, does Atheros have any patents

21 on its innovations?

22    A.   We do.  We have around 400 patents.  Most of

23 those are related to wireless communications and

24 particularly 802.11-style communications.

25    Q.   And how about you yourself, Mr. McFarland,

1  do you have any patents?

2      A.   I do.  I have somewhere between 50 and 60

3  patents.  And, again, the majority of those I got while

4  at Atheros Communications and are related to 802.11

5  technology.

6      Q.   Can you tell us briefly what some of your

7  wireless networking patents relate to?

8      A.   They cover quite a wide range.  I have patents

9  on everything from the way you design antennas; to the

10  way the receiver system works; the way it takes the

11  analog signal that might be on the antenna and turns it

12  into 1s and 0s, the data that you're trying to receive;

13  I have patents even related to applications that you

14  might use Wi-Fi technology for.

15      Q.   And, Mr. McFarland, how long have you worked

16  for Atheros?

17      A.   I've been working for Atheros since 1999.  So

18  it's about 14 years.

19      Q.   What was Atheros like when you started?

20      A.   Atheros was a very small company.  When I

21  started, there were just 10 people.  We actually were

22  working out of a house that had been converted into an

23  office space.  It was kind of exciting.

24      Q.   And how was Atheros started?

25      A.   It was started by a Professor Teresa Meng, a

1  woman who was doing -- a professor at Stanford

2  University, and she had been doing research on how to

3  make a very inexpensive radio system that could still be

4  very high performance.

5          And she felt like she wanted to commercialize

6  that technology, that if she -- she had kind of a dream

7  that if she was able to make very inexpensive radio

8  communications that all of us would be able to afford

9  that technology and have it in the devices we own.

10  Q.    And were there any technologies at that time

11  that provided affordable wireless?

12  A.    Yeah.  So one of the first things that I did

13  after I arrived at Atheros was to kind of survey the --

14  you know, the whole industry.

15          And one of the things that we found was that

16  the standard 802.11 had already been started.  And that

17  standard was very simple.  It could be built

18  inexpensively, and yet it was very high performance.

19          And so we realized that this could be a very

20  good platform to kind of build Teresa's dream on in a

21  sense that we could apply her ideas, in combination with

22  802.11, and create a very low-cost but very

23  high-performance communication system.

24          And, of course, 802.11 also gave us an

25  opportunity to participate in the standardization

1  process and add new ideas and improve the system over

2  time.

3      Q.   Was Atheros ultimately able to achieve

4  Teresa's vision?

5      A.   I think so.  The products that we're building

6  even today include a lot of her ideas, and we have

7  reduced the price tremendously.  These days we're

8  selling Wi-Fi chips for as little as a dollar.

9         A little loud?  Sorry.

10      Q.   That's all right.

11         Mr. McFarland, when was Atheros's first

12  product sold?

13      A.   Our first product was sold in late 2000 or

14  maybe early 2001.

15      Q.   And what was that product?

16      A.   The product operated according to a version of

17  the standard called 802.11a.

18      Q.   What was that moment like for the company?

19      A.   It was really an exciting moment.  You know,

20  we had worked for a number of years, and it was very

21  hard.  I can remember moments when we were kind of in

22  despair.  It was too complicated.  There were too many

23  things that had to work just right.  We had grown a

24  bunch.  There were about 75 people at that time.

25         And I can remember on the day that we were

1   shipping our very first shipment, the very first chips

2   that we sent ever to any customer, we lined up in the

3   parking lot, and we actually passed the package down

4   from one person to another and onto the UPS truck, and

5   that was our very first shipment of parts.

6        Q.   Now, Mr. McFarland, had anyone else in the

7   industry shipped products based on the 802.11a standard

8   at that time?

9        A.   No.  We were the first to bring that version

10  of the standard to market.

11       Q.   And why did Atheros decide to design a

12  standards-based product?

13       A.   We felt that we would do better if we sold our

14  components into a large market, a big business.  And

15  what we knew is that in communications, it's very

16  important to have standards.  If two devices are going

17  to talk to each other, they need to be speaking the same

18  language or else they actually won't be able to

19  communicate.

20            And we felt that if Atheros did it the same

21  way as other big companies, say Intel or Broadcom, Texas

22  Instruments, that there would be a big marketplace.  And

23  we had the confidence that if the market was big, that

24  we would do well and be successful.

25       Q.   Mr. McFarland, you mentioned briefly Atheros's

1  first 802.11a chipset.  Did Atheros design other 802.11

2  chipsets?

3       A.   We did.

4            So following the 802.11a chipset that we

5  built, we built a version that was a combination of

6  802.11a and 802.11b.  And then later we went on and we

7  did one for 802.11g, and then we did one for 11n.

8            And today we have even moved beyond 11n, and a

9  lot of the parts we're selling are according to kind of

10  the newest standard of all, 11 -- 802.11ac.  I should

11  explain the little "ac" thing.

12           These are different versions of the standard,

13  enhancements and improvements.  We've already been all

14  the way through a through z, so we start over again at

15  "aa" and then "ab" and "ac."  And we're actually already

16  working on things called 802.11ah.

17           So there have been a lot of improvements over

18  the years.

19      Q.   Now, Mr. McFarland, you mentioned that Atheros

20  was first to market with its 802.11a chipset.  Are there

21  any other Atheros accomplished -- market accomplishments

22  of which you're proud?

23      A.   Yeah.  We -- would have a number of firsts, I

24  think.  We were, for example, the first people to build

25  what's called a dual-band Wi-Fi solution.

1          It's kind of like having an AM/FM radio.   In

2    this case, it's a solution that works in both the

3    5 gigahertz and the 2.4 gigahertz band.

4          We also were the first people to kind of put

5    the whole system down onto just a single tiny silicon

6    die, just one piece of one component, to fit it all on

7    there, and that was -- allowed us to drive the price way

8    down.

9          We were certainly among the very first to ship

10   802.11n-based products.

11   Q.   Now, Mr. McFarland, what's Atheros like today?

12   A.   Well, it's quite a bit different.   As I

13   mentioned, we're a lot bigger than when I started; 3,800

14   people.   Our offices are now in a big kind of modern

15   high-rise building in San Jose, actually.

16         The company was acquired about two years ago

17   by Qualcomm.   We still operate as an independent

18   subsidiary, so we have our same people that have been

19   working there.   We're in the same office building we

20   were in.   We have the same customers and so forth.   So

21   that part remains the same.

22   Q.   Mr. McFarland, I want to turn a little more to

23   another topic.

24         We've heard a lot about in this case the IEEE

25   and 802.11 standards already, and I don't want to

1 belabor it too much; but I would like to spend a little

2 time discussing Atheros's role in the 802.11 standards.

3          Can you tell the jury briefly about Atheros's

4 role in 802.11?

5    A.   So I think I was the first person from Atheros

6 to attend an 802.11 meeting.  That was in the year 2000.

7          At that time, just myself and one other person

8 went.

9          Since that time, I think we've probably had

10 representatives at virtually every single 802.11 meeting

11 that's been held.  We've participated or reviewed

12 documents and voted on virtually all of the versions,

13 the new enhancements that have been made.

14          So we've really participated very heavily

15 across the entire time period.

16    Q.   How many people from Atheros would typically

17 attend?

18    A.   It varies some from meeting to meeting.  I've

19 been at meetings where 15 to 20 Atheros employees were

20 all at the meeting.  Typically, these days we send

21 around a dozen.

22    Q.   And why do you send so many people?

23    A.   There's a lot going on.  Often, there is

24 multiple versions of the standard being worked on at

25 once.  We are bringing proposals.  We're actually coming

1  up with ideas of how to do things, and we're offering

2  those ideas up to be part of the standard.

3          And that requires a lot of work to kind of do

4  simulations, to prove these things out, and to convince

5  people that what we're doing are the best ideas and they

6  really deserve to be in the standard.  It takes a lot of

7  people.

8      Q.   Mr. McFarland, who have been the leaders of

9  the 802.11 standardization efforts?

10     A.   I would describe it kind of as the chipset

11 manufacturers.  Again, that's -- includes Atheros, but

12 also Intel, Broadcom, Texas Instruments; as I've

13 mentioned, a number of companies that actually make

14 these little components that implement it.

15         Those are the devices that actually have to

16 implement all the little details, exactly how it works.

17         And so they're the people that best understand

18 the whole system and actually have to build all those

19 tiny details and get it right so that it actually works

20 correctly.

21         So those are, naturally, the people that do

22 kind of the heavy lifting, as I describe in the

23 standards organizations.

24     Q.   Mr. McFarland, turning to 802.11n in

25 particular, were you involved in the development of that

1  amendment?

2      A.   I was.  I was attending all the meetings

3  across that time period, and I worked on some of the

4  proposals that we made about what 802.11n should be

5  like.

6      Q.   And did the standards body start from scratch

7  on 802.11n?

8      A.   No.  One of the things that 802.11 is very

9  good about is they like to make sure that any new

10  enhancement works well with whatever has come before.

11        And so when you work on something like

12  802.11n, you always start off of something you've done

13  before.  In particular, 802.11n really was based off of

14  802.11g and 802.11e, which had come even before that.

15      Q.   Mr. McFarland, how did 802.11n improve on the

16  earlier standards?

17      A.   There were a large number of different

18  enhancements.  It's quite a big step forward, I think,

19  on the whole.  Many of those enhancements have to do

20  with increasing the throughput, increasing the speed of

21  communication so we can send more data in a shorter

22  amount of time.

23        It's a long list of things.  There's a thing

24  called MIMO technology.  This is where you have multiple

25  antennas at the transmitter and the receiver that allows

1  you to send multiple data streams in parallel, kind of

2  as if you had multiple wires connecting two things

3  together.  You can imagine that would allow you to

4  transmit data faster.  It's the same concept except in

5  wireless.

6          It also included the ability to put together

7  what we call channel binding, two channels of

8  information.  Normally, we use a 20 megahertz wide

9  channel; but in this mode, we could put two together and

10 double the amount of data that we're sending.

11          (Bumped microphone.)  Sorry.

12          It included some techniques for improved

13 reliability.  So there's a thing in there called an LDPC

14 code.  It's an error correction code.  It's a way that

15 we can correct errors that might come into the signal as

16 we're transmitting it across and kind of fix those up in

17 the receiver so that it's more reliable in its

18 communication.

19          So lots of enhancements covering reliability,

20 greater speed, many different things were put in.

21     Q.  I'm starting to get a sense of why 802.11 uses

22 so many acronyms.  A lot of technologies there.

23 Probably too many to cover in one afternoon; is that

24 right?

25     A.  I could go on for a long time describing them

1    all.

2        Q.    Mr. McFarland, did you contribute any

3    enhancements or improvements to the 802.11 standards

4    over the years?

5        A.    Yeah.  So as I already mentioned, I worked on

6    802.11n ideas.  In 802.11n, that thing about putting the

7    two channels together I worked on.

8            It seems very simple at first when you look at

9    it, but we actually use them kind of dynamically.

10           Sometimes we would send just one; sometimes

11   both.  And it's more complicated than you might think at

12   first.

13           I also worked on a standard called 802.11h.

14   That is a standard where we have to sense radar.  Some

15   of the frequencies we use are shared with radar systems,

16   and we actually have to see that they're there and get

17   out of their way because they're kind of more important.

18           So I've contributed across a number of the

19   standards.

20       Q.    Aside from channel bonding, did Atheros make

21   any other contributions to 802.11n?

22       A.    We did.  People at Atheros worked on a variety

23   of technologies.  In fact, we were involved in a -- kind

24   of a collection of companies that got together to write

25   out a proposal for what 802.11n should be like.  And it

1  was a very complete proposal.

2            MR. MITCHELL:  Now, can we put up Defense

3  Exhibit 307?

4      Q.   (By Mr. Mitchell) Do you recognize this

5  document, Mr. McFarland?

6      A.   I do.  This is the first slide of a fairly

7  long slide presentation which would have been given to

8  the 802.11n working group.

9            And it is the presentation describing the

10 proposal which this substantial group of companies came

11 up with, describing essentially, this is our idea of

12 what 802.11n should be like.

13     Q.   And what was -- can you give us a sense of the

14 breadth of the technologies that were covered in this

15 proposal?

16     A.   Yeah.  So this proposal was extremely

17 complete.  It covered everything from how we take the

18 signal off the antenna and how we deal with that and get

19 the bits out of it.

20           It covered how we put the bits into packets

21 and how we transmit packets and how we retry packets and

22 so forth.  It covered really the entire system from end

23 to end.

24     Q.   And I was just going to ask you about one in

25 the context of this document.  Did this proposal include

1   block acknowledgements?

2        A.   It did.  The proposal has a section about

3   block acknowledgements in it.

4                MR. MITCHELL:  Can we turn to Slide 37 of

5   this exhibit?

6        Q.   (By Mr. Mitchell) And, Mr. McFarland, can you

7   tell us what's disclosed on this page?

8        A.   Yes.  This is one of the slides talking about

9   the whole kind of communication systems, how the packets

10  are put together and how the acknowledgements come.  It

11  describes the aggregated packets, how we -- how we were

12  going to do aggregation.

13               It indicates at a high level how the block

14  acknowledgement would work.  And it even has a little

15  bit about the BlockAck request in it.

16       Q.   Did this proposal ultimately get adopted into

17  the 802.11n standard?

18       A.   It did.  This was selected as kind of a

19  starting point.  There were some changes made as the

20  standard was finalized.  But to a great extent, the

21  standard was as this proposal described.

22       Q.   Thank you.

23               I'd now like to move to another area and turn

24  our attention to discuss Atheros 802.11n chipsets.

25               Were you involved in the design of Atheros

1    802.11n chipsets?

2         A.   I was.

3         Q.   How so?

4         A.   I had people who worked for me who did some of

5    the detailed design; and then, again, I was kind of

6    reviewing the work of other engineers in the company,

7    coaching them into potentially doing a little bit better

8    job.

9              And also I was involved in making decisions

10   about what features and capabilities would be included

11   in our chips and what parts would be left out.

12        Q.   What are the features of an Atheros 802.11n

13   chipset?

14        A.   So that varies a fair amount from chip to

15   chip.  We make a -- quite a few different chips that we

16   sell to different customers.

17             Obviously, in this case, all of them would

18   have 802.11n technology on them.

19             Now, the first thing is that that inherently

20   means that they're also able to do 802.11g and 802.11b,

21   many of them, also 802.11a and all of them, the original

22   802.11 method.

23             So we have to be able to do all those previous

24   generations.

25             The chips also include other functions that

1  can be useful in the device that they're going into.

2  They might have, for example, other types of

3  communications on them.

4         Some of our chips have, for example, Ethernet,

5  where there's a wired connection for a wired Ethernet.

6  And that's included on the chip.

7         Others have, perhaps, a USB connection.  You

8  might be familiar with those little USB cables.

9         Sometimes you use those to connect a printer

10 or a camera or something to the device.

11 Q.   Mr. McFarland, you mentioned a couple of other

12 functionalities, USB and Ethernet.  Are those governed

13 by the 802.11 standards or something else?

14 A.   They have their own standards bodies and their

15 own standards.

16         MR. MITCHELL:  And can we put up Defense

17 Exhibit 477?

18 Q.   (By Mr. Mitchell) Mr. McFarland, can you tell

19 us what this -- this excerpt reflects?

20 A.   Yes.  So this would be the very first page of

21 one of our datasheets.  It appears to be for the AR9344.

22         Our datasheets -- the entire datasheet would

23 be a stack of like 300 pages that describes in great

24 detail exactly how our chips work.  It's something we

25 give to our customers so they know how to program our

1  chip and how to get it to do all of the things that it's

2  supposed to do.

3       The very first page, as shown here, would be

4  just kind of an overview, includes a basic description

5  of the chip and lists out the features that the chip

6  might have.

7   Q.  Does that include some of those features that

8  you just described?

9   A.  It does.

10      For example, I can see in this list that we

11  actually support on this chip five of those connections

12  to the wired Ethernet connection.

13      It also lists that it has that USB capability.

14  It, you know, lists other things about interface to

15  memory and so forth.

16  Q.  Okay.  Mr. McFarland, I would like to move now

17  to another area.

18      There's been some discussion in this case

19  about something called aggregated MAC protocol data

20  units or A-MPDUs.  Are you familiar with those?

21  A.  Yes, I am.

22          MR. MITCHELL:  Your Honor, may I approach

23  the board?

24          THE COURT:  Yes, you may.

25  Q.  (By Mr. Mitchell) Can you see that okay,

1 Mr. McFarland?

2        A.   I can, yes.

3        Q.   Okay.

4             MR. MITCHELL:  And hopefully, everyone

5 over there can as well.

6        Q.   (By Mr. Mitchell) Mr. McFarland, you can use

7 this, if you like, to help illustrate some concepts of

8 the questions I'm going to ask you, but what I'd like

9 you to do is give us a brief description of what A-MPDUs

10 are.

11       A.   So A-MPDUs are the fundamental way that we

12 transmit data in 802.11n.  Probably more than 90 percent

13 of the packets that we send are these A-MPDUs.

14            What they are is they're kind of like a super

15 packet.  They're -- sometimes we call it a frame.

16 They're a packet which has inside of it a bunch of

17 little packets.

18            If you send the little packets one at a time,

19 it's kind of inefficient.  There's a bunch of wasted

20 time before you send the packet, a bunch of wasted time

21 after you send the packet.  If you send just a short

22 message, it's kind of a lot of wasted time and not so

23 much good stuff.

24            So what we do is, we put a bunch of packets

25 together so that we only have one set of wasted time

1  before and after for a much larger amount of information

2  that we're sending across.  That makes it more

3  efficient.  It brings the throughput up.  The data rate

4  is higher.  You can get more information across.

5          Now, the tricky thing about it a little bit is

6  that these packets can be a little bit scrambled up.

7  They can be out of order, kind of reversed around.

8  Sometimes some of them fail or some of them can be

9  missing.

10         And so at the receiver side, you see that we

11 take this packet in, and there's a bunch of kind of

12 empty slots indicated in the memory.  And that's where

13 we kind of stitch this thing back together, putting it

14 in the right order, waiting to fill in gaps that we're

15 missing and so forth.

16         So we kind of try to piece this whole thing

17 back together so that when we're done, it's nice and all

18 in order and ready to go.

19         And one of the things about this receiving

20 system is that we receive these packets whenever they

21 come to us.  Whatever order they're in, whether there's

22 missing packets or not, we take these packets in and we

23 start trying to put them back together into order.

24         We're not picky about the order they're sent

25 in or when they come or whatever.  We take whatever

1  comes.

2      Q.    So sending an A-MPDU is something that

3  Atheros's 802.11n chipsets do in normal operation?

4      A.    That's right.  That's the most typical

5  operation we do.

6      Q.    Now, would you consider an A-MPDU to be a

7  command?

8      A.    No.  I -- to me, it's not a command at all.

9  It's a normal data packet.  It's the majority of what we

10 send.  It's just how we move data across.

11     Q.    And you discussed the receiver a little bit.

12          In Atheros's 802.11n chipsets, does the

13 computer have to compute what the transmitter has

14 discarded?

15     A.    No.  We don't do any computation of that sort.

16 In fact -- I mean, we don't make any attempt to figure

17 out what the transmitter has discarded.  This discard

18 term kind of has to do with these packets that might

19 have failed or are missing.

20          The transmitter might try them again.  It's

21 kind of up to the transmitter to decide how many times

22 it wants to try it again before it gives up and says,

23 okay, that one is never going to make it.

24          And we really don't -- as the receiver, we

25 don't make any attempt to figure out, you know, whether

1  they're given up on or not.  We do the best we can to

2  get the packets back in order and to fill in all the

3  holes.  In the end, if there are still holes left,

4  that's just the way it is.  There's nothing we can do

5  about it.

6          So we don't make any attempt to predict,

7  calculate, otherwise figure out what's been discarded at

8  the transmitter.

9      Q.   Mr. McFarland, we've discussed Atheros's

10  contributions to the IEEE 802.11 standards a little bit

11  earlier with respect to block acknowledgements.  Let's

12  discuss the operation of block acknowledgements in

13  Atheros's 802.11n chipsets a little more.

14          First of all, let's set some -- a foundation

15  for us here.  Can you tell us a little bit about what

16  block acknowledgements are?

17      A.   Yeah.  So block acknowledgements are messages

18  that come from the device that you're trying to get the

19  data to, back to the device that's trying to send that

20  data.

21          And those messages going backwards kind of

22  tell the transmitter which of those packets it's

23  received correctly so far and which ones it still hasn't

24  gotten.  That's how the transmitting side can know which

25  ones to try sending again.

1      Q.   Do Atheros's 802.11n chips send block

2  acknowledgements?

3      A.   We do.

4      Q.   What kind of block acknowledgement does

5  Atheros's 802.11n chips use?

6      A.   We send what's called the compressed BlockAck.

7      Q.   Are there any other kinds?

8      A.   The standard provides for two other types of

9  BlockAck.  As I recall, one is called the basic

10 BlockAck, and the other one is called the Multi-TID

11 BlockAck.

12         But our chips actually can't do those at all.

13 The chip is kind of hardwired.  The actual digital logic

14 is set to do only one type.  So we can't really transmit

15 or receive those other types of packets.

16     Q.   So do Atheros's 802.11 chips ever choose

17 another kind of block acknowledgement?

18     A.   We don't.  We only handle the one type, and

19 that's what we always transmit, and it's the only type

20 that we can handle receiving as well.

21     Q.   Tell us a little bit about Atheros's 802.11

22 chips are designed this way.

23     A.   Well, we took a look at the other types of

24 BlockAcks in the spec, and what we realized is that they

25 don't really provide any benefit.  They don't do

1  anything better for the consumer.  You, as a person

2  using it, wouldn't see any advantage to having these

3  other types.

4          In supporting multiple different ways of doing

5  the same thing, more or less, is not helpful for us.  It

6  causes us to have more circuitry, the chip gets bigger.

7  It gets more expensive.  It would have taken more time

8  to develop, more testing.  It would have been more

9  expensive to get it all designed and put together.

10          So the implementation that we did, the way we

11  designed it was to do only the one type.  That made our

12  chip simpler and faster.  We don't have to calculate or

13  do anything fancy about deciding what to do.  It makes

14  it kind of just very fast and efficient.

15      Q.   Thank you.

16          Let's now turn to block acknowledgement

17  requests or BARs.

18          Do you know what a block acknowledgement

19  request is?

20      A.   I do.

21      Q.   And do -- can you tell us a little bit again

22  what those are, to orient everyone?

23      A.   Sure.  So yet another packet.  In this case,

24  this is a packet that you would send to request the

25  other side to send you a block acknowledgement.  Right?

1        So we have the data packets.  Then we have the

2   block acknowledgement that says which packets have been

3   received correctly or not.

4        And then there's this other -- yet a different

5   kind of packet called the block acknowledgement request

6   which can ask for one of those block acknowledgements to

7   be sent.

8        Q.   Do Atheros's 802.11n chipsets use BAR?

9        A.   We will respond to a BlockAck request if we

10  get one.  We'll send the BlockAck back.  We are able to

11  transmit them, but we do so very rarely.  Generally, we

12  don't bother to transmit them.  It's kind of just extra

13  overhead.  They're not really needed.

14       Q.   Thank you.

15       Returning again to the subject of A-MPDUs,

16  does the transmission of an A-MPDU command a receiver to

17  move on and accept other packets, even though a data

18  packet may still be missing?

19       A.   No.  Again, our receiver is kind of always

20  open for business.  So whenever a packet arrives, we

21  receive it and do the best we can with it.  The packets

22  can come in any order.  There can be missing packets.

23  However they come in is how we receive them, and we

24  process them all.

25       So we have kind of a consistent behavior.  The

1  way we do things is always the same, no matter what we

2  receive; and we're kind of always doing that.

3      Q.   Now, does an A-MPDU allow the receiver to

4  compute which packets the transmitter has discarded in

5  Atheros's 802.11n chipsets?

6      A.   No.  We don't do any computation about what's

7  been discarded.  As I explained before, we don't -- we

8  don't even make any attempt.  It's not something we

9  think about in a way, what's been discarded or not

10 discarded.  It doesn't make any difference to us.

11     Q.   And how about a BAR?  In Atheros's 802.11n

12 chips, does a BAR command a receiver to move on and

13 accept other data packets even though a data packet may

14 still be missing?

15     A.   No.  The only thing that a BAR does is to

16 request a block acknowledgement.  And in response to it,

17 we will send a block acknowledgement.

18          But, again, our chips are always ready to

19 receive things.  We don't get into a state where we're

20 kind of frozen and need to be unfrozen.  So the BAR

21 really just triggers the response.

22     Q.   And tell us again, why is the receiver

23 designed this way?

24     A.   I think it's just a more reliable and

25 efficient way to do things.  Sending these BlockAck

1  requests is extra overhead.  Those packets don't have

2  any information in them.  So having to send them is just

3  overhead.  It slows things down.

4          It's also not very reliable.  If that -- if

5  you were to say, okay, I'm going to design a system

6  where I have to wait until this BlockAck request packet

7  comes, I mean, what if that packet gets lost?  What if

8  there's some noise?  What if it's not received well?

9  Then you're stuck.

10          I think I can kind of describe it maybe by

11  making an analogy.  Say you were meeting up with a group

12  of people to go to the movies, and the idea is to all

13  get together and go and get seats together at the

14  beginning.  But some of the people say, hey, you know, I

15  might be late.

16          Now, that's a certain situation, and you could

17  have a few different ways of thinking about how to deal

18  with that situation.  One agreement you could have is,

19  okay, we'll wait for you until you call and say you're

20  not going to make it.

21          That's an okay arrangement, and sometimes

22  people do that; but you can see that's a little risky.

23  You know, what if the person forgets to call?  What if

24  their cell phone is all out of battery power?  Then

25  you're all standing outside waiting forever.  You don't

152

1  get to see the movie.

2          So we don't do it that way.  We do it a

3  different way.  The agreement we have is more like,

4  okay, wait for us as long as you can; but if the movie's

5  starting or the seats are starting to fill up, go in and

6  leave me behind.  I'll try to catch up with you when I

7  can.

8          So that's the way that we do it.  We don't

9  have a special phone call, a special command that comes.

10 We don't stop and wait and get locked up.  We go:  All

11 right.  We'll wait as long as we can.  When we really

12 need to have those packets, then we move on.

13     Q.   All right.  I think I have one other question

14 in this area.

15          Does a BAR allow the computer to compute which

16 packets a transmitter has discarded in Atheros's 802.11n

17 chipsets?

18     A.   No.  Again, it doesn't -- again, we don't do

19 any computations.  We don't try to understand what's

20 been discarded or what hasn't been discarded.

21     Q.   Thank you.

22          I'd like to turn your attention to another

23 area.  Quality of service or QoS, are you familiar with

24 those terms?

25     A.   I am.

153

1    Q.   Do Atheros's 802.11n chipsets implement

2   quality of service?

3    A.   They do.

4    Q.   And are you familiar with the quality of

5   service or QoS control field?

6    A.   I am.

7    Q.   And I'd like to focus particularly -- in

8   particular on the traffic identifier or TID subfield of

9   the QoS control field, okay?

10    A.   Okay.

11    Q.   Okay.  Can you tell us how that works?

12    A.   Sure.  So this is a little four-bit field, and

13   it can have different values in it.  And that field

14   specifies the priority level that a packet is supposed

15   to be sent at.

16        So quality of service means some things are

17   more important.  We really want to get those across.

18   Some things are less important.  Maybe -- maybe they're

19   a little less important.

20        And so what that indicates when it's in the

21   packet is it indicates the priority level that that

22   packet is being transmitted with.

23    Q.   And in Atheros's 802.11n chips, does a TID

24   subfield value tell you the data type that's contained

25   in the packet; for example, voice or video?

1      A.   It does not.  Any type of content can be

2   placed at any priority level at any given moment.  The

3   most important thing to send might be a data packet.

4   And so we might give that the highest priority level.

5   And so there's not a correspondence between the priority

6   and the type of stuff that's inside the packet.

7      Q.   Thank you.

8           I've got a similar question to the ones I've

9   asked you earlier.  Why is the system designed that way?

10     A.   Well, first off, actually, looking inside of a

11  data packet and figuring out what kind of information is

12  in it is actually not that easy, and it would require a

13  lot of extra circuitry, extra costs, and it would be

14  slow.  It would take time.

15          It's even more difficult than you might think

16  at first, because often data communicated across the

17  Internet is scrambled or encrypted for privacy.  And at

18  that point, when you look at it, it's really hard to

19  tell what's inside of there.

20          So it's really impractical to think that the

21  wireless communication system could look at these

22  packets and know what's inside of them.  And I think it

23  would be, you know, kind of very clumsy.

24          I can make maybe an analogy here, too.  Again,

25  a communication system, maybe you can think of it kind

1  of like a highway, and you might -- when you have

2  prioritization, you might have a fast lane and a medium

3  lane and a slow lane.

4        You can imagine the kind of traffic jam you'd

5  have.  If you had a system where you said, okay, every

6  truck that comes by, we stop the truck, open it up, and

7  we look at what's inside the truck before we let the

8  truck use the fast lane or the slow lane or whatever,

9  it's really not practical.

10        So instead, we -- we do what would be more

11 common, is we kind of -- we kind of trust the packets

12 themselves.  If the packet itself says, I'm a

13 high-priority packet, then we say, okay, you can go

14 ahead and use the fast lane.

15        So what we do in practice is, when a packet

16 comes to us from an application that you're running,

17 that packet may be marked as high priority or low

18 priority, and we simply look at that already-marked

19 priority; and we say, okay, that's the priority we're

20 going to send it at.  We don't make any attempts to, you

21 know, kind of look inside and figure out what's in

22 there.

23     Q.   Thank you, Mr. McFarland.

24        Now, I neglected to ask you earlier, but who

25 are Atheros's customers?

1      A.   We have a wide range of customers.  We sell to

2   people who make smartphones.  We sell to people who make

3   PCs and laptops.  We sell to people who make consumer

4   electronics gear, things like televisions, Blu-ray

5   players.

6           And we sell to people who make what we call

7   infrastructure products.  Those are the wireless access

8   points and stuff that's -- maybe there's one here.  I

9   don't know -- up on the wall, the thing that these

10  mobile devices are all communicating with, and we make

11  those access points as well.

12     Q.   Mr. McFarland, are you familiar with a company

13  by the name of BelAir Networks?

14     A.   I am.  BelAir Networks is a customer of

15  Atheros Communications.  It was acquired by Ericsson a

16  few years ago.

17     Q.   So Atheros supplies 802.11n chips to BelAir?

18     A.   We do.

19     Q.   And it did before Ericsson acquired BelAir?

20     A.   We did, yes.

21     Q.   And it continues to do so today?

22     A.   Yes.  They are still a customer.

23     Q.   Thank you, Mr. McFarland.

24          MR. MITCHELL:  I pass the witness.

25          THE COURT:  All right.  Redirect -- or

1  excuse me -- cross?

2                   CROSS-EXAMINATION

3  BY MR. CAMPBELL:

4       Q.   Good afternoon, sir.

5       A.   Good afternoon.

6       Q.   I don't think we've had the pleasure to meet.

7  My name is John Campbell.  I'm an attorney for Ericsson.

8  I've got a few questions for you.

9       A.   All right.

10      Q.   Welcome to Texas.  Thank you for being here

11 today.

12           Let me ask you, when you talked about how the

13 system is designed, you're talking about how it's

14 programmed, right?

15      A.   Most of the operation of our chips is not

16 really programmable.  You couldn't change -- you

17 couldn't take one of our chips and turn it into

18 something else.  The function is fixed in what we call

19 digital logic.

20      Q.   Okay.  The design is within the digital logic,

21 correct?

22      A.   That's fair.

23      Q.   Okay.  And so if it's designed a certain way,

24 the digital logic reflects that design; is that right?

25      A.   That's correct.

1      Q.   Now, you talked about an analogy of the movies

2  and when do we go in, and things of that nature, with

3  your counsel on direct.

4           Do you remember that?

5      A.   Correct.

6      Q.   Okay.  And I think what the analogy was is, if

7  I'm going to meet my family to go to the movies, I could

8  tell them, look, if I'm not there at 2:00 o'clock, you

9  go in without me --

10     A.   Uh-huh.

11     Q.   -- is that right?

12     A.   Yeah.  It could be based on time.  It could be

13 based on kind of need, you know, whenever the movie is

14 going to start.  There are different ways you could set

15 it up.

16     Q.   Okay.  And so then I design that system such

17 that they know, go in without me at 2:00 o'clock if I'm

18 not there?

19     A.   That's correct.

20     Q.   Don't wait for me to call; do that?

21     A.   That's correct.  That's the agreement you

22 would be making.

23     Q.   I've made that agreement with them, and I've

24 told them to do that, and then they'll do it?

25     A.   Uh-huh.

159

1      Q.    Similarly, you talked about the A-MPDUs and

2  the receiver receiving A-MPDUs.

3            Do you recall that?

4      A.    Yes.

5      Q.    And the receiver is designed such that it will

6  receive -- it will take in any packet that is -- that it

7  receives, correct?

8      A.    That's correct.

9      Q.    It's designed that way.  That's what's in the

10 digital logic, correct?

11     A.    That's correct.

12     Q.    And if it gets a packet that's out of order,

13 it will still take that.

14     A.    That's correct.

15     Q.    If it's on a -- we've been calling it a

16 window.  I think you called it a frame -- and it

17 receives a packet that's not within that frame, it will

18 move that window to take that packet, right?

19     A.    That's correct.

20     Q.    It's programmed that way.

21     A.    That's correct.

22     Q.    That's within the digital logic.

23     A.    Yes.

24     Q.    Okay.  Let me ask you a few questions about

25 radios, because I think you referred to radios.

1  There are many kinds of radios; is that correct?

2       A.   That's correct.

3       Q.   GPS is a radio?

4       A.   That's correct.

5       Q.   Bluetooth is a radio?

6       A.   That's correct.

7       Q.   Cellular is a radio?

8       A.   Yes.

9       Q.   Wi-Fi is a radio?

10      A.   Yes.

11      Q.   And because all of these are radios, it could

12  easily be that some ideas are developed related to one

13  radio, and they would then apply to a different radio,

14  correct?

15      A.   Certainly.  You know, things like antennas are

16  used for all of these types of devices.

17      Q.   But so you could have -- you could have an

18  instance where you're working on one radio type, and you

19  develop an idea that's for that radio type, because

20  you're working on it, that could apply to other radio

21  types; is that right?

22      A.   That's possible.

23      Q.   And, in fact, you talked a little bit about

24  your patents.  And, in fact, your patents generally

25  refer to the art as related to wireless communications;

1   is that right?

2       A.   Right.   That's a big general category for many

3   types of systems.

4       Q.   And then you say that examples of various

5   types of wireless communication systems include

6   cellular, digital data paging, wireless local area

7   networks, wireless wide area networks, personal

8   communication systems and others; is that correct?

9       A.   I would put those all in the category of

10  wireless communications.

11      Q.   Okay.   So you talked on direct with your

12  counsel about the chipset makers being the leaders of

13  802.11.

14           Do you recall that?

15      A.   Yes.

16      Q.   Okay.   But given that all of these things use

17  radios, it doesn't seem unusual at all to you that a

18  cellular company would have ideas that would be

19  applicable to Wi-Fi, does it?

20      A.   It, perhaps, depends on the level of detail

21  you're looking at.   The systems are different.   The

22  optimizations are different.   Wi-Fi is a very simple

23  system, designed to be kind of inexpensive to build.

24  Other systems are much more complicated.

25           So the types of ideas that work for each would

162

1  be different.

2      Q.   Sir, you had your deposition about three weeks

3  ago, correct?

4      A.   Perhaps a little more, but about that, sure.

5      Q.   May 15th?

6      A.   That could be the date.  I don't remember

7  specifically.

8      Q.   It wasn't that long ago, was it?

9      A.   No, not too long ago.

10     Q.   And you were under oath during your

11 deposition, right?

12     A.   That's correct.

13     Q.   And you understood that you were under oath.

14     A.   Yes.

15     Q.   Okay.

16          MR. CAMPBELL:  Could we play a clip from

17 Page 99, Line 24 through Page 100, Line 8?

18          (Video playing.)

19          QUESTION:  Do you think it would be

20 unusual for a cellular company to have ideas from the

21 cellular world that could be applicable to the Wi-Fi

22 world?

23          ANSWER:  I don't know.  It doesn't seem

24 unusual, no.

25          QUESTION:  Why is that?

1          ANSWER:  They're both wireless

2   communication systems.  Some of the techniques

3   definitely apply.

4              (End of video clip.)

5      Q.  (By Mr. Campbell) That was your testimony, and

6   you stand by it, correct?

7      A.  I do.  At a high level, that they can apply.

8      Q.  Okay.  Now, you have a number of patents, so

9   you understand, if someone is using your patent without

10  permission, they need a license to that patent, correct?

11     A.  The decision to license a patent, I think, is

12  quite complicated, and that's kind of a business

13  agreement.

14     Q.  Okay.  I'm not asking about the decision to

15  license the patent; I'm asking you to assume for me that

16  if someone is using your patented technology, to do

17  that, they need to get a license from you, correct?

18     A.  I -- I -- you know -- you know, even at a very

19  basic level, I'm not sure that I know that.  I mean, if

20  I don't complain and the person is using it, I don't

21  know that that's actually a problem.  I mean,

22  obviously -- I don't know.

23     Q.  You don't know whether that he needs your

24  permission to do that?

25     A.  Legally speaking, I do know that if I

1  complain, if I bring a suit or complain about it, then,

2  yes, something has to be worked out.

3      Q.   Okay.  And if a patent is being practiced by a

4  standard, then everyone using that standard needs to get

5  permission from the patent owner, correct?

6      A.   Again, that's actually a -- perhaps a

7  complicated matter having to do with the business

8  relationship that companies have.

9      Q.   So you don't know whether they need to get

10  permission if the patent covers the standard?

11     A.   Some companies already have standing

12  agreements about patents.

13     Q.   I'm asking you to assume for me, sir, there is

14  no agreement.

15     A.   Okay.

16     Q.   You're the patent owner.  You haven't given

17  permission.

18     A.   Okay.

19     Q.   The patent covers standards essential

20  technology.

21     A.   Okay.

22     Q.   Companies are practicing that standard.

23          They should get permission from you to use

24  that technology, shouldn't they?

25     A.   I would agree, under those -- with those

1  conditions and standards, essential technology, you

2  would want to get a license or an agreement of some

3  kind.

4        Q.   Okay.  And it doesn't matter whether you, as

5  the patent holder, contributed the idea to the standards

6  body or not, does it?

7        A.   That's correct.

8        Q.   Let's talk about some timing here.

9             You went over or you talked a little bit about

10  a submission you worked on that is DX 307 in your

11  binder, right?  It's the in sync proposal?

12        A.   Yes.

13        Q.   In sync because I like the boy band?  Is that

14  what that's --

15        A.   Believe it or not, it actually was named for

16  that purpose.  That is how the name came about.

17        Q.   That -- I don't remember you talking about it,

18  but that proposal was in August 2004, right?

19        A.   Yes.  It even says that on the -- on the

20  document.

21        Q.   Okay.  And we just went over this chart just a

22  little while ago with Mr. Kitchin, so I won't go through

23  it all again, but you've read the patents that are in

24  suit in this case, right?

25        A.   I did look through them briefly a while ago.

1      Q.    Okay.  And you understand that the patents in

2    this case were all filed between 1996 and 1999?

3      A.    Yes.

4      Q.    And they issued between 2001 and 2004,

5    correct?

6      A.    I actually don't recall that, but I'll -- I'll

7    take your word.

8      Q.    Okay.  And your proposal is dated after all of

9    these patents were filed, well after all of these

10   patents were filed; is that right?

11     A.    Yes.

12     Q.    And, in fact, it's dated after all of these

13   patents were issued; is that correct?

14     A.    That's correct.

15     Q.    Now, the Atheros chips, they comply with the

16   Wi-Fi standard, right?  They comply with the 802.11n

17   standard, if they're 802.11n chips?

18     A.    Not necessarily in every detail.

19     Q.    Okay.  They're certified to comply with the

20   Wi-Fi standard; is that right?

21     A.    Yes.  So perhaps we should make a distinction

22   between 802.11 and Wi-Fi.  They're two separate

23   organizations.  And the Wi-Fi certification program is

24   different than 802.11.

25     Q.    Okay.  Now, to the extent your products

1  implement the standard, it's implemented in that digital

2  logic, correct?

3      A.   Yes, that's true.  There are -- our chips do

4  include some amount of software processing, and they do

5  some portions of the standard.  But the majority are

6  provided in digital logic.

7      Q.   Okay.  Well, either through the digital logic

8  or the software processing; is that fair?

9      A.   Sure.  Yeah, that's fair.

10     Q.   Okay.  Is -- final question.  You would agree

11  with me that Wi-Fi adds value to laptops, wouldn't you?

12     A.   I'm a big believer in Wi-Fi, obviously, so,

13  I -- I do think it adds value.

14     Q.   In fact, you think it's a significant driver

15  of the value of a laptop, don't you?

16     A.   Maybe it depends on how you define

17  significant.  We can get a dollar for the parts we sell,

18  sometimes more.

19     Q.   Okay.  Well, let's go back to your deposition

20  and see if we can play Page 115, Lines 20 through 25.

21               (Video clip playing.)

22               QUESTION:  Do you think it's a

23  significant driver of the value of a laptop?

24               ANSWER:  I do, although one might not

25  interpret that from the amount of money that they pay

1   for the Wi-Fi that goes into it.

2                    (End of video clip.)

3        Q.   (By Mr. Campbell)  That was your testimony,

4   correct, sir?

5        A.   That's correct.

6        Q.   And you stand by that testimony?

7        A.   Yes, I think I said pretty much the same

8   thing.

9        Q.   Provides significant value, doesn't it?

10       A.   We get a dollar for it.  I like the

11  technology.  I think it's very valuable.

12       Q.   It provides significant value to a laptop,

13  correct?

14       A.   Like I said, significant, maybe.  It depends

15  on how you define significant.  They're willing to pay

16  us a dollar to get it.  That's -- that's what I'm

17  saying.

18       Q.   You didn't ask for a definition of significant

19  in your deposition, did you?

20       A.   No.

21       Q.   Thank you, sir.

22                    MR. CAMPBELL:  I have no further

23  questions.

24                    THE COURT:  All right.  Redirect?

25                    MR. MITCHELL:  Very briefly.

1                    REDIRECT EXAMINATION

2   BY MR. MITCHELL:

3        Q.   Mr. McFarland, did Atheros make any use of

4   Ericsson's patents for technology in designing its

5   802.11n products?

6        A.   Not to my knowledge.

7                    MR. CAMPBELL:  Objection.  Objection,

8   Your Honor, calls for opinion testimony.

9                    THE COURT:  Restate your question again,

10  please.

11       Q.   (By Mr. Mitchell)  Did Atheros make any use of

12  Ericsson's technology in designing its 802.11n products?

13                   THE COURT:  Objection sustained.

14                   MR. MITCHELL:  Nothing further.

15                   THE COURT:  All right.  Thank you.

16                   All right.  If the jury would please pass

17  down any questions they have.

18                   (Pause.)

19                   THE COURT:  All right, Ladies and

20  Gentleman of the Jury, we're going to take about a

21  five-minute break.  And then we'll come back and have

22  some juror questions for this witness, and then we'll

23  adjourn for the day.  So take about a five-minute

24  recess.  Please follow my instructions, and we'll see

25  you in a few minutes.

 1                   COURT SECURITY OFFICER:  All rise.

 2                   (Jury out.)

 3                   THE COURT:  Please be seated.

 4                   All right.  The first question from the

 5  jury is:  Do the A-MPDUs contain implicit BlockAck

 6  requests that alleviate the need for the explicit BAR?

 7                   Any objections to that question?

 8                   MR. CAMPBELL:  No, Your Honor.

 9                   THE COURT:  Any objections from the --

10                   MR. MITCHELL:  No.

11                   THE COURT:  Okay.  Can you answer that

12  question?

13                   THE WITNESS:  I'm sorry, can you repeat

14  the question?

15                   THE COURT:  Yes.

16                   THE WITNESS:  Sorry.

17                   THE COURT:  Do the A-MPDUs contain

18  implicit BlockAck requests that alleviate the need for

19  the explicit BAR, question mark?

20                   THE WITNESS:  No, they don't.  They're a

21  normal data packet that -- again, as to the majority of

22  the kind of traffic we handle, and the -- because of the

23  agreement we have to do what's called the immediate

24  BlockAck, we know to send the BlockAck immediately

25  following the reception of each one of those packets, so

171

1    it's just the end of that packet that triggers the

2    response.

3                    THE COURT:  All right.  Then what is the

4    difference in Wi-Fi certification and 802.11n standard?

5                    THE WITNESS:  Yeah.  So 802.11n -- 802.11

6    is an IEEE standardization body which defines the

7    standard.

8                    The Wi-Fi Alliance is a group of

9    companies, not part of the IEEE, that does testing and

10   certification -- kind of guaranteeing to the consumer

11   that these devices will interoperate or work together.

12                   They defined what's called a test plan, a

13   way that they test -- that they work together, and that

14   test plan may or may not include certain elements of the

15   802.11 standard.

16                   THE COURT:  Okay.  Are there any

17   objections to that question?

18                   MR. CAMPBELL:  No, Your Honor.

19                   MR. MITCHELL:  No.

20                   THE COURT:  All right.  Next question is:

21   Since there are so many Examiners on patents, is it

22   possible that there is more than one patent that does

23   the same thing?

24                   Is there any objection?

25                   MR. CAMPBELL:  I don't think that

1  question would be proper for this witness.  It's a legal

2  question.

3                    THE COURT:  Defendants agree?

4                    MR. VAN NEST:  I think so, Your Honor.

5                    THE COURT:  The Court agrees, too.

6                    All right.  Next question:  When

7  presenting for inclusion to 802.11n, does anyone check

8  for patent infringement before selecting ideas to

9  include?

10                   Is there any objection to that question?

11                   MR. CAMPBELL:  No, Your Honor.

12                   MR. MITCHELL:  No, Your Honor.

13                   MR. VAN NEST:  I'm not sure the witness

14 knows.

15                   THE COURT:  Can you answer that question?

16                   THE WITNESS:  Individual companies may or

17 may not make that kind of a check.  There is no

18 systematic check done by the IEEE organization.

19                   THE COURT:  Okay.

20                   All right.  Next question:  If the

21 receiver does not calculate what packets failed, isn't

22 that a huge error?  How does the receiver -- receiver

23 figure out what didn't get there was important or

24 needed, question mark?

25                   Is there an objection to that question?

173

 1                   Would you like for me to read it again?

 2                   MR. CAMPBELL:  Yes, please.

 3                   THE COURT:  If the receiver does not

 4    calculate what packets failed, isn't that a huge error?

 5                   How does the receiver figure out what

 6    didn't get there was important or needed?

 7                   MR. CAMPBELL:  No objection.

 8                   MR. MITCHELL:  No objection.

 9                   THE COURT:  All right.  Can you answer

10    that question?

11                   THE WITNESS:  I can.  So first off, the

12    receiver --

13                   THE COURT:  You can -- you can answer it

14    when --

15                   THE WITNESS:  Okay.

16                   [Laughter]

17                   THE COURT:  All right.  Next one:  Isn't

18    the block request asking the receiver to tell them what

19    didn't come through, hyphen, calculate, in quotes.

20                   Is there any objection to that question?

21                   MR. CAMPBELL:  No, Your Honor.

22                   THE COURT:  Any objection?

23                   MR. MITCHELL:  No.

24                   THE COURT:  Can you answer that question?

25                   THE WITNESS:  I can.

1                    THE COURT:  Okay.  All right.  Very well.

2                    I'll also tell you whatever critics say

3    that juries do not understand patent -- aren't smart

4    enough to understand patent cases, ought to hear some of

5    the questions they ask.  Some of them are pretty good.

6                    All right.  Anything further before we

7    bring the jury back in?

8                    All right.  Bring the jury in, please.

9                    MR. AROVAS:  Your Honor --

10                   THE COURT:  Yes.

11                   MR. AROVAS:  -- just one.  I neglected to

12   release Mr. Kitchin.

13                   THE COURT:  I'm sorry?

14                   MR. AROVAS:  I neglected to release the

15   last witness, Mr. Duncan Kitchin.

16                   THE COURT:  Okay.  Yeah, he's released.

17                   MR. AROVAS:  Thank you, Your Honor.

18                   THE COURT:  Bring the jury in.

19                   COURT SECURITY OFFICER:  All rise.

20                   (Jury in.)

21                   THE COURT:  Please be seated.

22                   All right.  Mr. McFarland, I have some

23   questions for you here.

24                   First, do the A-MPDUs contain implicit

25   BlockAck requests that alleviate the need for the

1  explicit BAR?

2          THE WITNESS:  So they do not.  An added

3  complication, to explain, is that when you first connect

4  to that access point, when you first say I'm going to

5  talk with you, there are different types of

6  acknowledgement agreements that you can make.

7          And all of the discussion here has been

8  based on the assumption you've made the agreement, which

9  is called the immediate BlockAck.  And in that

10  agreement, what you're saying is that each time one of

11  these A-MPDU ends, I will send immediately that block

12  acknowledgement.

13          And so what triggers the sending of the

14  block acknowledgement is simply the end of the A-MPDU,

15  because you've previously made an agreement that that's

16  how you're always going to do it.

17          THE COURT:  Okay.  Thank you.

18          What is the difference in Wi-Fi

19  certification and the 802.11n standard?

20          THE WITNESS:  So to begin with, it's two

21  different organizations.

22          The 802.11 standard is driven by an

23  organization called the IEEE, or the Institute of

24  Electronics and Electrical Engineers.  And they define a

25  standard.  But they don't do anything about checking

1  products.  Does a product implement this standard or not

2  and so forth.

3          There's a separate organization called

4  the Wi-Fi Alliance.  That's just a group of companies

5  that have agreed to get together and try to ensure that

6  these products will work well together.

7          And they do a test.  The test is fairly

8  simple.  They really just check to see that the products

9  work well together.  And if they do, you get what's

10  called the Wi-Fi sticker, that little logo that says

11  Wi-Fi on the outside of the box of what you might be

12  buying.  And that's supposed to kind of guarantee to the

13  user that these devices will work well together.

14          Now, when the Wi-Fi Alliance does this

15  testing, they make decisions about what modes of

16  operation, what features, and so forth the devices are

17  going to have to support.

18          And in practice, they may decide certain

19  parts of the spec are too complicated or not worth

20  doing; and they say you don't have to do those, you can

21  leave those out, and you'll still work together well, so

22  we'll still give you the sticker and certify you as

23  Wi-Fi.

24          So it's not quite a one-to-one

25  correspondence between everything that's in the 802.11

1  standard and what it takes to get a Wi-Fi certification.

2              THE COURT:  Okay.  Thank you.

3              When presenting for inclusion to the

4  802.11a standard, does anyone check for patent

5  infringement before selecting ideas to include?

6              THE WITNESS:  So individual companies or

7  individual people participating in the organization --

8  in the standards process, they may be doing checking or

9  they may not.  I can't speak for all these individuals

10 that are involved.

11             There is no systematic or

12 organizationally-based approach.  The IEEE doesn't have

13 a staff or someone who's checking into this.  So that

14 kind of checking is done really only by the individuals

15 or individual companies that are participating and

16 contributing the ideas and voting on things.

17             THE COURT:  All right.  Next question:

18 If the receiver does not calculate, in quotes, what

19 packets failed, isn't that a huge error?  How does the

20 receiver figure out what didn't get there was important

21 or needed?

22             THE WITNESS:  So let's see, there's a

23 couple of parts, I think, to answering this.  So first

24 off, the receiver knows what it hasn't gotten yet.  It

25 doesn't have to do a calculation to know that.  It just

1  kind of looks at where it still has holes and where it's

2  been putting those packets and trying to put them back

3  together in the right order and sees, ah, I got a

4  missing spot; it's still missing.

5           So without having to do any calculation,

6  it can tell that it's missing something.

7           Now, the question of what happens, based

8  on the fact that something is missing, is a little bit

9  complicated.  And in truth, sometimes there can be a

10 real problem from the fact that a packet never got

11 through.

12          But for the most part, even above the

13 802.11 connection, this wireless connection, there are

14 other protocols above and beyond that, protocols that

15 have to do with sending traffic, for example, all the

16 way across the Internet.

17          Those protocols will do retransmission of

18 the missing pieces themselves.  So it's kind of like

19 there is multiple layers of trying to fix the problem

20 up.

21          And the reason there are multiple layers

22 is because at the bottom layer, we can fix problems very

23 fast, but we don't fix every problem.

24          The last few problems that are left have

25 to be fixed kind of using these protocols that are for

1  communicating all the way across the Internet.  That's a

2  lot slower, but it's very reliable.

3               So we can usually get everything fixed up

4  by the time we're done.  We try to fix up as much as we

5  can at the bottom levels where it's fast and leave as

6  few things as possible left over to be fixed at the

7  higher levels for later.

8               THE COURT:  All right.  And the final

9  question:  Isn't the block request asking the receiver

10 to tell them what didn't come through, dash, calculate,

11 in quotes, question mark?

12              THE WITNESS:  I think it's a little bit

13 like the previous question.  You're exactly right on.

14              The BlockAck request is exactly asking

15 the device to say what packets it has not received yet.

16              It turns out that that doesn't require a

17 calculation, and it really doesn't have anything to do

18 with whether the transmitter has discarded or given up

19 on anything.

20              All the receiving device has to do is to

21 look in its memory and see where it has a hole or it has

22 something that never came in, and that's how it tells

23 back to the transmitter I'm still missing this piece.

24              Again, it's not making any assumptions

25 about what was discarded at the transmitter, and it's

1  not doing really a calculation of any sort.

2              THE COURT:  Okay.  Thank you.

3              All right.  Follow-up questions from the

4  Plaintiff?

5              MR. CAMPBELL:  Couple of questions.

6              THE COURT:  All right.

7                   RECROSS-EXAMINATION

8  BY MR. CAMPBELL:

9      Q.   Just a few follow-up questions, Mr. McFarland.

10  And I want to go back to the first question that was

11  asked by the jury because the answer seemed -- seemed --

12  seems opposite to me what I expected.

13           The Qualcomm chips, they send A-MPDUs,

14  correct?

15     A.   That's correct.

16     Q.   And an A-MPDU is an implicit block

17  acknowledgement request, correct?

18     A.   I -- it's a standard data packet.  It's -- as

19  I was saying, greater than 90 percent of what we send.

20  It's -- it's a data packet.

21     Q.   Is it an implicit block acknowledgement

22  request?

23     A.   Maybe it depends on the definition of

24  implicit.  We have an agreement when we go into this --

25  when we go into the immediate BlockAck mode, that at the

1  end of an A-MPDU, we send a BlockAck.  That's very much

2  in parallel with the original 802.11 standard in which

3  you send a packet and you get an acknowledgement.

4  That's the way we've always been doing it.

5        In this case, the packet is an aggregate, and

6  what comes back is a BlockAck, rather than a normal ACK.

7  So this pattern of sending a packet and then immediately

8  getting an ACK, that's standard 802.11 behavior.

9     Q.   Sir, I didn't ask whether it was standard

10  802.11 behavior.  I'm asking is an A-MPDU -- does that

11  act as an implicit block request?

12     A.   We send the BlockAck after the end of an

13  A-MPDU because that's the agreement that we have made in

14  the beginning when we first connect.

15     Q.   Let me try one more time.  Yes or no, sir, is

16  an aggregated MPDU, does that act as an implicit block

17  acknowledgement request?

18     A.   No.

19     Q.   Okay.  Can we play your deposition at Page 27,

20  Line 14 through 22?

21              (Video clip playing.)

22              QUESTION:  And when the -- I'm trying to

23  remember the name of the subfield.  When the normal

24  ACK -- no.  When the ACK policy bit is set to normal,

25  then the aggregated MPDU acts as an implicit block

1  acknowledgement request.  Is that your understanding of

2  how the standard works?

3             ANSWER:  I believe so.  In that case

4  the -- a block acknowledgement is sent immediately

5  following the reception of the aggregated frame.

6             (End of video clip.)

7      Q.  (By Mr. Campbell)  Now, sir, when the A-MPDU

8  is received, the receiver sends back block

9  acknowledgement, correct?

10     A.  That's correct.

11     Q.  The standard requires that, correct?

12     A.  When you have made that agreement, which in

13 that clip was described as the normal -- I think it was

14 described as normal -- but anyway, if you made the

15 agreement to send immediate BlockAcks, the end of an

16 A-MPDU, after it's done, you send the BlockAck.

17     Q.  The standard requires that, correct, sir?

18     A.  If you -- if that's the mode you have agreed

19 to do, that is what you do.  Yes, the standard requires

20 it.

21     Q.  And the Atheros chips comply with the standard

22 in that mode, correct, sir?

23     A.  That is the way we operate.

24     Q.  And when BlockAcks are not received, then the

25 Atheros chip -- Atheros's chips send out an explicit

1   block acknowledgement request; is that right?

2        A.   I'm sorry, can you repeat the question?

3        Q.   Sure.  When BlockAcks are not received, the

4   Atheros chip will send out an explicit block

5   acknowledgement request, right?

6        A.   I don't believe that's the case.

7        Q.   Okay.  Well, BARs and BlockAcks need to be

8   sent to be -- for the -- for the Atheros chips to be

9   interoperable under the 802.11 standard; is that

10  correct?

11       A.   I don't believe we would ever have to send

12  one.  We do have to be able to respond to them when

13  they're sent to us.

14       Q.   Okay.  You have to be able to respond to them

15  to be interoperable; is that correct?

16       A.   I believe so.

17       Q.   Now, you talked about the patents and that the

18  IEEE doesn't have any systematic way of looking for

19  patents.  Does Atheros search for patents?

20       A.   So that's a matter of our Legal Department.  I

21  actually don't know.

22       Q.   You don't know whether they do or not?

23       A.   I don't know our policies regarding that.

24       Q.   Does the Atheros chip keep a scoreboard?

25       A.   There is a term called a scoreboard in the

1  standard which is used to keep track of which packets

2  have been received correctly or incorrectly, and we have

3  a similar system where we do keep track of which packets

4  have been received correctly and which have not.

5      Q.   Okay.  So regardless of whether we call it a

6  scoreboard like the standard does or not, Atheros has a

7  similar system; is that correct?

8      A.   Correct.

9      Q.   Okay.  Thank you, sir.

10          THE COURT:  All right.  Any follow-up

11  questions by Defendants?

12          MR. MITCHELL:  Just one.  Hopefully just

13  one.

14                    REDIRECT EXAMINATION

15  BY MR. MITCHELL:

16      Q.   Mr. McFarland, just real quick.  I want to

17  reorient ourselves here.  Is there any calculation at

18  the receiver of what the transmitter has discarded?

19      A.   No.  We don't make any attempt to understand

20  what the transmitter's discarded, what it might still

21  try to send to us, or what it's given up on.  We don't

22  make any attempt to understand that.

23          MR. MITCHELL:  Nothing further.

24          THE COURT:  All right.  You may step

25  down.  You are excused.

185

1                    Thank you very much.

2                    All right, Ladies and Gentleman of the

3      Jury, congratulations, you've survived the first four

4      days of trial.  We're not going to hold court tomorrow.

5      We'll give you Friday off.

6                    You've been paying very good attention

7      and concentrating all week.  I know the parties and the

8      Court appreciates that.

9                    I am now going to instruct you to go

10     home, don't think about this case.  Let your mind clear.

11     Have a nice weekend.  Don't discuss it with anyone.

12                   Don't do any independent investigation,

13     and we will see you back here at 9:00 a.m. on Monday

14     morning, at which time we will continue with the

15     evidence.

16                   Let me just tell you that I anticipate

17     that this case will probably go through Thursday of next

18     week, but I think we will finish by Thursday.  It could

19     be a day earlier, but doubtful.  So anyway, that's just

20     for planning purposes, and I wanted to share that with

21     you.

22                   So enjoy your weekend.  Again, thank you

23     for your attention this week, and the jury is excused.

24                   COURT SECURITY OFFICER:  All rise.

25                   (Jury out.)

1              THE COURT:  All right.  Please be seated.

2              All right.  Let me give the parties their

3    times.

4              Plaintiff has expended 10 hours and 35

5    minutes, and Defendant has expended 7 hours and looks

6    like 13 minutes -- 12 minutes, perhaps.

7              So those are your times.

8              We will, again, be in recess tomorrow.

9              I'm going to instruct the parties, if you

10   would, both sides to this evening to contact your

11   mediator, who I believe is Judge Faulkner.

12             MR. STEVENSON:  Yes.

13             THE COURT:  And you've got tomorrow and

14   Saturday and Sunday and just discuss with him your

15   positions and follow his lead as to whether he would

16   like to get you together or would like to discuss

17   anything further with either side.

18             I would just encourage both sides to --

19   in light of four days of testimony and a lot of jury

20   questions, to look into your crystal bar -- balls and

21   attempt to discern what's going on and reevaluate your

22   respective positions and see if there isn't some way

23   that this matter could be resolved in a businesslike

24   manner, rather than a litigation matter.

25             So do that, and if I don't get a phone

187

1  call from someone before Monday, we will see you back

2  here at 9:00 a.m. on Monday.

3                    Be adjourned.

4                    MR. VAN NEST:  Your Honor, just one

5  moment.

6                    THE COURT:  Yes.

7                    MR. VAN NEST:  The Defense will file --

8  if it's okay with the Court, we'll file our JMOL this

9  evening.

10                   THE COURT:  Okay.  That will be fine.

11                   MR. VAN NEST:  Just in writing.  We don't

12  need any argument.

13                   THE COURT:  All right.  Very well.  Thank

14  you.

15                   Anything further?

16                   MR. STEVENSON:  Nothing further.

17                   MR. CAWLEY:  No, Your Honor.

18                   THE COURT:  All right.  We're adjourned.

19                   COURT SECURITY OFFICER:  All rise.

20                   (Court adjourned.)

21

22

23

24

25

188

```
1                    CERTIFICATION

2

3              I HEREBY CERTIFY that the foregoing is a

4  true and correct transcript from the stenographic notes

5  of the proceedings in the above-entitled matter to the

6  best of our abilities.

7

8

9  /s/ Shea Sloan
   SHEA SLOAN, CSR
10  Official Court Reporter
   State of Texas No.:  3081
11  Expiration Date:  12/31/14

12

13
   /s/ Judith Werlinger
14  JUDITH WERLINGER, CSR
   Deputy Official Court Reporter
15  State of Texas No.:  731
   Expiration Date  12/31/14
16

17

18

19

20

21

22

23

24

25
```