1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION


ERICSSON, INC., ET AL          )
                                       DOCKET NO. 6:10cv473
    -vs-                       )
                                       Tyler, Texas
                               )   9:03 a.m.
D-LINK CORPORATION, ET AL          June 10, 2013


TRANSCRIPT OF TRIAL
MORNING SESSION
BEFORE THE HONORABLE LEONARD DAVIS,
UNITED STATES CHIEF DISTRICT JUDGE, AND A JURY


A P P E A R A N C E S


FOR THE PLAINTIFFS:


MR. THEODORE STEVENSON, III
MR. DOUGLAS A. CAWLEY
McKOOL SMITH
300 Crescent Court, Ste. 1500
Dallas, Texas   75201


MR. JOHN B. CAMPBELL, JR.
McKOOL SMITH
300 W. 6th Street, Suite 1700
Austin, Texas   78701


COURT REPORTERS:        MS. JUDITH WERLINGER
                        MS. SHEA SLOAN
                        shea_sloan@txed.uscourts.gov


Proceedings taken by Machine Stenotype; transcript was
produced by a Computer.

2

FOR THE DEFENDANT:

MR. GREGORY S. AROVAS
KIRKLAND & ELLIS, LLP
601 Lexington Avenue
New York, New York 10022


MR. LUKE DAUCHOT
KIRKLAND & ELLIS, LLP
333 S. Hope Street
29th Floor
Los Angeles, California   90071


MR. ADAM ALPER
KIRKLAND & ELLIS, LLP
555 California St.
24th Floor
San Francisco, California   94104


MR. MICHAEL E. JONES
POTTER MINTON, PC
110 N. College, Ste. 500
P.O. Box 359
Tyler, Texas   75710-0359


MR. ROBERT A. VAN NEST
KEKER & VAN NEST, LLP
633 Sansome St.
San Francisco, California 94111

3

PROCEEDINGS

COURT SECURITY OFFICER:  All rise.

(Jury in.)

THE COURT:  Please be seated.

All right.  Good morning, Ladies and Gentleman of the Jury.  Welcome back.  And we're about to proceed with Day No. 5, I guess, so you may proceed, counsel.

MR. VAN NEST:  Good morning, Your Honor.

The Defendants call Dr. Jerry Gibson.

THE COURT:  Okay.

Have you been sworn?

THE WITNESS:  I have not.

THE COURT:  All right.  If you will, please raise your right hand.

(Witness sworn.)

THE COURT:  All right.  You may have a seat.

Before you start, Mr. Van Nest, let me ask if the parties have any documents they wish to offer.

Plaintiff have any?

MS. MOORE:  Plaintiffs offer at this time Plaintiff's Pre-admitted Exhibit List for June 10th, 2013.

4

THE COURT:  All right.  And that will be marked as Plaintiff's Exhibit List No. 5.

Is there any objection to the exhibits listed on that exhibit?

MR. DE VRIES:  No, there's, Your Honor.

THE COURT:  All right.  They're admitted.

Does Defendant have a similar list?

MR. DE VRIES:  Yes, we do, Your Honor.

Defendants at this time offer Defendants' List of Pre-admitted Exhibits for June 10th, 2013.

THE COURT:  All right.  We'll mark that as Defendant's Exhibit No. 5.

And is there any objection to the exhibits listed thereon?

MS. MOORE:  No, Your Honor.

THE COURT:  All right.  Those exhibits are admitted.

All right.  Counsel, you may proceed.

MR. AROVAS:  Good morning, Your Honor. Ladies and Gentleman.

JERRY GIBSON, Ph.D., DEFENDANTS' WITNESS, SWORN

DIRECT EXAMINATION

BY MR. AROVAS:

Q.   Good morning, Dr. Gibson.

A.   Good morning.

5

Q.    Were you here for the technical witnesses in this trial last week?

A.    Yes, I was.

Q.    Well, welcome back.

A.    Thank you.

Q.    Could you please first introduce yourself to the jury?

A.    My name is Jerry Don Gibson.

Q.    And where do you currently live?

A.    Santa Barbara, California.

Q.    And is that where you're originally from?

A.    No.  I'm originally from Texas, born and raised in Texas, lived here most of my life.

Q.    So how did you end up in Santa Barbara?

A.    Well, an opportunity came up to move to Santa Barbara to the University of California Santa Barbara. And given I work in the high-tech industry, it's a lot closer to high-tech industry.

Q.    And what do you do there?

A.    I'm a professor of electrical and computer engineering.

Q.    And are you in a particular department?

A.    Electrical and Computer Engineering Department.

Q.    And can you tell us just sort of overall how

6

long you have been a professor for?

A.   I've been a professor since 1974 -- 39 years.

Q.   And do you have any particular areas that you specialize in?

A.   Yes.  I work in voice and video over wireless networks.

Q.   And do you also do teaching?

A.   Yes, I teach classes in digital communications and digital signal processing.

Q.   And about how long have you been teaching those topics?

A.   Thirty-nine years.

Q.   And can you tell us, do you -- do you teach just undergrads to grads?  Do you do work with Ph.D. students can you give us a little sense of what you do?

A.   Yes.  I teach undergraduate students and graduate students, and I supervisor Ph.D. students.

Q.   And tell us a little bit about what you do with the Ph.D. students.

A.   With the Ph.D. students, primarily we work with voice and video and how to get it over networks, wired and wireless networks.

The last 20 or 30 years has been wireless networks.  And the idea is how do you make these communications reliable and -- and satisfactory to the

7

end user.

Q.   Now, this case, as you've heard from being here last week, is about 802.11 wireless networks.  And can you tell the Ladies and Gentleman of the Jury how long you've been doing research in computer networking and wireless communications?

A.   In wireless communications, I probably started in digital cellular communications because it pre-dated wireless LANs -- in about -- probably about 30 years ago.  And then just before the wireless LAN standards were being developed, I started working with -- on wireless networks.

Q.   Now, did you put together a set of slides to help us go through the material?

A.   Yes, I did.

Q.   And do you have a summary slide that tells us something about what you've done in your career in this area?

A.   Yes, I do.

Q.   So let's pull those slides up.

MR. AROVAS:   If we could go to Slide No. 2.

Q.   (By Mr. Arovas)  If you could just take the Ladies and Gentleman of the Jury through your background and how it relates to wireless communications.

8

A.    Okay.  So, my Ph.D. dissertation was on voice-over telecommunications networks, and that was in 1973 at S.M.U. in Dallas.

And in terms of my career, after that I then taught -- I went to the University of Notre Dame for a year and then later the University of Nebraska-Lincoln before I moved to Texas A&M University in 1976.

I was there for 21 years, and then I went to S.M.U. for five years doing -- during the high-tech boom.

And in 2002, I moved to the University of California Santa Barbara.

And in all those places, I taught undergraduate classes and graduate classes and supervised Ph.D. students, starting with Texas A&M University.

I have written some books on digital communications and wireless communications.  And as I said before, I've been active in 802.11 research for 20 years.

Done a lot of collaborations with companies.  We interact with companies quite a lot.

And then on -- on the right -- on the lower right you see three decades of research in voice and video.  And probably really the research got off the

9

ground at Texas A&M University in about 1993 when I founded the Multimedia Communications and Networking Laboratory, which was one of the first such laboratories in the United States.

Q.   Let me -- let me stop you for a second.  You mentioned you've written several books in the area of mobile communications?

A.   Yes.

Q.   What I would like to do is just show you one of them.

MR. AROVAS:  And, Your Honor, with permission, may I approach the witness?

THE COURT:  Yes, you may.

Q.   (By Mr. Arovas)  I'm going to hand you a book called Mobile Communications Handbook, Third Edition.

And let's just start -- could you describe for the jury what your involvement was in putting this book together?

A.   Right.  It's a handbook.  So what I did was -- and the first edition was 1996.  And what I did was select the authors and the topics and invited the authors to write the chapters.  And then I edited the chapters.

And in 1996, there was -- the mobile communication -- it contained background information,

10

details of the technologies, and then it -- it talked about -- had more specific chapters on digital cellular and the beginnings of wireless networks.  And the second edition was '99, and the third edition came out in 2012.

And in that edition, if you compare '96 and 2012, you see this tremendous evolution of wireless networks.  And -- and I wrote three chapters on wireless communications in this book.

Q.   Okay.  Did you also write some other books for -- for undergraduates and -- and other purposes, as well?

A.   Yes.  I have an undergraduate textbook on Digital & Analog Communications I published in -- the first edition, 1999.

Second edition in 1993.  And -- and I used that for courses at Texas A&M University and other people adopted it.  I have written a book on Digital Compression for Multimedia, which relates to my research area, that's used for short courses and -- and graduate courses and so on.

Q.   Okay.  Now, I notice on the -- on your description of your background that you mentioned that you're an IEEE fellow since 1992.  Was there any particular research you did that caused you to be elected as an IEEE fellow?

11

A.   The research I was elected a IEEE fellow for this citation was the speech coding research that I did for telecommunications networks and -- and in 1992. And -- and it's called compression.  And that was also used in digital cellular.

Q.   And how is it that somebody becomes a IEEE fellow?

A.   Well, you have to be nominated and then it goes up the line and it gets to the leadership of IEEE and they are limited to selecting only a tenth of one percent each year to be IEEE fellows.

Q.   Now, are you also a lifetime member of the IEEE?

A.   Yes, I'm a lifetime member.  What the lifetime member means is basically I've been around a long time. It means that you get to do that when you're -- if you turn 65 and then you add the number of years you've been an IEEE fellow and if that comes on to be a hundred, you're a life fellow.  And I've been a life fellow since I was 65, which was not that long ago.

Q.   That -- that's noted for the record.

A.   Okay.  Good.

Q.   So now what I'd like to do is talk specifically about, you know, Wi-Fi.  And can you tell the jury when you started getting involved in

12

Wi-Fi-related research and what you've done in that regard?

A.   Wi-Fi-related research, we got in pretty early on that.  In fact, we got in before there were any standards.  And prior to the standards, there were some companies that made proprietary chips -- proprietary cards really at that time.  And they would plug into the side of a laptop called the PCIA MIA slot.  And we bought cards from companies -- WaveLAN and Zercom, and we used those in laptops and we used those to experiment with voice -- sending voice and video wirelessly in our lab.

And actually we'd go to various locations on the Texas A&M campus and transmit back by -- a lot of technical details -- but we would transmit back through the wired Internet with the wireless connection and experiment with that.

Q.   I see.  Now, you mentioned that you started some labs, as well.  Do you have a slide showing us some pictures of those?

A.   Yes, I do.

Go to the next slide.

So what this shows is just the evolution of my research lab.

On the upper right is a picture of the first

13

group of students I had at Texas -- at the University of California-Santa Barbara.  And on the left shows, in 1993, I founded the Multimedia Communications and Networking Lab at Texas A&M University.  And that was very active into '97 when I moved to S.M.U. in Dallas. And some of the students moved with me, and also re-established a lab there with some new students.

And then when I went to the University of California-Santa Barbara, everything had truly evolved into wireless networks, and so I called this lab the Video and Voice Over Networks Lab and ViVoNets Lab.  And that's where we do work on research for voice and video over wireless networks.

And I guess I should mention the heading here says quality of service and automatic repeat request.

Well, when you send voice and video, that's what you're concerned with.  You're concerned with quality of service.  How -- how well your voice conversation is going when you're talking on a phone; how well you're getting the video you're trying to stream; or how well the video conference is going.

Q.   Okay.  So your research has specifically involved QoS and ARQ?

A.   Yes, that's correct.

Q.   Okay.  So now -- now let's get to the specific

14

topic at hand here, which is the five patents.  And can you tell us first when were you first approached to do some work on this case?

A.   Just about a year ago.

Q.   And very approximately, how many hours have you put in, working on this?

A.   I think about 300 hours.

Q.   What was your standard rate for that work?

A.   Five ninety-five an hour.

Q.   And were you asked to look at a particular question regarding whether or not the five patents we're looking at here are used in the 802.11n standards and products using that standard?

A.   Yes, I was.

Q.   And can you tell us if you came to any conclusions?

A.   Yes.  My conclusion was that the five patents-in-suit are not infringed by the 802.11n standards; and, in fact -- if we can go to the next slide.

As shown on the left of this, a quick summary of what 802.11n products achieve, for what they do, they're really simple, and that's -- that's been something that I think has -- has been strived for; that they've been trying to do in 802.11n.

15

And also, 802.11 is fast in that you get really good performance out of these chips and robust. And robust means lots of things, but what I mean here is that robust -- they're robust in that you can put them in a lot of different environments and they work really well.

Now, in contrast, the Ericsson patents are about different things really. If you look at the middle bullet point on the right first, these patents seek to solve problems that are avoided by the 802.11n approach. And because of that, they add unnecessary steps and complexity that 802.11n doesn't need.

And then at the bottom -- so that -- the end result is unnecessary overhead that you don't need in 802.11n.

Q. Okay. So when you look at -- and we're going to get into each of the patents individually. But when you look at them collectively, you compare it to the 802.11 approach, is there a significant difference in the approach and the technology that was adopted because of that?

A. Yes, there is. And the difference is that 802.11n has these characteristics. On the left, it's just -- it's just simpler than -- and operates very effectively without the Ericsson patents.

16

Q.   Okay.  And was there certain key evidence that you saw and that you relied on in coming to these conclusions?

A.   Yes.  I think it's on the next slide. Key evidence -- I looked at everything.  And so, of course, the important thing -- we've heard this here in this trial -- is that the patents are important -- the claims of the patents are important.  So I looked at the patent claims and the Court's claim construction.

Of course, I looked at the 802.11n standards, went back and -- and reviewed it and made sure I understood what was going on and what was accused in this case.

And it's the products that are accused, so I looked at the product documents and the source code and did my own -- my own testing.  And that was really interesting and fun to do.

And then I also, of course, talked to engineers that were involved in the companies in producing the 802 -- 802.11n products.

Q.   Okay.  So what I'd like to do is transition to talking generally about how 802.11 works.  And since we've obviously heard a lot of testimony to date, I'm not going to start -- or ask you about the very beginning.  I do want to try to set some context, so if

17

we actually look at the next slide.

Let's just start by what would an overall 802.11 network look like.  If you could tell us the basic parts, and then we'll dig into this issue of block communications and how that works.

A.    Okay.  So I think we've seen variations on this already, and this is kind of like what's set up in my house.

You have the Internet -- wired Internet coming in on the left, and then the router is connected to the wall to connect to the wired Internet.

And then the router, as we see, has the Wi-Fi chip in it.  That's kind of expanded up above on the left.  And then that chip takes in the data from the Internet and makes packets, the Wi-Fi chip.  And I've shown here that there's the packet, and then there is a header on top.  That's above that line, and it's not labeled.

And then these rectangular -- rounded corner rectangular patents (sic) are transmitted through the air, and that's what I've tried to indicate by blue crescents.  They're received at the chip at the receiver, and then they are passed on to the computer for further processing.

Q.    Okay.  And just so we know where the

18

technology we're talking about sets, the 802.11 standard itself, what part of the products does it go into?

A.   The 802.11n standard goes in those chips, what's shown as the Broadcom chip on the board on the left and the Intel chip on the board on the right.

Q.   Okay.  And you -- at some point, the Wi-Fi signals get turned into radio waves that go over the air, right?

A.   That's correct.  That's what I'm trying to depict here in the middle.

Q.   Okay.  And where does that radio set, the actual circuitry that turns that digital data into the radio waves that go over the air?

A.   The radio's on the chip.  Both the transmitter -- transmitter and receivers are on these Wi-Fi chips.

Q.   Okay.  So now what I'd like to do is see how this works in action.  And did you prepare several videos that show how block communications work with and without losing packets?

A.   Yes, I did.  So if we could jump to the first video.

MR. AROVAS:  If we could jump to -- yeah -- Slide 14.

Q.   (By Mr. Arovas) And why don't we just do it

19

this way, Dr. Gibson:  So we can start the video, and if you could explain to the jury what the basic steps are, first talking about block communications generally, and then looking about how Wi-Fi handles it when a packet is lost, okay?

A.    Okay.  Okay.  So if we start the -- this, we see a video clip, and now this video clip gets broken down into different pieces of data.  Here I've done it in terms of the still frames of the video.

And now if we -- so these are the eight excerpted frames from the video; and if we go left to right and then all the way down to the lower right, we see that this is the video clip we saw.

If we go on now, we see that these frames are then put into packets, and the packets have a sequence number.  And rather than put it in the header where it would be small, I put it on in the middle of the packet.

So those -- that 1, 2, 3, 4, 5, 6, 7, 8, that's the sequence number of the packet.

Q.    And let me actually just stop you there, because when we get to talking about the patents, we're going to talk about when the sequence numbers are not consecutive or when they're consecutive.

And so when we're talking about the sequence numbers, we're just talking about numbering each of the

20

packets in a row; is that right?

A. That's correct.

Q. Okay. And so if packets are out of sequence, it means that, you know, they're not in numerical order. So 3 might not come after 2, or 4 might not come after 3, right?

A. That's correct.

Q. Okay. Sorry to interrupt you.

A. Okay. Now, before we go on, the date -- each of these data packets is called an MPDU MAC or media access control protocol data unit. MAC PDU, MPDU.

And now if we continue, these MPDUs then are loaded into memory in the router shown on the left, and then I'm showing here -- and this is transmitted now.

I'm not showing the blue crescents, but this is going through the air, and this is an aggregated MPDU, an A-MPDU. And so this is a block of these MPDUs put together for transmission.

And so if we continue, the A-MPDU goes over and is received and loaded into memory at the receiver, and all these packets were received correctly, so the receiver returns a block acknowledgement. And this block acknowledgement says: I've received packets 1, 2, 3, and 4 correctly.

And so that goes back to the transmitter -- if

21

we continue -- and you see those packets are -- on the right are forwarded down to the laptop.

New packets 5 through 8 are loaded into memory at the transmitter.

Here's another A-MPDU that goes across to the -- to the receiver.  It received them all correctly, so it acknowledges them with a block acknowledgement.

And I guess now it would just -- so that's the basic process, and we -- it just continues then.

Q.   Okay.

A.   And so if we -- I think it goes on.

Oh, are we done?  Okay.

Q.   Yeah.  And so in a real-world communication -- you've shown, I guess, only eight packets going over this communication.  In the real world, if we have a real communication, we have hundreds of thousands?

A.   Yes.  Yes.  And the memory buffer is not just four.

Q.   Okay.

A.   It's pretty large.

Q.   Now, we've talked about in this case also that sometimes when that packet or other messages are going from the transmitter over to the receiver, that one of the packets may get lost in flight or lost -- lost --

A.   In flight, yeah.

22

Q.   -- to interference, or for whatever reason, not received?

A.   That's correct.

So I believe I have a video that demonstrates that.  So can we go to that?

MR. AROVAS:  If we go to the -- jump to Slide 17.

Q.   (By Mr. Arovas) And if you could explain to the jury, Dr. Gibson, what happens when a packet is lost.

A.   Okay.  So the setup is -- we're starting essentially with the setup we had before.  We have the video clip that's been broken into frames.  We've created MPDUs, and they're loaded into memory at the transmitter.

And now if we begin, the A-MPDU is transmitted, an aggregated MPDU.

If we continue now, we see -- in this case, we've depicted the situation where packet 3 is lost.  There's an error.  And so it's not received at the receiver.  It's not in the memory at the receiver.

So the receiver then returns a block acknowledgement that says:  I've received 1, 2, and 4 correctly; but it doesn't acknowledge 3 in that block acknowledgement because it didn't receive it correctly.

23

So now if we continue, now we see here the transmitter is attempting to retransmit packet 3.

But the retransmission attempt can fail as well.  And so I'm showing that situation here.

And so that -- the packet is lost on the retransmission attempt, and so -- now, if we can move on.

So what's shown, after a while, the transmitter gives up, and so it discards that packet, packet 3.  So I've shown that being thrown into a trash can.  And packet 3 is still not received over at the receiver.

So if we continue now, the transmitter goes on and loads in the next set of packets into the memory, and it transmits these packets.

So here's another A-MPDU with packets 5 through 8, MPDUs 5 through 8.

Now, what happens is, it just continues and goes on into the memory.  But what I've shown here, because this -- this is an issue in the case, is there's a green light.

And that just depicts the fact that nothing stops -- in 802.11n products, nothing stops this A-MPDU from going right into the receiver, being received, and going into the buffer.

24

And so -- and the important thing to notice is, packet 3 has still not been received. And so if we continue then, we see that the A-MPDU, the new one, goes into memory at the receiver. It's received.

The receiver acknowledges sending a BlockAck, receiving those correctly. New packets are loaded in at the transmitter, and they are transmitted, and those are received at the receiver.

And they send -- since they're all correct, they return a block acknowledgement. The receiver returns a block acknowledgement.

So the heading here summarizes that the receiver will just accept new packets even though packet 3 was lost, just naturally the way it operates.

And so now, I guess, this last slide shows the basic ongoing process.

Q.    Okay.

THE COURT:  Counsel, we're going to take about a five-minute recess. We'll be in recess for five minutes.

COURT SECURITY OFFICER:  All rise.

(Jury out.)

(Recess.)

COURT SECURITY OFFICER:  All rise for the jury.

25

(Jury in.)

THE COURT:  Please be seated.

All right.  You may proceed, Counsel.

MR. AROVAS:  Thank you, Your Honor.

Q.   (By Mr. Arovas) Dr. Gibson, before we took the brief break, you were talking about the slide that we have on the screen, and you were saying that there's this green light, and it just keeps going and going and going.  Why is that significant for this case?

A.   Well, in this case -- excuse me -- some of the Ericsson patents are concerned with receiving packets out of order and -- and having to do something special in order to treat that situation.  And 802.11n doesn't have to do that.

Q.   Okay.  So we'll talk about that later more in detail.  Now let's transition to the patents.

MR. AROVAS:  If we could jump ahead to Slide 23.

Q.   (By Mr. Arovas) Okay.  Now, we -- we have five Ericsson patents in this case.  And can you just tell us, when you did the comparison of the patents to the products and the standard, were there significant differences that you found between them?

A.   Yes.  As I summarized before, on the left, I've shown the IEEE 802.11n standard, and as I said,

it's simple, fast, and robust.

And then if you look at the Ericsson patents -- and I've depicted the front page of them on the right with some excerpts from some -- some of the claim elements.

So if we just start and kind of cycle through very quickly here, the '625 patent requires a command to receive packets that are out of order.  And so I'm going to expand on that, but IEEE 802.11n doesn't need to do that.

The '435 patent requires computing packets discarded by the transmitter, the computing happening at the receiver, and 802.11n products don't do that.

The '215 patent requires that there be multiple acknowledgement message types, and the 802.11 products don't have that -- don't have that claim element.

The '223 patent requires a data link timer and segmentation of what's called the SDU or the MSDU, and the 802.11n products don't have that.

And then the '568 patent requires that there be a service type identifier that tells the receiver what's in the payload, whether it's voice, video, or multimedia, and 802.11n products don't do that.

Q.   And so were each of those the features you're

27

going to focus on when you compare the individual

patents to the 802.11 products and standard?

A.   Yes, that's correct.

Q.   Okay.  So let's take it patent by patent, and let's start --

MR. AROVAS:  If we can go to the next slide.

Q.   (By Mr. Arovas) -- start with the '625 patent.

Is that the first patent you've addressed?

A.   Yes.  And this is the front page of the '625 patent.

Q.   Okay.  And so can you tell us, when you were trying to figure out what's the right answer to whether the '625 patent is actually in 802.11 products, what was the first thing you looked at?

A.   Well, as we heard in this case, the claims define the invention of the patents, so I looked at the claims of the patents.

THE WITNESS:  So if we go to the next slide.

A.   So here is Claim 1 of the '625 patent.  And to infringe, you have to have every element of the claim, so I'm highlighting this first element, shaded:  A transmitter in the data network commanding a receiver in the data network to receive at least one packet having a

28

sequence number that is not consecutive, that is out of order.

And that's where I got the language:  Command to receive.

Q.   (By Mr. Arovas) Okay.  So what I'm going to do is, I'm going to actually put a blowup of the claims over by me; and I'm going to try to do this so everybody can see.

Because as we go through the evidence and the analysis, I want to always keep referring back to the claim so we know what the test is.

MR. AROVAS:  Can we slide this box back a little bit?  Thanks a lot.

Q.   (By Mr. Arovas) Okay.  Dr. Gibson, you should have the claim in your binder, too, but can you see the claim over here?

A.   Yes, just barely.

Q.   At least the Ladies and Gentleman can see, too.

So just to orient ourself, this is the claims of the '625 patent, right?

A.   Yes, that's correct.

Q.   Okay.  And what we have in the red is the element that you were talking about.

A.   That's correct.

29

Q. Okay. And to have infringement, you have to have each and every element in the product, right?

A. Yes, that's correct.

Q. And that's because this claim is the description of the invention, and if you're missing part of the invention, you're not using the invention, right?

A. Yes, that's correct.

Q. Okay. And so when we talk about command to receive, the requirement for command to receive is right in black and white -- now it's red and black -- in the -- in the claim itself is: Commanding a receiver in the data network to receive. And that's the command to receive?

A. Yes. That's what I was referring to.

Q. Okay. Now, you mentioned earlier this issue of consecutive or inconsecutive -- or not consecutive packets. And so is that requirement that this command to receive goes with the situation of not consecutive packets --

A. Yes.

Q. -- in the claim itself?

A. Yes. And you can see it in this claim element.

Q. And is that what we have underlined right here; that is not consecutive?

30

A.   Yes.

Q.   Right.  So it's commanding to receive at least one packet having a sequence number that is not consecutive with the sequence number of a previously received packet.

     And so that would be -- is basically that the packets are not -- not in order or, you know, 2 is not following -- 3 is not following 2, and 4 is not following 3; that sort of thing?

A.   Yes, that's correct.

Q.   And that's where the command to receive comes up in that situation?

A.   Yes.

Q.   Okay.  Now, when you look at the 802.11 products, does this situation come up that you would need -- when the packets are not consecutive, that you would need some sort of command to deal with that?

A.   No, you do not.  In the video I showed, packet 3 was lost and the tran -- the receiver continued to receive packets 5 through 8 even though they were out of sequence; they were past packet 3.

     And so IEEE 802.11n products, they just continue to receive and put in the receiver buffer any packets that show up.

Q.   Okay.  And I want to distinguish between the

31

situation of consecutive and not consecutive, okay?

So in the IEEE -- forgetting about the claim for a second, the IEEE standards, does it treat the situation differently when you have consecutive packets or when you have not consecutive packets?

A.   In the IEEE 802.11n product?

Q.   Yes.

A.   No.  It just continues to accept packets, if I understand your question.

Q.   And so would there be any reason to need some sort of special command-to-receive procedure in the IEEE 802.11 products to deal with it if it treats them all the same, whether they're consecutive or not consecutive?

A.   You don't need a special command to receive, because it just treats them all the same.

Q.   Okay.  So now what I'd like to do is ask you about the patent and understand some of the background of where this need for a command to receive comes up in the patent; then look at the IEEE and go through some of the evidence and try to understand, what do we -- what can we look at that tells us how IEEE works and why you concluded it was different, okay?

A.   Okay.

Q.   Okay.  So let's start with the patent.  And do

32

you have a short video showing us what the problem of -- what the patent was trying to address with these not consecutive packets?

A.   Yes, I do.

THE WITNESS:  So if we could go to that video.

A.   So here -- here's the setup, and on the left, it just shows -- now, it's a much simplified diagram from what we had before, but it shows now nine packets to be transmitted at the transmitter, and they're ready to go.

And so if we get started:  Here packets 1, 2 and 3 are transmitted, but packet 3 is an error.  And so in the receiver buffer, we have packets 1 and 2 received correctly.  Packet 3 was lost.

So now, in the '625 patent, the problem it's trying to address is that -- and the solution they're trying to address -- or the problem they're trying to address was that in these systems, the lost packet would cause the system to go into deadlock.

And so nine consecutive packets, packets 4 and on, could not be received.  And so I've depicted a stop sign that says, okay, the other packets can't be received out of sequence.  And this is what's being addressed in the claim language.

33

Q.    (By Mr. Arovas) Okay.  And so that's what the stop sign is.

A.    Yes, that's the stop sign.

Q.    Is that sequential and not sequential packets are treated differently, so when you have not sequential packets, you get this stop; and when you have sequential, they obviously keep going?

A.    Yes, that's correct.

Q.    So there's a different treatment of those two situations.

A.    Yes, that's correct.

Q.    And so does the patent --

MR. AROVAS:  If we look at the next slide.

Q.    (By Mr. Arovas) Does the patent itself, in these examples, talk about this very problem?

A.    Yes, it does.

Up at the top of this slide shows the end of that video I just showed.  And below is an excerpt from the specification of the patent, and I've highlighted one portion of that specification.

And it says:  When an outstanding packet is detected, that is, a packet that has been sent, but not received or correctly received, the subsequent -- the sending of subsequent packets up to the higher layer is

34

halted.

So the system is stopped.  It's in deadlock.

Q.   Okay.  Now, did you also prepare a video to show the jury how the solution -- or how this command to receive fits into dealing with this stop sign for not consecutive packets?

A.   Yes, I did.  I think that's next.

MR. AROVAS:  So let's go to the next.

Q.   (By Mr. Arovas) And if you could describe, using the video, how this works.

A.   Okay.  So we're starting out with the system's in deadlock; and now, if we start transmitting, the solution in the '625 packet is to have a command to receive that is at the front of the subsequent packets. And it goes to the receiver; and it tells the receiver to receive these packets that are not consecutive, that are out of order.

THE WITNESS:  And if we continue then.

A.   So that makes it simple.  It can -- it can then receive these packets, and they would go into the receiver buffer.  But in order to do this, that command to receive is needed.

Q.   (By Mr. Arovas) Okay.  And so that command to receive would be used in the situation where you get the stop sign, which is when you have packets that aren't

35

consecutive, right?

A.    Yes, that's correct.

Q.    And it's for that special circumstance.

A.    Yes.

Q.    Okay.  And now, does the patent also talk about that specific solution to the problem of deadlock?

A.    Yes.  Excuse me.  The patent gives an example in the specification about a solution to this deadlock problem.

THE WITNESS:  So if we go to the next slide...

A.    What we see here is, again, now we show -- I show at the top the command to receive being received, and below is an excerpt from the patent specification that says:  A bit is set in the ARQ header, in the header of the packet, to force a receiver to accept packets subsequent to one or more erroneous or unreceived packets that have been discarded and not re-sent.

So it's adding something in the header as a command to receive.

Q.    (By Mr. Arovas) Okay.  And is there a picture in the patent that shows what this looks like for that example?

A.    Yes.

36

THE WITNESS:  If we go to the next slide, I think it's on -- yeah.

A.    So here it is.  This is Figure 8 from the patent.  And Figure 8 shows -- the middle diagram, Figure 8 shows data -- that's the payload information -- and it shows an ARQ header.

And an ARQ header normally has this thing that's labeled N(S).  That's the packet sequence number. But now the solution to get a command to receive, a bit has been added to the front.  This RPEB bit, which below, if you read the excerpt from the specification, that's the receiver packet enforcement bit.

Q.    (By Mr. Arovas) Okay.  Now, you mentioned, just to the right of the red box, there's the capital N(S)?

A.    Yes.

Q.    You called the N -- what did you call it N of S?

A.    Normally, we would just call that N of S.

Q.    Okay.  And that's where the sequence number would go?

A.    Yes.  And it's labeled on here k bit sequence number right -- right above the highlighted PDU enforcement bit.

Q.    Okay.  And is the use of sequence numbers to

37

order the packets, is that something that comes up for the first time in the '625 patent; or is that something that was used for a long time?

A.   No.   Sequence numbers have been used in the wired Internet for a very long time; and they're just a natural portion of packet switch networks and wireless networks, of course, too.

Q.   All before the '625 patent?

A.   All going back to the '70s.

Q.   Okay.  So let's take a look at -- and compare -- does the patent have a picture of what you would call a traditional data packet?

A.   Yes.

Q.   So let's compare that to what we see with the data packet with the command to receive, which is the next slide.

And can you describe the difference we see between the two data packet structures?

A.   Yes.  Now, both of these figures are from the '625 patent specification, and on the right is the '625 patent solution, the example solution that's in the patent.  And on the left shows what's called ordinary data packets.  That's what the '625 patent calls this situation.

And you see, there's the data labeled 516, the

38

payload.  There's the ARQ header, and there's the k bit sequence number.  That's in front of the payload.  And Figure 5 is labeled prior art, which means it existed before this patent.

Q.    Okay.  And just so it's -- it's clear -- so there's nothing special about the use of sequence numbers themselves, right?

A.    No.

Q.    Okay.  And what's happening here is something in addition to the use of sequence numbers is being added, which is this command to receive, to deal with the situation of when the sequence numbers get out of order and you get the stop sign in systems that have that problem.

A.    That's correct.  And that's what's being described in the patent specification here.

Q.    Okay.  So now going to the next slide and taking the 802.11n products on one side and the '625 patent on the other, what is the difference in the two approaches?

A.    So 802.11n is on the left, the situation that I described earlier, and you -- and you'll recall that there Packet 3 was lost.  A new A-MPDU came in, having Packets 5 -- MPDUs 5 through 8, and they just went in, they were received, they just went into memory.  All the

39

packets that were received correctly were forwarded on, and the fact that there was a lost Packet 3, there's no information there and that was just sent on, too.

And so 802.11n products just continue to work when they receive packets that are out of order.

On the right, though, is the '625 approach from the claim. It -- it must use a command to receive to avoid this deadlock problem, and that's what's depicted on the right.

Q. Okay. And so I want to be very clear about this. We have the green light on one side. We have the stop sign on the other.

Does the situation with the stop sign come up with packets that aren't consecutive in the 802.11 approach, or does it not even exist, the problem?

A. The problem doesn't exist.

Q. So would there be any reason -- if you're treating the sequential packets and the packets that are not sequential in 802.11 the same, is there any reason that you would need a command to receive?

A. No, you don't need a command to receive. And if you put one in there, you just add complexity you don't need.

Q. Okay. And so let's actually jump to Slide 34. I want to ask you about some inventor testimony. And

40

did you look at some inventor testimony in this case?

A.    Yes, I did.

Q.    And Mr. Larsson is one of the inventors of the '625 patent.  We have his picture over on the right-hand side?

A.    Yes.

Q.    And did you see any testimony from him to talk about this issue; that if you had a system that just kept going and didn't get that stop sign, it would just keep accepting the packets whether there would be any need for command to receive?

A.    Yes.  This is a -- an excerpt from the Larsson deposition that's labeled small print down below, and he was asked the question:  Okay.  If you had a system where you could send regular, old packets like the one in Figure 5 -- that's from the patent specification -- outside of the edge of the receiver's window and it would just accept them, would you need a command to the receiver to receive packets out of order?  And he says, no.

Q.    Okay.  And the reason is you have to have a problem to have the command to overcome; is that right?

A.    That's correct.

Q.    So if you never get that stop sign, if you never stop because the packets are out of order, then

41

you don't need a command to get yourself past the stop?

A.   Yes.

Q.   Yes?

And is that the case for Wi -- or for 802.11n that it doesn't have that problem?

A.   802.11n doesn't have the problem, so it doesn't need the solution.

Q.   Okay.  So now what I'd like to do is take a look at some of the -- the technical documents that talk about how 802.11n works and we're going to look at it in two levels, okay?  At one level, I want to just look at the packet itself.

You know, we looked at the example in the patent.  I'd like to look at the packet itself and see what's in that packet; is there anything in there that would be an explicit command to receive.

And then what I'd like to look at is how the system works, the -- the 802.11 standard is set up and find out is there something about the way the system is put together that could be a command to receive, okay?

A.   Okay.

Q.   So let's start with the packet.

MR. AROVAS:  And go to Slide 33.

Q.   (By Mr. Arovas)  And what do we see in the picture on Slide 33?

42

A.   In Slide 33, this is taken from the 802.11 standard that's labeled below the 2007 standard.  And what it shows is the sequence control field which is at the front of the A-MPDU that's transmitted in 802.11n.

And you see, there's only two things there, what's called a fragment number -- but I've highlighted what's called the sequence number.  And so what's there is just is the sequence number, and that -- this is just the situation that the patent showed in its Figure 5.

And with the sequence number, and that's all that's there, there's no command to receive.

So when you received an A-MPDU, you have a sequence number and there's no command to receive.  It's not needed.

Q.   Okay.  And so the sequence number is just the ordinary sequence number that's been used since way before the '625 patent?

A.   Yes, that's correct.

Q.   Okay.  And so there's nothing explicit in the packet that would be a command to receive?

A.   That's correct.

Q.   Okay.  So now let's take a look at how the system works and say, okay, well, is there something somehow in the system that would cause it to be interpreted, implicitly or explicitly, as a command to

43

receive, okay?

A.    Okay.

Q.    And so what I'd like to do actually -- take a break from the slides for a second, switch over to the document camera, and take a look at a document that's Defendants' Exhibit 252.  And it's something called the L2Parser overview.

And is this one of the technical documents that you reviewed and talked to the engineers about when you were preparing and working on this question of whether or not the patent was being used in the standard and the products?

A.    Yes, it is.

Q.    Okay.  And let's take a look -- just so we can orient ourselves at a high level, I'd like to look at a bird's-eye view of the architecture of the chip and how it works.  So I'm going to put another page from Exhibit 252 on the screen.  I'm going to blow it up so we can all see it as best as possible.

And this is called the -- the RX flow, and RX stands for receive; is that right?

A.    That's correct.

Q.    And so when we talk about receiving a packet, this RX is talking about the flow of how the packet comes in from the outside and actually gets on to the

44

chip?

A.   Yes, that's correct.

Q.   So if we look at that, we could then understand what is really required, is a command to receive required to take that packet on to the chip and use it or is it not?

A.   Okay.  Yes.

Q.   Okay.  So can you tell us, just starting from the beginning, where are things coming in and where are the packets going out?

A.   Okay.  So if we look at this diagram, it's kind of complicated.  But if you look on the lower right where it says DSP TOP, and you see a TX and an RX.  And so the packets -- the packets are coming in -- they're being received at the RX, and they come in and they actually follow this fat arrow.

And this fat arrow says the packets come in, they go into the RX receive buffer, they go through what's called the L2Parser, they continue, and they're put in the received first in/first out buffer, then they're just passed on.

Q.   Okay.  So if we take a look at -- just so I make sure everybody knows where we are, the N is over here --

A.   That's correct.

45

Q.   -- the real small RX?

A.   Yes.

Q.   And then there's these sequence of fat arrows?

A.   Yes.

Q.   Okay.  And then what we have is that the pack -- that the packet takes when it comes off the air, it gets received, it's going to follow these fat arrows just from one side to the other?

A.   That's correct.

Q.   And that's what we call the receive packet, right?

A.   Yes, that's correct.

Q.   Okay.  And I want to be very clear about this. We have a claim here that says you have to have a special command.  You have to have a command to receive to deal with this problem when you have packets that are not consecutive.

     Does the chip even distinguish between consecutive and not consecutive packets when it makes the decision to take the packet in and send it through this received path?

A.   It does not.  It just receives the packets as they come in, whether they're in out -- in order or out of order.

Q.   Right.  So if you get an in-order packet, it

46

just follows the receive path as accepted by the chip?

A.   Yes.

Q.   If you get an out-of-order packet, is it just taken in by the chip and received?

A.   Follows the same receive path and just taken in by the chip.

Q.   And so if you're going to do exactly the same thing, no matter what you get, consecutive or non-consecutive packet, would there be any reason to even have a command to receive?

A.   You don't need a command to receive in this case.

Q.   Would there be any stop sign or other problem that you need a command to receive to get over?

A.   No.

Q.   So you're just doing the same thing in both cases?

A.   Yes.

          MR. AROVAS:   And so if we go back to the slides and we look at Slide 34.

Q.   (By Mr. Arovas)   When we talk -- looked at the inventor and he was talking about a system that just takes data packets in, without that stop sign, wouldn't need a command to receive; is that consistent with 802.11?

47

A.   Yes, that's what 802.11 does.

Q.   Okay.  So now we've heard in this case a lot about Windows, and I think it's important to understand how Windows fit into the operation of the system and what part of this is relevant in determining the only thing we have to figure out in this case, which is, is there a command to receive that's going to be used to deal with this not consecutive packet situation.

A.   Yes.

Q.   Okay.  And so since we've heard about Windows, what I'd like to do is take a step back and say, first, just understand what is a window.

A.   Okay.

MR. AROVAS:  So if we can go to Slide 35.

A.   Yes.

Q.   (By Mr. Arovas)  And can you describe for the jury, first, just generally what is a window?

A.   Right.  So this is a situation we've seen before.  There's four packets -- 1, 2, 3, and 4 -- and memory at the router.  And over on the right side are four packets.  1, 2, and 4 have been received, and there's -- Packet 3 was lost.  But that collection of packets here is just 4 on each side.  That -- that constitutes a window.

Q.   Okay.  So if we look at the left, you have

48

Packets 1 through 4, that's a window, size 4, begins at 1, ends at 4?

A.    That's correct.

Q.    And we have the same thing at the receive side?

A.    Yes.

Q.    Okay.  And so did you put together a short video that shows how this operates in action?

A.    Yes.  I have a video, and if we could go to that.

Q.    As before, if you could just narrate for us -- for the jury, how it is that this windowing operates in the 802.11 approach.

A.    Okay.  So if we proceed with the video, what we see is now Packets 1, 2, 3, and 4 are sent.  Packet 3 is lost, as we've seen before.

And now here are the windows that I was just talking about, the transmitter window on the left and the receiver window on the right.  And they're different here.  What's in them is different.

And now, if we continue -- now, the beginning on the right-hand side, the start of the window is 1, and the end of the window is 4.

And now we proceed.  The receiver sends a block acknowledgement for Packets 1, 2, and 4.  It

49

gives -- the transmitter gives up on transmitting Packet 3 and discards it.

New data Packets 5 through 8 are loaded into the window.  And now the window at the transmitter has a start window of 5.  Now it comes over to the receiver.

And it -- it doesn't really stop, but in order to explain this, you see the receiver has a window.  It starts at 1.  It ends at 4.  The new packet coming in has a sequence number larger -- greater than the window. That's what that 5 arrowhead thing means.

So the next sequence number is outside the window.  It's greater than the window.  But what happens is, if we go on, 802.11n accepts it, forwards the other packets on for processing.  It receives the packets beyond the window end and continue.

So now what happens is the receiver window is shifted to 5 through 8.  Now, the start of the window is 5, and the end of the window is 8.

So now we can continue the process.  The receiver blocks -- sends a block acknowledgement for 5, 6, 7, and 8.  New data packets are loaded into the window at the transmitter, and those data packets are sent.

Now, at the receiver, the new window goes from 9 to 12.  The window start is 9, and the end of the

50

window is 12.

Q.   Okay.  So if we look at the next slide, Slide 37, sort of pulling some of this together, does this process just keep going on and on and on?

A.   Yes, it just keeps going on and on.  The -- in 802.11n, it continues to receive packets even if they're out of order or outside the window and the window keeps moving.

Q.   Okay.  And so the window just keeps -- here we've shown four, but actually the real windows are bigger, right?

A.   That's correct.

Q.   Okay.  And so you just have that window -- first, it's a first window.  It gets new packets.  It moves it, goes to the next window, gets new packets, moves it, goes to the next window.  And will that happen whether you have missing packets, packets in sequence, out of sequence, does it matter?

A.   It doesn't matter.  802.11n continues to receive the packets and -- and puts them in the window and moves the window along.

Q.   And is there anything that happens that stops that pack -- of the packet getting on to the chip and being accepted by the chip that would cause the stop sign to need some sort of special command or some sort

51

of special procedure to deal with that?

A.    No, nothing special is needed.  As shown along the bottom of what you put on the ELMO, that last diagram, those -- the packets just follow that fat arrow all the way through.

Q.    Okay.  And so now what I'd like to do is look at the rules in the standard and see how that relates to how the implementation was that we saw in the chips, okay?

A.    Okay.

MR. AROVAS:  Let's go to Slide 38.

Q.    (By Mr. Arovas)  And first, I'm going to ask you to approach the easel in a second, Dr. Gibson; but first, just so we know what we're looking at, we have on Slide 38 and actual -- that's an actual excerpt from the standard itself, the 802.11 standard, right?

A.    That's correct.  It's labeled just below 802.11n-2009 standard.

Q.    Okay.  And Section 9.10.7.6.2 is:  Operation for each received data MPDU.  That's a portion of the standard that relates to what happens when one of these MPDUs or A-MP -- box of A-MPDUs gets to the receiver; is that right?

A.    That's correct.  It talks about what happens when the A-MPDUs move through that path that I -- that

52

was on the bottom of that diagram.

Q.   Okay.  And so the sequence numbers of the -- the packets that arrive can be either in the window or out of the window, and there are different sections that deal with that?

A.   Yes, that's correct.

Q.   Okay.  So what I'd like to do is -- is put up on the easel --

MR. AROVAS:  Your Honor, with permission, may he --

THE COURT:  Yes.

MR. AROVAS:  Thank you.

Q.   (By Mr. Arovas)  Okay.  Dr. Gibson, if you would please approach.

THE COURT:  We'll need a microphone for the witness, please.  Sort of like a gold medal.

THE WITNESS:  There you go.  I hope it's gold.  That would be nice.

Q.   (By Mr. Arovas)  So, Dr. Gibson, what -- what I'd like to focus on -- because we know that this claim requires this command to receive when packets are not consecutive.  And what I'd like to do is go over here and look at what happens when you get something that is in the window or out the window, and see if there's a difference in the way the standard says you have to do

53

it?

A.    Okay.

Q.    And so can you explain that, please?

A.    Yes.  Well -- I'll move over here.

What you see is, this is the sequence number of the patent.  We've been talking about sequence numbers.  Here this -- here the sequence number is compared to the beginning of the window, WinStart, and the end of the window, WinEnd, and the sequence number is between those two numbers, so it's in the window.

And so in that case what happens, it goes here and the standard says store the received MPDU in the buffer, so it takes the MPDU that is received and puts it in the buffer -- this says, when the sequence number is in the window.

Now, then it goes on and says, okay, what happens if the sequence number is beyond the end of the window, WinEnd here, and this is a very big number here, so it's beyond the end of the window.  What does it do when the sequence number is beyond the end of the window?  So what it does here is that it says store.  So store the received MPDU in the buffer.

So what happens in both cases, the 802.11n products just store the MPDU.

Q.    And will it do something different in terms of

54

whether it accepts and stores the packet if it's in sequence or not in sequence?

A.    No.  If it's -- if it's in sequence or not in sequence, as I've shown, it just stores the MPDU in the receiver buffer.

Q.    Okay.  So next, I'd like to put back up that picture that we were looking at before.  We can just put it on top.

And this shows the received flow of how the packets actually come in to the chip -- in this case, it's an Intel chip?

A.    Yes, that's correct.

Q.    And can you take us through that receive flow and -- and explain, is there any reason or any difference between whether it's in sequence or out of sequence that would cause the need for a command to receive?

A.    Okay.  So this was up on the ELMO.  So what happens is this is where the -- it's kind of unstable here.

This is where the packets are received, and there's nothing to stop them from just going right on in to the receive path.  So they come through here.  They go through this L2Parser and right on in to the receive FIFO buffer, it's called.  There's nothing to stop them.

55

It operates just as was indicated in the standard.

Q.   Okay.  So those packets could be received, which means stored, in the buffer and the buffer is memory?

A.   That's correct.

Q.   And so those packets are going to be captured off the air and put on the chip, regardless of whether it's in sequence or not in sequence?

A.   That's correct.

Q.   And does it even need to check whether it's in sequence or not in sequence to do that -- to receive it off the air and put it into memory on that chip?

A.   No, it's not checked.

Q.   Okay.  And now we heard a lot about the scoreboard from Dr. Nettles.  Does the scoreboard and the tracking of what made it and what didn't make it have anything to do with whether or not that packet, off the air, is going to be accepted, stored, and received onto this chip?

A.   No, it does not.  The scoreboard is all up here, and it's not in the flow of the packets coming through the receiver pipeline.

Q.   Okay.  And now here we're looking at an Intel chip.

Is the same operation true for the other

56

chips?

A.    Yes, the same operation for the Broadcom and Qualcomm chips.

Q.    Okay.  And so now, Dr. Gibson, if you would return to the witness stand, I'd like to just show you one small portion of code.

MR. AROVAS:  On Slide 39.

A.    Yes.

Q.    (By Mr. Arovas)  And on Slide 39 there's a section of code.  Is that some of the Intel code?

A.    Yes.  It's the Intel code.

Q.    Okay.  And so does this have sections that relate to whether you're in the window or out of the window?

A.    Yes.  You see this -- this double slash, that's a comment that's in the code, and it says check "if" in the window.

And so that's what that "if" and what's in parenthesis is doing, it's checking to see if the new sequence number is in the window.  And if it is, it goes to right below there that's highlighted and it says shift not needed.

So you don't have to shift the window if the packet is inside the window when it's received.

And then below, it says, okay, if this "if" is

57

not satisfied, it drops down to this "else" statement and it says, okay, a shift is needed here.  That's highlighted over on the right.  And so the window is shifted by this calculation at the bottom.

But this -- this is basically the scoreboard calculation, and it's not in the receive path.

The -- in order to do this calculation, the chip already has to have the package received and it already has the sequence numbers.

Q.    Okay.  So just so we're crystal-clear, we've heard so much about the scoreboard and keeping track of what's going on; and you're looking at some of the scoreboard code.  But the packet comes in, no matter what, whether it's in sequence, out of sequence, in the window, not in the window, it's received by the chip?

A.    That's correct.

Q.    And so is there any reason that you would need implicit or explicit command to receive in this kind of architecture the way 802.11 works?

A.    You don't need a command to receive in 802.11n.

Q.    Okay.  So let's go back to the claim.

MR. AROVAS:  Slide 40.

Q.    (By Mr. Arovas)  And can you tell us, based on this, looking at the packet, looking at the standard,

58

looking at how the architecture works, what conclusion

did you come to as to whether this element that we have

in red is found in the 802.11n products?

A.   Yes.  So I've shown this claim element marked

out, and that's because it's clearly -- command to

receive is not needed and not found in the 802.11

products that I show over here -- the chips that I show

over here on the right.

Q.   So then can there be infringement?

A.   There can't be infringement.

Q.   And is this a significant difference?

A.   It's a significant difference as we've seen.

Q.   So now, let's move on to the next patent,

which is the '435 patent.

And did you start with the claims there, as

well?

A.   Yes.  So we go to the next slide.

This is Claim 1 out of the '435 patent, and

I've highlighted the element computing which data

packets have been discarded by the transmitter, based on

the data packet discard notification message.

Now, the Court has a definition for data

packet discard notification.  That's at the bottom.  And

it says:  A message that indicates data packets that the

transmitter has discarded.

59

So if -- if -- over at the right I've said that this claim element requires the receiver computing which packets were discarded by the transmitter.

So this is a little bit different idea.  So if you look at the element above, it says:  Receiving the data packet discard notification message.  So you're at the receiver, and then you compute which packets have been discarded by the transmitter.

Q.   So --

A.   The requirement is what's here over in the box on the right.

Q.   Okay.  So let me do this, like I did last time.  I'm going to put the claim up, and that way we have the claim to refer to as we go through all the evidence.  And in red, once again, we have the element that we're focusing on over here, the computing step.  Okay?

A.   Okay.

Q.   And before we go through that, I want to try to frame the issue for the jury, and I going to go back to the document camera and I'm going to put on the camera a question and answer that was asked by Mr. Van Nest on cross-examination of Dr. Nettles.  And he was asked about the '435 patent.  We see it right over there.

60

A.   Yes.

Q.   Right?

And then we -- just see if there's agreement or disagreement at this point, so we can frame the question that we have to answer on this patent.

The question was -- this is from the trial testimony, cross-examination:  In any event, in connection with the '435 patent, if the receiver cannot compute all of the packets that were discarded by the transmitter, then there's no infringement, right?

And the answer is:  That's my understanding, yes, sir.

Do you agree on this point with Dr. Nettles that, in fact, if the receiver -- right, the -- the device receiving the packets can't compute all of the packets that are being discarded by the transmitter, the device at the other side of the system, then, in fact, there would be no infringement under this claim?

A.   Yes, I agree.

Q.   Okay.  And when we look at the claim -- I want to make sure that we have the context for this -- when we're talking about computing, we're not just talking about any kind of computing; we're talking about computing something very particular; is that right?

A.   That's correct.

61

Q.   And is that an important limitation of this claim?

A.   Yes.  Computing what packets -- in fact, all of the packets that were discarded by the transmitter is an important element in this claim.

Q.   Okay.  And so when we're thinking about the computing, I want to make sure we -- all of us have our eye on the important issue.  You have the receiver, which is on one side of the system.  You have the transmitter that's at the other side of the system.  And this chip on one side of the system has to compute what the other chip is discarding; is that right?

A.   Yes, that's the situation.

Q.   And that's what we have in the claim?

A.   Yes.

Q.   And if that's missing, there's no infringement?

A.   That's correct.

Q.   Okay.  So with that summary of what the issue is here, let's go to the -- as we did last time, I'd like to go to the patent, look at the problem, look at the solution, and then look at 802.11 and see is it the same or is it different.  Okay?

A.   Okay.

MR. AROVAS:  So let's jump to Slide 43.

62

Q.   (By Mr. Arovas)  And can you describe --

MR. AROVAS:  Slide 43 -- oh, I'm sorry, my fault.  There we go.  I'm sorry.

I control the switch.

A.   Yes, I see that.

Q.   (By Mr. Arovas)  Slide 43, you have an excerpt from the patent and a diagram that we've seen before.

Can you describe very quickly what is the problem we're addressing here?

A.   Okay.  So the '435 patent is a -- is treating the problem of deadlock, which I've highlighted before with respect to the '625 patent; and we see that's true by looking at this excerpt of -- from the patent specification that's down at the bottom, and I've highlighted:

The message should be discarded from the transmitter's ARQ buffer.  However, if the receiver continues to expect discarded messages, the system can go into deadlock.

So this situation is the transmitter's discard packets after a period of time, has -- has gotten tired of trying to retransmit.  The receiver has not received a packet, and so the system -- and the receiver continues to expect these packets, then the system can go into deadlock because there's no packet to

63

retransmit, yet the receiver expects the packet it lost.

Q.   Okay.  And so basically what this is talking about is that the receiver and the transmitter are going to be synchronized -- in other words, the receiver at one end is going to know everything that the transmitter is discarding?

A.   They need to be synchronized in the data.

What they -- you know, what's been discarded needs to be known at the receiver in order to -- they need to know both what -- what data they have in memory at each time.

Q.   Now, the way 802.11 is put together, does it have to have that synchronization between -- on the data set between the receiver and the transmitter?

A.   No, it does not.  I think we've already seen that.

Q.   Okay.  So now, let's -- let's take a look at the solution and at a video you prepared.

A.   Okay.

Q.   If you could, as we -- we talked about before, just explain how the solution works at a high level to this problem?

A.   Okay.  So I've shown the system in deadlock and I've shown where now the transmitter has discarded Packets 1 and 3, for example.  And now if we start the

64

video, what happens here?

Here comes the discard notification message. That's in the claim.

It comes to the stop sign. And so now before the system was in deadlock, it was halted, but now we have the discard notification message. And so now if we continue...

The discard notification message is taken in by the receiver and then the receiver used that -- uses that discard notification message to compute -- computing flashing -- and it computes which packets were discarded at the transmitter, 1 and 3.

And so using that, it now satisfies -- knowing exactly what data -- what packets have been discarded at the transmitter, but that -- that is now known at the receiver.

Q. Okay. And so if we go on, what happens next?

A. If we go on -- so now what I just said is emphasized. Packets 1 and 3 are now known to have been discarded at both the transmitter and receiver; and that allows then Packets 4, 5, and 6 to be received by the receiver.

Q. Okay. And so when we think about the claims, I want to be very clear. We're not talking about computing what the receiver received or didn't receive;

65

we're talking about the receiver computing what the transmitter has discarded.  Is that right?

A.    That's correct.  The receiver receives what it receives.  But in this case, it needs to know what the transmitter has discarded so it doesn't expect those to be coming and wait for them.

Q.    Okay.  And so here you've actually shown two packets being discarded at the transmitter site.  If we look at the left of the picture, 1 and 3.

And on the receiver side, 3 didn't make it, but 1 did.

But is it the case that in normal systems, that the transmitter can actually throw packets away for lots of reasons?

A.    Yes, that's correct.  And -- and if it received an acknowledgement of that packet, it would have thrown it away.  But when it's -- when it's through trying to retransmit it, it could discard it.

Q.    Okay.  And so we have here one that was received, one that wasn't received.  Both of them were discarded at the -- at the transmitter, and so the receiver has to figure out what the transmitter is doing in the patent?

A.    That's correct.

Q.    Okay.  So do you see that in the

66

specification, as well?

A.   Yes, I think if we go to the next slide, there's a description of this in the specification. Here are some excerpts.

First, in the summary of the invention, I've highlighted:  A cell discard notification message is sent by the transmitter to the receiver to indicate to the receiver which cells or packets the transmitter has discarded, and which the receiver need no longer expect to receive.

And then -- and the sale discard notification message is in the claim element.

And then upon reception of a CDN message, the discard notification message, the receiver computes -- computes which cells have been discarded in the transmitter.  So the receiver computes which cells were discarded in the transmitter.

Q.   Okay.  So looking at the next slide, what is the difference then that we see between the '435 patent approach and the 802.11n approach?

A.   Yes.

Shown on the left, I've summarized, the 802.11n products do not compute at the receiver which packets were discarded by the transmitter.  It doesn't know -- the receiver doesn't know in 802.11n which

67

packets the transmitter has discarded, and it doesn't

need to know.  It just continues to operate without

knowing that.

The '435 patent, however, the claim element

says that the receiver must compute which packets were

discarded by the transmitter using the discard

notification message.

Q.   Okay.  So now what I'd like to do is take a

look at how these different pieces fit together.

MR. AROVAS:  If we could go to Slide 47.

Q.   (By Mr. Arovas)  And we have that on the

screen, as well.  And what I'm going to do, just because

we have a lot on there, I'm going to put that on the

easel, as well.  So we have a big picture over here.

And so can you describe one of the

situations -- we -- everybody's been focusing on packets

that didn't arrive, and so here we have the picture that

you've been using since the beginning, of the

transmitter on one side, you have the receiver on the

other side, you have the memory for each of them up at

the top.  And then there's an "X" in the receiver side

through one packet -- Packet 3; is that right?

A.   That's correct.

Q.   And that's what everybody has been using to

show that a packet didn't make it?

68

A.    That's correct.

Q.    So Packet 3 in this picture would be lost, not received.  Packets 1, 2, and 4 would be received?

A.    Yes.

Q.    Okay.  Now, can you describe -- are there situations in 802.11 where even though these 1, 2, and 4, as well -- were received, that messages might be lost that would cause the transmitter to get out of sync and think that those packets actually didn't make it?

A.    Yes.  So what's shown here now, as -- like we had before, Packets 1, 2, and 4 were received correctly.

The receiver sends a BlockAck, a block acknowledgement, and that says I received 1, 2, and 4, but not 3; but now it's a noisy channel, so the block acknowledgement gets lost, too.

So in that case, the transmitter -- it's -- it's sent Packets 1, 2, 3, and 4.  It doesn't know that the receiver has received them, and so -- excuse me -- so the transmitter might give up transmitting and just discard those packets.

And so now we see that Packets 1 through 4 have been discarded at the transmitter.  The receiver doesn't know that.

Q.    Okay.  And so when we talk about this -- this is -- what's called a block acknowledgement.  That's the

69

normal acknowledgement that a block was received, right?

A.   That's correct.

Q.   Okay.  And so we've always been talking about packets being lost when it's going in this direction; but if you're losing packets in this direction, is there any directional component where you lose packets going the other direction, too?

A.   No.  The -- both of these sets of packets, there are packets going both directions and they're both going over the wireless channel, so if you can lose them going one direction, you can lose them going the other direction.

Q.   Okay.  Is that actually a typical situation where let's say you -- you're using your Wi -- your 802.11 Wi-Fi and you're too far apart, or you have a noisy channel, you'll lose packets in both directions?

A.   Yes.  In my house, if you're through -- the wall's too far away, that happens.

Q.   Okay.  And so when this acknowledgement gets lost, then the transmitter is going to discard 1, 2, 3, and 4; but the receiver thinks that the transmitter actually knows that they were received and they're out of sync; is that right?

A.   That's correct.

Q.   And so I want to be careful when we talk

70

about, you know, words that are more like people think, "know" or "don't know," because these -- these chips don't have intuition, do they?

A.    No, they don't.

Q.    They just do what they're told to do?

A.    They do what they're told to do.

Q.    Right.  And so what I really want to focus on, is there anything in the receiver that attempts in any way to calculate what the transmitter is discarding?

A.    In 802.11n, the receiver doesn't try.  It doesn't do any calculations to figure out what the transmitter's discarded.

Q.    Right.  So the receiver just focuses on itself.  It's just going to accept packets and keep track with the scoreboard, what it got, what it didn't; but it doesn't attempt to calculate what's going on somewhere else -- namely, at the transmitter?

A.    It doesn't attempt to calculate it, and it doesn't need to calculate it.

Q.    Okay.  Now, we had a question earlier in this case earlier about, well, what happens if a really important packet is lost.  And are there ways in sort of the computer systems and communication systems to deal with those types of problems?

A.    Yes.

71

Q.   And can you give us some examples of what might be done?

A.   Right.  This -- this is one of the things we deal with all the time.

When you receive -- when packets come into a receiver and, say, the Wi-Fi receiver, and packets are lost, it seems strange that those can be passed on with a gap, but this happens often.  And voice and video coders are designed to hide those.  They're designed to do what's called packet lost concealment.  So they smooth over the data.

And your cell phones and video -- two-way video applications, they have that built in.

And so that's a common scenario, and that's what's -- what's done.  You use packet loss concealment.

Q.   Okay.  Just to be clear, that's not what's going on in the 802.11 part of the system; that's somewhere else in computer systems that you'll try to conceal the losses that you have?

A.   That's right.  At one time or another, the diagram's been shown of all the various layers.  There's the application layer, and it comes on down and you get down to the data link layer and the physical layer.  And then on the other side, you go back up through all those layers.

72

And so correction for lost packets can be done at any of those higher layers.

Q.   Okay.  And so just to give a -- a real common-sense example -- so if you had a picture of video and you got the first frame 1 and you got the second -- the third frame 3, but you lost 2, you might just average between the two and hope that that's good enough?

A.   You do some calculations like that, that's correct.

Q.   Okay.  And, also, is it possible that if you have these losses that are just so bad that you're stuck, you'll either get an error or you've got to move closer?

A.   Yes.  If you -- sometimes you'll see these errors and -- or hear them.  But they go by pretty fast.

But if that's happening all the time, you're not going to put up with it, right?  So you're going to move closer to the access point if you're going to continue to use -- send voice or video.

Q.   So now I want to do the same thing we did with the last patent, the '625, and I want to look both at the packet and see if there's anything in the packet that would show us whether or not that there's going to be computing over here at the receiver of what this

73

different device -- the transmitter is going, and then look at the standard and some of the technical documents to see the -- the Wi-Fi approach, whether it happens somewhere else, okay?

A.    Okay.

MR. AROVAS:  So let's look at Slide 48.

Q.    (By Mr. Arovas)  And Dr. Nettles referred to two packets or two messages, the BlockAck request, or we've called it the BAR; and the A-MPDU, this aggregated data packet.

THE COURT:  Counsel, how much longer do you have on this patent?

MR. AROVAS:  Probably about five minutes, maybe six.

THE COURT:  All right.  Let's -- we've been going for a good while.  Let's go ahead and take our morning break, and we will come back and finish this one up.

So, Ladies and Gentleman of the Jury, we'll be in recess until 10 minutes till 11:00.  Please remember my instructions, and we will see you back here at 10:50.

COURT SECURITY OFFICER:  All rise.

(Jury out.)

(Recess.)

74

COURT SECURITY OFFICER:  All rise.

(Jury in.)

THE COURT:  Please be seated.

All right, Counsel.  You may proceed.

MR. AROVAS:  Thank you, Your Honor.

Q.   (By Mr. Arovas) Now, Dr. Gibson, when we were talking about this picture over here, just to be clear, when the packets are sent from the transmitter to the receiver, they actually stay in the transmitter memory, right?

A.   That's correct.

Q.   Okay.  And that's important, right?

A.   Yes, that's correct.  They stay there until they get an acknowledgement, and they decide not to retransmit anymore.

Q.   Okay.  But if it never gets the acknowledgement, then the two, the transmitter and the receiver, will be out of sync, meaning this receiver, based on what it has done in its own spot, will know that it received three packets, didn't receive the other, and the transmitter will believe that all four were not received and then eventually discard all four as if none were received, which is, of course, not correct?

A.   Yes.

75

Q.    Okay.  So now let's go back to where we were and take the two different level views.

Let's first look at the packets.  And we've mentioned -- or the messages -- that there were two messages or packets that were pointed out by Dr. Nettles; the BlockAck request and the A-MPDU.

And so the first question there is:  Is there anything in these packets that would suggest to you that there would be a computation made at the receiver about what the transmitter has discarded?

A.    No, there's not.

If you -- if you look on this -- this Slide 48, on the left, there is the BlockAck request or BAR, and it's the starting sequence control field, and what I've highlighted is a starting sequence number.

That's what's there in the BAR.

So there's no command to receive; there's just a starting sequence number.  And that just tells the receiver the current position in the sequence.  It doesn't tell what's been discarded at the transmitter.

And the A-MPDU on the right shows the same thing, the sequence control field.  We've looked at this before, and you see the sequence number.  Packets have sequence numbers.  And that only tells you where you are; it doesn't allow you to calculate what's been

76

discarded at the transmitter.

Q.   Okay.  So that sequence number is just the ordinary sequence number we've been seeing; it just tells you what number packet you are at, right?

A.   Yes, that's correct.

Q.   Okay.  But that's not going to cause a computation in a receiver of what's happening in a different device, the transmitter.

A.   It doesn't cause the computation, and it doesn't need to calculate what's been discarded at the transmitter.

Q.   Okay.  So now we've looked at the packet.  Now let's step up a level, and let's look at how Wi-Fi is architected.

          MR. AROVAS:  And if we could turn to Slide 49.

Q.   (By Mr. Arovas) And we're going to have to look at the section first on the A-MPDU and then separately on the BlockAck request.  So we're looking at both of those, okay?

A.   Okay.

Q.   And so can you describe first what we see in Slide 49?

A.   Yes.  This is a section from the 802.11n standard 2009 -- there's a label there under -- under

it, and, you know, it's Section 9.10.7.6.2, operation for each received data MPDU.

So received data MPDU comes in.  It's highlighted.  There's the sequence number.  The MPDU has a sequence number.  It's greater -- in this case, it's greater than the end of the window.  And so what happens?

We know it's stored.  We talked about that before.  The packet is stored.  But what happens, the window moves to the new starting sequence, the end of the window.  So it only sets the new position, like I said on the prior slide.

Q.   Okay.  So if we look at the next slide for the BlockAck request, this is an excerpt from the standard specifically for the BlockAck request; is that right?

A.   Yes, that's correct.

And it says:  Operation for each received BlockAck request.  For each received BlockAck request, the starting sequence numbers -- it's not highlighted, but it's a little (a) there -- the starting sequence number is, in this case, greater than WinStart.

And what do you do?  You go down and you set WinStart equal to the starting sequence number.  So it just tells you where you are.

Q.   Okay.  So if we see below at the bottom, it

78

says:  Set WinStart B equal to SSN.  SSN is starting sequence number?

A.   Yes, that's correct.

Q.   So these all have to do with how are you just moving that window, right?

A.   Yes.

Q.   And the starting sequence number gives you your position -- or the sequence number of the packet gives you sort of the position where you are, so you know if you're in the window or out of the window, correct?

A.   That's correct.

Q.   Okay.  Now, so we could fit everything on a page, obviously, we just took a little piece of that.

I'd like to switch to the document camera and take a look at the larger section, look at the whole section.

And this is -- just so we can see what we're talking about, this is the IEEE standard.  And it's Exhibit 286, okay?  And that's what -- the IEEE standard that you looked at in figuring out how everything worked?

A.   Yes.  If you look at the number up there in bold, 802.11n-2009, yes.

Q.   Okay.  And that's --

79

A.    Right there.

Q.    -- the standard, 802.11.  We can make it big so everybody can see.

Standard 802.11n-2009.  That's the 802.11n standard, right?

A.    That's correct.

Q.    Okay.  Good.

And so what I'd like to go to do is go to these two sections that we're looking at.

MR. AROVAS:  I'm going to apologize to everybody.  I'm going to have to show in it pieces because it starts on one page and then goes on to the next, but we'll do the best we can here.

Q.    (By Mr. Arovas) Okay.  So this is the -- this is the real thing.  And this is 9.10.7.6.2.

MR. AROVAS:  And let's make it bigger so we can see the title.  And that is:  Operation for each received data MPU -- MPDU, right?

A.    That's correct.

Q.    Okay.  And so this is that section that we were looking about what happens when a data packet from over here, the transmitter, gets over to the receiver, right?

A.    Yes.

Q.    And then there will be a series of rules.  We

80

had (a) that we were looking at.  We saw, when we were talking about the '625, that it just stores.  And we saw down below, it does things with the starting -- starting position of the window, right?

A.   Yes.

Q.   Okay.  And so if we were to go down, there's a series of sections, there's (a), and there's a series of rules, of things that we'll do.  And if we go on to the next page, we'll see there is a (b) and then a (c), and those are --

A.   Yes.

Q.   -- other things to do.

A.   Right.  The sequence numbers beyond the end of the window, we store the MPDU, and then we go through all these other steps.

Q.   Right.  And that's where we see right here Set WinEnd B equal to sequence number.  That's what you were talking about before?

A.   Yes.

Q.   And I don't want to take the time to go through all of the different things that would happen.  I want to talk about globally what's happening.

Does all of this have to do with just setting the location of the window and moving the window where necessary?

81

A.    Yes.  The packets have been received, and they're in the receiver buffer.  And, in fact, they're moving on through the receiver buffer.

And so based on the sequence numbers that have been received -- or with the BAR, the starting sequence number, that's then used up above in a separate process to calculate where you are and where the window should be.

And so the window's just being moved along. And we know that the window doesn't stop.  Where the window is, it doesn't stop us from receiving packets, so it's just a separate calculation.

Q.    Okay.  And so just so we're clear, because we have to always think about the claim, is any of this -- I understand it's moving the window in the receiver, but is any of this attempting to calculate what's being discarded in this different chip at the other side of the system in the receiver -- in the transmitter?

A.    No.  It's -- it's simply adjusting the window based on what it's received at the receiver; it's not trying to calculate what's being discarded at the transmitter.

Q.    And so if you have this type of situation that comes up, you lose a BlockAck in a noisy channel, you're losing messages and packets going in both directions,

82

like No. 3 and the BlockAck, is there anything in here that's going to cause this receiver to do some sort of calculation and say:  Okay, I'm going to figure out somehow what packets were actually discarded by the transmitter at the other side of the system?

A.   No.  In 802.11n, it doesn't need to make that calculation, and there's nothing that even tries to do so.

Q.   Okay.  And so then if we move to the next section -- and I'll move that to the top -- it's 9. -- sorry for the long numbers -- 9.10.7.6.3:  Operation for each received BlockAck request.  That's a block acknowledgement request.

A.   That's correct.

Q.   Okay.  And then we'll see, just like we did for the MPDU and the data packets, that there will be a series of standards, requirements about how to deal with the window with regard to BlockAck request, right?

A.   Yes.

Q.   And this will happen with each BlockAck request?

A.   Yes.

Q.   And just like before, we have a Section (a), and we have a Section (b) that deals with how the window shifts or what to do with the window?

83

A.   Yes.

Q.   But, again, I want to be crystal clear, because we're talking about a specific claim.  If anything in the window is shifting, are all of those -- those rules causing the receiver to calculate what the transmitter is discarding, or is it just dealing with moving around and updating the window for itself?

A.   It's just updating the window based on the packets that it's received -- that it's received at the receiver.  It doesn't try to calculate what's been discarded at the transmitter.  It doesn't need to.

Q.   Okay.  So will any of that have anything to do with the question that we need to answer for this claim, which is what is this device, this receiver, calculating about what this different device at the other end of the system, the transmitter, is doing with regard to discarding or not discarding?

A.   If I understand you on these, the -- excuse me -- these operations we're pointing to here, as the window moves, have nothing to do with calculating what's been discarded at the transmitter.

Q.   Okay.  And now if we move to the -- back to the slides and we look at the next slide, there's a section of code that we've seen before.  Is this Intel code?

84

A.    Yes.

Q.    And we took a look at it.  Can you explain whether this code, which addresses the scoreboard and the windowing, has anything to do with calculating in the receiver what's being discarded in the transmitter?

A.    Yes.  What this shows is -- really this is the calculation of the -- of the scoreboard, it's being called, about what's been received or not received at the receiver.  And that's done separately from the receiver packet flow.

And it uses the window to see if what's received is in the window.  If it is, you don't need to shift the window, and then it goes down as before.  If it's outside the window, then you go down and you see shift needed, and so then it shifts the window.

Q.    Okay.  And so if we go back to the document camera, I'd like to show you a still picture of a slide that was used by Dr. Nettles.  And just, again, I'd like to be clear about what context we're talking about here.

And we'll put the claim up as we look at this.

Do you -- were you here when Dr. Nettles showed an animation which included the scoreboard?

A.    Yes.

Q.    And that's -- the scoreboard is shown at the bottom?

85

A.   Yes.

Q.   Okay.  And we have a series of packets, 1 through 6; and in this case, we have it as all received.

So they're all yeses, right?

A.   Yes.

Q.   And then there's an animation or video that went in and obviously changed some things.

A.   Yes, that's correct.

Q.   Okay.  But this is good enough to discuss the point.

This scoreboard resides in which device:  The transmitter or the receiver?

A.   The scoreboard's in the receiver.

Q.   Okay.  But we're having a packet going from the transmitter to the receiver, the scoreboard would be in the receiver, right?

A.   Yes.

Q.   Okay.  And is that keeping track of just what was -- what was received and not received by the receiver, or is it going to the other end and trying to make a calculation of whether the transmitter is discarding packets?

A.   The scoreboard just keeps track of what's been received or not received at the receiver.  It doesn't try to calculate what's being discarded at the

86

transmitter.

Q.    Okay.  So when we go back to the claim, when we talk about the claim, it talks about requiring computing, the receiver computing packets that have been discarded by the transmitter right over here in the claim.  Do you find that in 802.11 products?

A.    No, that's not in the 802.11n products.

Q.    Okay.  And so going to the next slide, can you tell me -- can you tell the jury what your conclusion was as to whether there's infringement?

A.    Yes.  So I've shown Claim 1 again from the '435, and the element we've been talking about is marked out because it's not present in the 802.11n products.  So the 802.11n products do not compute at the receiver which packets were discarded by the transmitter, so none of these chips can infringe this claim of the '435 patent.

Q.    Okay.  So let's go to the next patent, the 223.  And the '223 patent, as with the other patents, did you start with the claims?

A.    Yes, I did.

Q.    Okay.  So let's take a look at the claims and the several elements that you focused on.  And while you do that, I'm going to also put up a big blowup of the claim, as well.

87

A.    Okay.  So this shows Claim 11 of the '223 patent, and I have highlighted portions of two of the claim elements.

The first one I've highlighted is -- says: Said data link layer segmenting the service data units into at least one protocol data unit.

So that's segmenting data packets.  That's required by that claim element.

And then the second claim element says:  Said discard timer being initialized when said service data unit is received by said data link layer.

So over -- at the right, I've summarized that as this claim element requires initializing a timer at a really specific place:  When data is received by the data link layer.

Q.    Okay.  So if either of these requirements are missing, can there be infringement?

A.    If either is missing, they can't -- there can't be infringement.

Q.    Okay.  And so what I'm going to do is I'm going to ask you about the second one first because we can get through that a little more quickly and then we'll go back to the first one.  Okay?

A.    Okay.  Okay.

Q.    So let's talk about --

88

MR. AROVAS:  If we go to the next slide.

Q.   (By Mr. Arovas)  You had a reference or referred to earlier in your testimony to the different layers.  Is this a picture on the slide of the different layers that people use to think about computer systems?

A.   Yes.  The -- the OSI reference model has been around, I don't know how long, 20 or 30 years at least, I think.  And -- and it -- it talks about the different layers, and the OSI is open systems interface, I think, is what that means for the packet switch networks.  And you go down the layers.  7 is the application layer.  An example of that is the video or audio process that goes on.

And then it goes on down through these layers, and you see you get to the network layer, then you get to the data link layer, and then you get to the physical layer.  And the physical layer is what transmits and receives the packets.

Q.   So the physical layer is actually making those radio waves that go over the -- over the air?

A.   Yeah.  It's taking the packets and putting them on radio waves to send through the air.

Q.   Okay.  And the other layers are different levels of processing that will happen in various parts of the system?

89

A.   Yes, that's correct.

Q.   And where do we see the 802.11 sitting in this -- this stack?

A.   It's shown on here that the 802.11 starts with the MAC layer, as you go down from 7, down what's called the protocol stack.  And MAC is the bottom portion of the data link layer and then the PHY layer.  So the -- the 802.11 chips include the MAC layer and the PHY layer.

Q.   Okay.  So what I want to do because we're -- we're looking at this claim, and we can see that this has a requirement.  The discard timer being initialized when said service data unit is received by said data link layer.

That's a requirement of the claims, right?

A.   Yes, it is.

Q.   So this timer is not initialized at that point.  Would there be infringement or not?

A.   There would not be infringement, if it's not initialized at that point.

Q.   Okay.  And with regard to this patent, the Intel chips and products, based on that, are at issue, right?

A.   Yes.

Q.   And did you look at when the timer's

90

initialized in those Intel chips?

A.   Yes, I did.

Q.   Okay.  So let's take a look at it, and what I want to do is focus in on the data link layer because that's the layer we know we have to look at because it's -- it's in the claims.  And make a blowup of that and see what happens where.

MR. AROVAS:  So let's go to the next slide.

Q.   (By Mr. Arovas)  And can you describe for us, you know, using the claim what the claim is requiring and other places where if the timer or timestamp is initialized, it would not be infringing?

A.   Yes.  So if you look at this, this -- this expanded physical -- this expanded picture of the 1, 2, and 3 layers comes from the previous slide.  It's highlighted in yellow at the lower left-hand corner.

And what this claim requires is when the service data unit -- and I've illustrated that as like one of the frames from the video -- comes into the data link layer, that's when this claim element, this patent requires that the timer be initialized.

But what happens is, the chips don't start there.  The chips only cover the bottom part -- part of the data link layer and the PHY layer.  So it -- the

timer in the chips would start after the data link layer.  And so it can't infringe this claim element.

Q.   Okay.  So just to be clear, so the claim requires you have to initialize at that red line that we see, right?

A.   Yes, that's -- the dashed red line, that's correct.

Q.   Okay.  And if you're not initializing at that point, you're not meeting this claim limitation?

A.   That's correct.

Q.   And there would be no infringement?

A.   That's correct.

Q.   Okay.  Switching to the document camera.  Were you here when Mr. Kitchin testified?

A.   Yes, I was.

Q.   Okay.  And what I have put on the screen is a drawing that I made with Mr. Kitchin, one of the designers of the -- the Intel products.  And do you recall that?

A.   Yes, I do.

Q.   Okay.  And where in the Intel products is the timestamp initialized?

A.   In the Intel products, it's at the MAC layer, because that's what the chip covers.  That's the soonest it can be initialized.  802.11 chips start at the MAC

92

layer.

Q.   Okay.  And that would be over here?

A.   Right there, yes.

Q.   Okay.  Now, is that when the packet gets to the data link layer as required by the claims?

A.   No.

You may recall that Mr. Kitchin actually described what's -- the other portion of the data link layer, and that's the logical link layer and that sits on top of the MAC layer.

And so the data link layer starts above -- right at the entry to the logical link layer in the data link layer.

Q.   Okay.  So in the Intel products, there's a timestamp that's initialized at the MAC layer, but the data link layer begins at the top of the logical link layer -- that's this LL layer, correct?

A.   That's correct.

Q.   And for this -- and that's where the data link layer starts?

A.   Yes, that's where it starts.

Q.   Okay.  And so to meet the limitations of the claim, the timer would have to start at the top of the logical link layer, right?

A.   Yes, that's correct.

93

Q.   Which is the data link layer in the claims?

A.   Yes, that's correct.

Q.   And does that happen?

A.   No, not in the 802.11 chips because they start down at the MAC layer, which is after the logical link layer.

Q.   Okay.  And what I'd like to do is show you some testimony from one of the inventors.  And we talked about whether this is something that matters.  And do you recall testimony from the inventors about whether this is actually an important or an unimportant difference?

A.   Yes, I do.

Q.   And is it -- in your opinion, as somebody in the field, an important or unimportant difference?

A.   Yes, it's an important difference.

Q.   Okay.  And so we saw -- the inventor was asked:  So when should the timer be started?

I will make it even a little bigger.

The timer should be started when the SDU is handed down from the network layer, down to the data link layer.  That's what we see in the claim. That's when you want to start the timer.

Question:  At the moment that it arrives at the data link layer or at any time thereafter?  Does it

94

matter?

Answer:  Yes, it matters a great deal.

A.   Yes.

Q.   And is that consistent with your understanding about whether this is an important distinction?

A.   Yes.  The inventor is agreeing with what I'm saying.

Q.   So then if we go to -- back to the slides, back to the claim, Slide 57, can you tell me -- can there be infringement of this claim by the Intel-based product?

A.   There can't be infringement because the timer -- there's a timestamp in the 802.11n chips, but that's not used until the MAC layer.  And that's above the data link layer.  So those chips cannot infringe this claim element.

Q.   Okay.  So now let's very quickly talk about segmenting the other element.

MR. AROVAS:  And so if we go to 58.

Q.   (By Mr. Arovas)  Can you tell us generally, at least with an example, how segmenting works?

A.   Yes.  So here's an example of a service data unit.  We've seen one of these frames before.  And what segmenting into multiple PDUs -- into PDUs says, cut it up, chop it up, segmenting it.  And then when you create

a PDU, you add the header and so that's what I've shown over on the right.

Q.   Okay.  Now, is there an example shown in the patent of how this works?

A.   Yes.  If we go to the next slide, yes.  So this is -- this is a little bit hard to see.  This is Figure 2 from the '223 patent specification.  And the box on the left is the transmitter, and the box on the right's the receiver.  You can just barely see the print up at the top of those.

And I've highlighted SDU -- I think that's 210, and you see these red arrows coming out, and it's segmenting the SDU into three PDUs.  That's right there in the middle.  I guess they're labeled 220.

And then so that's the segmenting step.

And then over at the -- the -- at the receiver, of course, if you're segmenting them, you have to put them back together, reassemble them, and so that's what's shown over at the receiver.

Q.   Okay.  And so do we see that at the bottom in the patent, talking about that process of segmenting the SDUs, the top red box, into multiple PDUs, the smaller -- or the lower red boxes?

A.   Yes, that's correct.  That's the highlighted phrase from the patent specification.

96

Q.   Okay.   And then at the other side, the receiver, which is to the right of the slide, those pieces get put back together and then you get the whole again?

A.   Yes, that's correct.

Q.   Okay.   And so there's some numbers in the quote.   We actually don't have it highlighted.   It talks about you might have 1500 bytes and -- and pieces of 40 bytes.   Can you explain what that's talking about?

A.   Yes.   So what -- if you continue with the highlighted section, it talks about multiple protocol data units, PDUs, and it says that the PDUs have a predetermined short length of 40 bytes -- so 40 -- as compared to the length of the SDUs, for example, of 1500 bytes.

So what happens in this case is the 1500 bytes has to be split into PDUs that are 40 bytes long.   And so if you do that calculation -- and I actually got it wrong the first time I did it -- but if you do the calculation, you get 37-and-a-half PDUs that have -- the times it 40, goes into 1500.

Q.   Okay.   So at -- you're -- you're segmenting, you're kind of breaking it up into segments, and then at some point you're going to run out of bits and you're going to have a smaller segment that's not 40 long?

97

A.   Yes.

Q.   Okay.  And so what we've seen -- we've heard about in the claims, it's talked about segmenting said service data unit into at least one protocol data unit or PDU?

A.   Yes, I see that.

Q.   All right.  And we've all agreed, I think, that at least one means one or more?

A.   Yes.

Q.   And how does it relate to what you just explained about how the segmenting works?

A.   Well, the claim elements starts with segmenting, and this example says you're segmenting.

And segmenting means break something into pieces, fragment something.

And so as -- as we've -- as I said, the 40 bytes goes into 1500 bytes, 37-and-a-half times.  So if you did that segmenting, you would end up with 20 bytes, half of that PDU amount, and that would go into the last PDU.

Q.   Okay.  So does the fact that the claim says into at least one, meaning one or more, meaning you don't have to actually segment at all?

A.   Yes, that's correct.

Q.   So -- so the claim, right, do you still need

98

to segment in the claim?

A.   It says segmenting first.

Q.   Right.

A.   Right.  So you have to segment.

Q.   So you know you have to segment, right?

A.   Yes.

Q.   Okay.  But as you segment, you might, at the end, get to the end of it where you only have -- can only make one piece; is that right?

A.   That's correct.

Q.   And that was sort of the leftover piece that isn't long enough to segment any further?

A.   Yes.  In this case, it's 20 bytes.

Q.   Okay.  So now let's look at the 802.11 products, Slide 60.  And can you describe the difference between 802.11 and the '223 approach with regard to segmenting?

A.   Yes.  The 802.11n products never segment the MSDUs; but as I've just pointed out, the '223 patent -- this claim element must segment the AD -- MSDUs -- the SDUs.  The claim itself says segmenting, and so the 802.11 products never segment.

Q.   Okay.  So now let's look at the standard and see what we see in the standards, going to the next Slide 61.

99

Does the 802.11 standard say whether fragmenting is allowed or not allowed?

A.    Yes.  This is the section from the 802.11n 2009 standard.  And it's on fragmentation/ defragmentation.  And the highlighted portion is an MSDU transmitted under -- that's the high throughput -- that's the 802.11 product -- shall not be fragmented.

It goes on, another highlighted portion:  An MSDU transmitted within an A-M -- A-MPDU shall not be fragmented.  So the 802.11 standard even says no fragmenting.

Q.    Okay.  And so when you're referring to the first highlighted line in the text, HT is high throughput, that's 802.11n, right?

A.    Yes, that's correct.

Q.    Okay.  And what's the relationship between fragmenting and segmenting?

A.    Well, they sound like the same process, right? Segmenting, breaking, chopping things up, and fragmenting, chopping things up.

Q.    Okay.  So is this saying that in 802.11n you shouldn't segment?

A.    Yes.  It says that you don't segment an MSDU.

Q.    Okay.  And now if we look at the Intel documents.

100

MR. AROVAS:  Look at the next Slide 62.

Q.   (By Mr. Arovas)  Did you see technical documents describing the actual products that addressed this issue, also?

A.   Yes.  So this is Intel 802.11n chip specification.

Intel called -- I'm not sure how they name these chips, but this one is named Kedron, and the A -- the highlighted portion says:  A-MPDU, aggregation, BlockAck.

Then you go below that, and it says:  For each MSDU, it converts MSDU to MPDU without fragmentation, no fragmentation.

And then if you go below where it says limitations, I've highlighted no fragmentation.

So the Intel 802.11 chips do not fragment.

Q.   Okay.  So can they meet this limitation of segmenting?

A.   They cannot.

Q.   Okay.  And if we look at the code, the next slide, 63, did you see in the code, the source -- the software code whether fragmenting or segmenting was allowed?

A.   Yes.  I think we have seen this before in this trial, but this is an excerpt from the Intel code, in

101

particular, the LLPR.  The L2Parser, I guess we've seen the block diagram of that earlier.

And it in the comment says:  This module contains the BlockAck logic.  Only the no fragment mode is -- is implemented.

Q.  Okay.  And did you do some testing, as well?

A.  I did, yeah.  I ran some -- some tests on this process.  And if we go to the next slide, and I don't think we need this slide very long.

Q.  That -- that -- sorry to embarrass you. That -- just so we understand what's going on, you did the tests yourself?

A.  Yes, I did.

Q.  And where do you did them?

A.  I did it -- this test is at a hotel in Santa Barbara, and this just shows me sitting at one of the laptops that has some of the chips that are -- that are being accused -- in this case, Intel chip.  And on the left is a router.

And then it shows the MAC, and the MAC with the Apple logo on it was used to collect data based on the transmissions between the router and the laptop I'm sitting at.

Q.  Okay.  So if we look at 65, what results did you get?

102

A.    Yes.  So the particular example of what I tested was I had a YouTube video, and I also had an Internet speed test which transmits packets in both directions so you can test the wireless link.  And the tested products were a Belkin router which had a Ralink chip in it and the Dell laptop computer which had an Intel chip in it.  This is what we're talking about here.

And you can adjust the fragmentation threshold.  And I put the fragmentation threshold at the smallest possible setting.  And then I ran the test.  And the little table down at the bottom just summarizes the results.

I ran the test.  There were 31,322 packets, and there were no fragmented packets, none at all.

Q.    Okay.  So is this consistent with what you would expect to see based on the source code, the technical documents, and the standard, that there's just no fragmentation in 802.11n?

A.    Yeah, it's consistent with everything else we've seen.

Q.    Okay.  And if we look at Slide 66, we've heard about something called encapsulation.  And how does encapsulation relate to what we see as the requirement of the claim, which is segmentation?

103

A.   Well, on the left I've shown a frame of the video called an MSDU here in my example.  And encapsulation says:  Take the MSDU, add a header to get an MPDU.  So you add the information to, in this case, the front end to get an MPDU.  That's called encapsulation.

Q.   So basically you're taking the picture and just putting it in a packet?

A.   That's correct.

Q.   Okay.  And how does that relate to segmentation?  Is it the same or different?

A.   No, it's different.

Q.   And so when we go back to the claim, Slide 67, where does that leave us with regard to the '223 patent?

A.   So looking at the top element, now we've already talked about the timer.  And the bottom element is marked out.  There's -- there's no segmenting going on in the Intel chips.  So the chips cannot infringe the '223 patent.

Q.   Okay.  So let's move to the next patent, the '215.  We've got two left.

And did you start with the claim again?

A.   Yes, I did.

Q.   So let's take a look at the claim.  And can you tell us what you focused on for the analysis?

104

A.   Yes.  I focused on this highlighted claim element, and it says responsive to the receiving step constructing a message field for a second data unit. Said message field, including a type identifier field.

Now, the Court has given a definition that corresponds to this claim element, and it says responsive to the receiving step generated -- generating a message field, including a field that identifies the message type of the feedback response message from a number of different message types.

Q.   Okay.  And now I want to pause you there and talk about it.

So this definition -- this additional definition, in addition to the claim, this is not something you wrote.  This is something the Court gave us, right?

A.   Yes, that's correct.

Q.   And so we have to use this definition in determining whether or not the claim is being used in the accused products?

A.   Yes, we do.

Q.   Okay.  And so from this definition, do we see -- do you need to have a choice between multiple different message types?

A.   Yes.  If you look at the Court's definition,

105

it says responsive to the receiving step generating a feedback response message from a number of different message types.

So there's more than one.

Q.   So we have that right down here:  From a number of different message types.  Right?

A.   That's correct.

Q.   And so when you looked at -- can you describe for the jury, when you looked at the 802.11 products in this case, do they choose from a number of different message types?

A.   No, there's only one message type.

Q.   Okay.  So let's very quickly take a look at the problem, as we did with the other patents -- the problem and solutions so we have some context.

And can you describe, with regard to the '215, the problem and an example of the solution given in this specification?

A.   Yes.  I've highlighted an excerpt from the specification, and it says -- of the '215 patent:  A significant problem with existing ARQ protocols is that they are static in construction.  Fixed length messages are used.

And the solution -- and these -- the Figure 4, Figure 5, and Figure 8, I would call them tables, but

106

they're figures on the right.  They show a bitmap, a list, and a combination of a bitmap and a list; and these are examples of the -- a number of different message types given in the patent which would constitute the solution to the problem they're talking about.

Q.   Okay.  So in this specific example in the -- the specification of the patent, there were three types to choose between.  One type is the bitmap, and that's in the reddish color.  Then the second one was the list.  And the third one in green was the combination.

A.   Yes, that's correct.

Q.   Okay.  And so if we look at the next slide, what's the difference between the 802.11n products in this case and the Ericsson '215 patent?

A.   Well, the difference is in the 802.11n products, there's only one type of acknowledgement message, and that's the compressed BlockAck -- block acknowledgement.

And the '215 patent, on the right, requires generating an acknowledgement message from a number of message types, and in this particular example, from the patent specification.  It's a list bitmap or a combination of the two.

Q.   Okay.  So now let's go to the next slide and look at how the 802.11n products work.  And using the --

107

the familiar transmitter and receiver we've been looking at, can you tell the jury whether or not there are -- there's a choice from a number of different message types, as we know is required, for this test we're trying to use to determine whether or not the claim is in the 802.11 product -- "n" products?

A.    Yes.  So what we see here is we're now familiar with this diagram and we see Packet 3 is lost. I'm talking about the block acknowledgement being sent back before -- 1, 2, and 4 -- but the specific name for the block acknowledgement used in the 802.11n standard and products is compressed block acknowledgement. That's the only one that's used.

So every time the receiver sends a block acknowledgement, it has to send a compressed block acknowledgement.  There's no choice.

Q.    Okay.  Now, I'd like to take a look at the standard of Slide 73, and what we have on the screen is Table 7-6K, BlockAck related to BlockAck.  And that's a table that comes right from the standard?

A.    Yes, that's correct.

Q.    And so did you look at whether all of this table was actually even implemented in the 802.11n products in this case?

A.    Yes, I did.

108

And so -- and I've indicated that.  You see in blue, the compressed block acknowledgement I was just talking about, that's the only acknowledgement message supported.  The products don't implement these other messages.

And so what I've shown is the basic BlockAck, this reserved slot, and the multi-TID, it's called, block acknowledgement.  They're not supported in the products, so there's only one block acknowledgement, the compressed block acknowledgement.

Q.   Okay.  And in all the testimony of Dr. Nettles, did he -- although he pointed to this table, did he point out any use or support of the other types in the products that we're talking about in this case?

A.   Not that I recall.

Q.   Okay.  And so did you also do some testing yourself to see whether you could find these other types in the products?

A.   Yes, I did.

Q.   Okay.  And so if we go to the next slide, can you explain what you did and what results you got?

A.   So there's my infamous picture from before, but what we have here are testing results.  And of all the testing results, there were over 400,000-plus acknowledgement messages that I could see.  And the

109

percent of those acknowledgement messages that were compressed block acknowledgements was all of them, a hundred percent.  And there were no other message types that I saw in all my testing out of 400,000-plus packets.

Q.   And is that what you would expect, based on what you know about how the products were designed and built?

A.   Yes, that's what I would expect.

Q.   And looking at the next slide, can you describe -- did you -- did you use different combinations of chips and products to see whether some would operate differently than others?

A.   Yes, I did.  So this is a pretty complicated slide, but it shows transmitters and receivers and sometimes the transmitters are shown, say, on the left, like routers, and sometimes they're shown as a laptop, or all the way down at the bottom left is a tablet, Toshiba Thrive tablet, and the chips that were in each of these is shown.  The manufacturer and the chip number is shown under there in that very small print on both -- on both sides.

And all of these -- this is where I got the 400,000-plus packets -- all of these were compressed block acknowledgement only.

110

Q.   Okay.  So if we go back to the claim, Slide 76, and we think about the test that we have to use in this case, are each and every one of these elements found in the accused products, what conclusion did you come to?

A.   Well, as you see, the element we've been talking about, which is constructing a message field from a number of different message types, that's not found in the products, and so the products don't infringe.

Q.   Okay.  So now let's look at the last patent which is the '568 patent.  And where did you start for this one?

A.   Again, I started with the claims.

Q.   Okay.  So let's take a look at the claims.

And what requirement were you focused on there?

A.   I was focused on the highlighted portion of the first claim element, called the service type identifier.  And it says:  A service type identifier which identifies a type of payload information.

Now, on the right, the Court has given us a definition of a service type identifier, and it says: An identifier that identifies the type of information conveyed in the payload.  Examples of types of

111

information that would be in the payload include, but are not limited to, video, voice, data, and multimedia.

Q.   Okay.  And so once again, the Court's definition, that didn't come from you, that came from the Court, right?

A.   That comes from the Court.

Q.   And so we have to apply that when we're doing this comparison of the claims to the products, to see if they're the same or different?

A.   Yes, we do.

Q.   Okay.  So what I would like to do is, again, start by just getting a little context to understand where this patent fits into the world and then take a look at 802.11n and figure out is it the same or is it different.  Okay?

A.   Okay.

Q.   So if we go to the next slide, 79, can you describe the background of why the patent was concerned about having this type identifier?

A.   Right.  So this patent was really in digital cer -- cer -- I can't say that -- and it -- it was saying that new types of packets were coming along, new types of media.  It had data.  It had voice.  Now video was coming along.

And it turns out that in these environments,

112

each of these kinds of data packets had error controlled coding added to them to try to correct errors and we haven't talked about that a lot, but the error-controlled coding was different depending on what was in the payload because they need to be protected differently.

And so given that that's true -- and that's what I've indicated by this padlock and then I've indicated what's in the payload is different, so I've indicated different colors. And so if -- I'm not sure -- sure if we have this on the next slide or not, but if -- when these things get to the receiver, then the receiver has to figure out how to decode, how to strip off the error-controlled coding; but it's different for every voice, video, and data packet. So how does it figure that out?

Early -- the -- before this patent, you just had to analyze the patent somehow, and that required a lot of computations. But now what was going to happen was something was going to be added that told the receiver what was in the packet, and that also told the receiver how to decode it.

Q.  Okay.  So let's look at Slide 82 -- we'll jump a couple ahead.  And so we talked about the use of this identifier.

113

Can you explain to the jury how this identifier was used in this example in the patent to deal with this problem that you were starting to get different error coding for different types of data?

A.    Yes.  So on the left, I've shown a collection of these different types of data packets -- voice, video, and data -- and now they're sent through -- over the wireless medium.  And this -- this element of the claim adds a service type identifier at the front of each of these packets in order to tell the receiver how to decode these packets.

So when it gets over the receiver, the receiver looks at this service type identifier, it says, okay, I know how to decode this packet, it's a voice packet, and so it does that and then we get the voice information back.

Q.    And so I want to focus on that box in the -- the far -- the right top, okay?

So what this identifier was doing is because you have different coding for voice, video, and data, you could just look at the identifier and you'd know what it was, the type, right?

A.    Yes, that's correct.

Q.    So you'd know which type of coding you had to do to --

114

A.   Yes.

Q.   -- to uncode -- to decode, right?

A.   Yes, that's correct.

Q.   And you could do that without having to actually analyze the packet itself and deduce what type of coding was used?

A.   Yes, that's correct.

Q.   So it gave you an easy way of knowing what type of information was inside, just by looking at that identifier?

A.   Yes.

Q.   Okay.  And so when we look at the next slide, when we look at the 802.11n products and what Mr. Nettles -- Dr. Nettles was pointing to was the TID, the traffic identifier field, can you tell us whether that's the same or different as the identifier that's required by the claims?

A.   The traffic identifier field in 802.11n products doesn't identify what's in the payload.  All it does is relate to user priority -- the priority that's given to the packets.

So it doesn't identify whether or not there's voice, video, or data in that payload.

Whereas, the '568 patent approach, it has this service type identifier, and it's required to identify

115

the type of information.  That's the improvement of -- of this '568 patent, and so I've shown that on the right.

Q.   Okay.  And so now let's go to the next slide, and is this a picture of the different priority queues in the standard itself that's used in 802.11n?

A.   Yes, there is.  So this is Figure 9.17 from the 802.11n-2007 standard.  So what it shows is these kind of buckets down at the bottom across the middle of the bottom, those are what are called queues, kind of waiting lines.

And then up at the top you can see MSDU and UP.

MSDU is the data coming into the MAC layer that we're going to make PDUs out of, and UP stands for user priority.  So that information comes in.  The user priority says which one of these buckets you go into -- the packets go into for transmission.

Q.   Okay.

MR. AROVAS:  And, Your Honor, with the Court's permission, may the witness approach the easel?

THE COURT:  Yes, he may.

Q.   (By Mr. Arovas)  What I'd like to do, Dr. Gibson, is put on the easel -- I'll wait for you to here -- get all wired up.

116

A.    Get rigged up here.

Q.    Okay.  So what I've put on the easel is a copy of Figure 9.7 -- 17 that's been used earlier in this case, and those are queues from the standard itself, right?

A.    Yes.  That's -- this is the diagram that's been marked on that I was just talking about.

Q.    Okay.  So you were here when there was testimony about marking up the document?

A.    Yes, I was.

Q.    Okay.  And so can you tell us, where do the packets come in, where do they go out, and does the processing have anything to do in these queues with what type -- what type of information is conveyed in that packet as we know is required?

A.    Okay.  So here's where the information comes in.  That's the MSDU, and this can be voice, video, or data.  And here's the user priority.  So a user priority comes in for the voice, video, or data.

Based on this user priority, these -- this data comes in and goes into a different one of these queues.  So different user priorities for a different one of these queues.

And then what happens is the -- the PDUs go through here, and they eventually come out and this is

117

when they're transmitted.

Q. Okay. And so where does the voice go? Does it go to just one queue?

A. No. The voice -- the voice data comes in. Depending on the user priority, it could go to any of these queues. So the user priority -- for example, for voice, the user priority could be best effort which would be a slow or fast, or it could be fastest.

Q. Okay. So does that TID subfield of the user priority have anything to do with the type of data that's actually in the packet?

A. No. If you look at the TID subfield, you don't know what type of data's in the packet.

Q. Okay. So if I went through every one of those queues, and Mr. Kitchin went through the third one and he said voice, video, e-mail, background, any type of information you can invent can go in the third queue, would that be the same for the first, the second, and the fourth?

A. Yes. Right. The same -- like the best effort queue could have voice, video, e-mail, whatever payloads going through it.

Q. Okay. And so did you also do some testing?

A. Yes, I did.

Q. Okay. So if you could return to the witness

118

stand.

MR. AROVAS:  And if we could go to the next slide, 86.

A.   Okay.

Q.   (By Mr. Arovas)  And can you describe for us what testing you did?

A.   Yes.  So this shows testing -- I used the laptops that I've referred to earlier, and also -- and these laptops were either running Windows 7 Home Premium, Windows 7 Professional, Windows XP.  And also I think it was the tablet that ran the Android operating system.  So these are different operating systems.

And so then what I did was I ran different -- I don't know if we have a summary on -- okay, I'll just talk to this.

You can see I ran YouTube in this case, I think both video and audio.  Pandora is streaming audio application.  Browsed the Internet and used Skype.  And I believe I -- in this test, I used both video and audio conversations.  And in every case, when I monitored what was going on, the traffic identifier field was always zero.  And zero corresponds to just best effort.

Q.   Okay.  And is that the typical default operation, as you tested it, is that TID would be zero?

A.   Yes, that's correct.

119

Q.   For everything, whether it's video, voice, or something else?

A.   Yes, that's correct.

Q.   Okay.  And so what I want to focus on here is does the TID -- if I -- if I took that screen -- I can't do it here on the board -- but if I covered up everything, except that TID number, where it says equal -- TID equals zero on the right-hand side, and I just told you TID 0, what's inside?  Could you answer that question?

A.   No, you wouldn't know.

Q.   TID 7, what's inside?

A.   No.

Q.   TID 5, what's inside?

A.   You wouldn't know.  No one would know.

Q.   Okay.  And can you -- in the software -- in the operating systems, or can you put other software on the devices, where you could force certain programs to use other TIDs, like 3 or 5 or 7?

A.   Yes.  You can -- you can add software.  You can turn on software and use special software to then assign -- always assign a certain user priority to a certain application, which means certain voice or video applications, and that would force that user priority.  And that's the only way you would know in that case.

120

Q.   So you could, for example, force YouTube to go into 7, right?

A.   Yes.

Q.   But I want to focus on what matters for the test.

Even if you do that, will that TID subfield tell you the type of information conveyed in the packet?

A.   No, it won't.  Because you know that that's not done all the time.  That's not the usual mode.  So if you just look at the TID subfield, all you know is the number that corresponds to a user priority.  You don't know what's in that payload, what's in that packet.

Q.   Okay.  So then going to the next slide, what is the conclusion with regard to the '568 patent with regard to 802.11n?

A.   The conclusion is that 802.11n products do not infringe the '568 patent.

Q.   Okay.  And going to the last slide, 88, I'm trying to finish where we started.  We've gone through five patents.

Did you find whether the claims of those five patents are found in 802.11n products?

A.   The claims of Ericsson's patents are not found in the 802.11n products.

121

Q.   Thank you.

MR. AROVAS:  No further questions, Your Honor.

THE COURT:  Cross-examination.

MR. STEVENSON:  Yes, Your Honor.  Can we approach?

THE COURT:  Yes, you may.

(Bench conference.)

MR. STEVENSON:  I would just like to be clear with the Court, I have a transcript from Dr. Gibson's testimony about six months ago in the Microsoft trial that involved 802.11n.  I may need to impeach him with a couple of provisions out of there.  I know other litigation and, in particular this case, has been limined out.

I don't intend to go into the name of the case or the result, but I just wanted to make sure that -- I didn't want to trespass on the Court's ruling by using the transcript and say, do you remember giving prior testimony, and say the following.

MR. AROVAS:  We don't have a problem.  I mean, obviously, we have to have the freedom to inquire about it, as well.

THE COURT:  All right.

(End of bench conference.)

122

THE COURT:  Mr. Stevenson, before we begin, I know this is a hard question to answer, but can you give me an approximation of how long you think that your cross-examination will be?

MR. STEVENSON:  I would guess an hour.

THE COURT:  Okay.  All right.

Let me just inquire of the jury.  It's 10 minutes till 12:00.  Lunch is here.  We can break now and then come back for cross-examination, or we can go ahead and plow ahead for 20 minutes and then go to lunch.  How is your -- your seat level?  How many would like to break for lunch at this time?  All right.

And how many would like to keep working?

How many don't care?

Let's go to lunch.  We'll -- I'll break the tie.

We'll -- we'll go ahead and recess now until 12:00 -- 12:40.  So we'll be in recess for 40 minutes for lunch.

COURT SECURITY OFFICER:  All rise.

(Jury out.)

(Lunch recess.)

123

CERTIFICATION

I HEREBY CERTIFY that the foregoing is a true and correct transcript from the stenographic notes of the proceedings in the above-entitled matter to the best of our abilities.

/s/ Shea Sloan
SHEA SLOAN, CSR
Official Court Reporter
State of Texas No.:  3081
Expiration Date:  12/31/14


/s/ Judith Werlinger
JUDITH WERLINGER, CSR
Deputy Official Court Reporter
State of Texas No.:  731
Expiration Date  12/31/14