# Exhibit X

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION


ERICSSON, INC., ET AL          )
                                    DOCKET NO. 6:10cv473
    -vs-                        )
                                    Tyler, Texas
                               )    9:03 a.m.
D-LINK CORPORATION, ET AL           June 10, 2013


TRANSCRIPT OF TRIAL
MORNING SESSION
BEFORE THE HONORABLE LEONARD DAVIS,
UNITED STATES CHIEF DISTRICT JUDGE, AND A JURY


A P P E A R A N C E S


FOR THE PLAINTIFFS:


MR. THEODORE STEVENSON, III
MR. DOUGLAS A. CAWLEY
McKOOL SMITH
300 Crescent Court, Ste. 1500
Dallas, Texas   75201


MR. JOHN B. CAMPBELL, JR.
McKOOL SMITH
300 W. 6th Street, Suite 1700
Austin, Texas   78701


COURT REPORTERS:       MS. JUDITH WERLINGER
                       MS. SHEA SLOAN
                       shea_sloan@txed.uscourts.gov


Proceedings taken by Machine Stenotype; transcript was
produced by a Computer.

110

Q.   Okay.  So if we go back to the claim, Slide 76, and we think about the test that we have to use in this case, are each and every one of these elements found in the accused products, what conclusion did you come to?

A.   Well, as you see, the element we've been talking about, which is constructing a message field from a number of different message types, that's not found in the products, and so the products don't infringe.

Q.   Okay.  So now let's look at the last patent which is the '568 patent.  And where did you start for this one?

A.   Again, I started with the claims.

Q.   Okay.  So let's take a look at the claims.

And what requirement were you focused on there?

A.   I was focused on the highlighted portion of the first claim element, called the service type identifier.  And it says:  A service type identifier which identifies a type of payload information.

Now, on the right, the Court has given us a definition of a service type identifier, and it says:  An identifier that identifies the type of information conveyed in the payload.  Examples of types of

123

CERTIFICATION

I HEREBY CERTIFY that the foregoing is a true and correct transcript from the stenographic notes of the proceedings in the above-entitled matter to the best of our abilities.

/s/ Shea Sloan
SHEA SLOAN, CSR
Official Court Reporter
State of Texas No.:  3081
Expiration Date:  12/31/14


/s/ Judith Werlinger
JUDITH WERLINGER, CSR
Deputy Official Court Reporter
State of Texas No.:  731
Expiration Date  12/31/14