# Exhibit Y

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION


ERICSSON, INC., ET AL            )
                                 DOCKET NO. 6:10cv473
    -vs-                          )
                                 Tyler, Texas
                                 )  12:41 p.m.
D-LINK CORPORATION, ET AL          June 10, 2013



                TRANSCRIPT OF TRIAL
                AFTERNOON SESSION
      BEFORE THE HONORABLE LEONARD DAVIS,
   UNITED STATES CHIEF DISTRICT JUDGE, AND A JURY


                A P P E A R A N C E S



FOR THE PLAINTIFFS:


MR. THEODORE STEVENSON, III
MR. DOUGLAS A. CAWLEY
McKOOL SMITH
300 Crescent Court, Ste. 1500
Dallas, Texas   75201


MR. JOHN B. CAMPBELL, JR.
McKOOL SMITH
300 W. 6th Street, Suite 1700
Austin, Texas   78701


COURT REPORTERS:        MS. JUDITH WERLINGER
                        MS. SHEA SLOAN
                        shea_sloan@txed.uscourts.gov


Proceedings taken by Machine Stenotype; transcript was produced by a Computer.

57

Q.   Sure.  We'll get you a copy of your report.

A.   Okay.

Q.   But while we're doing that, do you see the blowout -- I mean, this is -- this is actually from your report, right?

A.   Right.

Q.   This is your -- this is your work, isn't it?

A.   Yes.

Q.   And you said that video call-produced packets with the TID subfield of 5, which corresponds to the video access category.

MR. STEVENSON:  Your Honor, may Mr. Lipschitz approach the witness to give him a copy?

THE COURT:  You may.

MR. STEVENSON:  Thank you.

Q.   (By Mr. Stevenson)  And then before you look at your report, I'd just like to ask you, in your report, don't you zoom in on the actual packet where it says QoS control TID 5, Priority:  5 (video) (video)?

A.   Yes.

Q.   And -- and if we go back to the chart we've been looking at, 5 is video, isn't it?

A.   Yes.

Q.   So that's just dead wrong, right?

A.   Yes.

58

Q.   Ekiga is using this invention, isn't it?

A.   In this -- in this call, Ekiga assigned a TID of 5.

Q.   It's using the invention, right?

A.   Ekiga is using the invention, you said?

Q.   Yes.   That's what you tested, right?

A.   Yes.

Q.   Okay.   Now, do you need to look at the rest of your report to --

A.   I was just going to verify if the frame check sequence was -- said the packet was correct.  That's all because I just -- you know, a long time ago and I don't remember, but I don't -- I can't read it.  It's too small.

Q.   Okay.

A.   I can't --

Q.   Do you want to change any of your testimony?

A.   No.  No.  No.

Q.   Okay.  Let's go on to the '223 patent, and I think finished with that.

Now, in this patent -- this is a patent -- the '223, that deals with the timer to -- to -- what I call the discard timer, and you've identified two elements.

One is the notes -- you say there was no segmenting, and the other, the timer doesn't start when

160

Q.   Okay.  Then the sender sends a second packet to the receiver?

A.   Right.

Q.   That's an out of sequence packet, right?

A.   It sends -- it was sent in sequence.

Q.   But from the receiver's standpoint, it's missing 0, now it gets 1.  It's out of sequence, isn't it?

A.   Right.

Q.   There's no packet discard notification being sent prior to this packet, is there?

A.   Not in this example.

Q.   What's the command to accept No. 1?

A.   This example doesn't have a command to accept 1.

Q.   Isn't the packet itself the command?

A.   No.  There's no -- there's no delete -- so you're asking me if a discard message is a command to receive, and generally speaking it's not.  But in this particular scheme, this system, which has a discard message, it is, because this discard message is tacked on to a message and it's -- and when this system is working and there's a discard message, it is a command to receive.

So generally is a discard message a command to

161

receive, no.  In this system, this message is a command to receive.

Q.   Dr. Heegard --

A.   And there's --

Q.   -- it's an out of sequence packet, isn't it?

A.   One is out of sequence.

Q.   There's no discard message before 1, and it gets received, correct?

A.   If you don't have a discard -- if you don't have a command to receive, the receiver may or may not receive it.

Q.   Well, it received it in this case?

A.   If the ER -- if the ER bit in that patent was 0, it may or may not be received.  If it's 1, it's forced to receive.  A command to receive says you must receive it.  You are forced to receive it.  Not that under other circumstances you will never receive.

     Command to receive doesn't mean you only receive when you're commanded to.  It means if you're commanded to receive, you will receive.

Q.   In this example, Dr. Heegard, what's the command for Packet No. 1?  Is it the packet itself?

A.   You don't -- you don't need a command to receive.

Q.   Because it's a selective reject repeat, right?

166

Q.   Was it Ericsson's entire portfolio?

A.   I think I heard that.

Q.   Are you aware of any evidence that HP took into account these two patents in deciding to enter into that license?

A.   I haven't heard anything to that effect.

Q.   Okay.  Now, I've heard a lot of questions about whether or not there was a list in the Petras ETSI submission.

Are you -- are you aware of anything in that paper that points to a list?

A.   There is in the submission a list that's demonstrated -- that's shown.

Q.   And where is that found, sir?

A.   If you look at the ETSI -- Petras ETSI submission on one of the last pages.  Maybe we can put it on the screen.

So as I mentioned, I think this is like a 26-page document.  I think this is Page 24.

Q.   And that's Figure 17 of Defendants' Exhibit 120?

A.   Right.  In Figure 17, they show a buffer and with a list keeping track of it.

Q.   Okay.  And we talked a little bit about -- or counsel talked a little bit about the fact that 1 was

167

received and then 3 was received out -- you know, out of sequence.

Why does that happen in the Petras ETSI submission?

A.    Well, when the -- the window is such that there are missing slots and you receive a packet that would fit in the window, you receive it.  So when you -- if you think of starting out with five empty chairs and people come in and you seat them, but at some point all the chairs are filled or there could be reserved chairs.

So the problem occurs when there's no chairs left.

But when -- when you're trying to fill the five chairs, you don't -- you'll take things out of order, you just start filling the chairs.

Q.    So if the chairs were full, would 3 have been able to come into the receive window?

A.    If the chairs were full, then -- and it was sent without a discard message attached to it, it would -- the receiver would reject it.

Q.    Thank you, Dr. Heegard.

MR. PAIGE:  No further questions.

THE COURT:  All right.  Thank you.

MR. STEVENSON:  Nothing further.

THE COURT:  All right.  If the jury would

174

CERTIFICATION

I HEREBY CERTIFY that the foregoing is a true and correct transcript from the stenographic notes of the proceedings in the above-entitled matter to the best of our abilities.


/s/ Shea Sloan
SHEA SLOAN, CSR
Official Court Reporter
State of Texas No.:  3081
Expiration Date:  12/31/14


/s/ Judith Werlinger
JUDITH WERLINGER, CSR
Deputy Official Court Reporter
State of Texas No.:  731
Expiration Date  12/31/14