# Exhibit Z

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION


ERICSSON, INC., ET AL          )
                               DOCKET NO. 6:10cv473
     -vs-                      )
                               Tyler, Texas
                        )  12:34 p.m.
D-LINK CORPORATION, ET AL       June 6, 2013


                  TRANSCRIPT OF TRIAL
                   AFTERNOON SESSION
         BEFORE THE HONORABLE LEONARD DAVIS,
      UNITED STATES CHIEF DISTRICT JUDGE, AND A JURY


                A P P E A R A N C E S


FOR THE PLAINTIFFS:


MR. THEODORE STEVENSON, III
MR. DOUGLAS A. CAWLEY
McKOOL SMITH
300 Crescent Court, Ste. 1500
Dallas, Texas   75201


MR. JOHN B. CAMPBELL, JR.
McKOOL SMITH
300 W. 6th Street, Suite 1700
Austin, Texas   78701


COURT REPORTERS:        MS. JUDITH WERLINGER
                        MS. SHEA SLOAN
                        shea_sloan@txed.uscourts.gov


Proceedings taken by Machine Stenotype; transcript was
produced by a Computer.

120

Q.    So, Mr. Kitchin, I just want to be clear.

Let's start at the high level.

As I look at these four queues, are these queues associated in any way with a particular type of data, meaning does video have to go here?

A.    No.  No, it does not.

Q.    Okay.  So when Mr. Stevenson was asking you this question, he conveniently picked video as his example, but it might have been a voice packet that got -- well, actually, I guess, a 5.  If I had a voice packet that got 5, where does it go?

A.    It goes into AC_VI.

Q.    So then voice goes here, too.

Now, this designation over here says VI.  Does that mean that voice can't go there, too?

A.    No, it doesn't mean that.

Q.    Does the designation have anything to do with the way the chips actually work with the type of information that's in the packet?

A.    No.  There's no fixed relationship.  The Wi-Fi devices don't look at the contents of the packets.  The only thing they're looking at is the number.

Q.    Okay.  So if I had an e-mail, could this go in here, too, if it had a 5?

A.    Yes, it would go in there.

121

Q.   So an e-mail would go in here, too?

A.   Yes, that's correct.

Q.   If I had background information and the packet had a 5, where would that go?

A.   It would go in that same queue.

Q.   Background would go here?

In fact, is it the case that every single type of information, whatever it may be, whatever anybody invents in the world, if it gets a 5, will go in here?

A.   Yes, that's correct.

Q.   All right.  And if it got a 1, it would go here?

A.   Yes, I think that's right.

Q.   And so is there any relationship between this number, this TID subfield, and the type of data?

A.   No.  No.  There is no fixed relationship between those two.

Q.   And is that the reason you called it -- does that have to do with the reason you called it a traffic identifier?

A.   Yes, that's correct.  It's just specifying different lanes.

Q.   And let me just show you that table again.

Let me see if I can find it.  And I'll just put it on the document camera really quickly.

188

CERTIFICATION

I HEREBY CERTIFY that the foregoing is a true and correct transcript from the stenographic notes of the proceedings in the above-entitled matter to the best of our abilities.

/s/ Shea Sloan
SHEA SLOAN, CSR
Official Court Reporter
State of Texas No.:  3081
Expiration Date:  12/31/14

/s/ Judith Werlinger
JUDITH WERLINGER, CSR
Deputy Official Court Reporter
State of Texas No.:  731
Expiration Date  12/31/14