# EXHIBIT AA

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION


ERICSSON, INC., ET AL          )
                                          DOCKET NO. 6:10cv473
    -vs-                        )
                                          Tyler, Texas
                               )   9:00 a.m.
D-LINK CORPORATION, ET AL          June 5, 2013


TRANSCRIPT OF TRIAL
MORNING SESSION
BEFORE THE HONORABLE LEONARD DAVIS,
UNITED STATES CHIEF DISTRICT JUDGE, AND A JURY


A P P E A R A N C E S


FOR THE PLAINTIFFS:


MR. THEODORE STEVENSON, III
MR. DOUGLAS A. CAWLEY
McKOOL SMITH
300 Crescent Court, Ste. 1500
Dallas, Texas   75201


MR. JOHN B. CAMPBELL, JR.
McKOOL SMITH
300 W. 6th Street, Suite 1700
Austin, Texas   78701


COURT REPORTERS:         MS. JUDITH WERLINGER
                         MS. SHEA SLOAN
                         shea_sloan@txed.uscourts.gov


Proceedings taken by Machine Stenotype; transcript was produced by a Computer.

80

A.   Yes, sir.

Q.   Okay.  Let's talk about those separately.

A.   Okay.

Q.   What have you found satisfies the receive at least one packet having a sequence number that is not consecutive with the sequence number of a previously received packet limitation?

A.   That's met when you send an MPDU or an A-MPDU which is not consecutive with a previously delivered packet.

Q.   Okay.  And what makes that a command?

A.   Well, the system doesn't have any choice about whether or not to accept that packet or not.  It's -- it's required to do that, and that's what makes it a command.

Q.   Okay.  Can you tell us where that is in the standard?

A.   Yes, sir.  If we look at the 2009 standard -- I'm sorry, I don't know the Exhibit Number for that.

Q.   I believe it's 286 -- PX 286.

A.   If we look at Page 137, and if we look at Section 9.10.7.6.1 at the top, it actually has a discussion of 9.10.7.6.2 and 9.10.7.6.3, and 9.10.7.6.2, which is just below, is where we would find the commands to receive.  And then part of the command -- part of the

81

next -- the next element -- the next subpart in B is going to be in 10.6.2 and part of it's going to be in 7.6.3, which is, again, below.

Q.   Okay.  That was a lot.  Maybe what might be helpful -- and it's obviously -- we've got to get through this and explain it.

Maybe we could look at this and get a character or flavor for what kind of information we're seeing and then let the jury see how it's written and then we may have to, I think, go into an animation to explain this in a little more understandable format.

MR. STEVENSON:  Mr. Diaz, can you go to one-page mode, please, and just take a look at that?

Can you go back -- I think we were -- maybe go to a single page so we can see a little bit.

A.   And do you want to look at 6.2?

Q.   (By Mr. Stevenson)  Yes, let's scroll down and see what we're looking at.  I mean, these are essentially detailed rules for conduct of the system, right?

A.   Exactly.

Q.   Okay.

MR. STEVENSON:  Can we go to 6.2 and zoom in on that?  And then let's go to the next page and take a look at that, please.

82

A.   We want to keep this one, also.

Q.   (By Mr. Stevenson)  Okay.

A.   If we -- if we can do that.

Q.   I think we can.  Which is -- which is the command here to receive an out-of-sequence packet?

A.   Well, it's -- it's a combination of two spots. The top spot, which is in 6.2 (a) is saying what happens when you get a packet where the sequence number is inside of the window.  And No. 1 says:  Store the received MPDU in the buffer.  And the (b) step that's just below it on the screen is what happens when the sequence number is outside of the window, above the window, and it also says:  Store the received MPDU in the buffer.

And so together, those say whether or not it's in the window or out of the window.  You have to store the MPDU, and that's the receive.

Q.   And where's the command to release expectation?

A.   If we look at the (b) part that's at the bottom for the implicit block acknowledgement request, it's Steps 2 and 3.  That's basically changing the way the window works.

And now, if we look a little further down on that page, we'll see where the explicit block

127

CERTIFICATION


         I HEREBY CERTIFY that the foregoing is a

true and correct transcript from the stenographic notes

of the proceedings in the above-entitled matter to the

best of our abilities.




/s/ Shea Sloan
SHEA SLOAN, CSR
Official Court Reporter
State of Texas No.:  3081
Expiration Date:  12/31/14



/s/ Judith Werlinger
JUDITH WERLINGER, CSR
Deputy Official Court Reporter
State of Texas No.:  731
Expiration Date  12/31/14