IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERICSSON INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> D-LINK CORPORATION, et al., <br><br> Defendants. | Civil Action No. 6:10-cv-473 <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS' NOTICE REGARDING SCOPE OF BENCH TRIAL AND
DEFENDANTS' NOTICE REGARDING BENCH CLAIMS**

Defendants D-Link Systems, Inc., NETGEAR, Inc., Acer America Corporation, Acer, Inc., Gateway, Inc., Dell Inc., Toshiba America Information Systems, Inc., and Toshiba Corporation, and Intervenor Intel Corporation (collectively, "Defendants") tried claims to the bench on June 12, 2013 ("Bench Claims") against Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson's (collectively, "Ericsson"). Ericsson has taken the position that the Bench Claims and Ericsson's defenses thereto are limited to the products that Ericsson accuses in this case ("Subject Products") and the three asserted patents that the jury found infringed ("Subject Patents") Dkt. 590 at 12-13; Dkt. 607 at 1-2. Defendants agree with Ericsson's position, albeit without prejudice to their Bench Claims with respect to patents other than the Subject Patents and products other than the Subject Products.

During the hearing on July 16, 2013, the Court asked whether the Defendants would accept a RAND rate entered by the Court. Defendants respond that they will accept a Court-

determined RAND rate limited to the Subject Products and Subject Patents entered in accordance with the above limitation and without prejudice to their right to appeal.

Dated:  July 18, 2013        Respectfully submitted,

*/s/ Robert M. Parker*
Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No.  00787165
Charles Ainsworth
State Bar No. 00783521
Andrew T. Gorham
State Bar No. 24012715
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile:  (903) 533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com
E-mail: tgorham@pbatyler.com

Adam Alper
Sarah Piepmeier
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1876
Facsimile: (415) 439-1500
E-mail:adam.alper@kirkland.com
E-mail:sarah.piepmeier@kirkland.com

Luke Dauchot
Michael W. De Vries
Tim Majors
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail: luke.dauchot@kirkland.com

E-mail: michael.devries@kirkland.com
E-mail: tim.majors@kirkland.com

Gregory S. Arovas
**KIRKLAND & ELLIS LLP**
601 Lexington Ave
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
E-mail: greg.arovas@kirkland.com

Michael E. Jones (State Bar No.: 10929400)
John F. Bufe (State Bar No.: 03316930)
**POTTER MINTON, PC**
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903)597-8311
Facsimile: (903) 593-0846
E-mail: mikejones@potterminton.com
E-mail: johnbufe@potterminton.com

**ATTORNEYS FOR INTERVENOR INTEL CORPORATION**

*/s/ Christine M. Morgan*
Scott D. Baker, *Pro Hac Vice* (Cal. SBN 84923)
John P. Bovich, *Pro Hac Vice* (Cal. SBN 150688)
James A. Daire, *Pro Hac Vice* ( Cal. SBN 239637)
Christine M. Morgan, *Pro Hac Vice* (Cal. SBN 169350)
Adaline J. Hilgard, *Pro Hac Vice* (Cal. SBN 173213)
William R. Overend, *Pro Hac Vice* (Cal. SBN 180209)
Jonah D. Mitchell, *Pro Hac Vice* (Cal. SBN 203511)
Seth B. Herring
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:         (415) 543-8700
Facsimile:         (415) 391-8269
E-mail: sbaker@reedsmith.com
E-mail: jbovich@reedsmith.com
E-mail: jdaire@reedsmith.com
E-mail: ahilgard@reedsmith.com

E-mail: woverend@reedsmith.com
E-mail: jmitchell@reedsmith.com
E-mail: sherring@reedsmith.com

Trey Yarbrough (Bar No. 22133500)
Debra E. Gunter (Bar No. 24012752)
**YARBROUGH & WILCOX, PLLC**
100 E. Ferguson, Ste. 1015
Tyler, Texas 75702
Telephone:      (903) 595-3111
Facsimile:       (903) 595-0191
E-mail: trey@yw-lawfirm.com
E-mail: debby@yw-lawfirm.com

**Counsel for Defendants, D-LINK SYSTEMS, INC.,  NETGEAR, INC., ACER, INC., ACER AMERICA CORPORATION, and GATEWAY, INC.**

*/s/ S.J. Christine Yang* (with permission)
S.J. Christine Yang (admitted *pro hac vice*)
Duncan Palmatier (admitted *pro hac vice*)
Victoria Hao (admitted *pro hac vice*)
**THE LAW OFFICES OF S.J. CHRISTINE YANG**
17220 Newhope Street, Suite 101
Fountain Valley, California 92708
Telephone:      (714) 641-4022
Facsimile:       (714) 641-2082
E-Mail:   cyang@sjclawpc.com
E-Mail:   dpalm@dpalmlaw.com
E-Mail:   vhao@sjclawpc.com

**Counsel for Defendant D-LINK SYSTEMS, INC.**

*/s/ Dwayne C. Norton* (with permission)
Michael J. Newton (Texas Bar No. 24003844)
Jason W. Cook (Texas Bar No. 24028537)
Dwayne C. Norton (Texas Bar No. 24076139)
Shaun W. Hassett (Texas Bar No. 24074372)
Brady Cox (Texas Bar No. 24074084)
**ALSTON & BIRD LLP**
2828 North Harwood St, Suite 1800
Dallas, Texas 75201
Telephone:      (214) 922-3400

4

    Facsimile:      (214) 922-3899
    E-mail:  mike.newton@alston.com
    E-mail:  jason.cook@alston.com
    E-mail:  dwayne.norton@alston.com
    E-mail:  shaun.hassett@alston.com
    E-mail:  brady.cox@alston.com

Marsha E. Mullin (California Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone:    (213) 576-1000
Facsimile:    (213) 576-1100
E-mail:  marsha.mullin@alston.com

Frank G. Smith (Georgia Bar No. 657550)
Kamran Jivani (Georgia Bar No. 510908)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:    (404) 881-7000
Facsimile:    (404) 881-7777
E-mail: frank.smith@alston.com
E-mail: kamran.jivani@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
Peter Aaron Kerr
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone:   (903) 705-1117
Facsimile:   (903) 581-2543
E-mail: ddacus@dacusfirm.com
E-mail: pkerr@dacusfirm.com
**Counsel for DEFENDANT DELL INC.**

 */s/ John Feldhaus* (with permission)
John Feldhaus
Pavan Agarwal
Liane M. Peterson
**FOLEY & LARDNER LLP**
3000 K. Street, NW, Suite 500
Washington, DC 20007
Telephone:    (202) 672-5300
Facsimile:    (202) 672-5399
Email:  jfeldhaus@foley.com

5

Email:  pagarwal@foley.com
Email:  Lpeterson@foley.com

Guy N. Harrison
Attorney at Law
217 N. Center
Longview, TX 75606
Telephone:  (903) 758-7361
Facsimile:   (903) 753-9557
Email:  guy@gnhlaw.com

**Counsel for TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**


 /s/  Eugene M. Paige (with permission)
Robert A. Van Nest
Eugene M. Paige
Matan Shacham
**KEKER & VAN  NEST LLP**
633 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
E-mail: rvannest@kvn.com
E-mail: emp@kvn.com
E-mail: mshacham@kvn.com

**Attorneys for ACER, INC., D-LINK CORPORATION and GATEWAY, INC.**

/s/  Kaiwen Tseng (with permission)
Kaiwen Tseng
**FREITAS TSENG & KAUFMAN LLP**
100 Marine Parkway,  Suite 200
Redwood City, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301
Email:  ktseng@ftbklaw.com

**Attorneys for ACER, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on July 18, 2013 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                          */s/ Robert M. Parker*
                                          Robert M. Parker