## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ERICSSON INC., et al.,**<br><br>　　　　**Plaintiffs,**<br><br>　　　　**vs.**<br><br>**D-LINK CORPORATION, et al.,**<br><br>　　　　**Defendants** | **Civil Action No. 6:10-cv-473** |

## NOTICE OF APPEAL

Notice is hereby given that Intervenor Intel Corporation in the above-named case hereby

appeals to the U.S. Court of Appeals for the Federal Circuit from the final judgment entered in

this action on August 9, 2013 (Docket No. 616), and from any and all underlying and/or

interlocutory decisions, orders, rulings, findings, instructions, opinions, and/or conclusions of the

District Court relating to, pertinent to, or ancillary to that final judgment, including but not

limited to the District Court's Memorandum Opinion and Order entered on August 6, 2013

(Docket No. 615).

Dated:  September 5, 2013　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Robert M. Parker*
　　　　　　　　　　　　　　　　　　　　Robert M. Parker
　　　　　　　　　　　　　　　　　　　　State Bar No. 15498000
　　　　　　　　　　　　　　　　　　　　Robert Christopher Bunt
　　　　　　　　　　　　　　　　　　　　State Bar No.  00787165
　　　　　　　　　　　　　　　　　　　　Charles Ainsworth
　　　　　　　　　　　　　　　　　　　　State Bar No. 00783521

**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile:  (903) 533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com

Adam R. Alper
Sarah E. Piepmeier
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1876
Facsimile: (415) 439-1500
E-mail:adam.alper@kirkland.com
E-mail:sarah.piepmeier@kirkland.com

Luke Dauchot
Michael W. De Vries
Tim Majors
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail: luke.dauchot@kirkland.com
E-mail: michael.devries@kirkland.com
E-mail: tim.majors@kirkland.com

Gregory S. Arovas
**KIRKLAND & ELLIS LLP**
601 Lexington Ave
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
E-mail: greg.arovas@kirkland.com

Michael E. Jones (State Bar No.: 10929400)
John F. Bufe (State Bar No.: 03316930)
**POTTER MINTON, PC**
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903)597-8311
Facsimile: (903) 593-0846

E-mail: mikejones@potterminton.com
E-mail: johnbufe@potterminton.com

**ATTORNEYS FOR INTERVENOR INTEL
CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on September 5, 2013 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Robert M. Parker*
Robert M. Parker