IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ERICSSON INC. et al.** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 6:10-CV-473 |
| **D-LINK CORPORATION, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS TOSHIBA
CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC. TO
<u>APPROVE SUPERSEDEAS BOND AND STAYING ENFORCEMENT</u>**

The Unopposed Motion of Defendants Toshiba Corporation and Toshiba America Information Systems, Inc. for Approval of Supersedeas Bond is hereby GRANTED. The Clerk shall receive and file the supersedeas bond immediately.

Any enforcement of the Court's final judgment entered August 9, 2013 (Dkt. No. 616) including the bill of costs is hereby STAYED as to Toshiba Corporation and Toshiba America Information Systems, Inc. through final resolution of the appeal process in the Court of Appeals for the Federal Circuit.

**So ORDERED and SIGNED this 10th day of October, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**