**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ERICSSON, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> D-LINK CORPORATION, et al., <br><br> Defendants. | Civil Action No. 6:10-cv-473 <br><br> JURY TRIAL DEMANDED |

**ORDER APPROVING STIPULATION TO WAIVE SUPERSEDEAS BOND AND STAY OF EXECUTION OR ENFORCEMENT OF FINAL JUDGMENT PENDING RESOLUTION OF APPEAL**

The Court has considered the agreed motion of Plaintiffs and Defendant, D-Link Systems, Inc. ("D-Link Systems"), to approve the stipulation waiving the requirement of posting a supersedeas bond by D-Link Systems and for an order staying execution or enforcement of the Court's final judgment entered August 9, 2012, including the bill of costs, pending the resolution of the appeal in this case, and the Court finds that it should be granted.

It is, therefore, Ordered that the stipulation attached as Exhibit A to the parties agreed motion is approved and further Ordered that D-Link Systems is not required to post a supersedeas bond for purposes of securing a stay of execution of the Court's final judgment (Doc. No. 616) pending final resolution of the appeal in this case. D-Link Systems will deposit with the Clerk the funds as agreed upon between the parties in the attached stipulation.

It is further Ordered that any execution or enforcement of the Court's final judgment entered August 9, 2013 (Dkt. No. 616), including the bill of costs, is hereby stayed as to D-Link Systems, Inc. pending final resolution of the appeal in this case.

**So ORDERED and SIGNED this 10th day of October, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**