## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ERICSSON INC., et al., | ) | Case No. 6:10-CV-473-LED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| D-LINK SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Ericsson") and Defendant and Counterclaim-Plaintiff Belkin International Inc. ("Belkin").  Having considered the motion, the Court finds that it is well taken and it is hereby **GRANTED**.  It is therefore **ORDERED** that all of Ericsson's claims for relief against Belkin and all of Belkin's counterclaims for relief against Ericsson are dismissed with prejudice.  It is further **ORDERED** that all attorneys' fees, costs of court, and expenses be borne by the party incurring same.  For the sake of clarity, the final judgment is vacated only as to Belkin.  As stated on the record, the parties' settled their dispute before the jury returned its verdict and before the Court made its further rulings that followed.  Because the jury was deliberating when Belkin and Ericsson announced their settlement, and because Belkin and Ericsson had yet to present the Court with their now-filed agreed-upon dismissal, the Court did not alter the jury verdict form and entered judgment so as to not delay proceedings, including the appeal that the other defendants in the case have now taken.  This Order shall in no way affect or alter the judgment as to the other defendants in this action other than Belkin or have any effect on the existing appeal to which Belkin is not a party.

So ORDERED and SIGNED this 14th day of July, 2014.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**