# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1625, -1631, -1632, -1633

**ERICSSON, INC., TELEFONAKTIEBOLAGET LM ERICSSON, and WI-FI ONE, LLC,**

*Plaintiffs-Appellees,*

v.

**D-LINK SYSTEMS, INC., NETGEAR, INC., ACER, INC., ACER AMERICA CORPORATION, and GATEWAY, INC.,**

*Defendants-Appellants,*

and

**DELL, INC.,**

*Defendant-Appellant,*

and

**TOSHIBA AMERICA INFORMATION SYSTEMS, INC. and TOSHIBA CORPORATION,**

*Defendants-Appellants,*

and

**INTEL CORPORATION,**

*Intervenor-Appellant,*

and

**BELKIN INTERNATIONAL, INC.,**

*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 10-CV-0473, Chief Judge Leonard Davis.

## **MANDATE**

In accordance with the judgment of this Court, entered December 4, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Pavan Kumar Agarwal
Adam R. Alper
Greg Arovas
Dan L. Bagatell
Scott D. Baker
Marta Y. Beckwith
Jeffrey Blumenfeld
Roger Brooks
Richard M. Brunell
John Bruce Campbell
Douglas Aaron Cawley
Andrew R. Cheslock
Clerk of Court, Eastern District of Texas (Tyler)
Thomas Andrew Culbert
Ethan P. Davis
Donald Manwell Falk
John Joseph Feldhaus
Mark Christopher Fleming
Lauren B. Fletcher
Shaun William Hassett
Steven A. Hirsch
Steven C. Holtzman
Doyle Bruce Johnson
Brandon Michael Jordan
Daryl Joseffer
David E. Killough
Eileen M. Lach
William F. Lee
Kathy Hsinjung Li
Michael Anthony Lindsay
Warren Lipschitz
James Christopher Martin
Jonah D. Mitchell
Christine M. Morgan
Joseph J. Mueller
Michael J. Newton
Dwayne C. Norton
John C. O'Quinn
Eugene Morris Paige
James Quarles III
Matan Shacham
Barry Kenneth Shelton

Frank G. Smith III
Theodore Stevenson III
Patrick N. Strawbridge
Richard S. Taffet
Amanda D.W. Tessar
Robert A. Van Nest
John M. Whealan