IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ERICSSON INC., et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**D-LINK CORPORATION, et al.,**<br><br>Defendants. | Civil Action No. 6:10-cv-473<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") Defendants D-Link Systems, Inc., NETGEAR, Inc., Acer, Inc., Acer America Corporation, Gateway, Inc., Dell Inc., Toshiba Corporation, Toshiba America Information Services, Inc., and Intervenor Intel Corporation (collectively, "Defendants") jointly move to continue the March 10, 2015 Status Conference, as set by the Court's February 13, 2015 Order, for the reasons set forth below.

This action comes to the Court on remand from an appeal to the United States Court of Appeal for the Federal Circuit. After the appeal, two patents-in-suit remain: U.S. Patent Nos. 6,466,568 ("the '568 patent") and 6,772,215 ("the '215 patent"). Both patents-in-suit, however, are currently the subject of *inter partes* review ("IPR") proceedings before the U.S. Patent Trial and Appeal Board ("PTAB"). The final decision of the PTAB on the IPR of the '568 and '215 patents is expected next month, in March 2015. The final decision for either IPR could potentially impact the issues for which remand proceedings will be required before this Court. In

1

light of the pending and currently unresolved IPR and in the interests of conserving the Court's and parties' resources, the parties propose the Court vacate its February 13, 2015 Order and continue the status conference as shown in the proposed schedule below, subject to the Court's approval and availability:

| **Deadline** | **Date** |
|---|---|
| Parties submit a joint notice updating the Court on the status and/or results of the IPR | April 8, 2015 |
| Parties submit a joint status report listing the issues remaining on remand and proposing a schedule for resuming proceedings | April 29, 2015 |
| **Status Conference**  The Court requests that the parties be prepared to provide a brief overview of the case as well as to discuss the issues contained in the joint status report | To be determined for date and location convenient for the Court after May 1, 2015 |

The parties respectfully request the Court enter an order with the above dates. The requested extensions are sought in the interest of justice and not for the purpose of delay.

DATED: February 27, 2015  Respectfully submitted,

    */s/ Douglas A. Cawley*
Theodore Stevenson, III
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Warren Lipschitz
Texas State Bar No. 24078867
wlipschitz@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**McKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

John B. Campbell
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com
Kathy H. Li
Texas State Bar No. 24070142
kli@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**ATTORNEYS FOR PLAINTIFFS,
ERICSSON INC. AND
TELEFONAKTIEBOLAGET LM ERICSSON**

*/s/ Robert M. Parker*
Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
rmparker@pbatyler.com
rcbunt@pbatyler.com
charley@pbatyler.com

Adam R. Alper
Sarah E. Piepmeier
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1876
Facsimile: (415) 439-1500
adam.alper@kirkland.com
sarah.piepmeier@kirkland.com


Michael W. De Vries
Tim Majors
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
michael.devries@kirkland.com
tim.majors@kirkland.com

Gregory S. Arovas
**KIRKLAND & ELLIS LLP**
601 Lexington Ave
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
greg.arovas@kirkland.com

Michael E. Jones (State Bar No.: 10929400)

John F. Bufe (State Bar No.: 03316930)
**POTTER MINTON, PC**
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com
johnbufe@potterminton.com

**ATTORNEYS FOR INTERVENOR,
INTEL CORPORATION**


 */s/ Christine M. Morgan*
Scott D. Baker, Pro Hac Vice (Cal. SBN 84923)
John P. Bovich, Pro Hac Vice (Cal. SBN 150688)
Christine M. Morgan, Pro Hac Vice (Cal. SBN 169350)
Adaline J. Hilgard, Pro Hac Vice (Cal. SBN 173213)
William R. Overend, Pro Hac Vice (Cal. SBN 180209)
Jonah D. Mitchell, Pro Hac Vice (Cal. SBN 203511)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 941015
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
sbaker@reedsmith.com
jbovich@reedsmith.com
ahilgard@reedsmith.com
woverend@reedsmith.com
jmitchell@reedsmith.com

Trey Yarbrough (Bar No. 22133500)
Debby E. Gunter (Bar No. 24012752)
**YARBROUGH & WILCOX, PLLC**
100 E. Ferguson, Ste. 1015
Tyler, Texas 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

**ATTORNEYS FOR DEFENDANTS,
D-LINK SYSTEMS, INC., NETGEAR, INC.,
ACER, INC., ACER AMERICA CORPORATION,
AND GATEWAY, INC.**
 */s/ Michael J. Newton*

Michael J. Newton (Texas Bar No. 24003844)
Brady Cox (Texas Bar No. 24074084)
**ALSTON & BIRD LLP**
2828 North Harwood St, Suite 1800
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
mike.newton@alston.com
brady.cox@alston.com

Frank G. Smith (Georgia Bar No. 657550)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
frank.smith@alston.com
kamran.jivani@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT,
DELL INC.**

 */s/ John Feldhaus*
John Feldhaus
Pavan Agarwal
**FOLEY & LARDNER LLP**
3000 K. Street, NW, Suite 500
Washington, DC 20007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
jfeldhaus@foley.com
pagarwal@foley.com

        Guy N. Harrison
        Attorney at Law
        217 N. Center
        Longview, TX 75606
        Telephone:  (903) 758-7361
        Facsimile:   (903) 753-9557
        guy@gnhlaw.com

**ATTORNEYS FOR DEFENDANTS,
TOSHIBA CORPORATION AND TOSHIBA
AMERICA INFORMATION SYSTEMS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record were served via the Court's CM/ECF system on February 27, 2015.

                                                            */s/ Kathy H. Li*
                                                            Kathy H. Li