# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ERICSSON INC., et al.,**<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**D-LINK CORPORATION, et al.,**<br><br>　　　　Defendants. | Civil Action No. 6:10-cv-473<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the parties' Joint Motion to Continue Status Conference. Having considered the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED THAT the Court's February 13, 2015 Order is VACATED.

IT IS FURTHER ORDERED THAT the following deadlines are in place:

| Deadline | Date |
|---|---|
| Parties submit a joint notice updating the Court on the status and/or results of the IPR | April 8, 2015 |
| Parties submit a joint status report listing the issues remaining on remand and proposing a schedule for resuming proceedings | April 29, 2015 |
| **Status Conference**<br><br>The Court requests that the parties be prepared to provide a brief overview of the case as well as to discuss the issues contained in the joint status report | To be determined for date and location convenient for the Court after May 1, 2015 |

**SIGNED this 3rd day of March, 2015.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE