IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERICSSON INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> D-LINK CORPORATION, et al., <br><br> Defendants. | Civil Action No. 6:10-cv-473 <br><br> JURY TRIAL DEMANDED |

## ORDER

Before the Court is the parties' Joint Motion To Administratively Close The Case. Having considered the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED THAT the Court's March 3, 2015 Order is VACATED.

IT IS FURTHER ORDERED THAT the case shall be administratively closed.

IT IS FURTHER ORDERED THAT if any party wants to re-open the case for any reason, the party shall move to re-open this case and no other party can oppose for any reason. The requirement that no party can oppose re-opening the case is intended only for the ministerial purpose of re-opening the administratively closed case, and this does not prevent any party from moving for a stay, closure, or other relief if, for example, the status of the IPRs or any appeal related to the IPR decisions does not, in such party's view, justify proceeding with any remand or other proceedings in the district court. Within 30 days of the filing of the motion to re-open, the parties shall file a joint notice regarding the status and/or results of the IPR. Within 30 days of the filing of the joint notice, the parties shall also file a joint status report listing the issues

remaining on remand and proposing a schedule for resuming proceedings. The parties shall be available for a Status Conference at the Court's convenience after submission of the joint status report. At the Status Conference, the parties will be prepared to provide a brief overview of the case as well as to discuss the issues contained in the joint status report.

**SIGNED this 8th day of May, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE