ERICSSON INC., et al.,

        Plaintiffs,

v.

D-LINK CORPORATION, et al.,

        Defendants.

Civil Action No. 6:10-cv-473

JURY TRIAL DEMANDED

### DECLARATION OF MICHAEL E. JONES IN SUPPORT OF DEFENDANTS' MOTION TO ADMINISTRATIVELY RE-OPEN THE CASE

I, Michael E. Jones, declare:

1. I am an attorney licensed to practice law in the State of Texas and am a partner with the law firm Potter Minton PC, located at 110 N College, Suite 500, PO Box 359, Tyler, TX, 75710-0359, counsel for Intel Corp. in the above-referenced action.

2. I have knowledge of the facts, or I have been informed of the facts, set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. Attached hereto as Exhibit 1 is a true and correct copy of an Inter Partes Review Certificate respecting United States Patent No. 6,466,568, issued on March 13, 2019.

4. Attached hereto as Exhibit 2 is a true and correct copy of an Inter Partes Review Certificate respecting United States Patent No. 6,772,215, issued on March 11, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on April 16, 2020 in Tyler, Texas.

        */s/ Michael E. Jone*s
        Michael E. Jones

1