# Exhibit 1

(54) **MULTI-RATE RADIOCOMMUNICATION SYSTEMS AND TERMINALS**

(75) Inventors: **Alex Krister Raith; James Ragsdale; John Diachina**

(73) Assignee: **WI-FI ONE, LLC**

**Trial Number:**

IPR2013-00602 filed Sep. 20, 2013

**Inter Partes Review Certificate for:**

Patent No.: **6,466,568**  
Issued: **Oct. 15, 2002**  
Appl. No.: **09/399,771**  
Filed: **Sep. 21, 1999**

The results of IPR2013-00602 are reflected in this inter partes review certificate under 35 U.S.C. 318(b).

# INTER PARTES REVIEW CERTIFICATE
**U.S. Patent 6,466,568 K1**
**Trial No. IPR2013-00602**
**Certificate Issued Mar. 13, 2019**

## 1

AS A RESULT OF THE INTER PARTES REVIEW PROCEEDING, IT HAS BEEN DETERMINED THAT:

Claims **1-6** are cancelled.

\* \* \* \* \*

## 2