# Exhibit 2

(54) **METHOD FOR MINIMIZING FEEDBACK RESPONSES IN ARQ PROTOCOLS**

(75) Inventors: **Bela Rathonyi; Joachim Sachs; Michael Meyer; Per Beming; Mathias Johansson; Christiaan Roobol; Erik Schon; Kazuhiko Inoue**

(73) Assignee: **WI-FI ONE, LLC**

**Trial Number:**

IPR2013-00601 filed Sep. 20, 2013

**Inter Partes Review Certificate for:**

Patent No.: **6,772,215**
Issued: **Aug. 3, 2004**
Appl. No.: **09/537,146**
Filed: **Mar. 29, 2000**

The results of IPR2013-00601 are reflected in this inter partes review certificate under 35 U.S.C. 318(b).

# INTER PARTES REVIEW CERTIFICATE
## U.S. Patent 6,772,215 K1
## Trial No. IPR2013-00601
## Certificate Issued Mar. 11, 2019

**1**

**2**

AS A RESULT OF THE INTER PARTES REVIEW PROCEEDING, IT HAS BEEN DETERMINED THAT:

Claims 1, 2, 4, 6, 8, 15, 22, 25, 26, 29, 32, 34, 45, 46, 49, 52 and 54 are cancelled.

\* \* \* \* \*