**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ERICSSON INC., et al.,**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**D-LINK CORPORATION, et al.,**<br><br><br>    **Defendants.** | **Civil Action No. 6:10-cv-473** |

## <u>ORDER</u>

Before the Court is a Motion To Administratively Re-Open The Case by Defendants D-Link Systems, Inc., NETGEAR, Inc., Acer, Inc., Acer America Corporation, Gateway, Inc., Dell Inc., Toshiba Corporation, Toshiba America Information Services, Inc., and Intervenor Intel Corporation (collectively, "Defendants"). Having considered the Motion, the Court is of the opinion that it should be GRANTED, and Defendants may file their Motion to Dismiss.