**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ERICSSON INC., et al., | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO.  6:10-CV-00473-RWS |
| | § | |
| v. | § | |
| | § | |
| D-LINK SYSTEMS, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Administratively Re-open the Case (Docket No. 712).  Plaintiffs oppose the motion.  *See* Docket No. 712 at 7 (Certificate of Conference).  Plaintiffs are therefore

**ORDERED** to file their response to Defendants' motion on or before **April 23, 2020**, and indicate why, notwithstanding the Court's order that "no other party can oppose [re-opening the case] for any reason," Docket No. 711 at 1, Plaintiffs oppose the Court administratively re-opening this case.

No reply shall be permitted.

**So ORDERED and SIGNED this 17th day of April, 2020.**

*Robert W Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE