IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERICSSON INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> D-LINK CORPORATION, et al., <br><br> Defendants. | Civil Action No. 6:10-cv-473-RWS <br><br> JURY TRIAL DEMANDED |

**ERICSSON'S RESPONSE TO DEFENDANTS' MOTION
TO ADMINISTRATIVELY RE-OPEN THE CASE**

Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") file this Response to Defendants' Motion to Administratively Re-Open the Case (Dkt. 712) in light of the Court's April 17, 2020 Order (Dkt. 713).

Ericsson does not oppose the Court administratively re-opening this case. Ericsson, however, does oppose dismissing the case at this time.

Ericsson has proposed to Defendants a compromise to hopefully minimize the burden on this Court and potentially avoid the parties briefing an opposed motion to dismiss. Ericsson looks forward to Defendants' response to its proposal.

Dated:  April 23, 2020  Respectfully submitted,

   */s/ John B. Campbell*
Theodore Stevenson, III
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**McKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

John B. Campbell
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com
Kathy H. Li
Texas State Bar No. 24070142
kli@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**ATTORNEYS FOR PLAINTIFFS,
ERICSSON INC. AND
TELEFONAKTIEBOLAGET LM ERICSSON**

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on April 23, 2020 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Kathy H. Li*
Kathy H. Li
