# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ERICSSON INC., et al., § § § Plaintiffs, § § v. § § D-LINK SYSTEMS, INC., et al., § § § Defendants. § | CIVIL ACTION NO. 6:10-CV-00473-RWS |

## ORDER

Before the Court is Defendants D-Link Systems, Inc.; NETGEAR, Inc.; Acer, Inc.; Acer America Corporation, Gateway, Inc.; Dell Inc.; Toshiba Corporation; Toshiba America Information Services, Inc.; and Intervenor Intel Corporation's Motion to Administratively Re-Open The Case (Docket No. 712). Having considered the motion and Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson's response indicating no opposition thereto (Docket No. 714), the Court is of the opinion that the motion should be **GRANTED**. It is therefore

**ORDERED** that the above-captioned case shall be re-opened. The clerk of the court is directed to re-open this case.

**So ORDERED and SIGNED this 24th day of April, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE