| | |
|---|---|
| ERICSSON INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>D-LINK CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 6:10-cv-473-RWS<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

Before the Court is the Defendants' Motion to Dismiss and Enter Amended Final Judgment and the Plaintiffs' Response and Alternative Motion to Stay. Having considered the parties' briefing, the Court is of the opinion that the Defendants' Motion to Dismiss and Enter Amended Final Judgment should be DENIED.

IT IS THEREFORE ORDERED THAT Defendants' Motion to Dismiss and Enter Amended Final Judgment is DENIED WITHOUT PREJUDICE.