**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ERICSSON INC., et al.,**<br><br>      **Plaintiffs,**<br><br>      **vs.**<br><br>**D-LINK CORPORATION, et al.,**<br><br>      **Defendants.** | **Civil Action No. 6:10-cv-473-RWS**<br><br>**JURY TRIAL DEMANDED** |

**[ALTERNATIVE PROPOSED] ORDER**

Before the Court is the Defendants' Motion to Dismiss and Enter Amended Final Judgment and the Plaintiffs' Response and Alternative Motion to Stay. Having considered the parties' briefing, the Court is of the opinion that the Defendants' Motion to Dismiss and Enter Amended Final Judgment should be DENIED and that the Plaintiffs' Alternative Motion to Stay should be GRANTED.

IT IS THEREFORE ORDERED THAT the Defendants' Motion to Dismiss and Enter Amended Final Judgment is DENIED WITHOUT PREJUDICE and that the Plaintiffs' Alternative Motion to Stay is GRANTED.