**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ERICSSON INC., et al., § § § Plaintiffs, § § v. § § D-LINK SYSTEMS, INC., et al., § § § Defendants. § | CIVIL ACTION NO.  6:10-CV-00473-RWS |

## ORDER

The Court **SETS** Defendants' Motion to Dismiss and Enter Amended Final Judgment (Docket No. 716) for a hearing on **July 8, 2020**, at **2 p.m.** in Texarkana, Texas.

**So ORDERED and SIGNED this 8th day of June, 2020.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE