# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ERICSSON INC., et al., | § | |
| | § | |
| | § | CIVIL ACTION NO.  6:10-CV-00473-RWS |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| D-LINK SYSTEMS, INC., et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants D-Link Systems, In., NETGEAR, Inc., Acer, Inc., Acer American Corporation, Gateway, Inc., Dell Inc., Toshiba Corporation, Toshiba America Information Services, Inc., and Intervenor Intel Corporation's Motion to Dismiss and Enter Amended Final Judgment (Docket No. 716).  In their response to the motion to dismiss, Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson indicated that they would agree to dismissal in the event of denial of the petition for writ of certiorari in *Chrimar Sys. v. Ale United States*, 785 F. App'x 854 (Fed. Cir. 2019).  The Supreme Court denied that petition on June 29, 2020.  *See* 591 U.S. __ (2020) (No. 19-1124).  Accordingly, it is

**ORDERED** that Defendants' motion to dismiss (Docket No. 716) is **GRANTED**.  The motion hearing set for July 8, 2020, is **CANCELLED**.  Ericsson's claims are hereby **DISMISSED WITH PREJUDICE**.  The Court's prior Final Judgment Pursuant to FED. R. CIV. P. 54(b) is **VACATED**.  The parties shall bear their own costs and attorneys' fees.

**SIGNED this 30th day of June, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE