# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ERICSSON INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>D-LINK SYSTEMS, INC., et al.,<br><br>　　　　　Defendants. | §<br>§<br>§　CIVIL ACTION NO. 6:10-CV-00473-RWS<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters an Amended Final Judgment. Accordingly, it is

**ORDERED** that Ericsson's claims against Defendants for infringement of U.S. Patent Nos. 6,466,568 and 6,772,215 are **DISMISSED WITH PREJUDICE**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**SIGNED this 30th day of June, 2020.**

　　　　　　　　　　　　　　　　　　　　　*Robert W. Schroeder III*
　　　　　　　　　　　　　　　　　　　　　ROBERT W. SCHROEDER III
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE